## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

EL PUENTE, et al.,

       *Plaintiffs*,

    v.

U.S. ARMY CORPS OF ENGINEERS, et al.,

       *Defendants*.

Civil Action No: 1:22-cv-02430-CJN

## AFFIDAVIT OF SERVICE

    I respectfully certify that service for the above-captioned case took place as described below, which included true and correct copies of each of the following documents:

| | |
|---|---|
| ECF 1 | Complaint |
| ECF 1-1 | Civil Cover Sheet |
| ECF 3 | Certification of Interested Entities or Persons |
| ECF 4 | Issued Summons |
| ECF 4-1 | Magistrate Consent Form |
| ECF 5 | Standing Order for Civil Cases (Judge Carl J. Nichols) |

    On August 22, 2022, the above-listed documents were sent by certified mail to the following parties:

U.S. Army Corps of Engineers
441 G St. NW
Washington, DC 20314

Lieutenant General Scott A. Spellmon
U.S. Army Corps of Engineers
441 G St. NW
Washington, DC 20314

Gina Raimondo, Secretary
U.S. Department of Commerce
1401 Constitution Ave NW
Washington, DC 20230

National Marine Fisheries Service
1315 East-West Highway
Silver Spring, MD 20910-3225

Secretary Debra Haaland
U.S. Department of Interior
1849 C Street NW
Washington, DC 20240

U.S. Fish and Wildlife Service
1849 C Street NW
Washington, DC 20240

U.S. Attorney General
U.S. Department of Justice
950 Pennsylvania Ave. NW
Washington, D.C. 20530

Civil Process Clerk
U.S. Attorney's Office
555 4th Street NW
Washington, DC 20530

The National Marine Fisheries Service received the documents on August 30, 2022.

Lieutenant General Spellmon, the U.S. Army Corps of Engineers, Secretary Raimondo, U.S. Fish

and Wildlife Service, and Secretary Haaland received the documents on August 31, 2022.  The

U.S. Attorney's Office and U.S. Attorney General received the documents on September 1, 2022.

Receipts and delivery confirmation are attached as Exhibit A.

I certify under penalty of perjury that the foregoing is true and correct.


DATED:  September 7, 2022.                      s/ *Cynthia Elkins*
                                              Cynthia Elkins, Paralegal
                                              Center for Biological Diversity
                                              P.O. Box 220
                                              Whitethorn, CA 95589

# Exhibit A











**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

Washington, DC 20240    OFFICIAL USE

| | |
|---|---|
| Certified Mail Fee | $4.00 |
| | 0710 |
| | 05 |

Extra Services & Fees *(check box, add fee as appropriate)*
☐ Return Receipt (hardcopy)    $ $0.00
☑ Return Receipt (electronic)    $ $0.00
☐ Certified Mail Restricted Delivery    $ $0.00
☐ Adult Signature Required    $ $0.00
☐ Adult Signature Restricted Delivery $ $0.00

Postmark
Here

Postage    $3.60

Total Postage and Fees    08/22/2022
$    $7.60

Sent To    U.S. Fish & Wildlife Service
Street and Apt. N    1849 C Street NW
City, State, ZIP+4    Washington, DC 20240

PS Form 3800, April 2015 PSN 7530-02-000-9047    See Reverse for Instructions



**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

Washington, DC 20240    OFFICIAL USE

| | |
|---|---|
| Certified Mail Fee | $4.00 |
| | 0710 |
| | 05 |

Extra Services & Fees *(check box, add fee as appropriate)*
☐ Return Receipt (hardcopy)    $ $0.00
☑ Return Receipt (electronic)    $ $0.00
☐ Certified Mail Restricted Delivery    $ $0.00
☐ Adult Signature Required    $ $0.00
☐ Adult Signature Restricted Delivery $ $0.00

Postmark
Here

Postage    $3.60

Total Postage and Fees    08/22/2022
$    $7.60

Sent To    Sec'y Haaland, Dept. of Interior
Street and Apt. No., or PO Box No.    1849 C St. NW
City, State, ZIP+4    Washington, DC 20240

PS Form 3800, April 2015 PSN 7530-02-000-9047    See Reverse for Instructions



**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

Washington, DC 20530    OFFICIAL USE

| | |
|---|---|
| Certified Mail Fee | $4.00 |
| | 0710 |
| | 05 |

Extra Services & Fees *(check box, add fee as appropriate)*
☐ Return Receipt (hardcopy)    $ $0.00
☑ Return Receipt (electronic)    $ $0.00
☐ Certified Mail Restricted Delivery    $ $0.00
☐ Adult Signature Required    $ $0.00
☐ Adult Signature Restricted Delivery $ $0.00

Postmark
Here

Postage    $3.60

Total Postage and Fees    08/22/2022
$    $7.60

Sent To    Civil Process Clerk, US Attny's Office
Street and Apt    555 4th Street NW
City, State, ZI    Washington, DC 20530

PS Form 3800, April 2015 PSN 7530-02-000-9047    See Reverse for Instructions



**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

Washington, DC 20530    OFFICIAL USE

| | |
|---|---|
| Certified Mail Fee | $4.00 |
| | 0710 |
| | 05 |

Extra Services & Fees *(check box, add fee as appropriate)*
☐ Return Receipt (hardcopy)    $ $0.00
☑ Return Receipt (electronic)    $ $0.00
☐ Certified Mail Restricted Delivery    $ $0.00
☐ Adult Signature Required    $ $0.00
☐ Adult Signature Restricted Delivery $ $0.00

Postmark
Here

Postage    $3.60

Total Postage and Fees    08/22/2022
$    $7.60

Sent T    Attorney General, Dept. of Justice
Street    950 Pennsylvania Ave, NW
City, S    Washington, DC 20530

PS Form 3800, April 2015 PSN 7530-02-000-9047    See Reverse for Instructions

**USPS® Item Delivered, Front Desk/Reception/Mail Room 70201810000060308077**

auto-reply@usps.com <auto-reply@usps.com>

Tue 9/6/2022 1:58 PM

To: Cynthia Elkins <CElkins@biologicaldiversity.org>



Hello **Cynthia Elkins**,

Your item was delivered to the front desk, reception area, or mail room at 11:40 am on August 31, 2022 in ZIP Code 20312.

Tracking Number:
**70201810000060308077**



### Delivered, Front Desk/Reception/Mail Room

**Tracking & Delivery Options**

**My Account**



**Get Tracking Updates in a Daily Email**

Our Informed Delivery® feature sends you a daily email with mail and packages arriving soon. Tracking numbers are automatically included so you don't have to manually track your deliveries.

**Sign Up for Free**

Expected delivery date and time is subject to change, but if it does we'll send you an email update. Delivery options not

**USPS® Item Delivered, Front Desk/Reception/Mail Room 70201810000060308060**

auto-reply@usps.com <auto-reply@usps.com>
Tue 9/6/2022 2:03 PM
To: Cynthia Elkins <CElkins@biologicaldiversity.org>



Hello **Cynthia Elkins**,

Your item was delivered to the front desk, reception area, or mail room at 11:40 am on August 31, 2022 in ZIP Code 20312.

Tracking Number:
**70201810000060308060**



**Delivered, Front Desk/Reception/Mail Room**

**Tracking & Delivery Options**


**My Account**



Get Tracking Updates in a Daily Email
Our Informed Delivery® feature sends you a daily email with mail and packages arriving soon. Tracking numbers are automatically included so you don't have to manually track your deliveries.

Sign Up for Free

Expected delivery date and time is subject to change, but if it does we'll send you an email update. Delivery options not

**USPS® Item Delivered, Front Desk/Reception/Mail Room 70201810000060308053**

auto-reply@usps.com <auto-reply@usps.com>
Tue 9/6/2022 2:04 PM
To: Cynthia Elkins <CElkins@biologicaldiversity.org>



Hello **Cynthia Elkins**,

Your item was delivered to the front desk, reception area, or mail room at 6:55 am on August 31, 2022 in WASHINGTON, DC 20230.

Tracking Number:
**70201810000060308053**



**Delivered, Front Desk/Reception/Mail Room**

**Tracking & Delivery Options**

**My Account**



Get Tracking Updates in a Daily Email
Our Informed Delivery® feature sends you a daily email with mail and packages arriving soon. Tracking numbers are automatically included so you don't have to manually track your deliveries.

Sign Up for Free

Expected delivery date and time is subject to change, but if it does we'll send you an email update. Delivery options not

**USPS® Item Delivered, Left with Individual 70201810000060308046**

auto-reply@usps.com <auto-reply@usps.com>
Tue 9/6/2022 2:05 PM
To: Cynthia Elkins <CElkins@biologicaldiversity.org>



Hello **Cynthia Elkins**,

Your item was delivered to an individual at the address at 7:40 am on August 30, 2022 in SILVER SPRING, MD 20910.

Tracking Number:
**70201810000060308046**

### Delivered, Left with Individual



**Tracking & Delivery Options**

**My Account**



Expected delivery date and time is subject to change, but if it does we'll send you an email update. Delivery options not available for all packages at all times.

**USPS® Item Delivered, Left with Individual 70201810000060308039**

auto-reply@usps.com <auto-reply@usps.com>
Tue 9/6/2022 2:07 PM
To: Cynthia Elkins <CElkins@biologicaldiversity.org>



Hello **Cynthia Elkins**,

Your item was delivered to an individual at the address at 11:38 am on August 31, 2022 in WASHINGTON, DC 20240.

Tracking Number:
**70201810000060308039**

**Delivered, Left with Individual**



**Tracking & Delivery Options**

**My Account**



Expected delivery date and time is subject to change, but if it does we'll send you an email update. Delivery options not available for all packages at all times.

USPS® Item Delivered, Left with Individual 70201810000060308022

auto-reply@usps.com <auto-reply@usps.com>
Tue 9/6/2022 2:06 PM
To: Cynthia Elkins <CElkins@biologicaldiversity.org>



Hello **Cynthia Elkins**,

Your item was delivered to an individual at the address at 11:38 am on August 31, 2022 in WASHINGTON, DC 20240.

Tracking Number:
**70201810000060308022**

### Delivered, Left with Individual



**Tracking & Delivery Options**

**My Account**



**Get Tracking Updates in a Daily Email**
Our Informed Delivery® feature sends you a daily email with mail and packages arriving soon. Tracking numbers are automatically included so you don't have to manually track your deliveries.

**Sign Up for Free**

Expected delivery date and time is subject to change, but if it does we'll send you an email update. Delivery options not available for all packages at all times.

USPS® Item Delivered, Individual Picked Up at Postal Facility 70201810000060308015

auto-reply@usps.com <auto-reply@usps.com>
Tue 9/6/2022 2:07 PM
To: Cynthia Elkins <CElkins@biologicaldiversity.org>



Hello **Cynthia Elkins**,

Your item was picked up at a postal facility at 4:56 am on September 1, 2022 in WASHINGTON, DC 20530.

Tracking Number:
**70201810000060308015**

**Delivered, Individual Picked Up at Postal Facility**



**Tracking & Delivery Options**

**My Account**



Expected delivery date and time is subject to change, but if it does we'll send you an email update. Delivery options not available for all packages at all times.

**USPS® Item Delivered, Individual Picked Up at Postal Facility 70201810000060308008**

auto-reply@usps.com <auto-reply@usps.com>
Tue 9/6/2022 2:12 PM
To: Cynthia Elkins <CElkins@biologicaldiversity.org>



Hello **Cynthia Elkins**,

Your item was picked up at a postal facility at 4:56 am on September 1, 2022 in WASHINGTON, DC 20530.

Tracking Number:
**70201810000060308008**

**Delivered, Individual Picked Up at Postal Facility**



**Tracking & Delivery Options**

**My Account**



Expected delivery date and time is subject to change, but if it does we'll send you an email update. Delivery options not available for all packages at all times.