## UNITED STATES DISTRICT COURT
## DISTRICT OF COLUMBIA

| | |
|---|---|
| EL PUENTE, et al.,<br><br>    *Plaintiffs,*<br><br>v.<br><br>U.S. ARMY CORPS OF ENGINEERS, et al.,<br><br>    *Federal Defendants.* | Civ. No. 1:22-cv-02430-CJN |

## CERTIFICATION OF ADMINISTRATIVE RECORD

1. I, Kelly Shotts, am employed by the National Marine Fisheries Service ("NMFS") as Acting Assistant Regional Administrator for the Protected Resources Division in the Southeast Regional Office.

2. As part of my official duties, I provided oversight for NMFS's efforts in compiling the administrative record for NMFS's May 29, 2018 Biological Opinion on the San Juan Harbor Expansion Project, Consultation Number SER-2017-18763 ("2018 Biological Opinion") and NMFS's September 22, 2022 determination that reinitiation of consultation under Section 7 of the Endangered Species Act is not required ("Reinitiation of Consultation Memorandum").

3. To the best of my knowledge, information and belief, the documents listed on the index constitute a true, correct, and complete copy of the administrative record for NMFS's 2018 Biological Opinion and Reinitiation of Consultation Memorandum.

4. I certify under penalty of perjury that the foregoing is true and correct.

Executed on:  November 28, 2022

_____
Kelly Shotts
Acting Assistant Regional Administrator
    for Protected Resources