UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| EL PUENTE, et al.,<br><br>   *Plaintiffs,*<br><br>  v.<br><br>U.S. ARMY CORPS OF ENGINEERS, et al.,<br><br>   *Federal Defendants.* | Civ. No. 1:22-cv-02430-CJN<br><br>**JOINT PROPOSED<br>SCHEDULING ORDER** |

     Per the Court's Minute Order dated November 2, 2022, Plaintiffs and Federal Defendants have conferred and jointly propose the below schedule for this case. Given the length of the administrative record and the multiple claims at issue in the case, the parties also jointly request that the Court grant the page limit expansions set forth below, expanding the limits imposed by Local Civil Rule 7(e) for their summary judgement briefing.

     The parties jointly propose the below deadlines based, in part, on Federal Defendants' anticipated timeline for the United States Army Corps of Engineers ("Corps") project challenged by Plaintiffs in this case. While the project timeline is subject to change, the Corps currently anticipates that it will begin advertising project contracts on March 7, 2023, and that it may issue a notice to proceed with construction as early as June 21, 2023. Federal Defendants agree to notify Plaintiffs if they intend to amend these dates. Plaintiffs believe that the below schedule preserves the ability of the Court to rule on the parties' cross-motions for summary judgment before the project begins because briefing would be fully submitted to the Court more than a month before the Corps issues its notice to proceed. Plaintiffs reserve the right to apply for a preliminary injunction pursuant to Local Civil Rule 65.1, and Federal Defendants reserve all rights to oppose such a motion.

I. **Resolving Administrative Record Related Disputes**

   A. On or before **December 30, 2022**, Plaintiffs shall notify Federal Defendants whether they believe the Administrative Record is complete or requires supplementation with additional materials, whether they believe any exceptions to record review are applicable, and/or whether they believe there is a need for judicial review of extra-record materials. If there is a dispute over any of these issues, the parties will attempt to negotiate a resolution.

   B. The parties shall file a status report by **January 13, 2023**, notifying the Court that either: (a) they have reached agreement that the record for judicial review is complete and intend to proceed as set forth below; or (b) Plaintiffs intend to move the Court to resolve a dispute regarding the completeness of the Administrative Record, the applicability of any exceptions to record review, or the need for judicial review of extra-record materials. Any such motion shall be filed by **January 27, 2023**.

   C. *The parties disagree over an appropriate briefing schedule for any such record related motions, and propose the following competing provisions for the Court's Scheduling Order:*

   1. *<u>Federal Defendants' Proposal</u>: Briefing on any such motion shall proceed in accordance with Local Rules. If such a motion is filed, briefing on summary judgment, as contemplated below, shall not proceed until disputes over the content of the record are resolved, either by the Court or the parties.*

   2. *<u>Plaintiffs' Proposal</u>: Any such a motion should be considered coincident with the motion for summary judgment to provide the Court context for why the documents are relevant.*

II.     **Cross-Motions for Summary Judgment**[1]

    A.  Plaintiffs shall file their Motion for Summary Judgment and supporting materials on or before **January 27, 2023** (to be limited to **55 pages**).

    B.  Federal Defendants shall file their Opposition to Plaintiffs' Motion for Summary Judgment and any Cross-Motion for Summary Judgment on or before **February 24, 2023** (to be limited to **65 pages**).

    C.  Plaintiffs shall file its Reply in Support of their Motion for Summary Judgment and any Opposition to Federal Defendants' Cross-Motion for Summary Judgment on or before **March 24, 2023** (to be limited to **55 pages)**.

    D.  Federal Defendants shall file a Reply in Support of their Motion for Summary Judgment on or before **April 21, 2023** (to be limited to **45 pages**).

    E.  In accordance with Local Civil Rule 7(n)(2), Plaintiffs shall file an appendix prepared jointly by the parties, containing all portions of the administrative record designated by Plaintiffs and Federal Defendants, on or before **May 5, 2023**.

Dated:  December 19, 2022

Respectfully Submitted,

---

[1] The parties agree that Local Civil Rule 7(h)(2) applies to this case, meaning that the parties are not required to submit separate statements of material facts or statements of genuine issues with their summary judgment briefs. Plaintiffs do not believe that their seventh and ninth claims for relief are reviewed based on the administrative record because they are brought pursuant to the citizen suit provision of the Endangered Species Act ("ESA"), 16 U.S.C. § 1540(g); *Ctr. for Biological Diversity v. Ross*, 349 F. Supp. 3d 38, 44 (D.D.C. 2018). To the contrary, it is Federal Defendants' position that the Administrative Procedure Act's limitation of judicial review to the administrative record applies to ESA citizen suit claims. *United States v. Carlo Bianchi & Co.*, 373 U.S. 709, 714-15 (1963); *Cabinet Mountains Wilderness v. Peterson*, 685 F.2d 678, 685, (D.C. Cir. 1982). In any event, Plaintiffs do not intend to conduct any discovery in this case.

UNITED STATES DEPARTMENT OF JUSTICE
Environment & Natural Resources Division
TODD KIM, Assistant Attorney General
S. JAY GOVINDAN, Acting Chief
BRIDGET KENNEDY McNEIL, Assistant Chief

*/s/ Michelle M. Spatz*
Michelle M. Spatz, Trial Attorney
D.C. Bar No. 1044400
Wildlife & Marine Resources Section
P.O. Box 7611
Washington, D.C. 20044-7611
Telephone: (202) 598-9741
Email: michelle.spatz@usdoj.gov

Heather E. Gange, Senior Attorney
D.C. Bar No. 452615
Environmental Defense Section
P.O. Box 7611
Washington, D.C. 20044-7611
Telephone: (202) 532-3157
Email: heather.gange@usdoj.gov

Christopher C. Hair, Trial Attorney
PA Bar # 306656
United States Department of Justice
Natural Resources Section
4 Constitution Square
150 M Street, NE, Suite 3.1004
Washington, D.C. 20002
Telephone (202) 305-0420
Email: christopher.hair@usdoj.gov

*Attorneys for Federal Defendants*

/s/ *Catherine Kilduff*
Catherine Kilduff, DC Bar No. 1026160
Miyoko Sakashita, DC Bar No. CA00061
CENTER FOR BIOLOGICAL DIVERSITY
1212 Broadway, Suite 800
Oakland, CA 94612
(510) 844-7100
ckilduff@biologicaldiversity.org
miyoko@biologicaldiversity.org

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on December 19, 2022, I electronically filed and served the foregoing Joint Proposed Scheduling Order on all counsel of record via the CM/ECF system.

                                      */s/ Michelle M. Spatz*
MICHELLE M. SPATZ, Trial Attorney
D.C. Bar No. 1044400
United States Department of Justice
Environment and Natural Resources Division
Wildlife and Marine Resources Section
P.O. Box 7611, Ben Franklin Station
Washington, D.C. 20044-7611
Tel: (202) 598-9741; Fax: (202) 305-0275
E-mail: michelle.spatz@usdoj.gov

*Attorney for Federal Defendants*