UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| EL PUENTE, et al., <br><br> *Plaintiffs*, <br><br> v. <br><br> U.S. ARMY CORPS OF ENGINEERS, et al., <br><br> *Defendants*. | Civil Action No. 1:22-cv-02430 (CJN) |

## SCHEDULING ORDER

Upon consideration of the parties' jointly proposed scheduling order, it is ORDERED that the parties shall abide by the following dates, deadlines, and limitations:

**I.   Resolving Administrative Record Disputes**

**A.** On or before **December 30, 2022**, Plaintiffs shall notify Federal Defendants whether they believe the Administrative Record is complete or requires supplementation with additional materials, whether they believe any exceptions to record review are applicable, and/or whether they believe there is a need for judicial review of extra-record materials.  If there is a dispute over any of these issues, the parties will attempt to negotiate a resolution.

**B.** The parties shall file a status report by **January 13, 2023**, notifying the Court that either:  (a) they have reached agreement that the record for judicial review is complete and intend to proceed as set forth below; or (b) Plaintiffs intend to move the Court to resolve a dispute regarding the completeness of the Administrative Record, the

1

applicability of any exceptions to record review, or the need for judicial review of extra-record materials.  Any such motion shall be filed by **January 27, 2023**.

C. Briefing on any such motion shall proceed in accordance with Local Rules.  If such a motion is filed, briefing on summary judgment, as contemplated below, shall not proceed until disputes over the content of the record are resolved, either by the Court or the parties, absent order of the Court to the contrary.

II. **Cross-Motions for Summary Judgment**

A. Plaintiffs shall file their Motion for Summary Judgment and supporting materials on or before **January 27, 2023** (to be limited to **55 pages**).

B. Federal Defendants shall file their Opposition to Plaintiffs' Motion for Summary Judgment and any Cross-Motion for Summary Judgment on or before **February 24, 2023** (to be limited to **65 pages**).

C. Plaintiffs shall file their Reply in Support of their Motion for Summary Judgment and any Opposition to Federal Defendants' Cross-Motion for Summary Judgment on or before **March 24, 2023** (to be limited to **55 pages**).

D. Federal Defendants shall file a Reply in Support of their Motion for Summary Judgment on or before **April 21, 2023** (to be limited to **45 pages**).

E. In accordance with Local Civil Rule 7(n)(2), Plaintiffs shall file an appendix prepared jointly by the parties, containing all portions of the administrative record designated by Plaintiffs and Federal Defendants, on or before **May 5, 2023**.

DATE:  December 29, 2022

_____
CARL J. NICHOLS
United States District Judge