**UNITED STATES DISTRICT COURT**
**DISTRICT OF COLUMBIA**

EL PUENTE, et al.,

*Plaintiffs,*

v.

U.S. ARMY CORPS OF ENGINEERS, et al.,

*Federal Defendants.*

Civ. No. 1:22-cv-02430-CJN

**JOINT STATUS REPORT**

Pursuant to section I.B. of the Court's Scheduling Order, dated December 29, 2022, ECF Doc. No. 17, Plaintiffs and Federal Defendants jointly submit this status report to notify the Court of the following:

(1) Pursuant to the Court's Scheduling Order, on December 30, Plaintiffs notified Federal Defendants of issues pertaining to the completeness of the Administrative Record lodged on December 5, 2022, ECF Doc. No. 15, whether it requires supplementation with additional materials, whether Plaintiffs believe any exceptions to record review are applicable, and/or whether they believe there is a need for judicial review of extra-record materials. The parties have conferred regarding the issues raised by Plaintiffs on December 30 and agree that there are no outstanding issues.[1]

[1] Federal Defendants note that one document produced to Plaintiffs (NMFS_00701-769) was inadvertently produced without redactions of protected information. The document has been clawed back and replaced with a redacted version. Plaintiffs have agreed to replace all copies of the unredacted document with the redacted document, and return, delete, or destroy all existing data associated with the unredacted document, including copies of the document and associated data contained on the original production media, as well as any copies that exist on internal databases or networks.

(2) Plaintiffs do not intend to move the Court to resolve any dispute regarding the completeness of the Administrative Record, the applicability of any exceptions to record review, or the need for judicial review of extra-record materials.

(3) Plaintiffs and Federal Defendants intend to proceed with the summary judgment briefing schedule set forth in section II of the Court's Scheduling Order, ECF Doc. No. 17.

As set forth in the United States Army Corps of Engineers' ("Corps") Certification of Administrative Record filed on December 5, ECF Doc. No. 15-2, it remains the case that there has been no final agency decision on the proposed action contemplated in the Corps' 2021 Draft Supplemental Environmental Assessment for the San Juan Harbor, Puerto Rico Seagrass Mitigation, Additional Sand Source ("Draft Supplemental EA"). The Corps anticipates issuing the final agency decision on the Draft Supplemental EA by January 20, 2023, and intends to file a supplement to its administrative record within 30 days of issuing it. Federal Defendants have agreed to provide a copy of the Corps' final decision to Plaintiffs once it is issued and that the Corps will use its best efforts to finalize its supplemental administrative record before Plaintiffs' opening summary judgment brief is due. Given the possibility that the Corps may not finalize its supplemental record before Plaintiffs' opening summary judgment brief is due, Federal Defendants have no objection to Plaintiffs citing the Corps' final decision on the Draft Supplemental EA or any literature cited therein in their summary judgment motion.

Plaintiffs are concerned that Federal Defendants' filing of a supplemental administrative record shortly before or after Plaintiffs' opening brief deadline is prejudicial. Plaintiffs have chosen to go forward with the current briefing schedule based on their overriding goal that all briefing in this case be completed more than a month before the Corps issues its notice to proceed (as early as June 21, 2023, ECF No. 16). Federal Defendants note that they expect a final decision

on the Draft Supplemental EA to be made at least one week before Plaintiffs' opening summary judgment brief is due (i.e., on or before January 20), at which time Federal Defendants intend to provide a copy of the final decision to Plaintiffs and will confer with Plaintiffs regarding any requested changes to the briefing schedule. Further, Federal Defendants note that they have shared the anticipated outcome of the Corps' imminent decision on the Draft Supplemental EA with Plaintiffs to aid them in preparing their opening summary judgment brief.

Dated: January 13, 2023

Respectfully Submitted,

UNITED STATES DEPARTMENT OF JUSTICE
Environment & Natural Resources Division
TODD KIM, Assistant Attorney General
S. JAY GOVINDAN, Acting Chief
BRIDGET KENNEDY McNEIL, Assistant Chief

*/s/ Michelle M. Spatz*
Michelle M. Spatz, Trial Attorney
D.C. Bar No. 1044400
Wildlife & Marine Resources Section
P.O. Box 7611
Washington, D.C. 20044-7611
Telephone: (202) 598-9741
Email: michelle.spatz@usdoj.gov

Heather E. Gange, Senior Attorney
D.C. Bar No. 452615
Environmental Defense Section
P.O. Box 7611
Washington, D.C. 20044-7611
Telephone: (202) 532-3157
Email: heather.gange@usdoj.gov

Christopher C. Hair, Trial Attorney
PA Bar # 306656
United States Department of Justice
Natural Resources Section

/s/ *Catherine Kilduff*
Catherine Kilduff, DC Bar No. 1026160
Miyoko Sakashita, DC Bar No. CA00061
CENTER FOR BIOLOGICAL DIVERSITY
1212 Broadway, Suite 800
Oakland, CA 94612
(510) 844-7100
ckilduff@biologicaldiversity.org
miyoko@biologicaldiversity.org

*Attorneys for Plaintiffs*

4 Constitution Square
150 M Street, NE, Suite 3.1004
Washington, D.C. 20002
Telephone (202) 305-0420
Email: christopher.hair@usdoj.gov

*Attorneys for Federal Defendants*

**CERTIFICATE OF SERVICE**

I hereby certify that on January 13, 2023, I electronically filed and served the foregoing Joint Status Report on all counsel of record via the CM/ECF system.

*/s/ Michelle M. Spatz*
MICHELLE M. SPATZ, Trial Attorney
D.C. Bar No. 1044400
United States Department of Justice
Environment and Natural Resources Division
Wildlife and Marine Resources Section
P.O. Box 7611, Ben Franklin Station
Washington, D.C. 20044-7611
Tel: (202) 598-9741; Fax: (202) 305-0275
E-mail: michelle.spatz@usdoj.gov

*Attorney for Federal Defendants*