IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| EL PUENTE, et al.,<br><br>*Plaintiffs*,<br><br>v.<br><br>U.S. ARMY CORPS OF ENGINEERS, et al.,<br><br>*Defendants*. | Case No.: 1:22-cv-02430-CJN |

**PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT**

Plaintiffs El Puente, CORALations, and Center for Biological Diversity respectfully move this Court for summary judgment pursuant to Federal Rule of Civil Procedure 56 and Local Civil Rule 7(h). Plaintiffs move for summary judgment because there is no genuine dispute as to any material fact and Plaintiffs are entitled to judgment as a matter of law.

Plaintiffs seek an order declaring that Defendants U.S. Army Corps of Engineers and Lieutenant General Scott A. Spellmon (collectively, Corps) violated the Clean Water Act, National Environmental Policy Act, and Administrative Procedure Act ("APA") in issuing its 2018 Environmental Assessment and Finding of No Significant Impact for a Dredging Project in San Juan Bay, Puerto Rico. Plaintiffs also seek an order declaring the National Marine Fisheries Service's and Fish and Wildlife Service's related not-likely-to-adversely-affect determinations for corals and manatees, respectively, are unlawful under the Endangered Species Act. Because the Finding of No Significant Impact and not-likely-to-adversely-affect determinations are unlawful, Plaintiffs seek an order vacating these decisions. In support of this motion, Plaintiffs

Pls' Mot. for Summ. J.
Case No: 1:22-cv-02430-CJN

1

are concurrently filing a memorandum of points and authorities, proposed order, and the declarations of Kara Clauser, Isabel Rivera-Collazo, Sonia Villaverde, Frank Gonzalez García, Federico Cintrón Moscoso, Mary Ann Lucking, and Peter Galvin.

| | |
|---|---|
| Dated:  January 27, 2023. | Respectfully submitted, |
| | <u>s/ *Catherine Kilduff*</u> |
| | Catherine Kilduff, DC Bar No. 1026160 |
| | <u>*s/ Miyoko Sakashita*</u><br>Miyoko Sakashita, DC Bar No. CA00061<br>CENTER FOR BIOLOGICAL DIVERSITY<br>1212 Broadway, Suite 800<br>Oakland, CA 94612<br>(510) 844-7100<br>ckilduff@biologicaldiversity.org<br>miyoko@biologicaldiversity.org |
| | *Counsel for Plaintiffs* |

Pls' Mot. for Summ. J.
Case No: 1:22-cv-02430-CJN

2