# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| EL PUENTE, et al.,<br><br>  *Plaintiffs*,<br><br>v.<br><br>U.S. ARMY CORPS OF ENGINEERS, et al.,<br><br>  *Defendants*. | Case No.: 1:22-cv-02430-CJN |

## NOTICE REGARDING FILING OF JOINT APPENDIX

Pursuant to Local Rule 7(n), Plaintiffs El Puente, CORALations, Center for Biological Diversity are filing simultaneously with this notice an eight volume Joint Appendix of citations.

Dated: May 5, 2023

Respectfully submitted,

 s/ *Catherine Kilduff*

Catherine Kilduff, DC Bar No. 1026160
Julie Teel Simmonds, DC Bar No. CO0091
Miyoko Sakashita, DC Bar No. CA00061
CENTER FOR BIOLOGICAL DIVERSITY
1212 Broadway, Suite 800
Oakland, CA 94612
(510) 844 - 7100
ckilduff@biologicaldiversity.org
jteelsimmonds@biologicaldiversity.org
miyoko@biologicaldiversity.org

*Attorneys for Plaintiffs El Puente, CORALations, and Center for Biological Diversity*