IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

EL PUENTE, et al.,

       *Plaintiffs*,

       v.

U.S. ARMY CORPS OF ENGINEERS, et al.,

       *Defendants*.

Case No.: 1:22-cv-02430-CJN

---

**JOINT APPENDIX IN SUPPORT OF PARTIES'
MOTIONS AND CROSS-MOTIONS FOR SUMMARY JUDGMENT**

**VOLUME 2**

Dated:  May 5, 2023

Respectfully submitted,

 s/ *Catherine Kilduff*

Catherine Kilduff, DC Bar No. 1026160
Julie Teel Simmonds, DC Bar No. CO0091
Miyoko Sakashita, DC Bar No. CA00061
CENTER FOR BIOLOGICAL DIVERSITY
1212 Broadway, Suite 800
Oakland, CA 94612
(510) 844 - 7100
ckilduff@biologicaldiversity.org
jteelsimmonds@biologicaldiversity.org
miyoko@biologicaldiversity.org

*Attorneys for Plaintiffs El Puente,
CORALations, and Center for
Biological Diversity*

**INDEX**
**JOINT APPENDIX**

| VOLUME 1 | | |
|---|---|---|
| **Page Span of Original in AR** | **Page(s) in Appendix** | **Document Description** |
| FWS_00026– FWS_00030 | FWS_00026– FWS_00030 | USFWS response re: supplemental EA and section 7 consultation |
| FWS_00047– FWS_00051 | FWS_00047– FWS_00051 | USFWS concurrence letter to USACE re: Biological Assessment |
| FWS_00052– FWS_00080 | FWS_00052– FWS_00080 | USFWS letter and Final Fish and Wildlife Coordination Act Report |
| FWS_00081– FWS_00085 | FWS_00081– FWS_00085 | Email exchange between USFWS and USACE, with attachment |
| FWS_01345– FWS_01348 | FWS_01345 | Internal FWS email re: Biological Assessment |
| FWS_01349– FWS_01368 | FWS_01349– FWS_01368 | USACE ESA Biological Assessment |
| FWS_01390– FWS_01418 | FWS_01390– FWS_01393 | USFWS letter responding to USACE's Notice of Intent |
| NMFS_00001– NMFS_00003 | NMFS_00001– NMFS_00003 | NMFS memo re: SJH evaluation of new information from Cunning 2019 |
| NMFS_00004– NMFS_00154 | NMFS_00004– NMFS_00154 | ESA Section 7 Biological Opinion |
| NMFS_00157– NMFS_00160 | NMFS_00157– NMFS_00160 | USACE email re: NMFS's request for information re: monitoring and management plan and dredge disposal site |
| NMFS_00169– NMFS_00176 | NMFS_00169– NMFS_00176 | NMFS letter requesting additional information for Biological Opinion |

| VOLUME 2 | | |
|---|---|---|
| **Page Span of Original in AR** | **Page(s) in Appendix** | **Document Description** |
| NMFS_00177– NMFS_00292 | NMFS_00177– NMFS_00292 | USACE letter requesting formal consultation from NMFS and attached biological assessment |
| NMFS_00678– NMFS_00692 | NMFS_00678– NMFS_00692 | Cunning et al. 2019. Extensive coral mortality and critical habitat loss following dredging |
| NMFS_00693– NMFS_00700 | NMFS_00693– NMFS_00700 | Fourney & Figueiredo 2017. Additive negative effects of anthropogenic sedimentation and warming on the survival of coral recruits |
| NMFS_00701- NMFS_00768 | NMFS_00701– NMFS_00768 | Water & Air 2017. Miami Harbor Phase III Dredging Project |
| NMFS_00770- NMFS_00788 | NMFS_00770– NMFS_00788 | Miller et al. 2016. Detecting sedimentation impacts to coral reefs resulting from dredging Port of Miami, Florida USA |
| NMFS_00789– NMFS_00847 | NMFS_00789– NMFS_00847 | NMFS letter and report re: Examination of Sedimentation Impacts to Coral Reef Along the Port of Miami Entrance Channel |
| NMFS_00881- NMFS_00927 | NMFS_00881– NMFS_00927 | Hernandez-Delgado & Rivera. Prelim. Determination of Acroporid Critical Habitats |
| NMFS_00928- NMFS_00967 | NMFS_00928, NMFS_00934–35 | Fourney 2015. Natural vs. Anthropogenic Sedimentation: Does Reducing a Local Stressor Increase Coral Resilience to Climate Change? |
| NMFS_00968- NMFS_00988 | NMFS_00968, NMFS_00969, NMFS_00982 | Jones et al. 2015. Effects of sediments on the reproductive cycle of corals |

| VOLUME 3 | | |
| --- | --- | --- |
| **Page Span of Original in AR** | **Page(s) in Appendix** | **Document Description** |
| USACE_000001–USACE_000003 | USACE_000001–USACE_000003 | Finding of No Significant Impact |
| USACE_000004–USACE_000008 | USACE_000004–USACE_000008 | Chief of Engineer's Report on Feasibility Study |
| USACE_000023–USACE_000024 | USACE_000023–USACE_000024 | EPA letter to USACE re: response to integrated feasibility report and EA |
| USACE_000028–USACE_000217 | USACE_000028–USACE_000217 | Integrated Feasibility Report and EA |
| USACE_000761–USACE_000787 | USACE_000761–USACE_000787 | Feasibility Report and EA - Appendix B - Dredged Material Management Plan |
| USACE_000788–USACE_000883 | USACE_000788–90, USACE_000796–97, USACE_000803–05, USACE_000827, USACE_000867 | Feasibility Report and EA - Appendix C - Economics |
| USACE_000916–USACE_001070 | USACE_000916, USACE_000924–25, USACE_001025–67 | Feasibility Report and EA - Appendix F - NMFS EFH ESA Consultation |

| VOLUME 4 | | |
|---|---|---|
| **Page Span of Original in AR** | **Page(s) in Appendix** | **Document Description** |
| USACE_001110–USACE_001124 | USACE_001110–USACE_001124 | Feasibility Report and EA Appendix I – 404(b)(1) Evaluation |
| USACE_001125–USACE_001283 | USACE_001125–83, USACE_001205–06, USACE_001250–52, USACE_001257, USACE_001280–81 | Feasibility Report and EA Appendix J – Pertinent Correspondence |
| USACE_001284–USACE_001290 | USACE_001284–USACE_001290 | Feasibility Report and EA Appendix K – Condado Lagoon WQC |
| USACE_001337–USACE_001370 | USACE_001337, USACE_001347, USACE_001355–56 | USFS letter to USACE re: Coordination Act Report |
| USACE_001536–USACE_001545 | USACE_001537–38 | DNER letter and chart – Status of Pending Civil Works Projects |
| USACE_001548–USACE_001573 | USACE_001551, USACE_001554, USACE_001558, USACE_001560 | Powerpoint – Feasibility Study and EA Agency Decision Milestone Meeting |
| USACE_001574–USACE_001630 | USACE_001606, USACE_001624 | Report Summary for Integrated Feasibility Report and EA |
| USACE_001646–USACE_001646 | USACE_001646 | Letter to USACE re: finding of no historic properties |
| USACE_001647–USACE_001702 | USACE_001647–49 | Email exchange with USACE & NMFS re: additional information |
| USACE_001703–USACE_001720 | USACE_001703–USACE_001720 | Email and meeting minutes from Nov. 8, 2017 |
| USACE_001721–USACE_001725 | USACE_001721–USACE_001725 | Internal USACE email and revised document draft responses to PREPA |
| USACE_001937–USACE_001967 | USACE_001938–41 | Transcript – Puerto Rico Public Meeting, Aug. 22, 2017 |
| USACE_001968–USACE_001969 | USACE_001968–69 | PR Power Authority letter to USACE re: LNG Receiving, Storage & Gasification Facilities |
| USACE_001970–USACE_002293 | USACE_001970, USACE_002033 | SJH Submerged Cultural Resources Survey, Final Report |
| USACE_002302–USACE_002302 | USACE_002302 | Sierra Club email to USACE re: Q on deadline for public comment |

| Page Span of Original in AR | Page(s) in Appendix | Document Description |
|---|---|---|
| USACE_002303– USACE_002303 | USACE_002303 | Letter to USACE re: review of submerged cultural resources survey |
| USACE_002304– USACE_002305 | USACE_002304–05 | PR Power Authority letter re: request for information |
| USACE_002306– USACE_002318 | USACE_002306, USACE_002310, USACE_002313–16 | CBD email and comments re: EA and FONSI |
| USACE_002319– USACE_002323 | USACE_002319– USACE_002323 | USACE News Release |
| USACE_002324– USACE_002457 | USACE_002324–25, USACE_002397, USACE_002409–11, USACE_002455 | Santiago email and informational documents re: LNG deliveries to Puerto Rico |
| USACE_002458– USACE_002508 | USACE_002458– USACE_002508 | Transcript – Puerto Rico Public Meeting, Aug. 22, 2017 |
| USACE_002514– USACE_002521 | USACE_002514–18 | USACE email to Santiago re: requested letters |
| USACE_002530– USACE_002535 | USACE_002530–31 | USACE letter to public re: draft Feasibility Study and EA public comment opportunity |
| USACE_002538– USACE_002558 | USACE_002538– USACE_002558 | USACE email to USFW sending ESA Biological Assessment |
| USACE_002559– USACE_002789 | USACE_002559, USACE_002636, USACE_002643, USACE_002661, USACE_002672 | SJH Draft Feasibility Study and EA |
| USACE_003450– USACE_003465 | USACE_003450, USACE_003456, USACE_003469–70 | USACE letter to NMFS requesting consultation, with attachment (Draft Report and EA – Appendix F) |
| USACE_003566– USACE_003597 | USACE_003566, USACE_003597 | Draft Fish and Wildlife Coordination Act Report |
| USACE_003822– USACE_003835 | USACE_003822, USACE_003832 | 404(b)(1) Evaluation (Draft Report and EA – Appendix J) |
| USACE_003836– USACE_003844 | USACE_003836– USACE_003844 | Memo for Record re: NEPA determination (Draft Report and EA – Appendix K) |
| USACE_003845– USACE_003942 | USACE_003907 | USACE letter to Coast Guard requesting review of drawing and transmission of LNG regulations |
| USACE_003845– USACE_003942 | USACE_003910 | Email from Coast Guard re: review of drawing and LNG regulations |
| USACE_004017– USACE_004075 | USACE_004036, USACE_004044–54 | Powerpoint – Tentatively Selected Plan Milestone Presentation |

| VOLUME 5 | | |
| --- | --- | --- |
| **Page Span of Original in AR** | **Page(s) in Appendix** | **Document Description** |
| USACE_004076– USACE_004192 | USACE_004076–78, USACE_004084, USACE_004096, USACE_004106–20, USACE_004128, USACE_004132–33, USACE_004138–39 | Email to NOAA re: ESA Consultation, with Biological Assessment and Cover Letter |
| USACE_004220– USACE_004304 | USACE_004220, USACE_004240 | Report Summary for Feasibility Report and EA (revised 6-16-17) |
| USACE_004220– USACE_004304 | USACE_004264, USACE_004272 | Powerpoint – Tentatively Selected Plan Milestone Presentation |
| USACE_005669– USACE_005672 | USACE_005669– USACE_005672 | Public Notice – Cataño Oil Dock, Application No. SAJ-2010-03574 |
| USACE_005673– USACE_005683 | USACE_005673, USACE_005677 | Final Meeting Minutes – Team Update on Preliminary Quantities/Costs Results |
| USACE_005753– USACE_005761 | USACE_005753, USACE_005759 | USACE Memo for the Record re: Determination of NEPA Documentation |
| USACE_005762– USACE_005765 | USACE_005762– USACE_005765 | Public Notice – San Antonio Channel, Application No. SAJ-2002-07089 |
| USACE_005766– USACE_005769 | USACE_005766– USACE_005769 | Public Notice – Pier 3 Old San Juan, Application No. SAJ-1997-06893 |
| USACE_005770– USACE_005773 | USACE_005770– USACE_005773 | Public Notice – Pier 4 Old San Juan, Application No. SAJ-2001-06025 |
| USACE_005811– USACE_005822 | USACE_005811, USACE_005815 | Final Meeting Minutes – Team Update on Environmental Resource Surveys |
| USACE_006225– USACE_006228 | USACE_006225 | USACE email re: Feasibility Study Design Vessels for Ship Simulation |
| USACE_006234– USACE_006265 | USACE_006235–39 | 81 Fed. Reg. 51,694 (Aug. 4, 2016), Guidance for Assessing Effects of Anthropogenic Sound |
| USACE_006501– USACE_006501 | USACE_006501 | EPA letter to USACE re: ocean dredged material disposal site |
| USACE_006511– USACE_006520 | USACE_006511–18 | Final Meeting Minutes (PREPA – LNG Terminal) |
| USACE_006717– USACE_006717 | USACE_006717 | USACE letter to EPA re: MPRSA Section 103 Sediment Testing and Analysis |

| Page Span of Original in AR | Page(s) in Appendix | Document Description |
|---|---|---|
| USACE_006722–USACE_006880 | USACE_006722–USACE_006880 | Final Report – SJH MPRSA Section 103 Sediment Testing and Analysis |
| USACE_007012–USACE_007014 | USACE_007012–13 | Email to agencies re: pilots' areas of concerns, with attached map |
| USACE_007018–USACE_007172 | USACE_007018, USACE_007035–36 | Miami Harbor Phase III Quantitative Post-Construction Analysis |
| USACE_007241–USACE_007242 | USACE_007241–USACE_007242 | Park Service letter to USACE re: comments on notice to prepare EIS |
| USACE_007243–USACE_007244 | USACE_007243–USACE_007244 | Project Fact Sheet in Spanish for Public Scoping Meeting |
| USACE_007577–USACE_007577 | USACE_007577 | 80 Fed. Reg. 60,657 (Oct. 7, 2015), Notice of Intent to Prepare EIS |
| USACE_007578–USACE_007581 | USACE_007579–80 | USACE letter initiating scoping process for EIS |
| USACE_007585–USACE_007653 | USACE_007585, USACE_007600 | Powerpoint – PR Electric Power Authority Integrated Resource Plan |
| USACE_008031–USACE_008062 | USACE_008031, USACE_008041–43 | Galway Energy Advisors – LNG and Natural Gas Delivery Options Evaluation |
| USACE_009002–USACE_009012 | USACE_009002, USACE_009008 | Species of Special Conservation Concern: Colonial Nesting Seabirds Guild |
| USACE_009293–USACE_009565 | USACE_009294, USACE_009562 | 79 Fed. Reg. 53,852 (Sept. 10, 2014), Final Listing Determinations |
| USACE_010316–USACE_010356 | USACE_010316, USACE_010336 | Biological Assessment for Impacts Associated with the Isla Grande Terminal Improvements |
| USACE_012229–USACE_012257 | USACE_012229 | Erftemeijer et al. 2012. Environmental Impacts of Dredging & Other Sediment Disturbances |

| VOLUME 6 | | |
|---|---|---|
| **Page Span of Original in AR** | **Page(s) in Appendix** | **Document Description** |
| USACE_013098–USACE_013148 | USACE_013098–USACE_013148 | EPA Letter and Site Management and Monitoring Plan |
| USACE_013195–USACE_013204 | USACE_013195–98 | NOAA letter re: Site Monitoring and Management Plan |
| USACE_013664–USACE_013988 | USACE_013664, USACE_013740 | Recovery Plan for NW Atlantic Population of Loggerhead Sea Turtle |
| USACE_013989–USACE_014019 | USACE_013989 | 73 Fed. Reg. 72,210 (Nov. 26, 2008), Critical Habitat for Elkhorn and Staghorn Corals |
| USACE_014399–USACE_014484 | USACE_014399, USACE_014436, USACE_014440 | West Indian Manatee 5-Year Review |
| USACE_014507–USACE_014718 | USACE_014507–631 | USACE Hydraulic Design of Deep-Draft Navigation Projects |
| USACE_015048–USACE_015249 | USACE_015048, USACE_015089 | Atlantic *Acropora* Status Review |
| USACE_017459–USACE_017473 | USACE_017459, USACE_017470 | Kleypas 1996. Coral reef development under naturally turbid conditions |
| USACE_019129–USACE_019205 | USACE_019129, USACE_019173–93 | Framework for Assessing Need for Seasonal Restrictions on Dredging & Disposal Operations |

| VOLUME 7 | | |
|---|---|---|
| **Page Span of Original in AR** | **Page(s) in Appendix** | **Document Description** |
| USACE_019590–USACE_019693 | USACE_019590–693 | Final EIS for Designation of Ocean Dredged Material Disposal Sites |
| USACE_021462–USACE_021500 | USACE_021462, USACE_021474 | Powerpoint – Update on Dredging Impacts on Sea Turtles in SE USA |
| USACE_021539–USACE_021540 | USACE_021539–40 | LNG World News. New Fortress Energy breaks ground for SJ micro fuel-handling facility |
| USACE_021667–USACE_021713 | USACE_021667, USACE_21684, USACE_021697–700 | Draft Supplemental EA – Seagrass Mitigation, Additional Sand Source |
| USACE_022631–USACE_022726 | USACE_022631, USACE_22646–48, USACE_022696–97, USACE_022715–16 | Final Feasibility Report and EA – Appendix C – Economics |
| USACE_022968–USACE_023126 | USACE_023121–24 | Power Authority letter re: LNG receiving, storage, & gasification facilities |
| USACE_024430–USACE_024433 | USACE_024430–33 | Finding of No Significant Impact – Seagrass Mitigation, Additional Sand Source |
| USACE_024434–USACE_024693 | USACE_024434, USACE_024439–49, USACE_024467, USACE_024470–76, USACE_024477, USACE_024518, USACE_024636, USACE_024688–93 | Final Supplemental EA – Seagrass Mitigation, Additional Sand Source (Jan. 2023) |
| USACE_024694–USACE_024695 | USACE_024694–95 | USACE Letter to PR Point Sources Permit Division Re: Water Quality Certification |
| USACE_024709–USACE_024717 | USACE_024709, USACE_024715 | NMFS Letter to EPA Re: Consultation on Site Management and Monitoring Plan |
| USACE_024893–USACE_024894 | USACE_024893–94 | DNER Letter to USACE Re: Water Quality Certification |
| USACE_025892–USACE_025927 | USACE_025892–927 | EPA Letter Re: Ocean Dredged Material Disposal and Memo Re: Review of Compliance |
| USACE_025928–USACE_025971 | USACE_025928, USACE_025946 | Powerpoint – SJH Construction Dredging 44-Foot & 36-Foot Project, Condado Lagoon |
| USACE_026782–USACE_026790 | USACE_026783, USACE_026789 | San Juan Bay Nat'l Estuary Program Email to Planning Board Re: Consistency Certification |

| Page Span of Original in AR | Page(s) in Appendix | Document Description |
|---|---|---|
| USACE_026791–USACE_026799 | USACE_026794–96 | Response Enclosure |
| USACE_026800–USACE_027394 | USACE_026917, USACE_026919 | Gerstein & Blue 2016. Underwater noise and zones of masking with respect to hopper dredging and manatees |
| USACE_026800–USACE_027394 | USACE_026938, USACE_026941–44 | Hieb et al. 2021. In-Water Bridge Construction Effects on Manatees |
| USACE_026800–USACE_027394 | USACE_027142 | Toscano & Murena 2019. Atmospheric ship emissions in ports |
| USACE_028572–USACE_028579 | USACE_028572–79 | DNER Letter to USACE Re: Water Quality Certificate |
| USACE_028611–USACE_028626 | USACE_028611, USACE_28616, USACE_28620 | Santiago email to USACE with comments from El Puente et al. on Draft Supplemental EA |
| USACE_028640–USACE_028651 | USACE_028641, USACE_028648–49 | Environmental Law Clinic of Univ. of PR – comments on Draft Supplemental EA |
| USACE_028748–USACE_028839 | USACE_028783, USACE_028793 | Site Management and Monitoring Plan (Draft) |

| VOLUME 8 | | |
|---|---|---|
| **Page Span of Original in AR** | **Page(s) in Appendix** | **Document Description** |
| USACE_029564–USACE_029695 | USACE_029564–695 | Draft Supplemental EA and Proposed Finding of No Significant Impact |
| USACE_029806–USACE_029806 | USACE_029806 | USACE letter to EPA requesting concurrence for ocean disposal |
| USACE_029807–USACE_029948 | USACE_029807–948 | Final MPRSA Section 103 Sediment Characterization Testing and Analysis |
| USACE_030374–USACE_030374 | USACE_030374 | OMB letter to Army re: submission to Congress |



**DEPARTMENT OF THE ARMY**
**JACKSONVILLE DISTRICT CORPS OF ENGINEERS**
**701 SAN MARCO BOULEVARD**
**JACKSONVILLE, FLORIDA 32207-0019**

REPLY TO
ATTENTION OF

Planning and Policy Division
Environmental Branch

JUL 1 4 2017

Mr. David Bernhart
Assistant Regional Administrator
Protected Resources
National Marine Fisheries Service
263 13th Avenue South
St. Petersburg, Florida 33701-5505

Dear Mr. Bernhart:

In accordance with provisions of Section 7 of the Endangered Species Act, as amended, the U.S. Army Corps of Engineers (Corps), Jacksonville District is hereby initiating formal consultation with National Marine Fisheries Service on the proposed deepening and widening of the Federal San Juan Harbor navigation project in Puerto Rico (Figure 1). The Corps has conducted a National Environmental Policy Act assessment to evaluate potential effects on the human environmental associated with this proposed action. Currently, the tentatively selected plan (TSP) consists of widening and deepening to 44 feet (plus 1-foot required and 1-foot allowable overdepth) with placement of approximately 2.0 million cubic yards of dredged material in the existing Ocean Dredged Material Disposal Site (refer to enclosure for details). The widening (50 feet on either side) would occur along the Army Terminal channel. Completion of the dredging project may employ hydraulic hopper and/or cutterhead dredges and/or mechanical clamshell/excavator dredges.

Enclosed please find the Corps biological assessment of potential effects of the proposed project on listed species under your purview in the action area. In addition to our request for formal consultation for sea turtles, we also request written concurrence with our may effect, not likely to adversely affect determinations for whales, fish, and corals.

Pursuant to the Endangered Species Act, as amended, please indicate within 30 days of the date of this letter your determination of completeness of the biological assessment. In addition, the Corps requests a copy of the draft biological opinion for review as allowed under 50 CFR 402.14(g)(5) within 90 days of determination of completeness and delivery of the final biological opinion 45 days later.

-2-

If you have any questions, please contact Mr. Paul DeMarco at 904-232-1897 or by email at Paul.M.DeMarco@usace.army.mil.

Sincerely,

Gina Paduano Ralph, Ph.D.
Chief, Environmental Branch

Enclosure

# TENTATIVELY SELECTED PLAN

## WIDENING
- Widen Army Terminal Channel from 350' to 450' maximum

## DEEPENING (counterclockwise)
- Cut 6 to 46'
- Anegado Channel to 44'
- Army Terminal Channel to 44'
- Army Terminal Turning Basin to 44'
- San Antonio Channel to 36'
- Cruise Ship Basin East to 36'

## COAST GUARD ANCHORAGE AREA F EXPANSION – – –
- A Future Without-Project Condition that will be maintained by USACE once constructed

## CONSTRUCTION
- Mechanical clamshell dredge with bottom-dump barge transport to offshore Ocean Dredged Material Disposal Site (ODMDS)
- ~ 2.1M cubic yards of material

NMFS_00179



**BIOLOGICAL ASSESSMENT - SAN JUAN HARBOR IMPROVEMENT STUDY**

**Prepared for:**
**U.S. Army Corps of Engineers**
**Jacksonville District**
**701 San Marco Blvd**
**Jacksonville, FL 32207**

**Prepared by:**
**Terri Jordan-Sellers;**
**Senior Biologist**
**July 13, 2017**

NMFS_00180

**Background/History**

This Biological Assessment (BA) evaluates the potential effects to federally listed threatened and endangered species from the proposed Navigation Improvement Study for San Juan Harbor, Puerto Rico (SJH); as required by Section 7(a)(2) of the Endangered Species Act (ESA) of 1973, as amended.  The U.S. Army Corps of Engineers, Jacksonville District (Corps) proposes to expand and deepen the channels and turning basins of SJH. The Corps has prepared a Draft Integrated Feasibility Report and Environmental Assessment for the project (http://www.saj.usace.army.mil/Missions/Civil-Works/Navigation/Navigation-Projects/San-Juan-Harbor/).

SJH has been in use since the discovery of the Island by the Christopher Columbus in November 1493.  Recent Federal improvements began in 1917 with the authorization of inner harbor and San Antonio channel dredging.  Federal navigation improvements have continued into the 2000's when the last authorized modifications included deepening the bar channel (Cuts 1-3) to project depths of 56-51 feet[1], the Entrance Channel (Cuts 4-6) to 48-42 feet, Anegado Channel to 40 feet, Army Terminal and Turning Basin to 40 feet, Puerto Nuevo Channel to 39 feet, Graving Dock Channel to 36 feet, Graving Dock Turning Basin to 30 feet, Anchorage Area E to 36 feet, Anchorage Area F to 30 feet, San Antonio Channels to 35 feet, Cruise Ship Basins to 36 and 30 feet, and the San Antonio Extension to 30 feet.   Table 1 provides a history of the gradual deepening of SJH. Federal interest started with the inner harbor area and establishing the San Antonio Channel with a 30-foot depth in 1917.  Additional modifications deepened the Entrance Channel and extended the Federal system of channels to provide access to the Army Terminal, Puerto Nuevo, and Graving Dock landside facilities as shown in Figure 1.

---

[1] All navigation channel water depths cited throughout this assessment are Mean Low Low Water (MLLW).

NMFS_00181

*Table 1: Federal Authorizations for Work in San Juan Harbor*

| Acts | Work Authorized | Documents |
|---|---|---|
| 8 Aug 1917 | Anchorage (inner harbor) area of 206 acres and San Antonio Channel to 30-foot. | House Document 865/63/2 |
| 22 Sep 1922 | Substitution of a 68-acre area 30 feet deep, along south-easterly side of anchorage area, for one 25 acres in extent and of same depth extending easterly from eastern end of the San Antonio project channel. | Specified in Act |
| 3 Jul 1930 | Modified conditions of local cooperation. | House Document 45/71/2 |
| 30 Aug 1935 | Entrance channel across outer bar 38 feet deep and 800 feet wide, and thence across bay to Harbors anchorage area (Anegado Reach Channel) 30 feet deep and 700 feet wide and increasing anchorage area to 239 acres to a 30-foot depth. | Rivers & Harbors Comm. Doc. 38/74/1 |
| 26 Aug 1937 | Widening Anegado Reach Channel and increasing anchorage area to 329 acres. | Rivers & Harbors Comm. Doc. 42/75/1 |
| 17 Oct 1940 | Removal to 8-foot depth of Anegado, Largo, and Capitanejo Shoals, and dredging to a 30-foot depth the entrance channel and turning basin to the Graving Dock. | House Document 364/76/1 |
| 2 Mar 1945 | Maintenance of the 30-foot depth entrance channel and turning basin to the Army Terminal. | Specified in Act |
| 3 Jul 1958 | Deepening portions of the entrance, the approach channels, and basins to Army Terminal and San Antonio Pier area to 35-45 feet; new 32-foot depth Puerto Nuevo Channel; and new 36-foot depth anchorage. | House Document 38/85/1 |
| 17 Nov 1986 | Centerline shifted 350 feet west and Bar Channel deepened to 48 feet over maximum width of 800 feet; deepened Anegado Channel to 46, 43, and 40 feet from the Bar Channel over a bottom width of 800 feet; deepen Army Terminal and Puerto Nuevo Channels to 40 feet and widen to 450 feet; Deepen Graving Dock Channel to 36 feet and widen to 450 feet; extend San Antonio Channel 1500 feet and deepen to 36 feet over minimum width of 500 feet; deepen Cruise Ship Basin to 36 feet; provide Sabana Approach Channel with depth of 32 feet over width of 250 feet; deepen Anchorage Area E to 38 feet and provide six mooring dolphins; provide 22 acres of shallow bay bottom for mitigation. | Public Law 99-662 |

NMFS_00182



*Figure 1 - Existing Project Components*

Transportation inefficiencies occur when existing channels and maneuvering areas cannot efficiently accommodate the existing vessels using the harbor.  The existing fleet is constrained by channel depths, under-sized turning areas and strong wind and wave conditions at the harbor entrance.  This requires many of the ships to light load, preventing them from using the full capacity of the vessel and thus increasing the number of vessel calls into the harbor.  Navigation concerns include three main types of problems: difficult wind and wave conditions, limited channel and turning basin widths, and insufficient Federal channel depths.

SJH is known to have many groundings, allisions and collisions.  Some of these groundings have occurred at the mouth of the entrance channel where there is the potential for hardbottom resources to be present (Figure 2 and Figure 3).  The entrance channel also presents significant navigational challenges including bar channel winds and waves causing ships to roll and heel and winds, waves and currents in the entrance channel cause ships to alter their speed resulting in squat and sinkage.  Changes in the entrance channel proposed by this project will help to improve these conditions for vessels transiting the entrance channel.

NMFS_00183



*Figure 2 - M/V Sergo Zakariadze Grounding – November 1999 (U.S. Coast Guard)*



*Figure 3 - Unknown Ship Grounding Northwest side of Entrance Channel October 2003*

## Project Location

SJH is located on the northeast coast of the Commonwealth of Puerto Rico (Figure 4). The Commonwealth's cruise ships, containerized cargo, dry bulk grains, general cargo including automobiles, and petroleum products pass through SJH. The entrance channel accesses the Atlantic Ocean to the north between Isla de Cabras and Old San Juan.

Page **5** of **69**

The study area includes the entrance channel, Ocean Dredged Material Disposal Site (ODMDS), the Federal inner harbor channels, and any extension of these water bodies and shorelines that would be affected by channel enlargement alternatives or any potential associated landside infrastructure changes.



Figure 4 - Location of San Juan Harbor

### Description of the Proposed Action

The Corps analyzed several alternatives within the Draft Integrated Feasibility Report and Environmental Assessment and identified a Tentatively Selected Plan (TSP). The Project will require the removal of approximately 2.1 million cubic yards of dredged material. Features of the current TSP (Figure 5), include:

- Deepen Cut-6 to 46 feet.
- Deepen Anegado Channel to 44 feet.
- Deepen Army Terminal Channel to 44 feet and widen by 100 feet.
- Deepen Army Terminal Turning Basin to 44 feet.
- Deepen San Antonio Channel and Cruise Ship Basin East to 36 feet.
- Placement of dredged material in the San Juan Harbor ODMDS or the Condado Lagoon Section 204 beneficial use of dredged material/seagrass restoration project.

NMFS_00185



*Figure 5 - Tentatively Selected Plan*

The Corps expects the construction to be performed using a variety of dredging methods including a cutterhead, clamshell, hopper or backhoe. Disposal of dredged material will be in the San Juan Harbor ODMDS or within the Condado Lagoon beneficial use of dredged material/seagrass restoration project footprint. The San Juan Harbor ODMDS is an approximately 1 square mile site, located 2.2 nautical miles north-northwest of the entrance to SJH, in an average water depth of 965 feet (292 meters), which was designated by the U.S. Environmental Protection Agency (EPA) on April 22, 1988. Detailed information concerning this site is located on EPA's Ocean Dumping homepage located at https://www.epa.gov/ocean-dumping/site-management-and-monitoring-plan-smmp-san-juan-harbor-ocean-dredged-material.

**Overview of Dredging Methods**
Geotechnical evaluations indicate minimal rock that will not require blasting. Five separate dredging methodologies may be utilized in the deepening and expansion of the port's channels and basins. Each one will be evaluated separately since they rely on differing equipment, and thus different effects may occur. Construction methodology of the project will be determined by the contractor selected by the Corps during the bid process. However, certain assumptions can be made regarding various techniques that may be needed to complete construction; those assumptions are the basis for this consultation. If an alternative construction methodology, not included in this

NMFS_00186

consultation is proposed by the selected contractor that result in effects to the species under National Marine Fisheries Service (NMFS) jurisdiction that are different than those analyzed here, then the Corps will reinitiate consultation.

Dredging equipment is classified as either hydraulic or mechanical based upon the means of transporting the dredged material from the channel bottom.  Hydraulic dredges use water to pump the dredged material as slurry to the surface and mechanical dredges use some form of bucket to excavate and raise the material from the channel bottom.  The most common hydraulic dredges include cutter-suction and hopper dredges and the most common mechanical dredges include clamshells and backhoes (also referred to as marine excavator or dipper dredges).  In addition to clamshell and backhoe dredges, mechanical dredges also include bucket ladder dredges, however, U.S. law requires that dredges working on federally funded projects have U.S. built hulls and no large scale bucket ladder dredges capable of conducting rock dredging are currently available for U.S. work.  Various project elements influence the selection of the dredge type and size.  These factors include the type of material (rock, clay, sand, silt, or combination); the water depth; the dredge cut thickness, length, and width; the sea or wave conditions, vessel traffic conditions, environmental restrictions, other operating restrictions; and the required completion time.  All of these factors effect dredge production and as a result costs.  Multiple dredges of the same or different types may be used on projects where conditions vary between dredging locations or to expedite the work.

The following discussion of dredges and their associated effects will be limited to potential dredging equipment suitable for the SJH deepening project.  The key project elements for this deepening project include:

•Based on geotechnical investigation, the material to be dredged is primarily silts and clay historically and currently transported from upland areas by rivers and streams and deposited into SJH.  More specifically the material is soft clay and stiff plastic clay.  Sand and gravel mixes with some limestone and sandstone were also encountered.
•Significant environmental resources including reefs are located adjacent to project as documented by National Oceanic and Atmospheric Administration (NOAA) staff during the November 2015 project planning charrette.
•Project includes open water dredging in a channelized environment.

Dredging may occur with any type of dredge and disposal of all dredged material would be in the ODMDS and/or the Condado Lagoon beneficial use of dredged material/seagrass restoration site.  Potential equipment must be able to excavate up to 60 feet in depth (to include overdepth), depending upon wave and tide conditions as well as excavate large material volume.

NMFS_00187

**Hydraulic Dredges**

Hydraulic dredges are characterized by their use of a pump to dredge sediment and transport slurry of dredged material and water to identified discharge areas.  The ratio of water to sediment within the slurry mixture is controlled to maximize efficiency.  The main types of hydraulic dredges are pipeline and hopper dredges.

*Pipeline Dredges - Cutterhead Suction Dredge*

Pipeline dredges are designed to handle a wide range of materials including clay, hardpan, silts, sands, gravel, and some types of rock formations without blasting.  They are used for new work and maintenance in projects where suitable placement/disposal areas are available and operate in an almost continuous dredging cycle resulting in maximum production, economy, and efficiency.  Limitations of pipeline dredges include relative lack of mobility, long mobilization and demobilization, inability to work in high wave action and currents, and are impractical in high traffic areas.

Pipeline dredges are rarely self-propelled and; therefore, must be transported to and from the dredge site.  Pipeline dredge size is based on the inside diameter of the discharge pipe which commonly ranges from 6" to 48."  They require an extensive array of support equipment including pipeline (floating, shore, and submerged), boats (crew, work, survey), barges, and pipe handling equipment.  Most pipeline dredges have a cutterhead on the suction end.  A cutterhead is a mechanical device that has rotating teeth to break up or loosen the bottom material so that it can be sucked through a pipe to the dredge (Figure 6).

NMFS_00188



*Figure 6 - Cutterhead pipeline dredge schematic and representative close-up photographs. (Video of cutterhead dredge: http://el.erdc.usace.army.mil/dots/doer/anima/cutterside.avi)*

Large cutter-suction dredges, or cutterhead dredges, are mounted on barges.  The key parts of a cutter-suction dredge include:

- The cutter-suction head that resembles an egg beater with teeth that break up the dredged material as it rotates.  The broken material is hydraulically moved into the suction pipe for transport.
- The cutter suction head is located at the end of a ladder structure that raises and lowers it to and from the bottom surface.
- The discharge pipeline connects the cutter suction dredge to the disposal location.  The dredged material is hydraulically pumped from the bottom, through the dredge, and through the discharge pipeline to the disposal location.
- Dredge pumps are located on the barge with additional pump(s) often located on the ladder, especially for deep water dredging projects such as SJH.  Booster pumps can also be added along the discharge pipeline to move the material greater distances.

NMFS_00189

Depending upon their design, cutterhead dredges can be used to remove consolidated rock and unconsolidated material.  During the dredging operation a cutterhead suction dredge is held in position by two spuds at the stern of the dredge, only one of which can be on the bottom while the dredge swings.  There are two swing anchors some distance from either side of the dredge, which are connected by wire rope to the swing wenches. The dredge swings to port and starboard alternately, passing the cutter through the bottom material until the proper depth is achieved.  The dredge advances by "walking" itself forward on the spuds.  This is accomplished by swinging the dredge to the port, using the port spud and appropriate distance, then the starboard spud is dropped and the port spud is raised.  The dredge is then swung an equal distance to the starboard and the port spud is dropped and the starboard spud is raised.

A large cutterhead dredge could be used for the entire SJH project.  Disposal options include transport by barges to the ODMDS or placement of dredged in previously dredged holes as part of the Condado Lagoon beneficial use of dredged material/seagrass restoration project.  When the material will be taken to the ODMDS, the material may be loaded into scows using a barge known as a spider barge.  This barge allows for one scow to be loaded and a second to begin loading immediately after the first is complete, ensuring more efficient dredging due to lessened down time waiting for scows to return from the ODMDS (Figure 7).



*Figure 7 - A spider barge loading material into two scows from the cutterhead dredge, Texas, during Miami Harbor Phase II 2005-2006.*

### *Hopper Dredge.*

The hopper dredge, or trailing suction dredge, is a self-propelled ocean-going vessel with a section of the hull compartmented into one or more sediment containment chambers called hoppers.  Fitted with powerful pumps, the dredges suck sediment from the channel bottom through long intake pipes, called drag arms, and store it in the hopper(s).  Normal hopper dredge configuration has two dragarms, one on each side of the vessel.  A dragarm is a pipe suspended over the side of the vessel with a suction

NMFS_00190

opening called a draghead for contact with the bottom (Figure 8).  Depending on the hopper dredge, a slurry of water and sediment is generated from the plowing of the draghead "teeth," the use of high pressure water jets, and the suction velocity of the pumps.  The dredged slurry is distributed within the vessels hopper allowing for solids to settle out and the water portion of the slurry to be discharged from the vessel during operations through its overflow system.  When the hopper attains a full load, dredging stops, the dragarms are lifted off the bottom and the ship travels to an in-water disposal site, where the dredged material is discharged through the bottom of the ship by splitting the hull, or opening doors located in the bottom of each hopper.




*Figure 8 - Hopper dredge and dragarm being lowered into the water (Video of hopper dredge - http://el.erdc.usace.army.mil/dots/doer/anima/turtle.avi)*

Hopper dredges are well suited to dredging heavy sands and unconfined material.  They can maintain operations safely, effectively, and economically in relatively rough seas and because they are mobile, they can be used in high-traffic areas.  They are often used at ocean entrances and offshore, but cannot be used in confined or shallow areas.  Hopper dredges also have several limitations.  Considering their normal operating conditions, hopper dredges cannot dredge continuously.   The precision of hopper dredging is less than other types of dredges; therefore, they have difficulty dredging steep side banks and cannot effectively dredge around structures or in corners.

The Corps will incorporate the Terms and Conditions in NMFS' 1997 South Atlantic Regional Biological Opinion (SARBO) on Hopper Dredging along the South Atlantic Coast into the project specifications, or any subsequent SARBO issued for hopper dredging.

NMFS_00191

Although the SARBO does not include new harbor deepening projects in the project description, the Corps expects that that protective measures of the SARBO are sufficient to protect sea turtles in SJH.

The Corps has confirmed that two hopper dredges were used simultaneously in the SJH deepening project in 1999-2000 and included the standard hopper dredge protective conditions that were in place in the 1995 and 1997 SARBOs. There are no reports of sea turtle take available for review associated with that deepening project. Discussions with the project engineer (S. Conger pers comm July 2017), confirmed no recollection of any sea turtle take being reported during construction. However, based on other tropical harbors (Miami, Fort Lauderdale, Key West), sea turtle take is not expected since water temperatures are warm and sea turtles are not expected to ruminate in the bottom of the channel, the location where entrainment by draghead is most likely to occur. Operations and maintenance (O&M) dredging utilizing a hopper dredge has not been conducted in SJH since 1995 (when the 1995 SARBO was put in place). Projects in Puerto Rico and the U.S. Virgin Islands (USVI) were not included in the 1995 SARBO ESA consultation. The 2008 and 2017 South Atlantic Regional Biological Assessment include both of these locations for maintenance dredging with a hopper dredge). The 1997 SARBO incorporates (by reference) NMFS' 1995 Biological Opinion on hopper dredging of channels and beach nourishment activities in the southeastern U.S. from North Carolina through Florida East Coast. As previously stated, the Corps' specifications will require their contractor(s) to follow the Terms and Conditions in the 1997 and 1995 Biological Opinions mentioned above (or any subsequent SARBO, when issued), with the exception of the conditions related to the southeast United States' North Atlantic Right Whale calving area, because the proposed project is not located in or near the calving area. The Corps will also incorporate the protective measures of NMFS' March 23, 2006, Sea Turtle and Smalltooth Sawfish Construction Conditions into the project plans and specifications. Additionally any take associated with the use of a hopper dredge shall be reported via the Operations and Dredging Endangered Species System (ODESS), a publically accessible and searchable database for reporting take of ESA listed species in Corps' construction projects (http://dqm.usace.army.mil/odess/#/home).

In addition to hopper dredges, relocation trawling may occur inside SJH, since the northernmost cut of the proposed project is Cut 6, located to the south of the harbor entrance and the jetties (Figure 1). This means that all trawling will occur within the confines of San Juan Bay.

NMFS_00192

*Mechanical Dredges*

Mechanical dredges are characterized by the use of some form of bucket to excavate and raise the bottom material (Figure 9). They remove material by scooping it from the bottom and then placing it onto a waiting barge/scow or directly into a placement/disposal area. Mechanical dredges work best in consolidated, or hard-packed, materials and can be used to clear rocks and debris. Dredging buckets have difficulty retaining loose, fine materials, which can be washed from the bucket as it is raised. Special buckets have been designed for controlling the flow of water and material from buckets and are used when dredging contaminated sediments. Mechanical dredges are rugged and can work in tightly confined areas. They are mounted on a large barge and are towed to the dredging site and secured in place by anchors or spuds. They are often used in harbors, around docks and piers, and in relatively protected channels, but are not suited for areas of high traffic or rough seas.

 



*Figure 9 - Mechanical dredges (clamshell bucket/back-hoe dredge and barge). (Video of clamshell dredge - http://el.erdc.usace.army.mil/dots/doer/anima/clamshel.avi.)*

Backhoe dredges and clamshell dredges, named for the scooping buckets they employ, are the two most common types. For clamshell dredges, a bucket dredge begins the digging operation by dropping the bucket in an open position from a point above the

NMFS_00193

sediment.  The bucket falls through the water and penetrates into the bottom material.  The sides of the bucket are then closed and material is sheared from the bottom and contained in the bucket compartment.  The bucket is raised above the water surface, swung to a point over the barge, and then released into the barge by opening the sides of the bucket.  Usually two or more disposal barges, called dump scows, are used in conjunction with the mechanical dredge.  While one barge is being filled, another is being towed to the disposal site by a tug and emptied.  If an upland disposal area is used, the material must be unloaded using mechanical or hydraulic equipment.  Using numerous barges, work can proceed continuously, only interrupted by changing scows or moving the dredge.  This makes mechanical dredges particularly well suited for dredging projects where the disposal site is many miles away.

The backhoe dredge is essentially a power shovel mounted on a barge.  The backhoe digs toward the machine with the bucket penetrating from the top of the cut face.  The operation cycle is similar to the clamshell dredge, as are the factors affecting production.  Backhoe marine excavators have accurate positioning ability and are able to excavate firm or consolidated materials.  However, they are susceptible to swells and have low to moderate production.  Backhoe marine excavators could be used to excavate unconsolidated overburden, fractured rock, and possibly some unfractured rock.

*Bed Leveling*
A "bed-leveler" is considered to be any type of dragged device used to smooth sediment bottom irregularities left by a dredge (Figure 10).  It is also referred to as a "mechanical leveling device or drag bar".  In various parts of the U.S. this process is known as "barring" or "knockdown" (Hales et al. 2003).  In certain cases, bed-levelers are used to redistribute sediments to maintain navigable depths rather than removing them by dredging with conventional methods.  Dredge types using bed-levelers include clamshell (excavator), bucket, hydraulic cutterhead, and hopper dredges.  Bed levelers do not use suction and redistribute sediments, rather than removing them.  Plows, I-beams or other seabed leveling mechanical dredging devices are often used to lower high spots left in channel bottoms and dredged material deposition areas by hopper dredges or other types of dredges.

NMFS_00194



*Figure 10 - Example bed levelers and associated operating conditions (photographs courtesy Bean Dredging Company and Weeks Marine Incorporated)*

**Dredged Material Disposal**

As previously described, the first disposal option is placement of dredged material in the EPA designated ODMDS.  NMFS has previously consulted on disposal operations at the ODMDS under the Environmental Impact Statement (EIS) for designation of the ODMDS with EPA in 1988, and in subsequent Site Management and Monitoring Plans for the project in 2000 and 2010 (Appendix A).  In 2010, NMFS determined:

> *NMFS believes that the proposed action may affect but is not likely to adversely affect listed whales and sea turtles.  Listed whales and sea turtles in the water could be affected by vessel transit to and from the ODMDS.  However, EPA and COE have included NMFS Southeast Region Vessel Strike Avoidance Measures and Reporting for Mariners as a requirement for barges transiting to and from the ODMDS.  EPA and COE have also included a requirement that, upon arrival at the ODMDS, the dredging inspector maintain a watch for listed marine mammals and sea turtles to ensure that no disposal activities take place while animals are present.  Further, based on information from a consultation with the U.S. Coast Guard for their Marine Events Program in the U.S. Caribbean, and information from the U.S. Fish and Wildlife Service, the only reported collisions with marine mammals in this area occurred inside the San Juan Bay in the Puerto Nuevo area when a vessel collided with five manatees.  We have no records of collisions with marine mammals or sea turtles associated with the operation of the ODMDS site.  Therefore, NMFS believes that impacts to listed whales and sea turtles due to collisions with vessels during transit to and from the ODMDS will be discountable.*

The Corps agrees with this determination and incorporates it be reference (Appendix A). Evaluation of the effects of transport to the ODMDS on newly listed corals, Nassau Grouper and proposed giant manta ray is evaluated later in this document.

The second option is to use the dredged material to fill previously dredged holes in Condado lagoon for beneficial use of dredged material/seagrass restoration (Appendix A).

NMFS_00195

NMFS has previously consulted on this action, making a determination that the restoration "may affect, but is not likely to adversely affect" listed species under NMFS jurisdiction in the project area (NMFS 2014c). The Corps incorporates this determination into this consultation and no additional analysis regarding this aspect of the project will be included with this Biological Assessment.

**Transportation Methodology – Hopper Dredges, Tugs/Scows, and Barges**
Depending on the dredging and disposal site conditions, as a component of hydraulic and mechanical dredging operations, accompanying equipment such as tugs and barges (hopper, scow, spider barge, etc.) may be used in association with dredging activity in order to transport the dredged material to the pre-determined disposal sites. Methods of transporting dredged material to disposal sites include self-propelled transport via hopper dredges or towing/pushing of loaded barges to disposal sites via tugboats. Tugboats are a component of all dredging operations and may be used to move immobile equipment into place as well as towing loaded barges to the disposal sites. Hopper dredges or bucket and barge operations are often used when disposal areas are beyond the pumping distance of pipeline dredges considering that hopper dredges and barges can transport material over long distances to the placement/disposal sites. Depending on a myriad of factors such as the type of dredged material, cubic yardage to be dredged, barge capacity, overflow capability, distance of the placement/disposal site, weather, etc., there may be types of dredges that consistently rotate from the dredge site to the placement/disposal site to achieve maximum efficiency and productivity. The number of hopper loads or barges towed, the transport interval, and the speed to the placement/disposal site will vary depending on these factors.

Hopper/scow locations are monitored at all times via the Dredging Quality Management (DQM) system and the contractor can be penalized for violating the specifications. The ullage (loaded draft) of each scow is recorded approximately every 30-seconds to determine if there is any loss of material from the scow during transit. This data is reviewed after each load by the contractor and the Corps/EPA and if a barge has a net loss of more than one foot in draft between the dredge site and disposal site(s) (averaged between the bow and stern monitoring locations), this serves as a "red flag" to conduct an investigation as to why the draft loss occurred. If the draft loss can be determined due to high seas and sloshing of material, no other action is required. However, if the loss is not as a result of high seas and sloshing, the barge is temporarily removed from the rotation and has the seals tested and repaired (if necessary). If a particular barge demonstrates a trend of material loss that does not resolve itself after seal testing and repair, the barge is removed from the dredging operation. One-foot of loss has been determined by Corps and EPA to be a good threshold for notification, because all barges have some amount of draft loss through leakage or water sloshing out of the barge due to sea conditions and weather, although the amount is typically minimal.

NMFS_00196

Hopper dredge and scows will be loaded with dredged material and taken to the ODMDS or approved Condado Lagoon beneficial use of dredged material/seagrass restoration site at the end of the San Antonio Channel and then pumped into the Lagoon via pipeline. As part of the Corps' standard environmental protection specifications (cited below), the vessels are required to remain in the marked channel until passing the outer buoy to prevent any accidental release of material from the scow/hopper that might settle on adjacent reef habitats.

> "Due to the presence of hardbottom reefs adjacent to the channel, the Contractor shall stay within the marked entrance channel while in transit from the dredging area to the ODMDS, and on the return trip, until past the last channel marker."

Hopper dredge and disposal tug/scow transit tracks will be recorded by the Contractor and reviewed within 24-hours of the transit to the disposal site to ensure the vessel remained in the marked channel or approved corridor to the Condado Lagoon beneficial use of dredged material/seagrass restoration site. If the dredge/tug and scow leaves the channel or approved corridor, the location will be marked and recorded in a Geographic Information System database, water depths of the location will be determined by reviewing existing surveys and, draft of the vessel will be determined by the DQM system. If it is determined that the potential exists for an effect to have occurred as a result of the vessel leaving the channel or approved corridor, a survey team will be deployed to assess any effect that may have occurred and conduct immediate remediation. Remediation work will be conducted immediately after the survey by the survey crew. Remediation activities may follow the guidelines developed by the state of Florida "Rapid Response and Restoration for Coral Reef Injuries in Southeast Florida, Guidelines and Recommendations" dated June 2007, if applicable.

### Split Hull Barge

A split hull barge (Figure 11) has two hulls connected with hinges at the front and back. The two-door hinged configuration, allows the hulls to swing apart, opening at the bottom to allow dredged material to fall from the barge. This provides a rapid disposal of dredged material, which, as a result, is placed within a small area. The rapid descent of material through the water column reduces the potential for resuspension of sediments into the water column during disposal. Such a barge may be used for ODMDS disposal. A rubber seal (similar to a gasket or weather-stripping on a door), is pinched between the two doors, limiting the leakage from the barge of water and dredged material. This seal does not prevent 100% of water and dredged material from leaking; however it minimizes it to the maximum extent practicable.

NMFS_00197



*Figure 11 - Split-hull barge*

<u>*Bottom Dump Barge*</u>

A bottom dump barge has doors on the bottom of the hopper, which opens at the disposal site to allow the dredged material to fall to the bottom.  This type of barge has slower disposal than split hull dump barges and material spreads over a larger area. This barge may be used for ODMDS disposal.  As with split hull barge, the bottom dump barge has seals around each of the doors to minimize leakage of material and water from the barge.  The barge is monitored in the same method as the split hull barge and the same response is taken if the barge loses more than a net foot of draft.  This type of barge may be used either for ODMDS disposal or construction of artificial reef sites.

<u>*Flat Top Barge*</u>

A flat top barge transports dredged material stacked on a barge deck and must be unloaded mechanically at the disposal site.  As a result disposal time is slow but it is possible to drain dredged material with filters prior to disposal.

All three barge types are typically pushed or pulled to the disposal site by a tug (Figure 12) and for split hull and bottom dump barge, the disposal action is triggered remotely from the tug to the barge.  The exact time the signal is given to the barge, and when the doors open and close are recorded in a tracking system for further data analysis and compliance tracking.

NMFS_00198



*Figure 12 - Split Hull Barge Being Pushed by Tug*

NMFS_00199

**Protected Species and Designated Critical Habitat Under NMFS Jurisdiction Included in the Project Area**

The following endangered (E) and threatened (T) species under the jurisdiction of NMFS have the potential to occur in or near the action area:

Table 1 - Listed Species and Critical Habitat under NMFS Jurisdiction in the Project Area

| Common Name | Scientific Name | Status |
|---|---|---|
| **Marine Mammals** | | |
| Blue whale | *Balaenoptera musculus* | E |
| Fin whale | *Balaenoptera physalus* | E |
| Sei whale | *Balaenoptera borealis* | E |
| Sperm whale – Puerto Rico and Virgin Islands stock | *Physeter macrocephalus* | E |
| ***Sea Turtles*** | | |
| Loggerhead sea turtle | *Caretta caretta* | T |
| Hawksbill sea turtle | *Eretmochelys imbricata* | E |
| Leatherback sea turtle | *Dermochelys coriacea* | E |
| Green sea turtle (south Atlantic Distinct Population Segment (DPS) | *Chelonia mydas* | T |
| ***Fish*** | | |
| Nassau Grouper | *Epinephelus striatus* | T |
| Scalloped Hammerhead (central and southwest Atlantic DPS) | *Sphyrna lewini* | T |
| Giant Manta Ray | *Manta birostris/ M.alfredi* | T (proposed) |
| ***Invertebrates*** | | |
| Elkhorn coral | *Acropora palmata* | T |
| Staghorn coral | *Acropora cervicornis* | T |
| Pillar coral | *Dendrogyra cylindrus* | T |
| Lobed star coral | *Orbicella annularis* | T |
| Mountainous star coral | *Orbicella faveolata* | T |
| Boulder star coral | *Orbicella franksi* | T |
| Rough cactus coral | *Mycetophyllia ferox* | T |

**Critical Habitat**

ESA-designated critical habitat (DCH) for elkhorn and staghorn coral occurs within the action area.

The Corps has reviewed the biological, status, threats and distribution information presented in this assessment and believes that the following species will be in or near the action area and thus may be affected by the proposed project: three sea turtle species; the Nassau grouper and the seven listed coral species.

NMFS_00200

**Species Not Affected by the Project**

Species unlikely to be affected by the project are the four whale species.  As previously stated, NMFS previously consulted on the disposal of dredged material in the San Juan ODMDS (NMFS 2010) and determined that the placement of dredged material in this site will not affect the four whale species in the project area.  Additionally, NMFS has previously reviewed the placement of dredged material in other ODMDS' in the southeast U.S. off the continental shelf of southeast Florida, and in all cases, NMFS determined that placement of dredged materials in deepwater ODMDS are not likely to adversely affect whale species (NMFS 2004, NMFS 2003b, NMFS 1994).  The Corps agrees with that determination and incorporates it by reference.  NMFS has also determined that dredging is unlikely to adversely affect leatherback sea turtles (NMFS, 1995; NMFS 2003a), and the Corps agrees with that determination and incorporates it by reference.

Additionally, it is highly unlikely that the leatherback sea turtle, giant manta ray, scalloped hammerhead shark or Nassau grouper would be taken by a hopper dredge or a relocation trawler, due to their offshore location and/or their mobility; and the project limitations within the confines of San Juan Bay.  None of these species have been reported within the Bay and they are typically considered offshore species.  It is also unlikely that they will be affected by placement of dredged material either in the ODMDS or within the beneficial use of dredged material/seagrass restoration project in Condado Lagoon.  Both of these effects are so unlikely to occur as to be discountable. Therefore, the species discussed within this section will not be discussed further in this assessment.

**Sea Turtles**
***Loggerhead Sea Turtle - Caretta caretta***



*Figure 13 - Loggerhead sea turtle (http://kids.nationalgeographic.com/animals/loggerhead-sea-turtle/#loggerhead-sea-turtle-swimming-underwater.jpg; accessed 7/13/2017)*

The loggerhead sea turtle was listed as a threatened species throughout its global range

NMFS_00201

on July 28, 1978.  It was listed because of direct take, incidental capture in various fisheries, and the alteration and destruction of its habitat.  Loggerhead sea turtles inhabit the continental shelves and estuarine environments along the margins of the Atlantic, Pacific, and Indian Oceans.  In the Atlantic, developmental habitat for small juveniles is the pelagic waters of the North Atlantic and the Mediterranean Sea (NMFS and USFWS, 1991a).  Within the continental U.S., loggerhead sea turtles nest from Texas to New Jersey.  Major nesting areas include coastal islands of Georgia, South Carolina, and North Carolina, and the Atlantic and Gulf of Mexico coasts of Florida, with the bulk of the nesting occurring on the Atlantic coast of Florida.

On November 16, 2007, the NMFS received a petition from Ocean and the Center for Biological Diversity requesting that loggerhead turtles in the western North Atlantic Ocean be reclassified as a Distinct Population Segment (DPS) with endangered status and that critical habitat be designated.  On March 08, 2008, the NMFS position finding was published in the Federal Register indicating that a re-classification of the loggerhead in the western North Atlantic Ocean as a DPS and listing of the DPS as endangered may be warranted (73 FR 11849).

NMFS and U.S. Fish and Wildlife Service (USFWS; Services) completed a joint review of the species status, resulting in an updated Status Review in November 2009 (Conant et al. 2009).  The status review included a discussion of the species physical appearance, taxonomy, distribution and habitat.  It also included an assessment of the population status of the species, determined that there are nine separate DPSs of loggerhead turtles globally.  They assessed the risk of extinction of each DPS and determined that based on the threats to the DPS, its likelihood that each DPS would reach critical risk threshold for extinction within 100 years.   Six critical assessment elements were considered and quantified in this assessment: (1) abundance; (2) population growth rate or productivity; (3) spatial structure; (4) diversity / resilience; (5) threats; and (6) conservation efforts.  The results of this analysis are incorporated by reference and not repeated in this document.

A proposed rule to divide loggerhead turtles into nine DPS was published in 2010 (75 FR 12598).  A September 2011 Final Rule, uplisted five DPS of loggerhead from threatened to endangered.  The western North Atlantic DPS was not uplisted, and remains as threatened under the ESA (76 FR 58868).

The Recovery Plan for the Northwest Atlantic Population of the Loggerhead Sea Turtle (NMFS and FWS 2008) recognized five recovery units (subpopulations) of loggerhead turtles within the Northwest Atlantic:
1. Northern Recovery Unit (southern VA through FL/GA border)
2. Peninsular Florida Recovery Unit (FL/GA border through Pinellas County, FL)
3. Dry Tortugas Recovery Unit (islands located west of Key West, FL)
4. Northern Gulf of Mexico Recovery Unit (Franklin County, FL, through TX)

NMFS_00202

5. Greater Caribbean Recovery Unit (Mexico through French Guiana, The Bahamas, Lesser Antilles, and Greater Antilles) (GCRU) which includes Puerto Rico.

In the 2008 recovery plan for loggerhead sea turtles, NMFS and USFWS state:

> *The Greater Caribbean Recovery Unit is composed of all other nesting assemblages of loggerheads within the Greater Caribbean. Statistically valid analyses of long-term nesting trends for the entire GCRU are not available because there are few long-term standardized nesting surveys representative of the region. Additionally, changing survey effort at monitored beaches and scattered and low-level nesting by loggerheads at many locations currently precludes comprehensive analyses. The most complete data are from Quintana Roo, Yucatán, Mexico, where an increasing trend was reported over a 15-year period from 1987-2001. However, nesting since 2001 has declined and the previously reported increasing trend appears not to have been sustained (Julio Zurita, personal communcation, 2006). Other smaller nesting populations have experienced declines over the past few decades (e.g., Amorocho 2003).*

The GCRU is part of the Northwest Atlantic Ocean DPS, however, as part of the 2009 status review, the Services did not provide a specific population status for this recovery unit.  The entire DPS was maintained as a threatened species, with the greatest threats resulting from fishery bycatch in neritic and oceanic habitats (Conant et al. 2009).

Critical Habitat
Critical habitat has not been designated by the NMFS for loggerhead sea turtles in the project area.

***Hawksbill Sea Turtle - Eretmochelys imbricata***



*Figure 14 – Hawksbill sea turtle (https://haydensanimalfacts.com/2016/06/27/5-interesting-facts-about-hawksbill-turtles/; accessed 7/13/2017)*

The hawksbill turtle was listed as endangered under the precursor of the ESA on June 2, 1970 and remains endangered under the current Act.  The hawksbill is a medium-sized sea turtle, with adults in the Caribbean ranging in size from approximately 62.5 to 94.0 cm straight carapace length.   The species occurs in all ocean basins, although it is

NMFS_00203

relatively rare in the Eastern Atlantic and Eastern Pacific, and absent from the Mediterranean Sea. Hawksbills are the most tropical of the marine turtles, ranging from approximately 30ºN to 30ºS latitude. They are closely associated with coral reefs and other hard-bottom habitats, but they are also found in other habitats including inlets, bays and coastal lagoons (NMFS and USFWS, 1993). There are five regional nesting populations with more than 1,000 females nesting annually. These populations are in the Seychelles, Mexico, Indonesia, and two in Australia (Meylan and Donnelly, 1999). There has been a global population decline of over 80 percent during the last three generations (105 years) (Meylan and Donnelly, 1999). Hawksbill turtles are known to forage throughout the coastal areas surrounding Puerto Rico. Juvenile sea turtles live in coral reef and seagrass habitats and remain there until they reach sexual maturity (Limpus, 1990; Frazer et al., 1994; USGS, 1998).

The Services completed a joint review of the species status in June 2013, (NMFS and USFWS 2013). The status review included a discussion of the species biology, physical appearance, taxonomy, distribution and habitat. The results of this analysis are incorporated by reference and not repeated in this document.

Population Dynamics and Status
Estimates of the annual number of nests at hawksbill sea turtle nesting sites are of the order of hundreds to a few thousand. Nesting within the southeastern United States and U.S. Caribbean is restricted to Puerto Rico (>650 nests/year), the USVI (~400 nests/year), and, rarely, Florida (0-4 nests/year) (Meylan, 1999; Florida Fish and Wildlife Conservation Commission; Florida Marine Research Institute's Statewide Nesting Beach Survey data 2002). At the two principal nesting beaches in the U.S. Caribbean where long-term monitoring has been carried out, populations appear to be increasing (Mona Island, Puerto Rico) or stable (Buck Island Reef National Monument, St. Croix, USVI) (Meylan, 1999).

Threats
The main threats to hawksbill turtles include habitat loss, habitat degradation, fishery interactions, and poaching in some parts of their range. There continues to be a black market for hawksbill shell products ("tortoiseshell"), which likely contributes to the harvest of this species.

Critical Habitat
On 2 September 1998, NMFS published the final rule for critical habitat designation for the hawksbill sea turtle (63 FR 46693). The geographic limits of critical habitat, designated by NMFS as habitat necessary for the continued survival and recovery of Hawksbill turtles in the region, includes waters extending seaward 3 nautical miles (5.6 km) from the mean high water line of Mona and Monito Islands, Puerto Rico. Mona Island lies approximately 39 nautical miles (72 km) west of the southwest coast of mainland Puerto Rico and is not in the project area.

NMFS_00204

### *Green Sea Turtle - Chelonia mydas*



*Figure 15 - Green sea turtle*
*(http://www.nmfs.noaa.gov/pr/images/turtles/green_bruckner_hires_noaa.jpg; accessed 7/13/2017)*

The green turtle was listed under the ESA on July 28, 1978. Breeding populations of the green turtle in Florida and along the Pacific Coast of Mexico were listed as endangered; all other populations were listed as threatened. The nesting range of the green sea turtles in the southeastern U.S. includes sandy beaches of mainland shores, barrier islands, coral islands, and volcanic islands between Texas and North Carolina, the USVI and Puerto Rico (NMFS and USFWS, 1991b). Principal U.S. nesting areas for green sea turtles are in eastern Florida, predominantly Brevard through Broward counties (Ehrhart and Witherington, 1992). Green sea turtle nesting also occurs regularly on St. Croix, USVI, and on Vieques, Culebra, Mona, and the main island of Puerto Rico (Mackay and Rebholz, 1996).

NMFS completed a status review of the green sea turtle under the ESA in March 2015 (Seminoff et al. 2015). The status review included a discussion of the species physical appearance, taxonomy, distribution and habitat. The review included an assessment of the population status of the species, determined that there are 11 separate DPS of green turtles globally. They assessed the risk of extinction of each DPS and determined that based on the threats to the DPS, its likelihood that each DPS would reach critical risk threshold for extinction within 100 years. Six critical assessment elements were considered and quantified in this assessment: (1) abundance; (2) population growth rate or productivity; (3) spatial structure; (4) diversity / resilience; (5) threats; and (6) conservation efforts.

In March 2015, the Services proposed to list 11 DPSs of green sea turtles as either endangered or threatened under the ESA (80 FR 15271). In April 2016, they finalized the listing of the 11 DPSs, eight as threatened and three as endangered (81 FR 20058). The green sea turtles found in the project area are part of the North Atlantic DPS and are classified as threatened under the ESA. The analysis conducted by Seminoff et al. (2015) for the North Atlantic DPS is incorporated by reference and will not be repeated here.

Green turtles are known to forage throughout the coastal areas surrounding Puerto Rico. Juvenile sea turtles live in coral reef and seagrass habitats and remain there until they reach sexual maturity (Limpus, 1990; Frazer et al., 1994).

NMFS_00205

Critical Habitat

On 2 September 1998, NMFS published the final rule for critical habitat designation for the green sea turtle (63 FR 46693).  The geographic limits of critical habitat, designated by the NMFS as habitat necessary for the continued survival and recovery of green turtles in the region, includes the waters surrounding Culebra, Mona, and Monito Islands, Puerto Rico extending seaward 3 nm (5.6 km) from the mean high water line of Culebra Island, Puerto Rico.  The designation includes Culebra's outlying Keys (Cayo Norte, Cayo Ballena, Cayos Geniquı´, Isla Culebrita, Arrecife Culebrita, Cayo de Luis Pen˜a, Las Hermanas, El Mono, Cayo Lobo, Cayo Lobito, Cayo Botijuela, Alcarraza, Los Gemelos, and Piedra Steven).  Culebra Island lies approximately 16 nm (29.7 km) east of the northeast coast of mainland Puerto Rico and is not in the project area.

**Corals**

The ESA defines a species as "any subspecies of fish or wildlife or plants, and any distinct population segment of any species or vertebrate fish or wildlife which interbreeds when mature."  The Act specifically limits a species to a population of a vertebrate fish or wildlife.  A DPS is the smallest division of a taxonomic species permitted to be protected under the ESA.  Three elements are considered in a decision regarding the status of a possible DPS as endangered or threatened under the Act.  These are applied similarly for addition to the lists of endangered and threatened wildlife and plants, reclassification, and removal from the lists:

1. *Discreteness* of the population segment in relation to the remainder of the species to which it belongs;

2. The *significance* of the population segment to the species to which it belongs; and

3. The population segment's conservation *status* in relation to the Act's standards for listing (i.e., is the population segment, when treated as if it were a species, endangered or threatened?).

In their final Rulemaking for DPS' [61 FR 4722, Feb 7, 1996], NMFS and USFWS address the following comment, "*The authority to address DPS' should be extended to plant and invertebrate species*."  And the response offered states, "*The Services recognize the inconsistency of allowing only vertebrate species to be addressed at the level of DPS, and the findings of the NRC committee also noted that such recognition would be appropriate for other species.  Nevertheless, the Act is perfectly clear and unambiguous in limiting this authority.  This policy acknowledges the specific limitations imposed by the Act on the definition of "species*."

All of the corals discussed in this consultation are invertebrates and their status must be assessed throughout the entirety of their range.  In addition, this information must be the basis on which a jeopardy determination is made.

NMFS_00206

All seven of the listed corals are found in the Caribbean and have the potential to be found on the hardbottom habitats near and surrounding the entrance to San Juan Harbor, as all seven have been documented on the island.  A significant review of the life history for all seven species is included in the 2012 NMFS status review for the proposed species and is cited as "Brainard, *et al* 2011" and is incorporated by reference.

### *Staghorn and Elkhorn Corals*

Staghorn (*Acropora cervicornis*) and Elkhorn (*Acropora palmata*) corals were listed as threatened under the ESA on May 9, 2006, (71 FR 26852) based on a status review completed by NMFS in March 2005 (70 FR13151).  NMFS published a "4D" rule for these *Acropora* species on October 29, 2008 (73 FR 64264) providing a list of activities that would result in "take" as defined by the ESA.  NMFS completed a recovery plan for the species in March 2015.

### *Staghorn coral - Acropora cervicornis*



*Figure 16 - Final Report for the 30-Day Post-Relocation Monitoring Survey for Acropora cervicornis Associated with the Miami Harbor Construction Dredging (Phase 3) Project; Figure 4*

A review of the range-wide status of *Acropora cervicornis* is included in the "Atlantic Acropora Status Review (ABRT 2005) and is incorporated here by reference.

In the proposed rule for the new corals, NMFS also proposed to uplist *A. cervicornis* from threatened to endangered (NMFS 2012).  However, in the final rule (NMFS 2014a), NMFS found that based on the species "*spatial and demographic traits to moderate or exacerbate its vulnerability to extinction…*"  Additionally:

> *Although localized mortality events have continued to occur, percent benthic cover and proportion of reefs where A. cervicornis is dominant have remained stable over its range since the mid-1980s.*

NMFS_00207

*Its absolute population abundance has been estimated as at least tens of millions of colonies in the Florida Keys and Dry Tortugas combined and is higher than the estimate from these two locations due to the occurrence of the species in many other areas throughout its range… Its abundance and life history characteristics, combined with spatial variability in ocean warming and acidification across the species' range, moderate vulnerability to extinction because the threats are non-uniform, and there will likely be a large number of colonies that are either not exposed or do not negatively respond to a threat at any given point in time.*

*Acropora cervicornis is distributed throughout the Caribbean, in the southwestern Gulf of Mexico, and in the western Atlantic.*

*There is no evidence of range constriction, though loss of Acropora cervicornis at the reef level has occurred (Acropora Biological Review Team, 2005).*

*Veron (2014) confirms the presence of Acropora cervicornis in seven out of a potential 11 ecoregions in the western Atlantic and greater Caribbean that are known to contain corals. The four ecoregions in which it is not found are the Flower Garden Banks and off the coasts of Bermuda, Brazil, and the southeast U.S. north of south Florida.*

*Acropora cervicornis was observed in 21 out of 301 stations between 2011 and 2013 in stratified random surveys designed to detect Acropora colonies along the south, southeast, southwest, and west coasts of Puerto Rico, and it was observed at an additional 16 sites outside of the surveyed area (García Sais et al., 2013). The largest colony was 60 cm, and density ranged from 1 to 10 colonies per 15 m2 (García Sais et al., 2013).*

*Across the Caribbean, percent cover appears to have remained relatively stable since the population crash in the 1980s.*

*Supplemental information we found on Acropora cervicornis abundance and population trends includes the following. Acropora cervicornis was observed in 21 out of 301 stations between 2011 and 2013 in stratified random surveys designed to detect Acropora colonies along the south, southeast, southwest, and west coasts of Puerto Rico, and it was observed at an additional 16 sites outside of the surveyed area (García Sais et al., 2013).*

*New information we found on population trends includes the following. A report on the status and trends of Caribbean corals over the last century indicates that cover of Acropora cervicornis has remained relatively stable (though much reduced) throughout the region since the large mortality events of the 1970s and 1980s. The frequency of reefs at which Acropora cervicornis was described as the dominant coral has remained stable.*

Based on all of this information, NMFS chose not to uplist the species to endangered.

Site specific coral surveys have not been completed.  Much of the area is inhospitable to divers due to strong currents and high wave conditions.  This is particularly true at the eastern and western sides of the outer entrance channel.  The Corps was unable to locate coral survey documents for the general project area.

### *Elkhorn coral - Acropara Palmata*



*Figure 17 - Acropora Palmata at Isla Verde Marine Reserve. 2016 Annual Report*

A review of the rangewide status of *Acropora palmata* is included in the "Atlantic Acropora Status Review (ABRT 2005) and is incorporated here by reference.

In the proposed rule for the new corals, NMFS also proposed to uplist *A. palmata* from threatened to endangered (NMFS 2012).  However, in the final rule (NMFS 2014a), NMFS found that based on the species "*spatial and demographic traits to moderate or exacerbate its vulnerability to extinction…*"  Additionally:

> *Acropora palmata is distributed throughout the western Atlantic, Caribbean, and Gulf of Mexico. The northern extent of the range in the Atlantic is Broward County, Florida where it is relatively rare (only a few known colonies), but fossil A. palmata reef framework extends into Palm Beach County, Florida. There are two known colonies of A. palmata, which were discovered only recently in 2003 and 2005, at the Flower Garden Banks, located 161 km off the coast of Texas in the Gulf of Mexico (Zimmer et al., 2006).*

> *There is no evidence of overall range constriction from the mass mortalities, but local extirpations are likely (Jackson et al., 2014), resulting in a reduction of absolute range size.*

> *Veron (2014) confirms the occurrence of A. palmata in eight of a potential 11 ecoregions in the western Atlantic and wider-Caribbean that are known to*

NMFS_00209

*contain corals. The three ecoregions in which A. palmata is not found are off the coasts of Bermuda, Brazil, and the southeast U.S. north of south Florida.*

*Puerto Rico contains the greatest known extent of A. palmata in the U.S. Caribbean. Between 2006 and 2007, a survey of 431 random points in habitat suitable for A. palmata in six marine protected areas in Puerto Rico revealed a variable density of zero to 52 A. palmata colonies per 100 m2 (0.52 colonies per m2), with average density of 3.3 colonies per 100 m2 (0.03 colonies per m2). Total loss of A. palmata was evidenced in 13.6 percent of the random survey areas where only dead standing colonies were present (Schärer et al., 2009).*

*In stratified random surveys along the south, southeast, southwest, and west coasts of Puerto Rico designed to locate Acropora colonies, A. palmata was observed at five out of 301 stations with sightings outside of the survey area at an additional two stations (García Sais et al., 2013). Acropora palmata colonies were absent from survey sites along the southeast coast. Maximum density was 18 colonies per 15 m2 (1.2 colonies per m2), and maximum colony size was 2.3 in diameter (García Sais et al., 2013).*

*Several studies describe A. palmata populations that are showing some signs of recovery or are in good condition including in the Turks and Caicos Islands (Schelten et al., 2006), U.S. Virgin Islands (Grober-Dunsmore et al., 2006; Mayor et al., 2006; Rogers and Muller, 2012), Venezuela (Zubillaga et al., 2008), and Belize (Macintyre and Toscano, 2007).*

*Extrapolated population estimates of A. palmata from stratified random samples across habitat types in the Florida Keys were 0.6 ± 0.5 million (SE) colonies in 2005, 1.0 ± 0.3 million (SE) colonies in 2007, and 0.5 ± 0.3 million colonies in 2012. Because these population estimates are based on random sampling, differences between years may be a function of sampling effort rather than an indication of population trends.*

Based on all of this information, NMFS chose not to uplist the species to endangered.  It is known that *Acropora palamata* is located as close as one mile to the east of the entrance channel at the Isla Verde Marine Reserve.  There are no known records of the species on the reef habitat to the west, which is high energy reef environment.

NMFS_00210

*Critical Habitat*

On November 26, 2008, NMFS published a final rule in the Federal Register (73 FR 72210) to designate critical habitat for elkhorn and staghorn corals.  Four specific areas were designated, including: the Florida unit (approximately 1,329 square miles of marine habitat); the Puerto Rico unit (approximately 1,383 square miles of marine habitat) (Figure 18); the St. John/St. Thomas unit (approximately 121 square miles of marine habitat); and the St. Croix unit (approximately 126 square miles of marine habitat).

> *Puerto Rico Area: All areas surrounding the islands of the Commonwealth of Puerto Rico, 98 ft (30 m) in depth and shallower, seaward of the COLREGS line (see 33 CFR 80.738).*



*Figure 18 - Puerto Rico Area of Designated Critical Habitat for Acropora sp.*

33 CFR 80.738 states:

> *(a) Except inside lines specifically described in this section, the 72 COLREGS shall apply on all other bays, harbors and lagoons of Puerto Rico and the U.S. Virgin Islands.*

> *(b) A line drawn from Puerto San Juan Light to position18°28.5' N., 066°08.4' W, at the northwest extent of Isla de Cabras across the entrance of San Juan Harbor.*

This means that the portion of the harbor that is inside San Juan Bay is not DCH for *Acropora* species.  Additionally, NMFS has excluded "federally authorized and constructed channels and harbors" from designation as critical habitat.  SJH is included in this exclusion.

NMFS has defined *Acropora* sp. critical habitat to be ''*substrate of suitable quality and availability*'' equivalent to consolidated hardbottom or dead coral skeleton that is free from fleshy macroalgae cover and sediment cover. (NMFS 2008b).  Based on the status

review and final critical habitat designation, NMFS has determined that any hardground habitat located in the Puerto Rico in waters less than 30 meters deep, beyond the COLREGS line (outside of the harbor entrance) have the potential to support either of the *Acropora* species (NMFS 2005).  The final critical habitat determination identifies that the primary constituent elements (PCEs) for the continued survival of Acroporid species (NMFS 2008b).   The closest hardbottom/reef habitat that may have the necessary PCEs is 1,700 feet to the west of the channel, denoted by the orange arrow (Figure 19).



*Figure 19 - Mapped hardbottom and reef habitat in the vicinity of the San Juan Harbor- the yellow line is the COLREGS line. Habitats inside the line within the bay are not considered critical habitat for Acropora spp.*

NOAA 2001 Benthic Habitat Classification System shows an area of colonized pavement on the western side of the channel (the light green); and linear reef/reef crest in the dark grey (Figure 20).   The target on the light green is a sample site # 19 from Zimmerman et al. (1980) (Figure 21 and Figure 22), which lists that habitat as sand and rubble.  Sand and rubble are not characteristic of colonize pavement.  The NOAA dataset is based on remotely sensed imagery that is then classified into different habitats by visual inspection of the imagery, followed by ground validation of some areas utilizing underwater video, free diving, snorkeling and surface observations.  The final product went through peer review prior to finalization (NOAA 2012).  It is unknown if NOAA did

NMFS_00212

field verification of the habitats near Isla de Cabras.  There are some areas of Isla de Carbas may accessible by divers, but internet searches has not led to any photos or video of dives conducted on those habitats.  Historic aerial photographs from 1994 to 2017, available on Google Earth, show that this area is a high energy area with significant wave action, which may limit the ability for divers to survey.



*Figure 20 - NOAA 2001 Habitat Classification Layer of San Juan Harbor Entrance Channel*

Additional review of existing benthic surveys conducted by Zimmerman et al. (1980) demonstrate that a significant area east of the channel is sand, shell and rubble with very limited exposed rock for corals to colonize (Figure 21 and Figure 22).  The Corps is unaware of any additional benthic surveys in the project area.

NMFS_00213



*Figure 21 - Substrate type station locations for Western San Juan Bay from Zimmerman et al. 1980*

## Appendix I. Zimmerman, *et al.* 1980 substrate data.

Benthic substrate in Western San Juan Bay compiled from Fig. 12 in Zimmerman, *et al.* 1980. Geographic position in degrees and decimal degrees.

| Station | Latitude N | Longitude W | Bottom substrate |
|---------|-----------|-------------|------------------|
| 1 | 18.460628 | 66.132743 | Sand |
| 2 | 18.461763 | 66.133646 | Sand/Rubble |
| 3 | 18.462841 | 66.13413 | Sand/Shell |
| 4 | 18.463709 | 66.134756 | Rubble |
| 5 | 18.464494 | 66.135359 | Shell/Sand |
| 6 | 18.46588 | 66.136226 | Sand |
| 7 | 18.464448 | 66.13793 | Sand |
| 8 | 18.463359 | 66.136526 | Sand/Shell |
| 9 | 18.462248 | 66.135205 | Sand/Shell |
| 10 | 18.460249 | 66.135308 | Rock |
| 11 | 18.459033 | 66.134089 | Sand |
| 12 | 18.457278 | 66.132628 | Sand |
| 13 | 18.456479 | 66.131293 | Mud/Rock |
| 14 | 18.459203 | 66.131582 | Sand/Shell |
| 15 | 18.460823 | 66.129756 | Sand |
| 16 | 18.462977 | 66.130828 | Rubble |
| 17 | 18.463736 | 66.131954 | Rubble |
| 18 | 18.465411 | 66.132973 | Rubble |
| 19 | 18.466208 | 66.13458 | Sand/Rubble |
| 20 | 18.459986 | 66.136703 | Sand/Shell |
| 21 | 18.462081 | 66.137397 | Sand/Rock |
| 22 | 18.463618 | 66.137682 | Sand/Shell |
| 23 | 18.458413 | 66.135811 | Sand/Shell |
| 24 | 18.458953 | 66.129464 | Rubble |

*Figure 22 - Substrate Data - Zimmerman et al, 1980; From NMFS 2016*

NMFS_00214

**Newly Listed Corals**

"Biology and Ecology of Puerto Rican Coral Reefs" (Ballantine et al. 2008) provides a list of 69 shallow-water scleractinian corals that are known to be in Puerto Rican waters, including all five of the newly listed corals.  In general, the northern coast reefs are:

> …dominated by macroalgae, with low abundances of scleractinian corals (1-5% cover) such as Porities asteroides, Dichocoenia stokesii, Diploria strigosa, D. clivosa, Meandrina meandrites, Oculina diffusa and Cladocora arbuscula.  Large oceanic swells are undoubtedly a major causal factor…. In addition, Kaye (1959) attributes the absence of coral reefs to the lack of platforms raised above the bottom indicating that smothering of sessile fauna by wave-related sediment transport (bedload) is a contributing factor…. The high levels of sediment are demonstrated in aerial photographs of the harbor and surrounding area.

Examples of this large sediment load are seen during rain events where large amounts of terrigenous sediments enter San Juan bay and surrounding waters (Figure 23) from the large flood control project located in the embayment to the west of the harbor, and from the Rio de Bayamon on the west side of the harbor, south of Isla de Cabras.



*Figure 23 - October 2004 Aerial Photo of Sediment Input to Marine Environment from Upland Sources (Google Earth).*

Page **36** of **69**

NMFS_00215

Although the newly listed species are not included in the list provided by Ballantine et al. (2008) for northern coral species, this does not limit the species of stony coral found on the northern shore of Puerto Rico, and may include the five newly listed species.

### *Pillar coral - Dendrogyra cylindrus*



*Figure 24 - Brainard et al. 2011. Figure 6.3.2*

Based on available data sources documenting corals, *Dendrogyra* is assumed to be in Puerto Rico and thus may be in the project area.

As stated in Brainard et al. (2011)

> *Dendrogyra cylindrus* "*is restricted to the west Atlantic where it is present throughout the greater Caribbean but is one of the Caribbean genera absent from the southwest Gulf of Mexico (Tunnell, 1988). A single known colony in Bermuda is reported to be in poor condition (T. Murdoch, Bermuda Zoological Society, Flatts, pers. comm, May 2010).... U.S. Distribution Dendrogyra cylindrus has been reported in the waters of south Florida and the U.S. Caribbean but appears to be absent from the Flower Garden Banks. Within federally protected U.S. waters, the species has been recorded from the following areas:*
> - *Florida Keys National Marine Sanctuary*
> - *Navassa National Wildlife Refuge*
> - *Dry Tortugas National Park*
> - *Virgin Islands National Park/Monument*
> - *Biscayne National Park NPS*
> - *Buck Island National Monument*
>
> *Dendrogyra cylindrus is reported to be uncommon but conspicuous (Veron 2000) with isolated colonies scattered across a range of habitat types. Colonies are often known as landmarks by local divers. Overall colony density throughout south Florida was estimated to be ~ 0.6 colonies per 10 m$^2$ (Wagner et al. 2010)....*"

NMFS_00216

### _Mountainous star coral - Orbicella faveolata (formerly Montastraea)_



*Figure 25 - Brainard et al. 2011. Figure 6.5.1*

Based on available data sources documenting corals, *Orbicella faveolata* is assumed to be in Puerto Rico and thus may be in the project area.

As stated in Brainard *et al* (2011):

> Montastraea faveolata *"occurs throughout the Caribbean, including Bahamas, Flower Garden Banks and the entire Caribbean coastline, but there are no records from Bermuda. S. dePutron (Bermuda Institute of Ocean Sciences, St. George's. pers. comm., May 2010) confirmed the presence of Montastraea faveolata in Bermuda and categorized its abundance as common. T. Murdoch (Bermuda Zoological Society, Flatts. pers. comm., May 2010) also confirmed its occurrence but listed it as rare and added that it has probably suffered a substantial loss from the 1995 yellow-band outbreak...."*

> *Montastraea faveolata is common throughout the U.S. waters of the west Atlantic and greater Caribbean region and is present within federally protected waters, including:*
> - *Flower Garden Banks National Marine Sanctuary*
> - *Florida Keys National Marine Sanctuary*
> - *Dry Tortugas National Park*
> - *Virgin Island National Park/Monument*
> - *Biscayne National Park*
> - *Navassa Island National Wildlife Refuge*
> - *Buck Island Reef National Monument*

> *Abundance for this species (as well as franksi and annularis) are lumped together as the three species were previously thought to be one species (Montastrea annularis) and were reported as such (pg 123-124). Locations for all three species include: Florida; USVI; Curacao; Belize; Columbia; Puerto Rico "The Montastraea*

NMFS_00217

*annularis complex has historically been a dominant species on Caribbean coral reefs, characterizing the so-called "buttress zone" and "annularis zone" in the classical descriptions of Caribbean reefs (Goreau, 1959)."*

**<u>Lobed star coral - *Orbicella annularis* (formerly *Montastraea*)</u>**



*Figure 26 - Brainard et al 2011. Figure 6.5.7*

Based on available data sources documenting corals, *Orbicella annularis* is assumed to be in Puerto Rico and thus may be in the project area.

As stated in Brainard *et al* (2011):

*Montastrea annularis* (now *Orbicella*) "*has a range restricted to the west Atlantic. It can be found throughout the Caribbean, Bahamas, and Flower Garden Banks (Veron, 2000, IUCN), but may be absent from Bermuda (Weil and Knowlton, 1994). S. dePutron (Bermuda Institute of Ocean Sciences, St. George's. pers. comm., May 2010) confirmed the presence of Montastraea annularis in Bermuda and categorized its abundance as rare; T. Murdoch (Bermuda Zoological Society, Flatts, pers. comm., May 2010) had not seen this species in Bermuda.*

*U.S. Distribution*
*Montastraea annularis is common throughout U.S. waters of the west Atlantic and greater Caribbean, including Florida and the Gulf of Mexico, within its range including federally protected waters in the following areas:*
- *Flower Garden Bank Sanctuary*
- *Dry Tortugas National Park*
- *Virgin Island National Park/Monument*
- *Biscayne National Park*
- *Florida Keys National Marine Sanctuary*
- *Navassa National Wildlife Refute*
- *Buck Island Reef National Monument*

Page **39** of **69**

### *Boulder star coral - Orbicella franksi (formerly Montastraea)*



*Figure 27 - Brainard et al 2011. Figure 6.5.4*

Based on available data sources documenting corals, *Orbicella franski* is assumed to be in Puerto Rico and thus may be in the project area.

As stated in Brainard *et al* (2011):

> *Montastraea franksi "has been reported as common (Veron, 2000).*

Also, see previous discussion for *M. faveolata*.

### *Rough cactus coral - Mycetophyllia ferox*



*Figure 28 - Brainard et al 2011. Figure 6.2.1*

Based on available data sources documenting corals, *Mycetophyllia ferox* is assumed to be in Puerto Rico and thus may be in the project area.

As stated in Brainard *et al* (2011):

Page **40** of **69**

*Mycetophyllia ferox "has been reported to occur throughout most of the Caribbean, including the Bahamas, but it is not present in the Flower Garden Banks or around the waters of Bermuda....The U.S. distribution according to both the IUCN Species Account and the CITES species database, Mycetophyllia ferox occurs throughout the U.S. waters of the western Atlantic but has not been reported from Flower Garden Banks (Hickerson et al., 2008).  Within federally protected waters, Mycetophyllia ferox has been recorded from the following areas:*

- *Dry Tortugas National Park*
- *Virgin Island National Park/Monument*
- *Florida Keys National Marine Sanctuary*
- *Navassa Island National Wildlife Refuge*
- *Biscayne National Park*
- *Buck Island Reef National Monument"*

*This species is found throughout the Caribbean, usually about 1% of all the coral species found in the papers cited in the document."*

## 4D Rulemaking

The final listing of the five coral species took effect on October 10, 2014 (NMFS 2014a) and does not include any take prohibitions.  Until such time as NMFS promulgates a "4d" rule, taking of these five species of corals is not a prohibited action under the Act. As a result of the wide ranging distribution of the five newly listed species found in the project area, as well as NMFS' recent determination that although the five new species did require protection under the ESA, they did not require immediate prohibition of take (79 FR 53853).  Specifically, NMFS states:

> *The ESA take prohibitions only apply to endangered species immediately upon listing.  No species in this final rule are being listed as endangered; therefore, we do not define activities that may result in take in this final rule, because take is not automatically prohibited for threatened species.  Should we deem it necessary and advisable that extending any of the ESA section 9 prohibitions, including take prohibitions, is necessary for the conservation of any of the newly-list threatened coral, we will do so in a subsequent rule-making.*

As previously stated, there is a 4D rule for the *Acropora* species.

## Critical Habitat

NMFS has not proposed DCH for any of the newly listed coral species.

NMFS_00220

***Effects of the Action***

**Sea Turtles**

Green and hawksbill sea turtles have been reported in San Juan Bay, and loggerhead sea turtles from the GCRU are known to be around Puerto Rico, the potential exists for all three species to be in the action area during project construction activities.

*Entrainment in Dredging Equipment*

Entrainment of bottom dwelling animals is a possibility for hopper dredges performing dredging in support of the SJH Navigation Improvement Study. The effects of sea turtle entrainment by hopper dredges have been well documented by the Corps over the last few decades. The effects of hopper dredging resulting from entrainment have been thoroughly described in past consultation documents including the 2008 South Atlantic Regional Biological Assessment provided to NMFS for the reinitiation of consultation for the 1997 SARBO (Appendix A1, Section 4.02.1.1 – pages 122-129). That analysis is incorporated by reference. As stated previously, there have not been any documented takes associated with hopper dredges in San Juan Harbor in the 1999-2000 deepening project.

The Corps will include all terms and conditions for the use of hopper dredges in the 1995 and 1997 SARBOs (or any subsequent SARBO) to minimize the potential for incidental take of sea turtles by hopper dredges within the construction specifications. The conditions include the use of a rigid-draghead designed to deflect sea turtles; year-round, 100 percent observer coverage on the hopper dredges by NMFS-approved Endangered Species Observers; one-hundred percent inflow screening (with 100 percent overflow screening is recommended). If conditions prevent one hundred percent inflow screening, inflow screening can be reduced, but 100 percent outflow screening is required, and an explanation must be included in the preliminary dredging report. Preliminary dredging reports which summarize the results of the dredging and any sea turtle take must be submitted within 30 working days of completion of any given dredging project. Logs of any sea turtle injuries or deaths due to hopper dredging activities will be maintained, with immediate notification by the contractor to Corps-Jacksonville District, and NMFS. Utilization of the ODESS system to report any take associated with hopper dredging operations.

NMFS has previously determined (NMFS 1991, 1995, 1997 and 2003a as amended) that pipeline and clamshell dredges are not likely to take sea turtles:

> *Clamshell dredges are the least likely to adversely affect sea turtles because they are stationary and impact very small areas at a given time. Any sea turtle injured or killed by a clamshell dredge would have to be directly beneath the bucket. The chances of such an occurrence are extremely low, although a take of a live turtle by a clamshell dredge has been documented at Canaveral. On the basis of the best available information, NMFS has determined that dredging with a clamshell dredge is unlikely to result in the take of sea turtles.*

NMFS_00221

> *…pipeline dredges are relatively stationary and only influence small areas at any given time. For a turtle to be taken with a pipeline dredge, it would have approach the cutterhead and be caught in the suction. This type of behavior would appear unlikely, but may be possible.  Presently, NMFS has determined that pipeline dredges are unlikely to adversely affect sea turtles.*

As part of the standard plans and specifications for the project, the Corps has agreed to implement the NMFS "Sea Turtle and Smalltooth Sawfish Construction Conditions," (although smalltooth sawfish are not found in Puerto Rico, this is a NMFS guidance document and shall be applied where applicable).

*Dredge Lighting*
The Corps will also include all terms and conditions from the 1997 SARBO (or any subsequent update) regarding vessel lighting and sea turtles within the construction specifications, including the following:

> *From May 1 through October 31, sea turtles nesting and emergence season, all lighting aboard hopper dredges and hopper dredge pumpout barges operating within 3 nm of sea turtle nesting beaches shall be limited to the minimal lighting necessary to comply with U.S. Coast Guard and/or OSHA requirements. All non-essential lighting on the dredge and pumpout barge shall be minimized through reduction, shielding, lowering, and appropriate placement of lights to minimize illumination of the water to reduce potential disorientation effects on female sea turtles approaching the nesting beaches and sea turtle hatchlings making their way seaward from their natal beaches.*

As part of this effort, the Corps conducts lighting surveys of the contractor's dredges when they arrive on site, and require the contractor to meet all U.S. Coast Guard and/or the Occupational Health and Safety Administration requirements.  This process will be adhered to for the SJH project.  SJH is an active facility, offshore lighting is not an unusual feature of the area, and should not appreciably change the ambient conditions for free-swimming turtles in the vicinity of the project.   In addition, all construction/dredging vessels are required to adhere to best management practices, such as preventing lights from exposure to shore through use of shields.  Therefore, no adverse indirect effects to free swimming sea turtles due to lighting associated with dredging operations are anticipated for the proposed project.

*Bed Leveling*
Although NMFS has, on two previous occasions, made the determination that bed leveling is a cause of injurious or lethal take to sea turtles (NMFS 2003a), a detailed review, performed by the Corps, of the data from the use of bed leveling devices at Port Everglades, Port Canaveral, Miami Harbor, and Palm Beach Harbor did not support this determination (USACE 2006a, 2006b, 2006c, 2006d).  After reviewing numbers and

locations of stranded turtles within a 4-mile radius of the ports' entrance channels, the dates that the strandings were recorded, and the types of injuries exhibited on the carcasses, the Corps did not find a link between bed-leveling and crushing/impact injuries on stranded sea turtles, nor did significant differences exist in stranding numbers and locations between dredging event time periods and non-dredging event time periods.  Based on the detailed review of all of the information provided in these Biological Assessments, the Corps determined that the proposed use of bed-leveling devices in Port Everglades, Port Canaveral, Miami Harbor, and Palm Beach Harbor may affect, but is not likely to adversely affect listed marine turtle species within the action area.  The Corps believes this analysis would also apply in SJH where turtles do not exhibit the behavior of burrowing into the bottom of navigation channels due to cold water events which makes them more susceptible to take by bed leveler or hopper dredge.  NMFS has stated that use of a bed-leveler is preferred to the use of a hopper dredge for clean-up operations.   Specifically, in the 2003 Gulf Regional Biological Opinion (amended in 2005 and 2007), NMFS states:

> *Use of bed-levelers for cleanup operations, however, is probably preferable to use of hopper dredges since turtles which are foraging/resting/brumating on irregular bottoms are probably more likely to be entrained by suction dragheads because sea turtle deflector dragheads are less effective on uneven bottoms, hopper dredges move considerably faster than bed-leveler "dredges," and bed-levelers do not use suction.*

In addition, the Corps includes language in dredging contract specifications to help clarify specifications and to document bed-leveler use.  This information will be crucial in fully assessing whether bed-leveling activities adversely affect sea turtle populations.

*Relocation Capture Trawling*
Modified shrimp trawling equipment and techniques are used to capture and relocate threatened and endangered sea turtles from hopper dredging sites.  This method of sea turtle protection was originally initiated in the early 1980s at Canaveral Harbor, Florida.  In 1992, relocation trawling was implemented as a potential mitigation tool for incidental take (injury or mortality) of sea turtles for additional coastal hopper dredging projects in the southeastern U.S.   NMFS now recommends and authorizes take for relocation trawling during many hopper projects throughout the southeastern U.S.  Relocation trawling is also a potentially hazardous undertaking for trawler crews and the species intended for protection.  Other protected and non-protected organisms are also captured as by-catch and may be killed during the relocation trawling efforts; however, an assessment of trawling effects relative to by-catch has not been completed at this point in time.   In light of the potential positive and negative effects of relocation trawling during hopper dredging projects, an evaluation of the effectiveness of this technique as a mitigation option was developed.  Dickerson *et al.* (2007), analyzed incidental take records from endangered species observer reports, relocation trawling

NMFS_00223

reports, and hopper dredging project reports from 1995 through 2006 to evaluate the effectiveness of relocation trawling for reducing incidental take of sea turtles.

With respect to trawling and sea turtle interactions, the effects of trawling during capture and handling can result in raised levels of stressor hormones.  Based on past observations obtained during similar research-trawling for turtles, these effects are expected to dissipate within a day (Stabenaua and Vietti, 1999).  Though turtle recaptures during trawling and relocation activities do occur, recapture rates are not frequent enough to suggest significant cumulative adverse effects.  Rarely, even properly conducted relocation trawling can result in accidental sea turtle deaths. Henwood (pers. comm. to E. Hawk, NMFS-SERO, December 6, 2002) noted that trawl-captured loggerhead sea turtles died on several occasions during handling on deck during winter trawling in Canaveral Channel in the early 1980s, after short (approximately 30-minute) tow times.  However, Henwood also noted that a significant number of the loggerheads captured at Canaveral during winter months appeared to be physically stressed and in "bad shape" compared to loggerheads captured in the summer months from the same site, which appeared much healthier and robust. Stressed turtles or unhealthy turtles or turtles exposed to repeated forced submergences are more likely to be injured or killed during relocation trawling than healthy turtles.  In November 2002, during relocation trawling conducted in York Spit, Virginia, a Kemp's ridley sea turtle was likely struck by one of the heavy trawl doors or it may have been struck and killed by another vessel shortly before trawl net capture.  The hopper dredge was not working in the area at the time (pers. comms. and e-mails, P. Bargo to E. Hawk, December 6 and 9, 2002).

According to Dickerson *et al*. (2007), based on the available data collected on relocation trawling since its conception in the 1980's, a total of 1,239 sea turtles have been relocated within the Gulf of Mexico (Total 844; Cc:  595, Lk:  172, Cm:  70, Dc:  5, Ei:  2) and Atlantic (Total 395; Cc:  312, Lk:  37, Cm:  45, Dc:  1, Ei:  0) regions combined. Furthermore, a total of 4 confirmed turtles (Cc:  2 (Navarre Beach, FL), Cm:  1 (Canaveral Harbor, FL), and Dc:  1 (Walton County / City of Destin, FL beach nourishment)) have been lethally taken by trawlers while being utilized as a mitigation option to avoid lethal hopper dredge takes, approximately one percent of relocated turtles.

### *Ship Strike in the Harbor*
The project allows for a light loaded vessels to fully loaded vessels, and in some cases would also allow for larger ships to call.  The current economic analysis does not consider this shift, and maintains the same fleet that currently calls at San Juan Harbor. By allowing the same fleet of vessels to fully load, the number of vessels calling to San Juan Harbor would be decreased by up to two calls per year and as a result, would reduce the potential for vessel strike of sea turtles to be decreased.  If the fleet shifts to larger ships than those currently calling, then additional reductions in vessel calls should be expected and would also reduce the potential for ship strike.  This would also reduce the potential for ship strike of listed whales outside of the harbor as well, however, as

the Corps does not have jurisdiction over commercial vessel traffic, these benefits are not claimed by the project (Figure 29).

Additionally, the deepening and widening of the channels within the harbor is expected to improve safety and navigability, reducing the potential for ship groundings and subsequent oil spills, both of which would result in adverse effects to all species under NMFS jurisdiction in the action area.



## NUMBER OF CALLS BY VESSEL CLASS

| Class | Fleet | | |
|---|---|---|---|
| | Existing | FWOP - 2026 | FWP - 2026 |
| SubPanamax Container Vessels | 537 | 537 | 537 |
| Panamax Container Vessels | 65 | 273 | 273 |
| 5K-35K DWT tankers and tank barges | 102 | 102 | 98 |
| MR | 79 | 79 | 58 |
| LR1 | 20 | 9 | 2 |
| LR2 | 0 | 0 | 7 |
| RoRo and Vehicle Carriers | 345 | 231 | 231 |
| Cruise | 532 | 651 | 651 |
| LPG | 13 | 13 | 13 |
| LNG | 0 | 0 | 5 |
| Bulkers and General Cargo | 406 | 259 | 259 |
| Other | 514 | 514 | 514 |
| Total | 2613 | 2668 | 2648 |

*Figure 29 - Number of Vessel Calls. Existing Fleet vs Future without Project and Future with Project in 2026.*

### Noise
SJH has functioned as an international harbor since pre-colonial times. Over the last 300 years, SJH has evolved to accommodate the growing shipping industry as larger vessels continued to arrive. At the same time, recreational and other commercial boat traffic and industrial noise has continued to increase. Several sources of ambient noise are present in SJH. The ambient noise level of an area includes sounds from both natural (wind waves, fish, tidal currents, mammals) and artificial (commercial and recreational vessels, dredging, pile driving, etc.) sources. Tidal currents produce hydrodynamic sounds, which are most significant at very low frequencies (< 100 Hertz; Hz). Vessel traffic, including vessels passing the immediate study area, generate sounds that can travel considerable distances, in frequencies ranging from 10 to 1000Hz. Sea state (surface condition of the water characterized by wave height, period, and power) also

produces ambient sounds above 500 Hz.  As a commercial and industrial area, SJH experiences a wide range of noise from a variety of industrial activities.  Biological sounds associated with mammals, fishes, and invertebrates can also generate broadband noise in the frequency of 1 to 10 kilo Hz with intensities as high as 60 to 90 decibels (dB).

SJH has the typical noise characteristics of a busy harbor.  Sources include recreational and commercial vessel traffic, and dock side facilities.  Noise sources for vessels include cranes, whistles and various motors for propulsion.  Dockside noise sources include cranes, trucks, cars, and loading and unloading equipment.  In addition to the noise in the water/marine environment, noise can affect the human environment.  Background noise exposures change during the course of the day in a gradual manner, which reflects the addition and subtraction of distant noise sources.  Ambient noise represents the combination of all sound within a given environment at a specified time.  Humans hear sound from 0-140 dB.  Sound above this level is associated with pain.

As summarized in Table 2, underwater sound data were collected for several large cargo vessels and one high-speed ferry operating in Newark Bay, New Jersey and New York Harbor (Reine et al. 2014).  The source level (SL) for the high speed ferry was 181 dB re 1 μPa-1m (which is the acoustic pressure at one meter from a point source).  For four cargo ships transiting the harbor, SLs ranged from 179 to nearly 183 dB re 1 μPa-1m.  One fully loaded cargo ship being pulled from its mooring by two large tugs produced an SL of 188.9 dB re 1 μPa-1m.

Table 2 - Reported Noise for Vessels in New York Harbor (Reine et al 2014)

| Ship name/Type | Reported Noise Levels (re 1 μPa-1m) |
|---|---|
| Staten Island Ferry | 180.2 |
| *NYK Constellation (dry cargo container)* | 181.3 dB |
| *Maersk Idaho (bulk carrier)* | 188.9 dB |
| *CSAV Licanten (cargo vessel)* | 133.76 dB |
| *Zim Savannah (container ship)* | 179.3 dB. |

Acoustic impact criteria and thresholds for sea turtles were developed in cooperation with NMFS for sea turtle exposures to various sound sources.  NMFS prepared an analysis for pile driving activities in the Florida Keys (NMFS 2014b) developing threshold values for onset of injury to sea turtles due to impact pile driving is 206 dB re 1 μPa sound pressure level root mean square (RMS) or 187 dB for a single pile driver pulse, whichever is larger.  Noise levels that result in changes in behavior is 160 dB (RMS).  This criteria was developed in cooperation with NMFS and is not based on experimental evidence of injuries caused to sea turtles by pile driving sound.  In the absence of reliable in-water density data for sea turtles, this criterion is useful for qualitatively assessing activities that impart sound to water.

NMFS_00226

Previous studies have documented dredge noise for clamshell, cutterhead and hopper dredges (Table 3).  Sounds associated with dredging are broken up into different segments associated with the dredge operation.  These steps can include surface splash, the bucket hitting or penetrating the bottom sediments, the winches moving the dredge up and down in the water column and emptying the bucket into the scow (where applicable).   Some of these noises will vary depending on how dredge material hardness.

NMFS_00227

Table 3 - Sound Levels of Dredges

| Dredge Type | Reported Noise level range; | Source |
|---|---|---|
| Clamshell/Bucket | 150 to 162 dB | Dickerson et al 2001 |
| Hopper | 120 to 140 dB; Avg 142dB | Clarke et al 2002; Reine et al 2014 |
| Cutterhead | 100 to 100 dB; 175 dB at source (<150dB 100 m from source) | Clarke et al 2002; Reine et al 2012. |

None of the dredges that may be used to construct the SJH Navigation improvement study would meet or exceed NMFS assessed injurious threshold of 187 dB, however normal operations of large vessels in SJH would meet this threshold, and would be considered baseline conditions for this deepening project.  By completing harbor improvements that decrease the number of vessels calling to SJH, this also improves the soundscape for sea turtles that live in the bay and are exposed to activities in the harbor.

Sea turtles in SJH may be affected by related noise from this action but it will be intermittent and will not occur in any one area for any appreciable period of time.  Due to the mobility of these species and because these projects generally occur in open water environments, they would likely move away from the source of noise.  Turtle species may be affected by being temporarily unable to use the sites for foraging or shelter due to avoidance of construction activities and related noise.  These effects will be insignificant and discountable because they are located in open water and will not consume the entire width of a channel at any time.  Because of this, construction will not restrict movement of species in the area, and there is ample, alternate similar habitat adjacent to the project sites.

*Conservation Measures for Sea Turtles*
   a) Incorporation of the NMFS "Sea Turtle and Smalltooth Sawfish Construction Conditions" into the project plans and specifications:
   b) Incorporation of the Terms and Conditions of the 1995/97 SARBO or a subsequent SARBO into the construction specifications.
   c) Relocation trawling can be used within the channel and surrounding harbor habitats to minimize the potential for lethal take of sea turtles, if a hopper dredge is used to construct the project, or portions of the project.

**Effects Determination**
The proposed navigation improvements for SJH may adversely affect listed sea turtles by entrainment in a hopper dredge.  All other project activities may affect, but are not likely to adversely affect listed sea turtles.  As there is not DCH in the project area, the project is not likely to adversely modify DCH for any sea turtle species.

NMFS_00228

**Corals**

Project specific coral surveys have not been conducted as of yet, and this assessment relies on the best available data that the Corps was able to access. Any project specific coral surveys that can be conducted by divers (diver safety being the first concern) or by remote methods (ROV) will be conducted during the Pre-Engineering and Design Phase of the project, after Congressional authorization. If listed corals are found during the PED surveys, the Corps will reinitiate consultation as necessary.

All seven ESA listed threatened coral species have been documented on the discontinuous linear or fringing reef consisting of corals covering fossil sand dunes (i.e., eolianites) trending in an east-west direction and extending, in some sites, up to 0.9 miles off shore, along the north coast of the San Juan metropolitan area, east of SJH (Figure 30).



| ID | TRACT | Area | Acres | Hectares | Scaling factor |
|---|---|---|---|---|---|
| 2 | Central Reef Tract | 10043820 | 2481.9 | 1004.4 | 0.25 |
| 3 | East Near Inlet Reef | 1252094 | 309.4 | 125.2 | 0.125 |
| 1 | West Near Inlet Reef | 3128130 | 773 | 312.8 | 0.25 |

*Figure 30 - Reef habitat north of the SJBE, within the Study Area (Cano Martin Pena EIS).*

Mapped hardbottom and coral habitats have been documented via dual frequency side scan sonar (conducted by the Corps) and towed videos (NMFS-HCD Jan 2016; USACE between May 2016-May 2017). NMFS Habitat Conservation (NMFS HCD) and Protected Resources Division staff assisted with video review and analysis (pers comm Paul DeMarco, July 11, 2017), including species identification as a cooperating agency under the National Environmental Policy Act. NMFS HCD staff prepared a report based on their towed video survey (NMFS 2016). The project areas most likely to have listed corals are on the west side of the outer entrance channel at (or further west of) numbers 209, 210 and 212 (Figure 31 - Figure 34) and the areas further to the east adjacent to El Morro National Monument. No corals were documented growing in the

NMFS_00229

channel or any direct effect area.  As a result no direct effects to corals or critical habitat are expected with implementation of the SJH Navigation Improvement Study.



*Figure 31 - San Juan Bay video station location and vessel track (blue). NOAA Chart 25670_1, 1:10,000 scale.*

NMFS_00230



*Figure 32 - Photos from video transect 209 on January 30, 2016. A and B. Sand. C and D. Algae patch on limestone rock surrounded by sand. Four fish likely to be Lutjanus synagris (Lane snapper).*



*Figure 33 - Photos from video transect 210 on Jan. 30, 2016. A, B and C. Limestone ledges and crevices at approximately 17 to 30 ft. depth. These crevices and ledges are inhabited by Diadema antillarum, Thalassoma bifasciatum, algae and sponges.*

NMFS_00231



*Figure 34 - Photo from video transect 212 on Jan. 30, 2016. Depth is 7 ft. Brown algae over limestone.*

<u>*Indirect effects*</u>
Currents at the SJH entrance channel are greatly influenced by the direction and strength of the trade winds.  The trades blow primarily from the northeast, which in conjunction with the east-west alignment of the coastline results in a westerly, alongshore current.  Surface currents show general westward drift (mean speed 0.6 knots) with a significant tidal component (EPA 2011).

<u>Sedimentation:</u>  The effects of dredging, in concert with the constant movement of sediments in and around the entrance channel, may affect light penetration into the water column as a result of turbidity, and may also result in burial from sedimentation, which can destabilize the benthic community.  Whether and to what extent there will be effects to corals located adjacent to dredging projects depends on several factors, including the type of dredge utilized, the type of sediments and the size of the area being dredged, the hydrodynamic conditions of the dredging site, and the duration of active dredging.  Each of these factors influences the size, settlement time, and ultimate settling site of the sediment plume.  Ertfemeijer et al. (2012) provides a comprehensive overview on the environmental effects of dredging and other sediment disturbances on corals.  Specifically,

> *The major problems arising from turbidity and sedimentation derived from coastal construction and dredging are related to the shading caused by decreases in ambient light and sediment cover on the coral's surface, as well as problems for the feeding apparatus under a sediment blanket and energetic costs associated with mucus production, sediment clearance and impaired feeding. Suspended sediments, especially when fine-grained, decrease the quality and*

NMFS_00232

*quantity of incident light levels, resulting in a decline in photosynthetic productivity of zooxanthellae (Falkowski et al., 1990; Richmond, 1993)."*

Additionally, if the reduction in photosynthesis is long term, it can result in starvation of the coral polyp. High turbidity and sedimentation rates may depress coral growth and survival due to depressed photosynthesis and redirection of energy expenditure for clearance of settling sediments. As a result, the potential effects of sedimentation not only include direct mortality, but also involve sublethal effects including "*reduced growth, lower calcification rates and reduced productivity, bleaching, increased susceptibility to diseases, physical damage to coral tissue and reef structures (breaking, abrasion), and reduced regeneration from tissue damage.*" All of these effects would be more likely to happen in bounder or flat/round shaped corals.

Although these effects from sedimentation can occur naturally due to increase runoff from rain or sedimentation associated with tropical storms (Blair et al. 1994), they are also likely to occur in close physical proximity to dredging. The intensity of effect is dependent upon the intensity and duration of the stressor (Figure 35).



*Figure 35 - Figure 2 from Erftmeijer et al 2012. Intensity of Stressor vs Duration*

Recently completed monitoring associated with the Miami Harbor expansion project reviewed the long term health and survival of corals (including some listed corals) and other reef organisms (soft corals, sponges, etc.) in a pre-, during and post-construction project monitoring within 30 meters of the Miami Harbor channel. The effects with Miami Harbor were associated with very fine clay and silt materials. Long-term effects associated with sedimentation have not been fully assessed, however there was no

NMFS_00233

change in the percent coverage in any reef functional group when compared to reference sites.  The sedimentation effects were most noticed closest to the channel where the largest grainsized material fell out of solution and sedimentation levels returned to background levels in 6-18 months (USACE 2015 and 2017).

Corals with a flatter morphology or corals which are located in a depression in the reef structure where material can accumulate, tended to have more difficulty shedding accumulated sediment, often ending up part of the colony unable to be unburied, and the long term exposure of that portion of the colony to the sediment resulting in partial mortality (Figure 36).  While this may not lead to total mortality of the colony, it would result in stress to the colony as a whole.  Taller corals were able to shed the excess sediment and did not exhibit the partial mortality signature seen in the flatter corals (Figure 37).



*Figure 36 - Partial mortality of Diploria clivosa at R2S1-200, consistent with partial mortality documented at channel-side sites, Miami Harbor.*

NMFS_00234



*Figure 37 - S. bournoni colony at R2S-400, Miami Harbor. Photo was taken on May 21, 2015*

Even if sedimentation causes an indirect effect to listed corals from the dredging operation, coral reefs and hardbottom habitat are dynamic systems and sediments are often removed from the substrate by currents, tides, or storm events, especially those on exposed coasts like those adjacent to the SJH entrance channel.  The residence time of sediments is dependent on several factors including grain size and the hydrodynamics of the system (i.e., higher energy is needed to mobilize large grained materials).  Previous monitoring from dredge events at Key West and Port Everglades show no permanent effects from sedimentation, but some scientists believe some permanent effects may occur due to sedimentation.   The recently completed project at Miami Harbor resulted in temporary effects to corals associated with dredging, however those corals were located immediately adjacent to the channel (within 30 meters), unlike SJH where dredging activities will not be directly adjacent to the hardbottom areas that are located no less than 182 meters (600 feet) to the west of the channel.  To protect hardgrounds in project area, the Corps requires turbidity monitoring with all of its construction projects and if turbidity exceeds the approved level set by the Commonwealth dredging operations in the area cease until levels return to the approved level.

As Kleypas (1996) noted the tolerance of corals to elevated suspended sediment varies from reef to reef, and depends on background turbidity conditions and hydrodynamic setting.  As previously discussed, in the case of the reefs adjacent to SJH, they are regularly subjected to variable and often high levels of turbidity and sedimentation, including storms, which results in significant runoff of land-based sediments, as demonstrated in Figure 38 and Figure 39.  Additionally, DCH is located at least 1,700 feet to the west of the entrance channel and approximately 3,000 feet (915 meters)

NMFS_00235

northwest of Cut 6, the closest area to be dredged by the project (Figure 1).  This means that while the potential exists for sedimentation from the project to be carried out of SJH on an outgoing tide and deposited on the DCH, it will likely be a very low volume of material, as only the smallest of grain sizes will remain in the water column for that distance, and as a result, will result is low sedimentation rates above the background rates already documented in this assessment.



*Figure 38 - Aerial Photograph November 2006*

NMFS_00236



*Figure 39 - Aerial Photograph October 2009*

<u>Conservation Measures for Listed Corals</u>

Monitoring of the SJH expansion project will take place on numerous levels including physical monitoring of scow and dredge location relative to reefs and other mapped resources during dredging and transit operations, as well as turbidity monitoring during construction.

**Effects Determination**

The proposed SJH Navigation Improvement Study may affect, but is not likely to adversely affect listed corals in the project area.  The corals that may have recruited to the rock areas to the east and west of the entrance channel are exposed to very high levels of background sedimentation, as well as poor water quality, including high levels of nutrients from the water entering the bay (Zimmerman et al. 1980).  So these corals are more tolerant to these conditions than those located in clearer, less turbid waters.

**Indirect Effects of each Construction Method on *Acropora* Critical Habitat**

The he closest previously mapped hardbottom habitat (colonized pavement) is 1,500 feet from the closest dredge area (Cut-6) and Acroporid coral Critical Habitat is approximately 2,500 feet north of Cut-6.  Based upon these locations, effects to listed corals from dredging and dredged material transport related turbidity are not anticipated.  It should be noted the fringing reefs east of the SJH bar channel in the Isla Verde area have been significantly stressed or affected from sedimentation and organic pollution coming from the San Juan Bay Estuary.  This is evident by a remarkably high frequency of hard coral colonies effected by Black Band Disease, which suggests poor water quality (Coll Environmental, 2005).

NMFS_00237

Although there is published literature concerning the effects of sedimentation and turbidity on coral reefs throughout the world, there are several published papers specific to Caribbean coral reefs (Rogers 1983; Rogers 1990; Dodge and Vaisnys 1977, Bak 1978).

From a turbidity and/or sedimentation standpoint, a hopper dredge has the highest likelihood of adverse effect due to the overflow of water being returned from the hopper to the surrounding environment.  With this overflow, "fines" (usually clays or silts which are light enough not to have settled out in the hopper) are returned to the water during dredging operations.  The clamshell or bucket dredge ranks second since the material may or may not be enclosed in a bucket, and if it is not enclosed, material may escape that bucket into the surrounding environment as the bucket moves up through the water column.  The dredging method with the lowest level of associated sedimentation or turbidity is the cutterhead dredge.  This dredge has suction that removes the sediment, transports it to the surface where it is either pumped into the receiving disposal site, or placed in a scow for transport to a disposal site.  The Key West O&M projects in 2004-2006 and 2007 utilized both a clamshell dredge and a hopper dredge.  The Broward County Shore Protection Project utilized a hopper dredge and the Port Everglades expansion project in 1980 utilized a cutterhead dredge.  Understanding which types of equipment were utilized at previous projects allows for a comparison across projects of results regarding turbidity and/or sedimentation monitoring.

The examples of the adverse effects of turbidity or sedimentation on coral species often cited by resource managers are commonly projects in third world countries without the strict water quality protections that are in place in the U.S. (Bak 1978); or are studies where the material used to simulate dredged material is not the same sediment size or mineral composition of the material proposed to be dredged (Telesniki and Goldberg 1995) and thus are not a good substitute for the effects of projects bound by the water quality restrictions required by the State of Florida under the Clean Water Act. These restrictions are protective of water quality by limiting turbidity; they are also protective of coral species, including *Acropora sp.* and it's DCH, located near dredging operations where material is being removed from the bottom by a dredge.  Dredging projects take place in a spatially and temporally finite area and thus effects associated with them, if present, should be detectable within this same finite footprint.  A review of these four projects (Port Everglades, Key West 2004-06 and 2007, Broward County SPP), three of them in the very recent past, demonstrates that no adverse effects of dredging were detectable (or in the case of Broward County were detectable as monitoring continues) (Gilliam *et al.* 2006; Fisher *et al.* 2008; Jordan *et al.* 2010; CSA 2007; CSA 2007a; CSA 1981).

To protect hardbottom habitats in the project area, including those that may support Acroporid corals, the Corps requires turbidity monitoring with all of its projects.  It is a standard practice for the Corps to monitor sedimentation associated with dredging projects where corals and coral habitats are adjacent to the project area, when the area

NMFS_00238

can be safely monitored by divers.  This has been standard practice for more than 30 years (CSA 1981; CSA 2007; CSA 2007a).  As previously stated, the areas adjacent to the outer entrance channel are very high energy surf zones that are not safe for human divers.

In the 2009 biological opinion for dredging associated with sand mining dated October 21, 2009 (Consultation # F/SER/2009/00879), NMFS reviewed effects of sedimentation associated with *A. cervicornis*. NMFS states:

> *Additionally, Rogers (1983) tested sedimentation rates on A. cervicornis, among other coral species, and determined that daily doses of sediment at a rate of 200 mg/cm2/day had no effect (Rogers 1990).*

Dredged Material Disposal Effects.  Potential barge environmental effects could occur as the barge is loaded if material is allowed to spill over the sides and during transport if the barge leaks material.  Operational controls eliminate spilling material during loading by monitoring the dredge operator to make sure that the dredge bucket swings completely over the barge prior to opening the bucket.  Requiring barges in good repair with new seals minimizes leaking during transport.  Hauling rock is often damaging to transport barges, so intermediate inspection and repairs may be required during the project to maintain the barges in good working condition.   Seals may require replacement.  Proper use of the ODMDS minimizes the environmental effects during disposal.  The barges will be required to use positioning equipment to place dredged material within the designated ODMDS and inspectors may be required to monitor disposal activity.  The Corps' required monitoring of vessels in ullage and location ensure that the dredged material is being disposed of in the approved location.  Disposal of dredged material will have no effect on listed corals or DCH for *Acropora* corals.  The ODMDS is not within the boundaries of DCH as the site is located offshore of San Juan, beyond the edge of the continental shelf in greater than 900 feet of water.

Effects on Designated Critical Habitat
Although there is a potential for minimal sedimentation on *Acropora* DCH to the east and west of the outer entrance channel, the project is not likely to adversely modify DCH for either *Acropora* species.  The area located outside of San Juan Bay, beyond the COLREGS line is a very high energy zone where sediment would not settle out of the water column onto the exposed rock, which would preclude accumulation.

NMFS_00239

NMFS_00240

# SUMMARY OF EFFECT DETERMINATIONS

Project effect determination summary for sea turtle *spp.*, listed corals, large whales, Nassau grouper, scalloped hammerhead; Giant Manta Ray (No Effect (NE – green); May Affect Not Likely to Adversely Affect (MANLAA – orange); May Affect Likely to Adversely Affect (MALAA – yellow), and Not Likely to Adversely Modify (NLAM – orange)

| Proposed Activity/ Route to Effect | Sea Turtles | | | | Whales | | | | Stony Corals | | | | | | | Fishes | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Leatherback | Green (North Atlantic DPS) | Hawksbill | Loggerhead (western north Atlantic) | Sperm | Sei | Blue | Fin | Elkhorn | Staghorn | Pillar | Rough cactus | Mountainous Star | Lobed Star | Boulder Star | Giant Manta Ray | Scalloped hammerhead shark | Nassau Grouper |
| Hydraulic Hopper Dredge | NE | MALAA | MALAA | MALAA | NE | NE | NE | NE | MANLAA | MANLAA | MANLAA | MANLAA | MANLAA | MANLAA | MANLAA | NE | NE | NE |
| Hydraulic Cutterhead Dredge | NE | MANLAA | MANLAA | MANLAA | NE | NE | NE | NE | MANLAA | MANLAA | MANLAA | MANLAA | MANLAA | MANLAA | MANLAA | NE | NE | NE |
| Mechanical Dredge | NE | MANLAA | MANLAA | MANLAA | NE | NE | NE | NE | MANLAA | MANLAA | MANLAA | MANLAA | MANLAA | MANLAA | MANLAA | NE | NE | NE |
| Bed Leveling | NE | MANLAA | MANLAA | MANLAA | NE | NE | NE | NE | MANLAA | MANLAA | MANLAA | MANLAA | MANLAA | MANLAA | MANLAA | NE | NE | NE |
| Turbidity and Sedimentation | NE | NE | NE | NE | NE | NE | NE | NE | MANLAA | MANLAA | MANLAA | MANLAA | MANLAA | MANLAA | MANLAA | NE | NE | NE |
| Transportation - hopper; tug/scow/barge | NE | NE | NE | NE | MANLAA - discountable | MANLAA - discountable | MANLAA - discountable | MANLAA - discountable | NE | NE | NE | NE | NE | NE | NE | NE | NE | NE |
| Material placement (ODMDS or Restoration Site) | NE | NE | NE | NE | MANLAA - discountable | MANLAA - discountable | MANLAA - discountable | MANLAA - discountable | NE | NE | NE | NE | NE | NE | NE | NE | NE | NE |
| Trawling | MANLAA - discountable | MANLAA | MANLAA | MANLAA | NE | NE | NE | NE | NE | NE | NE | NE | NE | NE | NE | MANLAA - discountable | MANLAA - discountable | MANLAA - discountable |
| Dredge Lighting | MANLAA | MANLAA | MANLAA | MANLAA | NE | NE | NE | NE | NLAM | NLAM | - | - | - | NE | NE | NE | NE | NE |
| Critical Habitat | - | NE | NE | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |

Page 61 of 69

## Literature Cited

*Acropora* Biological Review Team (ABRT). 2005. Atlantic *Acropora* Status Review Document. Report to National Marine Fisheries Service, Southeast Regional Office. March 3, 2005. 152 p + App.

Bak, R. P. 1978. "Lethal and Sublethal Effects of Dredging on a Coral Reef." Marine Pollution Bulletin 9(1): 14-16.

Ballantine, D.L.; R.S. Appeldoorn; P. Yoshioka; E. Weil; R. Armstrong; J.R. Garcia; E. Otero; F. Pagan; C. Sherman; E.A. Hernandez-Delgado; A. Bruckner and C. Lilyestrom. 2008. Biology and Ecology of Puerto Rican Coral Reefs. *In* Coral Reefs of the USA pp 375-406. Part of the Coral Reefs of the World book series (CORW, volume 1). *Eds*. B.M. Riegl and R.E. Dodge. DOI: 10.1007/978-1-4020-6847-8_9.

Blair, S.M; T.L. McIntosh and B.J. Mostkoff. 1994. Impacts of Hurricane Andrew on the Offshore Reef Systems of Central and Northern Dade County, Florida.  Bulletin of Marine Science. 54(3): 961-973.

Brainard, R.E.; C. Birkeland; C.M. Eakin; P. McElhany; M.W. Miller; M. Patterson, and G.A. Piniak. 2011. Status review report of 82 candidate coral species petitioned under the U.S. Endangered Species Act. U.S. Dep. Commer., NOAA Tech. Memo., NOAA-TM-NMFS-PIFSC-27, 530 p. + 1 Appendix.

Clarke, D.G. and D.H. Wilbur. 2008. Compliance Monitoring of Dredging-Induced Turbidity: Defective Designs and Potential Solutions. Western Dredging Association St. Louis, Mo.

Clarke, D.G., C. Dickerson and K. Reine. 2002. Characterization of Underwater Sounds Produced by Dredges.  In *Dredging 2002, American Society of Civil Engineers, Orlando, Florida, USA*, 64-81.

Coll Rivera Environmental. 2005. Biological Monitoring Report – Installation of the SMPR-1 Submarine Fiber Optic Cable, Isla Verde, Puerto Rico. Prepared for: Sint Marteen International Telecommunications Services, Inc. 30 pp.

Conant, T.A., P.H. Dutton, T. Eguchi, S.P. Epperly, C.C. Fahy, M.H. Godfrey, S.L. MacPherson, E.E. Possardt, B.A. Schroeder, J.A. Seminoff, M.L. Snover, C.M. Upite, and B.E. Witherington. 2009. Loggerhead sea turtle *(Caretta caretta)* 2009 status review under the U.S. Endangered Species Act. Report of the Loggerhead Biological Review Team to the National Marine Fisheries Service, August 2009. 222 pages.

CSA International, Inc. 2007. During Dredging Resource Health and Sedimentation Surveys Report for May through August 2007 Hopper Dredging Activities for the Key West Harbor Dredging Project. November 2007. Prepared for Department of the Navy, Southern Division Naval Facilities Engineering Command.

NMFS_00241

CSA International, Inc. 2007a. Post-Dredging Resource Impact Assessment Monitoring Survey Final Report for the Key West Harbor Dredging Project (2004-2006) 7 May 2007. Prepared for Department of the Navy, Southern Division Naval Facilities Engineering Command.

CSA International, Inc. 1981. Environmental Monitoring Associated with the Port Everglades Harbor Deepening Project of 1980. Final Report Volumes I and II. June 16, 1981.

Davis-Colley, R.J. and D.G. Smith. 2001. Turbidity, Suspended Sediment and Water Clarity: A Review. Journal of the American Water Resources Association. Vol. 37. No. 5. October 2001.

Dickerson, C., Reine, K. J., and Clarke, D. G. 2001. "Characterization of underwater sounds produced by bucket dredging operations," *DOER Technical Notes Collection* (ERDC TN-DOER-E14), U.S. Army Engineer Research and Development Center, Vicksburg, MS. *www.wes.army.mil/el/dots/doer*.

Dickerson, D., C. Theriot, M. Wolters, C. Slay, T. Bargo, W. Parks. 2007. "Effectiveness of relocation trawling during hopper dredging for reducing incidental take of sea turtles," In: Proceedings of the World Dredging Congress XVIII,USACE ERDC Research Initiatives. Central Dredging Association, 27 May-1 June 2007, Lake Buena Vista, Florida. http://el.erdc.usace.army.mil/seaturtles/docs/07-DickersonWODCON.pdf

Diez, C. E. and R.P. van Dam. 2006. Hawksbill turtle nesting beach habitat restoration on Mona Island, Puerto Rico: Research report for 2005.

Dodge, R.E. and J.R. Vaisnys. 1977. Coral populations and growth patterns: responses to sedimentation and turbidity associated with dredging - J. mar. Res, 1977.

Ehrhart, L.M. and B.E. Witherington. 1992.  Green turtle. *In* Moler, P.E. (ed.).  Rare and Endangered Biota of Florida, Volume III.  Amphibians and Reptiles.  University Presses of Florida, pp 90-94.

EPA 2011. Site Management and Monitoring Plan for the San Juan Harbor Puerto Rico Dredged Material Disposal Site.  January 6, 2011.

Ertfemeijer, P.A., B. Reigl, B.W. Hoeksema and P.A. Todd. 2012. Environmental Impacts of Dredging and Other Sediment Disturbances on Corals, A Review.  Marine Pollution Bulletin. 64 1737-1765.

Fisher L, K. Banks, D. Gilliam, R.E. Dodge, D. Stout, B. Vargass-Angel and B. Walker. 2008. Real-time coral stress observations before, during and after beach nourishment dredging offshore of southeast Florida, USA. Proceedings of the 11th International Coral Reef Symposium, Ft. Lauderdale, FL.

NMFS_00242

Florida Department of Environmental Protection. 2007. Rapid Response and Restoration for Coral Reef Injuries in Southeast Florida. Guidelines and Recommendations. June 2007.

Florida Fish and Wildlife Conservation Commission; Florida Marine Research Institute's Statewide Nesting Beach Survey data. http://myfwc.com/research/wildlife/sea-turtles/nesting/statewide/. Accessed July 2017.

Frazer, N.B., C.J. Limpus and J.L. Greene. 1994. Growth and age at maturity of Queensland loggerheads. U.S. Dept of Commer. NOAA Technical Memorandum NMFS-SEFSC-351.

Gilliam, D.S. 2009. South Florida Coral Reef Evaluation and Monitoring Project. 2008 Year 6 Final Report. August 15, 2009. National Coral Reef Institute.

Hales, L.Z. 2003. Bed-Leveling Following Dredging Operations. ERDC Dredging Operations Technical Support (DOTS) Program South Atlantic Division Request for Technical Assistance. 25 August 2003.

Jordan, L.K.B., Banks, K.W., Fisher, L.E., Walker, K.B. and Gilliam, D.S. 2010. Elevated Sedimentation on Coral Reefs Adjacent to a Beach Renourishment Project. Marine Pollution Bulletin. 60: 261-271.

Kleypas, J.A. 1996. Coral Reef Development Under Naturally Turbid Conditions: Fringing Reefs Near Broad Sound, Australia. Coral Reefs. 15:153-167.

Limpus, C.J. 1990. Puberty and first breeding in *Caretta caretta*, in Proceedings of the Tenth Annual Workshop on Sea Turtle Biology and Conservation. T.H.C. Richardson, J.I.C Richardson and M.C. Donnelly (eds). NOAA Technical Memorandum NMFS-SEFSC-278. 81.

Mackay, A.L., and J.L. Rebholz. 1996. Sea Turtle Activity Survey on St. Croix, U.S. Virgin Islands (1992-1994). *In* Keinath, J.A., D.E. Barnard, J.A. Musick, and B.A. Bell (compilers). Proceedings of the Fifteenth Annual Symposium on Sea Turtle Biology and Conservation. NOAA Tech. Memo. NMFS-SEFSC-387: 178-181.

Meylan, A.B. 1999. Status of the Hawksbill Turtle (*Eretmochelys imbricata*) in the Caribbean Region. Chelonian Conservation and Biology 3(2): 177-184.

Meylan, A.B. and M. Donnelly. 1999. Status justification for listing the hawksbill turtle (Eretmochelys imbricata) as critically endangered on the 1996 IUCN Red List of Threatened Animals. Chelonian Conservation and Biology 3(2):200-204.

Moyer, RP; B Riegl; K Banks; RE Dodge. 2003. Spatial patterns and ecology of benthic communities on a high-latitude South Florida (Broward County, USA) reef system. Coral Reefs (2003) 22: 447–464.

NMFS. 1991. Biological Opinion – Dredge of channels in the southeastern United States from North Carolina through Cape Canaveral, Florida. Signed November 25, 1991.

NMFS_00243

NMFS. 1994. Endangered Species Act - Section 7 Consultation. Concurrence with USEPA determination for Designation of the Miami Harbor ODMDS. F/SEO13:JEB. October 14, 1994.

NMFS. 1995. Endangered Species Act Section 7 Consultation with the U.S. Army Corps of Engineers, South Atlantic Division on Hopper Dredging of Channels and Borrow Areas in the Southeastern U.S. from North Carolina through Florida East Coast. Signed August 25, 1995.

NMFS. 1997. Endangered Species Act Section 7 Consultation with the U.S. Army Corps of Engineers, South Atlantic Division on the Continued Hopper dredging channels and borrow areas in the southeastern United States. Signed September 25, 1997.

NMFS. 2003a. Endangered Species Act Section 7 Consultation with the U.S. Army Corps of Engineers for Dredging of Gulf of Mexico Navigation channels and San Mining "borrow" areas using hopper dredges by COE Galveston, New Orleans, Mobile and Jacksonville Districts. Consultation Number F/SER/2000/01287. Signed November 19, 2003 and revised 2005 and 2007.

NMFS. 2003b. Endangered Species Act - Section 7 Consultation. Concurrence with USACE determination for placement of dredged material in the one-time use ODMDS associated with O&M dredging of Key West Harbor. March 28, 2003.

NMFS. 2004. Endangered Species Act - Section 7 Consultation. Concurrence with USEPA determination for Designation of the Port Everglades and Palm Beach ODMDS. May 24, 2004.

NMFS. 2005. Endangered and Threatened Species; Proposed Threatened Status for Elkhorn Coral and Staghorn Coral. 70 FR 24359. May 9, 2005.

NMFS. 2006. Endangered and Threatened Species; Threatened Status for Elkhorn Coral and Staghorn Coral. 71 FR 26852. May 9, 2006.

NMFS. 2008a. 50 CFR Part 223. Docket No. 070801431–81370–02. Endangered and Threatened Species; Conservation of Threatened Elkhorn and Staghorn Corals. "4D rule". 73 FR 64264.

NMFS. 2008b. 50 CFR Parts 223 and 226. Docket No. 070801431–81370–02 Endangered and Threatened Species; Critical Habitat for Threatened Elkhorn and Staghorn Corals. 73 FR 72210.

NMFS. 2009. Endangered Species Act - Section 7 Consultation Biological Opinion. Dade County Beach Erosion Control Project, Contract "E," located in Dade County, Florida (Consultation Number F/SERl2009/00879). October 24, 2009.

NMFS. 2010. Endangered Species Act - Section 7 Consultation. Concurrence with USEPA determination for the Site Monitoring and Management Plan (SMMP) for the San Juan Harbor Ocean Dredged Material Disposal Site (ODMDS). December 6, 2010.

NMFS_00244

NMFS. 2012. 50 CFR 223. Docket No 0911231415-2625-02. Endangered and Threatened Species. Proposed rule for 88 corals. April 17, 2012.

NMFS. 2014a. 50 CFR 223. Endangered and Threatened Wildlife and Plants: Final Listing Determinations on Proposal to List 66 Reef-Building Coral Species and To Reclassify Elkhorn and Staghorn Corals. 79 FR 53852. September 10, 2014.

NMFS. 2014b. Endangered Species Act - Section 7 Consultation. Biological Opinion for Regional General Permit SAJ-82 (SAJ-2007-1590), Florida Keys, Monroe County, Florida. June 10, 2014. Consultation #SER-2008-2958.

NMFS. 2014c. Endangered Species Act - Section 7 Consultation. Concurrence with USACE determination for ecosystem restoration of Condado Lagoon. October 31, 2014. Consultation #SER-2013-10961.

NMFS. 2016. San Juan Harbor Project, Puerto Rico. Quick Look Video Survey Report of the Benthic Communities of San Juan Bay Adjacent to Navigation Channels. Jose Rivera. NOAA, National Marine Fisheries Service. San Juan, Puerto Rico.

NMFS and USFWS.  1991a. Recovery plan for U.S. populations of loggerhead turtle. National Marine Fisheries Service, Washington, D.C.  64 pp.

NMFS and USFWS.  1991b. Recovery Plan for U.S. Population of Atlantic Green Turtle. National Marine Fisheries Service, Washington, DC.

NMFS and USFWS. 1993. Recovery Plan for Hawksbill Turtles in the U.S. Caribbean Sea, Atlantic Ocean, and Gulf of Mexico.  National Marine Fisheries Service. St. Petersburg, Florida. 58 p

NMFS and USFWS. 2013. Hawksbill sea turtle (*Eretmochelys imbricata*) 5-year review: summary and evaluation. June 2013.

NOAA, 2012. National Summary of NOAA's Shallow-water Benthic Habitat Mapping of U.S. Coral Reef Ecosystems.  NOAA Technical Memorandum NOS-NCCOS-122. August 2012. https://coastalscience.noaa.gov/research/docs/MappingReport_December_6_2012.pdf

Pennekamp, J.G.S., R.J.C. Epskamp, W.F.Rosenbrand, A. Mullié, G.L.Wessel, T. Arts, and I.K. Deibel.  1996. Turbidity Caused by Dredging; Viewed in Perspective. Terra et Aqua – Number 64. September 1996.

Reine, K.J., D. Clarke, C. Dickerson and G. Wikel. 2014. Characterization of Underwater Sounds Produced by Trailing Suction Hopper Dredged During Sand Mining and Pump-out Operations. ERDC Technical Report. ERDC/EL TR-14-3. March 2014.

Reine, K. J., D. G. Clarke, and C. Dickerson. 2012. *Characterization of underwater sounds produced by a hydraulic cutterhead dredge fracturing limestone rock*. DOER Technical Notes Collection. ERDC TN-DOER-E34. Vicksburg, MS: U.S. Army Engineer Research and Development Center. *www.wes.army.mil/el/dots/doer*.

NMFS_00245

Rogers, C.S. 1983. Sublethal and lethal effects of sediments applied to common Caribbean reef corals in the field. Marine Pollution Bulletin. 14:378-382.

Rogers, C.S. 1990. Responses of coral reefs and reef organisms to sedimentation. Marine Ecology Progress Series. 62:185-202.

Seminoff, J.A., C.D. Allen, G.H. Balazs, P.H. Dutton, T. Eguchi, H.L. Haas, S.A. Hargrove, M.P. Jensen, D.L. Klemm, A.M. Lauritsen, S.L. MacPherson, P. Opay, E.E. Possardt, S.L. Pultz, E.E. Seney, K.S. Van Houtan, R.S. Waples. 2015. Status Review of the Green Turtle (Chelonia mydas) Under the U.S. Endangered Species Act. NOAA Technical Memorandum, NOAA NMFS-SWFSC-539. 571pp.

Stabenau, E.K. and K.R. Vietti.  1999.  Physiological effects of short-term submergence of loggerhead sea turtles, *Caretta caretta*, in TED-equipped commercial fishing nets.  Final Report to National Marine Fisheries Service, Pascagoula Laboratory, Pascagoula, Mississippi.

Telesnicki, G. J. and W. M. Goldberg. 1995. "Effects of Turbidity on the Photosynthesis and Respiration of Two South Florida Reef Coral Species." Bulletin of Marine Science 57(2): 527-539.

USACE. 2017. Miami Harbor Phase III, Federal Channel Expansion Project, Permit No 0305721-001-BI.  One-year Post-Construction Impact Assessment for Hardbottom Middle and Outer Reef Benthic Communities at Permanent Sites. April 2017.

USACE. 2015. Miami Harbor Phase III, Federal Channel Expansion Project, Permit No 0305721-001-BI.  Quantitative Post-Construction Analysis for Middle and Outer Reef Benthic Communities.  November 19, 2015.

USACE. 2006a. Biological Assessment for Research and Compilation of Baseline Data for the use of Bed-leveling Devices at Port Canaveral, Brevard County, Florida. March 21, 2006.

USACE. 2006b. Biological Assessment for Research and Compilation of Baseline Data for the use of Bed-leveling Devices at Port Everglades, Broward County, Florida. March 21, 2006.

USACE. 2006c. Biological Assessment for Research and Compilation of Baseline Data for the use of Bed-leveling Devices at Port of Miami, Miami-Dade County, Florida. March 21, 2006.

USACE. 2006d. Biological Assessment for Research and Compilation of Baseline Data for the use of Bed-leveling Devices at Port of Palm Beach, Palm Beach County, Florida. March 21, 2006.

USFWS and NMFS. 1996. Endangered Species Act Final Rulemaking. For Distinct Population Segments. 61 FR 4722. February 7, 1996.

Zimmerman, R., P. M. Yoshioka, V. P. Vicente, J. G. Gonzalez and J. M. López. 1980. Eutrophic Production of Benthic Algae and Power Plant Cooling-Water Intake

NMFS_00246

Clogging in Boca Vieja Bay. Report to the Puerto Rico Electric Power Authority. Center for Energy and Environment Research, Marine Ecology Division, University of Puerto Rico at Mayaguez. 113 pp.

NMFS_00247

Appendix A – Previous Puerto Rico ESA consultations

Condado Lagoon Consultation

EPA ODMDS SMMP Consultation 2000 and 2010

NMFS_00248



**UNITED STATES DEPARTMENT OF COMMERCE**
National Oceanic and Atmospheric Administration
NATIONAL MARINE FISHERIES SERVICE
Southeast Regional Office
263 13th Avenue South
St. Petersburg, Florida 33701-5505
http://sero.nmfs.noaa.gov

F/SER31:LC
SER-2013-10961

OCT 31 2014

Chief, Environmental Branch
Jacksonville District Corps of Engineers
Department of the Army
P.O. Box 4970
Jacksonville, Florida 32232-0019

Ref.: U.S. Army Corps of Engineers, San Juan Harbor Submerged Aquatic Vegetation
Mitigation Project, San Juan, Puerto Rico

Dear Sir or Madam:

This letter responds to the April 22, 2014, letter requesting National Marine Fisheries Service
(NMFS) concurrence with the U.S. Army Corps of Engineers' (USACE) project-effect
determinations submitted pursuant to Section 7 of the Endangered Species Act (ESA) and
supplemental information provided via emails dated July 14, August 6, and August 21, 2014, for
the San Juan Harbor mitigation project. You determined that the project activities may affect,
but are not likely to adversely affect, green sea turtles and elkhorn and staghorn corals. You also
determined that there would be no destruction or adverse modification of coral critical habitat
and no effect to any other ESA-listed species under NMFS's purview. NMFS's findings on the
project's potential effects are based on the project description in this response. Any changes to
the proposed actions may negate the findings of this consultation and may require reinitiation of
consultation with NMFS.

The San Juan Harbor project impacted seagrass in the area of the Puerto Nuevo Channel when
the federal channel was dredged. The original mitigation plan for the federal navigation project
contemplated the expansion of an existing seagrass-colonized shoal in the same area (Figure 1).
This plan has now been changed to backfill 4 acres of previously-dredged holes in Condado
Lagoon, San Juan, Puerto Rico, to provide habitat for seagrass (approximate position 18.4301°N,
66.1104°W, North American Datum of 1983 [NAD83], Figure 2). The fill material will be taken
from the Esperanza Ecosystem Restoration area in the San Juan Bay, Cataño, Puerto Rico
(approximate position 18.4301°N, 66.1104°W, NAD83, Figure 3). These borrow sites are
entrances to La Esperanza Ecosystem Restoration Project that have recently shoaled and fall
largely within the impact footprint of that project. Opening of the shoals is needed to restore
flow and circulation in the area. The material is sand in the area of the shoals. Note that the
alternative borrow site in the San Antonio Channel (approximate position 18.4301°N,
66.1104°W, NAD83, Figure 3) is no longer a proposed source of fill material because testing
indicated that the material is largely silt and would not be suitable for the intended use.

The USACE selected the placement of fill in 4 acres of Condado Lagoon as the preferred
alternative to the previously-proposed mitigation due to USACE's engineering concerns related



NMFS_00249

to the ability to hold sediment in place to raise the elevation of the original mitigation site adjacent to Puerto Nuevo Channel to a level sufficient to provide habitat for seagrass. In addition, the cost of the previously proposed mitigation exceeds the funds the USACE has been able to obtain for the project. Despite the completion of the federal navigation project, the mitigation has been delayed for over 10 years. As a result, the USACE selected the Condado Lagoon site as the preferred alternative because the plan to fill the dredged pits in the lagoon is part of the *Comprehensive Conservation and Management Plan for the San Juan Bay Estuary* (see http://www.estuario.org/ index.php/ccmp-english).



Figure 1. Figure from Draft Environmental Assessment (DEA) prepared for the project showing the originally proposed seagrass mitigation site along the Puerto Nuevo Channel (USACE 2014)

The project will require the dredging and transport of approximately 50,000 cubic yards ($yd^3$) of material from the borrow site or sites to the lagoon. The USACE is proposing the use of a barge-mounted mechanical dredge, such as a clamshell dredge, or a hydraulic dredge. The barge would then transport the material to the easternmost portion of the San Antonio Channel where it would be pumped through a 12-inch-diameter pipeline to the dredged pit in the lagoon. The pipeline will be submerged due to recreational activity in the area and related safety concerns. This could result in impacts to the seagrass beds at the easternmost end of the San Antonio Channel and in the Condado Lagoon, but the USACE anticipates that these impacts would be temporary and that seagrass would recover naturally due to the small size of the pipeline and the short time line for project completion. The USACE anticipates that 500-5,000 $yd^3$ of material will be dredged each

NMFS_00250

day. This will translate to between 30-120 days of dredging and fill placement in Condado Lagoon unless there are weather or equipment failure delays that would increase the time needed to complete the work.



Figure 2. Figure from DEA showing the proposed location of the dredged pit that will be filled under the new mitigation plan (USACE 2014)

The USACE will include the following requirements for protection of ESA-listed species as special conditions of the contract for completion of the work:

1. Compliance with the National Marine Fisheries Service's (NMFS) *Sea Turtle and Smalltooth Sawfish Construction Conditions* (dated March 23, 2006, enclosed).
2. Compliance with NMFS's *Vessel Strike Avoidance Measures and Reporting for Mariners* (revised February 2008, enclosed).
3. Compliance with Section 401 requirements of the Clean Water Act related to turbidity controls, including required monitoring of turbidity in the lagoon where dredged material will be deposited.

NMFS_00251



Figure 3. Figure from DEA showing the locations of the borrow sites (the alternative borrow source in San Antonio Channel is no longer proposed) and fill area in the lagoon (USACE 2014)

ESA-listed species under our purview that may occur in the area include green (*Chelonia mydas*) and hawksbill (*Eretmochelys imbricata*) sea turtles. Hawksbill and green sea turtles are reported in various portions of San Juan Bay by the Puerto Rico Department of Natural and Environmental Resources, based on information provided as part of previous ESA Section 7 consultations for the project area. In addition, hawksbill sea turtles are known to nest on the beach to the northeast of the proposed fill location, in the area adjacent to the Condado Plaza Hotel in Condado Lagoon. The USACE project-effects analysis did not consider the potential impacts to hawksbill sea turtles from the proposed action, but we consider them in this response because they are present in the action area.

*Dredging and Sedimentation Effects on Corals and Critical Habitat*
The project is located within ESA-designated *Acropora* coral critical habitat and areas containing the essential features of coral critical habitat[1] are present at the mouth of Condado Lagoon. ESA-listed elkhorn (*Acropora palmata*) and staghorn (*Acropora cervicornis)* coral colonies have not been reported inside the lagoon, but are present on nearshore hard bottom areas outside the mouth of the lagoon and along portions of the north coast in this area, based on information in our files. On September 10, 2014, we issued a final rule listing 5 Atlantic coral species as

---

[1]The essential feature of critical habitat for listed corals is substrate of suitable quality and availability, in water depths from the mean high water line to 30 m, to support successful larval settlement, recruitment, and reattachment of fragments. Substrate of suitable quality and availability means consolidated hard bottom or dead coral skeletons free from fleshy macroalgae and sediment cover.

NMFS_00252

threatened: lobed star (*Orbicella* [formerly *Montastraea*] *annularis*), mountainous star (*Orbicella faveolata*), boulder star (*Orbicella franks*i), pillar (*Dendrogyra cylindris*), and rough cactus corals (*Mycetophyllia ferox*). These 5 recently listed coral species have not been reported inside the lagoon, based on a review of our project files. The USACE did not provide any information regarding the presence of ESA-listed corals or their critical habitat in the area of the borrow sites or fill site because they have not conducted benthic surveys for this project. However, a review of our project files, including benthic surveys from other projects, indicates that the dredged pits where fill will be placed are uncolonized though there are some areas with mangroves and seagrass in shallow waters outside the pits. Fill placement will take place further into the lagoon where circulation is poor, according to information provided by the USACE. The fill material will be mainly sand, which is heavier (than silt) and settles quickly to the bottom versus drifting long distances in the water column. The USACE will require water quality monitoring and compliance with turbidity standards during fill placement to ensure that areas outside the dredged pit are not affected by the re-suspension of material as fill material is deposited in the pit. Therefore, we do not anticipate impacts to areas at the mouth of the lagoon containing coral critical habitat or to ESA-listed corals from the proposed placement of fill in the dredged pit.

Information in our project files indicates that hard corals may be present on the bridge piles between the San Antonio Channel and the Condado Lagoon, but we do not have reports of ESA-listed coral colonies being present in these areas. Based on information in our project files, the area does not contain the essential feature for staghorn and elkhorn coral critical habitat as the marine bottom is sand with seagrass. The pipeline used to pump dredged sediments to the fill site will pass through this area, but it will be anchored on the sea bottom so that it does not shift during the course of the project. We do not have any information indicating that ESA-listed corals or their critical habitat are present in the area of La Esperanza where the borrow sites are located. Although many of these areas were altered as part of the ecosystem restoration project, the USACE reported no coral impacts. In addition, the peninsula was created using dredge spoil material consisting of sand and shells from dredging of the San Juan Harbor several decades ago. This indicates that corals and the essential feature of elkhorn and staghorn coral critical habitat are not present in the area where dredging will take place. Based on prior experience during the original La Esperanza restoration project, the USACE also expressed 2 expectations for the current project: (1) as the dredged material is sand with low silt content, dredging activities will not result in increases in background turbidity; (2) although naturally high due to the high-energy environment, they do not expect suspended sediment levels to increase. For the reasons stated above, we do not anticipate impacts to coral critical habitat or ESA-listed corals from the proposed dredging of the borrow areas. The USACE will require a benthic survey for the route prior to any installation of the pipeline. The survey results will be shared with NMFS in the event hard corals are found in order to cooperatively select the best route to avoid coral impacts.

## Risk of Vessel Strikes and Dredging Impacts to Sea Turtles

Hawksbill and green sea turtles have been reported in waters of San Juan Bay. Hawksbill and green sea turtles may also be present in Condado Lagoon and hawksbills are known to nest on the beach near the lagoon mouth. There is refuge and foraging habitat in Condado Lagoon, particularly in the area between the Dos Hermanos Bridge and the Condado Hilton where dense seagrass beds occur. There is also colonized hard bottom in this area, toward the sea portion of the lagoon. In the San Juan Bay, there is no nesting habitat, but there are areas containing

5

estuarine habitat; particularly mangroves and some seagrass beds in the eastern portion of the San Antonio Channel. There may be a risk of sea turtles being struck by work vessels transiting to and from the borrow sites, particularly in the area of La Esperanza and the point in the San Antonio Channel where the dredging pipeline will be located. Dredging will be done using a barge-mounted dredge such as a clamshell or hydraulic dredge from the San Juan Bay side of the peninsula (see Figure 3). Dredging will take place only in one or both of the shoaled areas at the openings of La Esperanza peninsula into the San Juan Bay. No sea turtles have been reported inside the peninsula, likely because the area is characterized by shallow waters and soft, uncolonized bottom. Also, it is presumed that if a sea turtle were in the action area, undetected, when dredging commenced, it would leave the area of its own volition, as there are no physical impediments to prevent it from leaving. No barriers are proposed around the area to be dredged that would interfere with the movement of sea turtles away from the dredge. The use of a clamshell or hydraulic dredge enables sea turtles to move away from the area being dredged because of the slow movement of these types of dredges[2]. The USACE will require that NMFS's *Vessel Strike Avoidance Measures and Reporting for Mariners* be implemented during all vessel transit associated with the project, including that of the dredge barge. Thus we believe that the risk of vessel strikes from work vessel transits will be discountable. We also believe the risk of dredging equipment impacts to sea turtles will be discountable. Required compliance with NMFS's *Sea Turtle and Smalltooth Sawfish Construction Conditions* will provide additional protection by requiring work to stop if a sea turtle is seen within 50 ft of operating machinery.

*Construction Turbidity Effects on Sea Turtle Foraging Habitat*
During the dredging of borrow areas to provide fill material, sediments could be re-suspended and transported to the few areas within the San Juan Bay containing seagrass beds and estuarine habitat potentially used by sea turtles, resulting in indirect adverse effects to the species. A report prepared for the USACE as part of the mitigation planning for the past federal navigation project in San Juan Bay indicates that there are few areas in the bay where seagrasses occur, likely due to the highly turbid nature of deeper water areas within the bay associated with port activities.[3] It is likely that any sediment re-suspension and transport resulting from the proposed dredging would not be distinguishable from turbidity and suspended sediments already in the water column due to port activities. In the Condado Lagoon, the USACE anticipates that the material placed in the dredged pit will remain there because the lagoon is not a high-energy environment. If any fine sediments are re-suspended during periods of high winds, the USACE anticipates that they will be contained within the larger dredged pit as the area is composed of a series of depressions created by the dredging activities in the 1950s. In addition, the USACE is proposing the use of sandy material rather than any material with large amounts of organics or fine-grain particles. The USACE believes that the small volume of sandy material, 500-5,000 yd$^3$ (compared to the total area of the dredged pits in this portion of the lagoon), deposited daily for up to 120 days in the fill site within the lagoon is unlikely to cause dispersion of sediment or displacement of anoxic water into shallower areas. The USACE will comply with the Puerto

---

[2] U.S. Army Engineer Waterways Experiment Station. 1990. Environmental Effects of Dredging. Technical Note EEDP-09-6. 14 pp.
[3] Dial Cordy and Associates, Inc. 2003. San Juan Harbor Mitigation Baseline Survey and Conceptual Design. Prepared for the U.S. Army Corps of Engineers Jacksonville District. Dial Cordy and Associates, Inc., Jacksonville Beach, FL. 14 pp.

NMFS_00254

Rico Water Quality Standards related to turbidity monitoring as required by the Clean Water Act. The finished elevations of the fill area will also be surveyed to ensure that depth specifications were met. Therefore, we believe that construction turbidity effects to potential sea turtle foraging habitat are discountable.

Because the overall goal of the project is to provide sufficient elevation to enable seagrass to naturally recolonize the filled area, thus beginning the re-establishment of seagrass in the areas of the lagoon that were impacted by historic dredging activities. Given this objective, we recommend that the USACE require periodic monitoring of the filled area to determine whether seagrass colonization occurs. If monitoring indicates that no colonization has occurred after 6 months, then the USACE should propose an alternate mitigation to compensate for the loss of 1.2 acres of seagrass that may serve as foraging habitat for green sea turtles due to the federal navigation project completed in the area of the Puerto Nuevo Channel.

Finally, we concur with USACE's determination that the proposed action may affect, but is not likely to adversely affect, green sea turtles. We have also determined that the project may affect, but is not likely to adversely affect, hawksbill sea turtles. The action will have no effect on ESA-listed corals. We also conclude the action will have no effect on coral critical habitat. This concludes your consultation responsibilities under the ESA for species under NMFS's purview. Be advised that a new consultation must be initiated if a take occurs or new information reveals effects of the action not previously considered, or the identified action is subsequently modified in a manner that causes an effect to listed species or critical habitat in a manner or to an extent not previously considered, or if a new species is listed or critical habitat designated that may be affected by the identified action.

We have enclosed additional relevant information for your review. We look forward to further cooperation with you on other projects to ensure the conservation of our threatened and endangered marine species and designated critical habitat. If you have any questions regarding this consultation, please contact Dr. Lisamarie Carrubba, Consultation Biologist, at (787) 851-3700, or by email at Lisamarie.Carrubba@noaa.gov.

Sincerely,

Roy E. Crabtree, Ph.D.
Regional Administrator

Enc.:   1. *Sea Turtle and Small Tooth Sawfish Construction Conditions*
(Revised March 23, 2006)
2. *Vessel Strike Avoidance Measures and Reporting for Mariners*
(Revised February 2008)
3. *PCTS Access and Additional Considerations for ESA Section 7 Consultations*
(Revised June 11, 2013)

NMFS_00255

cc:    USACE – Kenneth Dugger
        F/SER4 – José Rivera, Pace Wilber

File:  1514.22.F.9

NMFS_00256

**SEA TURTLE AND SMALLTOOTH SAWFISH CONSTRUCTION CONDITIONS**

The permittee shall comply with the following protected species construction conditions:

a.   The permittee shall instruct all personnel associated with the project of the potential presence of these species and the need to avoid collisions with sea turtles and smalltooth sawfish. All construction personnel are responsible for observing water-related activities for the presence of these species.

b.   The permittee shall advise all construction personnel that there are civil and criminal penalties for harming, harassing, or killing sea turtles or smalltooth sawfish, which are protected under the Endangered Species Act of 1973.

c.   Siltation barriers shall be made of material in which a sea turtle or smalltooth sawfish cannot become entangled, be properly secured, and be regularly monitored to avoid protected species entrapment. Barriers may not block sea turtle or smalltooth sawfish entry to or exit from designated critical habitat without prior agreement from the National Marine Fisheries Service's Protected Resources Division, St. Petersburg, Florida.

d.   All vessels associated with the construction project shall operate at "no wake/idle" speeds at all times while in the construction area and while in water depths where the draft of the vessel provides less than a four-foot clearance from the bottom. All vessels will preferentially follow deep-water routes (e.g., marked channels) whenever possible.

e.   If a sea turtle or smalltooth sawfish is seen within 100 yards of the active daily construction/dredging operation or vessel movement, all appropriate precautions shall be implemented to ensure its protection. These precautions shall include cessation of operation of any moving equipment closer than 50 feet of a sea turtle or smalltooth sawfish. Operation of any mechanical construction equipment shall cease immediately if a sea turtle or smalltooth sawfish is seen within a 50-ft radius of the equipment. Activities may not resume until the protected species has departed the project area of its own volition.

f.   Any collision with and/or injury to a sea turtle or smalltooth sawfish shall be reported immediately to the National Marine Fisheries Service's Protected Resources Division (727-824-5312) and the local authorized sea turtle stranding/rescue organization.

g.   Any special construction conditions, required of your specific project, outside these general conditions, if applicable, will be addressed in the primary consultation.

Revised: March 23, 2006



**Vessel Strike Avoidance Measures
and Reporting for Mariners
NOAA Fisheries Service, Southeast Region**

**Background**

The National Marine Fisheries Service (NMFS) has determined that collisions with vessels can injure or kill protected species (e.g., endangered and threatened species, and marine mammals). The following standard measures should be implemented to reduce the risk associated with vessel strikes or disturbance of these protected species to discountable levels. NMFS should be contacted to identify any additional conservation and recovery issues of concern, and to assist in the development of measures that may be necessary.

**Protected Species Identification Training**

Vessel crews should use an Atlantic and Gulf of Mexico reference guide that helps identify protected species that might be encountered in U.S. waters of the Atlantic Ocean, including the Caribbean Sea, and Gulf of Mexico. Additional training should be provided regarding information and resources available regarding federal laws and regulations for protected species, ship strike information, critical habitat, migratory routes and seasonal abundance, and recent sightings of protected species.

**Vessel Strike Avoidance**

In order to avoid causing injury or death to marine mammals and sea turtles the following measures should be taken when consistent with safe navigation:

1. Vessel operators and crews shall maintain a vigilant watch for marine mammals and sea turtles to avoid striking sighted protected species.

2. When whales are sighted, maintain a distance of 100 yards or greater between the whale and the vessel.

3. When sea turtles or small cetaceans are sighted, attempt to maintain a distance of 50 yards or greater between the animal and the vessel whenever possible.

4. When small cetaceans are sighted while a vessel is underway (e.g., bow-riding), attempt to remain parallel to the animal's course. Avoid excessive speed or abrupt changes in direction until the cetacean has left the area.

5. Reduce vessel speed to 10 knots or less when mother/calf pairs, groups, or large assemblages of cetaceans are observed near an underway vessel, when safety permits. A single cetacean at the surface may indicate the presence of submerged animals in the vicinity; therefore, prudent precautionary measures should always be exercised. The vessel shall attempt to route around the animals, maintaining a minimum distance of 100 yards whenever possible.

NMFS Southeast Region Vessel Strike Avoidance Measures and Reporting for Mariners; revised February 2008.

NMFS_00258

6. Whales may surface in unpredictable locations or approach slowly moving vessels. When an animal is sighted in the vessel's path or in close proximity to a moving vessel and when safety permits, reduce speed and shift the engine to neutral. Do not engage the engines until the animals are clear of the area.

**Additional Requirements for the North Atlantic Right Whale**

1. If a sighted whale is believed to be a North Atlantic right whale, federal regulation requires a minimum distance of 500 yards be maintained from the animal (50 CFR 224.103 (c)).

2. Vessels entering North Atlantic right whale critical habitat are required to report into the Mandatory Ship Reporting System.

3. Mariners shall check with various communication media for general information regarding avoiding ship strikes and specific information regarding North Atlantic right whale sighting locations. These include NOAA weather radio, U.S. Coast Guard NAVTEX broadcasts, and Notices to Mariners. Commercial mariners calling on United States ports should view the most recent version of the NOAA/USCG produced training CD entitled "A Prudent Mariner's Guide to Right Whale Protection" (contact the NMFS Southeast Region, Protected Resources Division for more information regarding the CD).

4. Injured, dead, or entangled right whales should be immediately reported to the U.S. Coast Guard via VHF Channel 16.

**Injured or Dead Protected Species Reporting**

Vessel crews shall report sightings of any injured or dead protected species immediately, regardless of whether the injury or death is caused by your vessel.

Report marine mammals to the Southeast U.S. Stranding Hotline: 877-433-8299
Report sea turtles to the NMFS Southeast Regional Office: 727-824-5312

If the injury or death of a marine mammal was caused by a collision with your vessel, responsible parties shall remain available to assist the respective salvage and stranding network as needed. NMFS' Southeast Regional Office shall be immediately notified of the strike by email (takereport.nmfsser@noaa.gov) using the attached vessel strike reporting form.

**For additional information, please contact the Protected Resources Division at:**

NOAA Fisheries Service
Southeast Regional Office
263 13th Avenue South
St. Petersburg, FL 33701
Tel: (727) 824-5312
Visit us on the web at http://sero.nmfs.noaa.gov

NMFS Southeast Region Vessel Strike Avoidance Measures and Reporting for Mariners; revised February 2008.

## PCTS Access and Additional Considerations for ESA Section 7 Consultations
## (Revised 6-11-2013)

<u>Public Consultation Tracking System (PCTS) Guidance</u>: PCTS is a Web-based query system at **https://pcts.nmfs.noaa.gov/** that allows all federal agencies (e.g., U.S. Army Corps of Engineers - USACE), project managers, permit applicants, consultants, and the general public to find the current status of NMFS's Endangered Species Act (ESA) and Essential Fish Habitat (EFH) consultations which are being conducted (or have been completed) pursuant to ESA Section 7 and the Magnuson-Stevens Fishery Conservation and Management Act's (MSA) Sections 305(b)2 and 305(b)(4). Basic information including access to documents is available to all.

The PCTS Home Page is shown below. For USACE-permitted projects, the easiest and quickest way to look up a project's status, or review completed ESA/EFH consultations, is to click on either the "Corps Permit Query" link (top left); or, below it, click the "Find the status of a consultation based on the Corps Permit number" link in the golden "I Want To…" window.



Then, from the "Corps District Office" list pick the appropriate USACE district. In the "Corps Permit #" box, type in the 9-digit USACE permit number identifier, with no hyphens or letters. Simply enter the year and the permit number, joined together, using preceding zeros if necessary <u>after</u> the year to obtain the necessary 9-digit (no more, no less) number. For example, the USACE Jacksonville District's issued permit number SAJ-2013-0235 (LP-CMW) must be typed in as 201300235 for PCTS to run a proper search and provide complete and accurate results. For querying permit applications submitted for ESA/EFH consultation by other USACE districts, the procedure is the same. For example, an inquiry on Mobile District's permit MVN201301412 is entered as 201301412 after selecting the Mobile District from the "Corps District Office" list. PCTS questions should be directed to Eric Hawk at Eric.Hawk@noaa.gov or (727) 551-5773.

EFH Recommendations:  In addition to its protected species/critical habitat consultation requirements with NMFS' Protected Resources Division pursuant to Section 7 of the ESA, prior to proceeding with the proposed action the action agency must also consult with NMFS' Habitat Conservation Division (HCD) pursuant to the MSA requirements for EFH consultation (16 U.S.C. 1855 (b)(2) and 50 CFR 600.905-.930, subpart K).  The action agency should also ensure that the applicant understands the ESA and EFH processes; that ESA and EFH consultations are separate, distinct, and guided by different statutes, goals, and time lines for responding to the action agency; and that the action agency will (and the applicant may) receive separate consultation correspondence on NMFS letterhead from HCD regarding their concerns and/or finalizing EFH consultation.

Marine Mammal Protection Act (MMPA) Recommendations:  The ESA Section 7 process does not authorize incidental takes of listed or non-listed marine mammals.  If such takes may occur an incidental take authorization under MMPA Section 101 (a)(5) is necessary.  Please contact NMFS' Permits, Conservation, and Education Division at (301) 713-2322 for more information regarding MMPA permitting procedures.



REPLY TO
ATTENTION OF

**DEPARTMENT OF THE ARMY**
JACKSONVILLE DISTRICT CORPS OF ENGINEERS
P.O. BOX 4970
JACKSONVILLE, FLORIDA 32232-0019

Planning Division
Environmental Branch

JUN 0 9 2010

Mr. Miles Croom
Assistant Regional Administrator
U.S. National Marine Fisheries Service
Southeast Regional Office
263 13th Avenue South
St. Petersburg, Florida  33701

Dear Mr. Croom:

The U.S. Army Corps of Engineers (Corps), Jacksonville District and the Environmental Protection Agency Region 2 (EPA-R2) have prepared the 2010 Final Draft-Site Management and Monitoring Plan (SMMP) for the San Juan Harbor Puerto Rico Dredged Material Disposal Site (SJS) in accordance with Section 102 and Section 103 of the Marine Protection, Research, and Sanctuary Act of 1972 (MPRSA).

The purpose of this SMMP is to assure that each dredged material site is monitored and managed to minimize adverse effects on all aspects of the natural and human environment, including commercially and recreationally important fish species, threatened and endangered species, water quality and other environmental parameters of concern to local and Federal agencies.  The specific sampling and monitoring measures outlined in the Plan aim to substantiate that the use of the SJS does not result in environmental degradation at the site or in the surrounding environment.  Only contaminant-free, marine dredged material is eligible for disposal at an offshore site, according to the provisions of joint EPA/Corps regulations, and in accordance with the MPRSA.

The Corps is required to determine any impacts that might be caused by the work on any Federally listed endangered or threatened species and their critical habitat. Under the requirements of the Magnuson-Stevens Fishery Conservation and Management Act (MSFCMA), the Corps has determined the work as currently envisioned will not adversely affect marine resources or their critical habitats identified by the National Marine Fisheries Service (NMFS) (see parts 7.3 and 7.4 of the SMMP).  By means of this letter, the Corps requests your concurrence with this determination.

-2-

If you have any questions or need additional information, please contact Ivan Acosta, Chief of the Special Projects Section by telephone at (904) 232-1693 or by e-mail at Ivan.Acosta@usace.army.mil or contact Javier Cortes, Environmental Engineer by telephone at (904) 232-1896 or by e-mail at Javier.Cortes@usace.army.mil.

Sincerely,

Eric P. Summa
Chief, Environmental Branch

Enclosure

Copies Furnished:

Mark Reiss, EPA
David Hobbie, CESAJ-DP
Ivan Acosta, CESAJ-PD-EP
Javier Cortes, CESAJ-PD-EP

NMFS_00263



**DEPARTMENT OF THE ARMY**
JACKSONVILLE DISTRICT CORPS OF ENGINEERS
P.O. BOX 4970
JACKSONVILLE, FLORIDA 32232-0019

REPLY TO
ATTENTION OF

Planning Division
Environmental Branch

JUN 0 9 2010

Dr. Lisamarie Carrubba
U.S. National Marine Fisheries Service
Habitat Conservation Division
P.O. Box 1310
Boquerón, Puerto Rico  00622

Dear Dr. Carrubba:

   The U.S. Army Corps of Engineers (Corps), Jacksonville District and the Environmental
Protection Agency Region 2 (EPA-R2) have prepared the 2010 Final Draft Site Management and
Monitoring Plan (SMMP) for the San Juan Harbor Puerto Rico Dredged Material Disposal Site
(SJS) in accordance with Section 102 and Section 103 of the Marine Protection, Research, and
Sanctuary Act of 1972 (MPRSA).

   The purpose of this SMMP is to assure that each dredged material site is monitored and
managed to minimize adverse effects on all aspects of the natural and human environment,
including commercially and recreationally important fish species, threatened and endangered
species, water quality and other environmental parameters of concern to local and Federal
agencies. The specific sampling and monitoring measures outlined in the Plan aim to
substantiate that the use of the SJS does not result in environmental degradation at the site or in
the surrounding environment. Only contaminant-free, marine dredged material is eligible for
disposal at an offshore site, according to the provisions of joint EPA/Corps regulations, and in
accordance with the MPRSA.

   The Corps is required to determine any impacts that might be caused by the work on any
Federally listed endangered or threatened species as required under Section 7 of the Endangered
Species Act (ESA), and to take action to avoid such adverse effects. Although some marine
mammals and sensitive species have been identified within and around the perspective disposal
area, these only appear to range the SJS while in transit to other areas.

   Under the requirements of the Section 7 ESA and the Magnuson-Stevens Fishery
Conservation and Management Act (MSFCMA), the Corps has determined the work as currently
envisioned will not adversely affect any Federally or locally listed endangered or threatened
species, or their critical habitats or any significant essential fish habitat (see parts 7.3 and 7.4 of
the SMMP). By means of this letter, the Corps requests your concurrence with this
determination.

-2-

If you have any questions or need additional information, please contact Ivan Acosta, Chief of the Special Projects Section by telephone at (904) 232-1693 or by e-mail at Ivan.Acosta@usace.army.mil or contact Javier Cortes, Environmental Engineer by telephone at (904) 232-1896 or by e-mail at Javier.Cortes@usace.army.mil.

Sincerely,

Eric P. Summa
Chief, Environmental Branch

Enclosure

Copies Furnished:

Mark Reiss, EPA
David Hobbie, CESAJ-DP
Ivan Acosta, CESAJ-PD-EP
Javier Cortes, CESAJ-PD-EP

NMFS_00265



# United States Department of the Interior

## FISH AND WILDLIFE SERVICE
Boqueron Field Office
Carr. 301. KM 5.1. Bo. Corozo
P.O. Box 491
Boqueron. PR 00622

JUL 0 7 2010

Mr. Sindulfo Castillo
Chief Antilles Regulatory Section
U.S. Army Corps of Engineers
400 Fernández Juncos Avenue
San Juan. Puerto Rico 00901-3299

Re:   San Juan Harbor, Puerto Rico<br>Dredged Material Disposal Site

Dear Mr. Castillo:

Thank you for your letter dated June 9, 2010 requesting comments regarding the above referenced project. Our comments are provided as technical assistance under the Endangered Species Act (87 Stat. 884, as amended; 16 United States Code 1531 et seq.) and the Fish and Wildlife Coordination Act (48 Stat. 401, as amended; 16 U.S.C. 661 et seq.). Please refer to project identification number **FWS-72127-011** in any further correspondence.

The US Army Corps of Engineers (Corps) and the US Environmental Protection Agency (EPA) have submitted the final draft of the *Site Management and Monitoring Plan* (SMMP) *for the San Juan Harbor Puerto Rico Dredged Material Disposal Site* (SJS). In March 1988. the SJS was designated as a Final Ocean Dredged Material Disposal Site to receive materials from the San Juan Harbor area and the final SMMP was adopted on January 5, 2000. The Marine Protection. Research, and Sanctuaries Act of 1972 (MPRSA 102 (c)(3)(F)) requires that the SMMP be reviewed and revised no less frequently than 10 years after adoption of the plan. and every 10 years thereafter.

The SJS has an area of approximately 1 square nautical mile located approximately 2.2 nautical miles north-northwest of the entrance to San Juan Harbor. The only source of material that is expected to be placed at the site during the projected period is dredged material resulting from maintenance of navigable depths in San Juan Harbor and dredged material resulting from construction and maintenance of the Río Puerto Nuevo Flood Control Project. There are no proposed limitations on the quantity of material that may be placed at the site.

We do not agree with Section 7.3 of the SMMP which specifies that the SJS does not encompass any known breeding. feeding. or nursery areas of marine mammal. sea turtles or birds. The San Juan Bay harbors suitable habitat for the endangered Antillean manatee (*Trichechus manatus manatus*). Please be aware that from August 16 to August 18. 2006. four males and one female adult Antillean manatees were found dead in the San

Mr. Castillo                                                                                    2

Juan Bay area. The cause of death for these animals was determined to be human related due to a large boat impact. Dead manatees showed signs of blunt trauma and large boat propeller scars. When a single female is associated to a group of males, they are forming a mating herd and the manatees are extremely active and thus visible. This event, although unfortunate, serves as evidence that manatees do use the San Juan Bay area for breeding behaviors. This accident may have been prevented by following idle speed zones within the San Juan Bay and/or by having an observer on board while transiting in that area.

We concur with Section 9.3 of the SMMP which specifies that impacts to sensitive species (e.g. marine mammals, sea turtles, brown pelicans) will be avoided or minimized through the use of on board observers and that disposal would not be allowed to occur in the presence of such species. Dredging should also not be allowed to occur in the presence of sensitive species. Please review attached manatee conservation measures for in-water projects. The attached conservation measures should be implemented during the operation of the project to minimize possible adverse effects to manatees, sea turtles and the brown pelican.

If any marine mammal, sea turtle, brown pelican or other wildlife are injured or found dead at any time, please contact the nearest Department of Natural and Environmental Resources Law Enforcement Office (787-724-5700) or the Marine Mammal Rescue Program at 787-833-2025, 787-538-4684 or 787-645-5593.

Based on the above, we concur with the determination that the proposed activities are not likely to affect the Antillean manatee. Should additional information on listed or proposed species become available, this determination may be reconsidered.

Thank you for the opportunity to comment on this project. If you have any questions or require additional information, please contact Jan Zegarra at 787-851-7297 extension 220. You may also visit our website http://www.fws.gov/caribbeann/ES for additional information on threatened and endangered species under jurisdiction.

                                        Sincerely yours,

                                        Edwin E. Muñiz
                                        Field Supervisor
                                        Caribbean Field Office

jpz

cc
EPA, San Juan
EQB, San Juan

US Fish & Wildlife Service, Caribbean Ecological Services Field Office
Revised April 2010

## Technical Assistance to Evaluate Effects on Manatees

The Service considers shallow coastal areas, bays, estuaries and mangrove lagoon ecosystems as important for the conservation of the Antillean manatee because these areas contain all the natural elements preferred by manatees: abundant sea grass relatively calm waters, sheltered spots, and freshwater sources, as well as a relatively low number of boats within the bay. Actions proposed for these areas should be carefully examined, to ensure that elements required by this species are not compromised.

To evaluate the potential effect of proposed action on manatees, we need the applicants to address the following issues:

1. Type and amount of watercraft associated to the project

2. Amount of boat facilities (e.g. ramps, piers, dry-stacks, buoys, among others)

3. Amount of habitat to be affected (e.g. acres of sea grasses)

4. Provisions / restrictions to be taken to prevent collisions with manatees (e.g. delineation of an entrance channel, marking buoys, navigation aids, among others).

5. Outreach efforts to be implemented concerning boat operation. One of the main components of a successful operation of facilities that implement mechanisms to safeguard threatened and endangered species is a comprehensive outreach program that clearly indicates to the public 1) the actions that the facility is undertaking to protect such species (including assurances on the implementation of protection measures), and 2) the activities that the public should take to minimize or prevent impacts to sensitive species and their habitats. Guidelines for safe operation of watercrafts should be included as part of the outreach/education component of the proposed project (example attached below).

6. Any other site-specific conservation measure applicable for the project.


## Example of Conservation Measures for In-Water Projects (including dredging activities)

The following manatee conservation measures are recommended:

1. The contractor instructs all personnel associated with construction of the facility of the presence of manatees and the need to avoid collisions with manatees.

2. All construction personnel will be advised that there are civil and criminal penalties for harming, harassing, or killing manatees, which are protected under the Endangered Species Act of 1973 and the Marine Mammal Protection Act of 1972. The permittee and/or contractor will be held responsible for any manatee harmed, harassed, or killed as a result of construction of the project.

3. Siltation barriers will be made of material in which manatee cannot become entangled, are properly secured, and are regularly monitored to avoid manatee entrapment. Barriers must not block manatee entry to or exit from essential habitat.

4. All vessels associated with the project construction will operate at "no-wake/idel" speed at all times while in water where the draft of the vessel provides less than a 4-foot clearance from the bottom and that vessel will follow routes of deep water whenever possible.

5. If manatees are seen within 100 yards of the dredging area, all appropriate precautions shall be implemented to ensure protection of the manatees. These precautions shall include operating all equipment in such a manner that moving equipment does not come any closer than 50 meters of any manatee. Operation of any equipment closer than 50 meters to a manatee shall necessitate immediate shutdown of that equipment.

6. Any collision with and/or injury to a manatee shall be reported immediately to the Department of Natural and Environmental Resources law enforcement (787-724-5700) and the U.S. Fish and Wildlife Service, Caribbean Field Office (787-851-7297).

7. Temporary manatee awareness construction signs/buoys labeled "Manatee Habitat – Idle Speed In Construction Area" shall be installed and maintained in prominent locations within the construction area prior to initiation of construction. Temporary signs will be removed by the permitted upon completion of construction.

8. The contractor shall keep a log detailing sightings, collisions, or injury to manatees, which have occurred during the contract period. Following project completion, a report summarizing the above incidents and sightings will be submitted to the U.S. Fish and Wildlife Service, Caribbean Field Office, P.O. Box 491, Boquerón, Puerto Rico 00622.

9. Permanent bilingual manatee awareness signs (6) shall be installed and maintained at docking and launching facilities within 1 year of issuance of the permit. The location of the "Caution Manatee Area" sign and "Information Display" sign will be noted on the attached permit drawings. The permanent "Caution Manatee Area" sign will be three feet by four feet, 125 gauge 61TS aluminum, covered with white, engineer grade, reflective sheeting; black painted lettering; black screened design; and orange, engineer grade, reflective grade border. Sign installation specifications and permanent awareness sign criteria are attached to this permit.

10. A notarized verification letter stating that permanent signs have been installed at designated locations shall be forwarded to the Corps of Engineers, Antilles Regulatory Section, as soon as they are installed. Signs and pilings remain the responsibility of the owner(s) and are to be maintained for the life of the life of the docking and launching facility in a manner acceptable to the Corps of Engineers.

11. A permanent bilingual "Information Display" (consisting of two signs, "Manatee Basic for Boaters" and Antillean Manatee Fact Sheet") will be installed prior to mooring occupancy at a prominent location to increase the awareness of boaters using the facility of boats to these animals. The numbers of information Displays required will depend on the docking facility design. One Information Display is required at each boat ramp or travel lift (if applicable). Information Display locations will be as shown on the attached drawings. Information Displays remain the responsibility of the owner(s) and are to be

3. PERMANENT INFORMATION SIGNS These should indicate the following:

GUíA PARA LA PROTECCION Y CONSERVACION DEL MANATí
*(MANATEE PROTECTION AND CONSERVATION GUIDELINES)*

1. Utilice gafas polarizadas mientras navega. Estas ayudan a detectar mejor al manati, las areas llanas y cualquier obstaculo en el mar. *(Use polarized sunglasses while navigating. These help to detect any manatee, shallow waters and any other obstacle in the water.)*

2. Si usted ve un manati en la trayectoria de su embarcacion, reduzca la velocidad a 5 mph y conduzca la embarcaci6n fuera del paso del manati o espere a que el manati salga del area poniendo su embarcacion en neutro. *(If you see a manatee within the path of your vessel, reduce the velocity to 5 mph and turn your vessel away from the manatee's path or wait until the manatee has moved from the area by putting your vessel in neutral.)*

3. Luego de asegurarse de que el manati este fuera de la trayectoria de su embarcacion, continue navegando despacio (no mas de 5 mph) hasta que su embarcacion se encuentre a no menos de 50 pies (15 metros) del manati. *(After you are certain that the manatee is well outside of the path of your vessel, resume navigation slowly (not more than 5 mph) until your vessel is not less than 50 feet (15 meters) away from the manatee.}*

4. Obedezca las zonas con limites de velocidad y reduzca la velocidad en aguas llanas menores a 10 pies de profundidad en particular cerca de la costa, en las desembocaduras de rios, en praderas de hierbas marinas y manglares. *(Obey regulatory speed zones and reduce velocity in shallow waters less than 10 feet, particularly close to the coast, in river mouths, in sea grass beds and mangroves.)*

5. Si observa un manati mientras usted esta en el agua, observelo pasivamente, no 10 persiga, acose o lo toque. *(If you observe a manatee while in the water, passively observe it, do not follow it, nor harass or touch.)*

6. No tire basura al agua. El manati puede ingerirla o enredarse en ella, 10 cual podria causarle heridas o la muerte. *(Do not throw trash in the water. Manatees may ingest or entangle on trash, which may injure or kill it.)*

7. Nunca alimente o le ofrezca agua a un manati. Es ilegal y los malacostumbra a acercarse a lugares donde pueden ser lastimados. *(Never feed or give water to a manatee. It is illegal and will wrongly habituate them to approach areas where they can be injured.)*

Informe accidentes con un manati inmediatamente. Si encuentra un bebe manati solo, en peligro, herido o muerto, llame al Cuerpo de Vigilantes del Departamento de Recursos Naturales y ambientales al 787-724-5700 o al Programa de Rescate de Mamiferos Marinos al 787-833-2025, 787-538-4684 0787-645-5593. *(Inform any accident with a manatee immediately. If you find a baby manatee alone, in danger, injured or dead, call the Department*

*of Natural and Environmental Resources Law Enforcement of at 787-724-5700 or the Marine Mammal Rescue Program at 787-833-2025, 787-538-4684 or 787-645-5593.)*

Herir a matar un manati puede conllevar multas de mas de $50,000 y/o no menos de dos arias de carceL jEViTESE ESE RIESGO!
*(Harming or killing a manatee could carry fines of more than $50,000 and/or not less than two years in prison. AVOID THIS RISK!)*

**jGRACIAS POR AYUDAR A SALVAR LOS MANATiESI THANKS FOR HELPING SAVE THE MANATEES**

NMFS_00271

maintained for the life of the docking facility in a manner acceptable to the Corps of Engineers.

**Example of Manatee Conservation Measures for Coastal Projects (not dredging activities)**

The following manatee conservation measures are recommended:

1. All personnel associated with the project shall be instructed about the possible presence of manatees and the need to avoid collisions.

2. All on site personnel are responsible for observing water related activities for the presence of manatees. All in water operations including vessels must shut down if a manatee comes within 50 meters of the operation. Activities can resume once the manatee moves out of the 50 meters zone or after 30 minutes have passed without sighting a manatee. Manatees must not be herded or harassed into leaving the area.

3. All personnel will be advised that there are civil and criminal penalties for harming, harassing, or killing manatees, which are protected under the Endangered Species Act of 1973 and the Marine Mammal Protection Act of 1972. The permit tee and/or contractor will be held responsible for any manatee harmed, harassed, or killed as a result of construction of the project.

4. Siltation or turbidity barriers shall be made of material in which manatee cannot become entangled. The barrier shall be properly secured, and regularly monitored to avoid manatee entrapment. Barriers must not impede manatee movement.

5. Any collision with and/or injury to a manatee shall be reported immediately to the Department of Natural and Environmental Resources law enforcement (787-724-5700) and the U.S. Fish and Wildlife Service, Caribbean Field Office (787-851-7297).

6. The contractor shall keep a log detailing sightings, collisions, or injury to manatees, which have occurred during the contract period. Following project completion, a report summarizing the above incidents and sightings will be submitted to the U.S. Fish and Wildlife Service, Caribbean Field Office, P.O. Box 491, Boquerón, Puerto Rico 00622.

7. Temporary manatee awareness construction signs labeled "Manatee Habitat – Idle Speed in Project Area" shall be installed and maintained in prominent locations within the site prior to initiation of the project. Temporary signs will be removed by the permitted upon completion of construction.

**Example of guidelines for safe operation of watercraft within manatee areas**

1. TEMPORARY AWARENESS SIGNS

These should indicate the following:

---

**CAUTION!**
MANATEES IN THE AREA
Maintain idle speed (5 mph) within construction site

**¡PRECAUCIÓN!**
MANATÍES EN EL ÁREA
Mantenga velocidad baja (5 mph) dentro del área de construcción

---

2. PERMANENT AWARENESS SIGNS

These should indicate the following:

---

**CAUTION!**
MANATEES IN THE AREA
Maintain idle speed (5 mph) within the area

**¡PRECAUCIÓN!**
MANATÍES EN EL ÁREA
Mantenga velocidad baja (5 mph) dentro del área

---

NMFS_00273



**FW: Official Mail: Coordination for the San Juan Harbor SMMP**
Acosta, Ivan SAJ to: Mark Reiss                                    07/26/2010 03:07 PM

History:                This message has been replied to.

1 attachment



vesselstrikeguideandform.pdf


Mark, here is what we got from NMFS in PR.

Ivan Acosta-Vincenty, REM, REPA, RHCMM
Chief Special Projects Section, Envr. Branch
Tel # 904-232-1693, Cell # 904-629-0158 and
Fax # 904-232-3442

-----Original Message-----
From: lisamarie carrubba [mailto:Lisamarie.Carrubba@noaa.gov]
Sent: Monday, July 26, 2010 12:46 PM
To: Cortes, Javier SAJ
Cc: Reiss.Mark@epamail.epa.gov; Acosta, Ivan SAJ
Subject: Re: Official Mail: Coordination for the San Juan Harbor SMMP

I have received the letter and apologize for the delay, but I have been out
of the office and am the only person who handles consultations for the U.S.
Caribbean. Based on a review of our records, consultation has not been
completed previously for this action.

Please note that the SMMP does not address listed corals and their designated
critical habitat (see page 14). Therefore, in order for us to complete
consultation, this needs to be addressed in the document.
In addition, in terms of potential impacts to listed sea turtles and marine
mammals, there is no information regarding whether conditions for the
protection of these species, other than the conditions related to ensuring
there are no leaks of dredged material, are required as part of the
authorization of disposal operations. I am attaching a copy of the
guidelines to which I am referring to this message. Once these issues have
been addressed, we can complete consultation quickly.

In addition, please be aware that NMFS is conducting a status review for
seven species of corals. Because some of the species are known to occur in
deeper waters and because the Endangered Species Act (ESA) requires
reinitiation of consultation if new species are listed, please be aware that
consultation may need to be reopened should additional species of coral be
listed under the ESA, which may also require benthic surveys to determine
whether and to what extent the species occur in the area of the OMDS.

In terms of essential fish habitat (EFH), please contact Mr. Miles Croom,
Assistant Regional Administrator, Habitat Conservation Division
(miles.croom@noaa.gov, or 727-824-5317) to determine whether there are any
concerns related to EFH.

Thank you,
Lee

Dr. Lisamarie Carrubba

NMFS_00274

NOAA Fisheries
Caribbean Field Office
P.O. Box 1310
Boquerón, PR 00622
787-851-3700
787-851-5588 (fax)

Cortes, Javier SAJ wrote:
> Dear Dr. Carrubba,
>
> The US Army Corps of Engineers, Jacksonville District, and
> Environmental Protection Agency, Region 2, completed the 30-day period
> for providing comments in the "Site Management and Monitoring Plan for
> the San Juan Harbor, Puerto Rico Dredged Material Disposal Site.  We
> are in the process of finalizing this document, and we did not
> received any documentation from your agency.  Please let us know that you
received the attached letter.
>
> Thank you,
>
> Javier Cortes
> Environmental Engineer
> US Army Corps of Engineers
> 904-232-1896
> 904-613-8247 Blackberry
>
>   <<SJS SMMP NOAA-Carrubba.pdf>>



**Vessel Strike Avoidance Measures
and Reporting for Mariners
NOAA Fisheries Service, Southeast Region**

**Background**

The National Marine Fisheries Service (NMFS) has determined that collisions with vessels can injure or kill protected species (e.g., endangered and threatened species, and marine mammals). The following standard measures should be implemented to reduce the risk associated with vessel strikes or disturbance of these protected species to discountable levels. NMFS should be contacted to identify any additional conservation and recovery issues of concern, and to assist in the development of measures that may be necessary.

**Protected Species Identification Training**

Vessel crews should use an Atlantic and Gulf of Mexico reference guide that helps identify protected species that might be encountered in U.S. waters of the Atlantic Ocean, including the Caribbean Sea, and Gulf of Mexico. Additional training should be provided regarding information and resources available regarding federal laws and regulations for protected species, ship strike information, critical habitat, migratory routes and seasonal abundance, and recent sightings of protected species.

**Vessel Strike Avoidance**

In order to avoid causing injury or death to marine mammals and sea turtles the following measures should be taken when consistent with safe navigation:

1. Vessel operators and crews should maintain a vigilant watch for marine mammals and sea turtles to avoid striking sighted protected species.

2. When whales are sighted, maintain a distance of 100 yards or greater between the whale and the vessel.

3. When sea turtles or small cetaceans are sighted, attempt to maintain a distance of 50 yards or greater between the animal and the vessel whenever possible.

4. When small cetaceans are sighted while a vessel is underway (e.g., bow-riding), attempt to remain parallel to the animal's course. Avoid excessive speed or abrupt changes in direction until the cetacean has left the area.

5. Reduce vessel speed to 10 knots or less when mother/calf pairs, groups, or large assemblages of cetaceans are observed near an underway vessel, when safety permits. A single cetacean at the surface may indicate the presence of submerged animals in the vicinity; therefore, prudent precautionary measures should always be exercised. The vessel should attempt to route around the animals, maintaining a minimum distance of 100 yards whenever possible.

6. Whales may surface in unpredictable locations or approach slowly moving vessels. When an animal is sighted in the vessel's path or in close proximity to a moving vessel and when safety permits, reduce speed and shift the engine to neutral. Do not engage the engines until the animals are clear of the area.

**Additional Requirements for the North Atlantic Right Whale**

1. If a sighted whale is believed to be a North Atlantic right whale, federal regulation requires a minimum distance of 500 yards be maintained from the animal (50 CFR 224.103 (c)).

2. Vessels entering North Atlantic right whale critical habitat are required to report into the Mandatory Ship Reporting System.

3. Mariners should check with various communication media for general information regarding avoiding ship strikes and specific information regarding North Atlantic right whale sighting locations. These include NOAA weather radio, U.S. Coast Guard NAVTEX broadcasts, and Notices to Mariners. Commercial mariners calling on United States ports should view the most recent version of the NOAA/USCG produced training CD entitled "A Prudent Mariner's Guide to Right Whale Protection" (contact the NMFS Southeast Region, Protected Resources Division for more information regarding the CD).

4. Injured, dead, or entangled right whales should be immediately reported to the U.S. Coast Guard via VHF Channel 16.

**Injured or Dead Protected Species Reporting**

Vessel crews should report sightings of any injured or dead protected species immediately, regardless of whether the injury or death is caused by your vessel.

> Report marine mammals to the Southeast U.S. Stranding Hotline: 877-433-8299
> Report sea turtles to the NMFS Southeast Regional Office: 727-824-5312

If the injury or death of a marine mammal was caused by a collision with your vessel, responsible parties should remain available to assist the respective salvage and stranding network as needed. NMFS' Southeast Regional Office should be immediately notified of the strike by email (takereport.nmfsser@noaa.gov) using the attached vessel strike reporting form.

**For additional information, please contact the Protected Resources Division at:**

NOAA Fisheries Service
Southeast Regional Office
263 13th Avenue South
St. Petersburg, FL 33701
Tel: (727) 824-5312
Visit us on the web at http://sero.nmfs.noaa.gov

NMFS Southeast Region Vessel Strike Avoidance Measures and Reporting for Mariners; revised February 2008.



**UNITED STATES ENVIRONMENTAL PROTECTION AGENCY**
REGION 2
290 BROADWAY
NEW YORK, NY 10007-1866

Dr. Lisamarie Carrubba
NOAA Fisheries
Caribbean Field Office
P.O. Box 1310
Boquerón, PR 00622

SEP 3 0 2010

Dear Dr Carrubba:

This letter is to reply to your email to Mr. Ivan Acosta of the U.S. Army Corps of
Engineers communicating your concerns regarding implementation of the Site
Monitoring and Management Plan for the San Juan Harbor, PR Ocean Dredged Material
Disposal Site. Specifically, this letter serves to address NMFS concerns regarding
threatened and endangered species in their trust and constitutes the coordination required
under the Endangered Species Act.

In your email you reference page 14 of the draft SMMP and note that it is deficient in that
it does not specifically address listed corals and their designated critical habitat. To
address this concern, the following language will be added to this section:

> *c. Endangered and threatened corals*
> There are two species of corals in Puerto Rican waters listed by NOAA-
> NMFS under the Endangered Species Act (ESA) as threatened (*Acropora
> palmata* and *A. cervicornis*). Acropora spp.are important reef building
> corals, typically occurring in high energy, shallow water areas. NOAA
> identified critical habitat for Acropora spp. as areas having consolidated
> hardbottom substrates devoid of macroalgae and sediment cover in depths
> between the Mean High Water line and 30 meters. The SJS is located in
> waters substantially deeper and far removed from areas meeting this depth
> criterion. Critical habitat areas may however be located along the
> transport routes typically used by barges to travel to and from the SJS.
>
> NOAA also identifies a species of deep water coral (Oculina spp) as a
> species of concern in Puerto Rico. The presence of this species however
> has not been confirmed on the northern coast of Puerto Rico in the vicinity
> of the SJS. In addition, NOAA-NMFS is proposing to list additional
> species of coral as threatened under the ESA. Many of these species occur
> as part of coastal or shelf edge reef habitats (i.e., depths <61 m). The SJS
> is located in waters substantially deeper and far removed from areas
> meeting this depth criterion. (see Shelf Edge Reef Resources (section 7.4)

While the language of the SMMP is not emphatic about protection of the listed corals and
shelf edge reef habitat, the SMMP mandates stringent provisions that allow EPA and

NMFS_00278

USACE to rapidly detect any changes in barge draft that might suggest leakage or loss of material due to equipment malfunctions or operational problems (e.g., overloading). These provisions will allow the agencies to quickly halt or modify operational procedures to avoid detrimental impacts to coralline resources and habitats.

In addition to provisions related to ensuring there are no leaks of dredged material, the draft SMMP also includes requirements to post an observer on board each scow to ensure that no disposal occurs when a marine mammal or turtle is present at the site. To strengthen this provision and to provide further protection to sensitive species, the following conditions have been added to the Discharge Guidelines listed in Appendix B of the SMMP:

14. While underway, dredging contractor must adhere to all measures required in Appendix D of this SMMP (i.e., NMFS, Southeast Region Vessel Strike Avoidance Measures and Reporting for Mariners)

15. Upon arrival at the ODMDS, the DMI (dredging inspector) must maintain a watch at all times for marine mammals and sea turtles. Discharge of dredged material may not occur when there is a turtle or mammal present at the site; discharge must not occur until the sighted animal has left the disposal area. Animals may not be harassed in any manner to make them leave the area.

We are aware that NMFS is conducting a status review for additional species of corals, including deepwater species. We will reinitiate consultation if NMFS chooses to list any additional species. We anticipate that this will be particularly important if indeed deeper water species are listed. In the interim, EPA will conduct a side scan SONAR survey to identify any hard bottom features present along anticipated routes used by dredging scows to transit between San Juan Harbor and the San Juan ODMDS. This work is scheduled to be conducted in November of this year.

We trust that the modifications made to the document adequately address NMFS concerns regarding ESA species. Please confirm your agreement that the above satisfies the consultation requirements of the ESA.

If you have any further questions please do not hesitate to contact me at 212-637-3799 or via email at reiss.mark@epa.gov.

Sincerely,

Mark Reiss
EPA Region 2, Division of Environmental Planning and Protection

Re: URGENT: ESA CONSULTATION SAN JUAN
lisamarie carrubba
to:
Mark Reiss
09/29/2010 05:39 PM
Show Details


History: This message has been replied to.
Mark:

The response adequately addresses the concerns in my e-mail of July 21, 2010, to the Corps of
Engineers regarding the San Juan Harbor SMMP.  The only correction would be to eliminate the note
about A. prolifera being listed as NMFS determined that listing of the hybrid was not appropriate at this
time.

Here is the page with information on the seven coral species undergoing a status review that occur in the
Atlantic (and information on Pacific corals as well):
http://sero.nmfs.noaa.gov/pr/esa/82CoralSpecies.htm

Thanks,
Lee

Reiss.Mark@epamail.epa.gov wrote:

> Hi Lee -
>
> Hope all is well with you...attached is letter detailing the changes to the SMMP that we made to
> satisfyu NMFS concerns RE endangered corals, mammals and turtles...
>
> could you please do me the personal favor of turning this around as quickly as possible as I dropped
> the ball on getting this done and USACE is really under the gun for me to finalize the
> SMMP...thanks.  All I need is an email from you.
>
> Obviously if you have any other concerns I will look to address them...just let me know.
>
> Thanks
>
> Mark
>
> In November, we will be in PR on the BOLD working from San Juan to the East (to Culebra,
> Vieques).  As mentioned in the letter we will be performing sidescan off San Juan Harbor (out
> toward the ODMDS)...you want to tag along?

NMFS_00280

Page 1 of 2

Re: [Fwd: Official Mail: Coordination for the San Juan Harbor SMMP]
Pace Wilber
to:
Javier.Cortes
07/26/2010 08:16 AM
Cc:
"Acosta, Ivan SAJ", Mark Reiss
Show Details

Hello Javier. We acknowledge receipt of your letter requesting comments on the Site Management and Monitoring Plan for the San Juan Harbor, Puerto Rico Dredged Material Disposal Site. Due to a shortage of staff, we are unable to review the plan from the perspectives of the Magnuson-Stevens Act or the Fish and Wildlife Coordination Act. If the Corps believes the project may affect species protected by the Endangered Species Act or their critical habitat, please consult with our office in St. Petersburg, FL.

We hope to have an person on board soon to focus on projects in Puerto Rico and the US Virgin Islands. If you have any questions, please call me at 843-953-7200 or Pace.Wilber@noaa.gov.

Pace


-------- Original Message --------
Subject:Official Mail: Coordination for the San Juan Harbor SMMP
  Date:Wed, 21 Jul 2010 13:25:17 -0400
  From:Cortes, Javier SAJ <Javier.Cortes@usace.army.mil>
    To:Miles.Croom@noaa.gov
    CC:Reiss.Mark@epamail.epa.gov, "Acosta, Ivan SAJ" <Ivan.Acosta@usace.army.mil>


Dear Mr. Croom,

The US Army Corps of Engineers, Jacksonville District, and Environmental
Protection Agency, Region 2, completed the 30-day period for providing
comments in the "Site Management and Monitoring Plan for the San Juan Harbor,
Puerto Rico Dredged Material Disposal Site. We are in the process of
finalizing this document, and we did not received any documentation from your
agency. Please let us know that you received the attached letter.

Thank you,

Javier Cortes
Environmental Engineer
US Army Corps of Engineers
904-232-1896
904-613-8247 Blackberry




--

---------------------------

Pace Wilber, Ph.D.
Atlantic Branch Chief, Charleston (F/SER47)

NMFS_00281

Southeast Regional Office, NOAA Fisheries
PO Box 12559
Charleston, SC 29422-2559

Street address:
219 Ft Johnson Road
Charleston, SC 29412

843-953-7200
FAX 843-953-7205
pace.wilber@noaa.gov

http://sero.nmfs.noaa.gov/hcd/hcd.htm

NMFS_00282



**UNITED STATES DEPARTMENT OF COMMERCE**
**National Oceanic and Atmospheric Administration**
NATIONAL MARINE FISHERIES SERVICE
Southeast Regional Office
263 13th Avenue South
St. Petersburg, FL 33701-5505
(727) 824-5312, FAX (727) 824-5309
http://sero.nmfs.noaa.gov

F/SER31:LC

DEC 0 6 2010

Mr. Mark Reiss
Division of Environmental Planning and Protection
U.S. Environmental Protection Agency
Region 2
290 Broadway
New York, NY 10007-1866

Mr. Eric P. Summa
Chief, Environmental Branch
Planning Division
Jacksonville District Corps of Engineers
P.O. Box 4970
Jacksonville, FL 32232-0019

RE: Site Monitoring and Management Plan (SMMP) for the San Juan Harbor Ocean Dredged
Material Disposal Site (ODMDS)

Dear Messrs. Reiss and Summa:

This responds to your September 30, 2010, letter indicating that the referenced SMMP language
has been modified to address our concerns related to potential impacts to listed whales, sea
turtles, and corals that may occur along transit routes to the ODMDS. The U.S. Environmental
Protection Agency (EPA) and the U.S. Army Corps of Engineers (COE) are responsible for the
regulation and management of the ocean disposal of dredged materials. The EPA submitted
details of the modifications to the language in the SMMP for the San Juan Harbor, Puerto Rico,
ODMDS in response to concerns of the National Marine Fisheries Service (NMFS) pursuant to
section 7 of the Endangered Species Act (ESA).

NMFS received a letter dated June 9, 2010, from the COE requesting our concurrence with the
COE's determination that the implementation of the SMMP, including the management and
monitoring of dredged material disposal activities between the San Juan Harbor and the
ODMDS, may affect, but is not likely to adversely affect, listed whales, sea turtles, corals, and
ESA-designated coral critical habitat. By e-mail dated July 26, 2010, NMFS requested that the
SMMP include conditions to protect listed species of marine mammals and sea turtles from the
impacts of vessel transit between dredging sites in the San Juan Harbor and the ODMDS.
During a call on September 29, 2010, EPA clarified the changes to the language in the SMMP
regarding protection of listed whales and sea turtles, as well as the measures related to
monitoring of barges that enable the rapid detection of leakage or loss of material in order to
correct the situation and ensure that material is not deposited in areas containing listed corals or

their ESA-designated critical habitat. EPA also noted that the transit routes to the site are being mapped in order to determine whether areas of colonized hardbottoms exist between the harbor and the ODMDS. If colonized hardbottom areas are found, the SMMP will be modified to reflect the transit routes to be followed between the San Juan Harbor and the ODMDS in order to minimize the potential that equipment malfunctions or operational problems that result in the loss of dredged material from barges in transit result in damage to listed corals or their habitat. Based on the information provided by the EPA, including the information in your September 30, 2010, letter; the modifications to the language of the SMMP; and the stringent provisions in the SMMP regarding the reporting and detection of barge draft which enables a determination of whether and where vessels have lost material, the SMMP and the implementation of the plan include measures to avoid and minimize potential impacts to listed species. Thus, the EPA and the COE have determined that the proposed dock construction may affect, but is not likely to adversely affect, listed species under NMFS' jurisdiction. You are reminded that any changes to the proposed action may negate the findings of the present consultation and may require reinitiation of consultation with NMFS.

The ODMDS for the San Juan harbor is an approximately one square nautical mile (nm) area located approximately 2.2 nm north-northwest of the entrance to the San Juan Harbor, San Juan, Puerto Rico (approximate bounding coordinates 18.50278°N, 66.15861°W; 18.50278°N, 66.14139°W; 18.5194°N, 66.14139°W; 18.5194°N, 66.15861°W). The site was designated for disposal of dredged material from San Juan Bay, including the area of Puerto Nuevo. The COE and the EPA are responsible for the preparation of a SMMP for each ODMDS pursuant to the requirements of Section 506 of the Water Resources and Development Act. COE and EPA have drafted a SMMP for the San Juan Harbor ODMDS. According to the information included in your letter, the language of the SMMP has been modified to include measures to address NMFS' concerns related to potential adverse effects to listed species (detailed below) due to the operation of the ODMDS.

Listed species under the purview of NMFS that occur in the area include humpback (*Megaptera novaeangliae*), blue (*Balaenoptera musculus*), finback (*Balaenoptera physalus*), sei (*Balaenoptera borealis*), and sperm whales (*Physeter macrocephalus*); hawksbill (*Eretmochelys imbricata*), leatherback (*Dermochelys coriacea*), loggerhead (*Caretta caretta*), and green sea turtles (*Chelonia mydas*); elkhorn (*Acropora palmata*) and staghorn (*A. cervicornis*) corals; and ESA-designated critical habitat for listed corals. Listed whales transit through the project area during their winter migrations and listed sea turtles transit through the project area, as nesting beaches occur to the east and west of the San Juan Harbor along the coasts of Isla Verde and Toa Baja. Listed coral colonies are reported along the coast east of the harbor entrance from in front of El Morro fort toward Condado Lagoon. Areas meeting the designated coral critical habitat definition are located along portions of the north coast in the project area as well, but no areas meeting the coral critical habitat definition are within the footprint of the ODMDS. The essential feature of critical habitat for listed corals is substrate of suitable quality and availability, in water depths from the mean high water line to 30 m, to support successful larval settlement, recruitment, and reattachment of fragments. Substrate of suitable quality and availability means consolidated hardbottom or dead coral skeletons free from fleshy macroalgae and sediment cover.

NMFS_00284

NMFS has analyzed the routes of potential effects to listed whales, sea turtles, and listed corals and ESA-designated coral critical habitat from the proposed action. Based on our analysis and project review, we have determined that these potential effects include the following: impacts to listed whales and sea turtles due to collisions with vessels transiting from dredge sites in the San Juan Harbor to the ODMDS; impacts to listed whales and sea turtles resulting from exposure to contaminated material during disposal of dredge spoil in the ODMDS; impacts to sea turtle refuge and foraging habitat, listed corals, and designated coral critical habitat associated with spills of dredged materials from barges in transit to the ODMDS; and impacts to sea turtle refuge and foraging habitat, listed corals, and designated coral critical habitat associated with the accidental grounding of barges in transit to and from the ODMDS.

NMFS believes that the proposed action may affect but is not likely to adversely affect listed whales and sea turtles. Listed whales and sea turtles in the water could be affected by vessel transit to and from the ODMDS. However, EPA and COE have included NMFS Southeast Region Vessel Strike Avoidance Measures and Reporting for Mariners as a requirement for barges transiting to and from the ODMDS. EPA and COE have also included a requirement that, upon arrival at the ODMDS, the dredging inspector maintain a watch for listed marine mammals and sea turtles to ensure that no disposal activities take place while animals are present. Further, based on information from a consultation with the U.S. Coast Guard for their Marine Events Program in the U.S. Caribbean, and information from the U.S. Fish and Wildlife Service, the only reported collisions with marine mammals in this area occurred inside the San Juan Bay in the Puerto Nuevo area when a vessel collided with five manatees. We have no records of collisions with marine mammals or sea turtles associated with the operation of the ODMDS site. Therefore, NMFS believes that impacts to listed whales and sea turtles due to collisions with vessels during transit to and from the ODMDS will be discountable.

NMFS believes that the proposed action may affect but is not likely to adversely affect listed whales and sea turtles. Listed whales and sea turtles could be affected during the deposition of dredge spoil in the ODMDS if they are swimming through the area or due to the release of contaminated material in the water column. However, EPA evaluates materials to be dredged to determine whether the concentrations of contaminants in the material would pose a risk to the environment and, if so, requires that materials be disposed of in a landfill or other approved terrestrial disposal site rather than in the ODMDS. The SMMP also contains requirements for monitoring of benthic organisms to ensure that the disposal of materials does not result in a shift in the benthic community to pollutant-tolerant organisms. The EPA and COE will also require that vessels follow NMFS' vessel strike guidelines as noted above, so deposition of material would not be allowed while whales or sea turtles are transiting through the area. Monitoring data indicate that levels of cadmium, chromium, mercury, nickel, and lead from samples taken in the ODMDS do not exceed the maximum concentrations for acute toxicity to aquatic organisms, but that the high end of the range of concentrations for arsenic, copper, and zinc do sometimes exceed these concentrations. However, arsenic occurs naturally in the volcanic soils of Puerto Rico and copper was used as an anti-fouling agent for vessels for many years and the dredge materials are from an active port. Further, 10,875,574 cubic yards of material has been disposed of in the ODMDS to date and no monitoring undertaken as part of the SMMP or reports from

NMFS_00285

completed disposal activities indicate that the benthic habitat or water or sediment quality have been significantly altered in the area of the ODMDS, or that sea turtles or whales were present during disposal activities. Therefore, NMFS believes that impacts to listed whales and sea turtles related to exposure to contaminants in the dredge spoil during disposal in the ODMDS will be discountable.

Listed sea turtles could be affected by the loss of refuge and foraging habitat as a result of the leakage or loss of dredged materials from barges transiting to the ODMDS. Likewise, listed corals and their designated critical habitat could be impacted by the leakage or loss of dredged materials from barges transiting to the ODMDS. However, as noted in your letter, the ODMDS is located in waters that are an average of 965 feet deep. EPA found loose sediments covering the bottom in the area of the entrance to the San Juan Harbor and the navigation channel, which is used by barges exiting the harbor in transit to the ODMDS, during past surveys using side-scan sonar and a remotely operated vehicle with a camera in the area of the navigation channel. In addition, EPA requires that vessels follow a strict discharge protocol that includes a monitoring system and reporting to EPA to ensure that no material leaks from vessels while in transit and that materials are deposited only in the ODMDS. EPA is also planning more detailed mapping of potential transit routes between the San Juan Harbor and the ODMDS in November 2010. Should any hardbottom features be identified along transit routes that may provide habitat for listed corals or contain the essential features for coral designated critical habitat, EPA will modify the SMMP to include required transit routes that avoid these areas to the maximum extent practicable so that, should leakage occur, materials will settle on uncolonized bottom rather than hard bottom areas. Therefore, NMFS believes that impacts to sea turtle refuge and foraging habitat, listed corals, and ESA-designated coral critical habitat from leakage of dredged materials from vessels in transit to the ODMDS will be discountable.

Listed sea turtles could be affected by the loss of refuge and foraging habitat as a result of the accidental grounding of vessels transiting to and from the ODMDS. Likewise, listed corals and their designated critical habitat could be impacted by the accidental grounding of vessels transiting to and from the ODMDS. However, the ODMDS is located in waters that are an average of 965 feet deep and there is a well-marked navigation channel at the entrance to the San Juan Harbor. EPA is planning more detailed mapping of potential transit routes between the San Juan Harbor and the ODMDS in November 2010 and will modify the SMMP to contain required transit routes should any hardbottom features be identified that may provide habitat for listed corals or contain the essential features for coral designated critical habitat. In addition, the ODMDS is located 2.2 nm offshore where there are no shallow-water features containing sea turtle or listed coral habitat. While there have been accidental groundings at the entrance to the San Juan Harbor, none of these groundings were barges associated with harbor dredging operations in transit to the ODMDS. Therefore, NMFS believes that impacts to sea turtle refuge and foraging habitat, listed corals, and ESA-designated coral critical habitat from the accidental grounding of vessels in transit to and from the ODMDS will be discountable.

This concludes the COE and EPA's consultation responsibilities under section 7 of the ESA for the San Juan Harbor ODMDS SMMP. Be advised that a new consultation must be initiated if a take occurs or new information reveals effects of the action not previously considered, or the

4



REGION 2

Response to Comments on the 5/12/2010 Draft Site Management and Monitoring Plan for the San Juan Harbor, PR Ocean Dredged Material Disposal Site

January 5, 2011

U.S. Environmental Protection Agency, Region 2
290 Broadway
New York, New York 10007

NMFS_00287

NMFS_00288

## 2.0  Letters of Support/No Comment

Letters were submitted on July 9, 2010 by the Puerto Rico State Historic Preservation Office and the U.S. Department of Agriculture Natural Resources Conservation Service indicating that the two agencies had no reservations regarding the proposed SJS SMMP.

## 3.0  Technical Comments from Department of Natural and Environmental Resources (letter from Jose Basora-Fagundo, dated July 14, 2010)

**Comment DNER-1:** The Office of Specialized Services and Coastal Zone Management Program indicated that monitoring study results must be made available to local agencies.

**Response:**  Section 12 of the SMMP envisions the establishment of a Scientific Review Panel comprised of local agency representatives, academia, and other stakeholders. Monitoring data will be freely shared with this group and will also be made publically available through the USACE website or upon request.  No changes to the SMMP are required.

**Comment DNER-2:** The Office of Specialized Services suggested that "dredging projects must include contamination and sediment control components for incoming bay waters…"

**Response:**  The comment is not relevant to the management and monitoring of the ocean disposal site but rather reflects the office's recommendations regarding management actions in the watersheds of areas where dredging is to take place. As such, it is outside the scope of the draft document and no changes to the SMMP are required.

**Comment DNER-3:**  The Water Resources and Minerals Area indicated that the plan is adequate but must address any impacts associated with the additional 4 million cubic yards anticipated to be disposed at SJS during the ten year window life of this revised SMMP.

**Response:** To date there have been no impacts associated with disposal of approximately 10 million cubic yards of materials dredged from San Juan Harbor navigation and flood control projects and there are no capacity issues at the site. Therefore, no impacts are anticipated to result from any additional volume anticipated to be placed during the life of the SMMP.  All material approved for disposal at the SJS will have been evaluated to confirm that any contaminants present at greater than trace amounts as per the Regulations implementing MPRSA (40 CFR 227) and the SMMP includes various actions to ensure that any leaks or losses of material are avoided or detected and remedied immediately.  No changes to the SMMP are required.

NMFS_00289

**Comment DNER-4:** Citing MPRSA, the Coastal Zone Management Program indicated that "only material free of contaminants can be deposited".

**Response:** As stated in response to Comment DNER-3, all material approved for disposal at the SJS will have been evaluated for the presence of contaminants at greater than trace amounts as per the Regulations implementing MPRSA (40 CFR 227). No dredged material containing contaminants at greater than trace levels will be approved for disposal at the SJS.

**Comment DNER-5:** The Fish and Wildlife Bureau indicated that monitoring activities should be conducted on a two year frequency to confirm that the modeling used to make disposal decisions is correct or to allow for corrective actions.

**Response:** The SMMP suggests a monitoring frequency of approximately 5 years for conducting Tier 2 physical and biological monitoring (i.e., use of a sediment profile camera). EPA and USACE believe that due to research vessel availability, the expense of conducting offshore surveys of this sort, and the limited ecological concerns present at the site it is impractical to require a specific or shorter frequency for this monitoring. In addition the data produced by this monitoring cannot be used to directly assess the performance of models employed in the decision process. The frequency of monitoring operations and interpretation of the results will be a subject for discussion by the Scientific Review Panel.

**4.0 Technical Comments from National Marine Fisheries Service (email from Lisamarie Carrubba, dated July 26, 2010; A letter communicating the responses listed below was sent to NMFS on Sep 30, 2010 and NMFS indicated their acceptance of the modifications to the SMMP in a letter dated December 6, 2010)**

**Comment NMFS-1:** SMMP does not address listed corals and their designated critical habitat.

**Response:** Page 14 of the SMMP was revised to specifically address listed corals and their designated critical habitat. To address this concern, the following language was added to this section:

> "*c. Endangered and threatened corals*
> There are two species of corals in Puerto Rican waters listed by NOAA-NMFS under the Endangered Species Act (ESA) as threatened (*Acropora palmata* and *A. cervicornis*). Acropora spp. are important reef building corals, typically occurring in high energy, shallow water areas. NOAA identified critical habitat for Acropora spp. as areas having consolidated hardbottom substrates devoid of macroalgae and sediment cover in depths between the Mean High Water line and 30 meters. The SJS is located in waters substantially deeper and far removed from areas meeting this depth criterion. Critical habitat areas may however be located along the transport routes typically used by barges to travel to and from the SJS.

NMFS_00290

NOAA also identifies a species of deep water coral (Oculina spp) as a species of concern in Puerto Rico. The presence of this species however has not been confirmed on the northern coast of Puerto Rico in the vicinity of the SJS. In addition, NOAA-NMFS is proposing to list additional species of coral as threatened under the ESA. Many of these species occur as part of coastal or shelf edge reef habitats (i.e., depths <61 m). The SJS is located in waters substantially deeper and far removed from areas meeting this depth criterion. (see Shelf Edge Reef Resources (section 7.4)"

While the language of the SMMP is not emphatic about protection of the listed corals and shelf edge reef habitat, the SMMP mandates stringent provisions that allow EPA and USACE to rapidly detect any changes in barge draft that might suggest leakage or loss of material due to equipment malfunctions or operational problems (e.g., overloading). These provisions will allow the agencies to quickly halt or modify operational procedures to avoid detrimental impacts to coralline resources and habitats.

**Comment NMFS-2:** The SMMP does not contain information regarding conditions required as part of the authorization of disposal operations to protect sea turtles and marine mammals.

**Response:** In addition to provisions related to ensuring there are no leaks of dredged material, the draft SMMP also includes requirements to post an observer on board each scow to ensure that no disposal occurs when a marine mammal or turtle is present at the site. To strengthen this provision and to provide further protection to sensitive species, the following conditions have been added to the Discharge Guidelines listed in Appendix B of the SMMP:

14.  While underway, dredging contractor must adhere to all measures required in Appendix D of this SMMP (i.e., NMFS, Southeast Region Vessel Strike Avoidance Measures and Reporting for Mariners)
15.  Upon arrival at the ODMDS, the DMI (dredging inspector) must maintain a watch at all times for marine mammals and sea turtles. Discharge of dredged material may not occur when there is a turtle or mammal present at the site; discharge must not occur until the sighted animal has left the disposal area. Animals may not be harassed in any manner to make them leave the area.

**Comment NMFS-3:** NMFS is conducting a status review for seven species of corals, including several species that occur in deeper waters. Reinitiating the Endangered Species Act consultation will be required if new species are listed and benthic surveys may be required to establish to determine whether they are present in the area of the SJS.

**Response:** We are aware that NMFS is conducting a status review for additional species of corals, including deepwater species. We will reinitiate consultation if NMFS chooses to list any additional species. We anticipate that this will be particularly important if deeper water species are listed. In November 2010, EPA conducted a side scan SONAR survey to identify any hard bottom features present along anticipated routes used by dredging scows to transit between San

NMFS_00291

Juan Harbor and the San Juan ODMDS. The data from this survey will be provided to NMFS when it is processed later this year to identify areas that might be appropriate targets of any future benthic surveys. No changes to the SMMP are required at this time.

## 5.0  Comments from National Marine Fisheries Service regarding Essential Fish Habitat Impacts (email from Miles Croom, dated July 26, 2010)

**Comment NMFS-4:** NMFS indicated that due to resource limitations, they were unable to review plan and that if U.S. Army Corps of Engineers and EPA felt that implementation of the SMMP would adversely impact essential fish or endangered species habitat that further consultation should be sought.

**Response:** USACE and EPA believe that implementation of the SMMP would not adversely impact essential fish or endangered species habitat. See response to Comment NMFS-1 regarding protection of corals and shelf edge reef habitat.

## 6.0  Technical Comments from United States Fish and Wildlife Service (letter from Edwin E. Muniz, dated July 7, 2010 – This letter concurred with our determination that impacts were unlikely)

**Comment FWS-1:** "We do not agree with Section 7.3 of the SMMP which specifies that the SJS does not encompass any known breeding, feeding, or nursery areas of marine mammal...San Juan Bay harbors suitable habitat for the endangered Antillean manatee..." Citing a recent incident where several manatees within the bay were struck by a vessel, the Service recommended idle speeds and/or the posting of an observer during transit while in the San Juan Bay

**Response:** Marine mammal observers are required as part of every dredging authorization. A watch must be maintained during dredging operations and while the scow is underway. Operations will be halted until mammals have left the vicinity; no harassment of the mammals is allowed to make them leave the area.

**Comment FWS-2:** Dredging should not be allowed in the presence of sensitive species

**Response:** This recommendation does not pertain to the SMMP which governs the transport and discharge of dredged materials at the SJS. These comments should be made to the Corps during the consultation performed prior to each individual dredging project.

NMFS_00292

Marine Pollution Bulletin 145 (2019) 185–199



Contents lists available at ScienceDirect

# Marine Pollution Bulletin

journal homepage: www.elsevier.com/locate/marpolbul



# Extensive coral mortality and critical habitat loss following dredging and their association with remotely-sensed sediment plumes



Ross Cunning[a,b,*], Rachel N. Silverstein[c,*], Brian B. Barnes[d], Andrew C. Baker[a]

[a] Department of Marine Biology and Ecology, Rosenstiel School of Marine and Atmospheric Science, University of Miami, 4600 Rickenbacker Causeway, Miami, FL 33149, USA
[b] Daniel P. Haerther Center for Conservation and Research, John G. Shedd Aquarium, 1200 South Lake Shore Drive, Chicago, IL 60605, USA
[c] Miami Waterkeeper, 2103 Coral Way, 2nd Floor, Miami, FL 33145, USA
[d] College of Marine Science, University of South Florida, 140 7th Avenue South, MSL119, St. Petersburg, FL 33701, USA

ARTICLE INFO

Keywords:
Dredging
Sedimentation
Coral reefs
Remote sensing
Port of Miami

ABSTRACT

Dredging poses a potential threat to coral reefs, yet quantifying impacts is often difficult due to the large spatial footprint of potential effects and co-occurrence of other disturbances. Here we analyzed in situ monitoring data and remotely-sensed sediment plumes to assess impacts of the 2013–2015 Port of Miami dredging on corals and reef habitat. To control for contemporaneous bleaching and disease, we analyzed the spatial distribution of impacts in relation to the dredged channel. Areas closer to dredging experienced higher sediment trap accumulation, benthic sediment cover, coral burial, and coral mortality, and our spatial analyses indicate that > 560,000 corals were killed within 0.5 km, with impacts likely extending over 5–10 km. The occurrence of sediment plumes explained ~60% of spatial variability in measured impacts, suggesting that remotely-sensed sediment plumes, when properly calibrated against in situ monitoring data, can reliably estimate the magnitude and extent of dredging impacts.

## 1. Introduction

An increase in port deepening and widening projects is occurring worldwide to accommodate Neo-Panamax cargo ships following expansion of the Panama canal in 2016 (Ashe, 2018; Good, 2016; Wyss et al., 2012). Several dredging projects in shallow-water ports adjacent to coral reef areas along the eastern seaboard of the United States and the Caribbean have recently been completed, or are planned in the near future (Braley and Doyle, 2017; Good, 2016; Whitefield, 2016). Because of the fragility of coral reef ecosystems and their widespread decline, a critical assessment of environmental impacts, accompanied by an evaluation of best practices for monitoring and reducing them, are key conservation goals in light of continued dredging activities.

Coastal dredging and construction are known to cause significant harm to coral reef ecosystems (Bak, 1978; Dodge and Rimas Vaisnys, 1977; Erftemeijer et al., 2012). Dredging can impact corals and coral habitat through a variety of cause-effect pathways reviewed by Jones et al. (2016), including directly via sedimentation (the deposition of particulate matter on the benthos), and indirectly via increased turbidity and shading from sediment plumes. Sedimentation can potentially impact almost every biological function of corals, from feeding

through reproduction (reviewed by Erftemeijer et al., 2012; Fabricius, 2005; Jones et al., 2015; Rogers, 1990). Although some degree of sedimentation is common on coral reefs, and some species may persist in turbid environments through long-term adaptation, high sedimentation is typically detrimental to reef development because corals require a hard substrate on which to settle and grow, and because it is energetically costly to remove sediment from their surfaces, either through ciliary action, mucus production, and/or hydrostatic polyp inflation (Bessell-Browne et al., 2017a; Dodge and Rimas Vaisnys, 1977; Humanes et al., 2017; Riegl and Branch, 1995; Stafford-Smith and Ormond, 1992). Due to the high energetic requirements of self-cleaning and the inability of corals to successfully open their polyps (Riegl and Branch, 1995), corals with ongoing sedimentation impacts may reduce feeding (Abdel-Salam and Porter, 1988; Erftemeijer et al., 2012; Szmant-Froelich et al., 1981). Combined with low light levels (indirectly from increased turbidity or directly as a result of smothering), which inhibit the photophysiology of algal symbionts (Abdel-Salam and Porter, 1988; Philipp and Fabricius, 2003; Piniak, 2007; Telesnicki and Goldberg, 1995; Weber et al., 2006), this can lead to coral starvation (Erftemeijer et al., 2012; Flores et al., 2012; Junjie et al., 2014) and reduced calcification and growth (Edmunds and Davies, 1989; Flores

---

* Corresponding authors.
E-mail addresses: ross.cunning@gmail.com (R. Cunning), rachel@miamiwaterkeeper.org (R.N. Silverstein).

https://doi.org/10.1016/j.marpolbul.2019.05.027
Received 29 December 2018; Received in revised form 2 May 2019; Accepted 12 May 2019
Available online 24 May 2019
0025-326X/ © 2019 Published by Elsevier Ltd.

et al., 2012; Humanes et al., 2017; Lirman et al., 2003; Miller et al., 2016; Moeller et al., 2016).

Corals exposed to heavy, chronic, or repeated sedimentation can be overwhelmed and unable to successfully rid themselves of sediment (Bak, 1978; Bessell-Browne et al., 2017a; Flores et al., 2012; Marszalek, 1981). When this occurs, corals – particularly those with mounding morphologies – begin to accumulate rejected sediment in "berms", or piles of sediment around the colony perimeter (Miller et al., 2016), making sediment removal even more difficult as the berm increases in height. With enough sedimentation, energetically costly sediment removal mechanisms become exhausted, and corals can become partially or completely buried, resulting in mortality (Lirman et al., 2003; Marszalek, 1981; Miller et al., 2016; Nugues and Roberts, 2003; Riegl, 1995). Mortality commonly occurs first under sediment berms that pile up at colony bases, producing a condition of partial mortality around the base in a "halo" pattern (Marszalek, 1981; Miller et al., 2016).

Sedimentation has also been shown to inhibit coral sexual reproduction in a number of ways (Jones et al., 2015), including by impairing spawning success (Ricardo et al., 2016), fertilization (Ricardo et al., 2015), settlement (Babcock et al., 2002; Ricardo et al., 2017), and recruitment (Moeller et al., 2016). Sediment may also directly remove available recruitment space by covering hard surfaces required for larval settlement (Babcock and Davies, 1991; Ricardo et al., 2017). Recruitment may still be reduced even if sediment is subsequently removed, likely due to the negative impacts of sediment on crustose coralline algae, a key settlement cue (Ricardo et al., 2017). For recently-settled coral recruits, sedimentation tolerance may be at least an order of magnitude lower than for adult corals (Fabricius, 2005), and even relatively low sedimentation rates (16.6 mg cm$^{-2}$ d$^{-1}$) can result in mortality (Moeller et al., 2016). Even sediment that is not deposited on the seabed, but that is moving through the system, is likely to abrade and kill newly-settled coral recruits and other benthic organisms, in addition to blocking photosynthetically active radiation (Storlazzi et al., 2015).

Impacts from sedimentation specifically due to dredging activities can be even more harmful to corals and reef habitat compared to other types of sedimentation. Due to the rapid escalation in sediment load created by sudden commencement of dredging, the typical behavioral, acclimatory, and adaptive responses (for example, selection for particular coral species or morphologies) that normally operate at sites exposed to naturally high sedimentation (Lasker, 1980; Sofonia and Anthony, 2008) may not be able to operate effectively. Moreover, in contrast to other kinds of sedimentation events, such as hurricanes, that generate sediment over hours to days, dredging can generate high sediment conditions for months to years, exceeding the energetic reserves of corals that might otherwise be able to survive acute impacts caused by storms (Flores et al., 2012; Jones et al., 2015; Riegl and Branch, 1995).

The type of sediment released by dredging activities can also be different from naturally occurring sediment (Jones et al., 2016). Dredging sediment is often more fine-grained than natural coarse sediment, and these fine particles can cause higher turbidity (Fourney and Figueiredo, 2017), can take longer to settle out of the water column, can be distributed further (Duclos et al., 2013), and are more harmful to corals (Duckworth et al., 2017; Jones et al., 2015; Nugues and Roberts, 2003; Weber et al., 2006). When deposited on the benthos, this fine sediment may also have an adhesive, clay-like texture that is more resistant to bioturbation and dissipation (Jones et al., 2015), and is more likely to become anoxic (Piniak, 2007; Weber et al., 2006). Dredging can also release sediment from deeper strata than might be disturbed by natural events, generating additional sediment not already existing in the system and with distinct mineralogies compared to those found in reef environments (Saussaye et al., 2017; Swart, 2016). Releasing this sediment may result in acute acidification and/or eutrophication, and, particularly in areas such as shipping channels or ports (Nayar et al., 2007), may also release unwanted contaminants (Eggleton and Thomas,

2004; Jones, 2011; Su et al., 2002), sediment-borne pathogens (Hodgson, 1990; Voss and Richardson, 2006; Weber et al., 2012), or related immune impairment agents. Exposure to dredging plumes has been correlated with a doubling in the prevalence of white syndromes in corals on the Great Barrier Reef (Pollock et al., 2014), suggesting that dredging can either release potential pathogens and/or decrease coral health and compromise immunity.

The Port of Miami shipping channel bisects the Florida Reef Tract, and is immediately surrounded by areas designated under the U.S. Endangered Species Act (ESA) as critical habitat (defined as any area containing the physical and biological features essential to survival) for ESA-listed staghorn and elkhorn corals, of which hundreds of colonies (of *Acropora cervicornis*) were documented in 2013 within 150 m of the channel on the inner reef alone (McCarthy and Spring, 2014). Additional reef coral species listed as threatened under the ESA (including *Orbicella annularis, O. faveolata, O. franksi*, and *Mycetophyllia ferox*) have also been documented in the area (Dial Cordy and Associates, 2014a). These coral reefs and coral habitat are also designated as Essential Fish Habitat under the Magnuson Stevens Fishery Conservation and Management Act for species managed under the spiny lobster, snapper-grouper, and coral fishery management plans (NOAA Fisheries Service, 2017).

Dredging adjacent to the Florida reef tract took place to widen and deepen the Port of Miami shipping channel between November 20, 2013 and March 16, 2015 (~16 months). Dredged materials, consisting of chopped rock mixed with water, were pumped from the dredge to a spider barge which, in turn, pumped the material into scows (also known as hopper barges). The process of dewatering and overflow of sediment-laden water from the hopper barge deposits fine particles of dredged material into the water column (Jones et al., 2016) which, around the Port of Miami, created sediment plumes with an extent up to ~228 km$^2$ (Barnes et al., 2015). Ultimately, an estimated 4.2 million m$^3$ of material was dredged via pipeline, backhoe, and clamshell dredges, destined for a permitted offshore disposal location 2.4 km ESE of the project site at a depth of 120–240 m (Ocean Disposal Database, 2016).

Many dredging projects have historically suffered from data-poor monitoring efforts to determine impacts to coral reefs (Erftemeijer et al., 2012). However, in the case of the Port of Miami, surrounding coral resources were extensively monitored by an environmental consultancy, Dial Cordy and Associates (DCA), on behalf of Great Lakes Dredge and Dock Company, the dredging contractors for the U.S. Army Corps of Engineers (USACE), and on behalf of the Port of Miami (Miami-Dade County). Although this monitoring program concluded that the effects of dredging were minimal and attributed most observed coral mortality to a concomitant regional coral disease outbreak (Dial Cordy and Associates, 2017), state and federal agencies report that dredging impacts were widespread, severe, and long-lasting (Florida Department of Environmental Protection, 2014; Miller et al., 2016; National Marine Fisheries Service, 2016). These conflicting reports prompt the need for a comprehensive analysis of monitoring data to evaluate the contribution of dredging to observed reef impacts. Moreover, the extensive data collected in situ provides a unique opportunity to evaluate whether measured impacts on the benthos are correlated with satellite observations of sediment plumes. Although not a substitute for robust, in situ monitoring, demonstrating such a link would validate the use of remote sensing techniques to monitor and predict dredging and coastal construction impacts to benthic communities where data maybe lacking or unavailable, or where independent data sources are needed (Fisher et al., 2015).

Here, we apply rigorous, data-driven, statistical methods to DCA's in situ monitoring data to determine whether impacts to reef corals and habitat occurred as a result of dredging operations at the Port of Miami. Specifically, we investigate 1) whether dredging activities impacted the quality and quantity of corals and coral habitat, 2) whether dredging-related impacts can be distinguished from other regional disturbances that occurred contemporaneously, such as bleaching and disease, and

NMFS_00679

R. Cunning, et al.

Marine Pollution Bulletin 145 (2019) 185–199



**Fig. 1.** Map of coral reef habitats and monitoring locations around the Port of Miami shipping channel. Permanent monitoring sites ($n = 26$) where data were collected throughout dredging are indicated by purple squares, while non-permanent transects used for coral density and/or sediment depth measurements at various distances from the channel are indicated by red triangles (2010; before dredging) and green circles (2016–2017; after dredging). (For interpretation of the references to color in this figure legend, the reader is referred to the web version of this article.)

3) whether biological responses measured in situ can be predicted by remote sensing of dredging sediment plumes. Finally, we extrapolate from these data to estimate total coral losses and the full spatial extent of impacts from the Port of Miami dredging.

## 2. Methods

### 2.1. Study design and data provenance

The Port of Miami shipping channel, where dredging occurred, cuts across three tracts of coral reef and colonized hardbottom (Fig. 1), referred to (from west to east) as the nearshore ridge (NR), inner reef (IR), and outer reef (OR; terminology follows Walker (2009) and Miller et al. (2016), but note that USACE and DCA reports often refer to the inner reef as the middle reef). On each of these reefs, DCA monitored regions to the north (N) and south (S) of the channel ($n = 6$ regions). Within each region, monitoring was conducted in areas both adjacent to and

away from the channel ($n = 12$ areas, Fig. 1). The monitoring areas away from the channel ranged from intermediate distances of ~1.3–2.4 km (NNR, SNR, SIR, SOR) to farther distances of 9.4 km away (NIR, NOR); monitoring areas immediately adjacent to the channel were located within 18–48 m (median = 23 m). Each monitoring area contained 1–3 replicate sites ($n = 26$ permanent monitoring sites; Dial Cordy and Associates, 2014a, 2014b). At each site, DCA (1) deployed sediment traps to measure sediment accumulation throughout dredging; (2) recorded video transects to analyze changes in benthic cover using Coral Point Count with extensions (CPCe; Kohler and Gill, 2006); and (3) tagged individual corals to monitor their condition over time (details below).

In addition to these data collected at permanent monitoring sites, data were also collected at a range of distances from the edge of the channel out to several hundred meters away (Fig. 1) at various time-points before (Dial Cordy and Associates, 2012) and ~2 years after dredging (Dial Cordy and Associates, 2017). The metrics collected at

NMFS_00680

R. Cunning, et al.

*Marine Pollution Bulletin 145 (2019) 185–199*

these non-permanent sites included the density of corals (recorded both before and after dredging) and the depth of sediment (only recorded ~2 years after dredging). In addition to the DCA datasets, we also analyzed the presence of a sediment plume from dredging operations as detected by satellite imagery (details below).

All data (except remote sensing) were collected by DCA on behalf of Great Lakes Dredge and Dock, the USACE, or the Port of Miami, and were provided to the Florida Department of Environmental Protection (FDEP) for compliance with FDEP Permit No. 0305721-001-BI. We subsequently obtained these data by public records requests under the Florida Sunshine Laws. Data were supplied to FDEP in various spreadsheets which we integrated and standardized for downstream statistical analysis using R code (all data and analysis code is available on Github (http://github.com/jrcunning/pom-dredge) and archived at Zenodo (Cunning, 2019)). We did not independently verify DCA data entry from field notes, photographs, or videos, and we did not repeat intermediate data processing steps (e.g., CPCe analysis). We did, however, correct instances of data entry error (e.g., dates and species identifications) when such errors were apparent from context, and these modifications were also made using R code for transparency and re-producibility.

Our analyses focused on sediment trap accumulation, benthic sediment cover, and tagged coral condition throughout the dredging project, as well as correlations among these measured impacts and remotely-sensed sediment plumes. We also analyzed lasting impacts on the density of scleractinians and the depth of sediment in reef habitat approximately 2 years post-dredging. In the sections below, we describe for each analyzed dataset: 1) how DCA collected and processed samples and/or data (with reference to DCA reports for further detail); and 2) how we conducted downstream statistical analyses to quantify impacts to corals and reef habitat.

### 2.2. Sediment plume detection

Plumes of sediment in the water column (Fig. 2A) were detected using satellite imagery following the methods of (Barnes et al., 2015). Coordinates corresponding to the 26 permanent monitoring sites were mapped onto satellite imagery to determine presence or absence of a sediment plume on each day for which data were available (dependent on weather conditions and image quality). For each monitoring region, a binomial generalized additive model was used to model the frequency of sediment plume presence over time during dredging operations. To estimate the spatial extent of dredging impacts on the reef, the presence of sediment plumes during the dredging period was quantified for pixels along three north-south transects centered over the NR (longitude = 80.115°W), IR (80.0997°W), and OR (80.0894°W), positioned at 250 m intervals from 15 km south of the channel to 15 km north (n = 396 pixels).

### 2.3. Sediment trap accumulation

Sediment trap accumulation was measured by DCA using three sediment traps (1″ inner diameter PVC pipe with 500 mL collection bottle) deployed at each permanent monitoring site on a continuous basis between 2013-10-15 and 2015-07-20, for intervals that varied among sites and ranged from 10 to 89 days (n = 1287 sediment samples in total). Each sediment sample was separated into coarse and fine components using a U.S. Standard #230 sieve (the cut-point between very fine sand and coarse silt; Wentworth, 1922), dried at 150 °F for ≥24 h, and weighed to the nearest 0.01 g (Dial Cordy and Associates, 2015a, 2015b). Masses were divided by the duration of trap deployment to calculate sediment accumulation rates in g day$^{-1}$. We analyzed only 'fine' trapped sediment, as this is more likely derived from dredging than natural processes. Due to disparities between sediment trap accumulation and benthic sediment deposition (Storlazzi et al., 2011), these data should be interpreted as sediment inputs that are either

depositing or moving through the system.

To analyze these data, we used a Poisson generalized additive model to estimate the fine sediment trap accumulation rate in each monitoring area as a smooth function of time (using the midpoint of each sampling interval), weighted by trap deployment duration. To calculate total trap accumulation at each of the 12 monitoring areas during the dredging project, we summed the fitted daily accumulation rates for all days between 2013-11-20 (beginning of dredging) and 2015-03-23 (one week after dredging was completed).

### 2.4. Benthic sediment cover

The proportion of the benthos occupied by sediment was monitored by DCA using video transects recorded along three 20 m transects at each monitoring site between 2013-11-07 and 2016-08-20 (n = 1772 video transects; dates recorded vary among sites since data were collected at a site only when dredge operations were within 750 m). Between 27 and 80 still frames (median = 40) were extracted from each video transect and analyzed using CPCe with 10 points overlaid on each frame. Points overlaying tape, wand, or shadow were excluded, resulting in a range of 1–10 points analyzed per frame (median = 8). Points were classified into a range of benthic categories, of which we focus on "sand", which was used to indicate presence of sediment (Dial Cordy and Associates, 2015b). Two sites (HBN1 and HBN2) were omitted because they are considered a different habitat type (referred to as scattered coral/rock in sand) and/or were influenced by a "sand wave" during baseline surveys, reducing the frequency of data collection (Dial Cordy and Associates, 2014b).

To analyze these data, we used a binomial generalized additive mixed model to estimate sediment cover as a smooth function of time, with site and transect as random factors. Models were fitted only to portions of the time series with < 20-week gaps between data points.

### 2.5. Tagged coral condition

DCA observers tagged and monitored individual coral colonies throughout the project, recording a variety of condition codes that reflected coral health and/or impacts of sedimentation (Dial Cordy and Associates, 2015b). The complete collated dataset contained n = 23,537 observations of 650 tagged corals at 26 permanent monitoring sites between 2013-10-14 and 2016-08-20 (dates vary among sites since data were collected from a site only when dredge operations were within 750 m). We analyzed coral sediment burial as the occurrence of either "PBUR" (partial burial) or "BUR" (complete burial) condition codes over time using a binomial generalized additive mixed model for each monitoring area, with site, transect, and species as random factors.

To quantify partial mortality due to sedimentation, we analyzed occurrence of the "PM" condition code (defined by DCA as partial mortality specifically due to sedimentation; Dial Cordy and Associates, 2015a) using a binomial generalized linear mixed model (GLMM) with site, transect, and species as random factors. A colony was counted as having experienced partial mortality due to sedimentation if it was recorded with the "PM" condition code at any time during dredging operations. The same analysis was conducted for total mortality (condition code = "DEAD"); however, since some corals may have died due to a concomitant disease outbreak, we additionally analyzed total mortality for the subset of tagged coral species not observed with disease during monitoring (*Acropora cervicornis, Agaricia agaricites, Agaricia lamarcki, Madracis decactis, Mycetophyllia* spp., *Porites astreoides, Porites porites, Siderastrea siderea, Stephanocoenia intersepta*), which lowered statistical power but allowed us to isolate potential dredging impacts from disease-related mortality. Further estimates of total mortality are derived from changes in coral density (Section 2.8).

*R. Cunning, et al.*                                                                                                   *Marine Pollution Bulletin 145 (2019) 185–199*



**Fig. 2.** Representative photographs of sediment plumes and benthic impacts. (A) Sediment plumes spread from dredging activity in the channel on 2013-12-30 (photo: Google Earth). (B) Sediment covers the benthos on the NIR reef < 250 m from the channel on 2015-01-30, with the tops of gorgonians protruding from ~7 cm of sediment (photo: R Silverstein). (C) A colony of *A. cervicornis* is partially buried in sediment 150 m from the channel on the NIR in September 2014 (photo: Coastal Systems International). (D) A *Colpophyllia natans* colony is partially buried with a berm of rejected sediment around its perimeter on 2014-07-22 (photo: Florida Department of Environmental Protection, 2014)). (E) The same *C. natans* colony after sediment was removed from the base of the colony, revealing significant partial mortality. (F) Dead coral skeletons on the NIR reef < 150 m from the channel on 2015-06-23. Sediment was removed from the top of the large colony in the center to reveal skeletal structure. (Photo: R Silverstein).

*2.6. Relationships among measurements*

For each of the independent in situ measurements made at permanent monitoring areas (plume presence, fine sediment accumulation, benthic sediment cover, partial or complete coral burial, and partial coral mortality from sediment), we calculated aggregated metrics for each area and analyzed their pairwise correlations. Dredge plume presence was calculated as the proportion of days that a dredge plume was present (Fig. 3); sediment accumulation was calculated as the total accumulation of fine sediment in traps during the project (kg m$^{-2}$; Fig. 5); benthic sediment cover was calculated as the mean daily proportion of the benthos covered by sediment (Fig. 6); coral burial was calculated as the mean daily probability of coral burial (Fig. 7); coral mortality was calculated as the cumulative probability of partial

NMFS_00682

R. Cunning, et al.

*Marine Pollution Bulletin 145 (2019) 185–199*



**Fig. 3.** Presence of a sediment plume as detected by satellite data throughout the dredging project. Smooth lines are GAM fits for each monitoring area (± 95% CI), colored according to distance from channel. Points in margins indicate the presence or absence of the dredge plume on a given date (data not available for all dates). Vertical dotted lines indicate the beginning (2013−11−20) and end (2015-03-16) of dredging operations.

mortality from sediment among tagged corals (Fig. 8). Metrics derived from time series (e.g., benthic sediment cover, coral burial) only include dates for which data were available from all monitoring areas. Pairwise linear regressions were performed for these aggregated metrics, and $R^2$ values calculated to determine the proportion of variability of the response explained by each predictor.

To estimate the magnitude of potential benthic impacts based on the sediment plume presence between 15 km south and 15 km north of the channel (Section 2.2), linear transformations using these regression models were made based on the proportion of days that a plume was detected at a given pixel.

*2.7. Sediment depth*

Sediment depth was measured by DCA ~2 years after dredging (between 2016-09-12 and 2017-05-30; Dial Cordy and Associates, 2017) at 1 m intervals along two perpendicular 50 m transects centered at increasing distances from the channel within the linear reef habitat (as defined by Walker, 2009). The distribution of sediment depth measurements was highly positively skewed, and therefore a quantile regression approach was taken. For each transect (containing $n = 51$ measurements), quantiles were computed to reflect the depth of sediment recorded in 1%, 10%, 25%, and 50% of measurements. These quantiles were then analyzed by linear regression with reef, direction, and log(distance from channel) as predictors.

*2.8. Scleractinian abundance*

To detect changes in scleractinian abundance, we analyzed the number of corals counted by DCA along belt transects at varying distances from the channel before dredging (in 2010 and 2013; Dial Cordy and Associates, 2014a, 2014b) and ~2 years after dredging (late 2016/early 2017; Dial Cordy and Associates, 2017). In 2010 and 2016–17, all corals ≥1 cm were recorded, while in 2013 only corals ≥3 cm were recorded. For some observations, diameter information was missing, so we assumed these corals were ≥3 cm. Across all of these timepoints, 11,166 scleractinians were counted along 482 transects, comprising 33 species, including ESA-listed *A. cervicornis, M. ferox, O. annularis, O. faveolata,* and *O. franksi*.

We analyzed the density of 'large' (defined as ≥3 cm) corals as a function of distance from channel in each monitoring area using a

Poisson generalized linear mixed model, with timepoint (before or after dredging) as an additional fixed factor, and site, transect, and survey date as random factors. For the SIR, one data point was a highly influential outlier (Cook's distance = 1.34, while all other points < 0.12), and was removed from the analysis. The density of 'small' corals (< 3 cm) was analyzed the same way. For each monitoring region, fitted values were used to test for differences in scleractinian density before vs. after dredging both adjacent to (20 m) and further away from (300 m) the channel.

Fitted values for declines in coral density (corals m$^{-2}$) at 1 m intervals moving away from the channel in each monitoring region (sufficient data available only for the IR and NOR) were multiplied by the total area of reef habitat at that distance within each region in order to estimate the total number of corals lost due to dredging activity. Area was calculated in ArcGIS as the aggregate sum of coral reef and colonized hardbottom habitat using mapping data from (Walker, 2009).

## 3. Results

*3.1. Sediment plume detection*

The frequency of sediment plume (e.g., Fig. 2A) detection by satellite was higher in the permanent monitoring areas closer to the channel (Fig. 3). In late 2013, after dredging commenced, plumes occurred with very high frequency (77–92% of days) near the channel on the NR and IR, were also frequent on the OR (58% of days), as well as all monitoring areas within 1.25−2 km (33–50% of days; Fig. 3). In contrast, sediment plumes were detected on only 14–17% of days during the same time period 9.4 km away. In 2014 through the end of dredging in 2015, sediment plumes were almost never detected (3–4% of days) 9.4 km away, but still occurred with variable but high frequency at all intermediate distance monitoring areas (16–38% of days) and channelside areas (53–65% of days; Fig. 3).

*3.2. Sediment trap accumulation rates*

Fine sediment accumulation measured by sediment traps was highest at locations near the channel, and in particular, on the NR and IR (Fig. 4, 5). Fine sediment accumulation rates showed peaks in late 2013, spring 2014, and late 2014, and began to decline after dredging ended (Fig. 4). The highest rates of fine sediment accumulation were

NMFS_00683

R. Cunning, et al.

*Marine Pollution Bulletin 145 (2019) 185–199*



**Fig. 4.** Accumulation rates of fine sediment in sediment traps throughout the dredging project. Horizontal line segments indicate measured rates of fine sediment accumulation in each trap over each deployment period. Smooth lines are GAM fits for each monitoring area ( ± 95% CI), colored according to distance from channel. Vertical dotted lines indicate the beginning (2013-11-20) and end (2015-03-16) of dredging operations. The horizontal dashed line indicates a threshold of 25 mg cm$^{-2}$ d$^{-1}$; sediment deposition rates exceeding this threshold over 30 days may cause severe stress leading to mortality (Nelson et al., 2016).



**Fig. 5.** Total amount of fine sediment accumulated in sediment traps in each monitoring area throughout dredging operations. Bars indicate the sum of fitted daily fine sediment accumulation rates between 2013-11-20 and 2015-03-16 (Fig. 4) for each monitoring area ( ± 95% CI). Bars are colored corresponding to distance from channel, and 'n/a' indicates areas that were not monitored.

recorded in late 2014 when the NIR channelside area received over 400 mg cm$^{-2}$ d$^{-1}$ on average, with one trap measuring 606 mg cm$^{-2}$ d$^{-1}$ over a 51-day period. During the same time period, traps 9.4 km away from the channel on the NIR measured 10 times less sediment (58.3 mg cm$^{-2}$ d$^{-1}$). The total fine sediment accumulation over the entire dredging project (Fig. 5) was highest at the NIR channelside area (830 kg m$^{-2}$).

### 3.3. Benthic sediment cover

Sediment cover on the benthos (e.g., Fig. 2B) increased during dredging, with channelside areas naturally low in initial cover (0–10%; IR and OR) becoming 50–90% covered in sediment for most of the duration of dredging (Figs. 6, S1). Intermediate-distance monitoring areas (1.25–2.5 km away) also experienced increases in sediment cover,

peaking at 50–70% in late 2014. By contrast, areas located 9.4 km away were typically < 25% sediment, and never exceeded 50%. Mean daily percent sediment cover ( ± 1 s.d.) was 61.1 ± 16.0% near the channel, 35.8 ± 21.6% at intermediate distances, and 15.4 ± 8.5% at 9.4 km away. Sediment cover over time was temporally correlated with sediment trap accumulation rates for most areas (Fig. S2; median correlation coefficient = 0.51 with median lag time = 33 days), indicating that sediment deposition drove the observed increases in sediment cover.

### 3.4. Burial of corals

There was only one record of partial burial by sediment (out of 1211 observations of tagged corals, 0.08%) prior to the start of dredging. After dredging began, the probability of partial or complete coral burial

NMFS_00684

R. Cunning, et al.                                                                                                                                Marine Pollution Bulletin 145 (2019) 185–199



**Fig. 6.** Percent sediment cover at each monitoring area during dredging operations. Points indicate the mean percent sediment cover for each transect measured by CPCe analysis, and smooth lines show GAMM fits for each monitoring area (± 95% CI). Fitted lines are colored by distance from channel. Vertical dotted lines indicate the beginning (2013-11-20) and end (2015-03-16) of dredging operations.



**Fig. 7.** Probability of partial or complete coral burial by sediment in each monitoring area during dredging operations. Points indicate the proportion of living tagged corals in each monitoring area observed on a given date as either partially or completely buried in sediment. Lines represent GAMM fits for each monitoring area (± 95% CI) colored by distance from channel. Vertical dotted lines indicate the beginning (2013-11-20) and end (2015-03-16) of dredging operations.

(e.g., Fig. 2C, D) rose sharply in areas, first on the NR in late 2013/early 2014, and then on the IR and OR in mid to late 2014 (Fig. 7). The probability of partial or complete burial reached 57–76% at all northern channelside areas by late August/early September 2014. At southern channelside areas, probabilities peaked at 44.5–52.7% on the NR and IR, but reached only 18.3% on the OR. At all intermediate and far distances, probabilities remained below 6%, with the exception of the NNR area (2.3 km away), which peaked at 31.2%.

### 3.5. Coral mortality

Partial mortality due to sedimentation (e.g., Fig. 2E) was frequently observed for tagged corals, especially in channelside areas, where the cumulative prevalence was 56.8–74.7% (except the SOR at 24.1%; Fig. 8). In addition to partial mortality due to sedimentation, tagged corals also experienced total mortality (e.g., Fig. 2F), although causes of

total coral mortality were not necessarily known. To eliminate disease as a possible cause of death and isolate total mortality due to sedimentation, we analyzed data from only those coral species not observed with disease by DCA during the monitoring period. Among these non-disease-susceptible tagged corals, the probability of total mortality was 36% on the NIR adjacent to the channel, but only 7% at a distance of 9.4 km (Fig. S4). Other monitoring regions also showed trends of higher partial and total mortality in areas closer to the channel. Mortality of non-tagged corals is presented in Section 3.8.

### 3.6. Correlations among metrics in permanent monitoring areas

Measured impacts of dredging were highly correlated across the 12 monitoring areas (Fig. 9). Areas where sediment plumes were more frequently detected had higher rates of sediment trap accumulation, higher proportions of the benthos covered in sediment, higher

NMFS_00685

R. Cunning, et al.                                                                                     *Marine Pollution Bulletin 145 (2019) 185–199*



**Fig. 8.** Coral partial mortality due to sedimentation in each monitoring area throughout dredging operations. Bars indicate the predicted probability ( ± 95% CI) of tagged corals being observed with the condition code PM (partial mortality due to sedimentation) at any point through March 2015 (the final month of dredging operations). Bar colors correspond to distance from channel, and 'n/a' indicates areas that were not monitored.

probabilities of corals being partially or completely buried in sediment, and higher rates of coral partial mortality. Each of these metrics were highly positively correlated with each other ($R^2$ values between 0.51 and 0.90), and were statistically significant (all $p$-values < 0.01).

The frequency of sediment plume presence predicted an average of 62% of the spatial variability among all the other analyzed parameters, including sediment trap accumulation (52%), mean benthic sediment cover (73%), mean probability of coral burial (65%), and cumulative probability of partial mortality to corals (59%) across permanent monitoring sites. Using this predictive power, we estimated the likely magnitude and extent of these impacts based on the occurrence of sediment plumes in satellite imagery over each reef ranging from 15 km south to 15 km north of the channel (Fig. 10). The frequency of sediment plumes was ~55–70% near the channel, and decreased with distance from channel, with a skew toward higher frequency to the north. Based on these data, probable dredging-related impacts within 2–3 km include a ~4- to 9-fold increase in fine sediment input (an additional ~200–500 kg/m² depositing or moving through the system), a ~2- to 4-fold increase in benthic sediment (covering an additional 15–40% of the reef, on average, for 16 months), and a ~5- to 12-fold increase in coral partial mortality (affecting an additional ~20–55% of corals; Fig. 10). Sediment plumes further predict a doubling in partial mortality out to ~5 km south and ~9 km north of the channel, and some level of impact as far as ~10 km south and ~15 km north (the full range of plume detection).

### 3.7. Alteration of habitat 2 years post-dredging

Two years after dredging, significant portions of the benthos to the north of the channel were found to be covered in deep sediment (Fig. 11). One quarter of the NOR near the channel was covered by 10 cm or more of sediment, with pockets (~1% of the reef area) up to 30 cm deep. Based on sediment depth data for the NIR and NOR, the percent of area 20 m from the channel covered in at least 1 cm of sediment was 47% and 55%, respectively, while at 500 m, this decreased to 12% and 16%. While sediment depth data was not collected pre-dredging, three sites were surveyed for benthic sediment cover both before dredging and again two years later (Fig. S5): two channelside sites with very low sediment cover before dredging

(0.2 and 1.2%) had significantly higher sediment cover two years post-dredging (19.4 and 34.0%; fold-changes of 14 and 156), while a third site located ~1 km away on the SIR had no change in sediment cover (21.8% to 21.5%).

### 3.8. Impacts to coral populations

Two years after dredging, the density of corals ≥3 cm at ~20 m from the channel was significantly reduced in all reef areas (Fig. 12); these reductions in coral density ranged from ~26–43% (SIR, SOR, NIR) up to 50–64% (NNR, SNR, NOR). Where sufficient data exist, declines in coral density lessened moving away from the channel, such that at 300 m away, changes in coral density were not statistically significant (except for a marginally significant ($p$ < 0.1) decline of 43% on the NOR).

The density of small corals (1–2 cm diameter) near the channel was even more reduced two years after dredging (Fig. 13). On the NIR, SIR, and NOR, small corals declined by ~80% (NIR: 78.8%, $p$ < 0.01; SIR: 80.1%, $p$ < 0.1; NOR: 78.3%, but not significant). At 300 m away from the channel, small corals were still reduced by 72.3% on the NIR ($p$ < 0.1), and, though not significant, were 67.3% lower on the SIR, and 62.8% lower on the NOR. The same analyses were also repeated with only coral species that were not observed with disease to isolate dredging-related impacts; these analyses produced very similar results (Figs. S6, S7). As additional evidence of the disproportionate loss of small corals in these areas, size-frequency distributions of the coral populations within 100 m of the channel showed a higher mean size of corals after dredging at NIR ($p$ < 0.0001), SIR ($p$ < 0.0001), and SOR ($p$ < 0.001) relative to before dredging (Fig. S8).

By multiplying the declines in coral density by the total reef area in each region (where data exist, i.e., at three of six monitoring areas and only out to 500 m), we estimate that over half a million corals were killed during the dredging period (Table 1). In some cases, the distances in Table 1 are less (192 m on the SIR and 349 m on the NIR) because there was no estimated decline in density beyond that point (Fig. 11). The greatest losses (> 400,000 corals, ~71.5%) occurred in the small size class (< 3 cm) on the inner reef (Table 1).

NMFS_00686

R. Cunning, et al.

Marine Pollution Bulletin 145 (2019) 185–199



**Fig. 9.** Correlations among multiple metrics measured across monitoring areas. Points represent monitoring area (*n* = 12) colored by distance from channel (green ≤ 50 m; blue = 1.25–2.5 km; red = 9.38 km). Metrics are as follows: Dredge plume = proportion of days dredge plume present (Fig. 3); Sed. accumulation = total fine sediment trap accumulation during project (kg m⁻²; Fig. 6); Benthic sed. = mean daily proportion benthic sediment cover during project (Fig. 5); Coral burial = mean daily probability of coral burial during project (Fig. 7); Coral mort. = probability of partial mortality due to sedimentation among tagged corals (Fig. 8). Metrics derives from time series (e.g., Benthic sed., Coral burial) only include dates for which data were available from all monitoring areas. Each panel displays a linear regression and the proportion of variation in the response explained by the predictor (R-squared). (For interpretation of the references to color in this figure legend, the reader is referred to the web version of this article.)

## 4. Discussion

### 4.1. Impacts from dredging at the Port of Miami

These analyses reveal significant impacts of dredging-related sedimentation on corals and the quality and quantity of coral habitat surrounding the Port of Miami shipping channel. Sediment plumes were detected with high frequency within several kilometers to the north and south of the channel (Figs. 3, 10), indicating that potential impacts from dredging were widespread and sustained over the 16-month project duration. Sediment trap data indicate that nearly ~830 kg of fine sediment per m² were input to reef habitats near the channel (Fig. 5), and that high sediment inputs occurred out to at least 2.5 km (Figs. 4, 5). Modeling work by Nelson et al. (2016) suggests that sedimentation rates > 25 mg cm⁻² d⁻¹ for 30 days (i.e., 7.5 kg m⁻² over a single 30-day period) are likely to cause severe coral stress and mortality; over the 20 months of sediment trap monitoring, this threshold was

exceeded, on average, 84.0% of the time at sites adjacent to the channel, 66.7% of the time at intermediate distance sites (1.25–2.5 km), and 15.2% of the time at the farthest sites (9.4 km; Fig. 4).

As some of this sediment deposited on the benthos, reef habitat initially low in sediment cover became 50–90% covered in sediment during dredging operations (Fig. 6). In addition to major impacts to existing benthic organisms (discussed below), the consequences of reef habitat being mostly buried for ~16 months likely include a significant reduction in larval recruitment. With at least two spawning and recruitment cycles (2014 and 2015) potentially affected by high sedimentation and suspended sediment, it is likely that area reefs experienced reduced fertilization, recruitment, and juvenile survivorship (e.g., Babcock et al., 2002; Fabricius, 2005; Moeller et al., 2016; Ricardo et al., 2015, 2016). Therefore, in addition to the effects documented here, dredging likely had detrimental, but as-yet-unquantified, effects on the ability of corals at these sites to undergo successful sexual reproduction. Indeed, elevated turbidity – even for a single month – has

NMFS_00687

R. Cunning, et al.                                                                                                                                        Marine Pollution Bulletin 145 (2019) 185–199



**Fig. 10.** Predicted magnitude and extent of dredging impacts based on dredge plume occurrence. Lines indicate the frequency of dredge plume presence throughout dredging operations based on satellite imagery along linear transects from 15 km north to 15 km south of the channel on the nearshore ridge, inner, and outer reefs. Axes on the right show predicted impacts based on linear transformations of dredge plume presence according to the models in Fig. 9. Additional ticks are added to transformed axes to indicate relative fold-changes ('2×', etc.) above baseline in the absence of a plume. The baseline values at the bottom of the transformed axes correspond to the y-intercepts of the regressions in Fig. 9, i.e., the level of impact expected with a sediment plume is entirely absent.

been found to reduce coral recruitment from 80% to 10% (Fourney and Figueiredo, 2017). Surveys conducted on affected reefs near the Port of Miami dredging in 2014 found no coral recruits due to fine sediment covering the benthos (Florida Department of Environmental Protection, 2014).

As the benthos became covered in sediment, corals were also buried. By mid to late 2014, ~50–75% of tagged corals adjacent to the channel (except on the SOR) were partially or completely buried in sediment (Fig. 7). Consistent with these rates of burial, ~50–75% of tagged corals adjacent to the channel (except the SOR) also suffered partial mortality due to sedimentation (Fig. 8). In populations of colonial organisms, partial mortality (e.g., of large colonies) is as important as whole-colony mortality (e.g., of small colonies) in driving changes in total

tissue biomass (Meesters et al., 1996), and in determining changes in population-level parameters like fecundity (Denley and Metaxas, 2016). Colonies are also less likely to recover from partial mortality in high sediment conditions (Meesters et al., 1992).

Whole-colony mortality was assessed in multiple ways: by direct observations of tagged corals, and by changes in total coral density before and after dredging. However, unlike the other metrics analyzed here, complete mortality has the potential to be confounded by regional bleaching and/or disease events that were occurring contemporaneously (Walton et al., 2018). Therefore, to distinguish dredging impacts from these regional disturbances, we analyzed (1) spatial patterns in proximity to dredging, (2) impacts to coral species not affected by disease, and (3) impacts to coral size classes with varying



**Fig. 11.** Depth of sediment in relation to channel measured ~2 years after dredging operations. Dots represent individual sediment depth measurements along transects, jittered around the distance from the center of the transect to the channel in each monitoring region. Lines represent quantile regressions across transects as a function of log(distance from channel), indicating that at a given distance from the channel (on the x-axis), sediment with a particular minimum depth (on the y-axis) covered X% of the reef (where X is the quantile of the regression, e.g. 1%, 10%, etc.).

NMFS_00688

R. Cunning, et al.                                                                                                                                                  Marine Pollution Bulletin 145 (2019) 185–199



**Fig. 12.** Density of corals ≥ 3 cm within 500 m from the channel in each monitoring region before and after dredging operations. Data 'before' dredging were collected in 2009 and 2013, and data after dredging were collected in 2016–2017. GLMM fits are shown as lines for the regions and times in which data were collected at > 2 points beyond 50 m, and otherwise as points including only data from within 50 m of the channel. Shaded regions and error bars represent 95% CI's. Text annotations indicate the results of tests for differences between timepoints at 20 m and 300 m from the channel (*** = $p < 0.0001$; ** = $p < 0.001$; * = $p < 0.01$; . = $p < 0.1$; ns = not significantly different).

vulnerability to sediment burial. Among the tagged coral species not affected by disease during monitoring (Section 2.5), complete mortality was 5× higher near the channel (36%) compared to 9 km away (7%) on the NIR (Fig. S4). Consistent with this high mortality near the channel, we also found 25–80% reductions in total coral density after dredging, and these declines lessened in severity moving away from the channel (Figs. 12, 13). This spatial pattern of coral loss suggests these impacts were caused directly by dredging or its interaction with other stressors (e.g., Bessell-Browne et al., 2017b), since bleaching or disease alone would not be expected to cause more severe mortality closer to the channel. Even coral species never observed with disease, when analyzed separately, showed the same decline in density and relationship with distance from the channel (Figs. S6, S7), providing additional

evidence that dredging, not disease, was the driving factor. Furthermore, 1–2 cm corals, which could more easily be buried by sediment due to their small size, suffered disproportionate declines of up to 80% (which were also more severe closer to the channel), again implicating sediment burial as the cause. Finally, the observed declines in coral density around the Port of Miami far exceeded the regional estimate of 11.6% decline (2013–2016) as a result of bleaching and disease (Walton et al., 2018). This extensive coral mortality increased directly with proximity to the channel, affected even disease-resistant species, and disproportionately impacted small corals. Taken together, these findings cannot be explained by regional bleaching or disease, and instead indicate local disturbance in the channel as causing the majority of coral loss. While in theory, some other unidentified factor associated



**Fig. 13.** Density of small corals (1–2 cm) within 500 m from the channel in each monitoring region before and after dredging operations. Data 'before' dredging were collected in 2010, and data after dredging were collected in 2016–2017. GLMM fits are shown as lines for the regions and times in which data were collected at > 2 points beyond 50 m. Shaded regions and error bars represent 95% CI's. Text annotations indicate the results of tests for differences between timepoints at 20 m and 300 m from the channel (*** = $p < 0.0001$; ** = $p < 0.001$; * = $p < 0.01$; . = $p < 0.1$; ns = not significantly different).

NMFS_00689

R. Cunning, et al.  *Marine Pollution Bulletin 145 (2019) 185–199*

**Table 1**
Estimated coral loss two years after dredging within 500 m of the dredged channel. Losses were estimated by multiplying declines in density per m² (see Figs. 12, 13) by the reef area in each region at increasing distance from the channel out to a maximum distance of 500 m (the extent of data collection), or the distance at which density estimates before and after dredging intersected (whichever was lesser). Coral density data were only available for three of six reef regions. 'Out to (m)' and 'From area (km²)' indicate the distance from channel, and total area, within which the estimate of coral loss took place.

| Direction | Reef | Size class | Corals lost | Out to (m) | From area (km²) |
|---|---|---|---|---|---|
| Northern | Inner | < 3 cm | 203,249 | 500 | 0.86 |
| Northern | Inner | ≥3 cm | 72,982 | 349 | 0.75 |
| Southern | Inner | < 3 cm | 197,917 | 500 | 1.51 |
| Southern | Inner | ≥3 cm | 16,912 | 192 | 1.3 |
| Northern | Outer | < 3 cm | 11,082 | 500 | 1.87 |
| Northern | Outer | ≥3 cm | 58,636 | 500 | 1.87 |
| **Total** | | | **560,778** | | |

with the channel could have produced this channel effect, all lines of evidence point to dredging activity as the direct cause.

By multiplying the declines in coral density (where data exist) by the total area of coral habitat (Walker, 2009), these data indicate that at least half a million corals were lost within 500 m of the channel as a result of dredging activities (Table 1). Moreover, this may be a conservative estimate of total coral loss, because it only includes areas where sufficient data were collected (i.e., only three out of six reef regions, and only out to a distance of 500 m from the channel). Impacts likely occurred in the other three reef regions and at distances > 500 m, as our analyses below indicate. Consequently, the actual amount of coral lost as a result of dredging is likely to be much higher (millions of colonies).

In addition to these significant coral losses, surviving corals and portions of coral colonies likely also suffered sublethal impacts including growth reductions (confirmed empirically by Miller et al. (2016)), depletion of energy and lipid reserves, and decreased immunity associated with the physical challenges of sediment removal and stress from the eutrophication, acidification, and light attenuation caused by suspended sediment (Erftemeijer et al., 2012; Fourney and Figueiredo, 2017; Jones et al., 2015; Pollock et al., 2014; Riegl and Branch, 1995). Corals in the vicinity of the plume or that suffered direct sedimentation also may have been more susceptible to the regional disease outbreak (Pollock et al., 2014; Stoddart et al., 2019; Voss and Richardson, 2006), and this could be investigated directly in future research.

Our combined analysis of a number of independent physical and biological metrics reveals highly significant positive correlations between sediment plume presence, sediment trap accumulation, areal sediment cover, coral burial, and coral partial mortality. This indicates that, despite their independent nature, each of these metrics is a good predictor of the others across the spatial extent of monitoring (Fig. 9). Indeed, correlations between these metrics are not surprising, because they reflect a causal sequence of events linking dredging activity to coral mortality, in which dredge plumes spread from the site of origin, sediment is deposited on the benthos, and this sediment buries and kills corals. Nevertheless, explicitly quantifying these relationships is important because we show that 62% of the variability in sediment impacts to reef corals and habitat measured in situ can be explained by the occurrence of remotely-sensed sediment plumes. While this relationship will vary from project to project, it suggests that when calibrated against an appropriate set of in situ monitoring data (such as was done here), the footprint and magnitude of impact of dredging operations can be estimated based on satellite observations.

At the Port of Miami, we used the predictive power of these remotely-sensed sediment plumes to extrapolate potential impacts beyond the range of in situ data collection, greatly expanding our ability to assess impacts over spatial scales that are much larger than the

original design of the monitoring program. Based on the occurrence of sediment plumes spanning ~25 km of the Florida Reef Tract to the north and south of the channel (Fig. 10), we can predict that dredging operations impact hundreds of kilograms of fine sediment per m² and buried > 25% of the reef as far as 3 km away, doubled coral partial mortality from sediment 5–10 km away, and had potential impacts as far as 15 km from the dredged channel.

Dredging-related impacts were not only widespread, but also long-lasting, as indicated by sediment cover and depth measurements taken ~2 years after dredging. Although comparable sediment cover data prior to dredging exist for only three sites (making it difficult to quantify changes comprehensively), these data show that two years later, sediment cover was unchanged at one site 1.25 km away, but remained elevated ten- to a hundred-fold at two sites near the channel (Fig. S5). Sediment depth was also not measured prior to dredging, but the very low sediment cover measured on the inner reef (0–1%; Fig. S5) suggests that depths at these locations must have also been near zero. Two years after dredging, > 1 cm of sediment covered ~50% of the NIR and NOR near the channel, but only ~12–16% of the reef 500 m away (Fig. 10); this spatial pattern suggests that the deeper sediment near the channel resulted from dredging. These persistent sediment deposits are particularly detrimental as these areas are designated as critical habitat for threatened *Acropora*. Even a "thin veneer" of sediment may impair settlement in some corals (Ricardo et al., 2017), and standing sediment deeper than 1 cm is considered to render an area non-functional as recruitable coral habitat (National Marine Fisheries Service, 2016). In the *Acropora* Recovery Plan, habitat of suitable quality is defined as hard substrate free of sediment cover as required for larval recruitment, with recruitment failure identified as a key conservation challenge (National Marine Fisheries Service, 2015). Therefore, the impacts documented here represent a significant and long-lasting loss of living resources and critical habitat for these ESA-listed corals, as well as other reef species.

### 4.2. Recommendations for future dredging near coral reefs

These findings are particularly relevant in light of future dredging operations planned in the vicinity of coral reefs. Before the Port of Miami dredging project commenced, environmental assessments predicted "temporary," "localized," and "insignificant" sedimentation impacts to corals and coral habitat, stretching only as far as 150 m from the channel (Florida Department of Environmental Protection, 2012; National Marine Fisheries Service, 2011; U.S. Army Corps of Engineers, 2004). Impacts were not expected to exceed the permitted 7.07 acres of coral habitat impact (by direct removal of habitat for channel expansion; Florida Department of Environmental Protection, 2012). In contrast, we show sedimentation impacts were directly observed at least 2.5 km from the channel (Figs. 3–8), with predicted impacts (based on sediment plume occurrence) as far as 10–15 km away (Fig. 10). The impacts described here show that the project exceeded the pre-construction predictions in terms of: (1) geographic area, by one to two orders of magnitude; (2) severity, with hundreds of thousands to millions of corals either partially or totally killed, including those listed as threatened on the Endangered Species Act; and (3) permanence, lasting at least two years post-dredging. These impacts show that the measures put in place to ensure only temporary and insignificant impacts (Florida Department of Environmental Protection, 2012; National Marine Fisheries Service, 2011; U.S. Army Corps of Engineers, 2004) were insufficient to protect corals and coral habitat.

To avoid similar outcomes, future dredging projects should extend their predicted areas of impact and related monitoring and mitigation. For example, "intermediate" distance locations (1.25–2.5 km from the channel) were originally designed as "control" locations for near-channel sites (Florida Department of Environmental Protection, 2012), but were located within the area of dredging impact. A lack of sufficient pre-dredging monitoring data also hinders an even more

NMFS_00690

comprehensive assessment of coral habitat impacts. While we did not directly analyze turbidity measurements, turbidity limits established at 29 NTUs above background (Florida Department of Environmental Protection, 2012) were only reported to have been exceeded on very few occasions, yet severe impacts to surrounding coral reefs still occurred. Based on these findings, we support Fourney and Figueiredo (2017) in recommending a reduction of US-EPA allowable turbidity from 29 NTU above background to < 7 NTU near coral reefs. We also echo other authors' recommendations of a moratorium on all sediment-releasing activities before, during, and after coral spawning periods, which also coincide with times of year when thermal stress is expected to occur (Bessell-Browne et al., 2017a; Miller et al., 2016; Moeller et al., 2016).

Coral reefs in Florida and elsewhere are under increasing threats from a range of global threats, particularly climate change, that are not easily within the scope of local management actions. Given these declines, additional attention must be paid to protecting the corals that remain and preventing avoidable impacts from human activities, such as dredging that, unlike climate change, can be managed at the local level.

## 5. Conclusions

This report describes a spatially explicit statistical approach to estimate impacts to coral health and reef resources as a result of dredging at the Port of Miami from 2013 to 2015. Multiple, independent datasets, ranging from remotely-sensed dredge plumes to benthic sediment cover to partial mortality of tagged corals, all show strong increases with proximity to the dredging site, and are also highly correlated with one another. Taken together, these approaches indicate that local dredging-related sedimentation, not regional disturbances such as disease or bleaching, was the cause of these observed impacts. The extensive data collected by DCA allowed us to establish, for the first time, direct, quantitative links between remotely-sensed sediment plumes and in situ benthic impacts, revealing potential effects of the Port of Miami dredging along a 25 km segment of the northern Florida Reef Tract (from 10 km south of the channel to 15 km north). These dredging activities resulted in a 10- to 100-fold increase in sediment cover on nearby reefs, and a likely loss of over a million corals from affected areas in the vicinity. The geographic scope, longevity, and severity of these impacts far exceeded pre-dredging predictions, indicating a pressing need to re-evaluate environmental thresholds, monitoring, mitigation, adaptive management, and enforcement to avoid similar harm to corals and coral habitat as a result of dredging activities in the future.

## Acknowledgments

We thank A. Carter and M. Estevanez for support with GIS analysis. C. Storlazzi provided helpful comments on the manuscript.

## Funding

RC and AB were supported by funding to AB from NSF (OCE-1358699) and the University of Miami. RNS was supported by grants to Miami Waterkeeper from Patagonia, the Waitt Foundation, and the Curtis and Edith Munson Foundation. BBB was supported by NASA (NNX14AL98G, NNX14AK08G, 80NSSC18K0340).

## Declaration of competing interest

Miami Waterkeeper was a co-plaintiff in an Endangered Species Act litigation regarding impacts to coral reefs resulting from the 2013–15 dredging activities at the Port of Miami. This litigation concluded in August 2018. At time of submission (December 2018) Miami Waterkeeper is a co-plaintiff in another environmental litigation regarding dredging at Port Everglades (Ft. Lauderdale, FL). Author R. Silverstein is currently the Executive Director and Waterkeeper of Miami Waterkeeper.

## Appendix A. Supplementary information

Supplementary data to this article can be found online at https://doi.org/10.1016/j.marpolbul.2019.05.027.

## References

Abdel-Salam, H.A., Porter, J.W., 1988. Physiological effects of sediment rejection on photosynthesis and respiration in three Caribbean reef corals. In: Proc 6th Intl Coral Reef Symp 2, pp. 285–292.

Ashe, A., 2018. Federal Deepening Funds Set US East Coast for Asia Import Gains. [WWW Document]. URL. https://www.joc.com/port-news/us-ports/east-coast-ports-hope-federal-funds-boost-asia-market-share_20180611.html, Accessed date: 26 November 2018.

Babcock, R., Davies, P., 1991. Effects of sedimentation on settlement of Acropora millepora. Coral Reefs 9, 205–208.

Babcock, R., Smith, L., et al., 2002. Effects of sedimentation on coral settlement and survivorship. In: Proceedings of the Ninth International Coral Reef Symposium, Bali, 23–27 October 2000, Citeseer, pp. 245–248.

Bak, R.P.M., 1978. Lethal and sublethal effects of dredging on reef corals. Mar. Pollut. Bull. 9, 14–16.

Barnes, B.B., Hu, C., Kovach, C., Silverstein, R.N., 2015. Sediment plumes induced by the Port of Miami dredging: analysis and interpretation using Landsat and MODIS data. Remote Sens. Environ. 170, 328–339.

Bessell-Browne, P., Negri, A.P., Fisher, R., Clode, P.L., Duckworth, A., Jones, R., 2017a. Impacts of turbidity on corals: the relative importance of light limitation and suspended sediments. Mar. Pollut. Bull. 117, 161–170.

Bessell-Browne, P., Negri, A.P., Fisher, R., Clode, P.L., Jones, R., 2017b. Cumulative impacts: thermally bleached corals have reduced capacity to clear deposited sediment. Sci. Rep. 7, 2716.

Braley, O., Doyle, W.P., 2017. The Panama Canal Expansion Proves Real and Dredging Must Continue. Maritime Logistics Professional.

Cunning, R., 2019. Data for: Extensive coral mortality and critical habitat loss following dredging and their association with remotely-sensed sediment plumes (Version v1.0) [Data set]. Zenodo. http://doi.org/10.5281/zenodo.3065488.

Denley, D., Metaxas, A., 2016. Quantifying mortality of modular organisms: comparison of partial and whole-colony mortality in a colonial bryozoan. Ecosphere 7, e01483.

Dial Cordy and Associates, 2012. Miami Harbor Baseline Hardbottom Study Revised Final (Prepared for the U.S. Army Corps of Engineers Jacksonville District).

Dial Cordy and Associates, 2014a. Quantitative Baseline for Middle and Outer Reef Benthic Communities (Prepared for Great Lakes Dredge and Dock, LLC), Miami Harbor Phase III Federal Channel Expansion Project Permit No. 0305721-001-BI.

Dial Cordy and Associates, 2014b. Quantitative Baseline for Hardbottom Benthic Communities (Prepared for Great Lakes Dredge and Dock, LLC), Miami Harbor Phase III Federal Channel Expansion Project Permit No. 0305721-001-BI.

Dial Cordy and Associates, 2015a. Quantitative Post-construction Analysis for Hardbottom Benthic Communities (Prepared for Great Lakes Dredge and Dock, LLC), Miami Harbor Phase III Federal Channel Expansion Project Permit No. 0305721-001-BI.

Dial Cordy and Associates, 2015b. Quantitative Post-construction Analysis for Middle and Outer Reef Benthic Communities (Prepared for Great Lakes Dredge and Dock, LLC), Miami Harbor Phase III Federal Channel Expansion Project Permit No. 0305721-001-BI.

Dial Cordy and Associates, 2017. Impact Assessment for Hardbottom Middle and Outer Reef Benthic Communities at Cross Sites, Miami Harbor Phase III Federal Channel Expansion Project Permit No. 0305721-001-BI.

Dodge, R.E., Rimas Vaisnys, J., 1977. Coral populations and growth patterns: responses to sedimentation and turbidity associated with dredging. J. Mar. Res. 35, 715.

Duckworth, A., Giofre, N., Jones, R., 2017. Coral morphology and sedimentation. Mar. Pollut. Bull. 125, 289–300.

Duclos, P.-A., Lafite, R., Le Bot, S., Rivoalen, E., Cuvilliez, A., 2013. Dynamics of turbid plumes generated by marine aggregate dredging: an example of a macrotidal environment (the Bay of Seine, France). J. Coast. Res. 25–37.

Edmunds, P.J., Davies, P.S., 1989. An energy budget for Porites porites (Scleractinia), growing in a stressed environment. Coral Reefs 8, 37–43.

Eggleton, J., Thomas, K.V., 2004. A review of factors affecting the release and bioavailability of contaminants during sediment disturbance events. Environ. Int. 30, 973–980.

Erftemeijer, P.L.A., Riegl, B., Hoeksema, B.W., Todd, P.A., 2012. Environmental impacts of dredging and other sediment disturbances on corals: a review. Mar. Pollut. Bull. 64, 1737–1765.

Fabricius, K.E., 2005. Effects of terrestrial runoff on the ecology of corals and coral reefs: review and synthesis. Mar. Pollut. Bull. 50, 125–146.

Fisher, R., Stark, C., Ridd, P., Jones, R., 2015. Spatial patterns in water quality changes during dredging in tropical environments. PLoS One 10, e0143309.

Flores, F., Hoogenboom, M.O., Smith, L.D., Cooper, T.F., Abrego, D., Negri, A.P., 2012. Chronic exposure of corals to fine sediments: lethal and sub-lethal impacts. PLoS One 7, e37795.

NMFS_00691

R. Cunning, et al.

Marine Pollution Bulletin 145 (2019) 185–199

Florida Department of Environmental Protection, 2012. Permit #0305721-001-BI. [WWW Document]. URL. ftp://ftp.dep.state.fl.us/pub/ENV-PRMT/dade/issued/0305721_Miami_Harbor_Phase_III_Federal_Dredging/001-BI/Final%20Order/Miami%20Harbor%20Final%20Order%20052212.pdf.

Florida Department of Environmental Protection, 2014. Field Notes on Impact Assessment in Miami Harbor Phase III Federal Channel Expansion Permit #0305721-001-BI.

Fourney, F., Figueiredo, J., 2017. Additive negative effects of anthropogenic sedimentation and warming on the survival of coral recruits. Sci. Rep. 7, 12380.

Good, N. (Ed.), 11/2016. Ports and Harbors 61.

Hodgson, G., 1990. Tetracycline reduces sedimentation damage to corals. Mar. Biol. 104, 493–496.

Humanes, A., Ricardo, G.F., Willis, B.L., Fabricius, K.E., Negri, A.P., 2017. Cumulative effects of suspended sediments, organic nutrients and temperature stress on early life history stages of the coral Acropora tenuis. Sci. Rep. 7, 44101.

Jones, R.J., 2011. Spatial patterns of chemical contamination (metals, PAHs, PCBs, PCDDs/PCDFS) in a non-industrialized but densely populated coral atoll/small island state (Bermuda). Mar. Pollut. Bull. 62, 1362–1376.

Jones, R., Ricardo, G.F., Negri, A.P., 2015. Effects of sediments on the reproductive cycle of corals. Mar. Pollut. Bull. 100, 13–33.

Jones, R., Bessell-Browne, P., Fisher, R., Klonowski, W., Slivkoff, M., 2016. Assessing the impacts of sediments from dredging on corals. Mar. Pollut. Bull. 102, 9–29.

Junjie, R.K., Browne, N.K., Erftemeijer, P.L.A., Todd, P.A., 2014. Impacts of sediments on coral energetics: partitioning the effects of turbidity and settling particles. PLoS One 9, e107195.

Kohler, K.E., Gill, S.M., 2006. Coral Point Count with Excel extensions (CPCe): a Visual Basic program for the determination of coral and substrate coverage using random point count methodology. Comput. Geosci. 32, 1259–1269.

Lasker, H.R., 1980. Sediment rejection by reef corals: the roles of behavior and morphology in Montastrea cavernosa (Linnaeus). J. Exp. Mar. Biol. Ecol. 47, 77–87.

Lirman, D., Orlando, B., Maciá, S., Manzello, D.P., Kaufman, L., Biber, P., Jones, T., 2003. Coral communities of Biscayne Bay, Florida and adjacent offshore areas: diversity, abundance, distribution, and environmental correlates. Aquat. Conserv. 13, 121–135.

Marszalek, D.S., 1981. Impact of Dredging on a Subtropical Reef Community, Southeast Florida, USA. 4. International Coral Reef Symposium, Manila.

McCarthy A. and Spring K., Memo to Chris Pomfret, Great Lakes Dredge and Dock Co., Re: Final Report for the 30-Day Post-Relocation Monitoring Survey for Acropora cervicornis Associated with the Miami Harbor Construction Dredging (Phase 3) Project. 25 February 2014.

Meesters, E.H., Bos, A., Gast, G.J., 1992. Effects of sedimentation and lesion position on coral tissue regeneration. In: Proc 7th Int Coral Reef Symp, pp. 681–688.

Meesters, E.H., Wesseling, I., Bak, R.P.M., 1996. Partial mortality in three species of reef-building corals and the relation with colony morphology. Bull. Mar. Sci. 58, 838–852.

Miller, M.W., Karazsia, J., Groves, C.E., Griffin, S., Moore, T., Wilber, P., Gregg, K., 2016. Detecting sedimentation impacts to coral reefs resulting from dredging the Port of Miami, Florida USA. PeerJ 4, e2711.

Moeller, M., Nietzer, S., Schils, T., Schupp, P.J., 2016. Low sediment loads affect survival of coral recruits: the first weeks are crucial. Coral Reefs 36, 39–49.

National Marine Fisheries Service, 2011. Endangered Species Act - Section 7 Consultation Biological Opinion.

National Marine Fisheries Service, 2015. Recovery Plan for Elkhorn (Acropora palmata) and Staghorn (A. cervicornis) Corals. Prepared by the Acropora Recovery Team for the National Marine Fisheries Service, Silver Spring, Maryland.

National Marine Fisheries Service, 2016. Examination of Sedimentation Impacts to Coral Reef Along the Port of Miami Entrance Channel, December 2015. Southeast Regional Office, St. Petersburg, Florida.

Nayar, S., Miller, D.J., Hunt, A., Goh, B.P.L., Chou, L.M., 2007. Environmental effects of dredging on sediment nutrients, carbon and granulometry in a tropical estuary. Environ. Monit. Assess. 127, 1–13.

Nelson, D.S., McManus, J., Richmond, R.H., King Jr., D.B., Gailani, J.Z., Lackey, T.C., Bryant, D., 2016. Predicting dredging-associated effects to coral reefs in Apra Harbor, Guam - part 2: potential coral effects. J. Environ. Manag. 168, 111–122.

NOAA Fisheries Service, 2017. Essential Fish Habitat - South Atlantic. [WWW Document]. URL. https://sero.nmfs.noaa.gov/habitat_conservation/documents/efh_safmc_2017.pdf, Accessed date: 30 November 2018.

Nugues, M.M., Roberts, C.M., 2003. Partial mortality in massive reef corals as an indicator of sediment stress on coral reefs. Mar. Pollut. Bull. 46, 314–323.

Ocean Disposal Database, 2016. Dredge Event Results for Miami ODMDS. [WWW Document]. URL. https://odd.el.erdc.dren.mil/ODMDSSearchSiteDisposalData.cfm?SiteID=30, Accessed date: 19 November 2018.

Philipp, E., Fabricius, K.E., 2003. Photophysiological stress in scleractinian corals in response to short-term sedimentation. J. Exp. Mar. Biol. Ecol. 287, 57–78.

Piniak, G.A., 2007. Effects of two sediment types on the fluorescence yield of two Hawaiian scleractinian corals. Mar. Environ. Res. 64, 456–468.

Pollock, F.J., Lamb, J.B., Field, S.N., Heron, S.F., Schaffelke, B., Shedrawi, G., Bourne, D.G., Willis, B.L., 2014. Sediment and turbidity associated with offshore dredging increase coral disease prevalence on nearby reefs. PLoS One 9, e102498.

Ricardo, G.F., Jones, R., Clode, P.L., Humanes, A., Negri, A.P., 2015. Suspended sediments limit coral sperm availability. Sci. Rep. 5 (18084).

Ricardo, G.F., Jones, R.J., Negri, A.P., Stocker, R., 2016. That sinking feeling: suspended sediments can prevent the ascent of coral egg bundles. Sci. Rep. 6, 21567.

Ricardo, G.F., Jones, R.J., Nordborg, M., Negri, A.P., 2017. Settlement patterns of the coral Acropora millepora on sediment-laden surfaces. Sci. Total Environ. 609, 277–288.

Riegl, B., 1995. Effects of sand deposition on scleractinian and alcyonacean corals. Mar. Biol. 121, 517–526.

Riegl, B., Branch, G.M., 1995. Effects of sediment on the energy budgets of four scleractinian (Bourne 1900) and five alcyonacean (Lamouroux 1816) corals. J. Exp. Mar. Biol. Ecol. 186, 259–275.

Rogers, C.S., 1990. Responses of coral reefs and reef organisms to sedimentation. Mar. Ecol. Prog. Ser. 62, 185–202.

Saussaye, L., van Veen, E., Rollinson, G., Boutouil, M., Andersen, J., Coggan, J., 2017. Geotechnical and mineralogical characterisations of marine-dredged sediments before and after stabilisation to optimise their use as a road material. Environ. Technol. 38, 3034–3046.

Sofonia, J.J., Anthony, K.R.N., 2008. High-sediment tolerance in the reef coral Turbinaria mesenterina from the inner Great Barrier Reef lagoon (Australia). Estuar. Coast. Shelf Sci. 78, 748–752.

Stafford-Smith, M.G., Ormond, R.F.G., 1992. Sediment-rejection mechanisms of 42 species of Australian scleractinian corals. Aust. J. Mar. Freshwat. Res. 43, 683–705.

Stoddart, J., Jones, R., Page, C., Marnane, M., De Lestang, P., Elsdon, T., 2019. No effect of dredging on the prevalence of coral disease detected during a large dredging program. Mar. Pollut. Bull. 140, 353–363.

Storlazzi, C.D., Field, M.E., Bothner, M.H., 2011. The use (and misuse) of sediment traps in coral reef environments: theory, observations, and suggested protocols. Coral Reefs 30, 23–38.

Storlazzi, C.D., Norris, B.K., Rosenberger, K.J., 2015. The influence of grain size, grain color, and suspended-sediment concentration on light attenuation: why fine-grained terrestrial sediment is bad for coral reef ecosystems. Coral Reefs 34, 967–975.

Su, S.H., Pearlman, L.C., Rothrock, J.A., Iannuzzi, T.J., Finley, B.L., 2002. Potential long-term ecological impacts caused by disturbance of contaminated sediments: a case study. Environ. Manag. 29, 234–249.

Swart, P.K., 2016. Report on the Mineralogy and the Stable Carbon and Oxygen Isotopic Composition of Samples Supplied by NOAA. University of Miami.

Szmant-Froelich, A., Johnson, V., Hoehn, T., Battey, J., Smith, G.J., Fleischmann, E., Porter, J., Dallmeyer, D., 1981. The physiological effects of oil drilling muds on the Caribbean coral Montastrea annularis. In: Proceedings of the 4th International Coral Reef Symposium, Manila, pp. 163–168.

Telesnicki, G.J., Goldberg, W.M., 1995. Effects of Turbidiy on the Photosynthesis and Respiration of Two Southern Florida Reef Coral Species. Bull. Mar. Sci. 57, 527–539.

U.S. Army Corps of Engineers, 2004. Final General Reevaluation Report and Environmental Impact Statement. Jacksonville District.

Voss, J.D., Richardson, L.L., 2006. Coral diseases near Lee Stocking Island, Bahamas: patterns and potential drivers. Dis. Aquat. Org. 69, 33–40.

Walker, B.K., 2009. Benthic Habitat Mapping of Miami-Dade County: Visual Interpretation of LADS Bathymetry and Aerial Photography.

Walton, C.J., Hayes, N.K., Gilliam, D.S., 2018. Impacts of a regional, multi-year, multi-species coral disease outbreak in Southeast Florida. Front. Mar. Sci. 5, 323.

Weber, M., Lott, C., Fabricius, K.E., 2006. Sedimentation stress in a scleractinian coral exposed to terrestrial and marine sediments with contrasting physical, organic and geochemical properties. J. Exp. Mar. Biol. Ecol. 336, 18–32.

Weber, M., de Beer, D., Lott, C., Polerecky, L., Kohls, K., Abed, R.M.M., Ferdelman, T.G., Fabricius, K.E., 2012. Mechanisms of damage to corals exposed to sedimentation. Proc. Natl. Acad. Sci. 109, E1558–E1567.

Wentworth, C.K., 1922. A scale of grade and class terms for clastic sediments. J. Geol. 30, 377–392.

Whitefield, M., 2016. Panama Canal Expansion to Bring Benefits to PortMiami - Slowly. Miami Herald.

Wyss, J., Charles, J., Whitefield, M., 2012. Latin American Ports Ready for Panama Canal Expansion. The Miami Herald.

NMFS_00692



www.nature.com/scientificreports

OPEN

# Additive negative effects of anthropogenic sedimentation and warming on the survival of coral recruits

Received: 16 May 2017
Accepted: 6 September 2017
Published online: 28 September 2017

Francesca Fourney & Joana Figueiredo

Corals worldwide are facing population declines due to global climate change and local anthropogenic impacts. Global climate change effects are hard to tackle but recent studies show that some coral species can better handle climate change stress when provided with additional energy resources. The local stressor that most undermines energy acquisition is sedimentation because it impedes coral heterotrophic feeding and their ability to photosynthesize. To investigate if reducing local sedimentation will enable corals to better endure ocean warming, we quantitatively assessed the combined effects of increased temperature and sedimentation (concentration and turbidity) on the survival of coral recruits of the species, *Porites astreoides*. We used sediment from a reef and a boat basin to mimic natural sediment (coarse) and anthropogenic (fine) sediment (common in dredging), respectively. Natural sediment did not negatively impact coral survival, but anthropogenic sediment did. We found that the capacity of coral recruits to survive under warmer temperatures is less compromised when anthropogenic sedimentation is maintained at the lowest level (30 mg.cm$^{-2}$). Our study suggests that a reduction of US-EPA allowable turbidity from 29 Nephelometric Turbidity Units (NTU) above background to less than 7 NTU near coral reefs would facilitate coral recruit survival under current and higher temperatures.

Coral reefs are one of the most important and biologically diverse ecosystems on Earth. These habitats provide several essential ecosystem services and have significant economic value. Scleractinian corals construct the foundation of the reef by excreting calcium carbonate skeletons, and provide habitat, shelter, nursery areas, and/or food for thousands of plant and animal species[1]. Coral reefs are essential in sustaining the livelihood of many coastal communities through the supply of seafood (fisheries), raw materials for medicines, and income through tourism[2]. Reefs also provide important ecosystem services such as physical stabilization of the shoreline and control of the carbon dioxide-calcium budget[2].

Corals face multiple natural stressors, but the worldwide population declines registered in the past decades are mostly due to anthropogenic impacts[3–8]. Natural stressors include predation, intra and interspecific competition for space, and severe storms. Corals co-evolved with predators and competitors, thus their coexistence should be ecologically stable. Likewise, severe storms physically destroy reefs, however corals evolved in the storm-prone tropics, and thus, in the absence of anthropogenic stressors, corals should be able to recover from these disturbances through natural processes[9]. Recovery after disturbances is dependent on the growth of the surviving coral population through asexual reproduction and/or recruitment through sexual reproduction. Successful coral recruitment requires larval availability, successful settlement, and post-settlement survival and growth[10]. The slow or lack of recovery after disturbances observed in some coral reefs in the past few decades[11] indicates that these natural recovery processes have been undermined by anthropogenic impacts, such as nutrient[8,12] and sediment[13,14] runoff from sewage and land development, and the loss of herbivores due to overfishing[15] or die off from disease (e.g. sea urchin, *Diadema antillarum*)[16]. After a certain threshold, the combination of anthropogenic and natural stressors causes major phase shifts from coral-dominated reefs to less desirable states, such as macroalgae or sponge dominated reef ecosystems[7,16,17].

Nova Southeastern University, Halmos College of Natural Sciences and Oceanography, Dania Beach, FL, 33004, USA. Correspondence and requests for materials should be addressed to J.F. (email: jfigueiredo@nova.edu)

NMFS_00693

Dredging is particularly stressful for corals as it increases turbidity and sedimentation. Although sedimentation occurs naturally through wind-driven waves and tidal currents, dredging can increase the duration, severity, and frequency of the sedimentation[18,19], with detrimental consequences for coral reefs[14,20,21]. Fine sediment (<125 μm) have the most harmful effects on corals[14,21]. Natural sediment found on the reef usually has larger grain sizes compared to anthropogenic sediment from construction activities. When turbidity is increased due to the presence of fine particles in the water column, light availability is significantly reduced[14]. Higher levels of turbidity negatively impact corals. Corals obtain much of their energy from endosymbiotic algae *Symbiodinium*. Under low light conditions, *Symbiodinium* have lower capacity to photosynthesize and therefore provide less energy to the coral host[5,20,22]. Landfills, beach re-nourishment, and coastal construction can also cause burial and physical disturbance of corals[14,18,21]. Sedimentation can directly smother corals and block polyps, therefore reducing active feeding mechanisms and depleting energy reserves[14]. In these situations, energy typically used for growth and reproduction are allocated towards clearing sediments that have settled on top of the coral subsequently blocking polyp-feeding structures[14], lowering calcification rates[14,23] and reproductive output[3,14,24].

Global climate change has introduced additional stressors to coral reefs. Human activities have increased the atmospheric concentrations of greenhouse gasses, such as carbon dioxide ($CO_2$), methane ($CH_4$), and nitrous oxide ($N_2O$), causing global temperatures to rise[25]. Climate change models predict that tropical sea surface temperatures will rise up to 3 °C this century[25]. Increased seawater temperatures lead to coral bleaching[26,27], i.e. corals lose their endosymbiotic algae, *Symbiodinium*. These symbionts typically provide about 95% of the energy for the coral[7,28]. In their absence, coral tissue growth, fecundity, calcification, and overall survival are severely degraded[27–29]. Recent studies project coral bleaching will become an annual event within the next 25–50 years, potentially hampering reef recovery and thus, causing exponential declines of coral populations and threatening the persistence of entire reef ecosystems worldwide[28].

To maintain or increase current coral cover, anthropogenic stressors (including climate change) would have to be reduced. Moderation and strict management of $CO_2$ emissions and other greenhouse gases would need to be implemented worldwide[30]; however, global consensus has been difficult to achieve. It may be possible that some corals will be able to tolerate small increases in temperature or slightly more acidified waters, if their ability to acquire energy is not hampered. Studies have shown that some species of coral and fish can buffer deleterious effects of ocean acidification and increased temperatures when additional energy resources (feeding) were provided[31,32].

This study investigates if reducing sedimentation (and turbidity), a local anthropogenic stressor which hampers considerably the ability of corals to acquire energy[20], can facilitate coral survival under warmer conditions. To fulfil this goal, we assessed the synergistic effect of sedimentation and elevated temperatures on the survival of coral recruits. We used two types of sediment, natural (coarse) and dredging sediment (with a greater proportion of fine particles, hereafter termed anthropogenic) and tested the effect of sediment concentration ranging from naturally occurring in healthy coral reefs to near dredging operations, which lead to differing levels of turbidity. We used temperatures that mimic the summer average temperature in northern section of the Florida Keys (in years without coral bleaching) and elevated temperatures predicted by climate change models. These effects were tested on coral recruits, since this is the most critical stage for coral recovery[33] and thus should provide better insight into coral persistence through ocean warming. The results of this study inform managers on critical levels of sedimentation for the persistence of corals now and in the future.

## Results

Coral recruit survival was always significantly lower at increased temperature ($p < 2.2 \times 10^{-16}$ and $5.8 \times 10^{-5}$, respectively for natural and anthropogenic sediment). The effect of sedimentation was dependent on sediment type. An increase in natural sediment significantly increased survival of coral recruits ($p = 2.2 \times 10^{-13}$, Fig. 1, Table 1), while an increase in anthropogenic sediment significantly reduced coral recruit survival ($p = 0.000674$, Fig. 2, Table 2).

With natural (coarse) sediment, the *Porites astreoides* recruits survived better at ambient temperatures and higher natural (coarse) sedimentation. Increasing temperature to 30 °C reduced survival to levels similar to the ones obtained at ambient temperature and lower natural (coarse) sedimentation (Fig. 1).

Temperature and anthropogenic (fine) sedimentation additively affected the survival of *P. astreoides* recruits. Increasing both temperature and anthropogenic sedimentation led to higher mortality than increasing just one of the stressors, e.g., recruits reared at higher temperatures and anthropogenic sedimentation (30 °C and 60 mg. cm$^{-2}$) displayed significantly higher mortality than recruits reared at lower temperature and similar anthropogenic sedimentation (26 °C and 60 mg.cm$^{-2}$) or recruits reared at similar temperature and lower anthropogenic sedimentation (30 °C and 30 mg.cm$^{-2}$) (Fig. 2).

The negative impacts of higher temperatures can be ameliorated when anthropogenic sedimentation is kept at lower concentrations. Survival of coral recruits is highest at 26 °C and lowest anthropogenic sediment concentration (30 mg.cm$^{-2}$). At higher temperature (30 °C) and lowest anthropogenic sediment concentration (30 mg. cm$^{-2}$), survival decreases to levels not significantly different from the ones obtained at ambient temperatures (26 °C) and higher anthropogenic sediment concentrations (60, 90 or 120 mg.cm$^{-2}$) (Fig. 2).

## Discussion

The survival of *Porites astreoides* recruits under warm conditions can be ameliorated if anthropogenic sedimentation and turbidity are kept at low levels. Higher temperatures naturally increased mortality of coral recruits. The effect of sediment concentration on coral recruits seemed however dependent on the composition of the sediment. High concentration of natural (coarse) sediment was not detrimental to coral recruits, but in fact benefitted them. The opposite happened with anthropogenic (fine) sediment. Increasing amounts of anthropogenic sediment considerably increased turbidity and increased coral recruit mortality. While both temperature

NMFS_00694



**Figure 1.** Kaplan-Meier survival curves of recruits at all combinations of temperature and natural sedimentation. Color represents different sediment levels. Smooth lines represent temperature 26 °C and dashed lines represent 30 °C. Letters in the legend indicate homogeneous groups (i.e. treatments with non-significant differences, with group *a* having the highest survival and *d* the lowest).

| Time (weeks) | 26 °C | | | | 30 °C | | | |
|---|---|---|---|---|---|---|---|---|
| | 30 mg.cm$^{-2}$ | 60 mg.cm$^{-2}$ | 90 mg.cm$^{-2}$ | 120 mg.cm$^{-2}$ | 30 mg.cm$^{-2}$ | 60 mg.cm$^{-2}$ | 90 mg.cm$^{-2}$ | 120 mg.cm$^{-2}$ |
| 1 | 70.3 ± 0.4 | 81.3 ± 0.3 | 79.2 ± 0.3 | 84.4 ± 0.3 | 63.0 ± 0.4 | 60.8 ± 0.4 | 70.4 ± 0.4 | 70.3 ± 0.4 |
| 2 | 52.0 ± 0.4 | 69.3 ± 0.4 | 73.4 ± 0.4 | 79.9 ± 0.3 | 51.9 ± 0.4 | 45.3 ± 0.4 | 59.2 ± 0.4 | 58.6 ± 0.4 |
| 3 | 41.9 ± 0.4 | 64.7 ± 0.4 | 65.5 ± 0.4 | 70.8 ± 0.4 | 26.7 ± 0.4 | 26.4 ± 0.4 | 41.6 ± 0.4 | 41.4 ± 0.4 |
| 4 | 27.0 ± 0.4 | 53.3 ± 0.4 | 51.9 ± 0.4 | 64.3 ± 0.4 | 14.1 ± 0.3 | 18.2 ± 0.3 | 24.7 ± 0.4 | 23.5 ± 0.4 |
| 5 | 18.2 ± 0.3 | 41.3 ± 0.4 | 44.2 ± 0.4 | 57.8 ± 0.4 | 5.9 ± 0.2 | 11.5 ± 0.3 | 19.7 ± 0.3 | 16.6 ± 0.3 |
| 6 | 8.8 ± 0.2 | 27.3 ± 0.4 | 39.0 ± 0.4 | 49.4 ± 0.4 | 3.0 ± 0.1 | 6.1 ± 0.2 | 11.3 ± 0.3 | 11.0 ± 0.3 |
| 7 | 4.1 ± 0.2 | 22.0 ± 0.3 | 35.7 ± 0.4 | 42.2 ± 0.4 | 1.5 ± 0.1 | 2.0 ± 0.1 | 5.6 ± 0.2 | 6.9 ± 0.2 |
| 8 | 3.4 ± 0.2 | 16.7 ± 0.3 | 30.5 ± 0.4 | 37.0 ± 0.4 | 0.7 ± 0.1 | 0.0 ± 0.0 | 4.2 ± 0.2 | 6.2 ± 0.2 |
| 9 | 2.0 ± 0.1 | 14.0 ± 0.3 | 25.3 ± 0.4 | 31.2 ± 0.4 | 0.7 ± 0.1 | 0.0 ± 0.0 | 2.1 ± 0.1 | 4.8 ± 0.2 |
| 10 | 2.0 ± 0.1 | 14.0 ± 0.3 | 24.0 ± 0.3 | 26.0 ± 0.4 | 0.7 ± 0.1 | 0.0 ± 0.0 | 2.1 ± 0.1 | 2.8 ± 0.1 |
| 11 | 1.4 ± 0.1 | 8.7 ± 0.2 | 20.8 ± 0.3 | 20.1 ± 0.3 | 0.0 ± 0.0 | 0.0 ± 0.0 | 1.4 ± 0.1 | 1.4 ± 0.1 |
| 12 | 0.0 ± 0.0 | 0.7 ± 0.2 | 18.2 ± 0.3 | 16.9 ± 0.3 | 0.0 ± 0.0 | 0.0 ± 0.0 | 1.4 ± 0.1 | 0.7 ± 0.2 |

**Table 1.** Percent survival (±S.E.) over time for all combinations of temperature and deposited sediment concentration using natural sediment.

and anthropogenic sediment negatively impacted coral recruits, the exclusion of one of the stressors allowed coral recruits to cope better with the other stressor. Importantly, corals under warm conditions (30 °C) but low anthropogenic sedimentation (30 mg.cm$^{-2}$, 6.55 NTU) survived similarly to coral recruits kept at current spring temperatures (26 °C) and higher anthropogenic sedimentation (≥60 mg.cm$^{-2}$, ≥14.2 NTU).

Natural sediment aided the survival of corals recruits. The grain size of natural/reef sediment is coarse. Large grain sediment settled quickly and thus, turbidity remained very low (≤1 NTU, Table 1), as is typical on undisturbed reefs[23]. Instead of detrimental, the coarse sediment settled on top of the coral recruits (completely covering them at highest sediment concentrations) reduced their mortality, likely due to conferring protection from excessive light. This study used a level of light irradiance that mimicked natural conditions on the reef (~240 µmol photons.m$^{-2}$ s$^{-2}$), which is ideal for adult corals. However, the ideal light irradiance for adult corals is often deleterious for newly settled corals[29]. This is not surprising considering the well-known preference of coral larvae to settle on crevices and the downward face of settlement tiles, where they are shaded[34,35]. The reasons for this remain to be understood, but it is possible that at this early stage of development, corals still have relatively small feeding structures and thus cannot provide enough substrate for *Symbiodinium* to perform photosynthesis, leading either to a depletion of their energy reserves (*Symbiodinium* burden hypothesis) or oxidative stress, similar to the one caused by increased temperatures[29,36]. Natural sediment provides cryptic covering from excessive light due to its coarser grain sizes, while still allowing water to flow around the coral recruit and therefore does not limit the availability of oxygen[14] nor access to food. Previous experiments testing the effect of sedimentation on coral recruits in a shallow area assumed that the higher survival of coral juveniles placed in tiles facing downward (vs. vertical and upward) was reflective of lower exposure to sedimentation, and overlooked the reduced light



**Figure 2.** Kaplan-Meier survival curves of recruits at all combinations of temperature and anthropogenic sedimentation. Color represents different sediment level. Smooth lines represent temperature 26 °C and dashed lines represent 30 °C. Letters in the legend indicate homogeneous groups (i.e. treatments with non-significant differences, with group *a* having the highest survival and *d* the lowest).

| Time (weeks) | 26 °C | | | | 30 °C | | | |
|---|---|---|---|---|---|---|---|---|
| | 30 mg.cm$^{-2}$ | 60 mg.cm$^{-2}$ | 90 mg.cm$^{-2}$ | 120 mg.cm$^{-2}$ | 30 mg.cm$^{-2}$ | 60 mg.cm$^{-2}$ | 90 mg.cm$^{-2}$ | 120 mg.cm$^{-2}$ |
| 1 | 90.0 ± 0.9 | 90.0 ± 0.9 | 70.0 ± 1.5 | 60.0 ± 1.5 | 88.9 ± 1.1 | 40.0 ± 1.5 | 60.0 ± 1.6 | 45.5 ± 1.5 |
| 2 | 90.0 ± 0.9 | 80.0 ± 1.3 | 60.0 ± 1.6 | 60.0 ± 1.5 | 88.9 ± 1.1 | 10.0 ± 0.9 | 0.0 ± 0.0 | 0.0 ± 0.0 |
| 3 | 80.0 ± 1.3 | 10.0 ± 0.9 | 60.0 ± 1.6 | 60.0 ± 1.5 | 55.6 ± 1.7 | 10.0 ± 0.9 | 0.0 ± 0.0 | 0.0 ± 0.0 |
| 4 | 80.0 ± 1.3 | 0.0 ± 0.0 | 20.0 ± 1.3 | 10.0 ± 0.9 | 0.0 ± 0.0 | 0.0 ± 0.0 | 0.0 ± 0.0 | 0.0 ± 0.0 |
| 5 | 70.0 ± 1.4 | 0.0 ± 0.0 | 20.0 ± 1.3 | 0.0 ± 0.0 | 0.0 ± 0.0 | 0.0 ± 0.0 | 0.0 ± 0.0 | 0.0 ± 0.0 |

**Table 2.** Percent survival (±S.E.) over time for all combinations of temperature and deposited sediment concentration using anthropogenic sediment.

exposure as a possible explanation for the higher survival[37,38]. The observation that corals tend to successfully recruit facing downwards in shallow water, vertically at intermediate depths and facing upwards at greater depths in both the Caribbean[39] and Pacific[38] is also supportive of the hypothesis that light is deleterious during early development. Therefore, we conclude that, within the range tested, natural/coarse sediment is not deleterious for corals.

In contrast to natural sediment, anthropogenic sediment hindered the survival of coral recruits. Anthropogenic sediment arising from dredging, construction, and development activities is mostly small grained (<180 μm), and often contains silt (<63 μm) and contaminants[14,19]. Small-grained particles become easily suspended in the water column, increasing turbidity and therefore corals' access to light (Table 1). A decreased access to light is problematic for adult corals because it reduces the capacity of the symbiotic algae *Symbiodinium* to photosynthesize and thus feed the coral[14,23]. For coral recruits, an increase in turbidity may actually offer protection from excessive light. Regardless, high levels of turbidity are indicative that the type of sediment that is covering the corals is deleterious. Fine sediment (silt) can smother corals, particularly coral recruits, because it damages the coral tissue and reduces the access to oxygen creating anoxic conditions that suffocate them and facilitate the development of active bacterial community, which can further harm them[14,40]. For example, we found that, at current temperatures, increasing turbidity from 4.62 to >14.2 NTUs leads to a 50% drop in the survival of *P. astreoides* recruits in the first month (Fig. 2).

The increase of sediment concentration on coral recruit survival had opposing effects in the two experiments and is expected to be due to sediment type (natural vs. anthropogenic, as intended). The coral recruits used in both experiments were in the same developmental stage (one-polyp), but had different ages (1 and 5 months, respectively). Due to the age difference, the effect of sediment type on coral recruit survival could not be statistically tested. However, considering that fine sediments have been repeatedly shown to be more harmful to corals than coarse sediment[40,41], and that corals have a strong age- and size-dependent mortality, with younger individuals being more sensitive to stress[42–44], we argue that the differences are due solely to sediment type. Since we tested the natural (theoretically, less harmful) sediment first, i.e. on the younger individuals, if anything, the differences found in the effect of sediment concentration on recruit survival between the two sediment types may be underestimated.

Increasing temperature by 4 °C led to a >20% drop in the survival of *P. astreoides* recruits, and when this was coupled with excessive anthropogenic sedimentation the negative effects were intensified. It is well known that

increased temperatures cause coral mortality[26,27,45–47]. Corals evolved in a relatively stable thermal environment[7] and thus can only persist within a relatively narrow temperature range[27,48]. Exposure to warmer temperatures increases oxidative stress in corals[36] and causes the breakdown of the coral-algae symbiosis[29]. Higher temperatures also accelerate the metabolic rate of animals and thus lead to a faster consumption of energy reserves[35], heightening mortality. Increasing temperature (4 °C) caused a drop in survival similar to increasing anthropogenic sedimentation (Fig. 2); when both stressors are present, coral recruits displayed even higher mortality, which indicates that these stressors have an additive effect.

The results of this study indicate that to properly understand and ultimately, regulate the deleterious effects of sedimentation, both deposited sediment concentration sedimentation and turbidity need to be monitored. Deposited sediment concentration alone is not a good indicator of impact on the coral, since whether the sedimentation effect is positive or deleterious seems to be dependent on the grain size of the sediment. Additionally, the levels of turbidity directly reflect the type of sediment that is covering the coral. When turbidity is high, it means that the sediment settled on top of the coral is fine grained and thus highly deleterious for coral recruits[14].

From a management perspective, this study suggests that the maximum allowable turbidity in coral reefs during short-term construction and nourishment events should be less than 7 NTU. Currently, the United States Environmental Protection Agency regulates water turbidity for Florida coastal waters not to exceed 29 NTU (Nephelometric Turbidity Units) above background, during construction and nourishment operations[49], regardless of the duration of the event. The results of this and many other studies[14,22,45] indicate that these limits are extremely high for coral reefs. After four weeks of exposure to low turbidity (<7 NTU), 80% of *P. astreoides* recruits remained alive; exposure to turbidity levels above 29 NTU led survival to drop to 10%. The coastline of Florida is composed of different types of ecosystems, such as mangroves, seagrass beds, oyster reefs, salt-marshes, and coral reefs, with different sensitivities and resilience to fine sedimentation and turbidity. Therefore, establishing ecosystem-specific limits may prove to be a more effective way to protect natural resources which are invaluable for the local fishing and tourism industries. Recently, the dredging of the Miami Port and beach re-nourishment projects in South Florida have negatively impacted hundreds of acres of coral reefs[18,50]. Our results suggest that coral recruits were also likely negatively affected by the port dredging, undermining the recovery of the coral population[4,10]. A reduction of sedimentation in coastal areas should positively contribute to the replenishment of local coral populations after natural and human-induced global disturbances, such as severe storms and bleaching events.

Reef managers could minimize coral reef resilience to ocean warming by decreasing local levels of anthropogenic sedimentation and turbidity. Corals are very sensitive to warming, but a worldwide concerted action to reduce greenhouse gas emissions is out of the sphere of action of local managers. However, coral resilience to this global stressor could be boosted by reducing the magnitude of local anthropogenic stressors that limit energy acquisition in corals, particularly when their effects are additive or synergistic. The survival of *P. astreoides* recruits under warm temperatures was maximized at the lowest anthropogenic sedimentation tested (30 mg.cm$^{-2}$ deposited sediment, 6.55 NTU, Table 1), and is similar to the survival registered by recruits kept at current temperature (26 °C) and higher anthropogenic sedimentation ($\geq$60 mg.cm$^{-2}$, $\geq$14.2 NTU). This suggests that, if sedimentation is limited to lower levels (30 mg.cm$^{-2}$, <7 NTU), coral resilience to ocean warming is maximized. Furthermore, the additive effect of sedimentation and warming also indicate that, when unavoidable, dredging and costal construction should be restricted to cooler times of the year. This would minimize the deleterious additive effects of sedimentation and temperature which are more harmful to coral recruits.

## Methods

**Coral Collection, and Planulae Release and Settlement.** The scleractinian coral species *Porites astreoides* is a brooding species (i.e. releases fully developed competent planulae)[51] abundant in South Florida and the Caribbean at depths of 3–20 m. Its shallow occurrence makes it vulnerable to bleaching and coastal construction[27]. Four days prior to the new moon in April 2015, eighteen adult colonies with less than 20 cm diameter were collected from two artificial patch reefs (24°44.004′ N, 80°49.577′ W and 24°43.908′ N, 80°49.634W) off Layton, in the Florida Keys (ambient seawater temperature was 26 °C, and light irradiance was ~220 μmol.m$^{-2}$ s$^{-1}$ at noon, measured using a Li-Cor Li250A with an Underwater Quantum Sensor LI-192). Colonies were transferred to NSU's facilities and placed into individual 2 L plastic bowls within a recirculating 2000L outdoor tank, and supplied with filtered seawater at an average rate of ~ 1.3 L.min$^{-1}$. Temperature and light intensity were set to mimic conditions in nature, using shade cloths and a combination of heaters and chiller. Planulae were collected using a manifold system with rubber tubing that directed water into the bowl. The water flow transported the planulae from bowl into the PVC cups fitted with plankton mesh (100 μm) at the bottom. Every morning, the cups were examined for planulae. Larval release started on the day after collection and the peak release (~5,000 planulae) occurred two days before the new moon; the number of larvae released decreased gradually until two days after the new moon. Every day, the planulae were pooled to mimic natural production in nature, transferred to 100 L tanks equipped with air pumps, kept at 26 °C and containing ca. 50–100 pre-conditioned settlement tiles (ceramic tiles with 2.5 cm diameter and 0.5 cm height kept in the reef in Broward County, FL at 8 m depth for 2 months to be colonized by bacteria and crustose coralline algae that induce larval settlement). The tiles were inspected every 8 h for planulae settlement, for a maximum of 24 h. Once larvae had settled and metamorphosed, tiles with newly settled recruits were photographed to track juvenile placement. In order to eliminate potential intraspecific effects, when corals settled in group, only one was retained for the experiment (the other(s) settled). Because the quality of the larvae of brooding species can vary over time[52], each day's batch of newly settled recruits was randomly divided in equal numbers by all treatments, at a maximum of 50 recruits per treatment per day (i.e. all treatments had equal proportions of larvae that settled in each day). The remaining coral recruits were kept in a 2000L outdoor recirculating tank at ambient conditions (26 °C and ~220 μmol photons.m$^{-2}$ s$^{-1}$ at noon) and used later on in the second experiment.

NMFS_00697

| Deposited sediment concentration (mg cm$^{-2}$) | Natural sediment | | Anthropogenic sediment | |
|---|---|---|---|---|
| | Turbidity (NTU) | Irradiance (μmol photons m$^{-2}$ s$^{-1}$) | Turbidity (NTU) | Irradiance (μmol photons m$^{-2}$ s$^{-1}$) |
| 30 | 0.07–0.09 | 240 | 4.62–6.55 | 160 |
| 60 | 0.18–0.25 | 175 | 14.2–15.0 | 81 |
| 90 | 0.47–0.97 | 145 | 24.8–33.3 | 40 |
| 120 | 0.94–1.01 | 130 | 37.5–42.3 | 16 |

**Table 3.** Average turbidity and irradiance under different levels of sedimentation (deposited sediment) with natural and anthropogenic sediment.

To test the effects of sedimentation and temperature on the survival of coral recruits, we used a fully crossed experimental design with two temperatures, 26 °C (Spring ambient in the Florida Keys) and 30 °C (projected for 2100[25]) and four sediment concentrations, 30, 60, 90, 120 mg cm$^{-2}$ of deposited sediment (to mimic natural to dredging levels[19]). Note that these sedimentation levels do not necessary reflect how much sediment was placed in each tank but the amount that deposited after one day (sediment was just added on the first day; one day was sufficient to cause the heaviest sediment to settle, finer sediment remained suspended due to water flow; turbidity and settled sediment were relatively constant afterwards). Each treatment was split between two 20 L tanks. The sediment was dried at 70 °C and its composition was assessed according to the Udden-Wentworth US standard classification scale[53] prior to the experiments. Chemical analysis to the sediment were performed by Florida-Spectrum Environmental Services, Inc. Turbidity within each tank was measured in Nephelometric Turbidity Units (NTUs) using a LaMotte 2020we Turbidity Meter. The recruit tanks were equipped with two ReSun SP-800 Submersible Aquarium pumps (flow 250 L/h) to allow oxygenation and sediment resuspension, and were individually heated using temperature-regulated, programmable Aqueon Submersible Aquarium 300 W digital heaters (±0.5 °C). Temperature was monitored daily using a YSI (±0.1 °C) and was always within 0.5 °C of the desired temperature. All tanks had a 12:12 h light:dark photoperiod with Aqua Illumination Sol LED lights, with gradual increase until reaching ~230 μmol photons.m$^{-2}$ s$^{-1}$ between 09:00 and 14:00. Salinity was measured daily using a refractometer, and corrected with RO freshwater whenever it increased above 35. Water quality was controlled and 100% water changes were performed weekly. All individual coral recruits were monitored weekly for survival.

The first experiment was conducted using reef sediment (hereafter termed natural) and 1,503 newly settled coral recruits (ca. 188/treatment, one-polyp stage: 357–1405 μm diameter), and ran over three months, from April to July 2015. The natural sediment was collected from the upper 10–30 cm of sand near the adult colonies in the Florida Keys, and was composed by mid to large grain sizes (5% >2000 μm, 65% 500–2000 μm, and 30% 180–500 μm), and had no silt (<63 μm). After dried at 70 °C, this sediment contained a few volatile organic compounds (0.0462 mg/kg of 1,1,1,2-Tetrachloroethane and 0.0554 mg/kg of 1,1,1 – Trichloroethane) and metals (150 mg/kg of lead and 17.4 mg/kg of Zinc). With the natural sediment, turbidity levels were 0.07 to 1.01 NTU, and irradiance varied from 240 to 130 μmol photons.m$^{-2}$ s$^{-1}$ (at noon) from the lower to the highest sedimentation treatment, respectively (Table 3).

The second experiment used anthropogenic sediment and eighty 5 month old coral recruits (10/treatment, all still in the one-polyp stage: 806–2176 μm diameter), and ran over a period of one month, from September to October 2015. The sediment was collected from the upper 10–30 cm surface near the entrance of Port Everglades (hereafter termed 'anthropogenic' sediment) to mimic grain size composition more often found in dredging areas including ports, boat basins, and developed areas. This sediment was composed by smaller grain sizes (35% 180–500 μm, 45% 63–180 μm, and 20% <63 μm) and contained volatile organic compounds (0.0100 mg/kg of 1,1,1,2-Tetrachloroethane and 0.0119 mg/kg 1,1,1-Trichloroethan), metals (9.12 mg/kg of Lead and 68.9 mg/kg of Zinc) and several polycyclic aromatic hydrocarbons (PAHs) (0.00471 mg/kg Acenaphthene, 0.0115 mg/kg Anthracene, 0.0779 mg/kg Benzo (a) anthracene, 0.0669 mg/kg Benzo (a) pyrene, 0.124 mg/kg Benzo (b) fluoranthene, 0.0793 mg/kg Benzo (g,h,i) perylene, 0.0551 mg/kg Benzo (k) fluoranthene, 0.0826 mg/kg Chrysene, 0.0237 mg/kg Diberit (a,h) anthracene, 0.146 m/kg Flouranthene, 0.0663 mg/kg Indenol (1,2,3,cd) pyrene, 0.00478 mg/kg Naphthalene, 0.0224 mg/kg Phenanthrene, and 0.134 mg/kg Pyrene). With the anthropogenic sediment, turbidity levels varied from 4.6 to 42.3 NTU, and irradiance varied from 160 to 16 μmol photons. m$^{-2}$ s$^{-1}$ (at noon) from the lower to the highest sedimentation, respectively (Table 3). Since this experiment was only planned after the results of the first experiment were obtained, it was impossible to use recruits of the same age (although they were all in the dame developmental stage: one-polyp) and equal number of replicates, thus the experiments were analyzed separately and results were not statistically compared.

**Data Analysis.** For each experiment, we used survival analysis to test the synergistic effect of temperature and sedimentation on the survival of *P. astreoides* recruits. Specifically, we used the Kaplan-Meier estimator to describe the survival curves, and a Cox model to assess the effects of temperature and sedimentation coral recruit survival. To determine if the survival of coral recruits reared in warmer conditions could be ameliorated under lower sedimentation, we did pairwise comparisons of the survival curves using Mantel-Haenszel (log-rank) tests. Since the second experiment was only planned after the results of the first experiment were obtained, the experiments were analyzed separately and results were not directly compared, i.e. in each experiment we could only test the effects of different degrees of sedimentation on survival, but the data of the two experiments was not combined to test the effect of sedimentation type (natural vs. anthropogenic) on recruit survival. The survival analysis was conducted in Software R, version 3.2.1 using package "survival"[54].

www.nature.com/scientificreports/

**Data Availability.** The datasets generated during the current study are available in dryad.org repository: http://doi.org/10.5061/dryad.4t85s.

## References

1. Reaka-Kudla, M. L. The Global Biodiversity of Coral Reefs: A Comparison with Rain Forests In *Biodiversity II: Understanding and Protecting Our Biological Resources* (eds Reaka-Kudla, M. L., Wilson, D. E. & Wilson, E. O.) 83–108 (Joseph Henry Press, Washington, DC, 1997).
2. Moberg, F. & Folke, C. Ecological goods and services of coral reef ecosystems. *Ecol Econ.* **29**, 215–233 (1999).
3. Richmond, R. H. Coral Reefs: Present Problems and Future Concerns Resulting from Anthropogenic Disturbance. *Am. Zool.* **33**, 524–536 (1993).
4. Gardner, T. A., Côté, I. M., Gill, J. A., Grant, A. & Watkinson, A. R. Long-term region-wide declines in Caribbean corals. *Science* **301**, 958–960 (2003).
5. Pandolfi, J. M. *et al.* Global trajectories of the long-term decline of coral reef ecosystems. *Science* **301**, 955–958 (2003).
6. Bellwood, D. R., Hughes, T. P., Folke, C. & Nyström, M. Confronting the coral reef crisis. *Nature* **429**, 827–833 (2004).
7. Hoegh-Guldberg, O. *et al.* Coral reefs under rapidclimate change and ocean acidification. *Science* **318**, 1737–1742 (2007).
8. De'ath, G., Fabricius, K. E., Sweatman, H. & Puotinen, M. The 27-year decline of coral cover on the Great Barrier Reef and its causes. *Proc. Nat. Acad. Sci* **109**, 17995–17999 (2012).
9. Gilmour, J. P., Smith, L. D., Heyward, A. J., Baird, A. H. & Pratchett, M. S. Recovery of an isolated coral reef system following severe disturbance. *Science* **340**, 69–71 (2013).
10. Ritson-Williams, R. *et al.* New perspectives on ecological mechanisms affecting coral recruitment on reefs. *Smiths. Cont. Mar. Sci.* 437–457 (2009).
11. Graham, N. A. J., Nash, K. L. & Kool, J. T. Coral reef recovery dynamics in a changing world. *Coral Reefs* **30**, 283–294 (2011).
12. Zaneveld, J. R. *et al.* Overfishing and nutrient pollution interact with temperature to disrupt coral reefs down to microbial scales. *Nat. Comm* (2016).
13. McCulloch, M. *et al.* Coral record of increased sediment flux to the inner Great Barrier Reef since European settlement. *Nature* **421**, 727–730 (2003).
14. Erftemeijer, P. L. A., Riegl, B., Hoeksema, B. W. & Todd, P. A. Environmental impacts of dredging and other sediment disturbances on corals: A review. *Mar. Pollut. Bull.* **64**, 1737–1765 (2012).
15. Jackson, J. B. C. *et al.* Historical overfishing and the recent collapse of coastal ecosystems. *Science* **293**, 629–637 (2001).
16. Hughes, T. P. Catastrophes, phase shifts, and large-scale degradation of a Caribbean coral reef. *Science* **265**, 1547–1551 (1994).
17. Norström, A. V., Nyström, M., Lokrantz, J. & Folke, C. Alternative states on coral reefs: beyond coral-macroalgal phase shifts. *Mar. Ecol. Prog. Ser.* **376**, 295–306 (2009).
18. Barnes, B. B., Hu, C., Kovach, C. & Silverstein, R. Sediment plumes induced by the Port of Miami dredging: Analysis and interpretation using Landsat and MODIS data. *Remote Sens. Environ.* **170**, 328–339 (2015).
19. Jordan, L. K. B., Banks, K. W., Fisher, L. E., Walker, B. K. & Gilliam, D. S. Elevated sedimentation on coral reefs adjacent to a beach nourishment project. *Mar. Pollut. Bull.* **60**, 261–271 (2010).
20. Riegl, B. & Branch, G. M. Effects of sediment on the energy budgets of four scleractinian (Bourne 1900) and five alcyonacean (Lamouroux 1816) corals. *J. Exp. Mar. Biol. Ecol.* **186**, 259–275 (1995).
21. Nugues, M. M. & Roberts, C. M. Partial mortality in massive reef corals as an indicator of sediment stress on coral reefs. *Mar. Pollut. Bull.* **46**, 314–323 (2003).
22. Jones, R. P., Bessell-Browne, P., Fisher, R., Klonowski, W. & Slivkoff, M. Assessing the impacts of sediments from dredging on corals. *Mar. Pollut. Bull.* **102**, 9–29 (2016).
23. Rogers, C. S. Responses of coral reefs and reef organisms to sedimentation. *Mar. Ecol. Prog. Ser.* **62**, 185–202 (1990).
24. Jones, R., Ricardo, G. F. & Negri, A. P. Effects of sediments on the reproductive cycle of corals. *Mar. Pollut. Bull.* **100**, 13–33 (2015).
25. Intergovernmental panel on climate change (IPCC) Climate Change 2014: Synthesis Report. Contribution of Working Groups I, II and III to the Fifth Assessment Report of the Intergovernmental Panel on Climate Change [Core Writing Team, R. K. Pachauri and L. A. Meyer (eds)]. IPCC, Geneva, Switzerland (2014).
26. Glynn, P. W. & D'Croz, L. Experimental evidence for high temperature stress as the cause of El Niño coincident coral mortality. *Coral Reefs* **8**, 181–191 (1990).
27. Glynn, P. W. Coral reef bleaching: facts, hypotheses, and implications. *Glob. Change Biol.* **2**, 495–509 (1996).
28. Cesar, H., Burke, L. & Pet-Soede, L. *The Economics of Worldwide Coral Reef Degradation*. Cesar Environmental Economics Consulting, the Netherlands (2003).
29. Abrego, D., Willis, B. L. & van Oppen, M. J. H. Impact of light and temperature on the uptake of algal symbionts by coral juveniles. *PLoS ONE* **7** (2012).
30. Hughes, T. P. *et al.* Climate change, human impacts, and the resilience of coral reefs. *Science* **301**, 929–933 (2003).
31. Edmunds, P. J. Zooplanktivory ameliorates the effects of ocean acidification on the reef coral *Porites spp. Limnol. Oceanogr.* **56**, 2402–2410 (2011).
32. Towle, E. K., Enochs, I. C. & Langdon, C. Threatened Caribbean coral is able to mitigate the adverse effects of ocean acidification on calcification by increasing feeding rate. *PLoS ONE* **10** (2015).
33. Martinez, S. & Abelson, A. Coral recruitment: the critical role of early post-settlement survival. *ICES J. Mar. Sci.* **70**, 1294–1298 (2013).
34. Babcock, R. & Mundy, C. Coral recruitment: consequences of settlement choice for early growth and survivorship in two scleractinians. *J. Exp. Mar. Biol. Ecol.* **206**, 179–201 (1996).
35. Gleason, D. F. & Hofmann, D. K. Coral larvae: From gametes to recruits. *J. Exp. Mar. Biol. Ecol.* **408**, 42–57 (2011).
36. Yakovleva, I. M. *et al.* Algal symbionts increase oxidative damage and death in coral larvae at high temperatures. *Mar. Ecol. Prog. Ser.* **378**, 105–112 (2009).
37. Sato, M. Mortality and growth of juvenile coral *Pocillopora damicornis* (Linnaeus). *Coral Reefs* **4**, 27–33 (1985).
38. Birkeland, C., Rowley, D. & Randall, R. H. Coral recruitment patterns at Guam. *Proc. Fourth Int. Coral Reef Symp., Manilla* **2**, 339–344 (1981).
39. Bak, R. P. M. & Engel, M. S. Distribution, abundance and survival of juvenile hermatypic corals (Scleractinia) and the importance of life history strategies in the parent coral community. *Mar. Biol.* **54**, 341–352 (1979).
40. Fabricius, K. E., Wild, C., Wolanski, E. & Abele, D. Effects of transparent exopolymer particles and muddy terrigenous sediments on the survival of hard coral recruits. *Estuar. Coast. Shelf S.* **57**, 613–621 (2003).
41. Fabricius, K. E. Effects of terrestrial runoff on the ecology of corals and coral reefs: review and synthesis. *Mar. Poll. Bull.* **50**, 125–146 (2005).
42. Babcock, R. C. Comparative demography of three species of scleractinian corals using age- and size-dependent classifications. *Ecol. Monogr.* **61**, 225–244 (1991).
43. Raymundo, L. J. & Maypa, A. P. Getting bigger faster: mediation of size-specific mortality via fusion in juvenile coral transplants. *Ecol. Appl.* **14**, 281–295 (2004).

7

NMFS_00699

44. Vermeij, M. J. A. & Sandin, S. A. Density-dependent settlement and mortality structure the earliest life phases of a coral population. *Ecology* **89**, 1994–2004 (2008).
45. Anthony, K. R. N., Connolly, S. R. & Hoegh-Guldberg, O. Bleaching, energetics, and coral mortality risk: Effects of temperature, light, and sediment regime. *Limnol. Oceanogr.* **52**, 716–726 (2007).
46. Nozawa, Y. & Harrison, P. L. Effects of elevated temperature on larval settlement and post-settlement survival in scleractinian corals, *Acropora solitaryensis* and *Favites chinensis*. *Mar. Biol.* **152**, 1181–1185 (2007).
47. Figueiredo, J., Baird, A. H., Harii, S. & Connolly, S. R. Increased local retention of reef coral larvae as a result of ocean warming. *Nat. Clim. Change* **4**, 498–502 (2014).
48. Berkelmans, R. & Willis, B. L. Seasonal and local spatial patterns in the upper thermal limits of corals on the inshore Central Great Barrier Reef. *Coral Reefs* **18**, 219–228 (1999).
49. United States Environmental Protection Agency. Water quality standards criteria summarizes: A compilation of state/federal criteria. Office of Water Regulations and Standard. Washington, D.C. EPA 440/5-88013. National Technical Information Service documents #PB 89–141451. (1988).
50. Miller, M. W. *et al.* Detecting sedimentation impacts to coral reefs resulting from dredging the Port of Miami, Florida USA. *PeerJ* **4** (2016).
51. Baird, A. H., Guest, J. R. & Willis, B. L. Systematic and biogeographical patterns in the reproductive biology of scleractinian corals. *Annu. Rev. Ecol. Evol. S.* **40**, 551–571 (2009).
52. Cumbo, V. R., Edmunds, P. J., Wall, C. B. & Fan, T. Brooded coral larvae differ in their response to high temperature and elevated $pCO_2$ depending on the day of release. *Mar. Biol.* **160**, 2903–2917 (2013).
53. Wentworth, C. K. A Scale of grade and class terms for clastic sediments. *J. Geol.* **30** (1922).
54. R Development Core Team. *R: A language and environment for statistical computing*. R Foundation for Statistical Computing, Vienna, Austria (2016).

## Acknowledgements

This study was made possible by funding from the NOAA Coral Reef Conservation Program grant #NA15NOS4820078 (J.F.), NSU President's Faculty Research and Development Grant #335340 (J.F. & F.F.) and The Batchelor Foundation (F.F.). Coral collections were permitted by the Florida Keys National Marine Sanctuary (FKNMS-2015-007). We thank Dave Gilliam and Bernhard Riegl for comments to earlier drafts, equipment and help in the field, Alyson Kuba for support setting up the experiments, and Jena Robbins for assistance editing.

## Author Contributions

Both authors were equally responsible for the development of the research, acquisition of funding, data collection and analysis, and manuscript preparation.

## Additional Information

**Competing Interests:** The authors declare that they have no competing interests.

**Publisher's note:** Springer Nature remains neutral with regard to jurisdictional claims in published maps and institutional affiliations.

**Open Access** This article is licensed under a Creative Commons Attribution 4.0 International License, which permits use, sharing, adaptation, distribution and reproduction in any medium or format, as long as you give appropriate credit to the original author(s) and the source, provide a link to the Creative Commons license, and indicate if changes were made. The images or other third party material in this article are included in the article's Creative Commons license, unless indicated otherwise in a credit line to the material. If material is not included in the article's Creative Commons license and your intended use is not permitted by statutory regulation or exceeds the permitted use, you will need to obtain permission directly from the copyright holder. To view a copy of this license, visit http://creativecommons.org/licenses/by/4.0/.

© The Author(s) 2017

NMFS_00700

# MIAMI HARBOR PHASE III DREDGING PROJECT:
# SEDIMENT TRANSPORT, DISPERSAL AND DEPOSITION STUDY
# OUTER ENTRANCE CHANNEL OF THE MIAMI HARBOR



PREPARED FOR:



## U.S. ARMY CORPS OF ENGINEERS
POC: JASON SPINNING/LAUREL REICHOLD
USACE-PD-EC / PM-WN
701 SAN MARCO BLVD
JACKSONVILLE, FL 32207
laurel.p.reichold@usace.army.mil

Prepared by:



water & air
RESEARCH, INC.

6821 SW Archer Road
Gainesville, FL 32608

## FOR OFFICIAL USE ONLY

in Cooperation with





NMFS_00701



| Contents | Page |
|---|---|

**Executive Summary** ......................................................................................... 1

   **Pre-Dredge** ................................................................................................ 1

   **During-Dredge** ........................................................................................... 3

   **Post-Dredge** .............................................................................................. 4

**1      INTRODUCTION** .......................................................................................... 5

**2      DATA REVIEW** ............................................................................................ 7

   **2.1    Pre-Dredging** ................................................................................... 7

       2.1.1   Background information on the site ........................................... 8

           2.1.1.1 Biscayne Bay ............................................................ 8

           2.1.1.2 Government Cut ....................................................... 10

       2.1.2   Supporting Documents by and on Behalf of SAJ ................................. 11

           2.1.2.1 Sedimentology ........................................................ 11

           2.1.2.2 Turbidity ................................................................. 13

           2.1.2.3 Sedimentation ........................................................ 18

           2.1.2.4 Coral Resources ..................................................... 18

       2.1.3   FDEP Permit 0305721-001-BI ............................................... 19

       2.1.4   Proposed Coral Stress Index ................................................. 24

       2.1.5   Coral Stress Parameters ...................................................... 27

       2.1.6   Coral Stress "Triggers" or Thresholds ....................................... 28

       2.1.7   GLDD Proposal ................................................................. 30

       2.1.8   Pre-dredge Baseline Monitoring (2013) and Report ...................... 36

       2.1.9   QA/QC of Coral Condition Scores ........................................... 40

   **2.2    During Dredging** ............................................................... 41

       2.2.1   Weekly Offshore Coral Stress and Sediment Block Compliance Reports .......... 42

       2.2.2   Coral Stress Data Matrix ...................................................... 44

   **2.3    Post-Dredging** ................................................................... 45

       2.3.1   Quantitative Post-Construction Analysis for Middle and Outer Reefs Report ..... 46

       2.3.2   Other Reports and Scientific Publications Related to MHIII ................. 48

           2.3.2.1 NMFS 2016 and Miller et al, 2016 - Port of Miami Entrance Channel Sedimentation Reports ........................................................ 48

           2.3.2.2 Swart 2016 – Port of Miami Sediment Sample Analysis Report ............. 49

           2.3.2.3 SAJ 2016 – MHIII After Action Report, ADDAMS Model ..................... 49

           2.3.2.4 Barnes et al., 2015 – Satellite Imagery Data ........................... 50



Contents                                                                                    Page

**3      Lessons Learned** ..................................................................................... **50**

**3.1    Team** ................................................................................................ **50**

**3.2    Multidisciplinary Baseline Data** ...................................................... **51**

**3.3    Permits And Contracts** ..................................................................... **53**

**3.4    Environmental Monitoring** ................................................................ **54**

**3.5    Public Relations** ............................................................................... **57**

**4      Conceptual Sediment Transport Model** ................................................ **57**

**5      Proposal for Task 2: Sediment Tracer Study** ....................................... **57**

**REFERENCES** ................................................................................................. **61**

**FIGURES:**

Figure 1      Example coral stress index scoring worksheet included in the
              Key West Dredging Project RSHM Plan (CSA, 2003) .......................... 26

Figure 2.     Example of coral stress flowchart defining soft and hard "triggers"
              and resulting management actions in the Key West Dredging Project
              RSHM Plan (CSA, 2003) ...................................................................... 29

Figure 3.     Baseline monitoring photographs of a) Coral C-3 on Transect 1 at Station
              R2S1 (*Montastraea cavernosa*), monitored prior to dredging; and
              b) Coral C-2 on Transect 1 at Station R2N2 (*Montastraea cavernosa*),
              monitored after dredging commenced. (Photos from Appendix B; DCA, 2015).. 39

Figure 4.     Photographs taken during the Week 32 monitoring survey showing sediment
              accumulation at bases of a) Coral C-2, Transect 1 at Station R2N1
              (*Pseudodiploria strigosa*) and b) Coral C-3, Transect 3 at Station R2N2
              (*Solenastrea bournoni*) (Photos from DCA, Week 32 dataset) ............................ 44

Figure 5.     Overview of tracer release sites, mooring locations, and sediment sampling
              locations for the Miami Harbor Sediment Tracer Study. ....................................... 59

Figure 6.     Close-up view of tracer release sites, mooring locations, and proposed
              sediment sampling locations for the Miami Harbor Sediment Tracer Study. ........ 60



*Disclaimer: This review has not considered or examined previous data in the context of political, contractual, commercial and port operational aspects. In addition, the timescales and deadlines all parties were working within, both inside the United States Army Corps of Engineers, Jacksonville District (SAJ) and externally, have not been taken into account. It is recognized that all of these factors are likely to have influenced the project.*

# Executive Summary

This report has been produced under Call/Contract W912EP-15-A-0002-0003 for the Miami Harbor Sediment Tracer Study. Task 1 of this study included review of relevant existing data, reports, and scientific literature pertaining to the Miami Harbor Phase III Dredging Project (MHIII), which was implemented by the United States Army Corps of Engineers, Jacksonville District (SAJ) to deepen and widen the outer entrance channel to Miami Harbor. Relevant information was reviewed for three time-frames 1) Pre-Dredging, 2) During-Dredging, and 3) Post-Dredging.

## Pre-Dredge

Very little background information exists for the Outer Entrance Channel or its wider environs, including the adjacent areas of Biscayne Bay, in terms of physical oceanography, metocean conditions, general or specific circulation, and net sediment transport or processes. In contrast to the physical data, much more background data are available for marine benthic resources in this area.

This disparity in information was consistent throughout all aspects of the project, with a disproportionate emphasis placed on biological data compared to physical data, resulting in a non-multidisciplinary approach.

In addition, there also appears to have been a belief (or lack of acknowledgement) by all parties that dredging would not create turbidity or a sedimentation problem. There was a lack of scientific rigor in assessing any potential impact from dredging in terms of turbidity and sedimentation, including review of previous examples from within the USA and around the world; the only reference appears to be limited to the previous dredging campaign in Miami Harbor (Phase II). This was despite strong evidence that dredged material may be advected over large distances (kilometers) as a result of tidal currents, wind-driven circulation, and wave-driven circulation, in particular in the lower water column and especially near-bed (lower 1 to 2 m of the water column), where no turbidity plume monitoring was carried out for MHIII (it should be noted that near-bed turbidity monitoring was not required in the permit).

Given the longevity of the project from inception to commencement of construction (over 10 years), availability of emerging science, and enactment of new legislation concerning endangered and threatened species, the Environmental Impact Statement (EIS) (2004) and other key documentation should have been reviewed, updated, and re-issued. In addition, there were no modeling studies performed, particularly for sediment transport and insufficient industry/dredge consultant input in advance to assess dredging impacts prior to construction (it is unknown by this author if those types of consultations are able to be conducted by the Corps of Engineers under federal law).The Florida Department of Environmental Protection's (FDEP)



environmental resources permit (Permit No. 0305721-001-BI) was somewhat prescriptive in terms of benthic monitoring requirements, but much less so in terms of physical monitoring including turbidity and sedimentation. Despite this, SAJ adopted it in full and passed it along to the dredging contractor, Great Lakes Dredge and Dock Company (GLDD), without reinforcing it and providing adequate levels of protection to the environment or SAJ interests. GLDD promised environmental resources would be a priority, but failed to enact more conservative Best Management Practices (BMPs), in particular those learned and complied with on other international dredging projects prior to MHIII, for example in Wheatstone, Western Australia (Chevron Australia, 2016).

Various tests were conducted on the rock core borings prior to dredging, however unfortunately for the context of this study, geophysical tests were limited with the density of the rock "assumed" to have a Specific Gravity (SG) of 2.65, rather than being tested. Based on the data and reports reviewed, no testing of the rock core borings was undertaken to determine the effect of various dredge types on the rock material which was subject to crushing or grinding, nor was there any analysis of the resultant material in terms of particle size.

Pre-dredge baseline data collection was not complete at the time dredging started and continued for at least 40 days into the dredging program. Therefore the baseline dataset was wholly inadequate both in terms of temporal extent, scientific robustness and statistical significance. It did not provide the Corps with adequate knowledge of typical conditions for any of the parameters measured prior to dredging, including sediment transport processes, and very importantly, it did not enable an accurate and rigorous assessment of the impacts that resulted during dredging or a post-construction evaluation. Photographs taken during baseline monitoring surveys show little to no sediment accumulation on corals surveyed before dredging began versus sediment accumulating on coral tissues with increased duration of dredging activities.

There was little consideration of sedimentation due to dredging operations versus natural processes and how to differentiate these. No truly adaptive management strategies including temporary cessation of dredging were in place to abate sedimentation impacts to benthic resources when they did occur, and this was compounded by the inconclusive and temporal brevity of the pre-dredge baseline data collected in 2013.

There is confusion in both the FDEP environmental resource permit and the Environmental Protection Plan (EPP) (SAJ, 2012) regarding the coral stress index to be utilized for baseline, during-construction, and post-construction coral health monitoring. These documents describe a binary system (0 or 1) for assessing presence/absence of coral stress parameters. The EPP states that presence of 2 or more stress parameters was required to designate a coral as stressed; however, this was not the protocol followed in coral health monitoring for MHIII. Coral stress parameters were not additive and corals were designated as "stressed" with presence of 1 or more stress parameters (DCA, 2014). The Broward County Segment III Coral Stress Index was also referenced in both documents, which is not the coral stress index that was utilized for MHIII. The Key West Dredging Project Resource Health and Sedimentation Monitoring (RHSM) Plan (CSA, 2003) was the intended model for MHIII, but it was not followed correctly, and



adaptations were made by DCA and/or the SAJ that were not described in the permit or EPP monitoring protocols.

## During-Dredge

During dredging, several major aspects of the physical and biological monitoring programs were flawed. Turbidity and sedimentation monitoring data were inadequate for the following reasons:

- There was no calibration of the turbidity sensor with actual suspended sediments created by the dredging operations or suspended solids data in order to measure actual real-time dredge suspended sediments rather than turbidity, despite collection and analysis of these samples. (This correlation was not required by the FDEP permit).

- Turbidity monitoring was meant to be carried out by an "experienced" operator, but was entirely subjective in nature in terms of: i) having no current velocity data in order to assess what the FDEP permit described as "down/up-current"; ii) no data on water-column stratification to determine if there was shear or reverse flow in the water column; iii) the operator deciding visually where the densest part of the turbid plume was; and iv) no measurements in the lower water column where it is extremely likely the majority of the suspended sediment and near bedload sediment would be and where the bulk of the sediment transport would occur.

- There was no meaningful qualitative/quantitative sedimentation data collected from the sediment accumulation blocks during weekly compliance surveys. The sediment blocks failed to accumulate sediment, possibly due to strong currents. Despite this being recognized early on, during the pre-dredge baseline monitoring surveys, the same method was utilized for sediment accumulation compliance monitoring throughout the entire dredging project. This eliminated the 1.5 mm sediment accumulation above control "sediment stress violation", which was a key threshold established for the monitoring program.

- The sediment traps used were potentially (or likely) to have been unsuitable in terms of collecting quantitative data due to high currents in the area, resulting in turbulence occurring around the mouth of the trap, reducing the trapping efficiency of the trap. Additionally, there were significant time-lags in the availability of these data, as traps were only collected monthly, and laboratory analyses took another month. Therefore, no recently-collected sediment accumulation data were available during dredging, or throughout the entire monitoring program.

SAJ provided notices of the "exceedances" in terms of turbidity monitoring. Given the overall observed outcomes and impacts, there were very few exceedances, although considering the points listed above regarding the inadequacy of the turbidity and sedimentation monitoring, this lack of exceedances is not surprising.

Several problems were also apparent in the biological monitoring. The dates on the weekly coral stress and sediment block compliance reports were consistently a week behind the monitoring period, indicating a delay in terms of official documentation to identify potential coral stress, which could delay implementation of adaptive management strategies. The "Adaptive



Management" and "Recommendations" sections of these reports were also relatively sparse and not very informative.

Because the coral stress index utilized was not additive, and presence of 1 or more of 24 possible stress parameters designated a coral as "stressed", the ability to differentiate significant project-related sedimentation stress from natural background stress was likely reduced. "High" coral condition scores (percent of stressed corals out of total number monitored per station) were reported for both channel-side and control stations during dredging.

Significantly high coral condition scores due to sedimentation were reported very early in the dredging program for the Hardbottom (Week 1) and Middle Reef (Week 9) areas. Significantly high coral stress scores for the Outer Reef were not reported until Week 30.

Trends from the weekly compliance monitoring reports show that significantly high coral stress was repeatedly reported for the Hardbottom and Middle Reef areas from Week 11 through Week 40, with partial mortality occurring in Week 32, despite several adaptive management measures performed in this timeframe. High coral condition scores due to bleaching were not reported until Week 34 (July, 2014) and due to disease until Week 52 (November, 2014). This information leads to major concerns pertaining to enforcement of coral "sediment stress violations"/thresholds, regard for natural marine resources, and effective adaptive management practices employed during dredging.

Although they were loosely defined, the EPP established several "stress violations" for the monitoring program. These were based on frequency of coral bleaching, excessive mucus production by corals, covering of benthic community components by sediment such that death or degradation occurred, or a maximum sediment accumulation rate of 1.5 mm per day above the analogous reference station as measured on the sediment accumulation blocks. Once dredging operations were underway, it is unclear from the weekly compliance reports if and how these thresholds were enforced. Adaptive management actions, as documented in the weekly reports, were slow to respond. Therefore, the coral stress and sediment accumulation "sediment stress violations" were either not enforced or significant time-lags in adaptive management, as a result of violations, failed to protect benthic resources.

## Post-Dredge

The results and value of information in the post-construction reports are over-stated for several main reasons:

1) The pre-dredge baseline dataset was temporally and spatially limited as well as compromised by the initiation of dredging activities prior to completion of these baseline monitoring surveys;

2) local hydrodynamics, metocean conditions and natural sediment transport processes were not studied prior to and throughout the dredging project;

3) sediment accumulation data from traps were too high off the substrate (18 inches as required by the permit) and may have been influenced by higher current movement

than the substrate, thus failing to represent the condition on the substrate and therefore not comparable in "real-time" to coral stress and benthic monitoring data;

4) the sediment blocks did not function at Miami Harbor as they had at Key West possibly due to stronger currents and as such should have been replaced very early on in the project with an alternative method of assessing real time sedimentation rates approved by either FDEP or SAJ; and

5) methods of conducting coral stress assessments may have led to under-representation of significant dredge-related sedimentation stress on coral communities.

For these reasons and others detailed in this report, comparing pre-dredge baseline and post-construction datasets is invalid for sedimentation. Therefore, drawing scientifically-based conclusions from multidisciplinary data sets surrounding potential impacts from dredging activities is not possible. However, the datasets do allow for a pre- and post- dredging functional group assessment, which was a requirement of the permit.

Similar to the pre-dredge baseline monitoring surveys, the integrity of the one-month post-construction monitoring surveys was also compromised by dredging activities. Spot-specific "clean-up" dredging occurred within Cuts 1 and 2 of the outer entrance channel at the time post-construction monitoring surveys were being conducted. Additionally, the one-month post-construction monitoring surveys were performed in summer (June and July) compared to pre-dredge baseline monitoring surveys performed in winter (October through December), and as such under extremely different metocean and biological conditions (i.e. sediment transport rates are typically higher in winter and coral bleaching is more prevalent in summer). Although the timeframes of monitoring data collection was dictated by the permit, the contrasting seasonality of the two datasets further complicates their comparison for sedimentation values, which appears to have a significant seasonal variability.

Therefore, the authors consider that the scientific integrity of all datasets (pre-, during-, and post-dredge) collected for MHIII was compromised. A list of "lessons learned" based on the information reviewed for this report is provided in Section 3.0. This identifies recommendations relevant to the team and personnel, multi-disciplinary baseline data, permits and contracts, environmental monitoring, and public relations in the context of a large-scale dredging campaign.

# 1   INTRODUCTION

This report has been produced under Call/Contract W912EP-15-A-0002-0003 as part of Task 1 – Information Review and Report for the Miami Harbor Sediment Tracer Study. This Study is being performed by the team of Water and Air Research, Inc. (WAR) with subcontractors Environmental Tracing Systems (ETS) and CSA Ocean Sciences Inc. (CSA) for the United States Army Corps of Engineers, Jacksonville District (SAJ).

The Miami Harbor Phase III Dredging Project (MHIII) was implemented by the SAJ to deepen and widen the outer entrance channel to Miami Harbor and was constructed to accommodate larger Panamax vessels. Great Lakes Dredge and Dock Company (GLDD) was the dredging contractor who constructed MHIII from November 20, 2013 to September 20, 2015. GLDD was responsible for executing the environmental monitoring program, which included monitoring and



mitigation of marine benthic resources in the vicinity of the dredge footprint, which included seagrass beds in northern Biscayne Bay and hardbottom and coral reef communities adjacent to the outer entrance channel in coastal waters offshore Miami, Florida. Dial Cordy and Associates, Inc. (DCA) was subcontracted by GLDD to perform the majority of marine benthic resource monitoring required for MHIII.

The primary focus of Task 1 was to review information acquired before, during, and after dredging for MHIII as well as other relevant reports and scientific literature for the study site and its environs. Another sub-task for Task 1 included preparation of a list of "lessons learned" in order to identify data gaps and assess the adequacy of the regulatory requirements and monitoring program and provide recommendations for improving monitoring programs for future dredging projects. Another sub-task was to develop a conceptual model for regional and localized sediment transport processes in the Miami Harbor area. The last sub-task was to refine the Task 2 scope of work to deploy and monitor sediment tracers in the Miami Harbor area and monitor metocean and hydrological conditions to gain a better understanding of natural and potential dredge-related suspended solids on adjacent benthic marine resources.

This Task 1 Report summarizes the main findings following the information review; it is not completely exhaustive due to the vast amount of data spanning more than 10 years generated by the MHIII and provided by the SAJ. Data provided by the SAJ for each pre-dredging, during-dredging, and post-dredging timeframe was reviewed in terms of general information such as dredging practices and industry standards; physical environmental information such as metocean conditions, sediment transport processes and turbidity; and biological information pertaining to coral resources, with emphasis on the Middle Reef habitat.

This review was conducted by Dr. Jon Marsh of ETS and Erin Hodel of CSA Ocean Sciences Inc. as independently as possible without any pre-conceived ideas or views as to the project and the problems and impact summarized in Section 2. Both reviewers have carefully considered data and reports provided by SAJ, which focused on the Outer Entrance Channel (Cuts 1 and 2) and also conducted a literature search of available and relevant data over a wider geographical area around Miami including Biscayne Bay. It is not a literature review of the subject area, however, and where particularly relevant, both authors have incorporated references to support points made. Each reviewer has considered the data and reports within their area of expertise and have worked mostly independently of one another. This has led to a degree of "overlap" in terms of comments and observations made. However, this "overlap" has been left in the report as it is seen as affirming the concerns raised, especially those of Best Management Practices, international standards, and robustness of scientific data.

Dr. Jon Marsh has over 25 years of experience working on dredge monitoring projects worldwide including hydrodynamics, metocean data acquisition, numerical modeling, sediment transport processes, sedimentation monitoring, dredge operations, and impact assessments from dredging.

Erin Hodel has over 14 years of experience working on coral monitoring programs with an emphasis on coral health and sedimentation stress in south Florida and the Pacific. She has conducted numerous coral health assessments for benthic monitoring programs associated with

beach nourishment and dredging projects using both histopathological and gross morphological coral stress indices. She has worked on coral and other benthic resources monitoring and mitigation programs associated with three major federal dredging projects: MHIII, Key West Ship Channel Dredging, and the proposed Apra Harbor, Guam Dredging Project. She has conducted several laboratory-based sedimentation experiments on various species of Caribbean and Pacific corals aimed at defining sediment stress indicators and/or thresholds.

This review was initially intended to consider all data and reports provided to the reviewers comprising pre-dredging (e.g. the EIS and the 2013 pre-dredge baseline survey), impact assessment monitoring during dredging operations, and post-dredge monitoring. However, both reviewers identified key concerns and significant data-gaps during the pre-dredge phase, including the quality and very limited temporal and spatial baseline data from 2013 that was acquired, the regulatory/SAJ guidelines for monitoring, and the proposed methods for monitoring during dredging. As a result of these compounding concerns and data-gaps, both reviewers focused much of their attention on the pre-dredge data and reports in order to identify what caused the observed impacts to the marine flora and fauna in the during-dredging and post-dredging phases and to help identify and formulate "lessons learned". Therefore the focus of Section 2 is on the pre-dredge phase, particularly on the turbidity monitoring, sedimentation, and coral health monitoring.

# 2   DATA REVIEW

## 2.1   Pre-Dredging

This section has been compiled in an approximate chronological order leading up to the commencement of dredging on 20 November 2013. However, given the period of time between the decision to deepen the channel from -44 feet (ft) to -52 ft Mean Lower Low Water, termed Miami Harbor Phase III (MHIII), until dredging got under way, many documents were produced by and on behalf of SAJ in support of dredging. To follow an approximate timeline, the sections are as follows:

2.1.1   Background Information on the Site

2.1.2   Supporting Documents by and on behalf of SAJ

2.1.3   FDEP Permit 0305721-001-BI

2.1.4   Proposed Coral Stress Parameters

2.1.5   Proposed Coral Stress Index

2.1.6   Coral Stress "Triggers" or Thresholds

2.1.7   GLDD Proposal

2.1.8   Baseline Monitoring and Report

2.1.9   QA/QC of Coral Condition Scores



## 2.1.1    Background information on the site

As outlined above, the information summarized below has been identified as relevant to this particular study and/or the Outer Entrance Channel for MHIII. Background information regarding the understanding the general hydrodynamics and sediment transport in the Outer Entrance Channel area or its environs was limited to the information available in the Feasibility Study completed in 2004, even though dredging commenced in 2013. This is despite the recognized environmental sensitivity and resources in the hardbottom and coral reef habitats areas seaward of the port, the previous capital dredging campaigns, a significant urban population, and the complexity and demands this concentrates on the area (SAJ, 2004). Typically for projects of this nature, physical monitoring and numerical modeling studies are carried out in order to assess the potential effect of capital dredging on both the local and wider environment including navigation, environmental impacts, change in circulation patterns, etc. Given the numerous marine academic institutes and organizations located in South Florida alone, the level of knowledge in terms of marine flora and fauna and biological resources is extremely notable. However, there is little evidence of a multidisciplinary approach including physical data gathering prior to MHIII, which has resulted in very little monitoring, knowledge, or understanding of the physical environment of the area. This pattern was observed in all documents and assessments by federal and state organizations and stakeholders with respect to MHIII.

### 2.1.1.1    Biscayne Bay

Much of the previous work identified comprised studies in the southern section of Biscayne Bay. These studies focused on observed changes in the nearshore salinity as a result of changes in terrestrial freshwater and groundwater flow and the resultant impact on the marine flora and fauna (Stabenau et al., 2015) and attempts to restore the nearshore waters to more brackish/estuarine conditions (Lirman et al., 2003). Lirman et al. did measure sedimentation rates in the area generally south of Elliot Key, using sediment traps and endeavored to distinguish between sedimentation on corals associated with high boating activity areas versus seasonal trends and processes. Lirman et al. concluded that increased boating in certain areas led to increased sedimentation with up to 575 mg/cm$^2$/day of sediment measured in sediment traps and commonly encountered coral covered with 3 cm of sediment in the field. Lirman et al. suggests in area where >10-15 cm of sediment exist, seagrass becomes more dominant, although this is also a function of water depth. Rogers (1990) predicts that habitats with heavy sediment loads (proposed at >10 mg/cm$^2$/day) lead to low coral species diversity, cover, and dominance of species more tolerant of smothering and reduced light levels.

A two-dimensional (2-D) numerical modeling study was setup by Brown et al. (2003) to examine potential changes in Biscayne Bay in terms of hydrodynamics and salinity, in order to determine potential changes in the ecosystem and any impacts on flora and fauna. The study focused on assessing changes to freshwater inflow into the inner/nearshore coastal waters, via canals, levees, rainfall, and groundwater flows, although it was later used (unsuccessfully and as explained below, completely inappropriately) to consider general circulation patterns related to MHIII (see below). The model simulation was only carried out for a period of 2 weeks, far too short to determine the range of conditions including seasonal variability in the system from



summer and winter periods both in terms of environmental conditions, freshwater inflow, storms, etc. In addition, several key processes were omitted from the model.

Brown et al. 2003, noted that circulation in Biscayne Bay was influenced by both tidal-induced currents and wind-induced currents and that water-column stratification created vertical density gradients in the bay that varied spatially and temporally (as would be expected) due to a combination of factors including freshwater inflow, rainfall, and evaporation. The study concluded that the salinity had increased inside the bay due to the increased hydraulic volume of the bay associated with the construction of channels (i.e. widening and deepening for navigation purposes) and also the existence of a tidal node (an area with little tidal excursion) between Government Cut and Bakers Haulover Inlet to the north. This was predicted based on the tidal forcing observed, however the modeling carried out simulated a North-South slope or tilt offshore outside of the bay to "drive" or simulate the hydrodynamics rather than using actual bathymetry; this artificial feature simulated a "sweeping-current-inducing slope of the offshore area" which would undoubtedly have adversely affected predicted currents into the bay and circulation within the bay including the prediction of a tidal node. Despite a significant field monitoring campaign inside the bay comprising 12 Conductivity Temperature Depth (CTD) sensors and 5 acoustic doppler current profilers (ADCPs) collecting current velocity and direction throughout the entire water column, currents were depth-averaged. This approach could undoubtedly lead to net or residual currents being assessed as zero or very low, particularly in areas where stratified flow existed, for example wind-induced currents flowing above tidal-induced currents, leading to the assumption of limited water circulation overall. Not surprisingly, there were anomalies observed and disagreement between the field measurements and the model predictions indicating poor agreement. However, it is unlikely that there would be close agreement considering the lack of ocean circulation modeling to establish accurate boundary conditions in the model; the fact that no offshore wind and wave data were included; and that winds inside the bay were not considered sufficiently accurate in terms of direction, speed, or effective fetch. In addition, and very significantly, the vertical salinity data were depth –averaged in the model, despite clear evidence showing salinity stratification in the water column for a range of environmental and meteorological conditions.

Previous modeling was also carried out in the area by Fatt and Wang (1987), again to look at circulation and salinity changes related to changes in the ecosystem versus a better understanding of the hydrodynamics. They also observed anomalies between the synoptic data and model output assumed to be due to localized rainfall and wind-driven circulation. These parameters were not accurately reflected in the model. No evaporation function was used with the model tending to predict much lower salinities than field measurements.

A 3-D finite difference model was also developed by Sengupta et al. (1978), including for sediment transport, however this was only for a 1 day simulation; given the complexity of hydrodynamic processes for the area responding to tidal, metocean and seasonal variations, such a short time period would never simulate the general circulation accurately, and even less so the sediment transport processes.

As stated above, unfortunately and inappropriately, SAJ went on to use the Brown et al., 2003 model, or variations thereof, to evaluate the effect and potential impact of MHIII as part of the



EIS and also for navigational/ship movements, without any understanding of the modeling carried out or regard to its assumptions, short-comings, and inherent inaccuracies.

Continuing with the considerable bias and interest in ecological assessments in the area rather than a core understanding of the physical environment including hydrodynamics and sediment dynamics, Browder et al., 2005 developed a conceptual ecological model. Browder et al. note the poor water quality entering the bay via canals, storm water discharges, general runoff and groundwater and the fact that vessels (including recreational) disturb the sediment bed, however the ecological model does not consider it necessary for a multidisciplinary approach.

More recently, NOAA (2013) conducted a study (contracted and funded by SAJ) in Biscayne Bay to assess variations in turbidity and salinity. Field data were collected at 3 sites over a one year period including current velocities, turbidity, total suspended solids (TSS), and chlorophyll. Very low turbidities were recorded for much of the monitoring period excluding periods of phytoplankton activity and increased wind events. However, it should be noted that the details of the wind events were not adequately logged in terms of direction, effective fetch and waves which would all modify the wind characteristics and perhaps explain observed/visual patterns not matching measured data and results. NOAA concluded that turbidity could be elevated for up to a month associated with phytoplankton whereas wind events led to elevated turbidity for typically just one day.

Rather unusually, NOAA (2013) report good agreement between TSS and turbidity with phytoplankton being the main source, although NOAA report lower water column turbidity readings to be higher than surface readings by between 5-12% at the 3 sites; this is perhaps counter-intuitive given NOAA conclude the main source is phytoplankton and that these would typically be higher in the water column rather than lower. NOAA carried out statistical analysis between the various parameters measured to try to determine correlations between cause and effect, however differences were relatively small, insignificant, and inconclusive, suggesting a limited value in attempting to link or relate measurements to each other without regard for the various datasets, spatial and temporal variability, or localized effects. Given the absence of a general understanding of the circulation in the bay, the key processes that drive hydrodynamics, water-column stratification, and sediment dynamics including suspended sediment, it would be difficult to determine if or how the various parameters were interrelated and also draw any conclusions from the data. In addition, NOAA attempted to relate backscatter data, logged on an ADCP (Acoustic Doppler Current Profiler), to being proportional to the log of turbidity or TSS. This ignores the significant efforts required to produce a calibration curve in order to compare backscatter data with TSS and/or turbidity. It also seems to ignore the fact that other processes and parameters can significantly affect ADCP backscatter data including the presence of diatoms.

## 2.1.1.2 Government Cut

Despite the above, SAJ (2004) stated that the Brown 2003 numerical modeling study for Biscayne Bay "provides an evaluation of the impacts of Miami Harbor (MH) deepening on tidal current velocities and salinity in MH and on tidal current velocities along the coastal ocean shoreline around Government Cut", even though the model "did not include coastal processes



such as littoral currents". The same model was later used to assist ship simulator assessments for vessel maneuvers into the Port of Miami. Given the background as to why the model was setup and the assumptions and shortcomings of the modeling approach, it is alarming to read in SAJ (2004) that the model suggests "negligible changes to current velocities and salinity throughout the [MHIII] project" although later in the same document there is a prediction that the proposed changes as a result of MHIII will lead to an increase in current velocities of 0.5 ft/s in Government Cut. Conversely, it is predicted that there will be no observable impact on the Atlantic Ocean side shoreline tidal velocities based on any of the simulations, and only subtle differences in salinity, which will remain within the "detection limits, confidence levels of present field data collection capability, and associated model assessments". The same paper concluded that "the modeled changes in the coastal environment are insignificant and no impacts would occur".

In conclusion, prior to MHIII, very little accurate background information existed in the Outer Entrance Channel or its wider environs, including the adjacent areas of Biscayne Bay, in terms of physical oceanography, metocean conditions, general or specific circulation, and net sediment transport or processes. Wave data are collected at adjacent NDBC sites offshore, however, in the absence of measured nearshore/inshore wave data or a correlation between offshore and nearshore/inshore wave conditions, it is not possible to draw any conclusions at this stage as to the wave climate for the study area; this assessment will be made as part of this study (see Section 5). However, it is noted in SAJ (2004) that swell waves (long period waves) from the north of the mid-Atlantic Ocean cannot reach the study area without modification of the wave pattern or wave energy associated with the shallows of the Bahama Banks or by refraction along the Florida shoreline.

## 2.1.2    Supporting Documents by and on Behalf of SAJ

Given the time period between the decision to proceed with MHIII and commencement of dredging, a significant number of reports were produced. Many of these were updates or supplements which often contained the same information in context with this particular review, namely turbidity, sedimentation, and any associated likely impacts from dredging operations including dredging, overflow and disposal. For clarity, the various elements associated with the above have been separated.

### 2.1.2.1    Sedimentology

The dredging operation for MHIII required the removal of surface sediment classed as "overburden" comprising sedimentary material on top of underlying rock. Methods outlined in section 2.1.4 indicate the dredging contractor removed the overburden using a different dredge type, a trailer suction hopper dredge (TSHD) compared with the underlying rock which was removed using a cutter suction dredge (CSD). Roessler and Beardsley (1974) indicated that the proportion of silica to carbonate in "overburden" sedimentary sediments increased from approximately 35:65 in the area near Miami versus 20:80 towards the south.

SAJ collected core borings of the overburden and underlying rock along the length of the channel to be covered by MHIII; the results are documented in Challenge Engineering and Testing 2011. In brief, SAJ concluded the sediment borings comprised shallow soft silty sand or



shell on the surface (overburden) with fossiliferous limestone or sandstone layers filled with shell and sand to termination. The thickness and depth of the various layers varied spatially along the length of the channel (SAJ, 2004). GLDD described the sediment and underlying rock to be dredged based on the core boring data as "seabed with soft or loose superficial sediments (thin veneer to several feet thick) with limestone below ranging from highly weather and poorly cemented to intact and moderately weak with stronger limestone lenses". In terms of the limestone there were different structures as follows:

- very vuggy with large solution holes > 1" filled with sand, silt or calcite with solution voids up to 25% with 15% common

- bioclastic sandy limestone, similar to a coquina of sand, shell hash and larger shells, poorly or well cemented sometimes degraded to sand

Various tests were conducted on the core borings, however unfortunately for the context of this study, geophysical tests were limited with the density of the rock "assumed" to have an SG (Specific Gravity) 2.65, rather than being tested. Based on the data and reports reviewed, no testing of the core borings was undertaken to determine the effect of various dredging plant on the rock material which was subject to crushing or grinding, nor was there any analysis of the resultant material in terms of particle size.

This lack of information is perhaps a result of relatively recent dredging of similar rock material for the Miami Harbor Phase II Dredging Project and in neighboring sites in Florida (Key West Dredging Project) which indicated no apparent significant impact from dredging activities. However, this lack of data and no apparent significant impact could be due to the level and/or quality of monitoring and measurements that were carried out and how rigorous procedures were to assess any impact, rather than no impact occurring. For example, in other sites around the world, dredging of carbonate limestone very similar to that requiring to be dredged in the Outer Entrance Channel, particularly in Cut 1, has caused a significant impact (Wester and Babcock, 2005; Erftemeijer et al., 2012). In Geraldton, Western Australia, a visible dredge plume extending tens of miles up the coast was recorded in addition to deposits of a dense fine sediment "rock flour" on the seabed up to several feet thick being recorded that remained present for weeks/months after dredging.

Due to an unfounded and unsubstantiated assumption that sedimentation and turbidity would be "temporary" by SAJ and its contractors carrying out the review of capital dredging for MHIII, (see Section 2.1.2.2), no assessment was made nor was a detailed literature search carried out as part of the EIS process (SAJ, 2004). This assumption makes it clear that sediments were barely considered in SAJ 2004and any study was limited to predictions of the sediment budget in the vicinity of Government Cut which is predicted to be north to south at approximately 24,000 cubic yards (cy) per year, based on an estimate of 15,000 cy/yr deposited in the channel and 9,000 cy/yr in shoals on the outer reaches of the channel. Once again, no reference is provided in SAJ (2004) and this assumes: that no sand is transported directly across the channel; that no movement takes place from south to north, perhaps during seasonal changes in wind-wave events; or that deposition takes place elsewhere in the surrounding area. There appears to be no clear or overall understanding of sediment movement in the entire area with records



appearing to be presumably based on Operations and Maintenance dredging records. Given the lack of understanding of hydrodynamics and general circulation and sediment transport, making any assessment as to the fate and impact of sediment created during dredging and/or natural sediment transport, is extremely limited which should have been reflected in the EIS and ideally identified as a key data gap, but was not.

## 2.1.2.2   Turbidity

As early as the Environmental Baseline Study and Impact Assessment by Dial Cordy Associates (DCA) in 2001, indirect impacts associated with dredging were predicted to lead to "temporary changes to the habitats adjacent to the area being dredged…in particular reef and hardbottom habitats just outside the entrance channel or within the local area offshore of the port may be affected". In addition and in particular, related to turbidity, this report adds that "resuspension and deposition of sediments within the adjacent area will result in temporary periods of high turbidity" suggesting they believe that any effects will be short-term and return to previous conditions once dredging stops. In SAJ (2004) it states that "the Recommended Plan would cause temporary increases in turbidity however these levels would not exceed permitted variance levels outside of the mixing zone". Further comments by DCA in SAJ (2004) suggest a "temporary increase in turbidity during dredging may cause increased turbidity at the point of discharge from disposal sites", again stated with no qualification.

The statements go on to say, and presumably are based on the unqualified statement above, that there will be no indirect impact in the mid to far-field on seagrass, hardbottom communities, or coral, with the only impact being areas where direct removal will take place; for example, it is stated that "potential indirect impacts may include resuspension and deposition of sediments on nearby coral…this resuspension of sediments may result in temporary periods of increased turbidity within the area". Once again no qualification is given and is purely based on the naïve and uninformed assumption that the dredging operations will not cause significant or even moderate turbidity from any overflows or discharge, and in particular from a cutterhead and/or trailer suction dredge.

SAJ (2004) continues by stating that "environmental impacts from a cutterhead dredge will include localized suspended sediment along the bottom". This is consistent with the statement that "predicted suspended sediment around the draghead and overflow can be reduced…and that suspended sediment is expected to settle quickly because the overburden…is mostly sand" and "the majority of the materials within the project area include interbedded layers of sand and rock that are not expected to generate significant turbidity on removal". Further comments are added that since sensitive seagrass sites are 500 to 2,000 feet away from proposed dredging and "since the material to be dredged…principally comprises limestone, sandstone and clean quartz sand (USACE 2001), transport and deposition of fine sand/silt onto nearby seagrass beds is not expected".

The repetitive statements or claims listed above are numerous and re-affirm the view, incorrectly, that turbidity from any aspect of dredging operations (cutterhead, overflow etc.) was not expected. This is despite the weight of evidence to the contrary in the scientific community,



journals and publications, without any regard, understanding, or attempt to determine the fate or likely dispersal of any turbidity created or the pattern of sediment deposition.

It should be noted that detailed core borings were not collected until 2010, and that these showed that silt was present in virtually all overburden samples seaward of the breakwaters (CE and T, 2011).

It is also important to note that no clarification was given in SAJ 2004 as to the source of the turbidity, which can be both organic (phytoplankton, diatoms etc., see Section 2.1.1) and inorganic (suspended sediment), which could be a result of dredging and/or natural sediment transport processes due to tidal currents, wind-induced currents, and waves. No attempt was noted in this document to distinguish the constituent parts covered by the term "turbidity" or the primary source(s) further adding to the lack of accuracy or specificity (SAJ, 2004). However, other sources of turbidity are noted and indicated to have led to water quality degradation including storm water discharges, runoff, particularly from the Miami River, and resuspension of sediments due to tides, waves, wind and vessels leading to increased suspended sediment concentrations (SAJ, 2004). In the case of seagrass beds within Miami Harbor itself, it is stated that they already "experience chronic turbidity and sedimentation due to erosion, daily outflow from the Miami River, daily ship and tug activity in addition to natural turbidity sources including runoff, wind, or tide-driven shifting of shallow sediments". It is hard to understand why the report did not recognize that if the above factors cause an impact including "chronic turbidity and sedimentation" how dredging of more than 2 million cubic yards of material would not be far worse, unless the parties are aiming to "play down" any impact. However, in their defense, it is stated that the proposed dredging activity will "comply with state water quality standards for turbidity, the additional turbidity and sedimentation would add to background sources already present at the Port. This is expected to place additional stress on adjacent seagrasses over the short-term". No explanation is given as to why this would be short-term with the report going on to say that "dredging is not expected to result in long-term negative impacts to seagrass beds".

Despite the claims and suggestions above which were repeated to state consultees indicating "little or no turbidity to be expected during construction" and that state water quality and turbidity standards will be met", in the responses documented in SAJ 2004, FDEP indicated as early as February 2000 that the dredging will create "turbid water" with "silt particles [that] can also smother and suffocate animals and plants". FDEP goes on to recommend that a 3-D model for 1 year should be run for currents and salinity only, although they do discuss using the model to look at cumulative effects. This recommendation from FDEP highlights the fact that it was not only DCA and SAJ that did not adequately consider sediment transport processes and impacts.

Similarly in 2004, NMFS highlighted that dredging in certain areas containing high fines contents, as identified by the Corps (USACE, 2001), could "redistribute suspended sediments in other areas both inside and outside the study area". NMFS highlight that resuspended particulate matter and deposition of sediments in sensitive areas should "warrant water quality standards that exceed the State of Florida's general water quality certificate for dredging…and recommend that sedimentation monitoring program be developed…and if sedimentation monitoring reveals lethal or sub-lethal effects to marine resources, additional mitigation may be warranted".



Statements made by DCA in terms of the dredging having a limited and short-term impact, such as those above and similar, were repeated *ad nauseam* in numerous subsequent reports without any scientific justification, citation or reference. In addition, these statements were not limited to turbidity, but also included impact on wildlife, seagrass etc. without any idea on what the dispersal and fate of turbidity or deposition of sediment from dredging may be. As a result of these repeated statements, they almost became fact and were subsequently re-quoted by DCA and SAJ in later documents e.g. SAJ, 2004. The study and report from DCA in 2001 focused on the channel east of the breakwaters only (subsequently termed and known as Cuts 1 and 2) and up to 150 m (500 ft) either side (north and south) of the channel. Survey work included towed video and sidescan sonar surveys, diver transects and fish habitat characterization. No monitoring was carried out in terms of water quality or sedimentation and also nothing was done to predict the impact on or likely longevity of any impact or the spatial extent of any impact particularly given the relatively localized study area with respect to the channel. Unfortunately, these unqualified statements then propagated through and were compounded within subsequent documents issued by SAJ, for example in SAJ 2004 in response to concerns raised by NMFS, whose prime focus (as expected) was on the marine flora and fauna, rather than considering more multidisciplinary aspects. Many of the comments provided by SAJ in SAJ 2004 were often irrelevant, defensive in nature despite being reasonable suggestions, including considering a more cautionary approach, which was dismissed by SAJ.

In addition, part of the study (DCA, 2001) was to consider dredging and disposal options, although given the absence of details on the dredge volume, possible dredge methods, and dredge type to be used meant this assessment was limited. However, it was apparent that disposal would be at the existing Ocean Dredged Material Disposal Site (ODMDS) by whatever means, although no consideration was given to the potential impact from this disposal and the very strong possibility that fine sediment (clays, silts and fine sand) would not reach the spoil ground if dumped from the surface by scow or hopper given the water depth of 390 to 630 ft. Again DCA 2001 stated that dredge disposal at the ODMDS "would not result in any significant impacts to the area", without any scientific justification or reference despite the majority of the capital dredge material likely to be deposited at the ODMDS (SAJ, 2004).

Similarly, DCA's assessment of the potential beneficial use of the sediment including for habitat restoration or creation, concluded that "negative impacts on existing marine resources…would be minor…as long as turbidity controls are adhered to". Due to a lack of any external review of other scientific literature, this unqualified statement is entirely consistent with earlier statements that as long as guidelines were followed then any impact from dredging will be non-existent or temporary. In addition, it is proposed in SAJ 2004 that following a "coordination process", modifications to the proposed components resulted (past tense) in reduced environmental impacts to reef and seagrass areas, this is despite any clear understanding of the general circulation and hydrodynamics or sediment dynamics of the area (SAJ, 2004).

Consistent with the view that previous capital dredging in the port had not caused any concerns or observed impact, despite the fact that scientific knowledge and understanding had advanced, SAJ proposed protective measures and precautions similar to those applied in 1990, for the MHIII dredging in 2013. This is despite, Erftemeijer et al., 2012, referencing projects from the



1960s and 1970s onwards, including in the USA, where the international scientific community documents dredging projects that have impacted coral and hardbottom communities. This course of action further demonstrates a lack of consideration and appreciation, and also a literature search, by DCA and subsequently SAJ, in terms of responses to stakeholders including NMFS.

Despite NEPA requiring a multidisciplinary approach in decision making to ensure unquantified environmental values are also given appropriate consideration, SAJ 2004 states that impacts to natural systems off the South Florida shoreline (including estuaries, benthic communities, fisheries, maritime habitat…coral reef tract) have been considered in the formulation process. However, this was not comprehensive or based on a considered and appropriate scientific review. This is primarily because it appears no parties, in particular DCA and SAJ, and more laterally the dredging contractor GLDD (see Section 2.1.5), considered that there could or would be turbidity associated with the dredging which, in turn, would lead to sedimentation over time on the coral and hardbottom communities. Given turbidity was not anticipated, no adaptive management was put in place to address or deal with this when it occurred within a few weeks of dredging activities commencing, around approximately Week 9.

It is clear from the above that all parties (SAJ, FDEP, NOAA/NMFS and USFWS) believe that the State water quality standards for turbidity monitoring are and should be sufficient. It is also clear that SAJ are of the view that through good planning and design and adopting these standards, implementing Best Management Practices and agreeing to the monitoring, that any impact will be temporary. However, there is some discrepancy over the scale of any mixing zone with 150 ft (which is far too small an area) mentioned by USFWS whereas the final permit issued by FDEP refers to (as do other documents) of a mixing zone of 150 m (not feet; see Section 2.1.4). The only exceptions noted and relevant to this were:

- NMFS recommended that monitoring was more stringent and USFWS requested a contingency plan to halt dredging operations if suspended sediment concentrations exceeded acceptable levels; this was in place, but was insufficiently robust (see Section 2.1.4).

- USFWS also suggested that dredging should only take place when the environmental conditions would not contribute to siltation and sediment transport, which would minimize impact. In order to do this, it would be necessary to know what those environmental conditions were, which would require an idea of the current velocities, net residual transport and the fate of material from the cutterhead/draghead and any overflows. In detail, this would include and require an understanding of the key sediment transport processes; including transport pathways and rate of movement, dilution and dispersal (which in turn could affect the water quality, light attenuation etc.), whether sediment settles out and deposits and for how long and how much and also whether any subsequent resuspension occurs or whether this material remains and causes an accumulation over time leading to impact on the coral and hardbottom communities. USFWS made practical suggestions as to how to minimize or reduce potential impact from dredging by reducing the amount of fine sediment resuspended,



clearly recognizing and highlighting the risks on the environmental resources from the proposed dredging operations.

- Bob Hall at FDEP proposed that "additional prevention measures and consideration of limiting dredging to out-going tides should be considered".

- South Florida Water Management District proposed that a new study be conducted in terms of modeling in 3-D the hydrographic and salinity changes in the bay and wider area with a simulation period of over one-year. This was in response to the Brown et al. 2003 model that had a simulation period of only 2 weeks (see Section 2.1.1)

- Miami-Dade County DERM asked how SAJ was going to meet the water quality standards, given turbidity curtains proved ineffective at Miami Harbor and asked this to be clearly outlined.

- Tropical Audubon Society highlighted that the "RFP process is often seen as an opportunity for innovative technologies, cost efficiency, and project success. However, there is a long history of RFP process resulting in a low-bid winner whose only goal is to maximize profits utilizing short cuts to minimize costs. The focus of low-bid winners is cost-effectiveness not environmental protection."

Unfortunately these concerns or suggestions do not appear to have been recognized, accepted or proposed either by FDEP in the final permit (see Section 2.1.4), with only cursory comments made in these areas, or by SAJ in terms of improving on the FDEP permitting or specifications within the dredging contract. The regular or typical response from SAJ was Best Management Practices will be used, without any detail as to what this involved, although in SAJ 2004, DCA suggest that "some impacts are unavoidable even if the best planning efforts are adopted". In response to DERM's point, SAJ did acknowledge that turbidity curtains had been used successfully previously and that protection measures would be down to the dredging contractor including turbidity curtains, turbidity hoods on the cutterhead, dredging on an outgoing tide only, and the speed of the cutterhead and that it would be up to FDEP to establish the overall water quality standards. It is not clear how many of these were considered by GLDD; certainly few were imposed or recommended by FDEP in the permitting, resorting to monitoring turbidity levels rather than imposing specific conditions on dredging.

The only reference found where DCA recognize some degree of potential impact from dredging, is in the following statement in SAJ 2004. DCA state initially that any impact will be temporary and then on the very next page of the document reverse this statement. Initially, DCA state that "dredging may result in suspension of any fine carbonate materials that have settled on substrates or have been enclosed within reef structures ("powder pockets")…this resuspension of sediments may result in temporary periods of increased turbidity within the area". However, DCA then goes on to say that "where silt and/or silty sand are to be dredged, water quality impacts are expected to be significant, and take several weeks/months after cessation of dredging activities to return to background levels". Once again, no reference or qualification is made as to how this different conclusion has been made. In addition, in the same paragraph, DCA state "recent efforts to quantify real impacts of dredging incorporate only the waters directly above dredged substrates. However, due to the physical properties of water and the



complex hydraulics operating within the harbor and channels, these efforts greatly underestimate the extent of negative effects of dredging". Once again no reference or scientific citation or explanation of what has been measured, although what they appear to be proposing is that the potential impact from dredging could be far greater than previously indicated or expected.

Given the concerns and comments above, it is either up to the State regulator, FDEP, or alternatively SAJ to address these and take ownership of the project and all aspects associated with it. In addition, DCA and GLDD should've been cognizant of the risk and potential impact from dredging on coral and advised SAJ accordingly. Certainly DCA should have carried out a detailed review of the scientific literature in contributing to SAJ 2004 and GLDD would have been very aware of the risks and sensitivity from previous dredging operations including recent projects such as in north-west Australia (see Section 2.1.5).

### 2.1.2.3   Sedimentation

Further to the numerous statements in 2.1.2 regarding the temporary nature of turbidity being short-lived etc., there is no clarification or mention of the fate of any turbidity in the water column both in terms of organic matter or indeed suspended sediment either as a result of natural processes and/or dredging operations.

In terms of the EIS (SAJ, 2004) Appendix J Mitigation Plan there is mention that the "reef monitoring program will consist of both physical and biological components". For physical monitoring, this will assess the degree of settling of the [dredged] reef materials. However, no indication is provided in the document or subsequently how or if sedimentation associated with dredging will be separated from natural processes (see Section 2.1.6). This means that the pre-dredge baseline data collected 2013 in order to establish the impact of any observed sedimentation cannot be distinguished between dredging operations and what is natural littoral transport. This could result in anything from 0 to 100% sedimentation and everything in between being attributed to dredging operations or conversely natural sediment transport processes. This position creates a very difficult and un-defendable position for the Corps particularly in light of the pre-dredge baseline data being collected after commencement of dredging.

As is noted in Section 2.1.2, there was almost no consideration of sedimentation due to dredging operations (or natural processes and how to differentiate these) and therefore the potential impact on coral and hardbottom communities, despite the awareness and comments from different parties of the likely effects. As a result, no adaptive management plans, strategies, or additional monitoring were put in place to address this if, or (as it turned out) when it occurred, including ceasing dredging (see Section 2.1.5). This was further compounded by the sparse, inconclusive and temporally very short pre-dredge baseline data (see Section 2.1.6).

### 2.1.2.4   Coral Resources

The final Environmental Impact Statement (EIS) and General Reevaluation Report (GRR) for MHIII is dated February 2004 (SAJ, 2004). Pre-dredge baseline biological surveys occurred in the fall of 2013, with construction commencing on November 20, 2013, before pre-dredge baseline biological surveys were complete. Despite the nearly ten year time-span from completion of the final EIS to project construction, a supplemental EIS was not produced. The



National Environmental Policy Act (NEPA) states that a supplemental EIS is required when "there are significant new circumstances or information relevant to the environmental effects that have bearing on the proposed action or its impacts" (www.epa.gov/nepa/national-enviornmental-policy-act-review-process). From 2004 to 2013, significant new information with direct relevance to corals in the vicinity of MHIII became available. In this timeframe, the fields of climate change and ocean acidification (which directly affect coral survivorship) (See Hoegh-Guldberg et al., 2007; Pandolfi et al., 2011) coral stress and disease (See Weil et al., 2006; Miller et al. 2009), and reef resilience and restoration (See Bellwood et al., 2004; Precht, 2006) advanced rapidly. Additionally, in May, 2006, two species of corals, staghorn coral, *Acropora cervicornis* and elkhorn coral, *Acropora palmata*, became the first corals to be listed as threatened under the Endangered Species Act (ESA)(71 FR 26852). In 2009, five additional species of Caribbean corals were petitioned to be listed under the ESA, and later designated as threatened in 2014 (79 FR 53851). All seven species have geographic ranges that include the Florida Reef Tract offshore Miami-Dade County. Also in 2009, new, more detailed benthic habitat maps based on LIDAR data were published for coastal waters offshore Miami-Dade County (Walker, 2009).

## 2.1.3    FDEP Permit 0305721-001-BI

FDEP issued a Final Order Permit on May 22, 2012, stating there should be "no elevation of turbidity…authorized within the boundaries of the Biscayne Bay Aquatic Preserve, designated as Outstanding Florida Waters (OFW)" greater than a temporary mixing zone of 150 m and to establish a maximum allowable turbidity level above background within these OFW during project construction.

Overall, the terms and clauses in the permit relevant to this review, noted below, are very generic and lack specific details on what is meant or required which created ambiguity. It is assumed or possible that FDEP, and in turn SAJ, wanted to avoid being (overly) prescriptive and were therefore very much reliant on a very competent and professional contractor with the main focus being environmental protection to ensure conditions were monitored correctly and exceedances of the permit notified and addressed promptly. In the absence of a client (SAJ) representative on site ensuring compliance to the permit requirements, a lack of prescriptive conditions and a contractor focused on other more commercial aspects, including preventing dredge downtime, this could, and probably did, lead to shortfalls in the monitoring. By comparison to water quality/turbidity monitoring, the permit is much more prescriptive for coral, hardbottom resource monitoring.

Subject to any separate clarification agreed between FDEP and SAJ, which it is assumed did not exist and this review is not aware of, it is likely to lead and probably did lead to a very wide interpretation. Every indication, including SAJ's intention noted above in SAJ 2004 is that SAJ accepted and worked within the permit rather than made its own interpretation including tightening the monitoring requirements specified to the dredging contractor and its sub-contractors. In turn this would allow, and inevitably did allow, the dredging contractor and its sub-contractors to make their own interpretation, further compounding the problem in terms of the lack of specific detail provided in the FDEP permit.



In terms of specific clauses relevant to this review, the following are noted with comments added in italics relevant to the generic nature of FDEP's permit and ultimately SAJ's contract:

- "Best Management Practices (BMPs) shall be utilized where appropriate and maintained at all times…to minimize turbidity generation including when conditions appear conducive to the encroachment of a turbidity plume into the OFW and to prevent spillage of hazardous substances into waters from dredge or scows". *No indications were provided in terms of BMPs. It is not clear as to whether FDEP's definition of a "hazardous substance" includes the dredged sediment that is in the scow or hopper that is being collected and transported.*

- "Turbidity control devices shall be installed prior to commencement of construction in any given area and maintained daily to ensure integrity and functionality until post-construction clean-up of each work area is completed". *No details were provided as to what turbidity control devices FDEP was considering.*

- "Comply with barge monitoring protocol in EPA's and SAJ's September 2008 Miami ODMDS Site Management and Monitoring Plan (SMMP) including vessel tracking adding "if a scow is determined to be leaking, use of that scow will cease and repaired promptly".

- Contractor's Environmental Protection Plan including BMPs to be implemented to prevent erosion, turbidity etc." *Again no detail on BMPs.*

- "Turbidity monitoring shall be conducted by individuals with prior experience in turbidity monitoring for major dredging projects". *This review can find no details on International Towing and Salvage LLC or their experience or whether they are even in business. No details were provided as to the nature of experience, whether monitoring was deemed "successful", or the complexity or technical knowledge the contractor should have had.*

- Requirements for turbidity monitoring comprised measuring "background" in the "surface and mid-water column at least 300 m upcurrent of dredge and clearly outside of any influence generated by the project or other obvious turbidity plumes". *No details on how the contractor should assess "upcurrent" including and very importantly, any water-column stratification especially given flows could be reversed or flowing in different directions between the visible surface currents and lower water-column. No mention of near-bed measurements at all despite the TSHD or CSD operating at the bed and typically 20 to 30% or higher of the bed sediment/rock being dredged entering the water column in terms of stripping losses (see Section 2.1.3). This would create a very high suspended sediment layer near-bed. By its very nature, a heavily sediment loaded water mass (such as a dredge plume) is going to be dense, mix poorly (excluding areas of high current flow, turbulence or shear) and therefore have a tendency to only be in the lower water column and generally much closer to the sediment bed. Therefore measurements did not cover the entire water-column and critically did not include near-bed. With no understanding of the direction of flow or water column stratification it would be extremely difficult to explain the results and identify any anomalies. Given the above, it is unlikely that a true, representative or*



*comprehensive assessment of background turbidity would be recorded making it harder to accurately determine turbidity related to dredging operations only.*

- For what FDEP classed as the "Compliance" area subject to within or outside OFW, turbidity monitoring was required in "surface and mid-water column not more than 150 m down current from the dredge within the densest portion of the project-related turbidity plume, outside of OFW. Inside OFW at dredge sites, the same monitoring was specified not more than 750 m downcurrent within the densest part of the plume". *As above, no mention of how to measure "downcurrent", record water-column stratification and notably no requirement to monitor the lower water column where the greatest turbidity concentration and impact from dredging was likely. In addition, the "densest portion of the project-related turbidity plume" is highly subjective and ephemeral particularly if tidal currents, waves, wind-driven circulation are present and/or if there are multiple sources of project-related turbidity, i.e. from dredging, overflows, spillage or leakage from scows etc. Given the dynamic nature of the turbidity and source/s and the highly subjective nature of measuring the "densest part of the plume", it is very unlikely that turbidity measurements from dredging operations were remotely accurate or representative of what was actually being released into the water column and certainly in the lower water-column, in particular near-bed.*

- An intermediate area is also specified for an "expanded mixing zone within OFW and where the turbidity plume extends over known hardbottom and (or – presumably) seagrass resources requiring monitoring "at surface and mid-depth at 150, 300, and 500 m downcurrent from the dredge". *Similar issues as above.*

- "Water samples required with each compliance monitoring event". No specification as to whether these water samples should be analyzed, and if so, for what parameters. Importantly, no indication as to whether the samples or data should be used to calibrate the turbidity logger used for monitoring to convert turbidity data readings from NTU to mg/L.

- Compliance monitoring was required approximately every four (4) hours during daylight dredging, beginning approximately 30 minutes after the commencement of dredging or other construction activity. "Compliance monitoring shall also be conducted whenever a substantial plume (i.e. a plume that, in the monitors' professional judgement, may result in an exceedance of the turbidity standards) approaches the edge of the mixing zone (i.e. 150 m from the turbidity source) when working outside of OFW or 750 m from the dredge when plume extends into OFW…such that a water quality violation may exist". Reduced monitoring during night time dredging was outlined by FDEP. *There is no definition of a "substantial plume" in terms of turbidity concentration as a guidance or scale (diameter) leaving it ambiguous. In addition, during night time dredging, in the absence of comprehensive turbidity monitoring both vertically and horizontally through the water column, identifying upcurrent and downcurrent or the densest part of the plume, is even more subjective and likely to create all sorts of variations in the quality of the monitoring.*



- Notably, the permit notes that "transporting dredge and fill material does not qualify as a permitted turbidity source". It is not clear whether this means scows cannot leak, as in they are not permitted to leak, or that leakage does not fall under the turbidity monitoring requirements specified in the permit and therefore is less important. If the latter, this is in contrast to the comment above in terms of ensuring that "if a scow is determined to be leaking, use of that scow will cease and repaired promptly". This potentially means that if there is leakage from a scow or hopper, which did occur multiple times, unless this was classed as a "substantial plume" (which as above was not adequately specified), it would not be monitored even if or when it occurred near or over a hardbottom or seagrass resource.

- In terms of permitted turbidity concentrations, the permit indicates limits "outside OFW (seaward of Government Cut) turbidity at the edge of the approved mixing zones shall not exceed 29 NTU above background" and within the OFW not to exceed 9 NTU adjacent to the seagrass mitigation site or 13 NTU elsewhere. Calibration of the turbidity logger is to follow FDEP laboratory SOP; the link specified would not open at the time of this review. FDEP SOP as follows: "The instruments used to measure turbidity shall be fully calibrated within one month of the commencement of the project and at least once per month thereafter during project construction. Calibration shall be verified each morning prior to use, and after each time the instrument is turned on, using a turbidity "standard" that is different from the one used during calibration"; *presumably the original monthly calibration. As outlined above turbidity typically comprises a range of biological and physical material including natural sediments and importantly sediments related to dredging. Ideally background measurements, measured correctly, would reflect any natural sediment or background turbidity, however different particles/marine fauna respond in a variety of ways on a turbidity logger which is why the vast majority if not all similar operations require calibration of the turbidity logger using actual samples from the site from the water column where measurements are made. This allows calibration to the specific material being created, in this case dredged sediment, with water samples being analyzed for Total Suspended Solids to allow data to be expressed as mg/L rather than in more arbitrary units of NTU.*

- Additional measures specified include "whenever turbidity levels exceed the values states above, which would be indicative of a violation of state water quality standards, immediately cease all dredge or discharge operations that may be contributing to the water quality violation. Cessation of dredging or discharge operations shall continue until monitoring indicates that turbidity levels are meeting the applicable values stated…modify the work procedures that were responsible for the violation…installing additional BMPs *This requirement in itself is relatively prescriptive however, the permit conditions above, for the reasons outlined, are likely to lead to few exceedances or occasions where it is clear and data comprehensive enough to lead to cessation of dredging and/or discharge operations. Given the monitoring requirements in the permit, unless turbidity was very significant resulting in plumes from the cutterhead*



*dredge mixing sufficiently into the mid- or surface water column to be 'noticed' by the operator, particularly during night time, and then logged, it is unlikely this would result in cessation of dredging etc.*

• Assessment of sedimentation on coral, hardbottom communities and/or seagrass was proposed using sediment traps and sedimentation blocks. Sediment traps were to be similar to the design used in the Broward County Shore Preservation Project (BCSPP) with a 1" diameter pipe and an 8" length tube with the top of the trap no more than 18" above the seabed. Sediment traps were to be emptied every 28 days with the weight captured measured in mg sediment. The sedimentation blocks were specified as 8" x 8" x 8" cement blocks with the sediment thickness deposited being recorded on each corner and in the center of the block. *No sedimentation was recorded on the blocks for the entire pre-dredge baseline survey (see Section 2.1.6), however, despite this, monitoring of the blocks continued throughout the period of dredging, again with no sedimentation observed throughout. Unfortunately, FDEP's specification of sediment traps "similar to those from BCSPP" suggests that these worked successfully and/or measured an accurate and representative quantity of sediment, however this ignores site specific conditions at MHIII and the most appropriate sediment trap type for this location and its efficacy. For example, if horizontal current velocities and/or wave-orbital velocities are high then a sediment trap open at the top, as per BCSPP, creates turbulence and distorts the circulation at the mouth of the trap which in turn affects the capture efficiency of sediment and also affects certain particle sizes. Given velocities and turbulence vary site to site, the data collected cannot be classed as quantitative, or comparable with each other given the spatial variability in these key parameters. In areas where there are high horizontal velocities (currents and/or waves), sediment traps should have apertures on the side with baffles to force the flow downwards into the collection chamber. Storlazzi et al., 2011 summarizes these factors highlighting that the turbulent nature of flow over the trap mouth creates eddies, the intensity of which and their frequency of shedding particles increases with increasing flow velocity toward and over the trap. Storlazzi et al., 2011 suggest that "where instantaneous combined current and wave-orbital speeds >10-20 cm/s, the trapped material should only be used to provide samples of suspended sediment for physical and chemical analyses to compare to seabed samples" rather than to assume data are quantitative. However, despite this, sediment traps approximately the same as those used in BCSPP were used throughout the pre-dredge baseline, dredging, and post-dredging period (see Section 2.1.6) even though there was no detailed understanding of the hydrodynamics and in particular bottom currents in the MHIII areas including at the control/reference sites. The only information available was modeled by Brown et al., 2003 which was wholly inaccurate. Therefore the sedimentation data cannot or should not be assumed to be quantitative and comparable spatially or temporally including between permanent monitoring stations and reference stations.*

- FDEP specify pre-dredge baseline monitoring of sedimentation etc. weekly for a minimum of 28 days prior to commencement of dredging. *Given the spatial and temporal variability likely for the site as a whole including localized and seasonal effects, this period of baseline monitoring is too short (see Section 2.1.6).*

- FDEP specify monitoring reports to be submitted within 1 week of analysis.

Finally, FDEP also requested a meeting 7 days before any dredging commenced to review conditions and monitoring requirements. It is assumed given the brief time period over which pre-dredge baseline data were requested by FDEP in the permit and delays in completing this with only 2 weeks of data collected out of the 4 weeks specified, that the meeting, if held, was unable to adequately review conditions and monitoring requirements certainly from the pre-dredge baseline surveys.

Notably, compliance and reference monitoring stations were pre-determined within the permit. During this review process, there has been no evidence that the monitoring stations were pre-determined based on any understanding of the hydrodynamics and circulation of the area, rate of movement of sediment or the likely fate of material created by the dredging operations, both the TSHD/CSD and overflow.

Neither the FDEP permit nor the USACE permit modification #1 (SAJ, 2012) include a stand-alone Biological Monitoring Plan which is typically required for large-scale projects of this nature. The USACE permit modification #1 does not include language pertaining to biological monitoring of marine benthic resources nor references either the FDEP environmental resource permit or the Environmental Protection Plan (EPP) (SAJ, 2013). The permits and the EPP do not clearly define all aspects of monitoring protocols, are vague, and could be misinterpreted due to lack of examples.

In conclusion, based on this review, the FDEP permit was vague, generic, and insufficiently prescriptive, particularly for the turbidity and sedimentation monitoring. This made it relatively easy to exploit, given the approach and monitoring adopted by the dredging contractor and the turbidity monitoring subcontractor (see Section 2.1.5). Unfortunately, SAJ simply passed the permit along to GLDD without adding or strengthening it or making it easier to make checks on performance and ensuring the protection of the environmental resources.

## 2.1.4    Proposed Coral Stress Index

There is confusion in both the FDEP environmental resource permit and the EPP regarding the coral stress index to be utilized for coral health monitoring. The FDEP permit Section 32.i.a.2 describes a binary coral stress index where stress parameters such as excessive mucus, disease, and bleaching are to each be assigned a health level or score of "0" for absence or "1" for presence. The permit directs the reader to "see example below" however no example is included. Later, in Section 32.ii.d, the permit states that "stress expressed above normal by corals and/or octocorals within transects (stress scale used for Broward County Segment III Project) will require an additional survey to outline the area(s) of impact". However, the permit skips a crucial step in describing how coral stress scores will be tabulated per colony, per transect, or per station, nor describes how "stress expressed above normal" shall be assessed.



To add to the confusion, the Broward County Segment III Coral Stress Index is referenced which is not the coral stress index that was to be utilized for MHIII. The Broward County stress index is a severity ranking scale from 0 to 3, in which individual colonies were assigned a total stress rank, with 0 being healthy and 3 being severely stressed (See Fisher et al., 2008). Each rank from 0 to 3 was inclusive of a suite of primary stress parameters and severity; individual stress parameters such as bleaching or excessive mucus were not each assigned individual ranks or scores as described in the previous Section 32.i.a.2 of the FDEP permit.

The EPP includes coral health monitoring protocols for MHIII in Section 3.1.10.3.b. The EPP states that the following coral stress parameters shall be included:  bleaching, excess mucus production, polyp extension, and disease, and refers the reader to an example in Appendix B. It does not include visible sediment accumulation on coral tissue as a mandatory parameter to be assessed. Sediment accumulation on coral tissue is one of the easiest parameters to assess and is a key indicator of sediment stress on corals (Rogers, 1983). Sedimentation rates in excess of what corals can actively manage via mucus production, tentacular and ciliary action, and swelling will eventually lead to energy depletion, sediment accumulation on tissue, tissue bleaching and anoxia via smothering, and eventual tissue death (Peters and Pilson, 1985; Erftemeijer et al., 2012). Sediment removal is energetically expensive for corals (Riegl and Branch, 1995; Anthony and Connolly, 2004) and therefore standing sediment on coral tissue is a critical parameter to monitor when increased sedimentation from dredging is anticipated.

Congruent with the FDEP permit, Section 3.1.10.3.b of the EPP describes a binary system (0 or 1) for assessing presence/absence of coral stress parameters. However, the EPP goes into more detail and states that "a coral receiving a score of a "1" for two or more stress parameters will be classified as declining in health".

The EPP states that presence of 2 or more stress parameters was required to designate a coral as stressed; however, this was not the protocol followed in coral health monitoring for MHIII. Coral stress parameters were not additive and corals were designated as "stressed" with presence of 1 or more stress parameters (DCA, 2014). The EPP refers the reader to an example coral stress index in Appendix B, however, this example is incomplete in that it does not tally the total number of stressed corals (which should only be those colonies with 2 or more stress parameters present). Conversely, the Key West Resource Health and Sedimentation Monitoring (RHSM) Plan (CSA, 2003) included an example coral stress scoring worksheet (Figure 1). A lack of clearly-defined monitoring protocols and examples in the permits and plans may have contributed to misinterpretation of the intended monitoring protocol by the contractor. However, if any monitoring protocols were ambiguous, the contractor should have clarified them with the SAJ prior to project data collection.

water & air
RESEARCH, INC.

| EXAMPLE 1 | Project Area Site A | | | | | | Reference 1 | | | | | | Reference 2 | | | | | | Reference 3 | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Coral # | | | | | | Coral # | | | | | | Coral # | | | | | | Coral # | | | | | |
| | 1 | 2 | 3 | 4 | 5 | 6 | 1 | 2 | 3 | 4 | 5 | 6 | 1 | 2 | 3 | 4 | 5 | 6 | 1 | 2 | 3 | 4 | 5 | 6 |
| Bleaching | 1 | 1 | 1 | 0 | 0 | 1 | 1 | 1 | 0 | 0 | 1 | 0 | 1 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 |
| Excess mucus | 0 | 1 | 0 | 0 | 1 | 0 | 0 | 0 | 1 | 0 | 0 | 1 | 1 | 1 | 1 | 0 | 1 | 0 | 0 | 0 | 0 | 0 | 1 | 0 |
| Polyp extension | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 0 | 1 | 0 | 1 | 0 | 0 | 0 | 1 | 0 | 0 | 1 | 0 | 1 | 0 |
| Disease | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Declining | v | v | | | | | | | | | | v | v | v | | | | | | | | | v | |
| | 2 declining corals/site | | | | | | Average of 1.33 declining corals/reference site | | | | | | | | | | | | | | | | | |
| | | | | | | | 0.67 more declining corals at project area site versus reference sites = No further action | | | | | | | | | | | | | | | | | |
| EXAMPLE 2 | Project Area Site D | | | | | | Reference 4 | | | | | | Reference 5 | | | | | | Reference 6 | | | | | |
| | Coral # | | | | | | Coral # | | | | | | Coral # | | | | | | Coral # | | | | | |
| | 1 | 2 | 3 | 4 | 5 | 6 | 1 | 2 | 3 | 4 | 5 | 6 | 1 | 2 | 3 | 4 | 5 | 6 | 1 | 2 | 3 | 4 | 5 | 6 |
| Bleaching | 1 | 1 | 1 | 1 | 0 | 0 | 1 | 1 | 1 | 0 | 0 | 0 | 1 | 0 | 0 | 1 | 1 | 0 | 1 | 0 | 0 | 1 | 0 | 0 |
| Excess mucus | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 0 | 0 | 0 | 1 | 1 | 0 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 0 | 0 | 0 |
| Polyp extension | 1 | 1 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1 | 0 | 0 | 0 | 1 | 0 | 0 | 0 | 0 | 1 |
| Disease | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Declining | v | v | | | | | | | | | | | v | | | | | | | | | | | |
| | 2 declining corals/site | | | | | | Average of 0.67 declining corals/reference site | | | | | | | | | | | | | | | | | |
| | | | | | | | 1.3 more declining corals at project area site versus reference sites = Initiate more detailed survey | | | | | | | | | | | | | | | | | |

Figure 1.      Example coral stress index scoring worksheet included in the Key West Dredging Project RSHM Plan (CSA, 2003).

The EPP also describes additional coral bleaching and disease "triggers" or thresholds that were to be simultaneously monitored, in addition to parameters assessed with the stress index. The coral health monitoring protocol in the EPP emulates that utilized for the Key West Maintenance Dredging Project RHSM Plan (CSA, 2003) and indeed, this was the model intended for MHIII (pers. comm, T. Jordan-Sellers, SAJ). However, the same sentence that appears in the FDEP permit, erroneously referencing the Broward County Segment III Coral Stress Index, ("stress expressed above normal by corals and/or octocorals within transects [stress scale used for Broward County Segment III project] will require an additional survey to outline the area(s) of impact") also appears in Section 3.1.10.4.4 of the EPP. The EPP does not reference the Key West Dredging Project RHSM Plan. It is possible that certain sections of the FDEP permit (and errors) were copied/pasted into the EPP. The intended coral stress index protocol (that used in Key West) was not what was cited in permits or plans by SAJ, FDEP, or GLDD or what was implemented by DCA during coral monitoring. Although the Key West Dredging Project RHSM Plan was the intended model for MHIII, it was not referenced, described, or followed properly in permits and monitoring for MHIII. The complete methodology employed in MHIII was not fully described until the Methods section in the Quantitative Baseline Monitoring Report for Middle and Outer Reef Benthic Communities (DCA, 2014).



## 2.1.5    Coral Stress Parameters

Twenty-four coral stress parameters were assessed during the pre-dredge baseline monitoring surveys for MHIII (See Table 2, DCA, 2014). While this list of stress parameters is thorough, it is problematic for several reasons:

Firstly, it includes many natural background stressors, such as overgrowth by sponges, signs of competitive interaction, and fish bites that are commonly observed in corals throughout southeast Florida at present. Coral communities and reefs in southeast Florida and worldwide have been in decline for decades due to multiple stressors including thermal stress induced bleaching, eutrophication, over-fishing, and disease (Pandolfi et al., 2005; Carilli et al., 2010). While it is important to incorporate background stress into a monitoring program, it is not practical to monitor every singlestressor, and especially those which are not unequivocally proven to be deleterious to coral health such as fish bites (See Mumby, 2009; Bythell et al., 1993) and polyp extension (expansion of polyp tentacles) which is a normal behavior for corals during heterotrophic feeding. These two parameters could have been noted, but should not have been included as parameters to designate a coral as "stressed"; which were scored as contributing to coral stress regularly during the coral monitoring for this project.

Secondly, because the coral stress index utilized was not additive, and presence of one or more of 24 possible stress parameters designated a coral as "stressed", the ability to differentiate potential project-related sedimentation stress from natural background stress was masked. The coral health monitoring employed for MHIII did annotate the kinds of stress present on each tagged, monitored coral and later summarized in reports which stress parameters were most common at compliance versus control stations, but this method lacked a quantifiable component associated with potential sedimentation or other types of stress. Because coral communities in southeast Florida exhibit a fairly high degree of natural background stress, using a non-additive coral stress index runs the risk of finding no significant difference among compliance and control stations, as corals may be stressed for a multitude of different reasons. Inclusion of more "minor" stressors (such as overgrowth by sponges and fish bites) further increases the possibility of corals to be designated as "stressed" for one reason or another. While the intentions of the contractor may have been to be as thorough as possible and document all possible stressors, it led to high "coral condition scores" at both compliance and control stations. The coral condition score was the total number of "stressed" corals divided by the total number of colonies monitored at a given monitoring station. High scores at both compliance and control stations detracted from the ability to detect differences between the two. An additive coral stress index, where presence of each particular stressor contributes numerically to an overall "condition score", would have increased the range of possible scores and the likelihood of finding potentially significant differences between compliance and control stations.

Thirdly, it is highly important to consider and include background stressors such as bleaching and disease in a monitoring program, as they reduce coral immunity and the capacity of corals to tolerate additional stresses (Schoepf et al., 2015) such as sedimentation from dredging. The reverse may also be true, whereby stress from sedimentation may increase susceptibility of

coral to bleaching and disease (Meehan and Ostrander, 1997; Wesseling et al.,1999; Sutherland et al., 2004). However, in order keep monitoring protocols practical, cost-effective, and capable and focused on detecting project-related stress, background stress parameters should be carefully selected and relevant.

## 2.1.6    Coral Stress "Triggers" or Thresholds

The FDEP permit did not include or define coral stress "triggers" or thresholds (i.e. pre-determined levels of coral stress that once reached, require additional surveys or adaptive management of dredging activities). Both the FDEP permit and the EPP state that "stress expressed above normal will require additional surveys to outline the areas of impact" but does not define or assign a value to the threshold itself. Ideally, thresholds for coral stress (or sediment accumulation) are established pre-project based on pre-dredge baseline data and/or pilot studies (See Shafer Nelson et al., 2015; Jones et al., 2016) which safeguard against permanent "impacts" and the need for "impact delineation surveys".

Again, using the example of the RHSM Plan from the Key West Dredging Project (CSA, 2003), various types of soft and hard "triggers" were defined in the monitoring protocol based on coral stress scoring or sediment accumulation and duration (Figure 2). Regional background stresses were acknowledged as important factors affecting coral health and therefore separate "triggers" for each coral bleaching and coral disease were also included. If 3 or more corals (50%) at a given monitoring station exhibited bleaching or if 50% were diseased, this constituted a "soft trigger" and additional coral stress surveys were required in the immediate vicinity of the monitoring station. Section 3.1.10.3.c of the EPP included the following similar language, "if three or more corals at any project area site show evidence of either bleaching or disease during a survey, this will indicate declining health at the site." This language was directly copied and pasted from the RSHM Plan as it mentions "three corals". Monitoring stations for the Key West RSHM only included 6 coral colonies total per station, and the threshold level established for bleaching and disease was 50%. A 50% target threshold for MHIII would have been approximately 15 corals per monitoring station (out of 30 total), not 3.

The EPP does mention a "stress violation" based on frequency of coral bleaching, excessive mucus production by corals, and/or covering of benthic community components such that death or degradation have occurred. The EPP also includes a maximum sediment accumulation rate of 1.5 mm per day above the analogous reference station as measured on sediment accumulation blocks (Section 3.1.10.5.b); however, the sediment blocks failed to accumulate sediment likely due to strong currents throughout the project. Therefore the pre-determined sediment accumulation threshold was ineffective.





Figure 2.     Example of coral stress flowchart defining soft and hard "triggers" and resulting management actions in the Key West Dredging Project RSHM Plan (CSA, 2003).



## 2.1.7   GLDD Proposal

GLDD submitted a tender proposal with sub-contractors Tetratech, DCA, and CSA, and were awarded the dredging contract, along with International Towing and Salvage LLC (ITS) who carried out the turbidity monitoring. Very little detail can be found as part of this review on ITS and certainly, given their core business and listed experience, it is not obviously apparent that they have expertise in turbidity monitoring, despite FDEP's stipulation that this work "shall be conducted by individuals with prior experience in turbidity monitoring for major dredging projects".

In GLDD's tender, the following statements were made to indicate their commitment to protecting the environment:



The statements above, and similar ones regularly stated throughout the document, indicate a clear understanding of the importance and environmental sensitivity of the site. However, in practice and on the ground, having reviewed the approach, methodology, and ultimately the monitoring and data collected suggests that commercial interests were far more important. This may in part be a result of the lack of a prescriptive permit from the FDEP (certainly with respect



to turbidity and sedimentation compared with biological monitoring) and then from SAJ. However, it is clear that GLDD did not seek to put the environment and protection of environmental resources at the forefront of its operations. It is clear that they followed the permit/contractual requirements only.

GLDD would be very aware that the stripping losses or percentage spill of material from a CSD could typically be in the order of 20 to 30% of the material cut by the cutter head. This is material not drawn into the suction pipe during dredging. It is very likely that GLDD would be aware that stripping losses could also be as high as 50% when cutting hard rock formations (Dekker et al., 2003, Den Burger 2003 and Vlasblom 2005) as summarized in Mills and Kemps, 2016. This percentage is significantly influenced by the nature of the in situ material, cutter design, and operation (including rotation speed, depth of cut and swing), speed, cut type and ladder angle, all of which GLDD can control to some degree, in addition to particle size distribution and density of cut material and other metocean conditions (waves, tides) as dredging occurs (Lorenz, 1999, Den Burger, 2003, Palermo et al., and Henriksen, 2010). Given many of the studies and projects listed were approximately 10 years earlier or more than MHIII, including studies by the USACE, it is hard to assume that GLDD was not aware of the above. It is also unlikely that GLDD were not aware of a dredge project very similar to Miami where a catastrophic environmental impact occurred 10 years prior in Geraldton, Western Australia, particularly given GLDD's involvement in Wheatstone, Western Australia (Chevron Australia, 2016). Capital dredging in Geraldton was done by CSD removing approx. 4.1M m$^3$ of limestone rock substrate. The dredging took place between October 2002 and October 2003, which resulted in a turbid plume that stretched for up to 70 km along the coast and created layers of "rock flour" several feet thick in places which smothered the seabed over wide areas (Westera and Babcock, 2005) with the seabed requiring years to recover. The examples above clearly demonstrate the significant impact of dredging limestone with a cutterhead dredge. In addition, GLDD carried out roller-chopping in Miami to "pre-treat" or break up the rock without any suction which caused particularly high levels of suspended solids (pers. comm., L. Reichold, SAJ). Based on the studies listed above, roller-chopping could have created stripping losses of dredged sediment to the environment in excess of 50%.

(Note: Very crudely, considering a dredge volume of approximately 2 million yd$^3$ (assuming approximately 33% was broken apart by CSD/roller-chopping into fines in the vicinity of Middle Reef, rather than the total estimated volume of 4.4M m$^3$ or 5.8M yd$^3$) spread over an estimated 216 acres (the area assessed by DCA to indicate sedimentation) at an average of 20% stripping losses, this would approximately equate to a deposition on the hardbottom communities of 13 inches or 33 cm, which is comparable with some reported observations of sedimentation on Middle Reef. Unfortunately, given no details were recorded of dredge volumes disposed at the ODMDS and the likelihood that a proportion of the fine sediment (silt and sand) probably did not make it to the bed within the vicinity of the ODMDS site, it is not possible to corroborate these volumes).

Despite likely knowledge of at least some or all of the above, GLDD accepted the FDEP permit requirements, passed on by SAJ as stated, and did not consider or advise or recommend additional or more comprehensive monitoring even though GLDD recognized the importance



and sensitivity of the environmental resources. It is possible, even highly probable, that this position was adopted to avoid any down-time or cessation of dredging (at GLDD's cost and impact on profit). Undoubtedly the lack of more prescriptive and comprehensive permit requirements allowed this position to be exploited and certainly does not agree with GLDD's statements listed above to have an ███████████████████████████████████████████

███████████████████████ onsidering GLDD's experience immediately prior to MHIII in 2012-2013 with DEME for Chevron's Wheatstone (Chevron Australia, 2016) project near Onslow, Western Australia, which had much more stringent environmental monitoring, the standard of operations in Miami were highly questionable. The project for Chevron Australia required capital dredging of similar carbonate limestone rock and had a much more stringent and adaptive management and monitoring systems, which GLDD successfully worked within. Therefore, GLDD demonstrated that they can work within these stringent environmental constraints and conditions if or when required by the client or permit.

The Wheatstone project had a tiered "trigger level" approach to water quality monitoring created robust thresholds to manage any potential impacts on corals and seagrass habitats etc. surrounding the dredging area. Trigger levels were set for turbidity above which different levels of management were necessary including:

- adapt method of dredging (i.e. rate of dredging, overflow management);

- adapt method of disposal (i.e. placement location, rate of discharge);

- relocating dredge area within specific zones; and

- cease dredging if in non-compliance.

Importantly, water quality was monitored at regular intervals throughout the day using satellite-telemetered water quality instruments to provide near real-time data for use in proactive management. Assessment against the trigger levels occurred on a daily basis for the duration of the dredging activity. Review of the trigger values occurred through regular monitoring of the benthic communities using remotely operated vehicles (ROVs) throughout the project with comparisons drawn against the pre-dredge baseline and reference communities to detect any changes to the status. In addition, daily forecast modelling was used as a valuable tool to predict potential future impacts to water quality, including cumulative impacts, enabling proactive management to address issues before they occur. Hindcast modelling (using known source terms) was also a valuable tool to differentiate the relative contribution of various dredging activities when changes to water quality occurred as well as to differentiate between dredging related and natural effects. Monitoring in tiered levels ensured that warnings were available in sufficient time to enable management of operations to avoid reaching the threshold of unacceptable impact that would have stopped the dredging activity (Chevron Australia, 2016).

GLDD proposed ██████████████████████████████████████████████████████

████████████████████████████████████████████████████████████████ ██████████████████████ GLDD mention that ██████████████████████████████





In addition, GLDD state that and In practice this is not something that was done or done on a daily basis. GLDD proposed that It is not clear as part of this review, how often, when, or even if this ever took place.

One example of adaptive management that GLDD proposed as part of the environmental monitoring of hardbottom communities and coral was that It is not clear from this review whether this was ever done. However, GLDD goes on to state that a " Given the significant spatial impact of dredge plumes from TSHD, overflows and in particular CSD and roller-chopping, as referenced in the literature above from the previous decade or earlier, it is naïve to assume, and misleading to state, that moving the dredge by 400 ft would have any measureable keffect on the coral and/or hardbottom affected or allow any recovery in the short to medium term.

As per the FDEP permit, GLDD reported turbidity monitoring data in NTU, despite the industry standard for dredge material being measured in mg/L for total suspended solids including, tests they carried out on the scow/hopper loads, which were measured in mg/L. More importantly no attempt was made to calibrate the turbidity monitoring equipment using the water samples collected. This would have allowed measurement of water quality data specifically related to dredged suspended sediment rather than all turbidity, which could be affected by biological material and also natural suspended sediment. In the case for the CSD dredging of carbonate limestone rock, this would be notably different from the dredging of ambient seabed/overburden material. Calibration of the turbidity monitoring equipment should have been done and is typically done on a regular/daily basis for the specific material being dredged and the dredge plumes being created to avoid or minimize the effects of other more natural material affecting the results. Given water samples were being collected and tested, it would not have been very costly or burdensome to carry this out and should have been done as standard practice. Instead, GLDD proposed to



██████████████████████████████████ Neither "standards" would reflect or compare with any of the dredged suspended sediment created during MHIII. As part of this review, no comparison or calibration between the dredged sediment and the instrument readings was identified.

In addition, GLDD and its subcontractor did not have any mechanism to determine water velocities or water direction, with entries typically "N to S" (north to south) or "S to N" (south to north) or even "NA" (presumably Not Available); this is despite much of the dredging activity, and therefore turbidity monitoring, being in the channel where tidal currents were more likely to be east-west some or all of the time, orientated in line with the channel. No water column stratification data were recorded in order to assess whether any dredge plumes were moving in opposing directions in the water column. Based on the above, measurement logs provided by the contractor, including accurate recording of ambient data, tends to appear as cursory rather than detailed and comprehensive, and certainly not along the lines of the ████████████████ ████████████ as stated by GLDD. Given the subjectivity of identifying and measuring the "densest portion of the project-related turbidity plume" as per the FDEP permit, GLDD made little additional attempt to ensure this was done or achieved and based on a clear understanding or physical measurement of the ambient conditions, despite assurances stating that █████████ ████████████████████████████████ Given the terms of the permit, no SAJ representative on site ensuring this was done systematically, it would be very easy for a less rigorous monitoring program to be adopted minimizing or removing the chance of any turbidity exceedances and perhaps explains anecdotal evidence that turbidity was seen as significant and yet turbidity monitoring data showed no concurrent exceedances. Had measurements been done in the lower water-column, as should have been the case with CSD and/or roller-chopping operations taking place, this would have undoubtedly led to exceedances and cessation of dredging, which GLDD would not have wished for. However, it would have certainly helped protect the environmentally sensitive resources GLDD proposed to do, as stated:

████████████████████████████████████████████████████
████████████████████████████████████████████████████
███████████████████████████████. In addition, GLDD stated under their proposals to ensure protection of the environment, presumably based on experiences such as the Chevron Wheatstone project, ███████████████████████████████████████████
████████████████████████████████████████████████

One of the measures GLDD indicate they would put in place to ensure protection of the environment was ████████████████████████████████████████████████
████████████████████████████████████████████████
████████████████████████ This was to ensure that GLLD can continue ████████████████████ However, on the very next page, they propose ██████████████████████████████████████████████
████████████████████████ It is also understood that GLDD discharged dredged material on several occasions with no scow or dump barge present, although no details were provided by SAJ on this.



GLDD noted that ███████████████████████████████████████████ ████████████. They proposed ██████████████████████ ████████████ GLDD also stated that they would ████████ ████████████████████████████████████████████████████ ██████████████████████████████████. However, the FDEP permit notes that "transporting dredge and fill material does not qualify as a permitted turbidity source", despite the fact that FDEP state that "if a scow is determined to be leaking, use of that scow will cease and repaired promptly". It is therefore not clear whether the FDEP permit was sufficiently clear to ensure compliance. The Environmental Protection Agency (EPA) and SAJ discussed a one foot threshold for "draft loss", equivalent to an allowable decrease in level in the scow between filling and arrival at the ODMDS pre-dumping, indicating loss of cargo in transit. SAJ indicated that was exceeded on approximately 31 occasions, representing 0.7 percent of the 4213 total scow movements (pers. Comm., L Reichold, SAJ). However, the actions taken by GLDD to rectify or address this have not been reviewed. These cargo losses, which included scows leaving with the hopper still open, would have created further turbidity plumes, which based on the FDEP permit requirements would have gone unmonitored; the fate of any suspended sediment spilled from the scow is unknown.

Given GLDD and its sub-contractor ITS were ultimately left un-supervised by SAJ to self-monitor turbidity, it is no surprise that monitoring was perhaps less than robust and certainly nowhere close to the monitoring conditions under which GLDD operated for the Chevron Wheatstone project despite very similar operations and material and despite assurances to the contrary from GLDD. It is therefore not surprising that there were very few exceedances identified and no dredge down-time, as far as is clear from this review, despite the observed sedimentation on the coral and hardbottom communities.

SAJ did propose in SAJ 2004 to use "environmental incentives as part of the RFP tender approach to "encourage the dredging contractor to avoid impacts to reef and seagrass areas" and "minimize environmental impacts". SAJ also proposed that the tender would be reviewed on the "technical portion of the contractor's proposal" by qualified staff. In SAJ 2004 the Tropical Audubon Society highlighted that the RFP process was of concern "resulting in a low-bid winner for the dredging contract whose only goal is to maximize profits by utilizing short-cuts to minimize costs. The focus of low-bid winners is cost-effectiveness not environmental protection". However, SAJ stated that the "RFP process showed the opposite with incentives to encourage potential contractors to develop a technical approach which will avoid or minimize impacts and ensure environmental protection".

In terms of GLDD's proposal, ████████████████████████████████ ████████████████████████████████████████████████████████ ████████████████████████████████████████████████████████ ████████████████████████████████████████████

Given the lack of acceptance or awareness by FDEP and SAJ that dredging operations would cause turbidity and potential sedimentation on the coral and hardbottom communities, and certainly the lack of advice or recognition by GLDD that roller-chopping and CSD would cause a



significant impact in terms of stripping losses and turbidity, no party including GLDD acknowledged or questioned the risks to the environment. As a result, no mitigation was planned for and the response mechanism or adaptive management plans were wholly inadequate.

## 2.1.8    Pre-dredge Baseline Monitoring (2013) and Report

The Baseline Monitoring Report (DCA, 2014) summarizes the pre-dredge monitoring of population dynamics, condition, and sedimentation environment of the benthic communities carried out by DCA on behalf of GLDD. These data were collected in order to compare with post-construction results "to document any change attributable to dredging while also considering other environmental or anthropogenic factors". As stated above, the FDEP permit required "protective measures" based on a "clear understanding and assessment" to ensure "preservation of natural resources, including hardbottom and seagrass". However, it indicated 28 days of pre-dredge baseline monitoring prior to dredging was adequate. For any site, 28 days is considered far too short. This is especially the case to obtain a "clear understanding and assessment", considering the variable conditions of the site, in particular seasonal variations, and the proposed duration of dredging.

DCA indicate that "quantitative sedimentation rates will be measured to test the null hypothesis", namely that "benthic communities in the indirect (channel side) sites will remain unchanged between the pre- and post-dredge surveys". This seems to be an unusual intent in terms of monitoring, rather than establishing whether there is any impact. In addition, as stated above, converting sediment trap data into quantitative data is potentially (and probably very likely) flawed and inaccurate based on the fact that the hydrodynamic conditions at the sites the traps were deployed was poorly understood and therefore the type of trap and setup was questionable. The data obtained from the sediment traps should have been used to collect suspended sediment samples for physical testing purposes only, rather than attempting to convert this into a sedimentation mass or rate per unit area over time.

Prior to the pre-dredge baseline survey, estimates had been attempted by SAJ from bathymetric survey data to try to assess sediment accumulation across Cuts 1 and 2 compared with nearshore hardbottom habitat. However, the accuracy or vertical resolution of such surveys would be questionable and is likely to lead to errors, especially when a change of 2 to 3% was being predicted over a period of years. These data and the comparisons made would also not highlight the flux or incremental change over the period between survey data or comparisons, which would provide different answers to sediment collected in a sediment trap.

In terms of the selection and location of continuous monitoring and reference sites, this appears to have been selected by FDEP setting the permit site polygons and then DCA using random point generation methods within the polygon to determine a target location, with divers identifying a high coral area rather than a sandy/barren seabed for the monitoring location. It does not appear that hydrodynamic/circulation, ecological or the likely fate of dredged sediment transport was used or considered in this process. Control or reference sites were then identified based on the same water depth and habitat type, although the reference sites to the north of the channel were approximately 9.3 km distance versus approximately 1.2 km for the south sites.



This bias or weighting is not clear and does not appear to be based on anything identified as part of this review, including for example, residual current velocities.

In addition, it is not clear why continuous monitoring sites were very close to the channel edges with no sites in more mid- or far-field locations in order to gain a better understanding of spatial variations and effects away from the dredging activities. This is consistent with earlier observations of a systematic almost entrenched focus on the biological aspects rather than considering, or ideally collecting data on, the likely dispersal, deposition and fate of turbidity and sediments resulting from the dredging. These data could be used to identify zones of high, low, and no impact, as is the case in other similar studies (e.g. Chevron Australia) in order to identify key monitoring sites and also ensure that reference sites are actually outside the impact of dredging and disposal operations.

Similarly, without this "clear understanding and assessment" and a more multidisciplinary approach, key processes including knowledge of the hydrodynamics and sediment dynamics at the site, it is possible that the reference sites, and possibly even mitigation sites, were impacted by the dredging and/or disposal operations. This could particularly be the case as turbidity and sedimentation accumulated over the duration of the entire construction project. Unfortunately, the pre-dredge baseline data, as specified in the FDEP permit and carried out by DCA, was insufficient in terms of spatial and temporal extent.

In addition to the sediment traps, DCA deployed sediment blocks as specified in the FDEP permit. Over the pre-dredge baseline survey period (and alarmingly over the entire dredging and disposal operations lasting 72 weeks), no sedimentation was recorded on these blocks. By comparison, sediment was recorded on adjacent corals and hardbottom areas, almost indicating the blocks preferentially or actively prevented sedimentation. Despite identifying that the blocks were not effectively recording any sedimentation at all during the pre-dredge baseline survey (or subsequently), no change whatsoever appears to have been made or suggested to this monitoring. No recommendation was noted in the documents reviewed to suggest alternatives or a discussion noted between DCA, GLDD, SAJ and/or FDEP to modify this monitoring approach or adopt a more informative monitoring system. It was suggested post-construction that "strong currents channel side swept all the sediment off the blocks" from the pre-dredge baseline through to the post-construction surveys; this is hard to believe and clearly indicates sediment blocks are not a suitable or reliable way to measure sedimentation offshore of Miami given the other data and evidence.

Even more importantly, despite FDEP specifying a 28-day pre-dredge baseline monitoring period with weekly data, only 2 datasets were obtained in total, with some data, including qualitative sedimentation assessments, only 2 to 4 days apart. In theory this monitoring was meant to represent two discrete datasets over the monitoring period between 13 October and 18 November 2013 before dredging commenced on 20 November 2013. Only two surveys were conducted before November 20 according to DCA due to bad weather. Surprisingly perhaps, given the brevity of the monitoring, DCA suggest a "natural sand event" occurred at one of the monitoring sites (HBN1-CR) adjacent to the north breakwater of Government Cut with a "sand wave…moving north to south as regional longshore drift" thereby concluding that "natural sand transport influences the sediment dynamics of nearshore hardbottom communities". Given the



very brief period of monitoring, it is difficult to concur with this conclusion based on the evidence obtained.

DCA state that the pre-dredge baseline data was intended to "understand sediment dynamics at monitoring sites", however the monitoring proposed would not provide this, particularly since the sedimentation blocks recorded no sediment deposition at all and the sediment traps were emptied only once in Week 4. In addition, DCA deployed 3 sediment traps per monitoring site and at the time of collection combined all three samples into one composite sample, removing any ability to assess the variability in the sample collection. Several similar over-statements were made by DCA as to the information the pre-dredge baseline monitoring would provide. This was continued in the post-dredge assessments, which also over-stated what could be inferred, particularly quantitatively, as a result of comparing the pre- and post-dredging datasets.

DCA used the very limited sediment trap data to determine quantitative sediment rates expressed as g/day without any areal/spatial estimate (i.e. per $cm^2$). Given the concerns expressed above in terms of the accuracy or trapping efficiency of the sediment traps, particularly for different areas that might be subjected to varying horizontal tidal velocities and wave-orbital velocities affecting the turbulence around the mouth of the traps used at MHIII, estimating sedimentation rates is questionable. Relative to each trap and overall, it is possible some comparisons can be drawn.

Based on this review, it is not recommended that such a short duration of data (i.e. one single measurement) be used to make any comparisons as to the pre-dredge baseline sedimentation rates, versus those during and/or post-dredging. This very limited dataset does not enable or prove in anyway the null hypothesis proposed by DCA above or constitute a "clear understanding and assessment" pre-dredge or provide reliable quantitative data.

Furthermore and of grave concern, pre-dredge baseline monitoring continued in different areas through December 2013. DCA indicate that the later "pre-dredge" baseline monitoring was out on the Outer or Third Reef, however, TSHD were operating approximately 1 km away or less, with the TSHD and scows passing and operating throughout this area during this time, along with disposal of dredged material at the ODMDS approximately 2 km to the east. However, the fate of material dumped at the ODMDS, both material entrained in the water column during disposal and also material reaching the seabed, is unknown. Based on this review, it is therefore not possible to class these data as "baseline" monitoring given it is not possible to decipher whether any or all of any observations were due to dredging and/or related to background.

Regarding coral resources, four pre-dredge baseline monitoring weekly surveys were required for each of 8 compliance (channel-side) stations and 9 control stations, for a total of 17 stations for the Middle and Outer Reef monitoring areas. Pre-dredge baseline monitoring surveys occurred from October 18, 2013, to December 30, 2013. Four pre-dredge baseline monitoring surveys were completed for only 3 of 17 stations (17.6%) before dredging began on November 20, 2013. These same 3 monitoring stations were the only stations to receive all four baseline monitoring surveys; all other stations received only 2 or 3 surveys (See Table 1, DCA, 2014). All pre-dredge baseline monitoring surveys for the Outer Reef stations occurred after

dredging started. Baseline data collected after dredging activities had started provides no meaningful or true baseline condition from which to compare potential project-related impact and invalidates the scientific integrity of the entire study.

Results from pre-dredge baseline surveys for Middle and Outer Reefs show sediment stress was the most frequently observed stressor for all channel-side stations in contrast to a mix of polyp extension, excess mucus, and sediment stress (depending on the location) for control stations (See Figures 18, 19, 23, 24 in DCA, 2014). Time-series photographs of tagged coral colonies for stations where baseline monitoring was complete before dredging began show little to no sediment accumulation on corals surveyed before dredging began (Figure 3a). Conversely, time-series photographs of tagged coral colonies for stations where baseline monitoring was *not* complete before dredging show sediment accumulating on coral tissues with increased duration of dredging activities (Figure 3b). Coral monitoring data for stations monitored before *and* after dredging were both included in the pre-dredge baseline monitoring dataset and assessed together (DCA, 2014), therefore incorrectly skewing baseline data towards heavier sedimentation.



Figure 3.    Baseline monitoring photographs of a) Coral C-3 on Transect 1 at Station R2S1 (*Montastraea cavernosa*), monitored prior to dredging; and b) Coral C-2 on Transect 1 at Station R2N2 (*Montastraea cavernosa*), monitored after dredging commenced. (Photos from Appendix B; DCA, 2015).

Pre-dredge baseline surveys which were completed before dredging began were compressed into a four-week timeframe, and therefore did not capture a wider range of normal conditions from various seasons and weather patterns (i.e. thermal stress in summer months and increased sedimentation in fall/winter months due to increased wave action). In some cases, the same station was surveyed twice in a 5-day period. The pre-dredge baseline data collection in 2013 was also collected only weeks before (and several weeks after) the dredging began, leaving no time for potential adaptive management of biological monitoring protocols and subsequent review by resource agencies. This is despite FDEP requesting a meeting seven



days before any dredging commenced to review conditions and monitoring requirements, presumably in light of pre-dredge baseline survey data.

Fall weather patterns and rough seas hindered diving activities during the pre-dredge baseline monitoring. No weather contingency was built in to the allotted timeframe for pre-dredge baseline surveys during a time of year well known for increased wind and wave action. Sedimentation levels recorded in traps and on coral tissues during the baseline period before dredging commenced were likely higher than average due to rough seas, the short duration of baseline data collection (lack of seasonality), and commencement of dredging activities, further undermining the baseline dataset.

This report includes several recommendations by DCA which were not subsequently followed in the monitoring program: 1) Based on results from a previous pilot study, a regression-based study design was recommended; however this is not the design employed in the baseline and subsequent monitoring surveys. The study design that was utilized and permitted by FDEP was a repeated measures design. 2) Elimination of sediment accumulation blocks, as they were shown to not accumulate sediments due to strong currents. However, the contractor did not adaptively manage in the field and utilize alternative methods to collect this type of data, such as sediment depth measurements along transects or rugosity measurements (to assess potential in-filling of hardbottom substrate). No alternative methodologies were recommended in the report. The sedimentation block data in the pre-dredge baseline report clearly showed no sediment accumulation and that the blocks did not work, yet their use continued throughout the dredge monitoring program (See Section 3.3.3; DCA, 2014).

The date of the report is March 13, 2014 for the draft and April 16, 2014 for the revised version, nearly 4 months into the dredging program. Per Section 3.2.4 in the EPP, the pre-dredge baseline report deadline was 15 days following completion of field surveys, which would have been approximately January 15, 2014. Therefore, SAJ, GLDD, nor regulatory agencies had the opportunity to review the pre-dredge baseline report before dredging began.

## 2.1.9   QA/QC of Coral Condition Scores

Four weeks of "pre-dredge" baseline coral monitoring photographs and data (coral condition scores) from Stations R2N1, R2N2, R2NC1, and R2NC2 were reviewed by E. Hodel as a quality assurance/quality control (QA/QC) exercise. Hodel had good agreement with the "QA/QC Condition Score" reported in Appendix A of the baseline monitoring report. Hodel agreed with stress scores and annotations relating to sedimentation parameters. She would not have normally included fish bites, polyp extension, or normal competitive reef species interactions in the analysis, but followed the same protocol as that described in the methods section of the baseline monitoring report.

Although Hodel agreed with presence or absence of coral stress parameters as scored by DCA, the non-additive total "condition score" for each coral was problematic. Presence of 1 or more of a multitude of stress parameters designated a coral as "stressed". Therefore a coral with background stress from fish bites would be designated as stressed. However, a coral with background stress from fish bites, in addition to potential project-related sediment accumulation



on tissues would also be designated as "stressed". Each of these corals would have received the same individual "condition score" of "1".

The overall coral condition score for the monitoring station was the total number of "stressed" corals divided by the total number of colonies monitored. Because a coral colony could be designated as "stressed" for a multitude of parameters (including background stress), the coral data was not reflective of potential differences between compliance and control stations, nor capable of detecting potential project-related coral stress. An additive coral stress index, where presence of each particular stress parameter contributed numerically to an overall "condition score", would have increased the range of possible scores and the likelihood of finding potentially significant differences between compliance and control stations, and also the likelihood of teasing out potential sedimentation stress.

## 2.2   During Dredging

Based on the above, the quality of the data collected, the limited time available and the focus of this review, a reduced amount of time was spent analyzing the physical data obtained during dredging. The complexity of trying to piece together the dredging and monitoring activity into a coherent format that could be analyzed and interpreted would be very time-consuming. This may seem counter-intuitive given the scale of questions and concerns in terms of the accuracy, scientific rigor, and statistical significance over many aspects of the turbidity and sedimentation monitoring listed above, but it was not considered an efficient use of time to do so. Key questions and concerns related to the data collected include:

- No calibration of the turbidity sensor in order to measure actual dredge suspended solids rather than turbidity, despite collecting samples and carrying out analyses of these samples (refer to section 2.1.1).

- The entirely subjective nature of the turbidity monitoring in terms of i) having no current velocity data in order to assess down/up-current; ii) no data on water-column stratification to determine if there was shear or reverse flow in the water column; iii) the experienced operator deciding visually where the densest part of the turbidity plume was; and iv) no measurements in the lower water column where it is extremely likely the majority of the suspended sediment and near bedload sediment would be and the bulk of the sediment transport would occur.

- No qualitative/quantitative sedimentation data from the sediment accumulation blocks.

- Value of the pre-dredge baseline monitoring data both spatially and temporally in addition to being 1 or 2 datasets and continuing while dredging and transfer to the ODMDS was underway.

- The sediment traps used, potentially (or likely) were unsuitable in terms of collecting quantitative data, due to the turbulence around the mouth of the trap and therefore reducing the trapping efficiency of the trap.

SAJ did provide a notice of the "exceedances" in terms of turbidity monitoring. Given the overall observed outcomes and impacts, there were very few exceedances, although considering the



points above in terms of the turbidity monitoring, perhaps this is no surprise at all. The majority of exceedances were only 1 to 5 NTU above background with only 6 with higher exceedances recorded, mostly occurring at Julia Tuttle Mitigation Area. The highest exceedance (approximately 74 and 80 NTU above background in the surface and mid-water column, respectively) was on the 27 November 2013, approximately 1 week after dredging commenced and therefore did not occur during CSD and/or roller-chopping.

## 2.2.1   Weekly Offshore Coral Stress and Sediment Block Compliance Reports

The dates on the weekly coral stress and sediment block compliance reports are consistently a week behind the monitoring period. It was not clear during this review from information provided by SAJ, if other means of relaying this information (and potential stress violations) were utilized and how it was documented. A week's delay in preparing the data and submitting the report could be significant in terms of potential additional duration of coral stress and/or time-lag for adaptive management. Also, Section 3.2.4.d of the EPP states that any sediment stress violations "will be reported by phone, fax, or email then followed by a written report within 24 hours to be submitted to the agencies". It is not clear whether this occurred and if so if was it properly documented.

The "Adaptive Management" and "Recommendations" sections of the weekly reports are relatively sparse and not very informative. The majority of content in the "Adaptive Management" section is copied and pasted from the previous week's report; therefore, it becomes confusing when certain adaptive management strategies ended. New bullet points were added to this section of the reports as new strategies were implemented, but previous bullet points do not drop off. One of the adaptive management strategies first described in Week 16 was the movement of the dredge to the northern side of the channel, to abate sedimentation stress at the southern hardbottom channel-side stations. Given the channel is approximately 200 meters wide, moving the dredge to the other side of channel may not have been a sufficient distance, especially considering the potential advection of dredge plumes noted at other sites and based on the assumed zone of influence from dredging was up to 750 m (monitoring was required for any station located within 750 m of the working dredge). High coral condition scores for the southern hardbottom channel-side stations were still reported for three consecutive weeks (Weeks 18, 19, and 20) following this adaptive management strategy.

The "Recommendations" section of these reports is brief and was eliminated in all weekly reports from Week 42 through the last weekly report in Week 69. The only recommendation made specific to coral health in these reports, which was repeated in several reports from Weeks 1 to 25, was that "Species specific stress responses in corals reveal differing patterns in time and space. The long-term, repetitive monitoring at each of these sites may allow differentiation between background stresses and project related stress events". No other recommendations were made within approximately 70 weeks (17.5 months) of field data as it was being collected relative to observed species-specific sensitivities or geographic patterns of heightened coral stress. Following Week 25, the only recommendation that was made (through Week 42) was that "Hardbottom site HBN1 should be eliminated from future monitoring due to



burial by natural longshore drift during pre-dredge baseline monitoring, which was not associated with dredging operations".

A t-test was used to compare coral condition scores between channel-side and paired control stations. If a given channel-side site displayed sedimentation stress, but its paired control displayed another type of stress (which was likely as many background stresses were included in assessments), "high" coral condition scores could result at each station, resulting in a failure of the t-test to detect statistically significant differences due to sedimentation, and thus failure of one of the sediment stress "triggers" or "thresholds". In Week 35, FDEP requested that coral condition scores due only to sedimentation-related parameters also be included in weekly compliance reports. Following this analysis, coral condition scores at channel-side stations are noticeably higher versus control stations; although it does not appear as though significance testing (t-test) was also performed for this set of condition scores. All subsequent weekly reports included this re-analysis of the sediment stress data, which was a worthwhile endeavor, but possibly further contributed to time-lags in reporting the data. An additive coral stress index may have provided an overall coral condition score more representative of the additive effects of multiple stressors and a more efficient means of quantitatively assessing a particular stress parameter independently. The non-additive stress index utilized in MHIII required re-sorting of the data and re-calculation of coral condition scores based on presence or absence of a particular stress parameter.

In Week 32, severe sedimentation stress was reported for both Hardbottom and Middle Reef channel-side stations. "Significantly elevated stress levels of permanently marked corals at channel-side stations [were] predominantly attributed to sediment accumulation, partial burial, excess mucus production, and/or extended polyps. Sedimentation on corals was documented at all channel-side sites. Partial mortality from sedimentation was also observed at HBS3 and HBS4 typically in areas where sediment has receded" (Week 32 Compliance Report, DCA, 2014). The data and qualitative descriptions in this report are of grave concern and reveal a failure to properly enforce "coral stress violations" outlined in the EPP and a failure in the monitoring and management protocols to protect coral resources before permanent impacts occurred. Once partial mortality of coral tissue happens, the change is not reversible. Less severe levels of sediment stress are reversible if sedimentation stress abates before tissue death (See Vargas-Ángel, 2007; Hodel, 2007). Sediment thresholds or monitoring "triggers" need to be conservative enough to guard against such irreversible changes (tissue death). Despite widespread impacts from sedimentation reported in Week 32, no adaptive management actions were reported in subsequent weekly compliance reports until Week 39.

Although it was recognized early in the monitoring program (during pre-dredge baseline surveys) that the sediment accumulation blocks were ineffective for measuring sediment accumulation, this method was still utilized for sediment accumulation compliance monitoring during active dredging. This resulted in meaningless datasets being reported week after week, a lack of "real-time" sediment accumulation data to pair with observations of sediment stress in corals throughout the entire project, inability to enforce the 1.5 mm sediment accumulation threshold above reference outlined in the EPP, and a missed opportunity to investigate and advance knowledge of sediment thresholds for corals in the area. Furthermore, the sediment

traps were only collected monthly, and subsequent laboratory analyses took approximately one month before results were available. This, coupled with the lack of weekly sediment accumulation measurements from field surveys resulted in a complete lack of quantitative sediment accumulation data for one-month timeframes during active dredging periods. Photographs taken during compliance monitoring in Week 32, when widespread impacts from sedimentation were reported, show up to approximately 2.5 cm of sediment accumulation at bases of corals (Figure 4); however, sediment accumulation block data reported this week was 0 mm for 20 out of 22 stations monitored and <1 mm for the remaining 2 stations (Week 32 Compliance Report, DCA, 2014).



Figure 4.     Photographs taken during the Week 32 monitoring survey showing sediment accumulation at bases of a) Coral C-2, Transect 1 at Station R2N1 (*Pseudodiploria strigosa*) and b) Coral C-3, Transect 3 at Station R2N2 (*Solenastrea bournoni*) (Photos from DCA, Week 32 dataset).

## 2.2.2   Coral Stress Data Matrix

In order to help visualize patterns or trends during the active dredging phase, a matrix or large table was constructed in Excel to display when (in Dredging Weeks) each channel-side station exhibited coral condition scores significantly higher than the paired control (which constituted a "coral stress violation" and required additional surveys per the EPP) (See Miami Harbor Coral Stress Data Matrix provided in Excel file format). Adaptive management as reported in the weekly compliance reports was noted in the matrix as well as significant regional background stresses such as bleaching or disease. If ≥50% of channel-side stations for a given area

NMFS_00747



(Hardbottom, Middle, or Outer Reef) displayed high coral condition scores, that area was highlighted in red for the week.

Some alarming trends are revealed in this matrix. Significantly high coral condition scores primarily due to sedimentation were reported very early in the dredging program for the Hardbottom (Week 1) and Middle Reef (Week 9) areas. Significantly high coral stress scores for the Outer Reef were not reported until Week 30. For the Hardbottom area, From Week 11 to 32, 19 weekly surveys occurred, and coral condition scores were significantly higher versus controls at ≥50% of channel-side stations in 15 of the 19 surveys, at times up to 4 weeks consecutively. In this timeframe, adaptive management of dredging operations was reported 4 times but do not appear to have been sufficient to abate sedimentation stress. For the Middle Reef, from Week 29 through 40, 11 weekly surveys occurred and significantly higher coral condition scores were reported for ≥50% of channel-side monitoring stations versus controls in 9 of the 11 surveys. In this 12-week time-frame, only 2 adaptive management actions were reported:  overflow on the Liberty Island dredge was stopped at least temporarily (Week 31) and an additional scow was added to the fleet to reduce overflow (Week 39).

Trends from the weekly reports show that significantly high coral stress was repeatedly reported for the Hardbottom and Middle Reef areas from Week 11 through 40. High coral condition scores due to bleaching were not reported until Week 34 (July, 2014) and due to disease until Week 52 (November, 2014). Out of a total of 55 weekly surveys that took place between November 2013 and March 2015, 28 weeks were highlighted "red". Therefore, high coral stress was reported at ≥ 50% of channel-side monitoring stations approximately 50% of time. This strongly questions the integrity of the SAJ to  fully protect coral and other natural hardbottom community resources during review of incoming field data. This raises several significant questions. How were "coral stress violations" handled and managed? Were additional impact surveys as required by the EPP always performed or only if required following review of data by the FDEP? Was the contractor aware of the gravity of the data and the potential consequences for coral resources and was this communicated to SAJ? The SAJ failed to enforce any "sediment stress violations" and to implement effective adaptive management practices throughout the dredging period, despite the coral data (even with its problems) indicating sedimentation stress.

## 2.3   Post-Dredging

For similar reasons explained in Section 2.2, effort examining data post-dredging has been limited. For example, DCA are currently undertaking a survey of the proposed impacted area primarily on Middle Reef, measuring total sediment thickness over hardbottom and describing the sediment as "Fine" or "Mixed", which this review considers has little or no value, particularly given this survey has been conducted over multiple weeks/months (pers. comm., M Robbart, DCA). Datasets spread out over weeks or months make it impossible to draw conclusions on spatial patterns of sediment thickness if sediment is mobile, particularly if it is being resuspended periodically and deposited elsewhere within the same study area or outside the study area. In addition, given there is no comparable pre-dredge baseline data and the results are based on a thickness only and not composition, it is unclear as to what the results will be used for or conclude.



Similarly for other surveys done post-dredge, given the pre-dredge baseline data are essentially inconclusive or certainly statistically weak. Whether further post-dredge studies are done by a regulator, stakeholder, or litigant to demonstrate or prove that an impact occurred, or on behalf of or by SAJ to defend a case that no impact occurred, it is very difficult to draw any conclusions either way.

## 2.3.1    Quantitative Post-Construction Analysis for Middle and Outer Reefs Report

The date of the draft report is October 30, 2015, and revised final report is November 19, 2015 over three and four months, respectively, after post-construction surveys were complete (July 15, 2015). Per Section 3.2.5.c of the EPP, the post-construction report and raw data was due 15 days following completion of monitoring surveys (although an extension may have been granted by the FDEP).

The results and the value of the information in this report is over-stated. For example, "the Corps project monitoring before, during, and after dredging provides the best record of benthic community dynamics, structures, and the potential project effect" and "review and analysis can help scientists distinguish project related effects due to sedimentation and compare them with effects from regional warm water mass bleaching events followed by a coral disease outbreak". Similarly it is also stated that "baseline surveys established information on the sedimentation environment and percentage cover of benthic resources" and "these baseline results used as comparison for impact assessment survey to document changes attributable to dredging 1 year after completion while considering other environmental and/or anthropogenic factors". This is not the case given the sparsity of the pre-dredge baseline data collected in 2013. Care must be taken not to draw too many conclusions from the data and also "over-sell" it given the limitations. Stating that "sedimentation existed in the project area pre-dredging" is extremely likely and almost stating the obvious. However, it is the quantity, spatial distribution, and temporal variation that is most important and 28 days of monitoring, that was incomplete, is nowhere near sufficient to draw much more of a conclusion.

In addition, drawing conclusions from one site (HBN1 – CR), adjacent to the north breakwater, that showed sediment on coral in Week 1 and Week 4 of the pre-dredge baseline survey is not significant and cannot confirm therefore "that sediment is present along the reef". Clearly some corals closer to the shoreline where longshore transport is more frequent, may perhaps survive more burial or burial for longer periods, but this cannot be extrapolated to all reef areas, particularly given the absence of reliable and long-term pre-dredge baseline data and therefore the ability to predict changes and impact over seasonal timescales.

Understanding the sediment dynamics of the area to assess resuspension, transport, and erosion is key as per the study outlined in Section 5. However, based on the above, it is not reasonable to state that "during 1 year post construction impact assessment surveys, sediment accumulation rates were found to be equal to or below pre-dredge baseline values at all channel side sites, except for rare weather events (Hurricane Matthew)" and subsequently "mean sediment accumulation rates over all channel side locations were below baseline values during 1 year post construction surveys…sediment accumulation indicate returned to levels observed



prior to dredging". Given the extremely limited pre-dredge baseline data this cannot be stated with any degree of confidence or certainty. Similarly, given the lack of understanding of natural sediment transport versus dredge sediment transport combined with lack of temporally and spatially robust pre-dredge baseline data, it is not possible to draw conclusions on the variations in sand cover between control sites and sites closer to the dredge site. It is also not reasonable to simply subtract the average sediment coverage for one area from another to demonstrate or suggest that there was a reduced or no impact from dredging.

Post-construction monitoring surveys were conducted for four weeks between June 17 and July 15, 2015. This timeframe is problematic for several reasons. Firstly, dredging of the outer entrance channel Cuts 1 and 2 was reported to be complete (dredging operations were deemed complete by the USACE on April 8, 2015) in the final weekly compliance report from Week 72 (April 1 to 7, 2015). However, spot-specific "clean-up" dredging occurred within both Cuts 1 and 2 through September 2015 (pers. comm., L. Reichold, SAJ). Therefore, the data from post-construction surveys, similar to pre-dredge baseline surveys, was potentially compromised by dredging activities. Although the amount of "clean-up" dredging was likely very small in comparison to that which occurred during pre-dredge baseline surveys, the scientific integrity of the post-construction dataset is still challenged. The monitoring program therefore lacked truly valid pre-dredge baseline and post-construction datasets, which were the two primary datasets compared in this report to inform potential project-related impact assessments by regulatory agencies.

Secondly, the post-construction surveys were conducted in a different season (summer) compared to pre-dredge baseline surveys (late fall) and as such under vastly different metocean conditions. Summer weather patterns in south Florida are characterized by light southeast winds, minimal wave activity, and low turbidity in contrast to late fall when high northeast winds, heightened waves, and increased turbidity are commonplace as a result of "nor-easter" storms, never mind any localized or more distant effects from hurricanes or tropical storms. As a result, background sedimentation accumulation levels on the reef would naturally be lower while prevalence of thermal stress (paling and/or bleaching) would be higher in summer months. The reverse would be expected in fall months, with heightened sediment accumulation and lower occurrence of thermal stress. The contrasting seasonality between the two datasets further complicates comparison. By comparison, in Florida, the FDEP requires that pre-dredge baseline and post-construction benthic monitoring surveys associated with beach nourishment projects be conducted in summer months, in order to reduce seasonal differences in sediment regime and biota between surveys (FDEP, 2016).

The fourth paragraph of the Executive Summary states that "baseline surveys established information on the population dynamics, condition, and sediment environment of benthic communities adjacent to the Federal Navigation Channel". This statement is not correct for the following reasons: 1) the pre-dredge baseline survey dataset from 2013 was incomplete and compromised by initiation of dredging activities; 2) local sediment transport processes, hydrodynamics, and metocean conditions were understudied prior to and throughout the dredging project, and 3) sediment accumulation data from traps and sediment accumulation blocks were not accurate or adequate.



The fact that pre-dredge baseline monitoring was conducted during dredging operations is never mentioned in this report. A reader with no prior knowledge of the project reading this report would not be informed of this important information. Data averages reported for the pre-dredge baseline survey include all surveys (not just those that occurred before dredging) and are therefore scientifically invalid and biased towards increased sedimentation.

## 2.3.2    Other Reports and Scientific Publications Related to MHIII

### 2.3.2.1    NMFS 2016 and Miller et al, 2016 - Port of Miami Entrance Channel Sedimentation Reports

The National Marine Fisheries Service (NMFS) conducted a survey to examine sedimentation impacts from MHIII (NMFS, 2016). This report and Miller et al. 2016 are based on a survey carried out in December 2015 that collected sedimentation data from coral and hardbottom communities for transects running north up to 700m from the channel. These data were compared with pre-dredge baseline data from October 2013 and post-construction survey data collected in July 2015. While the data show a pattern in terms of sedimentation away from the channel and suggest a significant quantity of sediment on the coral reef habitat and more than the reference sites to the north used for MHIII, Miller et al. acknowledge that "neither the dredging process nor the Port of Miami entrance channel environment was (presumably were) conducive to a simple sedimentation gradient leading away from the channel and into the coral reef habitat".

This further highlights the lack of a multidisciplinary understanding of the study site in particular hydrodynamics and general circulation in the area and also very importantly the movement and fate of sediment, particularly from a very dynamic and complex dredging operation. In addition, understanding the natural sediment transport processes and movement is critical, however sediment transport, sedimentation patterns and sediment impact gradient are never "simple". Trying to draw conclusions from the additional data reported by Miller et al., given the very limited data surrounding the dredging operation, and in particular 28 days of pre-dredge baseline data as requested in the FDEP permit, which was not even carried out comprehensively by DCA on behalf of GLDD, makes this task almost impossible. Having no understanding of the hydrodynamics and natural and dredged sediment dynamics makes this even harder.

Both the NMFS report and Miller, et al. include many photos showing partial burial of stony and soft corals; however, the source of sediment in these photos cannot unequivocally be determined as project-related, natural, or both. Some photos show patterns of coral partial mortality (sediment halos) and accumulation of fine sediments near bases of corals that suggest sedimentation impacts from the project (See Figures 8, 9, and 12 in NMFS 2016). Other photos show partial burial of corals in deep sediment of a coarser nature as denoted by sand waves (See Figures 7, 10, and 11 in NMFS 2016); sand waves are more typical of coarser as opposed to finer sediments, and the source of this sediment may be natural coarser sediments and are less likely to have resulted from dredging.

Miller et al. contend that corals at Middle Reef channel-side stations exposed to higher sedimentation stress were more susceptible to White Plague Disease (WP) or "sudden death"



(presumably by disease) versus controls. Risk of death was calculated as the percent of corals that died due to disease among those experiencing sedimentation stress. Because disease outbreaks are commonly associated with bleaching events (Muller et al 2008; Miller et al., 2009) and not commonly with sedimentation stress, this analysis should have also evaluated the risk of death for corals which manifested signs of thermal stress. Additionally, the entire dataset should have been utilized to substantiate results.

Miller et al. discusses local, project-related versus regional stressors and the importance of managing "controllable" dredging events. They advocate that these projects do not overlap with "uncontrollable" regional stressors such as thermal stress events or important spawning events for reef species. This management strategy for dredging operations is also recommended by Fraser et al. 2017 and referred to as "environmental windows". Environmental windows are already commonly adopted in many Best Management Practices to avoid impacts to threatened and endangered species. For example, beach nourishment projects in Florida are typically constructed outside of sea turtle or shorebird nesting seasons.

This paper also includes a list of recommendations for Port Everglades that are scientifically sound (See also NMFS letter to USACE dated April 6, 2017) and based on "lessons learned" from MHIII.

### 2.3.2.2   Swart 2016 – Port of Miami Sediment Sample Analysis Report

Another example is the work and report of Swart (2016) who used X-ray diffraction and isotopic composition to predict the source of sediment up to 1050 m north and 700 m south of the channel compared with the reference sites used for MHIII. In general terms, the reference site sediments had high aragonite, high High Mg Calcite (HMC) and lower Low Mg Calcite (LMC) and a higher C and O isotope value. This compares with sediments closer to the channel which had higher LMC and a more negative C and O content, which is described in Swart (2016) as a more allochthonous source of carbonate. Despite a number of assumptions made which are not clear from the document reviewed and some data in tables which do not appear to match those on the figures presented, it is possible that the data highlight material closest to the channel is different material and could be from the capital dredging of limestone. However, in the absence of understanding the circulation and sediment transport in the area, there is a degree of supposition in the results. Had this work been done prior to dredging as well, or samples collected and retained pre-, during and post-dredging, then a much more compelling argument or case could be made.

### 2.3.2.3   SAJ 2016 – MHIII After Action Report, ADDAMS Model

Dr. P. Schroeder of ERDC used the Automated Dredging and Disposal Alternative Modeling System (ADDAMS) to assess total suspended solids (TSS) and turbidity analysis associated with the different dredging equipment used for MHIII (SAJ, 2016). Dr Schroeder suggests that such an approach could be used for Port of Everglades given the similarities with Miami including hydrodynamics, wave climate and sediment characteristics. Given the shortcomings of the model and approach listed below, this is not recommended and would have very limited value and is likely to be misleading and inaccurate.



The model makes a significant number of assumptions in order to estimate the "mass rate at which bottom sediment becomes suspended as a result of hydraulic/mechanical dredging operations" and ultimately uses this mass rate to predict the resultant suspended sediment concentrations. Therefore the model considers "TSS associated with the dredging process itself", not TSS from stripping losses, considered to be very significant source during roller-chopping and CSD, or for a "discharge or scow overflow at the discharge end". In addition, "the model does not consider the resulting bottom sedimentation and sediment transport associated with a suspended solids plume". However, this is exactly what was being measured for MHIII. It is suggested that other models should be used to consider sedimentation and incorporate bathymetry, hydrodynamics, and wave and sediment characteristics.

In addition, the model was run assuming dredged sediment comprised "stiff clay-like sediments as a surrogate for limestone" due to the absence of information on dredging limestone. However as listed above, there are examples of similar capital dredging operations including cutter suction dredging of limestone rock around the world. Despite the above, Schroeder uses model output to make comparisons between TSS predicted from dredge operations at the bed, with turbidity monitoring data from MHIII, which was measured rather subjectively and inaccurately and only in the surface or mid-water column. Schroeder carried out this comparison without model functions on sediment transport, dispersal, deposition, or sedimentation. It is difficult to see how the datasets are comparable or accurate conclusions can be drawn and many of the conclusions that are made are tenuous and not supported by the model output and cannot be verified from the field data.

### 2.3.2.4   Barnes et al., 2015 – Satellite Imagery Data

Barnes et al. (2015) utilized satellite imagery to document increased size and duration of sediment plumes during the dredging project relative to a background period when no dredging took place. Although sediment plumes at the surface are not necessarily representative of sediment accumulation on the seafloor, this paper calls attention to the resourceful use of historic and recent remote sensing data (See also Petus et al., 2016). This paper highlights the ability to incorporate remote sensing techniques and utilize advanced technology from cameras, satellites, and other "automated" meters to collect more data to more comprehensively understand the effects of dredging projects.

# 3   Lessons Learned

The following represents an approximate chronological order of lessons learned combined with a recommended approach and actions to increase success of any subsequent large-scale dredging project and to avoid a recurrence of the problems encountered during MHIII.

## 3.1   Team

- It is imperative that SAJ hires a highly professional team (company or individuals) comprising subject-matter-experts in their respective fields who can demonstrate competence, including through references and/or recommendations, and who SAJ can use to obtain impartial advice that is reliable, well-informed, and current. Roles and responsibilities of team members should include identifying any risks SAJ are exposed



to, assumptions made for any work done, and making recommendations if shortfalls or problems are noted. Experts with international experience may be beneficial to provide insight regarding how dredging contractors and environmental monitoring is carried out in other countries. SAJ may consider it advantageous to hire independent parties.

- SAJ should consider having either a Corps employee or a suitably experienced Client Representative on site at all times to provide the "eyes and ears" for all Corps projects to ensure that the Corps interests are followed. This person would ensure that monitoring requirements are rigidly adhered to at all times and if modifications have to be made, someone is on site to appreciate and explain the problem and facilitate any temporary change until necessary permit modifications are in place.

- It is strongly recommended that SAJ reconsiders contractors currently used before further contracts are awarded, based on the quality of the work undertaken, with a much more rigid and technical screening process put in place to assess potential contractors. Scoring on price alone, or primarily, is a false economy and assessments need to be based on proven quality and technical ability by properly qualified personnel, including external consultants if suitable expertise is not available within SAJ.

- There also needs to be a culture and ability for SAJ to allow staff to recognize their own limitations or extent of expertise without criticism, in order to allow other qualified SAJ staff to be brought in or hire external consultants to assist.

- As much as possible, there must be continuity in the team for the duration of the project. If this is not possible, sufficient time needs to be allowed for handover and training, even if it delays the project, as opposed to having unrealistic timescales dictated.

## 3.2   Multidisciplinary Baseline Data

- Collect sufficient spatial and temporal measurements to observe natural system pre-project patterns, variations (including seasonal) and establish trends with statistically significant datasets to determine errors. Use these data to set quantifiable/measurable thresholds with contingency built in. Temporally speaking, baseline coral and hardbottom data should span 1 year minimum, with at least 2 datasets collected in opposite seasons (i.e. summer and winter, or wet and dry seasons). The same is recommended for turbidity, as long as highs and lows are captured. This data collection should be paired with coral/hardbottom data. For waves and currents, data collection over 1 year is ideal; however, a minimum of 6 months of data (3 months in each opposing seasons) is the minimum recommended. Spatially speaking, an area large enough to encompass that beyond the influence of dredging is recommended. An area of approximately 10 km in each direction is suggested for projects similar to MHIII; however this depends largely on the tidal excursion.

- Data must be current and from the project site, not based on historic information or from another site.



- Data should be multidisciplinary (i.e. biological, physical, sedimentological), and not solely or primarily focused on ecological/marine biological aspects.

- Understanding the sediment dynamics of the area to assess resuspension, transport, and erosion is key as per the study outlined in Section 5.

- Determine approximate dredge volume and nature of material to be dredged including detailed geophysical testing; collect a current bathymetric survey and core samples (overburden/maintenance and capital/rock). If required, hire in a dredging consultant to provide this to avoid a conflict of interest with potential dredging contractors.

- Measure and understand key circulatory, metocean, and sediment transport processes; pathways; and fate, in addition to boundary conditions for model development. Sediment transport data must include both dredge related and natural processes, in order to be able to separate the different sources and impacts and observe what marine flora and fauna are subjected to during natural storm events, for example.

- Discuss outcomes with a qualified dredging consultant to consider "optioneering" in terms of dredge type, operations, overflow, and limitations. For example, blasting was considered for a prolonged period only to be removed relatively late in the process. GLDD chose not to do that, although other contractors may have required it. SAJ should dictate dredge operations that are allowed; for example, SAJ may wish to ban all overflow or "roller-chopping" with dredger operating with no suction and no scows.

- Assuming a capital dredging program, establish a 3-D numerical model for hydrodynamics and sediment dynamics, that allows access to the code or is open-source (e.g. Delft 3D). Great care must be taken to use the most appropriate model including a careful analysis of both the model and the modeler's capability and the assumptions (or "fudge factors") that will go into the model and what is "hidden" behind the images. Often modelers describe "good agreement" between field data and model output, in some cases because the same dataset has been used to calibrate the model and then used to predict model output. In many cases including other scientific and technical disciplines, similar measurements and data would not be considered as "good agreement". For example, ADDAMS model used by Dr. Schroeder of ERDC has significant limitations and assumptions, is very simplistic and in the case of MHIII was compared and essentially tried to be validated against data that the model cannot accept or is not setup to use.

- Calibrate and validate the model with actual and different field measurement data (not further modeling) and ensure it matches as closely as possible current real-life conditions. This must be achieved before using the model to predict any changes related to capital dredging activities.

- Once it can be demonstrated that the model can accurately reflect current conditions, run "optioneering" scenarios including beneficial use, avoid double-handling, nearshore disposal, ODMDS, efficient dredging and disposal.



- Use the model to establish zones of high, low, and zero impact and verify these zones with field data measurements.

- Identify the monitoring area and any reference control sites and mitigation that are outside the impact area.

- Use the above, based on a position of strength and being well-informed, to develop a suitable monitoring program, scaled appropriately and based on field data to control costs and the dredging program. Use this information to then discuss conditions in the permit with regulators, public etc. to "get them on-board". With a weight of evidence and high quality field data, it would be very hard for the regulator to argue or disagree and go against real-field measurements and a model that can be demonstrated to match real-life observations.

- Produce an EIS based on knowing ideally 90-95% of the project in terms of the details of the dredging (volume, area, material, dredge type, disposal), monitoring equipment, monitoring requirements (duration, locations, data provision), benthic monitoring, any mitigation requirements fully examined. Use the EIS to ensure nothing has been missed or not considered fully. It should be comprehensive enough to avoid unexpected events or surprises during the project with no stone unturned. The EIS must and should include an up to date literature search on the latest scientific knowledge, technology that could assist, industry standards etc. minimizing the possibility of responses from agencies/stakeholders requiring changes to the EIS, permit and monitoring requirements etc. leading to project delays.

- If there is a long delay between the EIS and commencement of the project, an updated or supplementary EIS must be issued taking into account any changes in legislation, environmental classifications, improvements or changes in scientific knowledge, standards or monitoring.

- Multidisciplinary baseline data and assessment should be sufficiently robust to ensure no last minute surprises, dredge downtime, project delays, cost overruns or environmental impact, and if there are, protocols and experts/team are in place to deal with them efficiently and cost-effectively. This will ensure that permits or authorizations don't expire or run out, incurring additional cost and delays, since the project should run to schedule.

## 3.3   Permits And Contracts

- SAJ must separate the environmental monitoring contract from dredging contractor to ensure they are independent; as above, ensure the environmental monitoring contractor is qualified and experienced.

- Verify whether the permit issued by FDEP is sufficient for SAJ purposes or needs to be made more stringent or prescriptive for SAJ interests and to allow defense if required; this includes imposing requirements if the permit is "watered down" based on tasks



being considered too onerous or costly (e.g. calibration of a turbidity sensor to TSS in mg/L using actual dredged sediment).

- Ensure that the permit and contract have clarity, sufficient flexibility for variations and a protocol if data or results indicate something unexpected that is not covered or monitoring needs to be modified quickly; agree to a protocol with regulators in advance for this contingency to protect the environment. The permit conditions and contract passed to the contractor must be enforceable and not ambiguous and open to interpretation or too subjective.

- Ensure permits include stand-alone Biological Monitoring Plans approved by regulatory authorities.

- Review the contracting method to ensure quality, experience, and technical ability are truly assessed and taken into account rather than the contract simply awarded to the lowest price, which is likely to be a false economy; this should include SAJ deciding to employ its own contractors rather than being forced to use the sponsors preferred contractor.

- Reconsider environmental incentives since they clearly did not work to protect the environmental resources.

- Consider whether down-time due to exceedances are at the dredge contractors risk; this is relatively common in the industry and is likely that the contractor would approach the contract and dredge type offered in a different way and may not necessarily be more expensive.

## 3.4  Environmental Monitoring

- SAJ should identify key data requirements and ensure where possible data are obtained in real-time and are made available to SAJ (and regulators and public if required) for transparency in order to avoid misinformation (e.g. problems with fake truth on social media) as quickly as possible. An early assessment of data requirements versus timescales to provide the data would be invaluable. There is no point in having an adaptive management plan that will get data days or weeks later. For example, turbidity loggers used for rapid assessment of dredge plume and therefore suspended solids and near-bed sedimentation impact, must be real-time to assess water quality exceedance in case there is a need to cease dredging. Other key monitoring data must be turned around and provided to SAJ much more rapidly.

- Instruments must be calibrated for the measurements intended or data to be collected in accordance with scientific/international standards; this should be demonstrated regularly to SAJ.

- Establish true adaptive management plans and procedures to ensure that monitoring provides a realistic accurate early-warning system that the dredging contractor works within and is aware immediately if an exceedance is likely or has happened. Recommend that this involves a review of adaptive management approaches from



around the world in advance, to establish what is meant by adaptive management in order that it can be defined and agreed by all parties. This should be (or become) a standard approach for SAJ that is commensurate and comprehensive and is incorporated into the separate dredging and monitoring contracts. Ideally, with the correct provision, it should be easy to be checked and supervised by the SAJ Project Manager and a Client Representative on site.

- Collect sediment and rock samples prior to, during, and post-dredging including natural sediment, overburden, dredged sediment created from the different dredge type and any samples identified as potentially causing an impact i.e. deposited on hardbottom communities. Carry out comprehensive testing of these samples including geochemical and physical properties. Catalogue and retain these samples for the duration of the project.

- If a significant time has elapsed between the baseline monitoring and commencement of dredging, re-collect key baseline data for a sufficient length of time and spatial area to be scientifically robust.

- Consider using or developing a benthic monitoring system that will allow more objective monitoring including a digital record that can be re-checked and corroborated, vetted or "policed" in terms of benthic impact rather than using a more subjective approach such as divers who may apply evidence differently or incorrectly. For example in Chevron Wheatstone's project, ROV surveys were carried out (Chevron Australia, 2016).

- Provide examples of benthic monitoring "stress indices" and scoring, and correct references to avoid misinterpretation on the monitoring protocol.

- Ensure proper interpretation and execution of monitoring protocols by the contractor performing the monitoring with regular independent checks carried out.

- Utilize an additive stress index for benthic resources and clearly define methods for determining the overall "condition score". Limit the suite of stress parameters being evaluated to those most relevant to potential project-related impacts and the most critical background stressors.

- Recommended stress parameters to include in coral stress indices:  sediment-related signs of stress (increased mucus production, sediment accumulation on tissue, tissue swelling, sediment "halos"); severity of bleaching; and disease. Percent live tissue can be monitored through time using planimetry but requires standardization of photo collection techniques. Recommended coral stress parameters to eliminate:  fish bites, polyp extension, abrasion, competitive interactions and overgrowths. Keep the index relatively simple.

- Clearly define coral stress "triggers" or thresholds from both natural and project-related sources based on baseline data and/or pilot studies, and define next-steps in protocols/management actions to be taken when thresholds are exceeded. Provide examples and/or flowcharts in monitoring plans.



- Allow more time for baseline monitoring, report review, and adaptive management of monitoring protocols before construction. Do not initiate dredging activities until all pre-dredge baseline data are collected. Suggest quarterly pre-dredge baseline surveys over a minimum 1 year period prior to dredge program versus the four weeks immediately before dredging adopted for MHIII.

- Anticipate potential changes in the monitoring protocol following pilot studies and be adaptive and utilize alternative methods. Allow sufficient time for all stakeholders to review/approve suggested changes.

- Do not use sediment blocks for sediment accumulation; instead measure sediment accumulation on substrate along transects at pre-determined, marked locations. Other methods to consider include rugosity and 3-D video mapping (See Storlazzi et al., 2016).

- Clearly define communication lines and protocols for reporting field data as it is collected. Consider a "preliminary report" submitted within 24 hours via email, or on-line submission of "threshold compliance" data, followed by written report to reduce time-lags in information availability associated with production of reports.

- Enforce "sediment stress violations" and clearly define field and management protocols, as well as dredging alternatives if violations occur. Employ more reliable means of sediment accumulation data via scientific divers and include meters/loggers on the seafloor in monitoring program (Consider use of the ASM-V sediment meter).

- Establish coral sediment stress thresholds that corals can tolerate without irreversible changes (before tissue death).

- Consider the use of software programs (can be customized in Excel) to help manage and summarize data as it is collected, and automate alarms or triggers.

- Perform pre-dredge baseline and post-construction monitoring surveys within the same season.

- Incorporate remote sensing techniques and utilize advanced technology from cameras, satellites, and other "automated" meters to collect more data to more comprehensively understand the effects of dredging projects.

- Consider environmental windows for dredging to avoid periods of vulnerability such as thermal stress events, disease epizootics, or important reef species spawning aggregations.

- Consider the use of a geoportal to quickly upload, organize, manage, and visually display large amounts of data, including geo-referenced spatial data. Geoportals can have multiple user groups with varying degrees of access, and therefore can provide varying levels of transparency.



## 3.5  Public Relations

It is recognized that construction and dredging projects create turbidity and no matter the monitoring and adaptive management strategies, this is unavoidable. However, if SAJ carries out a comprehensive multidisciplinary baseline assessment it will be possible to predict what might happen, when, where, what the impact might be, and how long it will last with a high degree of accuracy. This will allow appropriate mitigation to be put in place in areas that will not be impacted subsequently. It is essential to openly acknowledge this and act with transparency to avoid mistrust and misinformation, which will become more and more of a problem. Ultimately a detailed baseline assessment done more thoroughly with consideration of physical attributes to mechanical disturbances should lead to savings in terms of monitoring during- and post-dredging or to demonstrate that SAJ are in control.

# 4    Conceptual Sediment Transport Model

It was assumed that as part of the review for the Task 1 report, background data from scientific papers, previous studies, modeling, data and reports would be available to provide a conceptual sediment transport model. However, as outlined above, the sparsity of information that exists particularly both locally and regionally in terms of hydrodynamics, circulation, metocean characteristics and sediment dynamics is such that a conceptual model would be primarily guesswork and therefore cannot be done at this stage. This task will now be completed as part of the main sediment tracer study based on field data and measurements.

# 5    Proposal for Task 2: Sediment Tracer Study

W&A, CSA and ETS propose to carry out the sediment tracer study exactly as outlined in the tender document and contract, however, based on the review outlined above, there are a few clarifications or proposed minor modifications that are outlined below:

- Five (5) tracers will be released exactly as per the existing contract, in terms of locations, quantities, particle size etc. (see Figures 5 and 6), however it was anticipated as part of this review that information would be available on turbidity profiles or distribution emerging from Biscayne Bay. It was also assumed that these data would exist for sediment plumes created by dredging operations (dredging, overflow etc.). However, neither are clear. Therefore, for the blue silt—only tracer release between the north and south breakwater, it is proposed that background data will be collected in terms of current velocity profiles, stratification and turbidity over the ebb tide period for each release and the tracer particles will be released in the section of flow or water where the highest turbidity is present at that time. This will be reviewed and modified accordingly during the ebb tide. In the case of the orange silt tracer to be released at the edge of the channel to simulate suspended sediment from dredging operations, it is likely that the vast majority of any suspended sediment was released close to the bed, rather than in the surface or mid-water column. This is contrary to the position stated in the SAJ After Action Meeting Report that the vast majority of turbidity was potentially from hopper/scow overflow. Given the stripping losses from a CSD and reported TSS from roller-chopping, it is anticipated that >90% of the TSS associated with dredging would have been in the bottom 1 to 2 m of the water column. Therefore, it is proposed that the orange silt-tracer will be released in this section of water column

NMFS_00760



(0.1 to 2 m above the seabed, rather than on the seabed itself) from several outlets simultaneously.

- One of the key elements of the sediment tracer study is to ensure that the sediment tracers released have the same physical properties as the dredged sediment and/or native sediment since both aspects are being considered as part of the study. This is critical in order to ensure the tracer particles behave in the same way to try to retrospectively determine the possible or likely fate of dredged sediment versus natural sediment transport. Unfortunately, SAJ were unable to locate any of the dredged sediment internally or externally. Therefore SAJ obtained 9 rock/sediment samples from core borings comprising CB-MH09-03, 04, 08, 09, 10, 11, 14, 16, 17, primarily collected from Cuts 1 and 2. SAJ also created a composite sample of all 9 individual samples. Tests were carried out on the 10 total samples on behalf of SAJ by Maskel Laboratory, FL. who carried out the following tests:

    i)   Sieve Analysis (Using Sieve Sizes No.  3/4", 3/8", 3.5, 4, 5, 7, 10, 14, 18, 25, 35, 45, 60, 80, 120, 170, 200, 230), ASTM D 6913

    ii)  Hydrometer Analysis, ASTM D 422

    iii) Carbonate Content, Non-ASTM Method (no physical crushing of the material in the lab)

    iv)  Specific Gravity for Soil, ASTM D 854


In addition, SAJ sent ETS part of the composite sample to conduct physical tests in the United Kingdom including a comparison with ETS sediment silt and sand tracers in stock prior to manufacturing material specifically for the study. Key information included the density or SG of the dredged sediment. Previous testing done (CE&T, 2011) had assumed an SG of 2.65, the same as silica, however given the material comprised carbonate limestone, this was likely incorrect.

Tests carried out by Maskel indicated an average SG of 2.72 for the 9 samples with the composite having an SG of 2.73, with individual values ranging from SG 2.65 to 2.81.

Based on the above information, ETS outlined to SAJ that it was intending to manufacture all the sediment tracers with the same SG of 2.65 to be consistent and also based on the fact that considerably more information, understanding and literature exists on the behavior of silica-based (SG 2.65) particles and silica is also present in many of the samples, based on the lab data approximately ranging from 5 to 74% with an average composition of 38%.

Discussions had been held previously with SAJ about the possibility of releasing an additional sediment tracer that had an SG closer to carbonate (termed the "6th tracer"), however given the relatively small difference between the SG of silica and the core borings, equivalent to 0.07, it was felt this was not necessary and the "6th tracer" has been dropped. A separate letter confirming this has been issued to SAJ for consideration.

Sampling Methodology: Sampling locations will include the 54 locations previously sampled during the background fluorescence sediment collection survey, in addition to approximately 96 additional stations, for a total of up to 150 sampling locations (Figures 5 and 6. Sampling locations include existing SAJ or NMFS monitoring station locations as well as haphazardly-selected locations on Middle and Outer Reefs and sand patches/plains along the edges of each reef feature. A 15 x 15 x 5 cm quadrat will be utilized for sediment sampling, analogous to that utilized during background sampling, but slightly smaller in order to decrease collection time per sample underwater. A plastic syringe will still be utilized to collect silt samples. Sediment and/or silt samples will be collected from within the quadrat from various "substrate types" including sand patches, standing sediment on the reef, at the base of coral heads, and within or including turf algae.



Figure 5.    Overview of tracer release sites, mooring locations, and sediment sampling locations for the Miami Harbor Sediment Tracer Study.





Figure 6.    Close-up view of tracer release sites, mooring locations, and proposed sediment sampling locations for the Miami Harbor Sediment Tracer Study.



# REFERENCES

Anthony, K.R.N. and S.R. Connolly. 2004. Environmental limits to growth: physiological niche boundaries of corals along turbidity–light gradients. Oeologia 141(3):373-384.

Barnes, B. B., C. Hu, C. Kovach, and R.N. Silverstein. 2015. Sediment plumes induced by the Port of Miami dredging: Analysis and interpretation using Landsat and MODIS data. Remote Sensing of Environment 170:328-339.

Bellwood, D. R., T. P. Hughes, C. Folke, and M. Nyström. 2004. Confronting the coral reef crisis. Nature 429:827-833. doi:10.1038/nature02691.

Browder, J.A., R. Alleman, S. Markley, P. Ortner, and P.A. Pitts. 2005. Biscayne Bay Conceptual Ecological Model. Wetlands Vol. 25, No. 4 December 2005, pp 854-869

Brown, G.L., R.T. McAdory, G.H. Nail, M.S. Sarruff, R.C. Berger, and M.A. Granat. 2003. Development of a two-dimensional numerical model of hydrodynamics and salinity for Biscayne Bay, Florida. U.S. Army Corps of Engineers Technical Report CHL-03-10.

Bythell, J.C., E.H. Gladfelter, and M. Bythell. 1993. Chronic and catastrophic natural mortality of three common Caribbean reef corals. Coral Reefs 12:143–152.

Carilli, J. E., R.D. Norris, B. Black, S.M. Walsh, and M. McField. 2010. Century-scale records of coral growth rates indicate that local stressors reduce coral thermal tolerance threshold. Global Change Biology, 16: 1247–1257. doi:10.1111/j.1365-2486.2009.02043.

Challenge Engineering and Testing Inc. 2011. Final Report Miami Harbor Deepening Project Core Borings and Laboratory Testing, Dade County, Florida, 2011 p 110.

Chevron Australia. 2016. Wheatstone Project. Dredging and Dredge Spoil Placement Environmental Monitoring and Management Plan. p230.

Continental Shelf Associates, Inc. 2003. Key West Maintenance Dredging Project Resource Health and Sedimentation Monitoring Plan. Prepared for Department of the Navy Southern Division, Naval Facilities Engineering Command. 14 pp.

DCA. 2001. Dial Cordy and Associates Inc. Environmental Baseline Study Impact Assessment for Miami Harbor, General Reevaluation Report to United States Army Corps of Engineers, Jacksonville District, Jacksonville, FL. 56 pages

DCA. 2014. Dial Cordy and Associates Inc. Miami Harbor Phase III Federal Channel Expansion Project, Permit No 0305721-001-BI, Quantitative Baseline for Middle and Outer Reef Benthic Communities. Report to United States Army Corps of Engineers, Jacksonville District, Jacksonville, FL. 62 pages

DCA. 2015. Dial Cordy and Associates Inc.. Miami Harbor Phase III Federal Channel Expansion Project, Permit No 0305721-001-BI, Quantitative Post Construction Analysis for Middle and Outer Reef Benthic Communities. Report to United States Army Corps of Engineers, Jacksonville District, Jacksonville, FL. 134 pages

DCA. 2015. Dial Cordy and Associates Inc. Delineation of Potential Sedimentation Effect Area within Middle and Outer Reef Habitats, Port of Miami Phase III Federal Channel Expansion Project, FDEP Permit No 0305721-001-BI Final. Report to United States Army Corps of Engineers, Jacksonville District, Jacksonville, FL. 60 pages



DCA. 2015. Dial Cordy and Associates Inc. Weekly Offshore Coral Stress Compliance Report 001, FDEP Permit No 0305721-001-BI – Port Miami Phase III Harbor Deepening Week 11/20-11/26 Terrapin Island Dredge Activity. Report to United States Army Corps of Engineers, Jacksonville District, Jacksonville, FL. 4 pages

Dekker, MA, M.P. Kruyt, M. Den Burger, W.J. Vlasblom. 2003. Experimental and numerical investigation of cutter head dredging flows. Journal of Waterway, Port, Coastal and Ocean Engineering 129:203-209

Den Burger, M. 2003. Mixture forming processes in dredge cutterheads. PhD, TU Delft, Delft University of Technology, the Netherlands

Department of the Army, Jacksonville District Corps of Engineers. Permit No. SAJ-2006-06547 (IP-MLC) Modification #1. Issuance Date: July 25, 2012.

Erftemeijer, P.L.A, B. Riegl, B.W. Hoeksema, and P.A.Todd. 2012. Environmental impacts of dredging and other sediment disturbances on corals: A Review. Marine Pollution Bulletin, Vol. 64, Issue 9, 2012, 1737-1765.

Fatt, J.C. and J.D.Wang. 1987. Canal discharge impacts on Biscayne Bay salinities, Biscayne National Park. Research/Resources Management Report SER-89. National Park Service, Atlanta, Georgia.

Federal Register. 2006. Endangered and Threatened Species: Final Listing Determinations for Elkhorn Coral and Staghorn Coral. Federal Register 71(89):26852-26861.

Federal Register. 2014. Final Listing Determinations on Proposal to List 66 Reef-Building Coral Species and To Reclassify Elkhorn and Staghorn Corals. Federal Register 79:53851-54123.

Fisher, L., K. Banks, D.S. Gilliam, R.E. Dodge, D, Stout. 2008.Real-Time Coral Stress Observations Before, During, and After Beach Nourishment Dredging Offshore SE Florida.Proceedings of the 11th International Coral Reef Symposium, Ft. Lauderdale, Florida, 7-11 July 2008.

Fisher, L., K. Banks, D. Gilliam, R. E. Dodge, D. Stout, B. Vargas-Angel, Brian K. Walker.Jones, R., Pia Bessell-Browne, Rebecca Fisher, WojciechKlonowski, MatthewSlivk. 2016. Assessing the impacts of sediments from dredging on corals. Marine Pollution Bulletin 102:9-29.

Florida Department of Environmental Protection. 2012. Permit No. 0305721-001-BI; Miami Harbor Phase III Federal Channel Expansion. Issuance Date:  May 22, 2012.

Florida Department of Environmental Protection. 2016. Standard Operation Procedures for Nearshore Hardbottom Monitoring of Beach Nourishment Projects. 70 pp.

Fraser, M.W. J. Short, G. Kendrick, D. McLean, J. Keesing, M. Byrne, M. J. Caley, D. Clarke, A. R. Davis, P. L. A. Erftemeijer, S. Field, S. Gustin-Craig, J. Huisman, M. Keough, P.S. Lavery, R. Masini, K. McMahon, K. Mengersen, M. Rasheed, J. Statton, J. Stoddart, P. Wu. 2017. Effects of dredging on critical ecological processes for marine invertebrates, seagrasses and macroalgae, and the potential for management with environmental windows using Western Australia as a case study. Ecological Indicators 78:229-242.

Henriksen J, R. Randall, S. Socolofsky. 2012. Near-field resuspension model for a cutter suction dredge. Journal of Waterway, Port, Coastal, and Ocean Engineering 138:181-191



Hodel, E.C. 2007. Master's Thesis: Histopathological assessment and comparison of sedimentation and phosphate stress on the staghorn coral, Acropora cervicornis. Nova Southeastern University. 101 pp. + apps.

Hoegh-Guldberg, O., P. J. Mumby, A. J. Hooten, R. S. Steneck, P. Greenfield, E. Gomez, C. D. Harvell, P. F. Sale, A. J. Edwards, K. Caldeira, N. Knowlton, C. M. Eakin, R. Iglesias-Prieto, N. Muthiga, R. H. Bradbury, A. Dubi, M. E. Hatziolos. 2007. Coral reefs under rapid climate change and ocean acidification. Science 318(5857):1737-1742.

Hoegh-Guldberg, O. and J. F. Bruno. 2010. The impact of climate change on the world's marine Ecosystems. Science18 JUN 2010 : 1523-1528MEPS 266:273-302 (2004) - doi:10.3354/meps266273

Houk, P., R. Camacho, S. Johnson, M. McLean, S. Maxin, J. Anson, E. Joseph, O. Nedlic, M. Luckymis, K. Adams, D. Hess, E. Kabua, A. Yalon, E. Buthung, C. Graham, T. Leberer, B. Taylor, R. van Woesik, P. Houk, R. Camacho, S. Johnson, McLean. 2015. The Micronesia Challenge: Assessing the Relative Contribution of Stressors on Coral Reefs to Facilitate Science-to-Management Feedback. PLoS ONE 10(6):1-17. doi:10.1371/journal.pone.0130823.

Lirman, D., B. Orlando, S. Macia, D. Maqnzello, L. Kaufman, P. Biber, T. Jones. 2003. Coral communities of Biscayne Bay, Florida and adjacent offshore areas; diversity abundance, distribution and environmental correlates. AquConserv—Mar Freshwater Ecosyst 13:121–135

Lorenz, R. 1999. Spill from dredging activities. Proc Øresund Link Dredging & Reclamation Conference, Copenhagen

Meehan, W.J. and G. K. Ostrander. 1997. Coral bleaching: A potential biomarker of environmental stress. Journal Of Toxicology And Environmental Health Vol. 50, Iss. 6,1997

Miller, J., E. Muller, C. Rogers, R. Waara, A. Atkinson, K.R.T. Whelan, M. Patterson, B. Witcher. 2009. Coral Reefs 28: 925. doi:10.1007/s00338-009-0531-7.

Miller M.W., J. Karazsia, C.E. Groves, S. Griffin, T. Moor, P. Wilber and K. Gregg. 2016. Detecting sedimentation impacts to coral reefs resulting from dredging the Port of Miami, Florida USA. Peer. J. 4: e2711

Mills D, and H. Kemps. 2016. Generation and release of sediments by hydraulic dredging: a review. Report of Theme 2 - Project 2.1 prepared for the Dredging Science Node, Western Australian Marine Science Institution, Perth, Western Australia. 97 pp.

Mumby, P. J. 2009. "Herbivory versus corallivory: are parrotfish good or bad for Caribbean coral reefs?" Coral Reefs 28.3: 683-690.

National Marine Fisheries Servi ce (NMFS). 2016. Examination of Sedimentation Impacts to Coral Reef along the Port of Miami Entrance Channel, December 2015. Final Report. 58 pp.

Nelson, D. S., J. McManus, R.H. Richmond, D.B. King Jr., J.Z. Gailani, T.C. Lackey, D. Bryant. 2015. Predicting dredging-associated effects to coral reefs in Apra Harbor, Guam Part 2: Potential coral effects.Journal of Environmental Management 168:111-122. DOI: 10.1016/j.jenvman.2015.10.025

NOAA. 2013. Biscayne Bay Turbidity Study. NOAA Technical Report OAR-AOML-41

NMFS_00766



NOAA National Marine Fisheries Service. 2016. Examination of sedimentation impacts to coral reef along the Port of Miami Entrance Channel, December 2015

Palermo M.R., P.R. Schroeder, T.J. Estes, N.R. Francingues. 2008. Technical guidelines for environmental dredging of contaminated sediments. No ERDC/EL- TR-08-29. Environmental Laboratory, U.S. Army Engineer Research and Development Center, Vicksburg, MS

Pandolfi, J. M., J. B. C. Jackson, N. Baron, R.H. Bradbury, H.M. Guzman, T.P. Hughes, C.V. Kappel, F.Micheli, J.C. Ogden, H.P. Possingham, and E. Sala. 2005. Are US coral reefs on the slippery slope to slime?. Science, 307 5716: 1725-1726. doi:10.1126/science.1104258

Pandolfl, J.M., S. R. Connolly, D. J. Marshal, A. L. Cohen. 2011. Projecting coral reef futures under global warming and ocean acidification. SCIENCE 333(6041):418-422.

Peters, E.C. and M.E.Q.Pilson. 1985. A comparative study of the effects of sedimentation stress on symbiotic and asymbiotic colonies of the coral Astrangiadanae (Milne Edwards and Haime 1849). Journal of Experimental Marine Biology and Ecology 92:215-230.

Petus, C., M. Devlin, A. Thompson, L. McKenzie, E. Teixeira da Silva, C. Collier, D. Tracey, K. Martin. 2016. Remote Sensing 8(210). doi:10.3390/rs8030210.

Precht, W.F. ed., 2006. Coral reef restoration handbook. CRC Press.

Proceedings of the 11th International Coral Reef Symposium, Ft. Lauderdale, Florida, 7-11 July 2008. Session number 1. Real-time coral stress observations before,during, and after beach nourishment dredging offshore southeast Florida, USA.

Riegl, B. and G.M. Branch. 1995. Effects of sediment on the energy budgets of four scleractinian (Bourne 1900) and five alcyonacean (Lamouroux 1816) corals. Journal of Experimental Marine Biology and Ecology 186:259-275.

Roessler, M.A. and G.L.Beardsley. 1974. Biscayne Bay: Its environment and problems. Florida Scientist 37:186-204.

Rogers, C.S. 1983. Sublethal and lethal effects of sediments applied to common Caribbean Reef corals in the field. Marine Pollution Bulletin 14(10):378-382.

Rogers C.S. 1990. Response of coral reefs and reef organisms to sedimentation. Mar EcolProgSer 62:185–202

SAJ, 2004. Final General Re-Evaluation Report and Environmental Impact Statement, pp 902

Schoepf, V., M. Stat, J. L. Falter & M. T. McCulloch. 2015. Limits to the thermal tolerance of corals adapted to a highly fluctuating, naturally extreme temperature environment. Scientific Reports 5, Article number: 17639 doi:10.1038/srep17639

Sengupta, S., .S. Lee, H.P. Miller. 1978. Three-dimensional numerical investigations of tide and wind-induced transport processes in Biscayne Bay Sea Grant Technical Bull. (July 1978) No. 39

Stabenau, E., A. Renshaw, J. Luo, E. Kearns and J.D. Wang. 2015. Improved coastal hydrodynamics model offers insight into surface and groundwater flow and restoration objectives in Biscayne Bay, Florida, USA. Bulletin of Marine Science 91(4): 433-454.

Storlazzi, C.D., M.E. Field, M.H. Bothner. 2011. The use (and misuse) of sediment traps in coral reef environments: theory, observations, and suggested protocols. Coral Reefs 30: 23. doi:10.1007/s00338-010-0705-3

Storlazzi, C.D., P. Dartnell, G.A. Hatcher, A.E. Gibbs. 2016. End of the chain? Rugosity and fine-scale bathymetry from existing underwater digital imagery using structure-from-motion (SfM) technology. Coral Reefs 35:889–894. DOI 10.1007/s00338-016-1462-8. Chevron Australia, 2016. Wheatstone Project. Dredging and Dredge Spoil Placement Environmental Monitoring and Management Plan. pp230.

Sutherland, K.P., J.W. Porter, C. Torres. 2004. Disease and immunity in Caribbean and Indo-Pacific zooxanthellate corals.MEPS 266:273-302. doi:10.3354/meps266273

USACE. 2001. Miami Harbor General Re-Evaluation Report-Miami Harbor Channel Deepening Widening Geotechnical Investigation. 6pp

USACE. Jacksonville District. 2013. Miami Harbor Phase III Dredging Project. RFP No. W912EP-12-R-0013. Project Specifications Section 01 57 20 – Environmental Protection. May 2013. 59 pp +apps.

Vargas-Ángel, B., E.C. Peters, E. Kramarsky-Winter, D.S. Gilliam, R.E. Dodge. 2007. Cellular reactions to sedimentation and teAmperature stress in the Caribbean coral Montastraea cavernosa. Journal of Invertebrate Pathology 95 (2):140-145.

Vlasblom, W. J. 2005. Chapter 3: Cutter suction dredger. CEDA Lecture Notes, Wb3408b

Walker, B.K. 2009. Benthic Habitat Mapping of Miami-Dade County: Visual Interpretation of LADS Bathymetry and Aerial Photography. Florida DEP report #RM069. Miami Beach, FL. pp. 47

Weil, E., G. Smith, D. L. Gil-Agudelo. 2006. Status and progress in coral reef disease research. Diseases of Aquatic Organisms 69:1-7.

Wesseling, I., A.J. Uychiaoco, P.M. Aliño, T. Aurin, and J.E. Vermaat. 1999. Damage and recovery of four Philippine corals from short-term sediment burial. Marine Ecology Progress Series 176: 11-15.

Westera, M. and R. Babcock. 2005. Post dredging recovery of seagrass in the Geraldton region - Interim Report October 2004 sampling. CSIRO Marine Research, Perth, Western Australia, pp. 22.

**Unpublished as far as aware:**

Swart, P.K. 2016. Report on the mineralogy and the stable carbon and oxygen sotope Composition of Samples Supplied by NOAA, June 2016, Peter K Swart, MGS, RSMAS, Univ. of Miami. In Port of Miami Sediment Analysis document sent from NMFS to SAJ.



# Detecting sedimentation impacts to coral reefs resulting from dredging the Port of Miami, Florida USA

Margaret W. Miller[1,*], Jocelyn Karazsia[2,*], Carolyn E. Groves[1,3], Sean Griffin[4,5], Tom Moore[4], Pace Wilber[6] and Kurtis Gregg[2,5]

[1] Southeast Fisheries Science Center, NOAA-National Marine Fisheries Service, Miami, FL, United States
[2] Southeast Regional Office, NOAA National Marine Fisheries Service, West Palm Beach, FL, United States
[3] Rosenstiel School of Marine and Atmospheric Sciences, University of Miami, Miami, FL, United States
[4] Restoration Center, NOAA National Marine Fisheries Service, St. Petersburg, FL, United States
[5] Earth Resources Technology, Inc., Laurel, MD, United States
[6] Southeast Regional Office, NOAA National Marine Fisheries Service, Charleston, SC, United States
[*] These authors contributed equally to this work.

Submitted 21 June 2016
Accepted 22 October 2016
Published 17 November 2016

Corresponding author
Margaret W. Miller,
margaret.w.miller@noaa.gov

Academic editor
Robert Costanza

Additional Information and
Declarations can be found on
page 15

DOI 10.7717/peerj.2711

Distributed under
Creative Commons Public
Domain Dedication

**OPEN ACCESS**

## ABSTRACT

The federal channel at Port of Miami, Florida, USA, was dredged between late 2013 and early 2015 to widen and deepen the channel. Due to the limited spatial extent of impact-assessment monitoring associated with the project, the extent of the dredging impacts on surrounding coral reefs has not been well quantified. Previously published remote sensing analyses, as well as agency and anecdotal reports suggest the most severe and largest area of sedimentation occurred on a coral reef feature referred to as the Inner Reef, particularly in the sector north of the channel. A confounding regional warm-water mass bleaching event followed by a coral disease outbreak during this same time frame made the assessment of dredging-related impacts to coral reefs adjacent to the federal channel difficult but still feasible. The current study sought to better understand the sedimentation impacts that occurred in the coral reef environment surrounding Port of Miami, to distinguish those impacts from other regional events or disturbances, and provide supplemental information on impact assessment that will inform discussions on compensatory mitigation requirements. To this end, in-water field assessments conducted after the completion of dredging and a time series analysis of tagged corals photographed pre-, during, and post-dredging, are used to discern dredging-related sedimentation impacts for the Inner Reef north. Results indicate increased sediment accumulation, severe in certain times and places, and an associated biological response (e.g., higher prevalence of partial mortality of corals) extended up to 700 m from the channel, whereas project-associated monitoring was limited to 50 m from the channel. These results can contribute to more realistic prediction of areas of indirect effect from dredging projects needed to accurately evaluate proposed projects and design appropriate compliance monitoring. Dredging projects near valuable and sensitive habitats subject to local and global stressors require monitoring methods capable of discerning non-dredging related impacts and adaptive management to ensure predicted and unpredicted project-related impacts are quantified. Anticipated increasing frequency and intensity of seasonal warming stress also suggests that manageable- but- unavoidable local stressors such as dredging should be partitioned from such seasonal thermal stress events.

How to cite this article Miller et al. (2016), Detecting sedimentation impacts to coral reefs resulting from dredging the Port of Miami, Florida USA. PeerJ 4:e2711; DOI 10.7717/peerj.2711

PeerJ

**Subjects** Environmental Sciences, Marine Biology
**Keywords** Coral, Dredging, Sedimentation, Coral reef, Coral disease, Impact assessment, Monitoring, Adaptive management

## INTRODUCTION

Numerous dredging projects have resulted in widespread environmental effects on coral reef communities (e.g., *Dodge & Vaisnys, 1977*; *Bak, 1978*; *Rogers, 1990*; *Erftemeijer et al., 2012a*). Coastal dredging and port construction exacerbates sediment influx by resuspending benthic sediments (*PIANC, 2010*), and fine sediments tend to have greater effects on corals compared to coarse sediments (*Erftemeijer et al., 2012a*). The spatial extent of impacts from dredging can be variable, and in a severe case, water quality impacts have been detected up to 20 km away from the dredging activity when oceanographic features included unidirectional flow during the project (*Fisher et al., 2015*). *Erftemeijer et al. (2012a)* note poor understanding of the biological response of corals to sedimentation can result in inappropriate management of dredging projects and provide several examples of dredging operations near coral reefs where inadequate management contributed to significant damage to reefs and mortality of corals. However, establishing realistic and ecologically meaningful sedimentation thresholds, as permit conditions and for use as triggers in an adaptive monitoring and management program, can be a challenge in coral reef environments (*Erftemeijer et al., 2012a*). To effectively minimize negative impacts on corals and coral reefs, a combination of reactive (feedback) monitoring of water quality and coral health during dredging activities and spill-budget modelling of dredging plumes could be used to guide decisions on when to modify (or even suspend) dredging (*Erftemeijer et al., 2012a*).

The Port of Miami entrance channel traverses coral reefs within the northern portion of the Florida Reef Tract. Six coral reef or hardbottom features characterized by *Walker (2009)* surround the federal channel at the Port of Miami, and include the nearshore ridge complex, both north and south of the channel, Inner Reef north and south, and Outer Reef north and south (Fig. 1). The Inner Reef north[1] is composed of two reef habitat types, including a Ridge-shallow (western portion) and Linear Reef (eastern portion). The current direction in the outer sections is dominated by the Florida Current with strong north-easterly flows, but the flow environment is complex with common current reversals and multiscale vortices capable of transporting suspended material in complex patterns (*Martinez-Pedraja et al., 2004*; *McArthur, Stamates & Proni, 2006*).

The purpose of the Port of Miami expansion dredging project was to provide improved navigation and safety for larger vessels, including post-Panamax class ships. An Environmental Impact Statement (EIS) prepared by the Army Corps of Engineers (USACE) concluded the dredging would result in 13,355 m² (3.3 acres) of direct impacts (i.e., reef that was ground up and permanently removed) to Outer Reef north and Outer Reef south. The EIS concluded impacts may also include the resuspension and deposition of sediments on nearby coral reef assemblages, but the area of anticipated sedimentation impact was not quantified (*US Army Corps of Engineers, 2004*). Nine years later, the Port of Miami entrance channel expansion dredging project was implemented during a 17-month period between

[1] *Walker (2009)* refers to this coral reef feature as Inner Reef. This portion of the Florida Reef Tract lacks a Middle Reef, and USACE reports often misidentify the Inner Reef as Middle Reef or Reef 2.

NMFS_00771

PeerJ



**Figure 1  Port of Miami study area.** (A) Port of Miami channel-side, sedimentation assessment and reference sites for all reef habitat types. Yellow boxes indicate locations of additional project-associated channel-side and reference sites for the Nearshore Ridge Complex, Outer Reef, and Inner Reef south that were not addressed in the current study. (B) Inner Reef north (red) and Outer Reef north (yellow; not addressed in the current study) reference sites, 9.3 km north of the channel. (C) Port of Miami channel-side and sedimentation assessment sites for the Inner Reef north. (continued on next page...)

NMFS_00772

PeerJ

Figure 1 (...continued)
Red boxes indicate locations of channel-side and reference area tagged coral colonies for Inner Reef north.
Dots represent sedimentation assessment dive sites at 100, 200, 300, 500 m north of the channel in each
habitat (Ridge-shallow depicted by cross-hatch, Linear reef by diagonal shading) of the Inner Reef, and
700 m north of the channel in the Inner Reef, Linear Reef. The base layer is from December 2014 (Google
Earth Pro) during active dredging close to the Inner Reef north.

[2]Florida Department of Environmental
Protection Permit #0305721-001-BI;
ftp://ftp.dep.state.fl.us/pub/ENV-
PRMT/dade/issued/0305721_Miami_
Harbor_Phase_III_Federal_Dredging/001-
BI/Final%20Order/Miami%20Harbor%
20Final%20Order%20052212.pdf.

November 20, 2013, and March 16, 2015 (Fig. S1). Additional maintenance dredging also
occurred in the inner-harbor and federal channel, prior to and after the expansion dredging.
A reported 4.39 million $m^3$ of material was dredged (CJ McArthur, US Environmental
Protection Agency Region 4, pers. comm., 2016) via pipeline, backhoe, and clamshell
dredges and deposited to a permitted offshore disposal site 2.4 km east-southeast of the
project site in 120–240 m depth (*US Environmental Protection Agency, 1995*).

A permit[2] was issued in 2012 to the USACE by the Florida Department of Environmental
Protection and included conditions for biological monitoring areas adjacent to the channel
along each of six coral reef or hardbottom features (north and south of the channel in
the Outer Reef, Inner Reef, and Nearshore Ridge; Fig. 1). All project-required monitoring
stations were located within 50 m north and south of the channel (channel-side) in
addition to reference areas located between 1.2 and 9.3 km from the channel (Fig. 1). The
two baseline surveys were conducted in August 2010 (*US Army Corps of Engineers, 2011*)
and October 23 through December 30, 2013[3]   (*US Army Corps of Engineers, 2014*). While
the former baseline assessment included stations up to 450 m north of the channel on the
Inner Reef north, the baseline surveys from 2013, during-dredging, and post-construction
monitoring included only potential impact locations within 50 m of the channel.

[3]Up to 40 days after the expansion dredging
began.

*Barnes et al. (2015)* undertook an independent remote sensing analysis partitioning
natural drivers of sediment plumes near the Port of Miami channel, such as storms, wind or
runoff events, from dredging-associated sediment plumes. They determined that sediment
plumes detectable from satellite imagery during the dredging period were of 5× greater
extent (127–228 $km^2$ during dredging compared to 18–46 $km^2$ under normal conditions)
and 23–84% greater frequency than a baseline period prior to the start of dredging.
This study also documented the greatest frequency and intensity of dredging-associated
sediment plumes over the Inner Reef north reef sector. For this reason, we focused post-hoc
sediment impact assessment effort in this reef sector, recognizing that additional reef area
was likely impacted in the other sectors, with perhaps lesser intensity over a smaller extent.

The purpose of the current study was to better understand the sedimentation impacts that
occurred in the coral reef environment surrounding Port of Miami, to distinguish those im-
pacts from other regional events or disturbances, and provide supplemental information on
impact assessment to inform discussions on compensatory mitigation requirements. This
paper reports results from post-hoc field sampling focused on coral condition and standing
sediment on reef substrates. Sampling was conducted at five sedimentation assessment
locations within the Inner Reef north sector. Parallel sampling was conducted in the asso-
ciated reference area, chosen and followed as part of the compliance monitoring program,
approximately 9 km north of the channel and composed of similar reef habitat types (Fig. 1).
In addition, analyses of photographic time series of individual tagged coral colonies within

NMFS_00773

PeerJ

channel-side and reference locations throughout the project provide a Before/After compar-
ison for coral status over the project duration. Given the post-hoc nature of this analysis,
we emphasized persistent effects, namely coral mortality or partial mortality related to
sedimentation and persistent sediment presence in the reef environment. This conservative
assessment does not address additional physiological stress and/or more temporary effect
pathways likely also invoked by project associated turbidity and light attenuation (*Jones et
al., 2016*) because post-hoc analysis using available data was not possible.

## METHODS

### Post-hoc field sampling

In December 2015, field sampling was conducted to quantify coral condition and standing
sediment on reef substrates at locations spanning increasing distance from the channel in
the Inner Reef north sector, in addition to the reference location (all 8–10 m depth; Fig. 1;
Fig. S1). These 'sediment assessment' locations were spaced at 100, 200, 300, 500 and 700 m
from the channel. At each distance except 700 m, transects were evenly distributed in both
Ridge-shallow (RR) and Linear Reef (LR) habitat types. At the 700 m distance, only the
Linear Reef habitat was assessed due to dive-time limitations. The reference location also
included transects sampled within both Ridge-shallow and Linear Reef habitat. The project
reference reefs were designated in a permit as part of the required compliance monitoring
and were at least 0.8 km away from the channel (with the Inner Reef North reference sites
located 9.3 km to the north). This distance was expected to be far enough away to prevent
confounding effects from background channel turbidity, sedimentation, and effects from
the commercial anchorage. The reference reefs were examined by divers and verified as
representative of the intended habitat type (*US Army Corps of Engineers, 2010*).

Using Google Earth Pro, specific dive sites for each sediment assessment location were
randomly selected to be at or near the 100-m interval mark and include a dive site in both
Ridge-shallow and Linear Reef habitat type. Exceptions were three dive sites (100-RR,
200-RR, and 300-RR) that were selected to correspond with dive sites surveyed in a
pre-construction assessment the USACE completed in 2010. Overall, this results in five
sedimentation assessment locations (100, 200, 300, 500, and 700 m north of the channel),
two dive sites per location—one in the Ridge-shallow and the other in the Linear Reef—with
the exception of 700 m, where only the Linear Reef was surveyed. A temporary marker
buoy was deployed from the boat at the pre-determined coordinates. At each dive site,
two 50-m long transects were run in opposite directions from the buoy and sampled at
1.0-m intervals (50 point samples per transect, two transects per site). Observers recorded
the occurrence of standing sediment along the line-intercept transects, where present, in
two categories. 'Sediment-over-hardbottom' (SOHB) was designated if there was a visible
accumulation of sediment. For example, algal turfs normally have some sediment embedded
within them, but if the turfs were engulfed by sediment, this would be labelled as SOHB. If
the sediment was qualitatively observed to be deeper (estimated >4.0 cm), it was labelled
as "deep sediment over hardbottom" (DSOHB). In addition, at every 5.0 m along each
transect, the depth of the sediment (cm) over hardbottom was measured with a ruler and
the deepest of several measurements within one meter of the sample point was recorded.

NMFS_00774

PeerJ

Six 10 m$^2$ belt transects were also sampled along or parallel (within 10 m distance) with the two line-intercept transects at each dive site to quantify the condition of coral colonies within each area. Each scleractinian colony was recorded by species and condition; namely if the coral displayed recent partial mortality (i.e., minimally encrusted skeleton in which individual calyces were still discernable, *Lirman et al., 2014*), sediment present on live coral tissue (sediment accumulation), active disease (distinct white skeleton progressing across the colony), bleaching, "halo" mortality, or healthy if there were no noticeable signs of stress present. A "halo" refers to a pattern of partial colony mortality in which a concentric ring of dead coral skeleton occurs at the base of the coral colony as results from prior burial of the colony edges (*Figs. S2A–S2C*).

One-way ANOVAs followed by post-hoc tests between the assessment and reference locations were used to determine statistically significant differences in each survey parameter. For each of six parameters, (% cover SOHB, % cover DSOHB, sediment depth, and prevalences of recent partial mortality, 'halo' partial mortality, and sediment accumulation), preliminary one-way ANOVAs (on ranks, due to violation of parametric assumptions) showed no significant differences between the two habitat types ($p$-values ranging from 0.134 to 0.975 among the six parameters). Thus, transects of both habitat types were pooled at each location (i.e., distance from channel or reference) to increase replication and power to detect differences among the locations via one-way ANOVAs (on ranks when parametric assumptions were violated).

## Before/After analysis of coral status, qualitative and quantitative

Public records of time series photographs of tagged coral colonies taken as part of the compliance monitoring were obtained from the USACE. Tagged colonies were distributed in both the Ridge-shallow and Linear Reef habitat types at the channel-side and the reference (~9.3 km north; *Fig. 1*) locations which had been designated for the permit monitoring. The colonies tagged at each location were of mixed species composition according to what was present, but included *Porites astreoides, Solenastrea bournoni, Pseudodiploria strigosa, Stephanocoenia intersepta, Meandrina meandrites, Siderastrea siderea,* and *Dichocoenia stokesii*. Photographs were taken at irregular intervals between a four-week pre-construction phase[4] (October–November 2013) and a four-week post-construction phase (July 2015). Intervals between images ranged from 1 to 121 (mean 14–18) days for the channel-side colonies and from 1 to 145 (mean 12–13) days at the reference site. The frequency of images varied according to permit requirements; photographs were to be taken at greater frequency when dredging was occurring in close proximity (<750 m) to the monitoring site. We thus made the conservative assumption that long intervals between photos corresponded to times when dredging activities were relatively distant and less influential, and that relevant instances of sediment interaction with the colonies are appropriately captured in the available time series for each colony. The time series of each colony was examined and the temporal sequence of conditions affecting each colony was noted. Specifically, the presence of sediment accumulation on live tissue, partial sediment burial generally of colony edges, complete colony burial by sediment, the presence of active White Plague disease signs (i.e., bright white exposed skeleton along colony margins, generally with a scalloped shape,

[4] A portion of the pre-construction phase overlapped the onset of expansion dredging (*Fig. S1*).

NMFS_00775

grading into gradually more encrusted, longer dead, skeleton), and 'sudden death' (the complete mortality of a colony between sequential photos in the time series, presumably attributable to disease, though no active disease signs were observable) were recorded in sequence. We included 'sudden death' in a category of disease impact given consistency with described patterns of mortality (i.e., complete colony mortality over a period of weeks) associated with a regional outbreak of 'White Plague' disease affecting most species of mounding corals during this time frame (*Precht et al., 2016*), a lack of other known disturbances such as storms, and the presumption that the longer interval of images during which most of the 'sudden death' occurred (winter 2014–2015) was during a period when dredging activities were distant according to permit requirements (hence transient sediment burial unlikely). The potential effect of sediment stress on susceptibility was examined by estimating the risk of subsequent disease and/or death in a group of colonies which had previously experienced partial sediment burial compared to the remaining colonies which had not shown partial burial in the time series photos. From this same set of time-series photographs, the live tissue area was quantified from the best-matched photo (angle and orientation) of each colony from the pre-construction and from the post-construction phase (generally four weekly photos in each phase) using the software CPCe (*Kohler & Gill, 2006*). Each photograph was calibrated using a scale bar with 5-cm increments included in each image, and then the area ($cm^2$) was calculated by outlining the live tissue area for each colony. Proportional change in live tissue area was calculated for each colony (i.e., (post-pre)/pre). Colonies which went missing prior to the post-construction phase were excluded from this analysis. The colonies from the two habitat types in each location were pooled and the change in colony area between locations was compared by a Mann–Whitney $U$-test.

## RESULTS

### Post-hoc field sampling

The mean percent cover of reef substrate characterized as "sediment over hardbottom" (SOHB) and "deep sediment over hardbottom" (DSOHB) was higher along the Inner Reef north transects (incorporating both Ridge-shallow and Linear Reef habitat), than the reference location transects (within the same habitat strata; Fig. 2A). The mean percent cover of SOHB was 17.5 to 36.0× higher at Inner Reef north locations, when compared to reference location (Fig. 2A), representing significant differences between each Inner Reef north location and the reference (One- way ANOVA $p = 0.002$ followed by post-hoc Holm-Sidak comparisons of each location with the reference at $p < 0.05$). At the reference location, 1% of the survey points exhibited reef substrate characterized as SOHB. The mean percent cover of DSOHB showed significant variation among sampled locations (one-way ANOVA on ranks, $p = 0.045$), ranging from 0.8 to 10.8% at distances 100, 200, 500, and 700 m from the channel (Fig. 2A), compared to no DSOHB recorded at the reference location nor the location 300 m north of the channel. However, statistical power was not adequate to discern significant differences for DSOHB among locations.

The mean depth of sediment was significantly higher, ranging from 2.7 to 10.0× higher, at Inner Reef north locations (Fig. 2B), compared to that measured at the reference location

NMFS_00776

PeerJ



**Figure 2   Sediment cover on reef substrate.** (A) Mean (±1 SE) percent cover of sediment over hardbottom (SOHB) and deep sediment over hardbottom (DSOHB; >4 cm depth) along line point-intercept transects at sites of increasing distance from the channel and reference site. N = 4 transects for each, except 700 m where only two transects were sampled (hence no error bars are given). (B) Mean (±1 SE) depth of sediment at 0.5 m intervals along the same transects. Both habitat types were sampled at all sites except 700 m (LR only). Each of the sediment assessment locations had significantly higher SOHB cover and sediment depth than the reference area in post-hoc comparisons following one-way ANOVAs. (C–D) Illustration of expanse of deep sediment at the 200 m location showing soft corals with several cm burial (photos taken 11 Dec 2015; 25.763852°N, 80.098928°W).

(one-way ANOVA on ranks $p = 0.001$ followed by Dunn's post-hoc comparisons with reference). Specifically, along the transects located 200 m north of the channel, the mean sediment depth was 3.0 cm compared to 0.3 cm at the reference location (Figs. 2B–2D).

There was up to a 3.1 to 5.1× increase in the prevalence of corals with recent partial mortality at sediment assessment locations when compared to reference (Fig. 3; one-way ANOVA on ranks $p = 0.009$). Specifically, the 100, 300, and 700 m locations were significantly different than the reference (Dunns' post-hoc comparisons with reference, $p < 0.05$). The occurrence of sediment accumulation (SA) on live coral tissue ranged from 4.8 to 21.3× higher at sedimentation assessment locations when compared to the reference location with the 100 m and 200 m locations being statistically higher (SA; one-way ANOVA on ranks $p = 0.002$ followed by Dunn's post-hoc comparisons with reference; Fig. 3). Sediment halos (mortality at the base of colonies due to elevated levels of sedimentation) on scleractinian corals ranged from 3 to 26× more frequent at

NMFS_00777

PeerJ



**Figure 3   Coral conditions.** The overall prevalence (mean + 1 SE) of colony conditions at sites spanning a gradient of distance from the dredged channel (100–700 m) and the reference site. Habitat types are pooled ($n = 12$ transects per location) with exception of 700 m site (only Linear Reef habitat sampled, $n = 6$ transects) and 500 m and 300 m ($n = 13$ transects per location, with the one additional transect being in the Linear Reef habitat). Sed Accum, sediment presence on living coral tissue; PmortRecent, recent partial mortality among colonies (*Lirman et al., 2014*); Halos, distinct pattern of partial mortality (not necessarily tissue) in which tissue loss manifests as an outer concentric ring or partial ring which is consistent with that resulting from previous partial burial of the colony (see Fig. S2 for illustration). Ref, Reference location.

sedimentation assessment locations when compared to the reference location with the 200 m and 300 m locations being significantly higher (Fig. 3; one-way ANOVA on ranks $p = 0.011$ followed by Dunn's post-hoc comparisons with reference).

## Before/After analysis of coral status

When the sequence of sediment and disease-related conditions are examined across all colonies, only minor sediment presence (e.g., Fig. 4B) was observed on coral tissues (12 of 52 channel-side and four of 58 reference colonies) prior to June 2014. Major sediment accumulation including complete burial and several centimeter sediment berm (seemingly from colony expulsion of sediments, Fig. 4D) and the subsequent burial of colony edges was observed starting in early June 2014 (half of channel-side colonies compared to 1 of 58 reference colonies; Fig. S1). Bleaching was observed primarily in August–November 2014 (Fig. 4G; Fig. S1) with most of the colonies recovering (Fig. 4H ). Most colonies of *Porites astreoides,* which occurred only at the reference reef, also were bleached in July 2015 at the end of the time series. The predominance of active disease signs and rapid complete colony mortality among channel-side colonies occurred between late November 2014 and late February 2015. However, most disease and rapid colony mortality among reference reef colonies occurred later (February–July 2015; Fig. S1).

Six channel-side colonies (11.5%) displayed complete or almost complete colony mortality directly associated with sediment burial (i.e., directly following in time and tissue regression over similar footprint as previously buried, Fig. S3). Although one reference colony

NMFS_00778

PeerJ



**Figure 4  Example coral time series.** Intermittent time series photos for a *Pseudodiploria strigosa* colony (designated R2N1 T1 C2) illustrating different conditions including sediment accumulation (B, E), partial burial (C), sediment 'berm' around coral margin (D), bleaching (G), recovery (H), and 'sudden death' (I). Also note the degree of accumulated sediment on the surrounding reef substrate. This colony was located in the Inner Reef north channel-side permit-monitoring site, within 30 m of the channel. Dates given as Month/Day/Year. Additional illustrations given in Fig. S3.

NMFS_00779

PeerJ ────────────────────────────────

**Table 1** **Partitioning of tagged colonies that experienced substantial sediment burial (complete or partial) and subsequent disease or death.** Risk is calculated as the percent of colonies in each category which manifest disease or death.

| Group | Sediment interaction | Subsequent disease/death | Risk |
|---|---|---|---|
| Channel-side 52 | Yes 26 | Yes 10<br>No 16 | 38% |
| | No 26 | Yes 9<br>No 17 | 34% |
| Reference 59 | Yes 1 | Yes 0<br>No 1 | 0% |
| | No 58 | Yes 9<br>No 49 | 15% |



**Figure 5** **Proportional change in coral tissue area (mean ±1 SE) for tagged colonies between the baseline and post-construction period (~18 months).** $N = 55$ or $60$ colonies (Channel-side, Reference, respectively). Channel-side colonies lost significantly more tissue.

appeared to experience a minor degree of partial sediment burial of its edges, it manifested only modest partial mortality (Fig. S3C). The occurrence of disease and complete colony mortality for reference colonies was less than half that observed for channel-side colonies (Table 1), although disease occurrence was similar between channel-side colonies that were observed with substantive partial burial (38%) versus those that were not (34%).

The tagged colonies at the channel-side location ($n = 55$), without regard to particular conditions or attributions of coral loss, showed over 4× greater tissue loss on average than the reference colonies ($n = 58$, Fig. 5). This includes 17/55 (31%) channel-side colonies versus 6/58 (10%) reference colonies which suffered complete colony mortality. Meanwhile, 48% of reference colonies displayed positive growth over the course of the project, compared with only 18% of channel-side colonies.

NMFS_00780

PeerJ

# DISCUSSION

A severe warm thermal stress (*Eakin et al., 2016*; *Manzello, 2015*) and coral bleaching event affected south Florida coral reefs beginning in autumn 2014 (MW Miller, pers. obs., 2014; also documented in regional bleaching surveys as 30–55% prevalence of bleaching in the sub-regions spanning Miami-Dade and Broward county; data available from Florida Reef Resilience Program at http://frrp.org/temp/JCDM3VBD/CoralDiseaseBySubregion.html; Fig. S1). As often occurs (*Muller et al., 2008*; *Miller et al., 2009*), the coral bleaching event was followed by severe but patchy coral disease outbreaks and mortality which were reported anecdotally throughout the region starting in winter 2014–2015 (Fig. S1). *Precht et al. (2016)* provide documentation of the origin, high lethality, and spread of this severe disease outbreak. These authors report the origination of this regional outbreak at the Inner Reef south reference site (referred to as 'Virginia Key', Fig. 1, located ~1.2 to 1.4 km south of the channel) in Sept. 2014 and the propagation of the outbreak both to the north and, more slowly, to the south.

Both bleaching and disease are documented in the time series observations of corals in both the Inner Reef north channel-side and reference populations (Fig. 4 and Fig. S3C ) examined in the present study. Despite these coincident disturbances, analysis of tagged coral colony condition during the course of the dredging project shows significant and large effects in terms of more severe coral tissue loss (almost 5×) and increased risk of disease and death (>double) in the immediate vicinity of the dredged channel, in comparison with project-chosen reference reef. The permit-mandated monitoring plan did not, however, incorporate spatial coverage of potentially impacted reef areas farther than 50 m from the channel that would aid in determining the spatial extent of impact. We implemented the post-hoc sampling (i.e., ~8 mos after dredging was completed) to partially address this gap. Although the determination of causes of coral mortality or partial mortality is always problematic, we compared the prevalence of several coral conditions and the persistent levels of standing sediment on reef substrates at a gradient of potential impact locations with the reference location to aid in delineation of the extent of sedimentation impact.

This post-hoc survey showed substantial differences between the assessment locations and the reference location in terms of standing sediment and coral condition. Using the most objective measures such as sediment depth (almost 10× at the 200 m location) and prevalence of recent partial mortality (~double across all assessment locations), significant contrast is evident with the reference location. This pattern also is consistent with the less-objective or ephemeral parameters in our survey, such as the attribution of partial mortality patterns as 'halos' or the presence of sediment on live coral tissue. Unfortunately, there are no directly comparable baseline data for these parameters, raising a potential concern that high sediment impact, relative to the reference area, may be characteristic of a reef area adjacent to a high-traffic channel, rather than a direct effect of dredging. Baseline sampling was conducted by USACE at a gradient of sites out to 450 m in the Inner Reef North sector in 2010 and recorded a binary score (yes/no) for the presence of an unspecified 'sedimentation' condition and the overall prevalence of coral partial mortality (not specified whether recent or not). The 'sedimentation' score was reported

NMFS_00781

PeerJ

as 'yes' at all sampled sites except the Inner Reef North site at 200 m where a 'no' was recorded for 'sedimentation'. The dive site for one of the two sampled in the current study at 200 m distance (200-RR, Table S1) was overlain with the 2010 transect location (as described in 'Methods') and showed 63% cover of SOHB and a mean sediment depth of 1.7 cm, apparently a very different condition than the absence of 'sedimentation' reported in 2010. Similarly, in 2010, the prevalence of coral partial mortality was reported as 3.1% and showed no significant relationship with distance from the channel (*US Army Corps of Engineers, 2011*). Our survey results record evidence of the severe impacts of regional coral stressors, such as thermal stress and disease in that the prevalence of recent partial mortality for reference area corals was 7× higher (21 ± 3.5 %, mean ± 1 SE) than the 2010 baseline assessment; however, the locations in the vicinity of the channel (up to 700 m distant) had values double those at the reference location (44 ± 3.4%, mean ±1 SE). This pattern is also consistent with the reported results of *Pollock et al. (2014)* showing that extended exposure to dredging project-related sediment plumes was a significant driver of increased occurrence of compromised conditions of reef corals.

Neither the dredging process nor the Port of Miami entrance channel environment was conducive to a simple sedimentation gradient leading away from the channel and into the coral reef habitat. While the material dredged from the federal channel was predominantly limestone and sand below a thin layer of silt, the proportion of silt within material from the inner harbor was generally higher than from the entrance channel. Three types of dredges (clamshell, hopper, and pipeline) operated at various times and locations, and the amount of sediment suspended from these dredges can differ substantially under normal operation (*McLellan et al., 1989*). In addition, the pipeline dredges occasionally used a process known as "roller chopping" (punching the substrate with the cutterhead to pre-treat and fracture rocky substrate) with the suction deactivated. A spider barge staged at various locations along the outer entrance channel collected dredged material from the pipeline dredges and distributed the material to hopper barges for transport to the ocean disposal site. The permit did not set controls for the overflow of sediment-laden effluent from this process, and the overflow of sediments may have been substantial and variable. Likely additional sources of sedimentation from dredging operations include the disposal doors in the hopper barges not sealing shut properly leading to leakage from the barges. Given the differences in sediment characteristics and the manner and rate of sediment influx to the water column coupled with the varying oceanographic conditions along the 8.9 km length of the project (including inner harbor work) during the many months of dredging, the lack of a simple linear sedimentation or impact gradient leading from the channel is not surprising.

While sediment movement and deposition is a normal process in a coral reef ecosystem, offshore coral reefs are not capable of developing or sustaining ecological functions when substrates are covered by sediment over prolonged periods. The presence of deep sediment pockets within patchy reef habitats may also be a normal reef habitat feature. However, the presence of emergent sessile invertebrates (particularly soft corals, but also scleractinian corals and sponges, Figs. 2C–2D, Fig. S2) in much of the area of observed deep sediment in our post-hoc surveys clearly indicated recent, extreme levels of accumulation and implies that additional, uncountable scleractinian corals have been buried in these areas.

NMFS_00782

Although our replication was not adequate to discern habitat effects, the post-hoc survey results suggest differences in the severity of sedimentation impact between the habitat types. Most survey locations in the vicinity of the channel showed a trend for higher sediment cover and depth in the Linear Reef than the Ridge-shallow habitat (Table S1). The Linear Reef habitat 200 m north of the channel appears to have been the most severely impacted as this location had the highest cover (43%) characterized as DSOHB (4.0 cm or greater sediment over reef; Table S1), the highest measured maximum sediment depth (10.0 cm), and the highest prevalence of sediment halo (26%; Table S1). It is possible the prevalences of recent mortality and sediment accumulation at Linear Reef (200 m) are underrepresented, when compared to other sites, because many low-lying scleractinian colonies have been completely buried.

Sedimentation on reefs can reduce coral recruitment, survival, and settlement of coral larvae (Fabricius, 2005; Erftemeijer et al., 2012b; Jones, Ricardo & Negri, 2015) and suppress colony growth (Bak, 1978). Our study focused on the reef sector which experienced the greatest duration of sediment plumes during the dredging project and relies heavily on the representativeness of the reference reef. This reference area was chosen to provide a representative comparison, comprising similar reef habitats, prior to initiation of dredging. Coral disease impacts can be very site specific (e.g., Miller et al., 2014), so a more spatially comprehensive quantitative analysis of coral disease effects both in potential impact areas and regionally would be beneficial. However, the increased prevalence of indicators of sedimentation stress and partial mortality, as well as persistent standing sediment on reef substrates at the Port of Miami sedimentation assessment areas (Figs. 2 and 3), all suggest the cumulative sedimentation was much greater across the assessment sites, when compared to the reference area, and mortality and loss of function of reef organisms resulted. When considering the findings of this study coupled with the findings of Barnes et al. (2015), sediment plumes and deposition via multiple pathways derived from dredging activities at Port of Miami are the most plausible drivers for this pattern.

The implementation of seasonal shutdowns for dredging projects near coral reefs has largely been based on protecting corals during major spawning events. Unfavorable conditions during a coral spawning period could negate the entire reproductive output for the year (Harrison et al., 1984). Conducting dredging activities at appropriate times to avoid spawning periods would constitute a best management practice (Jones, Ricardo & Negri, 2015). Recommendations for reduced or halted dredging range from one week based on the known coral spawning period in Singapore (Erftemeijer et al., 2012b) to as many as five months per year based on known spawning periods in northern Western Australia (Baird et al., 2011). This best management practice could provide enhanced protection if shutdowns were also to coincide with increasingly predictable seasonal thermal stress events (Van Hooidonk et al., 2014; Manzello, 2015) or less predictable cold water stress events. However, fixed predictable shutdowns are likely more practical especially if they are included in dredge contract bid specifications. In addition, feedback monitoring to effectively execute adaptive management may need to also include light attenuation and suspended sediment concentration. In Florida (USA), this practice has not been well-socialized in the regulatory context for coral protection with the exception of the Key West Harbor Dredging Project,

NMFS_00783

PeerJ

where the contract provided for limited relocation of the dredge when coral health and sediment accumulation levels exceeded allowable thresholds (*US Navy, 2003*).

Another port expansion at Port Everglades, located approximately 37 km north of Port of Miami, is on the horizon for southeast Florida. The construction plans at Port Everglades are similar in scale with USACE proposing to remove 4.21 million m$^3$ of material. However, recent thermal stress and disease impacts have rendered the baseline reef condition as further impaired and less able to tolerate increments of 'standard' sedimentation stress associated with dredging activities in the past (e.g., *Marzalek, 1982*). The proposed Port Everglades monitoring plan is similar to that used for Port of Miami (*US Army Corps of Engineers, 2015*), though expected to be modified to capture lessons learned in Miami. Notable improvements to the monitoring plan would include monitoring standing sediment depth, sediment-associated stressors (e.g., coral halo), light attenuation, suspended sediment concentration, near-realtime information feedback on monitoring outcomes, observations from other parties, and attending to regional disturbances such as warm-water and coral disease events. It is also crucial that the monitoring be undertaken at a spatial scale that can capture the indirect effect area (e.g., 3 km based on *Fisher et al., 2015*) with near realtime status/extent of sediment plumes via remote sensing (e.g., *Barnes et al., 2015*), and local oceanographic conditions as important guides. Time series analysis of permanently marked corals could be used in concert with continuous water quality monitoring and sediment depth measurements to make use of, and possibly contribute to, a rapidly evolving peer-reviewed literature concerning thresholds for environmental impacts of dredging projects (e.g., *Jones et al., 2016*; *Nelson et al., 2016*; *Fisher et al., 2015*). Such an approach could provide an early predictor of when and where sedimentation impacts are occurring to adaptively manage the dredging. Inclusion of this type of monitoring could help in the development of no-work windows, including when regional thermal events are ongoing. Even if no-work windows or seasonal shutdowns are not implemented, monitoring thresholds could still be identified to serve as a warning that coral impacts will exceed what was predicted under normal conditions. If lessons learned from Port of Miami expansion are not memorialized, well-socialized, and fully realized in the monitoring requirements developed for future projects, such as the Port Everglades expansion, avoidable impacts may recur.

## ACKNOWLEDGEMENTS

Field or logistical support was provided by J Javech, J Europe, R Pausch, J Blondeau, S Meehan and Callaway Marine Technologies. GIS support provided by K Hanson.

## ADDITIONAL INFORMATION AND DECLARATIONS

### Funding

This work was funded by the NMFS Southeast Regional Office, NMFS Restoration Center, and NOAA Coral Reef Conservation Program. The funders had no role in study design, data collection and analysis, decision to publish, or preparation of the manuscript.

NMFS_00784

PeerJ _____

## Grant Disclosures

The following grant information was disclosed by the authors:

NMFS Southeast Regional Office.

NMFS Restoration Center.

NOAA Coral Reef Conservation Program.

## Competing Interests

The authors declare there are no competing interests.

## Author Contributions

- Margaret W. Miller conceived and designed the experiments, performed the experiments, analyzed the data, wrote the paper, prepared figures and/or tables, reviewed drafts of the paper.
- Jocelyn Karazsia conceived and designed the experiments, analyzed the data, wrote the paper, prepared figures and/or tables, reviewed drafts of the paper.
- Carolyn E. Groves analyzed the data, prepared figures and/or tables, reviewed drafts of the paper.
- Sean Griffin and Tom Moore conceived and designed the experiments, performed the experiments, reviewed drafts of the paper.
- Pace Wilber conceived and designed the experiments, reviewed drafts of the paper.
- Kurtis Gregg performed the experiments, reviewed drafts of the paper.

## Data Availability

The following information was supplied regarding data availability:

The raw data has been supplied in Data S1.

## Supplemental Information

Supplemental information for this article can be found online at http://dx.doi.org/10.7717/peerj.2711#supplemental-information.

## REFERENCES

**Baird A, Blakeway D, Hurley T, Stoddart J. 2011.** Seasonality of coral reproduction in the Dampier Archipelago, northern Western Australia. *Marine Biology* **158**:275–285 DOI 10.1007/s00227-010-1557-7.

**Bak R. 1978.** Lethal and sublethal effects of dredging on reef corals. *Marine Pollution Bulletin* **9**:14–16 DOI 10.1016/0025-326X(78)90275-8.

**Barnes BB, Hu C, Kovach C, Silverstein RN. 2015.** Sediment plumes induced by the Port of Miami dredging: analysis and interpretation using Landsat and MODIS data. *Remote Sensing of Environment* **170**:328–339 DOI 10.1016/j.rse.2015.09.023.

**Dodge RE, Vaisnys JR. 1977.** Coral populations and growth patterns: responses to sedimentation and turbidity associated with dredging. *Journal of Marine Research* **35**:715–730.

NMFS_00785

PeerJ

Eakin M, Liu G, Gomez A, De la Cour J, Heron S, Skirving W, Geiger E, Tirak K, Strong A. 2016. Global coral bleaching 2014–2017? Status and appeal for observations. *Reef Encounter* **31**:20–26.

Erftemeijer P, Hagedorn M, Laterveer M, Craggs J, Guest JR. 2012b. Effect of suspended sediment on fertilization success in the scleractinian coral *Pectinia lactuca*. *Journal of the Marine Biological Association of the United Kingdom* **92**:741–745 DOI 10.1017/S0025315411000944.

Erftemeijer P, Riegl B, Hoeksema B, Todd P. 2012a. Environmental impacts of dredging and other sediment disturbances on corals: a review. *Marine Pollution Bulletin* **64**:1737–1765 DOI 10.1016/j.marpolbul.2012.05.008.

Fabricius KE. 2005. Effects of terrestrial runoff on the ecology of corals and coral reefs: review and synthesis. *Marine Pollution Bulletin* **50**:125–146 DOI 10.1016/j.marpolbul.2004.11.028.

Fisher R, Stark C, Ridd P, Jones R. 2015. Spatial patterns in water quality changes during dredging in tropical environments. *PLoS ONE* **10(12)**:e0143309 DOI 10.1371/journal.pone.0143309.

Harrison P, Babcock R, Bull G, Oliver J, Wallace C, Willis B. 1984. Mass spawning in tropical reef corals. *Science* **223**:1186–1189 DOI 10.1126/science.223.4641.1186.

Jones R, Bessell-Browne P, Fisher R, Klonowski W, Slivkoff M. 2016. Assessing the impacts of sediments from dredging on corals. *Marine Pollution Bulletin* **102**:9–29 DOI 10.1016/j.marpolbul.2015.10.049.

Jones R, Ricardo GF, Negri AP. 2015. Effects of sediments on the reproductive cycles of corals. *Marine Pollution Bulletin* **100**:13–33 DOI 10.1016/j.marpolbul.2015.08.021.

Kohler KE, Gill SM. 2006. Coral point count with excel extensions (CPCe): a visual basic program for the determination of coral and substrate coverage using random point count methodology. *Computers and Geosciences* **32**:1259–1269 DOI 10.1016/j.cageo.2005.11.009.

Lirman D, Formel N, Schopmeyer S, Ault J, Smith S, Gilliam D, Riegl B. 2014. Percent recent mortality (PRM) of stony corals as an ecological indicator of coral reef condition. *Ecological Indicators* **44**:120–127 DOI 10.1016/j.ecolind.2013.10.021.

Manzello DP. 2015. Rapid recent warming of coral reefs in the Florida Keys. *Scientific Reports* **5**:Article 16762 DOI 10.1038/srep16762.

Martinez-Pedraja JJ, Shay LS, Cook T, Haus BK. 2004. Technical report: very-high frequency surface current measurement along the inshore boundary of the Florida current during NRL 2001. Rosenstiel School of Marine and Atmospheric Science technical report RSMAS-2004-03. University of Miami, Miami, 29 pp. *Available at http://iwave.rsmas.miami.edu/wera/docs/nrl4.pdf* (accessed on 13 October 2015).

Marzalek DS. 1982. Impact of dredging on a subtropical reef community, Southeast Florida, USA. In: *Proceedings of the 4th Int Coral Reefs Symp, vol. 1*, 147–154.

McArthur CJ, Stamates SJ, Proni JR. 2006. Review of the real-time monitoring requirement for the Miami Ocean Dredged Material Disposal Site (1995–2000). NOAA Technical Memorandum, OAR AOML-95. *Available at http://www.aoml.noaa.gov/general/lib/TM/TM_OAR_AOML_95.pdf* (accessed on 13 October 2015).

NMFS_00786

**McLellan TN, Havis RN, Hayes DF, Raymond GL. 1989.** Field studies of sediment resuspension characteristics of selected dredges. USACE technical report HL-89-9, Environmental Laboratory, US Army Corps of Engineers, Vicksburg. *Available at* http://acwc.sdp.sirsi.net/client/search/asset/1003509 (accessed on 13 October 2015).

**Miller MW, Lohr KE, Cameron CM, Williams DE, Peters EC. 2014.** Disease dynamics and potential mitigation among restored and wild staghorn coral, *Acropora cervicornis. PeerJ* **2**:e541 DOI 10.7717/peerj.541.

**Miller J, Muller E, Rogers C, Waara R, Atkinson A, Whelan KRT, Patterson M, Witcher B. 2009.** Coral disease following massive bleaching in 2005 causes 60% decline in coral cover on reefs in the US Virgin Islands. *Coral Reefs* **28**:925–937 DOI 10.1007/s00338-009-0531-7.

**Muller EM, Rogers CS, Spitzack AS, Van Woesik R. 2008.** Bleaching increases likelihood of disease on *Acropora palmata* (Lamarck) in Hawksnest Bay, St John, US Virgin Islands. *Coral Reefs* **27**:191–195 DOI 10.1007/s00338-007-0310-2.

**Nelson D, McManus J, Richmond R, King Jr D, Gailani J, Lackey T, Bryant D. 2016.** Predicting dredging-associated effects to coral reefs in Apra Harbor, Guam—Part 2: potential coral effects. *Journal of Environmental Management* **168**:111–122 DOI 10.1016/j.jenvman.2015.10.025.

**PIANC. 2010.** Dredging and port construction around coral reefs. The World Association for Waterborne Transport Infrastructure. Dredging and port construction around coral reefs, Report 108, 94 pp. *Available at* http://www.unep-wcmc.org/resources-and-data/pianc-dredging-and-port-construction-around-coral-reefs (accessed on 13 October 2015).

**Pollock FJ, Lamb JB, Field SN, Heron SF, Schaffelke B, Shedrawi G, Bourne DG, Willis BL. 2014.** Sediment and turbidity associated with offshore dredging increase coral disease prevalence on nearby Reefs. *PLoS ONE* **9**:e102498 DOI 10.1371/journal.pone.0102498.

**Precht WF, Gintert BE, Robbart ML, Fura R, Van Woesik R. 2016.** Unprecedented disease-related coral mortality in Southeastern Florida. *Scientific Reports* **6**:Article 31374 DOI 10.1038/srep31374.

**Rogers C. 1990.** Responses of coral reefs and reef organisms to sedimentation. *Marine Ecology Progress Series* **62**:185–202 DOI 10.3354/meps062185.

**US Army Corps of Engineers. 2011.** Miami harbor baseline study. Dial Cordy and Associates Inc., US Army Core of Engineers, Washington, D.C. *Available at* http://data.nodc.noaa.gov/coris/library/NOAA/CRCP/other/non_crcp_publications/Miami_quantitative_FINAL_3-15-11_wFigs_Append.pdf (accessed on 13 October 2015).

**US Army Corps of Engineers. 2014.** Miami Harbor Phase III quantitative baseline for middle and outer reef benthic communities. Dial Cordy and Associates Inc., US Army Core of Engineers, Washington, D.C. *Available at* http://data.nodc.noaa.gov/coris/library/NOAA/CRCP/other/non_crcp_publications/Miami_Harbor_Middle_Outer_Reef_FINAL_4-16-14_REVISED_wFigs_Append.pdf (accessed on 13 October 2015).

NMFS_00787

PeerJ

**US Army Corps of Engineers, Jacksonville District. 2004.** Final environmental impact statement for the Miami Harbor. US Army Core of Engineers, Washington, D.C. *Available at http://cdm16021.contentdm.oclc.org/cdm/ref/collection/p16021coll7/id/2092* (accessed on 13 October 2015).

**US Army Corps of Engineers, Jacksonville District. 2010.** Miami Harbor Hardbottom Assessment Pilot Study and Quantitative Study Plan. Final technical memorandum prepared by Dial Cordy and Associates. US Army Core of Engineers, Washington, D.C. *Available at http://data.nodc.noaa.gov/coris/library/NOAA/CRCP/other/non_crcp_publications/Miami_Harbor_Hardbottom_Assessment_Pilot_Study_Quantitative_Study_Plan-Tech_Memo_Final_7-7-10_wFigsAppends.pdf* (accessed on 13 October 2015).

**US Army Corps of Engineers, Jacksonville District. 2015.** Final environmental impact statement for the port everglades harbor navigation study. US Army Core of Engineers, Washington, D.C. *Available at http://www.saj.usace.army.mi/Portals/44/docs/Planning/EnvironmentalBranch/EnvironmentalDocs/PortEvergladesFinalRPT_01mainr.pdf* (accessed on 13 October 2015).

**US Environmental Protection Agency. 1995.** Final Environmental impact statement for designation of an ocean dredged material disposal site located offshore Miami, Florida. Environmental Protection Agency, Washington, D.C. *Available at http://www.saj.usace.army.mil/Portals/44/docs/Planning/EnvironmentalBranch/EnvironmentalDocs/Miami%20ODMDS%20FEIS-NL.pdf* (accessed on 13 October 2015).

**US Navy. 2003.** Key west harbor dredging monitoring and mitigation plan. Continental Shelf Associates, Inc. for the Department of the Navy Southern Division Naval Facilities Engineering Command, United States Navy, Washington, D.C. *Available at http://data.nodc.noaa.gov/coris/library/NOAA/CRCP/other/non_crcp_publications/Final_MandM_Plan_KWHD.pdf* (accessed on 13 October 2015).

**Van Hooidonk R, Maynard JA, Manzello D, Planes S. 2014.** Opposite latitudinal gradients in projected ocean acidification and bleaching impacts on coral reefs. *Global Change Biology* **20**:103–112 DOI 10.1111/gcb.12394.

**Walker BK. 2009.** Benthic habitat mapping of Miami-Dade County: visual interpretation of LADS bathymetry and aerial photography. Florida DEP report #RM069. Florida Department of Environmental Protection, Miami Beach 47. *Available at http://cnso.nova.edu/forms/brian_walker_miami_dade_mapping_2009.pdf* .

NMFS_00788



**UNITED STATES DEPARTMENT OF COMMERCE**
National Oceanic and Atmospheric Administration
NATIONAL MARINE FISHERIES SERVICE
Southeast Regional Office
263 13th Avenue South
St. Petersburg, Florida 33701-5505
http://sero.nmfs.noaa.gov

**APR 2 7 2016**      F/SER4:JK/pw

Jane Herndon, Deputy Division Director
Division of Water Resource Management
Florida Department of Environmental Protection
2600 Blair Stone Road
Tallahassee, Florida 32399

Attention: Lainie Edwards

Dear Ms. Herndon:

Enclosed please find the final report from NOAA's National Marine Fisheries Service (NMFS) describing observations by NMFS divers who surveyed coral reef habitat adjacent to the Port of Miami Entrance Channel during December 2015. The survey is part of a larger effort by the U.S. Army Corps of Engineers, NMFS, Florida Department of Environmental Protection, and Port of Miami to offset impacts to coral reef habitat from the dredging necessary to expand navigation channels at the Port. While portions of Middle Reef North appear impacted by dredging, the NMFS believes the report will be instrumental in guiding future surveys towards a final assessment of damage and plan for offsetting impacts to essential fish habitat under the Magnuson Stevens Fishery Conservation and Management Act. In fact, the report already guides discussions of surveys needed to meet federal and State of Florida requirements at the Port of Miami and will shape future efforts at other ports to monitor dredging near coral reefs leading to reliable, early detection of sedimentation impacts.

The NMFS looks forward to continuing this interagency effort to balancing protection of public-trust resources with the need for port development. Please direct any questions about the report to Ms. Jocelyn Karazsia at (561)249-1925 or Jocelyn.Karazsia@noaa.gov.

Sincerely,

Roy E. Crabtree, Ph.D.
for Regional Administrator

Enclosure: "Examination of Sedimentation Impacts to Coral Reef along the Port of Miami Entrance Channel, December 2015"

cc:    F/SER3, Bernhart
       F/SER4, Fay



NMFS_00789

**Examination of Sedimentation Impacts to Coral Reef along the Port of Miami Entrance Channel, December 2015**

NOAA's National Marine Fisheries Service
Final Report, April 2016

## Executive Summary

The NOAA's National Marine Fisheries Service (NMFS) assessed the damage from sedimentation to coral reefs adjacent to the Port of Miami Entrance Channel[1] during December 2015. This work was conducted to assist development of a compensatory mitigation plan for offsetting impacts to coral reefs from the dredging necessary to expand navigation channels for the Port of Miami. The NMFS focused its fieldwork on the Middle Reef north of the Entrance Channel, assessing sites as far as 700 meters north of the channel in addition to control (or reference) sites the USACE established for this portion of the project. The NMFS surveyed both the Ridge-shallow (western, and referred to in this report as low-relief or LR) and Linear Reef (eastern, and referred to in this report as high-relief or HR) portions of the Middle Reef, including areas not assessed previously for sedimentation impacts by the USACE, its contractors, the Florida Department of Environmental Protection (FDEP), the Miami Dade Department of Regulatory and Economic Resources Division of Environmental Resources Management (DERM), and groups sharing their information. The NMFS determined the severity and extent of sedimentation impacts and associated lost services based on the presence of sediment layers over reef habitat, depth of the sediment over reef habitat, partial mortality, and presence of sediment-associated stressors on corals (e.g., accumulation of sediment and a ring of dead tissue at the base of a colony referred to as a "halo"). The NMFS observed sedimentation impacts to coral reef at all survey sites on the Middle Reef. The severity of the damage was generally more severe at sites closer to the channel and along the high-relief portions of the reef. The NMFS developed assessment areas based on trends in partial mortality and sediment-associated mortality. The level of severity in each assessment area was determined by examining sediment depth measured at each site and observations of surface sediment type. The NMFS estimates very severe impacts to approximately 6.6 acres, severe impacts as 12.6 acres, significant impacts to approximately 11.8 acres, moderate impacts to approximately 96.0 acres, and low impacts to 31.5 acres of the Middle Reef north. For the impact areas characterized as very severe, reef habitat has transitioned to sand bottom and recovery will not begin until the sand is removed. For other areas, the NMFS estimates the start of natural recovery will begin once the sediment is removed from the system, which may require several years. Once recovery begins, it is expected to take years before the species richness, densities, and size class distributions comprising a resilient reef community are reached.

## Section 1: Introduction

In November 2015, the NMFS agreed to assist the U.S. Army Corps of Engineers Jacksonville District (USACE) with development of a compensatory plan to offset sedimentation impacts to coral reef and hardbottom[2] adjacent to and several hundred meters surrounding the Entrance Channel to the Port of Miami. To inform development of a general mitigation strategy, the NMFS determined an in-water

---

[1] NOAA nautical charts refer to the Entrance Channel as the Bar Cut and Outer Bar Cut; reports from USACE contractors often refer to the Entrance Channel as Cut 1 and Cut 2.
[2] This report uses the terms *hardbottom, reef,* and *coral reef* interchangeably.

1

assessment was needed to assess potential impact gradients affecting likelihood of recovery.  Results from the impact assessment will inform a Habitat Equivalency Analysis used to scale compensatory mitigation requirements.  The general strategy will be based on the mitigation plan the NMFS and USACE developed for expanding the Outer Entrance Channel to Port Everglades (Fort Lauderdale, Florida), which is summarized in the final Environmental Impact Statement for that project (2015).

The NMFS focused its field efforts on the coral reef feature referred to as *Middle Reef north*[3] (Figure 1) in USACE project reports.  Although Dial Cordy and Associates, Inc. [DCA] (2015a), a USACE contractor, reported dredge-induced sedimentation impacts to the Outer Reef north (8.3 acres), Outer Reef south (1.6 acres), and Middle Reef south (64.4 acres) and DCA (2014a) and FDEP (2014) reported impacts to the Nearshore Ridge Complex north and south (39.0 acres) near the "elbow" of the Entrance Channel, these earlier assessments suggested Middle Reef north had the more severe sedimentation impacts and contained the largest impact area (FDEP 2014; DCA 2015a; DCA 2015b; Miami Waterkeeper 2015a; Miami Waterkeeper 2015b) with approximately 130 acres of impacts to coral reef from sedimentation (DCA 2015a).

---

[3] Walker (2009) refers to the Middle Reef as the "Inner Reef."  This portion of the Florida Reef Tract lacks a Middle Reef, and reports often misidentify the Inner Reef as Middle Reef or Reef 2.  For consistency with the USACE and DCA reports, the NMFS will refer to this feature as the Middle Reef.

2



Figure 1. Coral reef features surrounding the Port of Miami Entrance Channel.

## Section 2: Field Methods

*Site Selection*

Survey sites selected included both Ridge-shallow (referred to as low-relief or LR in this report) and Linear Reef-Inner (referred to as high-relief or HR in this report) habitats within the western and eastern portions, respectively, of Middle Reef north as characterized by Walker (2009)[4]. Using Google Earth Pro, channel-parallel bands were drawn 100, 200, 300, 500, and 700 meters from the channel yielding nine potential assessment areas (Figure 2)[5]. To account for habitat transitions (e.g., from LR to HR, from LR to sand, or from HR into the mapped sand channel within the Middle Reef), a 60-meter buffer was

---

[4] Walker (2009) is the base map used in DCA (2015a) and DCA (2015b).

[5] A survey site was identified in the low-relief reef at 700 meters north of the channel, but it was not surveyed due to time limitations. Therefore 9 out of the 10 originally selected assessment areas were surveyed.

3

applied in each assessment area to ensure transect placement was entirely within the targeted reef habitat based on the maps in Walker (2009). Sixty meters was determined to be the minimum buffer needed because maximum transect length is 50 meters; however, actual buffer distances ranged from 71 meters at R2N-300-LR (the distance between the dive site and HR) to 293 meters at R2N-100-LR (the difference between the dive site and the sand/reef edge to the west). Each assessment area was divided into four channel-perpendicular cells, and a dive site was randomly selected, using the random number generator in MicroSoft Excel, within one of the four cells, with the exception of three dive sites: R2N-100-LR, R2N-200-LR, and R2N-300-LR (Figure 3). For these three sites, the NMFS used the center points of transects surveyed by DCA (2010 fieldwork, 2011 report). The six other dive sites (R2N-500-LR, R2N-100-HR, R2N-200-HR, R2N-300-HR, R2N-500-HR, and R2N-700-HR) were selected to be at or near the 100-meter interval mark. The NMFS visually inspected aerial imagery collected in March 2013 (before expansion dredging began) with a one-foot resolution [supplied by Dr. Brian Walker, Nova Southeastern University, and described in Walker and Klug (2014) and Klug (2015)], to ensure previously unmapped sand channels were not present near the dive sites.



Figure 2. Location of the eleven dive sites the NMFS assessed during December 2015. Green points (top of left panel) represent the USACE control sites the NMFS also surveyed during December 2015. In the right panel, the red points show the NMFS dive sites within the low-relief (LR) reef and white points are the NMFS dive sites within the high-relief (HR) reef.

The two control sites are the controls the FDEP specified for Middle Reef north in Permit #0305721-001-BI, issued in 2014. This report will refer to these sites as the "USACE control sites" or "USACE" in

4

figures and tables.  These sites are approximately 5.5 miles north of the federal channel.  Dial Cordy and Associates, Inc. (DCA), refer to these sites as R2N-C1-LR and R2N-C2-RR in project compliance monitoring reports[6].  The NMFS used shapefiles obtained from the USACE to determine the location of the NMFS dive sites in these areas, which represent the center point of each site.



Figure 3.  Left: The USACE control sites.  The USACE had one additional HR control site to the west, which the NMFS did not survey due to the shallow depth compared to the Middle Reef north sites; this site was not surveyed during all compliance monitoring events (DCA 2015c).  Right: The NMFS survey sites.  The Middle Reef north is referred to as R2N in project monitoring reports, the number is the approximate distance in meters from the federal channel, and LR and HR refer to low-relief and high-relief areas, respectively, with high-relief habitat generally having more than 1.0 meter of vertical elevation off the seafloor.

*Assessment Methods*

Six belt transects (10 meters by 1 meter) and two 50-meter-long line-intercept transects were surveyed at each site[7].  In general, the belt transects were oriented east-west, with the exception of the USACE

---

[6] This report uses the acronym "LR" differently compared to project compliance monitoring reports prepared by DCA.  In the DCA reports, "LR" refers to "linear reef" and "RR" refers to "ridge reef."  In the NMFS assessment, "LR" refers to "low-relief" and "HR" refers to "high-relief" habitat.  Sites DCA refers to as LR are sites the NMFS refers to as HR.

[7] At R2N-300-HR seven belt transects were completed.

5

control sites where the bearing was north-south due to the narrow reef[8].  The two line-intercept transects were run directly from the buoy, which was dropped from the boat according to the dive location.  Due to time constraints, only scleractinian corals (number, species, size class, and condition) were recorded at four of the belt transects that were run in parallel and adjacent (approximately 10 meters away from the line-intercept transect).  The number of scleractinian corals (species and size class), octocorals (genera and size class), sponges (morphotype and size class)[9], and condition of each organism were recorded at the other two belt transects.  Conditions assessed included disease, dead[10], bleaching, sediment "halo," percent mortality, sediment accumulation[11], and healthy if there was no noticeable signs of stress present. A sediment "halo" refers to a concentric ring of dead coral tissue at the base of the coral colony.  This distinct pattern of mortality results from a coral colony not being able to keep up with sediment removal. Sediment accumulates in the lower portion of the coral colony which smothers and eventually kills coral tissue at the base of the colony (Figure 4).



Figure 4.  Example of a great star coral (*Montastraea cavernosa*) colony with a sediment halo at R2N-200-LR.  Note the margins (or halo) surrounding the live coral tissue are covered in sediment.  Left: The colony before a diver removed the sediment.  Right: The colony after a diver fanned away sediment.  Note the margins (or halo) surrounding the live coral tissue indicate dead coral calyx (or the cups within the scleractinian corals that hold polyps).

The line-intercept transects recorded bottom type every meter.  Bottom type classifications included sand channel, hardbottom, or hardbottom with coral, dead coral, sponge, dead sponge, turf, macroalgae, palythoa, cyanobacteria, crustose coralline algae (CCA), and sediment over hardbottom.  If there was a visible depth of sediment over hardbottom, this was labelled as "sediment over hardbottom."  For example, turf normally has sediment embedded within the algae, but if the turfs were completely buried by sediment and not visible, this would be labelled as "sediment over hardbottom."  If the depth of this sediment was 4.0 centimeters or more, it was labelled as "deep sediment over hardbottom."  Every 5.0

---

[8] The east-west length of the USACE Control sites is 77 meters (LR) and 28 meters (HR) and the buffer rules for avoiding a transition into a different habitat could not be applied.

[9] All sponges were counted, however, in some cases only in a 5-square-meter area due to dive-time constraints.  A subset of *Xestospongia muta* barrel sponges were identified to the species level.

[10] Not all dead corals were counted.

[11] Defined as the presence of sediment on live coral tissue.

NMFS_00795

meters along the transect, qualitative observations were recorded on surface sediment type (e.g., sand or fine mud-like sediment) and the depth of the sediment over hardbottom was measured in centimeters[12].  If a point fell on hardbottom where a diver was unable to discern one individual organism at the point, all organisms at that point were recorded.  Video was recorded of each line-intercept transect.  Still photos of representative individual organisms and landscape conditions were made at each site.  The line-intercept transects were generally oriented east-west.  In addition, general environmental observations were made on the presence or absence of fish species and signatures of sediment stress, including burial of erect forms of octocoral and sponge holdfasts, signs of necrosis at the attachment parts of excavated octocorals, and direct accumulation of mud-like material in low-lying pockets.

## Section 3: Results

*Dives Completed*

Fieldwork occurred December 7, 9, 10, and 11, 2015, on the Middle Reef north (field conditions were not suitable for diving on December 8).  Each day the dive team was composed of four divers from the NMFS Restoration Center, Southeast Fisheries Science Center, and Southeast Regional Office.  To ensure consistency in data collection between dives, individual divers were assigned the same task.  The dive platform was a 25-foot Parker supplied by Calloway Marine Technologies through the NMFS Southeast and Caribbean Coral Support Contract.  A reef site near the coral reef referred to as Emerald Reef, approximately six miles south of the federal channel, was visited on the first day to allow the divers to calibrate methods for collecting data along belt and line-intercept transects and observations.  This site was also visited by another NOAA dive team during October 2014 (findings described in NMFS 2015a), allowing the NMFS dive team to qualitatively assess change at the reef that may have occurred over the 14-month interval and after the White Plague disease outbreak during spring to fall 2015.

Nine potential impact sites were assessed in water depths ranging from 23 to 30 feet of water on the Middle Reef north, in addition to the two USACE control sites (Table 1).  Impact sites were assessed at low-relief and high-relief portions of the reef at 100, 200, 300, and 500 meters from the channel.  In addition, the high-relief reef was assessed at 700 meters from the channel (Figure 3).  The USACE control sites also included one low-relief and one high-relief coral reef.

---

[12] In 0.25-centimeter increments for measurements less than 2.00 centimeters; however, there was one measurement of 0.30 centimeters at USACE-HR.  Measurements were made to the nearest whole number if depth was greater than 2.0 centimeters, with the exception of R2N-100-HR and R2N-200-LR where measurements of 3.5 and 2.5 centimeters were recorded, respectively.

NMFS_00796

**Table 1.  The NMFS Dive Sites, date surveyed, and water depth recorded on line-intercept and belt transects.**

| NMFS Dive Site | Survey Date | Water Depth (feet)  Line-intercept Transects | Water Depth (feet)  Belt Transects |
|---|---|---|---|
| R2N-100-LR | 12/10/2015 | 28 | 27 to 30 |
| R2N-100-HR | 12/10/2015 | 30 | 30 |
| R2N-200-LR | 12/11/2015 | 29 | 24 to 27 |
| R2N-200-HR | 12/11/2015 | 28 | 28 to 30 |
| R2N-300-LR | 12/09/2015 | 27 | 27 to 28 |
| R2N-300-HR | 12/09/2015 | 29 | 27 to 28 |
| R2N-500-LR | 12/09/2015 | 30 | 27 to 28 |
| R2N-500-HR | 12/09/2015 | 30 | 28 to 30 |
| R2N-700-LR | 12/11/2015 | 30 | 29 |
| USACE-LR | 12/10/2015 | 23 | 23 to 28 |
| USACE-HR | 12/10/2015 | 23 to 25 | 28 |

*Qualitative Observations*

Overall observations

Sedimentation impacts, such as accumulations of fine white sediments, partial mortality of scleractinian corals, burial of octocoral holdfasts, and burial of sponges, tunicates, and turf algae was observed at all survey sites on the Middle Reef.  Variation in the extent of these impacts was based on distance from the channel with sites closest to the channel and sites within the high-relief reef generally having greater levels of impact from sedimentation.  While the HR sites exhibited the highest relief observed, the changes in relief were more subtle than expected between HR and LR sites.  Sedimentation impacts extended beyond 700 meters north of the channel based on NMFS dive observation at site R2N-700-HR. Similar observations indicative of sedimentation impacts were not seen at the USACE control sites five miles northward (Figure 2).

High-relief reef components of the Middle Reef north (greater than one meter of vertical relief) seemed to be more susceptible to sedimentation impacts due to concentration of sediments at the reef's base and interstitial spaces resulting in a reduction of habitat complexity and rugosity.  Occurrence of deep sediment, filling of interstitial spaces of the reef, and downslope movement of sediments was observed primarily in the high-relief reef.  Organisms in downslope locations of the high-relief reef were observed to be stressed by sediments deposited directly on the colonies and had moved downwards from the upslope areas of the reef.  Partial mortality of scleractinian colonies, in particular, appeared to increase in these areas.  At sites with deep sediment, such as R2N-200-HR, when divers would excavate buried holdfasts of octocorals, necrosis of the tissue was apparent and dead/buried scleractinian corals were also present.

Sediment depth at the two USACE control sites ranged from 0.3 to 1.0 centimeters with most observations being 0.5 centimeters of sediment visually characterized as sand.  Coral paling was commonly observed, in addition to some bleaching and disease.  The high-relief reef control sites had numerous interstitial spaces with greater reef fish abundance and reef fish species diversity than any other transect location in the Middle Reef north assessment area.  When divers descended at the high-relief control site, a large nurse shark swam up to the anchor.  Three spiny lobsters were observed in one crevice (Figure 22).  A large stoplight parrotfish was observed at a cleaning station with gobies providing

8

the services.  In contrast, the high-relief reefs affected by sediment within the Middle Reef north have effectively lost their habitat complexity when these spaces are filled with sediment.  No parrotfish or gobies were observed in the high-relief reef in the impact areas the NMFS assessed.

R2N-100-LR
Sedimentation was apparent on all horizontal surfaces of low-relief reef (less than one meter of vertical relief) (Figure 5).  Accumulations of fine white sediment and coarse sediments were observed generally ranging from 1 to 5 centimeters over hardbottom and throughout the reef.  Greater sediment depths (including coarser sediments and sand waves) over hardbottom were observed within low-lying reef areas.  Scleractinian colonies had sediment accumulations at their bases with partial mortality of the colonies apparent.  Numerous scleractinian colonies observed with recent mortality (i.e., polyps were empty and the coral skeleton was white with little to no algal colonization and with sharp edges on the coral calyx and septa).  Nearly all octocoral holdfasts were buried by sediments.  Numerous octocorals and sponges had partial or complete mortality.



Figure 5.  Sedimentation impacts at transect R2N-100-LR.  Fine white sediments adhere to and smother the algal turf, benthic animals, and rock framework of the reef (A).  Sorted sediments with greater depth in depressions within the reef (B).  Most scleractinian corals show a sediment halo with partial mortality at the base of the colony (C).  Almost all octocoral holdfasts are buried by sediments (D).  Numerous octocorals and sponges also have partial or complete mortality (E).

R2N-100-HR
Sedimentation was apparent on the upper surfaces of the high-relief reef (1 to 2.5 meters of vertical relief).  Accumulation of deep sediment (at least 4.0 centimeters) over reef was observed at the base of reef structures and in depressions within the reef (Figures 6 and 7).  Nearly all scleractinian corals

9

exhibited partial or complete mortality.  Turf algae and small animals (e.g., sponges and scleractinian corals) covered beneath 1 to 7 centimeters of fine, grayish white sediment over hardbottom.



Figure 6.  Extensive burial of octocorals and other reef animals was observed on the R2N-200-HR transect.  Deep sediment (more than 4.0 centimeters) with sand waves in the fine white sediments over hardbottom was observed throughout this dive.

10



Figure 7.  Sedimentation impacts at transect R2N-100-HR.  Sediment observed on most horizontal surfaces of this high-relief reef.  Accumulation of deep sediment over hardbottom, often more than 10 centimeters, at the base of the reef structure has smothered scleractinian corals, sponges, octocorals, and other benthic organisms.

R2N-200-LR
Sedimentation apparent on all horizontal surfaces of the low-relief reef (less than one meter of vertical relief) (Figure 8).  Accumulations of fine white sediment and more coarse sediments observed generally ranging from 1 to 5 centimeters over hardbottom throughout the reef.  Greater sediment depths (including coarser sediments and sand waves) observed in low-lying hardbottom areas within the reef.  Most living scleractinian colonies had sediment accumulations at the bases with partial mortality of the colonies apparent (e.g., Figure 9).  Numerous scleractinian colonies observed with recent mortality (i.e., polyps were empty and the coral skeleton was white with little to no algal colonization and with sharp edges on the coral calyx and septa).  Almost all octocoral holdfasts buried by sediments.  Numerous octocorals and sponges show partial or complete mortality.

NMFS_00800



Figure 8.  Sedimentation impacts observed on transect R2N-200-LR.  *Psuedodiploria strigosa* shows partial mortality with a sediment halo in contrast to the same species shown in Figure 20 from the control site USACE-LR.  Fine white sediments adhere to the reef and cover the holdfasts of octocorals (B).  The *Orbicella faveolata* colony in the background (shown in detail in Figure 9) has a halo of mortality consistent with sediment burial at the base (C).

12

NMFS_00801



Figure 9.  Sedimentation impacts at transect R2N-200-LR.  This *Orbicella faveolata* colony has partial mortality from the sediment halo (A) and what appears to be old mortality of unknown origin on top that is collecting sediment.

R2N-200-HR
Sedimentation common on the upper surfaces and interstices of the high-relief reef (1 to 2 meters in vertical relief).  Sediment depths of 2 to 7 centimeters over hardbottom observed along the transect.  Sediment movement downslope has filled interstitial spaces of the reef, reducing habitat complexity and rugosity.  Accumulation of deep sediment observed at the base of reef structures and in low-lying depressions within the reef (Figure 10).  Buried scleractinian corals and octocorals observed (Figure 11).  Partial mortality of corals and sponges apparent throughout the transect.  This transect has the greatest impacts observed during the survey due to accumulations of sediment observed on all horizontal, sloping, and interstitial spaces within this high-relief reef (Figure 12).

13



Figure 10.  Deep sediment at transect R2N-200-HR.  Extensive burial of the high-relief reef is observed.  Note sand waves indicating continued movement of sediments.  Habitat complexity and rugosity was reduced or eliminated due to the presence of deep sediment.  Reef was converted from a hard substrate to a predominantly soft substrate.



Figure 11.  Sedimentation impacts at transect R2N-200-HR.  Burial of octocoral holdfasts and branches resulted in partial or complete mortality of the colony (left).  Sand filled low-lying reef, covering scleractinian (A) and octocoral (B) colonies.

14



Figure 12. Sedimentation impacts at R2N-200-HR. Accumulations of sediment observed on all horizontal, sloping, and interstitial spaces within this high-relief reef. Sediments on sloping surfaces move down slope (A). Accumulation of deep sediment fills the natural low-lying areas within the reef (B). Sorting of sediments occurs during movement down slope resulting in coarser sediments at the base (C) and finer sediments adhering to surfaces like this *Montastrea cavernosa* colony (D). Sponges, octocorals, and turf algae are adversely affected (E).

<u>R2N-300-LR</u>
Sedimentation was apparent on all horizontal surfaces of the low-relief portion of the reef (less than one meter of vertical relief) (Figure 13). Accumulations of fine white sediment and coarse sediments observed 0.5 to 2 centimeters depth over hardbottom. Greater sediment depths (including coarse sediments and sand waves) observed in low-lying depressions within the reef. Most living scleractinian colonies have sediment accumulations at the bases with partial mortality of the colonies apparent. Numerous scleractinian colonies observed with recent mortality (i.e., polyps were empty and the coral skeleton was white with little to no algal colonization and with sharp edges on the coral calyx and septa).

15



Figure 13.   Sedimentation impacts at R2N-300-LR.  A layer of fine white sediments (0.5 to 2 centimeters thick) covering the reef (A) and coral colony (B).  Sediment coating the turf algae covered with sediments qualitatively describes as fine and medium grain sediments (C).

16

R2N-300-HR

Sedimentation on the upper surfaces and interstices of the high-relief reef (1 to 2 meters in vertical relief) is apparent.  Accumulation of deep sediment (at least 4.0 centimeters) over hardbottom observed at the base of reef structures and in depressions on the reef (Figure 14).  Turf algae, small animals (e.g., sponges and scleractinian corals), and the bases of octocorals are covered with 0.5 to 1 centimeter of fine white sediment over hardbottom.  Sponge and octocoral mortality observed at a reduced frequency compared to transects closer to the channel.



Figure 14.  Sedimentation impacts at R2N-300-HR.  Deep sediment accumulation fills the natural hardbottom channels in the reef framework (A).

17

R2N-500-LR

Sedimentation apparent on horizontal surfaces and interstices of the low-relief reef (less than one meter of vertical relief).  Color of encrusting sponges and other epibenthos more apparent than on transects closer to the channel.  Accumulations of fine white sediment observed generally ranging from 0.5 to 3.0 centimeters deep over hardbottom and throughout the low-relief reef (Figure 15).  Greater sediment depths observed in low-lying depressions within the reef.  Sediment accumulation was apparent at the base of scleractinian colonies with partial mortality of the colonies also apparent Figure 16).  Many octocoral holdfasts were partially buried by sediments.  Partial mortality of octocorals and sponges observed at this transect.



Figure 15.  Sedimentation impacts at R2N-500-LR.  Fine white sediments adhere to and smother the algal turf, benthic animals and rock framework of the reef (A).  Most octocoral holdfasts partially or completely buried by sediment (B).



Figure 16.  Sedimentation impacts at R2N-500-LR.  Octocoral holdfasts partially buried 500 meters from the channel (A).  A halo of dead coral tissue observed at the base of this *Stephanocoenia intercepta* colony (B).  Fine white sediment on the reef smothers turf algae and inhibits recruitment of benthic animals (C).  Color of sponges and other epibenthos was more apparent on this transect than at transects closer to the channel (D).

18

NMFS_00807

R2N-500-HR

Sedimentation apparent on the high-relief reef (1 to 2 meters of vertical relief). Color of encrusting sponges and other epibenthos more apparent than on transects closer to the channel. Accumulations observed of fine white sediment generally ranging from 0.5 to 4.0 centimeters deep over the hardbottom and throughout the low-lying components of the reef (Figure 17). Greater sediment depths observed over hardbottom and in depressions within the reef. Sediment accumulation at the base of scleractinian colonies with partial mortality of the colonies was apparent. Many octocoral holdfasts partially buried by sediments. Partial mortality of octocorals and sponges also observed at this transect. Sediment halos on scleractinian colonies and fine white sediment covering the reef framework observed. Federally managed fishery species, including mutton snapper (Figure 18), gray triggerfish, and yellowtail snapper observed on this transect. Federally managed species were not observed closer to the channel. Abundance and species diversity of reef fish species was higher at the two control sites than at any of the impact sites.



Figure 17. Sedimentation impacts at R2N-500-HR. Fine white sediments on the outside of this sponge colony are easily re-suspended with fanning. Native sediments on the reef are larger grain size and less susceptible to resuspension.



Figure 18. Mutton snapper observed at R2N-500-HR.

19

NMFS_00808

R2N-700-HR

Sedimentation apparent on the high-relief reef (1 to 2 meters of vertical relief). Color of encrusting sponges and other epibenthos obscured by grayish white sediment. Accumulations of fine white sediment covering all the reef surfaces observed ranging from 1 to 6 centimeters deep throughout the high-relief reef (Figure 19). Greater sediment depths observed in hardbottom depressions within the reef. Interstitial spaces of the high-relief reef filled with sediment smothering benthic animals and reducing the complexity and rugosity of the reef. Sediment accumulation at the base of scleractinian colonies with partial mortality of the colonies apparent. Many octocoral holdfasts partially buried by sediments. Partial mortality of octocorals and sponges also observed at this transect.



Figure 19. Sedimentation impacts at R2N-700-HR. Low-lying depressions within the reef filled with deep accumulations of sediment (A). Sediment halos on scleractinian colonies (B) and fine white sediment covering the reef framework observed (C). Burial of octocoral hold fasts and partial mortality of octocoral colonies is apparent (D). Recently deposited, highly-mobile fine-white sediments on scleractinian coral and sponge colonies (E).

20

NMFS_00809

USACE-LR

Minimal sediment accumulation apparent on the low-relief reef (less than one meter of vertical relief). Medium-grained to large-grained calcareous sediments with a small amount of fine sediment. Sediment depth ranging from 0.3 to 0.5 centimeters deep was observed mixed with the turf algae throughout the low-relief reef. Color of encrusting sponges and other epibenthos more apparent at the control site than on transects in the impact areas. Absence of sediment accumulation and partial mortality at the base of scleractinian colonies (halo), compared to the impact sites, noted (Figure 20). Federally managed fishery species frequently observed at this control site compared to few or none observed at survey sites (Figure 21).



Figure 20. Sediment depth measurements and observations of sediment accumulation are considerably lower at the USACE control site (USACE-LR) than observed at all impact sites (A). This *Psuedodiploria strigosa* is not showing signs of partial mortality or sediment-associated stress (B). Color of benthic organisms (e.g. encrusting sponges, macroalgae and encrusting octocoral) is more apparent than the grayish white sediments covering the benthos at the impact sites (C). Burial of octocoral holdfasts seldom observed (D).

NMFS_00810



Figure 21.  Numerous hogfish (A) and hogfish prey (crustaceans) observed at the USACE-LR and HR transects. Very few reef fish or crustaceans were observed in the impact areas.

<u>USACE-HR</u>
Minimal sediment accumulation apparent on the high-relief reef (1 to 1.5 meters of vertical relief). Medium-grained to large-grained calcareous sand sediments ranging from 0.3 to 1 centimeter deep observed mixed with the turf algae throughout the transect.  Color of encrusting sponges and other epibenthos more apparent than on transects near the channel.  No sediment accumulation or partial mortality at the base of scleractinian colonies (halo) observed.  Burial of octocoral holdfasts on the control site not observed.   Federally managed fishery species frequently observed at this control site compared to few or none observed at survey sites (Figure 22).

22

NMFS_00811



Figure 22.  Interstitial spaces in the high-relief reef were observed with greater frequency at the USACE control site (USACE-HR) (A).  Interstitial spaces utilized by spiny lobsters as shelter (B) and by cryptic reef fish like this high hat (C).

23

***Line-Intercept Transect Results***

*Sediment over Hardbottom*

Points along survey transects characterized as "sediment over hardbottom" and "deep sediment over hardbottom" were more common along the Middle Reef north transects than the USACE control site transects (Figures 23 and 24).  Less than 5 percent of the survey points at the USACE control sites exhibited sediment over hardbottom.  In contrast at Middle Reef north, the percentage ranged from 27 to 63 percent in the low-relief areas and from 43 to 81 percent in the high-relief areas.  Notably over 80 percent of the points at R2N-200-HR were characterized as "sediment over hardbottom" compared to one percent at the USACE high-relief control.  R2N-200-HR also had the highest prevalence of points characterized as "deep sediment over hardbottom" (a subset of sediment over hardbottom) with 43 percent of the points exhibiting 4.0 centimeters or greater sediment over reef (Figure 24).  Along the transects 100, 200, 500, and 700 meters north of the channel, the percentage of points characterized as "deep sediment over hardbottom" were higher at the high-relief areas compared to the matching low-relief areas (Figure 24).



Figure 23.  Percentage of points characterized as "sediment over hardbottom" from the two pooled line-intercept transects at the indicated distances from the Entrance Channel edge.  The USACE control transects were approximately five miles northward.  ND = No data (i.e., the NMFS did not survey the low-relief portion of Middle Reef north 700 meters from the channel edge)

24

NMFS_00813



Figure 24.  Percentage of points characterized as "deep sediment over hardbottom," which is a subset of "sediment over hardbottom," from the two pooled line-intercept transects at the indicated distances from the Entrance Channel edge.  The USACE control transects were approximately five miles northward.  ND = No data (i.e., the NMFS did not survey the low-relief portion of Middle Reef north 700 meters from the channel edge)

*Sediment Depth*

The average and maximum depth of the sediment layers over hardbottom at Middle Reef north were higher than at the USACE control sites (Figures 25 and 26).  The average depth of the sediment layer ranged from 0.7 to 4.2 centimeters along transects in the high-relief areas and 0.9 to 1.8 centimeters in the low-relief areas.  In contrast, the average sediment layer depth at the USACE control sites was 0.3 at both the HR and LR areas.  The highest measured maximum sediment depth was 10 centimeters at R2N-200-HR and the lowest maximum sediment depth measurement was 0.5 centimeters at USACE-LR.

25



Figure 25.  Mean sediment depth over hardbottom and +/- one standard error recorded from the line-intercept transects.  Sediment depth was recorded every five meters along the transect for a total of 10 measurements per transect and 20 measurement total per site.  Sediment measurements were independent of where sediment over hardbottom was recorded (Figure 23).  ND = No data (i.e., the NMFS did not survey the low-relief portion of Middle Reef north 700 meters from the channel edge)



Figure 26.  Maximum sediment depth recorded from the line-intercept transects.  ND = No data (i.e., the NMFS did not survey the low-relief portion of Middle Reef north 700 meters from the channel edge)

26

NMFS_00815

*Belt Transect Results*

The frequency of scleractinian corals showing signs of stress at Middle Reef north were higher than observed at the USACE control sites (Table 2).  There was up to a 2.5 to 4.1 fold increase in the prevalence of corals with partial mortality at treatment sites when compared to controls (Figure 27).  The occurrence of sediment accumulation on corals ranged from 4.8 to 21.3 times higher at treatment sites when compared to control sites (Figure 28).  Sediment halos (mortality at the base of colonies due to elevated levels of sedimentation) on scleractinian corals ranged from 3 to 26 times more frequent at treatment sites when compared to control sites (Figure 29).

| Table 2.   Percentage of scleractinian corals showing signs of stress in the belt transects at each site. | | |
|---|---|---|
| Site | Total Number of Colonies Observed | Percent of Corals With One or More Observed Signs of Stress |
| R2N-100-LR | 191 | 37% |
| R2N-100-HR | 81 | 89% |
| R2N-200-LR | 140 | 66% |
| R2N-200-HR | 93 | 73% |
| R2N-300-LR | 135 | 42% |
| R2N-300-HR | 76 | 62% |
| R2N-500-LR | 73 | 40% |
| R2N-500-HR | 76 | 58% |
| R2N-700-HR | 82 | 52% |
| USACE-LR | 135 | 19% |
| USACE-HR | 156 | 21% |

27



Figure 27.  Proportion of scleractinian corals with partial mortality at Middle Reef north and USACE control sites. ND = No data (i.e., the NMFS did not survey the low-relief portion of Middle Reef north 700 meters from the channel edge)



Figure 28.  Proportion of scleractinian corals with sediment accumulation at Middle Reef north and USACE control sites.  ND = No data (i.e., the NMFS did not survey the low-relief portion of Middle Reef north 700 meters from the channel edge).  Findings at R2N-100-LR are discussed in the Conclusions Section.

28



Figure 29.  Proportion of scleractinian corals with sediment halos (dead coral tissue at the base of a colony caused by sedimentation) at Middle Reef north and USACE control sites.  Findings at R2N-100-LR are discussed in the Conclusions Section.  ND = No data (i.e., the NMFS did not survey the low-relief portion of Middle Reef north 700 meters from the channel edge)

29

Table 3 summarizes the partial mortality, sediment accumulation, sediment halo, sediment over hardbottom, and deep sediment over hardbottom results from the Line and Belt Transects performed in the impact sites and the USACE control areas.

**Table 3.  Percentage of scleractinian corals at each site with partial mortality, sediment accumulation, or sediment halo and number of corals from the belt transects.  Percentage of survey points with sediment over hardbottom and deep sediment from line-intercept transects.**

| Site | Number of Scleractinian Corals | Percent Corals with Partial Mortality | Percent Corals with Sediment Accumulation | Percent Corals with Sediment Halo | Percent Survey Points Characterized Sediment over Hardbottom | Percent Survey Points Characterized Deep Sediment over Hardbottom |
|------|------|------|------|------|------|------|
| R2N-100-LR | 191 | 27% | 20% | 10% | 52% | 11% |
| R2N-200-LR | 140 | 50% | 48% | 16% | 63% | 0% |
| R2N-300-LR | 135 | 36% | 22% | 14% | 40% | 0% |
| R2N-500-LR | 73 | 32% | 19% | 3% | 27% | 0% |
| R2N-100-HR | 81 | 77% | 64% | 21% | 61% | 19% |
| R2N-200-HR | 93 | 42% | 37% | 26% | 81% | 43% |
| R2N-300-HR | 76 | 46% | 25% | 13% | 45% | 0% |
| R2N-500-HR | 76 | 33% | 26% | 13% | 43% | 3% |
| R2N-700-HR | 82 | 39% | 15% | 11% | 53% | 3% |
| USACE-LR | 135 | 20% | 4% | 1% | 3% | 0% |
| USACE-HR | 156 | 19% | 3% | 1% | 1% | 0% |

*Octocorals*

The percentages of octocorals showing partial mortality at Middle Reef north were higher than observed at the USACE control sites, with the exception of R2N-300-LR, R2N-200-HR, and R2N-700-HR where there was no obvious difference when comparing to the respective control (Figure 30).  There was up to a three fold increase in the prevalence of octocorals with partial mortality at HR survey sites when compared to the HR control (Figure 30).  Colonies from the genus *Antillogorgia* (formerly *Pseudopterogorgia*) appear to be particularly susceptible to sedimentation as up to 29 percent of the colonies exhibited partial mortality at (R2N-300-HR), whereas 11 percent of colonies showed partial mortality at the respective control site (Figure 31).

30



Figure 30.  Percentage of octocorals with partial mortality.  ND = No data (i.e., the NMFS did not survey the low-relief portion of Middle Reef north 700 meters from the channel edge)



Figure 31.  Percentage of *Antillogorgia* spp. (genus formerly named *Pseudopterogorgia*) with partial mortality. ND = No data (i.e., the NMFS did not survey the low-relief portion of Middle Reef north 700 meters from the channel edge)

31

NMFS_00820

*Sponges*
The percentage of sponges with sediment accumulation was considerably higher 100 meters and 200 meters from the channel when compared to control sites (Figure 32).  Notably, 46 percent of sponges had sediment accumulation at R2N-200-HR, compared to 2 percent at USACE-HR (Figure 32) and 100 percent of barrel sponges had sediment accumulation at R2N-100-LR and R2N-200-LR (Figure 33). Barrel, ball, and vase sponge morphologies appeared particularly susceptible to sediment accumulation with 86 percent exhibiting sediment accumulation at R2N-200-HR compared to zero at the respective control site (Figure 34).



Figure 32.  Percentage of sponges with sediment accumulation.  ND = No data (i.e., the NMFS did not survey the low-relief portion of Middle Reef north 700 meters from the channel edge)

NMFS_00821



Figure 33.  Percentage of barrel sponges, including the giant barrel sponge (*Xestospongia muta*), with sediment accumulation.  NO = No barrel sponges observed within the transects at the site.  No barrel sponges were recorded at R2N-300-LR, R2N-500-LR, and USACE-LR.  None of the barrel sponges observed at R2N-500-HR, R2N-700-HR, and USACE-HR exhibited sediment accumulation.  ND = No data (i.e., the NMFS did not survey the low-relief portion of Middle Reef north 700 meters from the channel edge)



Figure 34.  Percentage of barrel, vase, and ball sponges with sediment accumulation.  No sediment accumulation on sponges was observed at R2N-500-HR or USACE-HR.  ND = No data (i.e., the NMFS did not survey the low-relief portion of Middle Reef north 700 meters from the channel edge)

33

**Section 4: Other Available Data Sets**

As detailed below, several groups are examining how the Port of Miami dredging and natural events (such White Plague Disease) affected coral reef along the Entrance Channel.  The NMFS and USACE agree each survey provides valuable information and should be considered appropriately to develop a comprehensive assessment.  This section reviews all surveys the NMFS is aware of from the area to help clarify the extent of coral disease mortality relative to sedimentation mortality and to better understand the chronology and location of each observation.

*Discerning Disease versus Sedimentation Impacts to Scleractinian Corals*

Although disease is cited as the primary cause of project-wide colony mortality (DCA 2015a), within the Middle Reef north, disease was recorded on up to 40 percent of the scleractinian corals at LR channel-side compliance site, with the USACE Middle Reef control sites exhibiting no  white plague mortality (from Table 5 in DCA 2015b) (Figure 35).  This pattern is consistent with the highest plume exposure area showing increased disease impacts (Pollock et al. 2014; and Barnes et al. 2015).

34



Figure 35.  Percentage of White Plague mortality documented along the Middle Reef north (data from DCA 2015a, Table 5).  Yellow numbers indicate the percentage of corals with White Plague mortality at the USACE control sites (left) and at channel-side compliance sites (right).

The disproportionate decline in scleractinian coral species richness (Table 4) at the channel-side sites is not consistent with the notion that region-wide disease (independent of interacting dredge stress) accounts for all scleractinian coral mortality in the project impact area.  DCA (2015b, Table 13) presents a significant decline in scleractinian richness (41 percent compared decline in Middle Reef north compliance sites compared to a 13 percent decline at USACE control sites based on averages of impact and control sites).

35

Table 4.  Differences in scleractinian coral species richness at the USACE channel-side compliance and control sites between baseline (data collected in 2013) and post-construction (data collected in 2015).  Data from DCA (2015b).

| Impact Sites | Baseline (2013) | Post (2015) | Percent Difference |
|---|---|---|---|
| USACE R2N-RR | 13 | 7 | 46% |
| USACE R2N-LR | 17 | 11 | 35% |
| Reference Sites | | | |
| USACE R2N-C1-LR | 13 | 12 | 8% |
| USACE R2N-C1-RR | 11 | 9 | 18% |

The disproportionate increase in sediment-associated partial mortality (Figure 36) at the channel-side sites is not consistent with the notion that region-wide disease (independent of interacting sediment/plume stress) accounts for all scleractinian coral mortality in the project impact area.



Figure 36.  Prevalence of partial mortality from sediment stress using data from DCA (2015b) Table 8.  Note the low prevalence of partial mortality at the USACE control sites compared to the channel-side compliance sites and sites referred to as R2N1-550 (33 percent) and R2N1-850 (19 percent) in DCA (2015a, page 51).

36

*Ten Additional Survey Reports from the Middle Reef North*

Between July 2014 and December 2015, three government agencies including DERM, the FDEP, and NMFS, and one non-governmental organization (Miami Waterkeeper) produced ten dive reports characterizing sedimentation impacts on the Middle Reef north.  Locations of all observations conducted pre-, during, and post-construction[13],  including areas assessed by DCA, have been mapped (Figure 37) and the majority of the observations within these reports are portions of Middle Reef north that have not been assessed as part of the compliance monitoring required by the FDEP permit.

Pre-dredging surveys were conducted in 2010 (DCA 2011) and 2013 (DCA 2014b) (Figure 38).  Pre-dredging sites surveyed were limited to the low-relief component of the Middle Reef north and did not include potential impact sites further than 450 meters (DCA 2011) or 70 meters (DCA 2014b) north of the channel.  During construction surveys were completed by the NMFS (2015a); Miami Dade County DERM in 2014 (DERM 2014) and 2015 (DERM 2015); FDEP in 2014 (FDEP 2014) and 2015 (FDEP 2015); Miami Waterkeeper in 2014 (Miami Waterkeeper 2014a, 2014b) and in 2015 (Miami Waterkeeper 2015a, 2015b, 2015c); and DCA (multiple compliance surveys conducted within two channel-side compliance sites on the Middle Reef north that extend approximately 70 meters north of the channel) (Figure 39).  Post-dredging surveys have been completed in 2015 by NMFS (NMFS 2015b; and described in this report) and DCA (2015a, 2015b) (Figure 40).

Notably, for the post-dredging surveys, quantitative data collection by DCA is limited to channel-side compliance sites and at 550 and 750 meters away from the channel.  The NMFS is the only entity reporting quantitative data between the northern edge of channel-side sites (approximately 70 meters north of the channel, the center point of the compliance site is used on the map) and 500 meters away from the channel in both low- and high-relief components of the reef.  The sites DCA surveyed at 550 and 750 meters north of the channel did not use buffers (discussed in Methods Section) to ensure dive sites did not include transitions between reef type (i.e., low- versus high-relief).  DCA had one dive site location where quantitative data were collected on the high-relief portion of the Middle Reef north (the part of the reef the NMFS identifies as most severely impacted) and this site did not include a buffer during site selection.  Other sites DCA surveyed are limited to qualitative data and would not meet the buffer rules NMFS applied.  Quantitative data have been collected at 13 sedimentation assessment sites post-construction (Figure 41) and 9 of the 13 sites were surveyed by NMFS.

---

[13] Post-construction refers to the dredging that was occurring in the outer entrance channel.  Additional dredging may have been occurring in the inner harbor during this time.

NMFS_00826



Figure 37.  Locations of pre-construction, during construction, and post-construction surveys completed by DERM, FDEP, DCA, and the NMFS.  Each symbol is a dive site or a start/stop location of a transect (100 meters or longer). Symbols overlap when sites were visited more than once  (i.e., channel-side compliance sites).

38

NMFS_00827



Figure 38.  Locations of pre-dredging surveys on the Middle Reef north.  Small squares are locations of the first DCA baseline survey dive sites in 2010.  Larger squares are the channel-side compliance sites surveyed in 2013 by DCA.

NMFS_00828



Figure 39.  Locations of during dredging surveys on the Middle Reef north by DCA, FDEP, NMFS, and DERM.

NMFS_00829



Figure 40.  Approximate locations of post-dredging surveys on the Middle Reef north by DCA and the NMFS. Squares are locations DCA surveyed during the sediment delineation survey and immediate post-construction (channel-side compliance sites).  Stars represent the NMFS sites.

41

NMFS_00830



Figure 41.  Locations of dive sites that included in quantitative data collection post-construction.  Sites the NMFS assessed represented by stars and sites DCA assessed represented by squares.

NMFS_00831

In the ten reports reviewed, sediment accumulation is consistently described as recent on the reef (DERM 2014; FDEP 2014; DERM 2015; FDEP 2015) and distinguishable from natural sediment (DERM 2014; DERM 2015).  Sedimentation on the Middle Reef north is referred to as heavy (DERM 2014), profound (FDEP 2014), severe (NMFS 2015a), and of variable thickness (FDEP 2014; Miami Waterkeeper 2015a), with the spatial extent spreading over 200 meters north of the channel on the Middle Reef with no evidence of the sedimentation receding at this distance away from the channel (FDEP 2014; Miami Waterkeeper 2015a).  The type of sediment is consistently described as "clay-like" in texture (DERM 2014; DERM 2015; FDEP 2015; NMFS 2015a; Miami Waterkeeper 2015a; NMFS 2015a; NMFS 2015b) and observed to be very mobile (Miami Waterkeeper 2015a).  In addition, fish are conspicuously absent from surveys (FDEP 2015; NMFS 2015b).

The sedimentation "halo" of mortality around the base of the colony (depicted in Figure 29) has been consistently observed on the Middle Reef north in the last 21 months (FDEP 2014; Miami Waterkeeper 2014a; DERM 2015; Miami Waterkeeper 2015a; Miami Waterkeeper 2015c; NMFS 2015a, NMFS 2015b).  The sediment-associated coral stress signatures that ultimately result in the halo of dead tissue at the base of the colony, such as clay-like sediment on the coral tissue forcing the corals to expend energy to remove the sediment either through polyp distension, tentacular action, or mucus production has also been reported (NMFS 2015a; NMFS 2015b).  Notably, this type of halo mortality is absent at sites located several miles south of the channel (NMFS 2015a).  Scleractinian coral colonies with 100% mortality attributed to sedimentation have been observed (DERM 2015) and burial of the base of octocorals is commonly reported (Miami Waterkeeper 2015a; Miami Waterkeeper 2015c; NMFS 2015b).  Only scleractinian corals growing on steep sides of larger boulders appear to be able to successfully remove sediments from their surface without accumulation on lower parts of colonies (FDEP 2015; NMFS 2015b).

Images of impacts to staghorn coral (*Acropora cervicornis*), which is listed as threatened under the Endangered Species Act, show partial mortality or complete mortality from sedimentation (Miami Waterkeeper 2014b; Miami Waterkeeper 2015a; NMFS 2015a; FDEP 2015; CSI 2015).  Images also show staghorn coral branch tips dipping into sediment (Miami Waterkeeper 2015a; Miami Waterkeeper 2015c; NMFS 2015a), which is not a normal pattern of growth for staghorn coral.  In addition, reports depict and provide images of sediment covering the base of the staghorn coral colonies (Miami Waterkeeper 2014b; Miami Waterkeeper 2015c; NMFS 2015a; CSI 2015).  The Miami Waterkeeper (2015a) reported little to no exposed hardbottom and little to no visible crustose coralline algae, which could be relevant observations for determining the amount of suitable recruitment habitat present and the time it may take for the reef to return to suitable staghorn coral recruitment habitat.

There is relatively little information available for true pre-dredging conditions.  Exceptions include the first baseline assessment conducted by DCA in 2010 and FDEP pre-dredging observations (summarized in FDEP 2014).  From DCA (2011): "Sedimentation was documented at all sites but R3N [Outer Reef north] and coincided with an outgoing tide (page 16)."  The sediment cover FDEP staff observed in 2014 was noted to be one to 14 centimeters deep and "not characteristic" for the reef surveyed during pre-dredging surveys completed by FDEP staff (FDEP 2014, page 38).  The FDEP (2014) concludes the lost reproductive output and recruitment resulting from the sedimentation impact will have long-lasting effects on the impacted areas of reefs and hardbottom and the cohesive nature of fine sediments suggests that the sediment cover may persist for some time and have even more profound effects on the ecological function of the communities (FDEP 2014).

43

*The Quality of "Baseline" Data*

The baseline survey data collected in 2010 (described in DCA 2011) is useful in that it assessed sites up to 450 meters north of the channel.  However, the survey was limited to the low-relief reef and the amount of area surveyed further than 100 meters north of the channel is low.  A total of 15 transects, each 10 square meters, were surveyed in the Middle Reef north; however, 10 of the transects (100 square meters) were between the channel and 100 meters north of the channel and 5 of the transects were used for surveying the area between 100 meters and 450 meters.  In addition, the video collected from this survey is generally low in light and resolution and may not be sufficient for analysis.

Use of baseline survey data collected in 2013 (described in DCA 2014a; DCA 2014b) as true pre-project conditions is problematic.  Maintenance dredging was occurring prior to the expansion dredging thereby transporting sediment-laden waters to the reefs located along the channel twice per day on out-going tides.  It is possible that impacts to the coral reefs positioned outside the channel may have occurred prior to the commencement of expansion dredging and continued throughout the duration of the project.  In addition, the baseline data collection was not completed until at least 40 days after the expansion dredging began.  Expansion dredging commenced on November 20, 2013, in Cut 2 (USACE, personal communication via email dated November 19, 2013).  Baseline surveys were conducted on the Middle and Outer Reefs between October 23, 2015, and December 30, 2013 (DCA 2014b, Table 1).  The location of the cuts are depicted in the Port of Miami Final Environmental Impact Statement and show Cut 2 as located seaward of the Inner Entrance Channel, near the elbow region of the channel within the nearshore ridge complex, and possibly extending towards the Middle Reef (USACE 2004, Figures 5 and 6).  Therefore, it is likely that impacts to the coral reefs positioned outside the channel may have occurred during the baseline data collection and continued throughout the duration of the project.

44

## Section 5: Conclusions

Overall, the assessed impact sites on Middle Reef north showed considerably more scleractinian partial mortality, sediment accumulation, and mortality from the halo effect when compared to the USACE control sites (Figure 42).  Of all corals surveyed in the belt transects (n=949), 41 percent exhibited partial mortality.  Partial mortality includes both sediment-associated and other types of mortality.  Halo mortality is a subset of partial mortality.  Of all the corals surveyed at the control sites (n=291), 19 percent exhibited partial mortality.  Thirty-one percent of the corals in impact sites exhibited sediment accumulation, compared to three percent at control sites.  Fourteen percent of corals at impact sites exhibited the sediment halo (mortality at the base of the colony indicative of sedimentation impact), compared to one percent at control sites.

The effects of sedimentation on octocorals is not well-studied.  The lower prevalence of partial mortality among octocoral colonies (Figures 30 and 31) when compared to scleractinian coral colonies (Figure 27) may be attributed to the ability of octocorals to heal faster after injury.  However, healing can only occur when healthy tissue adjacent to the wound is available to help regeneration (Mezaros and Bigger 1999).  Similar to scleractinian corals, if a portion of the octocoral colony remains buried, it will not be able to heal.  The burial of octocoral holdfasts under a thick layer of sediment can result in the death of tissue over the holdfast.  Without this live tissue, new axis material will not be deposited as the octocoral grows, and it will not provide the stability necessary to support the colony.  In the absence of the live tissue, the holdfast and axis material, called gorgonin, will erode away and the live portion of the colony will eventually break off or become dislodged, which results in colony death, especially during normal storm activity (personal communication, January 29, 2016, Ms. Vanessa Brinkhuis, Florida Fish and Wildlife Research Institute, Coral Reef Research Group).  Similar to scleractinian corals, a healthy octocoral colony does not have portions of the colony buried in sediment.

Like octocorals, sponges can heal relatively quickly after damage if there is enough remaining healthy tissue to contribute to regeneration.  Sponges heal much faster than their normal rate of growth, and healing could represent a significant expenditure of energy (Hoppe 1988).  Sponges are also unable to tolerate being buried for extended periods of time.  Long-term burial of sponges will lead to mortality.  Greater amounts of sediments trapped among algae on the more horizontal substrata may contribute to the smothering of young or adult sponges and increased sedimentation rates increase the chances of young sponges being smothered (Zea 1993).  To capture the effects of sedimentation stress on sponges, the population would need to be surveyed immediately after an event.  When sponges die, their tissue quickly disintegrates, so later monitoring may not detect dead sponges.  For the sponges surviving sedimentation, later monitoring would show sponges having already undergone regeneration to the best of their ability in the altered environment (personal communication, January 29, 2016, Ms. Vanessa Brinkhuis, Florida Fish and Wildlife Research Institute, Coral Reef Research Group).

The NMFS used sediment depth and type to determine the level of impact severity from sedimentation and this information will also help inform recovery lag time for the Habitat Equivalency Analysis.  Assessment areas were then developed based on trends in the partial mortality and sediment-associated stressors.  Each assessment area can have all levels of severity, and this approach is further described below.

45



Figure 42.  Percent of scleractinian corals with partial mortality or sediment-associated stress at pooled impact and control sites.

NMFS_00835

*Methods for Determining the Severity of Sedimentation Impact Categories and Recovery*

While sediment movement and deposition is a normal process in a coral reef ecosystem, offshore coral reefs are not capable of developing or sustaining ecological functions when covered by sediment over prolonged periods when measuring in centimeters or greater. Sedimentation on reefs can reduce coral recruitment, survival, and settlement of coral larval (Erftemeijer et al. 2012) and suppress colony growth (Bak 1978). The increased prevalence of indicators of sedimentation stress and partial mortality at the Port of Miami sedimentation assessment areas (Figures 27, 28, 29, and 42) suggests the frequency, intensity, and duration of sedimentation was much greater at sedimentation assessment sites when compared to controls and mortality and loss of function of reef organisms resulted. Sediment deposition from dredging activities at Port of Miami is the most plausible explanation for how the increment of sediment deposition (i.e., above control) accumulated on the reef.

Sediment deposition threshold criteria have recently been proposed for classifying sediment impacts to reef habitats based on threshold values in peer-reviewed studies and new modelling approaches (Nelson et al. 2016). The sediment threshold criteria, termed "stoplight indicators", are based on active sedimentation onto reef surfaces and corals during a prescribed period of time (18 to 30 days within a 90 day timeframe). Sediment depth in excess of 1.0 centimeter is classified as *red*, and corresponds to severe colony stress resulting in mortality. If depth is less than 1.0 centimeters, but greater than 0.5 centimeters it is classified as *yellow*, corresponding to moderate colony stress with some coral colonies expected to recover. If sediment depth was less than 0.5 centimeters it is classified as *green*, meaning negligible or limited impacts to coral colonies (Table 5; Nelson et al. 2016). The standing sediment levels measured at Port of Miami are cumulative standing sediment levels over a much longer time period than is considered in Nelson et al. (2016), likely commenced with the beginning of dredging, and are therefore conservative values when compared to the sediment threshold criteria stoplight indicators.

The presence, type, and depth of sediment over the hardbottom is intended to serve as the proxy for the severity of sedimentation, and in a parallel effort, to determine the recovery delay in a Habitat Equivalency Analysis. For the purposes of this assessment, indicators of sedimentation impacts were evaluated by qualitatively examining the type of sediment at the surface and and measured depths of sediment over reef in each assessment area (Table 5). The highest level of severity, *very severe*, is where deep sediment is present within the HR reef. Based on basic sediment transport principles, observations in the field, and sediment depth measurements, the sediment in areas characterized as deep sediment over HR is least likely to dissipate due to natural processes and will take the longest time to dissipate compared to other categories of severity. Hardbottom in the area characterized as very severe is not functioning as recruitment habitat for corals, including staghorn corals.

The *severe* impact category is where 3 to 4 centimeters of sediment was measured over the reef (LR or HR) and when deep sediment was present in the LR reef. Based on observations in the field and sediment depth measurements, it appears fast currents from extreme weather events may be able to remove the deep sediment layers from the LR reef, when compared to the HR reef, but these fast currents and extreme weather events are relatively uncommon. Hardbottom in the area characterized as severe is not functioning as recruitment habitat for corals, including staghorn corals.

47

The *significant* level of severity is where 2 to 3 centimeters of sediment was measured on LR or HR reef. Hardbottom in the area characterized as significant is not functioning as recruitment habitat for corals, including staghorn corals.

The *moderate* impact category is where 1 to 2 centimeters of sediment was measured on the reef in both LR and HR reef.  Most coral species are sensitive to this range of sedimentation which adversely affects the structure and function of the coral reef ecosystem by altering both physical and biological processes (Rogers 1990).  Sediment deposition on the reef within this depth range is ecologically relevant, especially considering none of the sediment depth measurements at the USACE control sites exceeded 1 centimeter.  Hardbottom in the area characterized as moderate is not functioning as recruitment habitat for corals, including staghorn corals.

The method to characterize the different levels of severity in *low* and *no* impact categories focuses on sediment type (i.e., fine sediment versus sand) to differentiate level of severity.  Sand sediment measures up to 0.5 centimeters of sand is considered *no* severity or absence of impact.  Hardbottom within the sedimentation areas characterized as *no* severity remains potential recruitment habitat for corals, including staghorn corals.  Any measurable amount of fine sediment up to 0.5 centimeters is considered *low* severity impact.  Hardbottom in the area characterized as *low* is not functioning as recruitment habitat for corals, including staghorn corals.

Table 5.  Levels of sedimentation impact severity on the Middle Reef north. The hardbottom habitat with sediment severity levels characterized as "Low" through "Very Severe" is not suitable substrate for coral recruitment.

| Severity Level | Sediment Description | Stoplight Indicators from Nelson et al. (2016) |
|---|---|---|
| Very Severe | HR reef: >4 centimeters<br>LR reef:  not applied | Red: Severe stress resulting in mortality |
| Severe | HR reef: 3.01 to 4 centimeters<br>LR reef: >4 centimeters | |
| Significant | HR and LR reef: 2.01 to 3 centimeters | |
| Moderate | HR and LR reef: 1.01 to 2 centimeters | |
| Low | HR and LR reef: 0.6 to 1 centimeters of sand or mixed sand and fines or  <1 centimeter of fine sediment | Yellow: Moderate, but expected to recover |
| No | HR and LR reef: no measurable sand to <0.5 centimeters of sand | Green: Negligible or limited |

Based on the characterization for no and low severity, the line-intercept data from the USACE control sites for LR and HR control sites, respectively, exhibited 85 percent and 80 percent of sites measured

48

falling into the no category; and 15 and 20 percent that would fall into the low category.  The line-intercept points in the USACE control sites that fall within the low category include 0.5 centimeters of fines or mixed sand and fines (n=7), and the remaining points were all zero to 1.0 centimeter of sand and therefore classified in the no category (n=33).  None of the Middle Reef north sedimentation assessment survey areas exhibited a sediment depth measurement of zero.

*Sediment Impact Area Delineation*

To delineate sedimentation impact assessment areas, general trends or obvious groupings were examined for the frequencies of partial mortality, sediment accumulation, and sediment halo.  Where a shift or visual break point in the data appeared (summarized in Table 6), a cut-point was drawn between survey areas.  A cut-point was drawn 250 meters beyond the channel in the LR habitat because partial mortality decreased and there was also a decrease in points characterized as sediment over hardbottom at R2N-300-LR when compared to R2N-100-LR and R2N-200-LR.  Another cut-point was drawn at R2N-400-LR because the prevalence of sediment halo decreased from 14 percent at R2N-300-LR to 3 percent at R2N-500-LR and partial mortality also decreased.  In the HR area, a cut-point was drawn at R2N-250-HR because the prevalence of sediment halo decreased from 21 and 26 percent at R2N-100-HR and R2N-200-HR to 13, 13, and 11 percent at R2N-300-HR, R2N-500-HR, and R2N-700-HR, respectively.  Another cut-point was drawn at R2N-800 because, while sediment accumulation decreased from 26 percent at R2N-500-HR to 15 percent at R2N-700-HR, the prevalence of partial mortality (33 and 39 percent) increased between R2N-500-HR and R2N-700-HR, and sediment halo (13 and 11 percent) remained similar, yet higher than controls.  It is important to note all levels of sedimentation impact severity can be present within an assessment area.

49

| Table 6.  Groupings of partial mortality and sediment associated stress at sedimentation assessment sites. Data from Table 3. | | | | | | |
|---|---|---|---|---|---|---|
| Assessment Area | Site | Percent Corals with Partial Mortality | Percent Corals with Sediment Accumulation | Percent Corals with Sediment Halo | Percent Survey Points Characterized Sediment over Hardbottom | Percent Survey Points Characterized Deep Sediment over Hardbottom |
| 1 | R2N-100-HR | 77% | 64% | 21% | 61% | 19% |
| | R2N-200-HR | 42% | 37% | 26% | 81% | 43% |
| 2 | R2N-100-LR | 27% | 20% | 10% | 52% | 11% |
| | R2N-200-LR | 50% | 48% | 16% | 63% | 0% |
| 3 | R2N-300-HR | 46% | 25% | 13% | 45% | 0% |
| | R2N-500-HR | 33% | 26% | 13% | 43% | 3% |
| | R2N-700-HR | 39% | 15% | 11% | 53% | 3% |
| 4 | R2N-300-LR | 36% | 22% | 14% | 40% | 0% |
| 5 | R2N-500-LR | 32% | 19% | 3% | 27% | 0% |
| 6 | North of R2N-800-HR.  No data, but since impacts persisted at 700-HR, it was assumed impacts continued north of this assessment area. | | | | | |

*Characterization of Assessment Areas*

Delineations of impact assessment areas are based on the groupings of the sedimentation assessment sites presented in Table 6.  The cut-points between impact areas (depicted in Figure 43) are at the midpoint between assessment sites (e.g., the line drawn at R2N-250-HR is midway between R2N-200-HR and R2N-300-HR).

Sedimentation Impact Area 1: Channel-side to R2N-250-HR
This area is closest to the channel out to approximately 250 meters north of the channel in the high-relief reef (Figure 43).  The areas assessed in this part of the reef had the highest prevalence of partial mortality at R2N-100-HR (Figure 27) and high halo mortality (Figure 29), and high sediment accumulation (Figure 28).  This area is 21 acres with 4.2 acres characterized as very severe, 3.2 acres of severe, 4.2 acres of significant, 7.9 acres of moderate, and 1.6 acres of low impact to the Middle Reef north (Table 7).

NMFS_00839

Table 7. Acreage and percent (%) of the level of severity in each assessment area. The level of severity percentages are based on the sum of the number of sediment depth measurements in each category of severity as described in Table 5, divided by the total number of line-intercept points for that transect. Area Number 6 was not assessed by the NMFS (it is from DCA 2015a) and input parameters are based on trends observed in the data.

| Area | Very Severe | Severe | Significant | Moderate | Low | No |
|------|-------------|--------|-------------|----------|-----|-----|
| Area #1 | 4.2 (20%) | 3.2 (15%) | 4.2 (20%) | 7.9 (38%) | 1.6 (8%) | 0.0 (0) |
| Area #2 | 0.0 (0) | 4.0 (16%) | 4.6 (18%) | 11.3 (44%) | 4.8 (18%) | 1.3 (5%) |
| Area #3 | 2.4 (5%) | 3.4 (7%) | 1.0 (2%) | 17.3 (36%) | 16.8 (35%) | 7.2 (15%) |
| Area #4 | 0.0 (0) | 0.0 (0) | 0.0 (0) | 10.5 (75%) | 3.5 (25%) | 0.0 (0) |
| Area #5 | 0.0 (0) | 2.0 (5%) | 2.0 (5%) | 34.7 (89%) | 0.0 (0) | 0.0 (0) |
| Area #6 | 0.0 (0) | 0.0 (0) | 0.0 (0) | 14.3 (75%) | 4.8 (25%) | 0.0 (0) |
| **Total acres** | **6.6 acres** | **12.6 acres** | **11.8 acres** | **96.0 acres** | **31.5 acres** | **8.5 acres** |

Sedimentation Impact Area 2: Channel-side to R2N-250-LR
This area is closest to the channel out to approximately 250 meters north of the channel in the low-relief reef (Figure 43). This area also experienced high prevalence of partial mortality, sediment halo, and sediment accumulation, but not as high as impact area 1. R2N-100-LR requires further examination as the partial mortality NMFS recorded (27 percent) is notably lower than what was reported in the immediate post-construction monitoring report for the channel-side site located between 10 and 70 meters north of the channel (93 of corals had sediment-associated partial mortality; DCA 2015b). NMFS estimates of partial mortality should be viewed as conservative because methods did not include counting all dead corals. This area is 26 acres with 4.0 acres characterized as severe, 4.6 acres of significant, 11.3 acres of moderate, 4.8 acres of low, and 1.3 acres of no impact to the Middle Reef north (Table 7).

Sedimentation Impact Area 3: R2N-250-HR to R2N-800-HR
This area is within the high-relief reef between 250 and 800 meters north of the channel (Figure 43). Partial mortality is consistently higher at R2N-300-HR, R2N-500-HR, and R2N-700-HR, compared to USACE-HR (Figure 27). The prevalence of partial mortality, sediment halo, and sediment accumulation is lower than impact areas 1 and 2, but still considerably higher than USACE-HR (Figures 27, 28, and 29). This area is 48 acres with 2.4 acres characterized as very severe, 3.4 acres of severe, 1.0 acres of significant impact, and 17.3 acres of moderate, 16.8 acres of low, and 7.2 acres of no impact to the Middle Reef north (Table 7).

Sedimentation Impact Area 4: R2N-250-LR to R2N-400-LR
This area 250 meters north of the channel and approximately 400 meters north of the channel in the low-relief reef (Figure 43). The prevalence of partial mortality, sediment halo, and sediment accumulation is similar to Impact Area 3, but still considerably higher than USACE-LR (Figures 27, 28, and 29). This area is 14 acres with 10.5 acres of moderate and 3.5 acres of low impact to the Middle Reef north (Table 7).

51

<u>Sedimentation Impact Area 5: R2N-400-LR to the northern edge of low-relief portion of the Middle Reef</u>
This area is between 400 meters north of the channel to the northern edge of the low-relief reef in this
area (Figure 43).  The prevalence of partial mortality, sediment halo, and sediment accumulation is lower
than Impact Areas 3 and 4, but still higher than USACE-LR (Figures 27, 28, and 29).  This area is 39
acres with 2.0 acres characterized as severe, 2.0 acres of significant impact, and 34.7 acres of moderate
impact to the Middle Reef north (Table 7).

<u>Sedimentation Impact Area 6: R2N-800-HR to one kilometer north of the channel</u>
This area is high-relief reef located between 800 meters and 1,000 meters north of the channel (Figure
43).  While NMFS did not assess this area, the characterization of this site in an earlier report (DCA
2015a) is more consistent with a description of a site impacted by sedimentation and inconsistent with
visual inspection of aerial imagery available for this site from 2013 (pre-dredging).  Dial Cordy and
Associates Inc., (2015a) describes numerous large sand patches and "many of the corals larger than 10
centimeters in diameter were located in large sand patches" (page 50).  This finding warrants discussion
as sand does not have the appropriate substrate that is suitable for corals to recruit.  Based on NMFS field
observations, the initial appearance of corals within a sand channel was later determined to be buried reef
(e.g. Figure 11A).  In addition, the prevalence of partial mortality reported at this site is over 2-fold the
partial mortality reported at controls (DCA 2015a; partial mortality is 0.19 at R2N1-850 and 0.08 at the
respective control R2N1-LR; Table 4).  This area is 19 acres with 14.3 acres characterized as moderate,
4.8 acres of low impact to the Middle Reef north (Table 7).

NMFS_00841



Figure 43. Sedimentation assessment areas, cut-points, and acreages.

NMFS_00842

## Reports and Works Cited

Bak, R.  1978.  Lethal and sublethal effects of dredging on reef corals.  Marine Pollution Bulletin 9:14-16.

Barnes, B., Chuanmin, H., Kovach, C., and Silverstein.  2015 .  Sediment plumes induced by the Port of Miami dredging: Analysis and interpretation using Landsat and MODIS data.  Remote Sensing of Environment 170:328-339.

Coastal Systems International, Inc.  Acropora cervicornis One Year Post-relocation Monitoring Report for the Miami Harbor Phase III Federal Channel Expansion Contract No. E12-SEA-03/Project No. 1999-027.  February 2015, 82pp.

DCA.  2011.  Miami Harbor Baseline Study.  Prepared by Dial Cordy and Associates Inc. for the U.S. Army Corps of Engineers Jacksonville District.  96pp.

DCA.  2014a.  Miami Harbor Phase III Quantitative Baseline for Hardbottom Benthic Communities.  Prepared by Dial Cordy and Associates Inc. for the U.S. Army Corps of Engineers Jacksonville District.  109pp.

DCA.  2014b.  Miami Harbor Phase III Quantitative Baseline for Middle and Outer Reef Benthic Communities.  Prepared by Dial Cordy and Associates Inc. for the U.S. Army Corps of Engineers Jacksonville District.  322pp.

DCA.  2014c.  Monthly [October] Delineation of Potential Sedimentation Effect Area Within Nearshore Hardbottom.  Prepared by Dial Cordy and Associates Inc. for Great Lakes Dredge and Dock Company, LLC.  16pp.

DCA.  2015a.  Delineation of Potential Sedimentation Effect Area within Middle and Outer Reef Habitats, Port of Miami Phase III Federal Expansion Project (final, August 2015).  Prepared by Dial Cordy and Associates Inc. for Great Lakes Dredge and Dock Company, LLC.  137pp.

DCA.  2015b.  Miami Harbor Phase III Federal Channel Expansion Project Quantitative Post-Construction Middle and Outer Reef Benthic Assessments.  Report date: November 19, 2015. 156pp.

Erftemeijer, P., Riegl, B., Hoeksema, B., and Todd, P.  2010.  Environmental impacts of dredging and other sediment disturbances on corals: A review.  Marine Pollution Bulletin 64:1737-1765.

FDEP.  2014.  Field notes on impacts assessment in Miami Harbor Phase III Federal Channel Expansion Permit #0305721-001-BI.  Report date: August 18, 2014. 39pp.

FDEP.  2015.  Report on site visit in Port of Miami Expansion Project.  Report date: February 9, 2015. 24pp.

Hoppe, W.  1998.  Growth, regeneration, and predation in three species of large coral reef sponges.  Marine Ecology Progress Series 50:117-125.

54

Klug, K.  2015.  Cross-shelf and latitudinal benthic community investigation in the nearshore habitats of the northern Florida Reef Tract.  Submitted to the Faculty of Nova Southeastern University Halmos College of Natural Sciences and Oceanography in partial fulfillment of the requirements for the degree of Master of Science with a specialty in: Marine Biology & Coastal Zone Management.  127pp.

Mezaros, A., and Bigger, C.  1999.  Qualitative and quantitative study of wound healing processes in the Coelenterate, *Plexaurella fusifera*: spatial, temporal, and environmental (light attenuation) influences.  Journal of Invertebrate Pathology 73:321-331.

Miami-Dade Department of Regulatory and Economic Resources Division of Environmental Resources Management.  2014.  Field report titled: U.S. Army Corps of Engineers Port of Miami Channel Deepening Project Report on Opportunistic Hardbottom/Reef Inspections.  July 2014, 10pp.

Miami-Dade Department of Regulatory and Economic Resources Division of Environmental Resources Management.  2015.  Field report titled: U.S. Army Corps of Engineers Port of Miami Channel Deepening Project Report on Opportunistic Hardbottom/Reef Inspections.  July 2015, 13pp.

Miami Waterkeeper.  2014a.  Email to David Bernhart dated October 1, 2014 with photos of sedimentation on corals.

Miami Waterkeeper.  2014b.  Email to David Bernhardt dated October 9, 2014 with photos of sedimentation on corals.

Miami Waterkeeper.  2015a.  Dive report from the Middle Reef approximately 100 to 250 meters north of the Port of Miami Channel.  January 14, 2015, 48pp.

Miami Waterkeeper.  2015b.  Dive report from the Middle Reef approximately 100 to 250 meters north of the Port of Miami Channel.  January 30, 2015, 44pp.  [Note this appears to be version 2 of 2015a]

Miami Waterkeeper.  2015c.  Dive report from the Middle Reef approximately 0 to 150 meters north of the Port of Miami channel.  June 23, 2015, 49pp.

Nelson, D., McManus, J., Richmond, R., King Jr., D., Gailani, J., Lackey, T., and Bryant, D.  2016.  Predicting dredging-associated effects to coral reefs in Apra Harbor, Guam - Part 2: Potential coral effects.  Journal of Environmental Management 168:111-122.

NMFS.  2015a.  Port of Miami *Acropora cervicornis* relocation report.  15pp.

NMFS.  2015b.  Port of Miami Field Observations from May 19, 2015.  Prepared by NOAA National Marine Fisheries Service, Southeast Region, West Palm Beach Field Office staff.  19pp.

Pollock, J., Lamb, J., Field, S., Heron, S., Schaffelke, B., Shedrawl, G., Bourne, D., and Willis, B.  2014.  Sediment and turbidity associated with offshore dredging increase coral disease prevalence on nearby reefs.  PLOS one 9: 1-9.

55

Rogers, C.  1990.  Responses of coral reefs and reef organisms to sedimentation.  Marine Ecology Progress Series 62:185-202.

U.S. Army Corps of Engineers, Jacksonville District.  2004.  Final Environmental Impact Statement for the Miami Harbor.  134pp, plus appendices.

U.S. Army Corps of Engineers, Jacksonville District.  2015.  Final Environmental Impact Statement for the Port Everglades Harbor Navigation Study.  346pp, plus appendices.

Walker, B.K.  2009.  Benthic Habitat Mapping of Miami-Dade County: Visual Interpretation of LADS Bathymetry and Aerial Photography.  Florida DEP report #RM069.  Miami Beach, FL. 47pp.

Walker, B.K., and Klug, K.  2014.  Southeast Florida shallow-water habitat mapping & coral reef community characterization.  Florida Department of Environmental Protection Coral Reef Conservation Program report.  Miami Beach, FL.  83pp.

Zea, S.  1993.  Cover of sponges and other sessile organisms in rocky and coral reef habitats of Santa Marta, Colombian Caribbean Sea.  Caribbean Journal of Science 29:75-88.

NMFS_00845

**Additional Example Photographs**



Photos of two colonies of *Montasraea cavernosa* showing "Halo" effects, mortality at the base of the colony due to sedimentation from the dredging. Both corals have mortality from sedimentation. The colony on the left in also is showing mortality from disease. The photo on the left is before sediment was removed from the base of the colony. The photo on the right is after the sediment was brushed away, showing white skeleton with clean septae and calices showing that this mortality was recent.



Photos from R2N-200-HR. Image on the right is of the buried corals in the left image after the NMFS diver used his hand to winnow away the sediment revealing the buried octocoral holdfast, dead coral halo, and buried reef.

57



Photos from R2N-200-HR.  Image on the left is the normal pattern of growth of octocorals on a high-relief portion of the reef with moderate to low sedimentation impacts.  Image on the right shows octocorals buried by a deep layer of sediment at a location characterized as very severe to severe sedimentation impacts.

NMFS_00847



# Preliminary Determination of Acroporid Coral Designated Critical Habitats Across Puerta de Tierra Urban Coral Reefs, San Juan, Puerto Rico

**Preliminary Report**

Submitted to the National Marine Fisheries Service and the PR Department of Natural and Environmental Resources

Edwin A. Hernández-Delgado[1,2,3] & Ivangs Rivera[1]

[1]Sociedad Ambiente Marino
[2]University of Puerto Rico – Center for Applied Tropical Ecology and Conservation
[3]University of Puerto Rico – Department of Biology

San Juan, Puerto Rico



February 16, 2015



NMFS_00881

# Preliminary Determination of Acroporid Coral Designated Critical Habitats Across Puerta de Tierra Urban Coral Reefs, San Juan, Puerto Rico

**Edwin A. Hernández-Delgado[1,2,3]\*, Ivangs Rivera[1]**

[1]Sociedad Ambiente Marino, PO Box 22158, San Juan, PR 00931-2158
[2]University of Puerto Rico, Center for Applied Tropical Ecology and Conservation, Coral Reef Research Group,
San Juan, Puerto Rico 00931-3360
[3]University of Puerto Rico, Department of Biology, San Juan, Puerto Rico 00931-3360

**\*Corresponding author:** edwin.hernandezdelgado@gmail.com

February 16, 2015

*Abstract*— The objective of this preliminary assessment of Puerta de Tierra marine natural systems was to: 1) Provide a rapid qualitative assessment of adjacent benthic communities across the potentially impacted zone by project "Paseo Lineal de San Juan" northern segment; 2) Determine if there were ESA-listed coral species across adjacent coral reefs; 3) Determine the spatial extension of Acroporid coral designated critical habitats (DCH) across the zone; and 4) Determine the spatial extension of essential fish habitats (EFH) across the zone. Surveyed benthic habitats showed the common presence of Endangered Species Act (ESA)-listed Elkhorn coral (*Acropora palmata*) and a very low abundance of the Laminar star coral (*Orbicella faveolata*) within less than 200 m from the shoreline. There were also multiple colonies of *A. palmata* located within 50 m or less from the shoreline. Preliminary observations suggested that, nearly the entire surveyed segment dominated by colonized pavement and patch reefs constituted part of the Acroporid corals DCH. Though only one colony of *O. faveolata* was observed during the preliminary inspection, and though no DCH has been officially designated yet for this species, this habitat represents also critical habitats for its presence. The existing coral biodiversity preliminarily documented in this survey showed a total of 26 species within 700 linear meters of reefs along the shoreline, including 3 hydrocorals, 11 octocorals and 12 scleractians or hard corals. A preliminary survey of fish fauna also showed a total of 59 species, belonging to 37 genera and 25 families. This is only a preliminary list and future surveys may guarantee that this list is likely to grow. The surveyed reef segment constitutes a very important essential fish habitat (EFH) for multiple reef fish species, including species managed by the Commonwealth of Puerto Rico and the National Marine Fisheries Service (NMFS). There was also presence of submerged aquatic vegetation (SAV) across the adjacent benthic systems, but environmental impacts of the project to any of these marine ecosystems were not addressed. A massive landslide is significantly impacting the shoreline and adjacent coral reefs ecosystems. There is a need to immediately stabilize this active landslide to reduce further impacts to adjacent coral reefs and SAV, including DCH of Acroporid corals. There is a need to: 1) Determine the spatial extent of Acroporid coral DCH across adjacent reef bottoms; 2) Determine the presence of any of the seven ESA-listed coral species across adjacent reef bottoms; 3) Address impacts to EFH; and 4) Initiate consultation with NMFS under section 7 of ESA; and 5) Prepare an Environmental Impact Statement in full compliance with Law 147. There is no evidence in the available public record of this project that the construction of an abandoned breakwater in navigable waters of the Atlantic Ocean was permitted by the US Army Corps of Engineers. This should also be addressed. According to the available public record, potential environmental impacts of this project on coral reef ecosystems were not addressed. Though this project will not be constructed within navigable waters, there is significant potential for permanent adverse impacts on coral reefs associated to the construction of this project could be significant and permanent and must be immediately addressed.

1

PRELIMINARY DETERMINATION OF ACROPORID CORAL DCH ACROSS PUERTA DE TIERRA CORAL REEFS

**Background**

A significant public controversy has recently emerged in Puerto Rico within local communities of Old San Juan, Puerta de Tierra and El Condado with regards to the undergoing construction of the "Paseo Lineal de San Juan" project. This project, among multiple components, will involve the construction of a boardwalk, observation points and other infrastructure along a small cliff facing the Atlantic Ocean along Muñoz Rivera Avenue, as well as the stabilization of at least one segment of the proposed boardwalk currently exposed to severe erosion. A breakwater was already constructed atop a partially-submerged eolianite platform along navigable waters of the Atlantic Ocean (*Figures 1-2*), but no mention of this breakwater was made on any of the documents available for the public record. The proposed construction of the entire project will also involve the construction of an unknown number of sewer outfalls that will empty storm-water runoff and potentially other types of wastewaters from adjacent structures to the beach along the Atlantic Ocean and to adjacent coral reef ecosystems. In spite of such impacts, project's proponent (Autoridad para el Financiamiento de la Infraestructura, AFI) and their consultants failed to comply with existing State regulation and with Federal NEPA regulations by not including an evaluation of potential temporary and permanent impacts to adjacent marine ecosystems on their Environmental Assessment document.

2

PRELIMINARY DETERMINATION OF ACROPORID CORAL DCH ACROSS PUERTA DE TIERRA CORAL REEFS



FIGURE 1.     Breakwater already constructed along the shoreline in a segment exposed to severe erosion. There is no evidence in any of the environmental assessment documents of the "Paseo Lineal" project that impacts of this project component on ESA-listed coral species and on Acroporid coral designated critical habitat.

3

PRELIMINARY DETERMINATION OF ACROPORID CORAL DCH ACROSS PUERTA DE TIERRA CORAL REEFS



FIGURE 2.    East to west view of the recently constructed breakwater along a shoreline segment.

4

NMFS_00885

PRELIMINARY DETERMINATION OF ACROPORID CORAL DCH ACROSS PUERTA DE TIERRA CORAL REEFS

The document entitled "Paseo Lineal de San Juan: Evaluación Ambiental", presented in 2014 by AFI, and prepared by Torres-Rosa Consulting Engineers, concluded in page 10 of the Section about Environment Description that "*No natural systems exist in the project area, natural systems adjacent to the project area are related to aquatic ecosystems which are separated from the project area by urban development or previously impacted areas. The Fauna and Flora Study indicates that there are only common plants and animals in the project area, and there are no endangered species. Based on the studies and evaluations conducted for the project, we determined that there is no direct relation between natural and artificial systems within the project site and its surroundings*". Also, in its Section about Environmental Impacts and Mitigation, the document concluded in page 2 that the project "*will not have a significant impact in the fauna of the Puerta de Tierra area. Based on the characteristics of the existing fauna and that the project will not have a significant impact, we determined that no mitigation measures will be necessary*". It further concluded on page 3 of this section that "*the project will not impact natural systems, therefore, no mitigation measures will be required*".

This document further established on the same Section about Environmental Impacts and Mitigation, on page 7, that "*it will be necessary to relocate existing storm sewers and retention ponds and construct new pipelines and ponds*", but did not establish the new locations of these infrastructure, the number and location of sewer outfalls, and their impact to adjacent marine ecosystems.

The above conclusions neglected the existence of an extensive system of coral reefs along the Atlantic Ocean waters and adjacent to the shoreline. The Puerto Rico Coral Reef Law (Law 147,

NMFS_00886

July 15, 1999) requires an environmental impact analysis for any project that may potentially adversely impact coral reefs. This law specifically "*declares and reiterates that it is the public policy of the Commonwealth of Puerto Rico the protection, preservation and conservation of coral reefs in the territorial waters of Puerto Rico, for the benefit and enjoyment of this and future generations*". Article 5 established that the Secretary of the PR Department of Natural and Environmental Resources (PRDNER) will establish a Program for the protection, conservation and management of coral reefs, and that the Program "*will identify all sources of environmental pollution that might cause damage to coral reefs and coralline communities, and will recommend necessary control measures to prevent pollution and any adverse impact to these resources*". Article 7 explicitly requires "*an Environmental Impact Statement for any Project that may cause negative impacts to coral reefs, coralline communities, and their associated marine systems*".

There is no evidence from the available public record of this project that the proponent agency complied with Law 147. Further, there is no evidence either that the PRDNER provided AFI the required Certification for Habitat Categorization. But if they did, then PRDNER would have certified this project failing to require AFI to comply with Law 147. This aspect needs to be addressed.

In addition, the U.S. Endangered Species Act (ESA) requires any such project, not only to address environmental impacts, but to initiate formal consultation under ESA Section 7 to address potential impacts to marine threatened and endangered species. Elkhorn (*Acropora*

6

palmata) and Staghorn coral (*A. cervicornis*) were designated as "threatened" under the U.S. Endangered Species Act (ESA) (71 CFR 26852; May 9, 2006). Then their designated critical habitat (DCH) was established (50 CFR, parts 223 and 226, November 26, 2008).

A "4(d) Rule" is one of many tools found within the ESA for protecting species listed as "threatened." This rule gets its name from section 4(d) of the ESA, which directs NOAA's National Marine Fisheries Service (NMFS) to issue regulations deemed "*necessary and advisable to provide for the conservation of threatened species*." Without a 4(d) rule, threatened species do not get all of the protections that endangered species automatically get through ESA Section 9. The 4(d) rule for a threatened species may apply any or all of the ESA section 9 protections that automatically apply to species listed as endangered. Under ESA Section 9 it is illegal, with respect to any endangered species to: Import any such species into, or export any such species from the United States; Take any such species within the U.S. or the territorial sea of the U.S.; Take any such species on the high seas; Possess, sell, deliver, carry, transport, or ship, by any means whatsoever any such species taken; Deliver, receive, carry transport, or ship in interstate or foreign commerce and in the course of commercial activity; Sell or offer for sale in interstate or foreign commerce any such species. "Take" means to harass, harm, pursue, hunt, shoot, wound, kill, trap, capture, or collect, or attempt to engage in any such conduct. Pollution is a form of "taking", therefore, any activity that may pollute, harm, injure or kill any ESA-listed species constitutes a "taking", under the 4d rule. But the proponent agency of this project failed to address such impacts. No information at all exists about the actual condition of adjacent coral reefs and submerged aquatic vegetation across the adjacent benthic

NMFS_00888

communities. There is no information either regarding the presence of ESA-listed corals occurring across the zone.

The objective of this preliminary assessment conducted on February 11, 2015 was to: 1) Provide a rapid qualitative assessment of adjacent benthic communities across the potentially impacted zone; 2) Determine if there were ESA-listed coral species across adjacent coral reefs; 3) Determine the spatial extension of Acroporid coral designated critical habitats (DCH) across the zone; and 4) Determine the spatial extension of essential fish habitats (EFH) across the zone.



FIGURE 3.     Partial view of the preliminary geo-referencing of 58 threatened Elkhorn coral (*Acropora palmata*) colonies and the Acroporid coral designated critical habitat across the surveyed segment.

NMFS_00889

**Acroporid coral Federally designated critical habitats**

The 50 CFR, parts 223 and 226 (November 26, 2008) established that all natural consolidated hard substrate, including dead coral skeletons, from the surface down to 20 meters are considered part of the Federally-designated critical habitat (DCH) for threatened Elkhorn coral (*Acropora palmata*) and Stgahorn coral (*A. cervicornis*). The GIS-based approximate extension of Acroporid coral DCH in waters adjacent to the surveyed segment of benthic communities adjacent to a segment of the project extended at least for over 700 linear meters x at least 200 m offshore. Our inspection did not extend over the 200 m limit (***Figures 3-4***).

Our preliminary reef assessment did not include a complete evaluation of the extension and/or condition of the Acroporid corals DCH. This map is based sole on GIS-based tools and provides and approximation of its extension. Also, our preliminary survey for Acroporid corals was generally to waters within less than 200 m from the shoreline. Nevertheless, this qualitative characterization basically provided unequivocal evidence that:

1. Assessed benthic habitats support common ESA-listed Elkhorn coral (*Acropora palmata*) colonies, including adult colonies (up to 6-9 m$^2$), small reattached fragments (<1.5 m$^2$), and smaller crust (<0.75 m$^2$ sexual recruits).

2. Most of the assessed benthic communities constitute part of the Acroporid corals DCH.

3. There was also one colony of the ESA-listed Laminar star coral (*Orbicella faveolata*) present along the inspected segment.

4. Brain coral (*Pseudodiploria strigosa*) was the most dominant reef-bulding coral species along the inspected segment.

9

NMFS_00890

PRELIMINARY DETERMINATION OF ACROPORID CORAL DCH ACROSS PUERTA DE TIERRA CORAL REEFS



FIGURE 3.    Partial view of the preliminary geo-referencing of 58 threatened Elkhorn coral (*Acropora palmata*) colonies across the surveyed segment. Red dots= Elkhorn coral (*Acropora palmata*) colonies. Green dot = Laminar star coral (*Orbicella faveolata*) colony; Blue triangle = High density area of Brain coral (*Pseudodiploria strigosa*); Green triangle= One of the dense Turtle grass patches (*Thalassia testudinum*). Green pin = Reef overhang with high density of fishes.

10

NMFS_00891



FIGURE 5.    Example of a colony of Elkhorn coral (*Acropora palmata*). This coral was listed in May 2006 as a threatened species under the U.S. Endangered species act. Its designated critical habitat was identified in November 2008. There is an outstanding remnant patch of this species just south of "La piedra de la Ocho" off El Escambrón beach. But there were abundant colonies along the 700 m-long inspected segment parallel to the shoreline, implying that nearly the entire segment constituted part of its DCH.

11

PRELIMINARY DETERMINATION OF ACROPORID CORAL DCH ACROSS PUERTA DE TIERRA CORAL REEFS



FIGURE 6.       Example of a colony of Elkhorn coral (*Acropora palmata*).

12

PRELIMINARY DETERMINATION OF ACROPORID CORAL DCH ACROSS PUERTA DE TIERRA CORAL REEFS



FIGURE 7.       Example of an Elkhorn coral (*Acropora palmata*) juvenile colony known as a "crust". Crusts are sexual recruits and often remain as a flat colony attached to the substrate under very strong prevalent wave regimes and current. The northern coast of Puerto Rico is often characterized by very strong surge and surface currents, and most coral reef communities are often dominated by colonized pavements and emergent eolianite platforms with encrusted Scleractinian coral assemblages. In this case, several flat shaped colonies of Brain coral (*Pseudodiploria strigosa*) as well as of Mustard hill coral (*Porites astreoides*) can be observed in the image. Further, there is evidence that Long-spine sea urchin (*Diadema antillarum*) populations are showing significant signs of recovery across the zone.

NMFS_00894



FIGURE 8.        Example of an Elkhorn coral (*Acropora palmata*) encrusting colony showing rapid branch growth. These types of colonies are fairly common across the inspected segment.

14

NMFS_00895



FIGURE 9.      Example of recent storm swell-generated fragments of an adjacent adult colony of Elkhorn coral (*Acropora palmata*). Hurricane and winter storm swells are important factors contributing to the natural dispersion of this species as they become natural agents of colony fragmentation and dispersion across the reef.

15

PRELIMINARY DETERMINATION OF ACROPORID CORAL DCH ACROSS PUERTA DE TIERRA CORAL REEFS



FIGURE 10.     Example of a reattached storm swell-generated fragment of Elkhorn coral (*Acropora palmata*). Fragment reattachment is a critical step in the process of asexual reproduction in *A. palmata*, but success will largely depend on which substrate will the fragment land, in the amount of colony abrasion and tissue lesions associated to displacement by waves and currents. Successful reattachment to open solid substrates such as in this colony will rapidly promote new branch growth and will form a new colony.

16

NMFS_00897

PRELIMINARY DETERMINATION OF ACROPORID CORAL DCH ACROSS PUERTA DE TIERRA CORAL REEFS



FIGURE 11.     Example of a large colony of Elkhorn coral (*Acropora palmata*). There were several very large (6-9 m$^2$) colonies across the surveyed site, particularly across reef segments located within 100 m from the shoreline or less. These corals are highly critical as they are the most fecund. They also provide significant localized micro-habitat diversity, particularly for juvenile fishes.

17

PRELIMINARY DETERMINATION OF ACROPORID CORAL DCH ACROSS PUERTA DE TIERRA CORAL REEFS



FIGURE 12.     Example of another large colony of Elkhorn coral (*Acropora palmata*). The presence of such a wide diversity of colony sizes show that the vast majority of the surveyed coastal benthic communities constitute part of the designated critical habitat (DCH) for *A. palmata*. Therefore, any construction project with a potential of significant adverse environmental impacts on adjacent coral reefs that constitute part of the Acroporid corals' DCH require to comply with strict environmental impact analysis regulations.

18

PRELIMINARY DETERMINATION OF ACROPORID CORAL DCH ACROSS PUERTA DE TIERRA CORAL REEFS



FIGURE 13.     Example of a typical high-diversity seascape across the surveyed area. One of the dominant reef-building coral species is Bran coral (*Pseudodiploria strigosa*). Threatened Elkhorn coral (*Acropora palmata*) often grow intermingled with brain corals.

19

NMFS_00900



FIGURE 14.     Example of a threatened Elkhorn coral (*Acropora palmata*) colony located within less than 100 m from the shoreline showing recent tissue mortality (upper greenish-white patch) associated to a patchy necrosis infection. Patchy necrosis has been associated to bacterial infections associated to fecal pollution. Increased presence of turbid storm water runoff mixed with sewage may increase the prevalence of this condition across local coral reef communities.

NMFS_00901

P RELIMINARY D ETERMINATION OF A CROPORID C ORAL DCH A CROSS P UERTA DE T IERRA C ORAL R EEFS



FIGURE 15.    Example of a threatened Elkhorn coral (*Acropora palmata*) colony located within less than 100 m from the shoreline showing impacts by an entangled nylon rope that used to hold a marker buoy. Illegal marker buoys are commonly tied up to living coral colonies by artisanal fishers to identify particular fishing spots or marking difficult access or exit points to or from shallow reefs. There is evidence of multiple colonies or dead coral colonies that show recent impacts by this type of activity across the surveyed site which point out at the need to educate resource users regarding the negative impacts of this practice.

NMFS_00902



FIGURE 16.       Brain coral (*Pseudodiploria strigosa*) covers extensive areas of shallow coral reef
                bottoms adjacent to the shoreline. This species is dominant across high energy
                conditions typical of the northern coast of Puerto Rico.

NMFS_00903

PRELIMINARY DETERMINATION OF ACROPORID CORAL DCH ACROSS PUERTA DE TIERRA CORAL REEFS



FIGURE 17.    Brain coral (*Pseudodiploria strigosa*) constitutes a critical essential fish habitat by providing some degree of benthic spatial heterogeneity.

23

<small>PRELIMINARY DETERMINATION OF ACROPORID CORAL DCH ACROSS PUERTA DE TIERRA CORAL REEFS</small>



FIGURE 18.      Brain coral (*Pseudodiploria strigosa*) also constitutes the dominant coral species along forereef walls of inshore reef patches, across depths of 3 to 8 m.

24

PRELIMINARY DETERMINATION OF ACROPORID CORAL DCH ACROSS PUERTA DE TIERRA CORAL REEFS



FIGURE 19.       Brain coral (*Pseudodiploria strigosa*) colonies along the base of the forereef walls of inshore reef patches often show flat-shaped morphotypes due to limited illumination.

25

NMFS_00906

PRELIMINARY DETERMINATION OF ACROPORID CORAL DCH ACROSS PUERTA DE TIERRA CORAL REEFS



FIGURE 20.    Shallow colonized pavements located between 100 and 300 m from the shoreline,
              exposed to strong wave action, are dominated by octocoral assemblages. The dominant
              species are Sea fans (*Gorgonia flabellum*). This image illustrates an effect of the harsh
              wave conditions prevalent of the surveyed site. Most sea fan colonies are arrested to
              small size classes. Larger colonies can be dislodged by strong wave action, which
              maintains nearly the entire population in small size classes.

NMFS_00907



FIGURE 21.    Other common coral species across the zone include the high-energy Sea fan (*Gorgonia mariae*), Brain coral (*Pseudodiploria clivosa*) and the Mustard hill coral (*Porites astreoides*).

27

PRELIMINARY DETERMINATION OF ACROPORID CORAL DCH ACROSS PUERTA DE TIERRA CORAL REEFS



FIGURE 22.     A colony of the Laminar star coral (*Orbicella faveolata*) was documented across the surveyed zone. This coral was listed in September 2014 as a threatened species under the U.S. Endangered species act. It has no designated critical habitat yet, though this is currently under public evaluation.

28

NMFS_00909

PRELIMINARY DETERMINATION OF ACROPORID CORAL DCH ACROSS PUERTA DE TIERRA CORAL REEFS

TABLE 1.          Preliminary coral species checklist

_____

Phylum Cnidaria
Class Hydrozoa
Order Milleporina
                    *Millepora complanata* Linnaeus
                    *Millepora squarrosa* Linnaeus
                    *Millepora striata* Linnaeus


Class Anthozoa
SubClass Octocorallia
        Order Gorgonacea
        SubOrder Scleraxonia
                Family Briareidae
                    *Briareum asbestinum* (Pallas)
                Family Anthothelidae
                    *Erythropodium caribaeorum* (Duchassaing & Michelotti)
        SubOrder Holaxonia
                Family Plexauridae
                    *Plexaura homomalla* (Esper)
                    *Plexaura flexuosa* Lamouroux
                    *Eunicea mammosa* Lamouroux
                    *Eunicea* spp.
                    *Muricea muricata* (Pallas)
Family Gorgoniidae
                    *Gorgonia flabellum* Linnaeus
                    *Gorgonia ventalina* Linnaeus
                    *Gorgonia mariae* Bayer
                    *Pterogorgia citrina* (Esper)
        Order Scleractinia
        SubOrder Astrocoeniida
                Family Acroporidae
                    *Acropora palmata* (Lamarck)
        SubOrder Fungiida
                Family Agariciidae
                    *Undaria humilis*
                Family Siderastreidae
                    *Siderastrea radians* (Pallas)
                    *Siderastrea siderea* (Ellis & Solander)
                Family Poritidae
                    *Porites astreoides* Lamarck
                    *Porites porites* Pallas
                    *Porites furcata* Lamarck
SubOrder Faviida
                Family Faviidae
                    *Favia fragum* (Esper)
                    *Pseudodiploria clivosa* (Ellis & Solander)
                    *Pseudodiploria strigosa* (Dana)
                    *Colpophyllia natans* (Houttuyn)
                    *Orbicella faveolata* (Ellis & Solander

29

NMFS_00910

PRELIMINARY DETERMINATION OF ACROPORID CORAL DCH ACROSS PUERTA DE TIERRA CORAL REEFS

_____

| | |
|---|---|
| Hydrocoral species = | 3 |
| Octocoral species = | 11 |
| Scleractinian species  = | 12 |

_____

NMFS_00911

PRELIMINARY DETERMINATION OF ACROPORID CORAL DCH ACROSS PUERTA DE TIERRA CORAL REEFS



FIGURE 23.      Colonial mat tunicate (*Palythoa caribbaeorum*) is also a key component of high-energy shallow coral reef habitats.

31

PRELIMINARY DETERMINATION OF ACROPORID CORAL DCH ACROSS PUERTA DE TIERRA CORAL REEFS



FIGURE 24.        Example of a 70-90% algal plain community which is also common across some areas of uncolonized pavement. This type of bottom is also a fundamental juvenile fish nursery ground.

32

NMFS_00913

PRELIMINARY DETERMINATION OF ACROPORID CORAL DCH ACROSS PUERTA DE TIERRA CORAL REEFS



FIGURE 25.      Example of a Turtle grass (*Thalassia testudinum*) patch. There is a limited extension of submerged aquatic vegetation (SAV) communities across local high energy bottoms, but multiple patches of variable sizes and density occur between reef patches across the surveyed area. These bottoms constitute important nursery ground of juvenile reef fishes.

33

NMFS_00914

PRELIMINARY DETERMINATION OF ACROPORID CORAL DCH ACROSS PUERTA DE TIERRA CORAL REEFS



FIGURE 26.    Examples of common fish species across the surveyed area: Striped grunt (*Haemulon striatum*) along a shallow reef overhang dominated by octocoral colonies of the Deadman fingers (*Briareum asbestinum*).

34

NMFS_00915

PRELIMINARY DETERMINATION OF ACROPORID CORAL DCH ACROSS PUERTA DE TIERRA CORAL REEFS



FIGURE 27.      Example of fish assemblages associated to reef ledges and overhangs. Image includes Porkfish (*Anisotremus virginicus*) and Blue Tang (*Acanthurus coeruleus*).

35

NMFS_00916



FIGURE 28.        Semi-adult individual of a Coney (*Cephalopholis fulva*). Coneys is the most common grouper (Serranidae) species across the surveyed segment and can be frequently observed, particularly hidden under reef ledges, crevices and overhangs.

NMFS_00917

PRELIMINARY DETERMINATION OF ACROPORID CORAL DCH ACROSS PUERTA DE TIERRA CORAL REEFS



FIGURE 29.    Barracuda (*Sphyraena barracuda*), with several Bar jacks (*Carangoides ruber*) and Porkfish (*Anisotremus virginicus*) adjacent to a reef overhang.

37

NMFS_00918



FIGURE 30.    Large heterospecific fish schools often hover around adjacent shallow reefs. In this image the fish school was dominated by Palometas (*Trachinotus goodei*) and by Blue tangs (*Acanthurus coeruleus*).

NMFS_00919

NMFS_00920

39

PRELIMINARY DETERMINATION OF ACROPORID CORAL DCH ACROSS PUERTA DE TIERRA CORAL REEFS

TABLE 2.     Preliminary fish species checklist

| Family | Especies | Common name | Nombre común |
|---|---|---|---|
| Clase Osteichthyes | | | |
| Belonidae | *Tylosurus crocodilus* (Peron & LeSueur) | Houndfish | Agujón caimán |
| Hemiramphidae | *Hemiramphus brasiliensis* (Linnaeus) | Ballyhoo | Balajú |
| Holocentridae | *Holocentrus ascensionis* (Osbeck) | Logjaw Squirrelfish | Gallo candil |
| | *Holocentrus rufus* (Walbaum) | Squirrelfish | Candilero |
| Scorpaenidae | *Scorpaena plumieri* Bloch | Spotted Scorpionfish | Rascana venenosa |
| Serranidae | *Cephalopholis fulva* (Linnaeus) | Coney | Mantequilla |
| | *Epinephelus adscensionis* (Osbeck) | Rock Hind | Cabra mora |
| | *Hypoplectrus nigricans* (Poey) | Black Hamlet | Vaca negra |
| Priacanthidae | *Heteropriacanthus cruentatus* (Lacepède) | Glasseye | Catalufa |
| Sphyraenidae | *Sphyraena barracuda* Walbaum | Great Barracuda | Picúa |
| Carangidae | *Carangoides ruber* (Bloch) | Bar Jack | Cojinúa blanca |
| | *Trachinotus goodie* (Jordan & Evermann) | Palometa | Palometa |
| Scombridae | *Scomberomorus regalis* (Bloch) | Cero | Sierra alasana |
| Lutjanidae | *Lutjanus analis* (Cuvier) | Mutton Snapper | Sama |
| | *Lutjanus mahogoni* (Cuvier) | Mahogany Snapper | Pargo ojón |
| Haemulidae | *Anisotremus surinamensis* (Bloch) | Black Margate | Vieja |
| | *Anisotremus virginicus* (Linnaeus) | Porkfish | Canario |
| | *Haemulon chrysargyreum* Günther | Smallmouth Grunt | Saboga |
| | *Haemulon flavolineatum* Desmarest | French Grunt | Cachicata |
| | *Haemulon striatum* (Linnaeus) | Striped Grunt | Ronco listado |
| Mullidae | *Mulloidichthys martinicus* (Cuvier) | Yellow Goatfish | Salmonete amarillo |
| | *Pseudopeneus maculates* (Bloch) | Spotted Goatfish | Salmonete rojo |
| Pempheridae | *Pempheris schomburgki* (Müller & Troschel) | Copper Sweeper | Barrigón |
| Chaetodontidae | *Chaetodon capistratus* Linnaeus | Foureye Butterflyfish | Mariposa de 4 ojos |
| | *Chaetodon striatus* Linnaeus | Banded Butterflyfish | Mariposa de bandas |
| Pomacanthidae | *Pomacanthus paru* (Bloch) | French Angelfish | Pez ángel francés |
| Pomacentridae | *Abudefduf saxatilis* (Linnaeus) | Sergeant Major | Sargento |
| | *Abudefduf taurus* (Müller & Troschel) | Night Sergeant | Sargento nocturno |
| | *Microspathodon chrysurus* (Cuvier) | Yellowtail Damselfish | Damisela coliamarilla |

PRELIMINARY DETERMINATION OF ACROPORID CORAL DCH ACROSS PUERTA DE TIERRA CORAL REEFS

| Family | Scientific name | English common name | Spanish common name |
|---|---|---|---|
| | Stegastes diencaeus (Jordan & Rutter) | Longfin Damselfish | Damisela aletilarga |
| | Stegastes adustus (Poey) | Dusky Damselfish | Damisela leopoldito |
| | Stegastes leucostictus (Müller & Troschel) | Beau Gregory | Damisela gregorio |
| | Stegastes planifrons (Cuvier) | Three-Spot Damselfish | Damisela amarilla |
| | Stegastes variabilis (Castelnau) | Cocoa Damselfish | Damisela chocolate |
| Labridae | Bodianus pulchellus (Poey) | Spotfin Hogfish | Capitán negro |
| | Bodianus rufus (Linnaeus) | Spanish Hogfish | Loro capitán |
| | Halichoeres bivittatus (Bloch) | Slippery Dick | Doncella |
| | Halichoeres garnoti (Valenciennes) | Yellowhead Wrasse | Cabeza amarilla |
| | Halichoeres maculipinna (Müller & Troschel) | Clown Wrasse | Doncella payasa |
| | Halichoeres poeyi (Steindachner) | Black-Ear Wrasse | Doncella ojinegra |
| | Thalassoma bifasciatum (Bloch) | Bluehead | Cabeza azul |
| Scaridae | Sparisoma chrysopterum (Bloch & Schneider) | Redtail Parrotfish | Loro colirrojo |
| | Sparisoma radians (Valenciennes) | Bucktooth Parrotfish | Loro dientón |
| | Sparisoma rubripinne (Valenciennes) | Yellowtail Parrotfish | Loro aletirrojo |
| | Sparisoma viride (Bonnaterre) | Stoplight Parrotfish | Loro verde |
| | Scarus iserti (Bloch) | Striped Parrotfish | Loro rayado |
| | Scarus taeniopterus Desmarest | Princess Parrotfish | Loro princesa |
| Blenniidae | Ophioblennius atlanticus (Valenciennes) | Redlip Blenny | Bleni de labio rojo |
| Chaenopsidae | Acanthemblemaria spinosa Metzelaar | Spinyhead Blenny | Vieja espinosa |
| | Chaenopsidae spp. | Tube Blennies | Blenios de tubo |
| Gobiidae | Bathygobius soporator (Valenciennes) | Frillfin Goby | Moroncillo |
| | Gobiosoma genie Böhlke & Robins | Genie's Cleaning Goby | Gobio limpiador |
| | Gobiosoma oceanops Jordan | Neon Goby | Gobio neon |
| Labrisomidae | Labrisomus guppyi | Mimic goby | Gobio mimo |
| Acanthuridae | Acanthurus bahianus Castelnau | Ocean Surgeon | Cirujano |
| | Acanthurus chirurgus Bloch | Doctorfish | Médico |
| | Acanthurus coeruleus Bloch & Schneider | Blue Tang | Médico azul |
| Monacanthidae | Monacanthus tuckeri Bean | Slender Filefish | Lija delgada |
| Diodontidae | Diodon hystrix Linnaeus | Porcupinefish | Guanábano |

Family richness = 25
Genera richness = 37
Species richness = 59

**Conclusions**

1. Surveyed benthic habitats showed the common presence of ESA-listed Elkhorn coral (*Acropora palmata*) and a very low abundance of the Laminar star coral (*Orbicella faveolata*) within less than 200 m from the shoreline. There are also multiple colonies of *A. palmata* located within 50 m or less from the shoreline.

2. Preliminary observations suggested that, with the exception of sandy bottoms, seagrass patches, and algal plains, nearly the entire surveyed segment dominated by colonized pavement and patch reefs constituted part of the Acroporid corals designated critical habitats (DCH).

3. Though only one colony of *O. faveolata* was observed during the preliminary inspection, and though no DCH has been officially designated yet for this species, this habitat represented also critical habitats for its presence.

4. The existing coral biodiversity preliminarily documented in this survey showed a total of 26 species within 700 linear meters of reefs along the shoreline, including 3 hydrocorals, 11 octocorals and 12 scleractians or hard corals (***Table 1***).

5. A preliminary survey of fish fauna also showed a total of 59 species, belonging to 37 genera and 25 families. This is only a preliminary list and future surveys may guarantee that this list is likely to grow (***Table 2***).

NMFS_00922



PRELIMINARY DETERMINATION OF ACROPORID CORAL DCH ACROSS PUERTA DE TIERRA CORAL REEFS



FIGURE 31.    Active landslide that has been significantly magnified by machinery operations during the recent construction of a breakwater, and that was eventually abandoned without proper stabilization. This has resulted in significant turbid, sediment-laden runoff accessing the Atlantic Ocean and adjacent coral reef ecosystems.

6.  The surveyed reef segment constituted a very important essential fish habitat (EFH) for multiple reef fish species, including species managed by the Commonwealth of Puerto Rico and NMFS.

42

NMFS_00923

PRELIMINARY DETERMINATION OF ACROPORID CORAL DCH ACROSS PUERTA DE TIERRA CORAL REEFS

7.  There was presence of submerged aquatic vegetation (SAV) across the adjacent benthic systems, but environmental impacts of the project to these systems were not addressed either.

8.  A massive landslide was significantly impacting the shoreline and adjacent coral reefs ecosystems (***Figure 31***). There is a need to immediately stabilize this active landslide to reduce further impacts to adjacent coral reefs and SAV, including DCH of Acroporid corals.

9.  There is a need to determine the spatial extent of Acroporid coral DCH across adjacent reef bottoms.

10. There is a need to determine the presence of any of the seven ESA-listed coral species across adjacent reef bottoms.

11. There is a need to address impacts to EFH in compliance with section 305(b)(2) through (4) of the Magnuson-Stevens Act.

12. There is a need to initiate consultation with NMFS under section 7 of ESA.

13. There is no evidence in the available public record of this project that the construction of an abandoned breakwater in navigable waters of the Atlantic Ocean was permitted by the US Army Corps of Engineers. This should be addressed.

NMFS_00924

14. There is a need to complete a full Environmental Impact Statement analysis in compliance with Law 147.

According to the available public record, potential environmental impacts of this project on coral reef ecosystems were not addressed. Though this project will not be constructed within navigable waters, there is significant potential for permanent adverse impacts on coral reefs associated to the construction of this project could be significant and permanent and must be immediately addressed.

NMFS_00925

BIOGRAPHICAL SKETCH – EDWIN A. HERNÁNDEZ-DELGADO

University of Puerto Rico, Center for Applied Tropical Ecology and Conservation, Coral Reef Research Group,
PO Box 23360, San Juan, PR 00931-3360
http://upr.academia.edu/EdwinHernandez, http://catec.upr.edu
edwin.hernandezdelgado@gmail.com; edwin.hernandez13@upr.edu

**Professional preparation**

*Position, Institution*
B.Sc. – Marine Biology, University of Puerto Rico-Humacao (1988)
M.Sc. – Environmental Microbiology, University of Puerto Rico-Río Piedras (1992)
Ph.D. – Tropical Biology (Coral Reef Ecology), University of Puerto Rico-Río Piedras (2000)
Post-Doc. – Diseased Coral Molecular Microbiology, University of Puerto Rico-Río Piedras (2004-2005)

**Appointments**

Research Fellow, Center for Applied Tropical Ecology and Conservation, UPR-RP, 2007-present
Affiliate Researcher/Lecturer, Department of Biology, UPR-RP, 2005-present
Lecturer, Department of Biology, UPR-RP, 2004-present
Post-Doctoral Researcher, PR-NSF-EPSCoR Program, Resource Center for Science & Engineering, UPR, 2004-05
Contractor, Environmental Defense, Miami, FL, 2003-2004
Contractor, Culebra Conservation and Development Authority, Culebra,PR, 2003-2004
Assistant Professor. Department of Biology, UPR-RP, 2001-2003
Contractor, U.S. Coral Reef Initiative, Dept. Natural and Environmental Resources, San Juan, PR, 2000-2003
Research Associate/Lecturer. Department of Biology, UPR-RP, 1999-2000
Lecturer, Universidad del Turabo, Department of Science and Technology, Gurabo, PR, 1997-2000

**Recent publications by topic**

**Hernández Delgado E.A.**, A. Montañez-Acuña, A. Otaño-Cruz, & S.E. Suleimán-Ramos. 2014. Bomb-cratered coral reefs in Puerto Rico, the untold story about a novel habitat: From reef destruction to community-based ecological rehabilitation. *Rev. Biol. Trop.* 62 (Suppl. 3):183-200. http://dx.doi.org/10.15517/rbt.v62i0.15913

**Hernández-Delgado, E.A.**, C.M. González-Ramos, & P.J. Alejandro-Camis. 2014. Large-scale coral recruitment patterns in Mona Island, Puerto Rico: Evidence of shifting coral community trajectory after massive bleaching and mortality. *Rev. Biol. Trop.* 62 (Suppl. 3):49-64. http://dx.doi.org/10.15517/rbt.v62i0.15901

Schärer-Umpierre, M., D. Mateos-Molina, R. Appeldoorn, I. Bejarano, **E.A. Hernández-Delgado**, R. Nemeth, M. Nemeth, M. Valdés-Pizzini, & T. Smith. 2014. Marine managed areas and associated fisheries in the US Caribbean. *Adv. Mar. Biol.* 69:129-152. http://dx.doi.org/10.1016/B978-0-12-800214-8.00004-9

**Hernández-Delgado, E.A.**, M. Shivlani, & A.M. Sabat. 2014. Ecosystem-based and community-based model integration to designate no-take marine protected areas: A case study from Puerto Rico. *Natural Resources* 5(10):538-560. http://dx.doi.org/10.4236/nr.2014.510049

**Hernández-Delgado, E.A.**, B.J. Rosado-Matías, & A.M. Sabat. 2006. Management failures and coral decline threatens fish functional groups recovery patterns in the Luis Peña Channel No-Take Natural Reserve, Culebra Island, PR. *Proc. Gulf Caribb. Fish. Inst.* 57:577-605. http://aquaticcommons.org/13898/1/gcfi_57-41.pdf

**Hernández-Delgado, E.A.**, A.E. Mercado-Molina, P.J. Alejandro-Camis, F. Candelas-Sánchez, J.S. Fonseca-Miranda, C.M. González-Ramos, R. Guzmán-Rodríguez, P. Mège, A.A. Montañez-Acuña, I. Olivo-Maldonado, A. Otaño-Cruz, & S.E. Suleimán-Ramos. 2014. Community-based coral reef rehabilitation in a changing climate: Lessons learned from hurricanes, extreme rainfall, and changing land use impacts. *Open J. Ecol.* 4(14):918-944. http://dx.doi.org/10.4236/oje.2014.414077

**Hernández-Delgado, E.A.**, & S.E. Suleimán-Ramos. 2014. E.S.A. coral species listing: A roadblock to community-based engagement in coral reef conservation and rehabilitation across the U.S. Caribbean? *Reef Encounter* 29(1):11-15. http://www.sgmeet.com/isrs/membership/files/reef-encounter-29-1-feb2014.pdf#page=11

Ruiz-Ramos, D.V., **E.A. Hernández-Delgado**, & N. Schizas. 2011. Population status of the long-spine sea urchin, *Diadema antillarum* Phillipi, in Puerto Rico 20 years after a mass mortality event. *Bull. Mar. Sci.* 87(1):113-127. http://dx.doi.org/10.5343/bms.2010.1038

NMFS_00926

Ballantine, D.L., R.S. Appeldoorn, P. Yoshioka, E. Weil, R. Armstrong, J.R. García, E. Otero, F. Pagán, C. Sherman, **E.A. Hernández-Delgado**, A. Bruckner, & C. Lilyestrom. 2008. Biology and ecology of Puerto Rican coral reefs. 375-406. In, B.M. Riegl & R.E. Dodge (eds.), *Coral Reefs of the World, Vol. I. Coral Reefs of the USA*, Springer-Science + Business Media B.V. 803pp. http://link.springer.com/chapter/10.1007/978-1-4020-6847-8_9

García-Sais, J.R., R. Appeldoorn, T. Batista, L. Bauer, A. Bruckner, C. Caldow, L.M. Carruba, J. Corredor, E. Díaz, C. Lyliestrom, G. García-Moliner, **E. Hernández-Delgado** et al. 2008. The state of coral reef ecosystems in Puerto Rico. Pp. 75-116. In, J.E. Waddell & A.M. Clarke (eds.), *The State of Coral Reef Ecosystems of the United States and Pacific Freely Associated States: 2008*. NOAA Tech. Mem. NOS NCCOS 73. NOAA/NCCOS Center for Coastal Monitoring and Assessment's Biogeography Team. Silver Spring, MD. 569 pp. http://drna.gobierno.pr/oficinas/arn/recursosvivientes/costasreservasrefugios/coral/publicaciones/status%20PR%20corals%202008.pdf

Ramos-Scharrón, C., D. Torres-Pulliza, & **E.A. Hernández-Delgado**. 2015. Watershed- and island-scale land cover changes in Puerto Rico (1930s-2004) and their potential effects on coral reef ecosystems. *Science of the Total Environment* 506-507:241-251.

Ramos-Scharrón, C.E., J.M. Amador, & **E.A. Hernández-Delgado**. 2012. An interdisciplinary erosion mitigation approach for coral reef protection – A case study from the Eastern Caribbean. 127-160. In, A. Cruzado (Ed.), *Marine Ecosystems*, ISBN: 978-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-5, InTech, Available from: http://www.intechopen.com/articles/show/title/an-interdisciplinary-erosion-mitigation-approach-for-coral-reef-protection-a-case-study-from-the-eas

Díaz-Ortega, G., & **E.A. Hernández-Delgado**. 2014. Land-based source pollution in a climate of change: A roadblock to the conservation and recovery of Elkhorn coral *Acropora palmata* (Lamarck 1816). *Natural Resources* 5(10):561-581. http://dx.doi.org/10.4236/nr.2014.510050

Sturm, P., R. Viqueira-Ríos, L. Meyer-Comas, **E.A. Hernández-Delgado**, C. González-Ramos, A. Montañez-Acuña, & A. Otaño-Cruz. 2014. Culebra Community Watershed Action Plan for Water Quality and Coral Reefs. Technical Report submitted to NOAA, Silver Spring, MD. 76 pp.

**Hernández-Delgado, E.A.**, Y.M. Hutchinson-Delgado, R. Laureano, R. Hernández-Pacheco, T.M. Ruiz-Maldonado, J. Oms, & P.L. Díaz. 2011. Sediment stress, water turbidity and sewage impacts on threatened Elkhorn coral (*Acropora palmata*) stands at Vega Baja, Puerto Rico. *Proc. Gulf Caribb. Fish. Inst*. 63:83-92. http://procs.gcfi.org/pdf/GCFI_63-13.pdf

**Hernández-Delgado, E.A.**, B. Sandoz, M. Bonkosky, H. Mattei, & J. Norat. 2010. Impacts of non-point source sewage pollution in Elkhorn coral, *Acropora palmata* (Lamarck), assemblages of the southwestern Puerto Rico shelf. *Proc. 11th Int. Coral Reefs Symp*. 747-751. http://www.nova.edu/ncri/11icrs/proceedings/files/m18-16.pdf

**Hernández-Delgado E.A.**, C.E. Ramos-Scharrón, C. Guerrero, M.A. Lucking, R. Laureano, P.A. Méndez-Lázaro, & J.O. Meléndez-Díaz. 2012. Long-term impacts of tourism and urban development in tropical coastal habitats in a changing climate: Lessons learned from Puerto Rico. 357-398. In M. Kasimoglu (ed.), *Visions from Global Tourism Industry-Creating and Sustaining Competitive Strategies*. Intech Publications. ISBN 979-953-307-532-6 Available from: http://www.intechopen.com/books/visions-for-global-tourism-industry-creating-and-sustaining-competitive-strategies/long-term-impacts-of-non-sustainable-tourism-and-urban-development-in-tropical-coastal-habitats-in-a

Eakin, C.M., J.A. Morgan, T.B. Smith, G. Liu, L. Alvarez-Filip, B. Baca, C. Bouchon, M. Brandt, A. Bruckner, A. Cameron, L. Carr, M. Chiappone, M. James, C. Crabbe, O. Day, E. de la Guardia-Llanso, D. DiResta, D. Gilliam, R. Ginsburg, S. Gore, H. Guzmán, **E.A. Hernández-Delgado** et al. 2010. Caribbean corals in crisis: Record thermal stress, bleaching and mortality in 2005. *Plos One* 5(11): e13969. http://dx.doi.org/10.1371/journal.pone.0013969

Hernández-Pacheco, R**., E.A. Hernández-Delgado**, & A.M. Sabat. 2011. Demographics of bleaching in the Caribbean reef-building coral *Montastraea annularis*. *Ecosphere* 2(1):art9. 1-13. http://dx.doi.org/10.1890/ES10-00065.1

**Hernández-Delgado, E.A**. 2005. Historia natural, caracterización, distribución y estado actual de los arrecifes de coral Puerto Rico. 281-356. *In*, R.L. Joglar (Ed.), *Biodiversidad de Puerto Rico: Vertebrados Terrestres y Ecosistemas. Serie Historia Natural*. Editorial Instituto de Cultura Puertorriqueña, San Juan, PR. 563 pp.

Bonkosky, M., **E.A. Hernández-Delgado**, B. Sandoz, I.E. Robledo, J. Norat-Ramírez, & H. Mattei. 2009. Detection of spatial fluctuations of non-point source fecal pollution in coral reef surrounding waters in southwestern Puerto Rico using PCR-based assays. *Mar. Poll. Bull.* 58(1):45-54. http://dx.doi.org/10.1016/j.marpolbul.2008.09.008

REFERENCES:  Upon request

2



Nova Southeastern University
**NSUWorks**

HCNSO Student Theses and Dissertations                     HCNSO Student Work

12-11-2015

# Natural vs. Anthropogenic Sedimentation: Does Reducing a Local Stressor Increase Coral Resilience to Climate Change?

Francesca Fourney

*Nova Southeastern University*, ff129@nova.edu

Follow this and additional works at: https://nsuworks.nova.edu/occ_stuetd

Part of the Marine Biology Commons, and the Oceanography and Atmospheric Sciences and Meteorology Commons

## Share Feedback About This Item

NSUWorks Citation

Francesca Fourney. 2015. *Natural vs. Anthropogenic Sedimentation: Does Reducing a Local Stressor Increase Coral Resilience to Climate Change?*. Master's thesis. Nova Southeastern University. Retrieved from NSUWorks, . (400)
https://nsuworks.nova.edu/occ_stuetd/400.

This Thesis is brought to you by the HCNSO Student Work at NSUWorks. It has been accepted for inclusion in HCNSO Student Theses and Dissertations by an authorized administrator of NSUWorks. For more information, please contact nsuworks@nova.edu.

**ABSTRACT**

Corals face serious worldwide population declines due to global climate change in combination with direct anthropogenic impacts. Global climate change is difficult to manage locally, but policy makers can regulate the magnitude of local stressors affecting reefs. The objective of this experiment is to investigate if reducing sedimentation will enable reef corals to better endure global climate change. It has been shown that some coral species can handle climate change stress when provided with additional energy resources. Here I tested if the capacity of corals to cope with climate change can be improved when their ability to feed and photosynthesize was not compromised by increased sedimentation. Sedimentation can impede coral feeding and their ability to photosynthesize due to direct polyp blocking and increased turbidity, which reduces light availability. To evaluate the potential of enhancing coral ability to tolerate climate change by reducing a local stressor, I examined the survival and growth of brooding coral *Porites astreoides* juveniles when exposed to ambient and elevated water temperatures under differing sedimentation rates. I also assessed if sediment composition has significant impacts on these results. I used sediment from a reef and sediment from a boat basin within a port to mimic natural and anthropogenic sediment types and processes (e.g. dredging). Experiments were conducted to quantitatively assess the synergistic effects of sediment concentration and composition, along with increased temperature on the survival and growth of juvenile *P. astreoides.* The most detrimental effects were observed with anthropogenic sediment, when both sediment concentration and water temperatures were high. However, increased natural reef sediment was found to be beneficial to juvenile corals. More interestingly, I found that corals capacity to deal with higher temperatures is improved when anthropogenic sedimentation is maintained at minimal levels and turbidity resulting from sedimentation was low. Therefore, this information will aid managers in making decisions that regulate dredging and construction activities to minimize sedimentation, which will contribute to increase coral survival under climate change.

**Keywords:** dredging, ocean warming, juvenile corals, survival, growth

NMFS_00934

1.    **INTRODUCTION**

*1.1.   Importance and Status of Coral Reefs Globally*

Coral reefs are one of the most important and biologically diverse ecosystems on Earth. These habitats provide several essential ecosystem services and have significant economic value. Scleractinian corals construct the foundation of the reef by excreting calcium carbonate skeletons. These skeletons provide habitat, shelter, nursery areas, and food for over 9 million species of animals and plants (Knowlton, 2001). Coral reef ecosystems span only 0.2% of the ocean floor but support an estimated 25% of all marine life (Spalding et al., 2001). Coral reefs are also vital to the human population. An estimated $375 billion of net benefits in goods and services are derived globally from coral reefs each year (Veron et al., 2009). For example, some of the ecological commodities supplied by coral reefs include: seafood products, raw materials for medicines, mineral oil, and petroleum gas (Carté, 1996; Moberg & Folke, 1999). Coral reefs also provide important ecosystem services such as physical shoreline stabilization, carbon dioxide-calcium budget control, tourism and recreational services, and biotic maintenance of these aesthetically pleasing habitats (Carté, 1996; Moberg & Folke, 1999). These goods and services are essential in sustaining the livelihood of many coastal communities.

Corals face natural stressors such as predation, competition, and physical disturbances. Predation occurs at all stages of their life cycle. Coral larvae can be eaten while in the water column where predation intensity is generally high (Pechenik, 1999). Parrotfish or other corallivores such as Crown-of-Thorns starfish will directly eat adult corals (De'ath & Moran, 1998). Corals are also vulnerable to competition for space and light among conspecifics, as well as between other benthic organisms. Corals obtain much of their energy through photosynthesis via a symbiotic relationship with algae of the genus *Symbiodinium,* so there exists competition for space and light. Disturbances due to weather phenomena such as severe storms also occur naturally in tropical marine areas. Even though storms cause direct physical destruction to reefs, corals normally recover through biological processes and because they have evolved in storm prone locations (Sheppard et al., 2009). Recovery is dependent on the growth of the surviving coral population through asexual reproduction and recruitment during sexual

NMFS_00935

Marine Pollution Bulletin 100 (2015) 13–33



Contents lists available at ScienceDirect

# Marine Pollution Bulletin

journal homepage: www.elsevier.com/locate/marpolbul



Review

# Effects of sediments on the reproductive cycle of corals



R. Jones [a,b,d,*], G.F. Ricardo [a,b,c], A.P. Negri [a,b]

[a] Australian Institute of Marine Science (AIMS), Perth, Australia
[b] Western Australian Marine Science Institution (WAMSI), Perth, Australia
[c] Centre of Microscopy, Charaterisation and Analysis, The University of Western Australia, Perth, Australia
[d] Oceans Institute, University of Western Australia, Perth, Australia

## ARTICLE INFO

Article history:
Received 29 May 2015
Received in revised form 29 July 2015
Accepted 2 August 2015
Available online 16 September 2015

Keywords:
Sediment
Dredging
Coral spawning
Reproduction
Fertilization
Settlement

## ABSTRACT

Dredging, river plumes and natural resuspension events can release sediments into the water column where they exert a range of effects on underlying communities. In this review we examine possible cause–effect pathways whereby light reduction, elevated suspended sediments and sediment deposition could affect the reproductive cycle and early life histories of corals. The majority of reported or likely effects (30+) were negative, including a suite of previously unrecognized effects on gametes. The length of each phase of the life-cycle was also examined together with analysis of water quality conditions that can occur during a dredging project over equivalent durations, providing a range of environmentally relevant exposure scenarios for future testing. The review emphasizes the need to: (a) accurately quantify exposure conditions, (b) identify the mechanism of any effects in future studies, and (c) recognize the close interlinking of proximate factors which could confound interpretation of studies.

© 2015 The Authors. Published by Elsevier Ltd. This is an open access article under the CC BY license (http://creativecommons.org/licenses/by/4.0/).

## Contents

1. Introduction . . . 14
2. Example of water quality conditions during a large dredging program . . . 15
3. Gametogenesis and reproductive synchrony . . . 15
   3.1. Effects of sediment on gametogenesis and reproductive synchrony . . . 15
4. Spawning synchrony and egg–sperm bundle release . . . 16
   4.1. Effects of sediment on spawning synchrony and egg–sperm bundle release . . . 18
5. Fertilization . . . 18
   5.1. Effects of sediment on fertilization . . . 19
6. Embryogenesis and larval development . . . 21
   6.1. Effects of sediment on embryogenesis and larval development . . . 21
7. Settlement and metamorphosis . . . 24
   7.1. Effects of sediment on settlement . . . 25
8. New recruits . . . 25
   8.1. Effects of sediment on metamorphosis and new recruits . . . 26
9. Conceptual models and cause–effect pathways . . . 26
10. Discussion and conclusions . . . 27
Funding sources . . . 29
Author contributions . . . 29
Competing interests . . . 29
References . . . 29

* Corresponding author.
E-mail addresses: r.jones@aims.gov.au (R. Jones), g.ricardo@aims.gov.au (G.F. Ricardo), a.negri@aims.gov.au (A.P. Negri).

http://dx.doi.org/10.1016/j.marpolbul.2015.08.021
0025-326X/© 2015 The Authors. Published by Elsevier Ltd. This is an open access article under the CC BY license (http://creativecommons.org/licenses/by/4.0/).

## 1. Introduction

Natural resuspension events, terrestrial run-off and dredging-related activities can temporarily increase suspended sediment concentrations (SSCs) in the water column. The effects of suspended sediments on adult corals are well known (Erftemeijer et al., 2012a; Rogers, 1990) but nevertheless constitute only part of the demographic equation (Hughes et al., 2000, 2011). The sensitivity of the early life-history stages of corals has also been recognized for over a century (Stephenson, 1931; Wood-Jones, 1910), but even before fertilization, embryogenesis and the establishment of the sessile, and benthic juvenile form, sediments could exert a range of effects on the reproductive cycle including gametogenesis, spawning synchrony and on gametes in the water column.

This review examines the effects of turbidity on all aspects of the coral life cycle of corals from gamete development to the early post-settlement stage. The focus is on the effects of sediments on broadcast spawning species which usually dominate the tropical coral reef environment. Their life cycle is complex involving gametogenesis, reproductive synchronization, fertilization at the surface and larval development in the water column, leading finally to settlement and metamorphosis into a sessile polyp. Their life-cycle is stylized in Fig. 1 and based on Acropora spp.

Natural resuspension events regularly occur in the shallow, tropical marine environment (Anthony et al., 2004) and although resuspension and transport of suspended material may be strongly influenced by unidirectional currents, wind-driven waves are the primary mechanism of turbidity generation in the shallow reef environment (Jing and Ridd, 1996; Larcombe et al., 1995, 2001; Lawrence et al., 2004; Ogston et al., 2004; Verspecht and Pattiaratchi, 2010). In the shallow inshore turbid zone of the Great Barrier Reef, resuspension of bottom sediment by waves affects coral communities on an estimated 110 days year$^{-1}$ (Orpin et al., 1999). During predicted coral spawning periods wind speeds have averaged 8–10 m s$^{-1}$ (or 15–20 knots) on six out of eleven years from 2000–2010 (AIMS, 2011). At these wind speeds natural resuspension and wind-wave induced turbidity would occur in the inshore turbid zones (Larcombe et al., 1995; Orpin et al., 2004; Orpin and Ridd, 2012) with possible implications for spawning and recruitment success of local corals.

In addition to natural events, anthropogenic activities can also release sediment into the water column, and dredging and disposal of dredged material (spoil) are the most well-known sources and are also the most amenable to management. In recognition of the sensitivity of the early life-cycle stages of corals, and since reproduction and recruitment processes underpin the maintenance and resilience of communities to disturbance, policy makers have attempted to protect coral spawning periods from sediments generated by dredging-related activities. Since 1993 dredging projects in Western Australia that are close to reefs are required to temporarily stop when corals are spawning (Baird et al., 2011; EPA, 2011). This regulatory condition is currently set as 5 days before spawning to 7 days afterwards. This is referred to as the coral spawning environmental window (EW) and is associated with the well-known synchronous, multi-specific release of gametes by broadcasting spawning coral species that can occur in WA in single epidemic events of relatively short duration (EPA, 2011; Simpson, 1985; Styan and Rosser, 2012). Unfavorable conditions during a spawning period could result in loss of the entire reproductive output for the year (Harrison et al., 1984). This management approach has also been adopted



Fig. 1. A stylized depiction of the reproductive cycle of the broadcast spawning Acropora species with indicative timings based on the studies of Hayashibara et al. (1997), Okubo and Motokawa (2007), Okubo et al. (2008) and Ball et al. (2002). The cycle begins and ends with gametogenesis in the adult colonies on the reef, but in between there are a complex sequence of phases which are spatially and temporally separated. Spawning occurs through the release of positively buoyant membrane-less, mucous bound egg and sperm bundles which dissociate at the surface and upper water column releasing the eggs and sperm. Fertilization occurs at the surface and upper water column where the initial stages of embryogenesis occur. Cleavage takes place by progressive furrow formation and the embryos of most Acropora species undergo an relatively unordered, irregular division cycle after the 8-cell stage eventually and after the morula stage becomes a convex-concave cellular bi-layer stage (the prawn-chip stage sensu Hayashibara et al., 1997) then bowl stage. The embryos then fatten to become a roughly spherical shape and by 36 h develop cilia over the epidermis, which beat synchronously imparting mobility to the planulae larvae. The larvae then become progressively elongated and begin searching substrata and eventually settle and undergo metamorphosis into juvenile polyps.

genotoxic (mutagenic, teratogenic and carcinogenic) effects (Fig. 4), as well as bioaccumulative effects through uptake and ingestion of contaminants (see for example Hedge et al., 2009). Prior to dredging sediments are normally examined for contaminant concentrations and if levels exceed screening guidelines (see for example DEWHA (2009)) are landfilled. Many capital dredging projects in the tropics are also green-field sites without historical pollution, and sediment contamination is a more significant issue for the marine environment of industrialized and typically temperate countries than for tropical benthic coral reef environments (with a few notable exceptions—see Jones (2011)). For these reasons the chemical effects are not considered further here.

The model graphically highlights some of the complexities associated with understanding the effect of sediments on the early life-history stages of corals. While some proximal stressors such as the effects of sound are isolated and distinct, most of the proximate stressors are associated with the release of sediment into the water column and once turbidity has been generated, the proximate stressors then become highly interlinked. Individual stressors become part of a causal pathway to other stressors (the inner triangle of Fig. 4).

This model highlights the multifaceted interactions of sediments with coral reproductive processes and early life history stages. Part of this complexity is due to multiple ways in which corals are affected (e.g. light reduction, physical interactions in the water column and smothering). The model also highlights that dredging and natural resuspension may affect more than one step in the reproductive sequence of corals. When the impacts on each step are documented then this should be accounted for in risk assessment modeling. Although this model reveals multiple stressor pathways, many of which have not been documented previously, it has not considered that other simultaneous stressors such as high sea surface temperature can increase the sensitivity of coral reproduction in an additive or synergistic way (Negri and Hoogenboom, 2011).

## 10. Discussion and conclusions

Turbidity and sedimentation are two of the most widely recognized threats to coral reefs (Johannes, 1970; Risk and Edinger, 2011; Rogers, 1990). There have been many studies of the effects of typically very high SSCs and sedimentation rates on adult corals, but the effects on coral communities may equally manifest themselves over longer periods and associated with changes at the population level via effects on reproduction and recruitment. This review was partly motivated by a recent resources boom in tropical Australia, the need for dredging for coastal infrastructure and shipping channels to export mineral and petroleum products, and current environmental regulations around protecting coral spawning events during dredging campaigns. However, the findings are equally as applicable to natural events in turbid-zone communities driven by wind-wave induced resuspension (Anthony et al., 2004; Jing and Ridd, 1996; Larcombe et al., 1995, 2001; Lawrence et al., 2004; Ogston et al., 2004; Verspecht and Pattiaratchi, 2010).

When the regulations were introduced in Western Australia, shortly after the discovery of co-ordinated spawning of corals comparatively little was known about the effects of sediments, hence the approach was precautionary (Kriebel et al., 2001). Since then an improved understanding of the biology of the early life-history stages of corals and also their response to sediments, coupled with a growing understanding of the water quality conditions that can occur during dredging programs, has allowed a more thorough analysis of the potential risks associated with turbidity generation on the early stages of the coral reproductive cycle.

The conceptual model (Fig. 4) highlights known and also biologically plausible cause–effect pathways including some potentially beneficial effects of turbidity. Benefits include a reduction in UV light penetration potentially reducing damage to gametes and embryos at the surface, a reduction in oxidative stress in symbiotic larvae and recruits (Abrego et al., 2012; Yakovleva et al., 2009), a reduction in predation rates by reduced visibility and increased encounter rates of aposymbiotic larvae with sediment-associated free-living *Symbiodinium* released into the water column. Suspended and deposited sediments can act as an energy source for adult corals if it contains organic material (Anthony, 1999; Mills et al., 2004), and possibly recently settled corals—although this has yet to be examined. However, there are overwhelmingly more (30+) possible causal pathways whereby turbidity-generating activities can negatively affect reproduction.

Most studies of the effects of sediments have been associated with fertilization and subsequent larval development and settlement, but there is a suite of biologically plausible cause–effect pathways associated with turbidity-generation prior to these stages. The predictability of broadcast spawning corals in some species (to within a few minutes from year-to-year, Vize et al. (2005) and Babcock and Heyward (1986)) and subtle differences when gametes are released by different species, and even factors such as egg–sperm bundle dissociation rates (Wolstenholme, 2004), highlight the significance of timing and the synchronization process for successful fertilization. The time-window for fertilization could perhaps be less than an hour in vivo where sperm dilution and advection occurs (Omori et al., 2001). The available evidence also suggests that it is only very subtle changes in light quantity and quality (i.e. falling light intensities, the length of a period of darkness and the intensity and color of downwelling irradiance during twilight) (Babcock, 1984; Boch et al., 2011; Hunter, 1988; Knowlton et al., 1997; Sweeney et al., 2011) that are amongst the final discrete, proximate triggers for the spawning. This needs to be contrasted with the profound effects of high SSCs on light including producing extended darkness and semi-dark, caliginous, twilight periods. Altering the final cues could result in asynchronous spawning. The extended twilight periods could also affect gametogenic synchrony in the weeks and months leading up to spawning. Such a loss synchrony could ultimately affect the arrival of the gametes at the surface, blurring the temporal separation for each species which is believed to be an important pre-zygotic isolating barrier that prevents or reduces hybridization between closely-related species spawning at slightly different times (Fukami et al., 2003; Knowlton et al., 1997; Levitan et al., 2004; van Oppen et al., 2002; Willis et al., 2006; Wolstenholme, 2004).

A second suite of cause–effect pathways occurring before fertilization include the binding of sediments to egg–sperm bundles reducing ascent rates from the seabed and even cause ascent failure at very high SSCs (Ricardo et al., submitted). Even if not bound to the bundles, settling of silt-sized sediments could affect bundle rise rates, especially for deeper corals, also impacting the timely appearance at the surface. Sedimenting silt-sized particles, which are about the same size as coral sperm, could increase the sinking rates of the already negatively buoyant sperm from the upper-surface where fertilization occurs. As with the effects of light quality and quantity, collectively these mechanisms could also affect the temporal separation resulting in asynchrony and reducing the chances of egg–sperm encounter (Ricardo unpublished data).

Several studies have examined the effects of sediment on fertilization but with wide ranging effects, and it is clear that there is a need for greater standardization of approaches and consideration of experimental conditions such as egg and sperm concentrations and sperm contact times. Attention to these factors may also optimize the sensitivity of the assays for further use in risk models. As a generalization, embryogenesis appears to be relatively less sensitive to the suspended sediment concentration but more studies are needed on the effects on embryogenesis and early larval development to better understand the impacts on the planktonic phase. Early embryos are known to be very sensitive to turbulence, resulting in disintegration of embryos of *A. millepora* at the 2–16 cell stage creating irregular groups of cells or individual blastomeres (Heyward and Negri, 2012). To assess the effects in the water column alternative experimental approaches may be needed to keep the delicate embryos and larvae in suspension together with