**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

EL PUENTE, et al.,

      *Plaintiffs*,

    v.

U.S. ARMY CORPS OF ENGINEERS, et al.,

      *Defendants*.

Case No.: 1:22-cv-02430-CJN

**JOINT APPENDIX IN SUPPORT OF PARTIES'**
**MOTIONS AND CROSS-MOTIONS FOR SUMMARY JUDGMENT**

**VOLUME 4**

Dated:  May 5, 2023

Respectfully submitted,

 s/ *Catherine Kilduff*

Catherine Kilduff, DC Bar No. 1026160
Julie Teel Simmonds, DC Bar No. CO0091
Miyoko Sakashita, DC Bar No. CA00061
CENTER FOR BIOLOGICAL DIVERSITY
1212 Broadway, Suite 800
Oakland, CA 94612
(510) 844 - 7100
ckilduff@biologicaldiversity.org
jteelsimmonds@biologicaldiversity.org
miyoko@biologicaldiversity.org

*Attorneys for Plaintiffs El Puente,*
*CORALations, and Center for*
*Biological Diversity*

**INDEX**
**JOINT APPENDIX**

| VOLUME 1 | | |
|---|---|---|
| **Page Span of Original in AR** | **Page(s) in Appendix** | **Document Description** |
| FWS_00026–FWS_00030 | FWS_00026–FWS_00030 | USFWS response re: supplemental EA and section 7 consultation |
| FWS_00047–FWS_00051 | FWS_00047–FWS_00051 | USFWS concurrence letter to USACE re: Biological Assessment |
| FWS_00052–FWS_00080 | FWS_00052–FWS_00080 | USFWS letter and Final Fish and Wildlife Coordination Act Report |
| FWS_00081–FWS_00085 | FWS_00081–FWS_00085 | Email exchange between USFWS and USACE, with attachment |
| FWS_01345–FWS_01348 | FWS_01345 | Internal FWS email re: Biological Assessment |
| FWS_01349–FWS_01368 | FWS_01349–FWS_01368 | USACE ESA Biological Assessment |
| FWS_01390–FWS_01418 | FWS_01390–FWS_01393 | USFWS letter responding to USACE's Notice of Intent |
| NMFS_00001–NMFS_00003 | NMFS_00001–NMFS_00003 | NMFS memo re: SJH evaluation of new information from Cunning 2019 |
| NMFS_00004–NMFS_00154 | NMFS_00004–NMFS_00154 | ESA Section 7 Biological Opinion |
| NMFS_00157–NMFS_00160 | NMFS_00157–NMFS_00160 | USACE email re: NMFS's request for information re: monitoring and management plan and dredge disposal site |
| NMFS_00169–NMFS_00176 | NMFS_00169–NMFS_00176 | NMFS letter requesting additional information for Biological Opinion |

| VOLUME 2 | | |
|---|---|---|
| **Page Span of Original in AR** | **Page(s) in Appendix** | **Document Description** |
| NMFS_00177– NMFS_00292 | NMFS_00177– NMFS_00292 | USACE letter requesting formal consultation from NMFS and attached biological assessment |
| NMFS_00678– NMFS_00692 | NMFS_00678– NMFS_00692 | Cunning et al. 2019. Extensive coral mortality and critical habitat loss following dredging |
| NMFS_00693– NMFS_00700 | NMFS_00693– NMFS_00700 | Fourney & Figueiredo 2017. Additive negative effects of anthropogenic sedimentation and warming on the survival of coral recruits |
| NMFS_00701- NMFS_00768 | NMFS_00701– NMFS_00768 | Water & Air 2017. Miami Harbor Phase III Dredging Project |
| NMFS_00770- NMFS_00788 | NMFS_00770– NMFS_00788 | Miller et al. 2016. Detecting sedimentation impacts to coral reefs resulting from dredging Port of Miami, Florida USA |
| NMFS_00789– NMFS_00847 | NMFS_00789– NMFS_00847 | NMFS letter and report re: Examination of Sedimentation Impacts to Coral Reef Along the Port of Miami Entrance Channel |
| NMFS_00881- NMFS_00927 | NMFS_00881– NMFS_00927 | Hernandez-Delgado & Rivera. Prelim. Determination of Acroporid Critical Habitats |
| NMFS_00928- NMFS_00967 | NMFS_00928, NMFS_00934–35 | Fourney 2015. Natural vs. Anthropogenic Sedimentation: Does Reducing a Local Stressor Increase Coral Resilience to Climate Change? |
| NMFS_00968- NMFS_00988 | NMFS_00968, NMFS_00969, NMFS_00982 | Jones et al. 2015. Effects of sediments on the reproductive cycle of corals |

| VOLUME 3 | | |
|---|---|---|
| **Page Span of Original in AR** | **Page(s) in Appendix** | **Document Description** |
| USACE_000001– USACE_000003 | USACE_000001– USACE_000003 | Finding of No Significant Impact |
| USACE_000004– USACE_000008 | USACE_000004– USACE_000008 | Chief of Engineer's Report on Feasibility Study |
| USACE_000023– USACE_000024 | USACE_000023– USACE_000024 | EPA letter to USACE re: response to integrated feasibility report and EA |
| USACE_000028– USACE_000217 | USACE_000028– USACE_000217 | Integrated Feasibility Report and EA |
| USACE_000761– USACE_000787 | USACE_000761– USACE_000787 | Feasibility Report and EA - Appendix B - Dredged Material Management Plan |
| USACE_000788– USACE_000883 | USACE_000788–90, USACE_000796–97, USACE_000803–05, USACE_000827, USACE_000867 | Feasibility Report and EA - Appendix C - Economics |
| USACE_000916– USACE_001070 | USACE_000916, USACE_000924–25, USACE_001025–67 | Feasibility Report and EA - Appendix F - NMFS EFH ESA Consultation |

| VOLUME 4 | | |
|---|---|---|
| **Page Span of Original in AR** | **Page(s) in Appendix** | **Document Description** |
| USACE_001110–USACE_001124 | USACE_001110–USACE_001124 | Feasibility Report and EA Appendix I – 404(b)(1) Evaluation |
| USACE_001125–USACE_001283 | USACE_001125–83, USACE_001205–06, USACE_001250–52, USACE_001257, USACE_001280–81 | Feasibility Report and EA Appendix J – Pertinent Correspondence |
| USACE_001284–USACE_001290 | USACE_001284–USACE_001290 | Feasibility Report and EA Appendix K – Condado Lagoon WQC |
| USACE_001337–USACE_001370 | USACE_001337, USACE_001347, USACE_001355–56 | USFS letter to USACE re: Coordination Act Report |
| USACE_001536–USACE_001545 | USACE_001537–38 | DNER letter and chart – Status of Pending Civil Works Projects |
| USACE_001548–USACE_001573 | USACE_001551, USACE_001554, USACE_001558, USACE_001560 | Powerpoint – Feasibility Study and EA Agency Decision Milestone Meeting |
| USACE_001574–USACE_001630 | USACE_001606, USACE_001624 | Report Summary for Integrated Feasibility Report and EA |
| USACE_001646–USACE_001646 | USACE_001646 | Letter to USACE re: finding of no historic properties |
| USACE_001647–USACE_001702 | USACE_001647–49 | Email exchange with USACE & NMFS re: additional information |
| USACE_001703–USACE_001720 | USACE_001703–USACE_001720 | Email and meeting minutes from Nov. 8, 2017 |
| USACE_001721–USACE_001725 | USACE_001721–USACE_001725 | Internal USACE email and revised document draft responses to PREPA |
| USACE_001937–USACE_001967 | USACE_001938–41 | Transcript – Puerto Rico Public Meeting, Aug. 22, 2017 |
| USACE_001968–USACE_001969 | USACE_001968–69 | PR Power Authority letter to USACE re: LNG Receiving, Storage & Gasification Facilities |
| USACE_001970–USACE_002293 | USACE_001970, USACE_002033 | SJH Submerged Cultural Resources Survey, Final Report |
| USACE_002302–USACE_002302 | USACE_002302 | Sierra Club email to USACE re: Q on deadline for public comment |

| Page Span of Original in AR | Page(s) in Appendix | Document Description |
|---|---|---|
| USACE_002303– USACE_002303 | USACE_002303 | Letter to USACE re: review of submerged cultural resources survey |
| USACE_002304– USACE_002305 | USACE_002304–05 | PR Power Authority letter re: request for information |
| USACE_002306– USACE_002318 | USACE_002306, USACE_002310, USACE_002313–16 | CBD email and comments re: EA and FONSI |
| USACE_002319– USACE_002323 | USACE_002319– USACE_002323 | USACE News Release |
| USACE_002324– USACE_002457 | USACE_002324–25, USACE_002397, USACE_002409–11, USACE_002455 | Santiago email and informational documents re: LNG deliveries to Puerto Rico |
| USACE_002458– USACE_002508 | USACE_002458– USACE_002508 | Transcript – Puerto Rico Public Meeting, Aug. 22, 2017 |
| USACE_002514– USACE_002521 | USACE_002514–18 | USACE email to Santiago re: requested letters |
| USACE_002530– USACE_002535 | USACE_002530–31 | USACE letter to public re: draft Feasibility Study and EA public comment opportunity |
| USACE_002538– USACE_002558 | USACE_002538– USACE_002558 | USACE email to USFW sending ESA Biological Assessment |
| USACE_002559– USACE_002789 | USACE_002559, USACE_002636, USACE_002643, USACE_002661, USACE_002672 | SJH Draft Feasibility Study and EA |
| USACE_003450– USACE_003465 | USACE_003450, USACE_003456, USACE_003469–70 | USACE letter to NMFS requesting consultation, with attachment (Draft Report and EA – Appendix F) |
| USACE_003566– USACE_003597 | USACE_003566, USACE_003597 | Draft Fish and Wildlife Coordination Act Report |
| USACE_003822– USACE_003835 | USACE_003822, USACE_003832 | 404(b)(1) Evaluation (Draft Report and EA – Appendix J) |
| USACE_003836– USACE_003844 | USACE_003836– USACE_003844 | Memo for Record re: NEPA determination (Draft Report and EA – Appendix K) |
| USACE_003845– USACE_003942 | USACE_003907 | USACE letter to Coast Guard requesting review of drawing and transmission of LNG regulations |
| USACE_003845– USACE_003942 | USACE_003910 | Email from Coast Guard re: review of drawing and LNG regulations |
| USACE_004017– USACE_004075 | USACE_004036, USACE_004044–54 | Powerpoint – Tentatively Selected Plan Milestone Presentation |

| VOLUME 5 | | |
|---|---|---|
| **Page Span of Original in AR** | **Page(s) in Appendix** | **Document Description** |
| USACE_004076–USACE_004192 | USACE_004076–78, USACE_004084, USACE_004096, USACE_004106–20, USACE_004128, USACE_004132–33, USACE_004138–39 | Email to NOAA re: ESA Consultation, with Biological Assessment and Cover Letter |
| USACE_004220–USACE_004304 | USACE_004220, USACE_004240 | Report Summary for Feasibility Report and EA (revised 6-16-17) |
| USACE_004220–USACE_004304 | USACE_004264, USACE_004272 | Powerpoint – Tentatively Selected Plan Milestone Presentation |
| USACE_005669–USACE_005672 | USACE_005669–USACE_005672 | Public Notice – Cataño Oil Dock, Application No. SAJ-2010-03574 |
| USACE_005673–USACE_005683 | USACE_005673, USACE_005677 | Final Meeting Minutes – Team Update on Preliminary Quantities/Costs Results |
| USACE_005753–USACE_005761 | USACE_005753, USACE_005759 | USACE Memo for the Record re: Determination of NEPA Documentation |
| USACE_005762–USACE_005765 | USACE_005762–USACE_005765 | Public Notice – San Antonio Channel, Application No. SAJ-2002-07089 |
| USACE_005766–USACE_005769 | USACE_005766–USACE_005769 | Public Notice – Pier 3 Old San Juan, Application No. SAJ-1997-06893 |
| USACE_005770–USACE_005773 | USACE_005770–USACE_005773 | Public Notice – Pier 4 Old San Juan, Application No. SAJ-2001-06025 |
| USACE_005811–USACE_005822 | USACE_005811, USACE_005815 | Final Meeting Minutes – Team Update on Environmental Resource Surveys |
| USACE_006225–USACE_006228 | USACE_006225 | USACE email re: Feasibility Study Design Vessels for Ship Simulation |
| USACE_006234–USACE_006265 | USACE_006235–39 | 81 Fed. Reg. 51,694 (Aug. 4, 2016), Guidance for Assessing Effects of Anthropogenic Sound |
| USACE_006501–USACE_006501 | USACE_006501 | EPA letter to USACE re: ocean dredged material disposal site |
| USACE_006511–USACE_006520 | USACE_006511–18 | Final Meeting Minutes (PREPA – LNG Terminal) |
| USACE_006717–USACE_006717 | USACE_006717 | USACE letter to EPA re: MPRSA Section 103 Sediment Testing and Analysis |

| Page Span of Original in AR | Page(s) in Appendix | Document Description |
|---|---|---|
| USACE_006722–USACE_006880 | USACE_006722–USACE_006880 | Final Report – SJH MPRSA Section 103 Sediment Testing and Analysis |
| USACE_007012–USACE_007014 | USACE_007012–13 | Email to agencies re: pilots' areas of concerns, with attached map |
| USACE_007018–USACE_007172 | USACE_007018, USACE_007035–36 | Miami Harbor Phase III Quantitative Post-Construction Analysis |
| USACE_007241–USACE_007242 | USACE_007241–USACE_007242 | Park Service letter to USACE re: comments on notice to prepare EIS |
| USACE_007243–USACE_007244 | USACE_007243–USACE_007244 | Project Fact Sheet in Spanish for Public Scoping Meeting |
| USACE_007577–USACE_007577 | USACE_007577 | 80 Fed. Reg. 60,657 (Oct. 7, 2015), Notice of Intent to Prepare EIS |
| USACE_007578–USACE_007581 | USACE_007579–80 | USACE letter initiating scoping process for EIS |
| USACE_007585–USACE_007653 | USACE_007585, USACE_007600 | Powerpoint – PR Electric Power Authority Integrated Resource Plan |
| USACE_008031–USACE_008062 | USACE_008031, USACE_008041–43 | Galway Energy Advisors – LNG and Natural Gas Delivery Options Evaluation |
| USACE_009002–USACE_009012 | USACE_009002, USACE_009008 | Species of Special Conservation Concern: Colonial Nesting Seabirds Guild |
| USACE_009293–USACE_009565 | USACE_009294, USACE_009562 | 79 Fed. Reg. 53,852 (Sept. 10, 2014), Final Listing Determinations |
| USACE_010316–USACE_010356 | USACE_010316, USACE_010336 | Biological Assessment for Impacts Associated with the Isla Grande Terminal Improvements |
| USACE_012229–USACE_012257 | USACE_012229 | Erftemeijer et al. 2012. Environmental Impacts of Dredging & Other Sediment Disturbances |

| VOLUME 6 | | |
|---|---|---|
| **Page Span of Original in AR** | **Page(s) in Appendix** | **Document Description** |
| USACE_013098– USACE_013148 | USACE_013098– USACE_013148 | EPA Letter and Site Management and Monitoring Plan |
| USACE_013195– USACE_013204 | USACE_013195–98 | NOAA letter re: Site Monitoring and Management Plan |
| USACE_013664– USACE_013988 | USACE_013664, USACE_013740 | Recovery Plan for NW Atlantic Population of Loggerhead Sea Turtle |
| USACE_013989– USACE_014019 | USACE_013989 | 73 Fed. Reg. 72,210 (Nov. 26, 2008), Critical Habitat for Elkhorn and Staghorn Corals |
| USACE_014399– USACE_014484 | USACE_014399, USACE_014436, USACE_014440 | West Indian Manatee 5-Year Review |
| USACE_014507– USACE_014718 | USACE_014507–631 | USACE Hydraulic Design of Deep-Draft Navigation Projects |
| USACE_015048– USACE_015249 | USACE_015048, USACE_015089 | Atlantic *Acropora* Status Review |
| USACE_017459– USACE_017473 | USACE_017459, USACE_017470 | Kleypas 1996. Coral reef development under naturally turbid conditions |
| USACE_019129– USACE_019205 | USACE_019129, USACE_019173–93 | Framework for Assessing Need for Seasonal Restrictions on Dredging & Disposal Operations |

| VOLUME 7 | | |
|---|---|---|
| **Page Span of Original in AR** | **Page(s) in Appendix** | **Document Description** |
| USACE_019590–USACE_019693 | USACE_019590–693 | Final EIS for Designation of Ocean Dredged Material Disposal Sites |
| USACE_021462–USACE_021500 | USACE_021462, USACE_021474 | Powerpoint – Update on Dredging Impacts on Sea Turtles in SE USA |
| USACE_021539–USACE_021540 | USACE_021539–40 | LNG World News. New Fortress Energy breaks ground for SJ micro fuel-handling facility |
| USACE_021667–USACE_021713 | USACE_021667, USACE_21684, USACE_021697–700 | Draft Supplemental EA – Seagrass Mitigation, Additional Sand Source |
| USACE_022631–USACE_022726 | USACE_022631, USACE_22646–48, USACE_022696–97, USACE_022715–16 | Final Feasibility Report and EA – Appendix C – Economics |
| USACE_022968–USACE_023126 | USACE_023121–24 | Power Authority letter re: LNG receiving, storage, & gasification facilities |
| USACE_024430–USACE_024433 | USACE_024430–33 | Finding of No Significant Impact – Seagrass Mitigation, Additional Sand Source |
| USACE_024434–USACE_024693 | USACE_024434, USACE_024439–49, USACE_024467, USACE_024470–76, USACE_024477, USACE_024518, USACE_024636, USACE_024688–93 | Final Supplemental EA – Seagrass Mitigation, Additional Sand Source (Jan. 2023) |
| USACE_024694–USACE_024695 | USACE_024694–95 | USACE Letter to PR Point Sources Permit Division Re: Water Quality Certification |
| USACE_024709–USACE_024717 | USACE_024709, USACE_024715 | NMFS Letter to EPA Re: Consultation on Site Management and Monitoring Plan |
| USACE_024893–USACE_024894 | USACE_024893–94 | DNER Letter to USACE Re: Water Quality Certification |
| USACE_025892–USACE_025927 | USACE_025892–927 | EPA Letter Re: Ocean Dredged Material Disposal and Memo Re: Review of Compliance |
| USACE_025928–USACE_025971 | USACE_025928, USACE_025946 | Powerpoint – SJH Construction Dredging 44-Foot & 36-Foot Project, Condado Lagoon |
| USACE_026782–USACE_026790 | USACE_026783, USACE_026789 | San Juan Bay Nat'l Estuary Program Email to Planning Board Re: Consistency Certification |

| Page Span of Original in AR | Page(s) in Appendix | Document Description |
|---|---|---|
| USACE_026791– USACE_026799 | USACE_026794–96 | Response Enclosure |
| USACE_026800– USACE_027394 | USACE_026917, USACE_026919 | Gerstein & Blue 2016. Underwater noise and zones of masking with respect to hopper dredging and manatees |
| USACE_026800– USACE_027394 | USACE_026938, USACE_026941–44 | Hieb et al. 2021. In-Water Bridge Construction Effects on Manatees |
| USACE_026800– USACE_027394 | USACE_027142 | Toscano & Murena 2019. Atmospheric ship emissions in ports |
| USACE_028572– USACE_028579 | USACE_028572–79 | DNER Letter to USACE Re: Water Quality Certificate |
| USACE_028611– USACE_028626 | USACE_028611, USACE_28616, USACE_28620 | Santiago email to USACE with comments from El Puente et al. on Draft Supplemental EA |
| USACE_028640– USACE_028651 | USACE_028641, USACE_028648–49 | Environmental Law Clinic of Univ. of PR – comments on Draft Supplemental EA |
| USACE_028748– USACE_028839 | USACE_028783, USACE_028793 | Site Management and Monitoring Plan (Draft) |

| VOLUME 8 | | |
|---|---|---|
| **Page Span of Original in AR** | **Page(s) in Appendix** | **Document Description** |
| USACE_029564–USACE_029695 | USACE_029564–695 | Draft Supplemental EA and Proposed Finding of No Significant Impact |
| USACE_029806–USACE_029806 | USACE_029806 | USACE letter to EPA requesting concurrence for ocean disposal |
| USACE_029807–USACE_029948 | USACE_029807–948 | Final MPRSA Section 103 Sediment Characterization Testing and Analysis |
| USACE_030374–USACE_030374 | USACE_030374 | OMB letter to Army re: submission to Congress |

# SAN JUAN HARBOR, PUERTO RICO

# NAVIGATION IMPROVEMENTS STUDY

## Final Integrated Feasibility Report & Environmental Assessment

# APPENDIX I
# 404(b)(1) Evaluation

## June 2018



**US Army Corps
of Engineers**
Jacksonville District

USACE_001110

## SECTION 404(b)(1) EVALUATION

### SAN JUAN HARBOR
### IMPROVEMENTS
### SAN JUAN, PUERTO RICO

## 1.0 Introduction

Section 404(b)(1) of the Clean Water Act (CWA) of 1972 requires that any proposed discharge of dredged or fill material into waters of the United States must be evaluated using the guidelines developed by the Administrator of the U.S. Environmental Protection Agency (EPA) in conjunction with the Secretary of the Army. These guidelines can be found in Title 40, Part 230 of the Code of Federal Regulations. The following evaluation is prepared in accordance with the guidelines and follows the recommended format contained in ER 1105-2-100, of December 28, 1990. (Note that the proposed placement of material into the Ocean Dredged Material Placement Site (ODMDS) is not included in this evaluation. Use of the ODMDS is regulated by the Marine Protection Research and Sanctuaries Act, and not the CWA. Information on the proposed use of the ODMDS is included within the main body of this integrated Feasibility Report and Environmental Assessment. More detailed information on the ODMDS can be found in the 1988 Final Environmental Impact Statement and 2011 Site Management and Monitoring Plan (SMMP) prepared by the EPA Region 2 (https://www.epa.gov/ocean-dumping/site-management-and-monitoring-plan-smmp-san-juan-harbor-ocean-dredged-material).

## 2.0 Project Description

The San Juan Harbor Improvement Project (proposed project) would deepen the Federal channel to 44 feet from the Anegado Channel to the Army Terminal Channel (ATC) and widen the ATC 100 feet. In addition, Cut-6 would be deepened to 46 feet and the San Antonio Channel and Cruise Ship Basin East would be deepened to 36 feet. Finally, the USACE would dredge an additional 1-foot of required overdepth and 1-foot of allowable overdepth in all deepening areas.

Dredging would occur with the use of mechanical or hydraulic dredge. Geotechnical evaluations indicate minimal rock that should not require blasting to break up rock too hard for the use of cutterhead dredge.

The USACE anticipates that the project will require up to fourteen months of construction. Placement of dredged sediments may include the ODMDS and a beneficial use site for seagrass restoration.

### 2.1 Project Location

San Juan Harbor (SJH) is located on the northeast coast of the Commonwealth of Puerto Rico. The Commonwealth's cruise ships, containerized cargo, dry bulk grains, general cargo including automobiles, and petroleum products pass through SJH.  The entrance channel accesses the Atlantic Ocean to the north between Isla de Cabras and Boca del Morro.  The entrance channel leads to the inner harbor channels and the water bodies and shorelines of San Juan Bay Estuary.

USACE_001111

"San Juan Bay is the focal point for most of the past and present development within the San Juan metropolitan area, and the bay's drainage basin has been almost completely urbanized. The intensity and diversity of human activities taking place within the metropolitan area have influenced the water and sediment quality of the estuary in many ways, impairing in many instances its functions and values (SJBEP 2000)."

### 2.2 Authority and Purpose

The USACE initiated the feasibility study at the request of the Puerto Rico Ports Authority (PRPA), the project's non-Federal Sponsor (NFS), under the authorization provided by House Report 109-738 - 109th Congress (2005-2006) December 29, 2006, As Reported by the Transportation and Infrastructure Committee documents the resolution approving the navigation study.

*"WATER RESOURCES SURVEY RESOLUTIONS APPROVED BY THE COMMITTEE ON TRANSPORTATION AND INFRASTRUCTURE Mr. Fortuno: San Juan Harbor, PR, Docket number: 2764, Date filed: February 23, 2006 (navigation project). September 20, 2006. Resolution adopted by the Committee on Transportation and Infrastructure."*

A Limited Reevaluation Report, completed in August 2002, concluded that there was a potential Federal interest in pursuing navigation improvements at San Juan Harbor. A Federal interest exists when the economic benefits exceed the costs to build and maintain a potential project over the period of analysis. That conclusion led to the initiation of the feasibility study and provision of Federal funding following execution of the Feasibility Cost Sharing Agreement in September 2015. The costs for the feasibility study are shared between the USACE and PRPA according to Congressional appropriations. The study phase will end on the date the report is submitted to Congress by the Assistant Secretary of the Army for Civil Works ASA(CW) for authorization. If Congress acts to authorize and fund construction of the project, the construction costs would also be shared. The precise division of costs depends on the specific features of the recommended project.

### 3.0 General Description of Dredged or Fill Material and Quantity of Dredged Material

The construction and maintenance dredged material is expected to contain soft clay (CL) and stiff plastic clay (CH). Sand and gravel mixes may also be encountered (i.e., SM-silty sand, SC-clayey sand, and GC-clayey gravel) along with some hard limestone and sandstone.

### 3.1 Quantity of Dredged Materials

The proposed project will result in a construction dredged placement volume of 2.1 million cubic yards (mcy) based on deepening to 44-foot. In addition, based on an analysis of the existing O&M requirements and the proposed project expansion features, it is estimated that there will be an average annual increase of 15,000 cubic yards of shoal material to be dredged each year from the new project.

3

### 3.2 Sediment Characteristics

Cut-6: Boring logs indicate primarily sandy deposits, with possible lenses of gravel or layers of hard brown calcareous quartz sandstone, intermixed with soft clay or soft silt. Sand (SM) with gravel fragments are described to -44.3 in boring CB-SJ90-21. Rock was found at the end of the boring.

Anegado Channel: Anegado Channel bottom material is characterized primarily by very soft clay with very low strength, with lesser occurrence of high plastic clays.

Anchorage Area F: Existing limited boring data show soft to high plasticity clays, with some organic material. No information on materials is currently available in the USCG expansion area of the area. Other borings occur at more than 1000 ft. away, and show soft to high plasticity clays.

Army Terminal Channel and Army Terminal Turning Basin: Materials encountered in the Army Terminal Channel and Turning Basin are primarily soft clay, clay and sand, with a few instances of weathered rock. The materials encountered include CL, CH, SM, and GC. The clay is generally highly plastic, and includes traces of shell, sand, and gravel. No data is available for the proposed widening. Rock interlayered with clays were found during the last widening of the Army Terminal Channel. Medium hard to hard limestone, and sand and clay interlayers are found within the dredging template.

Cruise Ship Basin East: Materials in the Cruise Ship Basin are mostly unconsolidated materials primarily composed of soft clays and sandy material.

San Antonio Approach Channel and San Antonio Channel: San Antonio Channel constructed depth is approximately -36 feet MLLW, meeting the currently authorized project depth of -35 feet MLLW and also the proposed project depth of -36 feet MLLW. Therefore, no new work is necessary to obtain the proposed depth with the exception of contract overdepths.

San Antonio Channel Extension and Expansion: No geotechnical information is currently available for the San Antonio Channel Extension areas. However, the sponsor is currently constructing the expansion area to a project depth of -36 ft. MLLW, plus applicable overdepths. It is assumed that Federal involvement in this area will be limited to O&M in the future.

### 3.3 Description of the Proposed Discharge Site

Sites that may provide opportunities for placement include the existing ODMDS and Condado lagoon artificial depression.  The Dredged Material Management Plan (DMMP; Appendix B) figure 3 shows approximate locations of potential placement sites.

### 3.4 Description of the Placement Method

4

Sediments dredged from the proposed San Juan Harbor deepening will vary.  Hopper dredge, barge, and scow combinations are the usual vehicles for transport of the dredged material to the ODMDS. None of the material is packaged in any manner.

Placement of materials in Condado lagoon would most likely occur by pumping slurried material to the desired location. Monitoring at the discharge site would ensure maintenance of water quality standards for turbidity in the discharge water – not more than 10 Nephelometric Turbidity Units (NTU) above background concentration (EQB 2016).

### 3.5 Anticipated Schedule

The proposed project, if approved, would require up to fourteen months to complete. The schedule is contingent upon agency review, and Congressional approval of proposed plans, and any necessary fiscal appropriations.

## 4.0 Factual Determinations

This section considers factors described in 40 CFR Part 230.11(a), 230.20 and applicable portions of Subpart H.

### 4.1 Physical Substrate Determinations

#### 4.1.1 Substrate Elevation and Slope

Channel deepening will result in side slope cuts to achieve the authorized depth of the navigation channel, turning basins, and channel bend wideners where appropriate. Side slopes in the existing channel are expected to be modified, as the deeper channel will require extending the side slopes landward to accommodate the same channel bottom width. No direct impacts of this widening are anticipated.

#### 4.1.2 Sediment Type

Bottom sediments at the ODMDS are predominantly fine-grained (i.e. silts and clays) with localized sand and gravel areas. Samples of bottom sediments taken from the ODMDS average 48% silt and 42% clay.  Side-scan sonar imaging conducted in 1996 revealed debris and active venting of biogenic gases over limited portions of the site.  Prior to 1974, all dredged material (except for Bar Channel material) taken from San Juan Harbor and its vicinity was placed in upland placement areas.  In 1974, these areas were exhausted and no new upland site could be obtained for dredged material placement. Since 1975, all dredged material from San Juan Harbor has been placed offshore.  In March 1988, the final ODMDS was designated to receive materials from the San Juan Harbor area.  Materials will consist of variable percentages of silt, clay, and sand and there are no proposed limitations on the quantity of material that may be placed at the site.

The water quality of Condado lagoon has been degraded by anthropogenic activities over the years in the San Juan area. Due to dredging activities in the l950's, an artificial depression was

USACE_001114

created in the eastern section of the lagoon. The artificial depression area in the lagoon was a "borrow site" to generate fill for nearby areas. Deep holes, such as the one within Condado Lagoon, typically act as sinks for organically enriched sediments and have very low dissolved oxygen levels near the bottom. Such conditions generally result in very low diversity of benthic flora and fauna, or in some cases the sediments are totally devoid of macrobiota (Haberer 2005). According to "The Hydrodynamics of the Condado Lagoon" prepared for the San Juan Estuary Program by the Caribbean Oceanography Group and Tetra Tech (October 3, 2011), the Condado Lagoon [south of Ashford Avenue bridge] is not a high energy environment. Circulation is largely wind driven and material placed in the artificial depression would remain there except for very fine particles. Under a "98% exceedance wind event" material too fine to remain stable (less than 0.21-0.46mm) would be resuspended.  Therefore, construction dredged material used to restore Condado lagoon containing fine grained particles less than 0.21-0.46mm would require capping.

The amount of material generated from the proposed deepening of San Juan Harbor, based on the study's preliminary dredging quantities, is estimated at 2.1 mcy of unconsolidated material (clay, sand, gravel).  Some of this material may provide for beneficial uses such as filling the artificial depressions in Condado lagoon.  However, to prevent resuspension of the placed material capping could be required.  The capping material could come from the recently shoaled areas of the La Esperanza Ecosystem Restoration project located along the western shore of San Juan Bay.  These areas have experienced substantial shoaling from medium grained sand since the completion of the La Esperanza Ecosystem Restoration Project on May 20, 2005.

**4.1.3 Dredged/Fill Material Movement**

Although beneficial uses have been discussed at this time the USACE assumes that most of the dredged material will be placed in the existing ODMDS.  Subsurface currents in the ODMDS are not well defined, but appear to be weak as evidenced by the relatively undisturbed depositional environment within the ODMDS and surrounding area (EPA 2011).  Should beneficial use ultimately be deemed viable for some of the dredged sediments, such fills will be configured in a manner consistent with the theoretical and predictive response of sediments to placement in the specific environment proposed for the beneficial use.  Material placed in the Condado depression could be subjected to transport by wind waves but capping any material containing fine grained particles less than 0.21-0.46mm should prevent resuspension.  The La Esperanza 1135 project could provide the sandy capping material.

*4.1.3.1 Physical Effects on Benthos*

Dredging will impact benthos within the area of dredge influence as the animals living in the sediments are removed. However, these species reproduce rapidly and adjacent, undisturbed sediments will supply a ready source of organisms to recolonize the remaining sediments. Where rock is removed for channel deepening, recolonization of the rock with algae and the small organisms (e.g. worms, clams, etc.) that live on the surface of and in the crevices of the rock will recover via mechanisms similar to the benthos living in unconsolidated sediments. Maintenance dredging may suppress recovery in certain areas that are prone to shoaling.  The benthos at the ODMDS and Condado lagoon placement sites will be buried under the deposits of materials

6

from channel dredging and subsequent maintenance activities. However, the same process of rapid recolonization from adjacent undisturbed habitat is expected to occur in these areas.

### 4.1.3.2 Physical Effects on Water Column Species

Water column species without sufficient speed to avoid the falling sediment and sediment plume may suffer clogged gills if swimming in a plume of the suspended sediment, or burial if entrained in a column of falling sediment. The noise produced by the hopper dredge and attending vessels may cause some species to avoid the general area.

### 4.1.3.3 Actions Taken to Minimize Impacts

As indicated above, materials placed in the Condado lagoon would have to exceed 0.21-0.46mm or capping would be required. Further, ODMDS and Condado placement would be performed in accordance with applicable federal biological opinions and the water quality certification in order to minimize potential impacts to listed species. Observers aboard the dredge and material transport vessels would help spot and as necessary avoid impacts to turtles, marine mammals, or other listed or managed species, in particular by waiting to release sediments until the located animals have left the area. Turbidity plumes from materials placed in Condado lagoon will be monitored and the construction contractor may elect to incorporate any number of containment devices (Turbidity curtains, sheet piles, etc.) to further confine the material to the target area of the dredged hole in order to maintain acceptable turbidity levels. In any case, the discharge would cease if turbidity exceeds permit criteria.

## 5.0 Water Circulation, Fluctuation, and Salinity Determinations

This section considers factors described in 40 CFR Part 230.11(a), 230.20 and applicable portions of Subpart H related to the proposed discharge of dredged sediments.

### 5.1 Water

Project dredging and placement activities would be performed in compliance with Commonwealth of Puerto Rico water quality standards. In accordance with the Coastal Zone Management Act, Commonwealth consistency review was performed as part of stakeholder and agency coordination of the draft report. The Commonwealth of Puerto Rico concurred with the determination that the project is consistent with the enforceable policies of the Puerto Rico Coastal Management Program by letter dated 4 January 2018.

### 5.1.1 Salinity

The proposed project will dredge material from the SJBE which has marine salinity levels and place that material in the Atlantic Ocean or Condado lagoon. Salinity in the dredging and placement locations ranges from marine levels or higher.

### 5.1.2 Clarity/Color/Odor/Taste/Nutrients/Eutrophication

7

The alternative project sediment placement areas do not include any fresh water sites or freshwater source sites that placement would impact. The dredging activities will likely produce temporary turbidity that will remain within the water quality certification requirements.  Ongoing federal channel maintenance dredging projects have not resulted in significant turbidity exceedances. Because the sediments are primarily sand and clay with little rock, the USACE does not anticipate addition of greater turbidity levels or increases in water column nutrient concentrations during the dredging or as a result of ODMDS or beneficial use of dredged material placement.

While dredging will temporarily disturb the sediments, the sediments do not likely carry sufficient nutrients to stimulate eutrophication or cause algal blooms. The water circulation is dominated by the tides of the Atlantic Ocean and water residence times remain low under most conditions.

### 5.2 Current Flow and Water Circulation

Placement of materials in the ODMDS or Condado lagoon sites will not likely affect general current flow and water circulation in the area, as these currents are the result of much larger processes occurring within the regional ocean.  However, improvements to the water circulation within Condado lagoon are anticipated from restoration of the shallow lagoon bathymetry.

### 5.2.1 Stratification and Salinity

Placement of dredged material at either of the proposed alternative locations would not significantly influence stratification conditions or salinity in the placement area or beyond. The channel in the proposed dredging area is relatively deep (40 ft+), narrow and strongly influenced by marine tides. The alternative dredged material placement sites are all well within the influence of marine waters and mixing would rapidly reduce and eliminate any salinity gradient that develops at the point of discharge.

### 5.2.2 Hydrologic Regime

The proposed sediment discharges will have no impact on the hydrologic regime of surface and groundwater in the project area.

### 5.2.3 Normal Water Level Fluctuations

Within the dredged channel and bay, tidal surge and penetration may increase slightly depending on the alternative selected and location examined.

### 5.3 Actions That Will Be Taken to Minimize Impacts

Placement of dredged sediments will have only very localized effects on water circulation and fluctuation.  For the placement sites, material placement will follow all applicable rules and regulations associated with the placement location and particular sediment qualities.

USACE_001117

## 6.0 SUSPENDED PARTICULATE/TURBIDITY DETERMINATIONS

Guidance for this section of the 404(b)(1) evaluation is furnished in Title 40 CFR 230.11(c) and 230.21.

### 6.1 Particulate/Turbidity Effects

#### 6.1.1 Expected Changes in Suspended Particulates and Turbidity Levels in Vicinity of Dredging and Placement Site

Turbidity plumes generated by regular channel maintenance activities in the proposed project footprint have remained within permit-required turbidity levels. The dredging and dredged material management associated with the deepening project will be conducted to remain within the requirements of environmental permit conditions for that project. Permit conditions are expected to include monitoring of any plume produced by the dredging and placement of dredged materials with actions required if the plume exceeds the marine turbidity standard, 10 NTU above background.  For the Condado lagoon placement, the 2014 EQB WQC requires a turbidity standard of 10 NTU above background.

#### 6.1.2 Contaminants

Dredged material is not generically considered as either a "hazardous substance" under the definitions of the Comprehensive Environmental Response, Compensation and Liability Act (CERCLA) (42 U.S.C. 9601(14)) or a "hazardous waste" under the definitions of the Resource Conservation and Recovery Act (RCRA) (42 U.S.C. 6921 et seq.). Specific to this project, the USACE incorporated a Hazardous, Toxic, and Radioactive Waste (HTRW) Assessment into the integrated report (Sections 2.4.18 and 5.4.18) which did not identify contaminants of concern within the Harbor Deepening project area.

Some industries transport goods through the Harbor that could be considered hazardous or toxic. The U.S. Coast Guard establishes procedures for movement of such goods to ensure those operations are done safely. No such movements have resulted in spills that caused widespread threats to human health or safety.

Based on previous survey results, placement operations at the proposed alternative sites should not cause significant effects on concentrations of contaminants in the water column given that only dredge material of suitable quality will be permitted for placement.

#### 6.1.3 Pathogens

Since effluent originates from the watershed and no biological organisms are added during the dredging operation, no new pathogens are expected as a result of the dredging.

#### 6.1.4 Aesthetics

Some visual impacts from turbidity are expected from the open water discharges.  However, these are expected to be temporary in nature, and diluted by ocean currents.  Any work in

9

Condado lagoon may also have some visual impacts, but such impacts are expected to be temporary and long-term beneficial impacts to aesthetics are expected from the bathymetric restoration.

### 6.1.5 Effects on Biota

Suspended particulates could have some temporary adverse impact on filter feeders. ODMDS placement would occur for relatively short periods of time and particles would quickly settle or mix with surrounding waters. The USACE would follow the conditions of the WQC and USFWS and NMFS ESA Section 7 consultations concerning the placement operations in Condado lagoon.

### 6.1.6 Primary Production, Photosynthesis

Suspended particulates may be expected to have negligible effect on primary production because the occurrence of turbidity is localized and temporary. No change to overall productivity of the estuary or coastal waters is expected.

### 6.1.7 Suspension/Filter Feeders

Suspended particulates could have some localized and temporary adverse impacts on filter feeders.

### *6.2 Actions taken to Minimize Impacts*

During dredging and placement activities, turbidity monitoring will occur at the dredging site and the Condado lagoon placement site and will adhere to permit required monitoring protocols and actions in the case of turbidity exceedance.

### 7.0 Ecosystem and Organism Determinations

### *7.1 Effects of Ecosystems and Organisms*

### 7.1.1 Effects on Benthos

Dredging and placement of dredged materials will result in temporary disruption in benthic communities.  However, recolonization should occur relatively rapidly. There will be a temporary impact on benthic communities at the placement sites, as some organisms will be buried. Some organisms, which inhabit the underwater sites, are capable of burrowing upward through the dredged material and should survive.  In addition, since the Condado lagoon depressions were found to have very low diversity and in some cases were devoid of macrobiota, long-term beneficial impacts to benthos within Condado lagoon would be expected from placement there.

### 7.1.2 Effects on Plankton and Nekton

10

Impacts on plankton and nekton would be primarily due to increases in turbidity during dredging and sediment placement operations. Increased turbidity could include a decrease in phytoplankton growth from decreased light availability due to absorption or reflection of light by suspended particulates. A decrease in feeding by nekton could result from reduced phytoplankton availability, limited visibility of prey or interference in feeding behavior from increased particulates. These temporary impacts are not expected to result in significant effects to plankton or nekton.

### 7.1.3 Effects on Aquatic Food Web

Aside from temporary and localized effects of turbidity, no appreciable effects on the aquatic food web are anticipated. As stated previously, coordination with other agencies will identify means to minimize impacts to aquatic resources by standard actions such as devoted observers for listed species, turbidity monitoring, and boat operation restrictions.

### 7.1.4 Effects on Special Aquatic Sites

The Isla Verde Marine Protected Area (MPA) is located approximately 4.5 miles east of the entrance to Condado lagoon.  In-water placement of dredged sediments at identified alternative locations are far removed from this MPA.  The dredging and Condado lagoon placement would take place within the San Juan Bay National Estuary.  Restoration of seagrass beds in Condado Lagoon would support a goal of the San Juan Bay Estuary Program's Comprehensive Conservation and Management Plan.

### 7.1.5 Sanctuaries and Refuges

The dredging project area (including dredging template, potential placement areas, and potential effects area) does not include any Sanctuaries or Refuges.

### 7.1.6 Submerged Aquatic Vegetation and Wetlands

Identified sediment placement locations (ODMDS, Condado lagoon) generally do not include submerged aquatic vegetation (SAV) (sites are too deep) or wetlands. However, SAV and mangrove wetlands do occur within SJH but distant enough from the action area that no direct or indirect impacts to these resources are anticipated.

### 7.1.7 Threatened and Endangered Species

A number of listed species may be found in the affected area. In or near the affected area are critical habitat for Acroporid corals, Antillean Manatee habitat, nesting and foraging habitat for sea turtles.  Two Biological Assessments (BAs) were prepared for the deepening and widening of portions of San Juan Harbor and continued operation and maintenance of the San Juan Harbor Navigation Project. The BAs concluded that the proposed project may affect swimming green, hawksbill, and loggerhead sea turtles; may affect but is not likely to adversely affect the Antillean manatee, whales, and stony corals; and would have no effect on the giant manta ray, scalloped hammerhead shark, and Nassau grouper.

11

**7.1.8 Other Wildlife**

The USACE will as appropriate and necessary propose and coordinate to develop specific plans for protection of SAV, wetlands, benthic macroinvertebrates, and fisheries associated with the proposed deepening.

*7.2 Actions to Minimize Impacts*

All dredging operations would be completed in compliance with the appropriate Biological Opinion for navigation channels and hopper dredge operations in the southeast issued by the NMFS.  The proposed action would follow the terms and conditions of the South Atlantic Regional Biological Opinion from the National Marine Fisheries Service http://el.erdc.usace.army.mil/seaturtles/refs-bo.cfm for use of a hopper dredge.

Standard manatee protection measures would be followed.

The proposed action is not likely to adversely affect whales which have been observed offshore San Juan.  The proposed action would follow the terms and conditions of the South Atlantic Regional Biological Opinion from the National Marine Fisheries Service (NMFS) http://el.erdc.usace.army.mil/seaturtles/refs-bo.cfm.

**8.0 PROPOSED PLACEMENT SITE DETERMINATIONS**

*8.1 Summary*

Avoidance of potential impacts and mitigation of unavoidable impacts will be incorporated into construction plans. The dredging, handling, and placement of material similar to that already being processed as part of previous deepening efforts and ongoing maintenance efforts without adverse impact indicates the likely path of the proposed project.

*8.2 Determination of Compliance with Applicable Water Quality Standards*

Water quality certification is being requested from the Commonwealth of Puerto Rico for the proposed deepening project.  The environmental effects evaluation for the proposed dredged material indicated that the project will meet applicable water quality standards (WQS) for all parameters of concern at the edge of the mixing zone set up for dredging and placement activities.

*8.3 Stormwater Runoff Determinations*

The proposed action will have no effect on any existing stormwater management or stormwater regulatory framework.

*8.4 Potential Effects of Human Use Characteristic*

12

### 8.4.1 Recreational and Commercial Fisheries

Dredged material placement activities are expected to only minimally affect pelagic species. The combined activities areas (transport paths) are small with respect to the habitat area for inhabitant fishes. Fishes may avoid the area where ships are operating. Adult fishes within and immediately adjacent to the placement area may experience a short-term reduction in dissolved oxygen uptake through the gills due to the presence of suspended particles clogging opercular cavities and gill filaments, as well as a slight decrease in available oxygen due to the biological oxygen demand of the dredged material. Adult fishes may also experience stress from avoidance reactions. However, conditions that could impact pelagic fishes are expected to be short-term and localized, and the effects on pelagic adults in the water column are not expected to be significant.

### 8.4.2 Water Related Recreation and Aesthetics

The project will result in only temporary impacts to water quality, primarily as a result of turbidity generated during dredging and sediment placement, whether at the ODMDS or in Condado lagoon.  While viewing a plume from dredging or dredged material placement may temporarily decrease the aesthetic experience of that view, these effects are temporary. Ongoing maintenance creates similar conditions, so while the construction will occur more intensely than maintenance dredging at various locations, the effects will again be temporary and end with the completion of construction.  For Condado lagoon placement, temporary impacts to water-related recreation would occur for the duration of construction.

### 8.4.3 Parks, National and Historical Monuments, National Seashores, Wilderness Areas, Research Sites, and Similar Preserves

The San Juan Harbor Historic Site lies along the first couple miles of the Harbor. Coordination between USACE and SHPO is underway to develop appropriate operation and monitoring. No major or permanent adverse impacts are expected to the Historic site as a result of the project. Restoration of seagrass beds in Condado Lagoon would support a goal of the San Juan Bay Estuary Program's Comprehensive Conservation and Management Plan.

### *8.5 Determination of Cumulative Effects on the Aquatic Ecosystem*

The placement of and potential beneficial uses of dredged material will incur only minor cumulative effects on the aquatic/marine ecosystem into which the fill is placed.

While ODMDS or Condado placement of dredged material will bury existing benthic infauna, recolonization is expected to occur rapidly. This process of burial and recolonization will continue, as the much larger surrounding and undisturbed benthic habitat will continue to serve as a colonization source. The project represents a minor impact to the infaunal community and those species that feed on the infaunal community.

### *8.6 Determination of Secondary Effects on the Aquatic Ecosystem*

Secondary effects on the aquatic system may include some general wildlife avoidance of the project area over time because of dredging-produced turbidity and noise during dredging and placement activities occurring over the next 50 years. A small increase in risk of vessel strikes will occur during dredging and dredged material placement operations. An increase in risk of vessel strikes after project construction is not anticipated since the project would not result in additional ship calls to San Juan Harbor.

14

USACE_001123

## 9.0 FINDINGS OF COMPLIANCE OR NON-COMPLIANCE WITH THE RESTRICTIONS ON DISCHARGE

### 9.1 Determinations

(a) An ecological evaluation of discharges of dredged material associated with the proposed deepening of SJH has been made following the evaluation guidance in 40 CFR 230.6, in conjunction with the evaluation considerations in 40 CFR 230.5. The evaluation concluded that the proposed project is in full compliance with Section 404(b)(1) of CWA. Applicable Commonwealth WQS will be met for discharges. The least environmentally damaging practicable alternatives were chosen to meet the project goals and objectives.

(b) The work will be conducted in accordance with Commonwealth Water Quality Certifications to the extent practicable. Should it become apparent that operation of the project is resulting in a violation of Commonwealth WQS, coordination with the appropriate agency will be initiated to determine the appropriate course of action. The placement operation will not violate the Toxic Effluent Standards of Section 307 of the Clean Water Act.

(c) Operation of the project will not jeopardize the continued existence of any federally listed threatened or endangered species or designated critical habitat. The Project will follow the provisions, which the USFWS and NMFS state as necessary through the Section 7 consultation process.

(d) The proposed discharges will not result in significant degradation of the Waters of the United States. There will be no significant adverse effects on human health and welfare, municipal and private water supplies, recreation and commercial fisheries, plankton, fish, shellfish, wildlife, special aquatic sites, life stages of aquatic life and other wildlife dependent on aquatic ecosystems, aquatic ecosystem diversity, productivity and stability, or recreational, aesthetic and economic values.

(e) The discharges will include all practicable and appropriate measures to minimize potential harm to the aquatic ecosystem, including turbidity monitoring during construction of the project.

### 9.2 Findings

Based on the determinations made in this Section 404(b)(1) Evaluation, the finding is made that with the conditions enumerated in both the BA for this project and the dredged material environmental effects evaluation, the proposed discharges comply with the Section 404(b)(1) guidelines.

15

USACE_001124

# SAN JUAN HARBOR, PUERTO RICO

# NAVIGATION IMPROVEMENTS STUDY

## Final Integrated Feasibility Report & Environmental Assessment

# APPENDIX J
# Pertinent Correspondence

## June 2018



**US Army Corps
of Engineers**
Jacksonville District

USACE_001125

**Appendix J**
**Pertinent Correspondence**

Table of Contents

Item                                                                                      Page No.

1.  USACE Initial Scoping Letter ................................................................... 5
        Official Letter: Spanish Translation ................................................ 8

2.  Casualty History Narratives: Charlette ................................................ 12

3.  Estado Libre Asociado de Puerto Rico: Lcdo. Javier Rua Jovet ............... 16

4.  AT&T: Impact Study Recommendation: Yalitzia Ocaslo Gonzalez ........... 20

5.  United States Environmental Protection Agency - Region 2: Grace Musumeci ..... 22

6.  United States Department of Commerce National Marine Fisheries Service:
        Roy E. Crabtree, Ph.D. .................................................................. 24

7.  Estado Libre Asociado de Puerto Rico: Lynette M. Ramirez ................... 26
        Infraestructura Agua Potable Oficina Planificacion AAA ................. 27
        Infraestructura Alcantarillado Sanitario Oficina Planificacion AAA ........... 28

8.  Puerto Rico Telephone: Ing. David Colon ............................................. 30

9.  United States Department of the Interior - National Park Service: Ben West ........... 32

10. Puerto Rico Shipping Association: Hernan F. Ayala ............................... 35

11. Estado Libre Asociado de Puerto Rico - Cataño Municipality: Hon. José A. Rosario Meléndez ........... 38
        English Translation ....................................................................... 39

12. Total Petroleum Puerto Rico Corporation: Antoine Effendiantz ............. 41
        Exhibit A: Current & Future Mooring Patterns ............................... 43

13. Puerto Rico Electric Power Authority (PREPA): Sonia Miranda Vega ....... 45

14. United States Department of the Interior - Fish and Wildlife Service:
        Edwin E. Muniz ............................................................................. 48

15. Department of the Army - Planning and Policy Division:
        Correspondence to Puerto Rico Ports Authority ........................... 53

16. United States Department of Homeland Security - United States Coast Guard:
        M. B. Zamperini ............................................................................ 55

17. Total Petroleum Puerto Rico Corporation: Antoinette Effendiantz ........ 57

18. Captain S. Rivera's Letter to Mr. Francis ............................................. 62

19. Department of the Army - Planning and Policy Division:
        Correspondence to U.S. Coast Gaurd Sector San Juan .................... 64

## Appendix J
## Pertinent Correspondence

## Table of Contents (continued...)

Item                                                   Page No.

20. Waterways Management Division - Prevention Department: Efrain Lopez ........................... 67
     US Coast Gaurd Sector San Juan: Marine Safety Information Bulletin
          Under Keel Clearance Requirements ................................................ 70
     RE: PREPA Cooling Water Discharge: Jose Vazquez Vera ................................... 71

21. PREPA: Cooling Water Discharge: Roberto Acosta .................................................... 73
     San Juan Steam Plant Drainage Flow Path Modifications Drainage Plan ........................... 74

22. Center for Biological Diversity - Coralations: Nicholas Whipps & Mary Ann Lucking ............ 76

23. La Esperanza Sea Turtle Nesting Data: Carlos Diaz ................................................. 85

24. Royal Caribbean Cruises Ltd.: Federico Gonzalez-Denton ...................................... 88

25. Department of the Army - Planning and Policy Division:
     Correspondence to Ms. Nydia A. Prestamo Torres .................................... 90
     Correspondence to Mr. Ben West ............................................ 92

26. Additional Docking Spaces: Jerry Lectora ............................................... 96

27. Widening of Navigation Channels for San Juan Bay: Lcdo Javier Rúa Jovet .......................... 98

28. PREPA - Response to LNG Recieving, Storage, and Gasification Facilities at San Juan:
     Efran Paredes Maisonet ............................................................... 101

29. Notice of Availability of Draft Integrated Feasibility Study and Environmental Assessment... 104

30. Department of the Army - Planning and Policy Division:
       Correspondence to Mr. Carlos A. Rubio-Cancela .................................... 111

31. News Release and Proposed FONSI ...................................................... 116

32. Puerto Rico Tourism Company Draft Feasibility and EA Comment: Saúl Suárez-Flores ......... 122

33. Center for Biological Diversity Comments on San Juan Harbor EA: Miyoko Sakashita ........... 125

34. PREPA - San Juan Harbor Navigational Improvements Project Request for Information:
     Efran Paredes Maisonet ............................................................ 138

35. Government of Puerto Rico - Oficina Estatal de Conservación Histórica:
     Carlos A. Rubio-Cancela ........................................................... 141

36. Department of the Army - Planning and Policy Division:
     Correspondence to Mr. Randy Lavasseur ................................................ 143
     Correspondence to Mr. Carlos A. Rubio-Cancela ...................................... 146

**Appendix J**
**Pertinent Correspondence**

## Table of Contents (continued...)

Item                                                                                      Page No.

37. Government of Puerto Rico - Oficina Estatal de Conservación Histórica:
      Carlos A. Rubio-Cancela ........................................................................... 150

38. Non-Federal Sponsors Self-Certification of Financial Capability for Decision Documents:
      Julian Blayne ......................................................................................... 152

39. PREPA: Response to LNG Recieving, Storage, and Gasification Facilities at San Juan ........ 154

40. Government of Puerto Rico - Ports Authroity:
      Omar Marrero Diaz, Esc. ......................................................................... 159

USACE_001128



REPLY TO
ATTENTION OF

**DEPARTMENT OF THE ARMY**
JACKSONVILLE DISTRICT CORPS OF ENGINEERS
701 San Marco Boulevard
JACKSONVILLE, FLORIDA 32207-8175

Planning Division
Environmental Branch

OCT 0 1 2015

To Whom it May Concern:

This office is starting a Feasibility Study and Environmental Impact Statement concerning navigational improvements to San Juan Harbor in San Juan, Puerto Rico. One alternative is to widen the main channels by 50 feet and deepen them up to 50 feet. Lesser increments of widening and deepening would also be evaluated (see enclosed figure). The dredged material is expected to be suitable for placement in the Ocean Dredged Material Disposal Site located a few miles from the harbor entrance. Some material may be suitable for placement in dredged holes and for other purposes.

This letter initiates the scoping process for the Environmental Impact Statement. The scoping process starts prior to preparation of the Environmental Impact Statement and is intended to aid in determining the scope of the analysis and significant issues. This process is also intended to help identify alternatives and information needed to evaluate alternatives.

We welcome your views, comments and information about environmental and cultural resources, study objectives and important features within the described study area, as well as any suggested improvements. Letters of comment or inquiry should be addressed to the letterhead address to the attention of the Planning Division, Environmental Branch and received by this office within 30 days of the date of this letter.

-2-

Prior to a public scoping meeting, a Planning Charette with the sponsor and the resource agencies will be held on November 4, 2015, in the Puerto Rico Convention Center, 100 Convention Boulevard, San Juan, Puerto Rico at 9:00 am in Salón Las Olas.

A public scoping meeting will be held on November 5, 2015, in the Puerto Rico Convention Center, 100 Convention Boulevard, San Juan, Puerto Rico at 9:00 am in Room 101. Additional information is available on our Environmental Documents Web Page at <http://www.saj.usace.army.mil/About/DivisionsOffices/Planning/EnvironmentalBranch/EnvironmentalDocuments.aspx#SJH>.

If you have any questions, contact Mr. Paul DeMarco at 904 232-1897 or at paul.m.demarco@usace.army.mil.

Sincerely,

Eric P. Summa
Chief, Environmental Branch

Enclosure





**DEPARTMENT OF THE ARMY**
JACKSONVILLE DISTRICT CORPS OF ENGINEERS
701 San Marco Boulevard
JACKSONVILLE, FLORIDA 32207-8175

REPLY TO
ATTENTION OF

**Planning Division
Environmental Branch**

**0 1** OCT **2015**

A quien corresponda:

Esta oficina se propone iniciar un Estudio de Viabilidad e Impacto Ambiental sobre mejoras a los canales de navegación de la Bahía de San Juan. Una alternativa es la de ensanchar los canales principales hasta 50 pies adicionales y de llevarlos hasta 50 pies de profundidad. Una ampliación menor también será evaluada, ver anejos. El material dragado se espera sea apropiado para ser depositado en el "Sitio Marítimo de Disposición de Material Dragado", aprobado para este uso y localizado a varias millas de distancia de la entrada de la bahía. Parte del material puede ser apropiado para el depósito en cavidades de otros fondos acuáticos y otros usos.

Esta carta inicia el proceso de consulta pública, previo a la preparación del Estudio de Impacto Ambiental y tiene el propósito de asistir en la determinación del enfoque de análisis y asuntos significativos. También este proceso tiene la intención de ayudar a identificar alternativas e información necesaria para su adecuada evaluación.

Apreciamos sus comentarios, perspectivas e información sobre recursos ambientales y culturales, objetivos de estudio y detalles sobre el área de estudio descrita. También sugerencias sobre otras mejoras necesarias. Los comentarios o peticiones deben ser enviadas a la dirección postal impresa al timbre de esta carta, con atención a la División de Planificación de la Rama Ambiental y deben ser recibidos dentro de 30 días posteriores a la fecha de esta carta.



RECIBIDO
Po
OCT 0 5 2015
J                    ENTADORA
Co               NICACIONES

USACE_001132

-2-

La reunión de consulta pública será el jueves, 5 de noviembre de 2015 en el Salón 101 del Centro de Convenciones de Puerto Rico, 100 Convention Boulevard, San Juan, Puerto Rico de 9:00 am a 12:00 pm.

Puede acceder información adicional en nuestra página web de Documentos Ambientales en <http://www.saj.usace.army.mil/About/DivisionsOffices/Planning/EnvironmentalBranch/ EnvironmentalDocuments.aspx#SJH >.

Para cualquier otro detalle puede comunicarse con el Sr. Milan A. Mora, P.E. al 904-232-1454 o enviar correo electrónico a millan.a.mora@usace.army.mil.

Sinceramente,

Eric. P. Summa
Jefe, Rama Ambiental

Anejos

USACE_001133



Page Intentionally Left Blank -

USACE_001135

**Allision La Princesa ATM Ferry**

    -Date: 08MAY2015

    -Location: Pier #2 ATM Facility  San Juan side

    Passenger Ferry LA PRINCESA had an allision  with pier 2 in San Juan Harbor. The Captain stated that he was coming  into dock and when he put the engines in neutral the starboard side engine did not respond causing the vessel to hit the pier causing minor damage.  Final report indicates that the cause of the casualty was a few faulty sensors (gear harness, gear temperature and gear oil pressure sensors).  All sensors were replaced and tested.  Sea trials were conducted.  All pressures and temperature of the transmissions were within  the parameters of the manufacture specifications.

    LA PRINCESA: Passenger Ferry, Length: 70 feet, gross tons: 74 Year: 2009 Hull Material: Aluminum,  Propulsion:  Diesel

**Collision V.I. Pride – Sabre Spirit (Both are freight vessels)**

    -Date: 01SEPT2010

    -Location: In the vicinity  of Pier 10 in San Juan Harbor

    -The M/V VI PRIDE during  cargo maneuvering  operations (shifting berths) in San Juan Harbor collied with the M/V Sabre Spirit that was moored in Pier #10.  The M/V Sabre Spirit  received est. damages of 45,000.00.   Noticeable damage to the starboard bow was seen. No injuries  and pollution  reports.

    V.I PRIDE: Freight  Vessel (RO/RO), length: 165 feet, Gross tons: 646, Year: 1977, Propulsion:  Diesel Hull Material:  Steel

    SABRE SPIRIT: Freight Vessel (RO/RO), length: 178 feet, Gross tons: 684, Year: 1981, Propulsion:  Diesel Hull Material:  Steel

**Collision S/S El Morro (container RO/RO) – UTV Honcho**

    Date: 19MAR2012

    Location: San Juan Harbor Graving  Channel around buoy #4

    UTV HONCHO collided  with S/S EL MORRO.  UTV HONCHO was assisting the S/S EL MORRO outbound from San Juan Harbor when the tug captain placed both engines ahead to clear of the vessel.  While making the already mentioned maneuver the UTV HONCHO made contact with S/S EL MORRO, damaging  its bow.  After a thorough assessment, it was determined that UTV HONCHO was too close to the S/S EL MORRO, creating a Venture effect (suction).  This hazardous condition  touched the S/S EL MORRO's hull and damaged its starboard engine transmission  coupling  and propeller.

    EL MORRO: Container RO/RO, gross tons: 28137,  year: 1974,  propulsion: steam, hull  material: steel

    HONCHO: Towing vessel, gross tons: 180, length: 96 feet, year: 1975, Propulsion:  Diesel, Hull Material:  Steel

**Allision Amelia with USCG Buoy #2**

    Date: 01JAN2011

    Location: San Juan Harbor Graving  Channel around buoy #2 (USCG)

Ferry allied with USCG Bouy #2 on the starboard side of the ferry.

AMELIA: Passenger Ferry, Length: 75, gross tons: 87, Year: 1990, Propulsion: Diesel, Hull Material: Aluminum.

**Allision ATM Ferry La Decima with a wooden log**
Date: 10OCT2010
Location: Entering Martin Peña Canal
P/V LA DECIMA allided with a floating wooden log, 10 feet in length (1/2 feet in diameter), during the transit from San Juan into Martin Pena Canal (Catano). The incident caused vessel's starboard propeller to noticeably vibrate.
LA DECIMA: Passenger Ferry, Length: 45, gross tons: 28, year built: 2009, Propulsion: Diesel, Hull Material: Aluminum

**Allision STI Battery (Chemical Tanker) with Cataño Oil Dock northern fender**
Date: 08AUG2015
Location: Cataño Oil Dock northern fender
08AUG2015:  M/V STI BATTERY allied with Cataño Oil Dock during berthing operations.  Vessel allied with mooring dock not with the facility pier.  There is not damage to the vessel other than paint scrapings.
STI BATTERY: Chemical Tanker, length: 183 feet, gross tons: 29,785, year: 2014, Propulsion: Diesel, Hull Material: Steel

**Collision MV Elandra Lion – M/V Arcturus Both vessels are Oil/Chem tankers**
Date: 13JUN2014
Location: Cataño Oil Dock Terminal #1
During outbound transit M/V ELANDRA LION made contact with M/V MR. ARCTURUS. The pilot and the tug captains stated that the contact caused only paint damage. Investigators on scene did not see any obvious damage other than minor scrapes and a cut mooring line. Factor: Wind took place: E/SE 20-25 knots
ELANDRA LION: Oil/Chem Tanker, gross tons: 29, 727, length: 183, year: 2014, propulsion: diesel, hull material: steel.
ARCTURUS: Oil/Chem Tankers, length; 183, gross tons: 30,092, year: 2006, Propulsion: diesel, Hull Material: Steel

**Grounding UTV McAllister**
Date: 22JAN2010
Location: Army Terminal Channel Buoy #5
The UTV JANE McALLISTER ran aground while assisting the tug CENTURION with the deck barge JAX-SAN JUAN BRIDGE outbound from Army Terminal Pier west. The JANE McALLISTER stayed close to buoy # 5 of the Army Terminal Channel while assisting the barge when the tug grounded and the working line attached to the barge parted. Master of JANE McALLISTER went full astern in an attempt to refloat the vessel. After approximately 20 seconds, the Master was able to free vessel from grounding situation and continued assisting the barge.

MCALLISTER: Towing Vessel, length: 106 feet, gross tons: 292, Year: 1968, Propulsion: Diesel, Hull Material: Steel

**Grounding UTV McAllister**
> Date: 04MAR2010
> Location: Army Terminal Channel Buoy #5
> The UTV JANE McALLISTER ran aground in the vicinity of the Army Terminal

Channel buoy #5 while assisting M/V COLOMBIAN STAR.

MCALLISTER: Towing Vessel, length: 106 feet, gross tons: 292, Year: 1968, Propulsion: Diesel, Hull Material: Steel

**Allision Amelia ATM Ferry**
> Date: 26AUG2015
> Location: Cataño Dock, Ferry Terminal
> At approximately 1520 on August 26, 2015, the ferry AMELIA was approaching

the Cataño dock in order to moor and disembark 33 passengers that were on board. Vessel experience engines problems and vessel ran up on the dock. Engineer had to go down into the engine room to manually turn off the starboard engine and place the port engine in neutral. Handrails on the pier were damaged. Vessel was attended by CG personnel immediately following the incident for investigation, and damage assessment, and the following day for more thorough examination of vessel hull for damage. Approximately $10000 in damage was done to the Cataño dock. Two dents were noted in vessel hull but a requirement was not issued for their repair.
> AMELIA: Passenger Ferry, Length: 75, gross tons: 87, Year: 1990, Propulsion: Diesel, Hull Material: Aluminum.

**Allision Covadonga ATM Ferry**
> Date: 01JAN2010
> Location: Cataño Dock, Ferry Terminal
> M/V COVADONGA allided with the east side of the Catano Pier. Vessel's

Master was waiting for the waves to clear when the chains on the tire fendering at the pier detached a piece of the rub rail on the starboard side stern of the vessel. Factor: Medium waves and windy (12 knots)
> COVADONGA: Passenger Ferry, Length: 75, gross tons: 87, year: 1990, Propulsion: Diesel, Hull Material: Aluminum

**Grounding UTV Handy Three**
> Date: 13OCT2015
> Location: Puerto Nuevo Channel near Buoy #3, San Juan, PR
> Vessel was transiting from Puma Pier to Puerto Nuevo when they ran soft

aground on a mud bottom. They did not become restricted and sustained no hull damage and continued to dock at Puerto Nuevo. No reports of taking on water, pollution or personnel injuries.
> HANDY THREE: Towing Vessel, length: 70, gross tons: 90, year: 2012, hull material: steel.

Page Intentionally Left Blank -

USACE_001139



ESTADO LIBRE ASOCIADO DE
P U E R T O   R I C O
Junta Reglamentadora de Telecomunicaciones
Oficina del Presidente

9 de octubre de 2015

Mr. Eric P. Summa
Planning Division
Chief Environmental Branch
Department of the Army
Jacksonville District Corps of Engineers
#701 San Marco Boulevard
Jacksonville, Florida 32207-8175

**Tipo de Expediente:  REA-Estudio de Viabilidad e Impacto Ambiental**
**Asunto:              Ensanches Canales de Navegación**
**                     Bahía de San Juan**

La Junta Reglamentadora de Telecomunicaciones de Puerto Rico (JRTPR) evaluó el documento en referencia. Tal delegación surge de la Ley 416 – 2004, según enmendada, y la Ley 161 – 2009, según enmendada. También se consideraron los artículos aplicables del Reglamento Conjunto para la Evaluación y Expedición de Permisos Relacionados al Desarrollo y Uso de Terrenos; y el Reglamento de Evaluación y Trámite Documentos Ambientales de la Junta de Calidad Ambiental (JCA).

La JRTPR evalúa aspectos ambientales propios de los poderes estatutarios, delegados de acuerdo a nuestra experiencia, y conocimiento técnico. Como parte de ese deber, para todo proyecto evalúa la necesaria interconexión a la red de telecomunicaciones y televisión por cable, disponible para nuestro territorio. La acción propuesta no debe representar un impacto que requiera modificaciones a la planta externa de telecomunicaciones.

Desde el punto de vista ambiental, la JRTPR no tiene comentarios al proyecto propuesto. Conforme a su solicitud para que ofreciéramos nuestros comentarios, le informamos que de acuerdo a nuestro conocimiento y experiencia en el campo de las telecomunicaciones, por el área donde se sugieren los Ensanches de Canales para Navegación de la Bahía de San Juan no discurren facilidades de telecomunicaciones, por el lecho marino.

500 Ave. Roberto H. Todd (Parada 18 – Santurce)
San Juan, Puerto Rico 00907-3941
Tel: (787) 756-0804 Fax: (787) 999-6132
www.jrtpr.gobierno.pr



Presidencia

USACE_001140

Ensanches Canales de Navegación
Bahía de San Juan
8 de octubre de 2015
Página 2

No obstante, en cuanto al impacto del proyecto, en relación a cualquier identificación, remoción, modificación y relocalización de las instalaciones de telecomunicaciones existentes (teléfono o televisión por cable), deberá ser coordinada con los proveedores de estos servicios.

Estas compañías procederán, según dispone la Sección 3.09 del Reglamento para el Endoso de Planos de Infraestructura y Servidumbres para Facilidades de Telecomunicaciones y Televisión por Cable (Reglamento Número 7393, según revisado), donde se indican los requerimientos, para proyectos de relocalización de planta.

Con la urgencia que amerite, el Proponente se comunicará con los siguientes proveedores de servicio, para, de esta manera, obtener cualquier información necesaria:

Ing. David Colón Cruz
Gerente de Ingeniería
Claro
P. O. Box 360998
San Juan, P.R. 00936-0998
787-782-8282
dcolon@claropr.com

Sr. Juan E. Orellana
Gerente de Construcción
Liberty CableVision
P. O. Box 719
Luquillo, P.R. 00773
(787) 444-2071
juanore@libertypr.com

Sr. Arnaldo Acosta
Project Coordinator World Net
90 Carr. Est. PR-165, Suite 201
Centro Internacional de Mercadeo
Guaynabo, P.R. 00968
787-705-7014
aacosta@worldnetpr.com

Ing. Juan Medero
Director de Ingeniería de
Redes de ATT
P. O. Box 71514
San Juan, P.R. 00936
787-641-8841
dl-pr-att-jrtpr@att.com

Una vez se incorporen los comentarios de los proveedores a los planos, la Parte Proponente preparará un plano final con la infraestructura de telecomunicaciones. En esta etapa, se impone la obligación de tramitar una Solicitud de Endoso a Proyectos de Relocalización de Infraestructura propiedad de las compañías de telecomunicaciones y televisión por cable a través de la División de Infraestructura de la Oficina de Gerencia de Permisos (OGPE), mediante la forma JRTPR F-104, que está disponible en nuestra página de Internet, accediendo a: http://www.jrtpr.gobierno.pr/ download.asp?cn_id=1373, sección de Endosos.

En el ejercicio del poder de fiscalización, la Junta recibirá el plano final de infraestructura de telecomunicaciones y los documentos complementarios. Este trámite, ante la JRTPR, es de




Presidencia

USACE_001141

Ensanches Canales de Navegación
Bahía de San Juan
8 de octubre de 2015
Página 3

estricto cumplimiento y constituye un requisito mandatorio, para que la Parte Proponente pueda obtener un Permiso de Construcción. Para agilizar el proceso de evaluación, la Parte Proponente podrá presentar en la JRTPR, de manera concurrente, evidencia de la radicación ante el Sistema Integrado de Permisos (SIP) de la OGPE, de la Solicitud de Servicios para Recomendaciones, Memorial y Plano Final de Infraestructura de Telecomunicaciones, en formato electrónico, con certificación suficiente para demostrar que es copia fiel y exacta del plano radicado ante las agencias concernidas.

En el descargue de los deberes delegados, la JRTPR pasará juicio en torno a la veracidad de los hechos que surjan de los expedientes administrativos. Más adelante, a solicitud de parte, con la previa inspección, certificará la obra construida. Se notificarán las acciones administrativas que correspondan, de acuerdo a cada etapa del proyecto en referencia.

Cualquier duda el respecto, se puede comunicar a nuestras oficinas, al (787) 756-0804, exts. 3056 o 3047, durante el horario de operaciones, de lunes a viernes, de 7:30 a. m. a 12:00 m. y de 1:00 p. m. a 4:00 p. m.

Cordialmente,

Lcdo. Javier Rúa Jovet
Presidente

c: Secretaría
   Lcdo. Miguel Reyes
   Arq. Héctor Barriera
   Ing. David Colón
   Sr. Arnaldo Acosta
   Sr. Juan E. Orellana
   Ing. Juan Medero

Anejos

500 Ave. Roberto H. Todd (Parada 18 – Santurce)
San Juan, Puerto Rico 00907-3941
Tel: (787) 756-0804 Fax: (787) 756-0814
www.jrtpr.gobierno.pr



*Presidencia*

USACE_001142

Page Intentionally Left Blank -



15 de octubre de 2015

**Junta Reglamentadora de Telecomunicaciones de Puerto Rico**
500 ave. Roberto H. Todd (Pda. 18-Santurce)
San Juan PR 00907-3941

**Asunto: Recomendación Estudio de impacto, proyecto de ensanche de canales de navegación en la bahía de San Juan**
**Proyecto: Estudio de impacto, proyecto de ensanche de canales de navegación en la bahía de San Juan**
**Caso número:**

Estimados Señores (as):

Adjunto acompañamos la copia del plano (Site Plan) suministrada por la JRTPR vía electrónica para la orientación al proponente en relación a la localización de nuestra infraestructura existente aérea y/o soterrada.

Según los planos enviados, nuestra compañía no tiene infraestructura en el área a trabajarse. Para este proyecto en particular no tenemos recomendación alguna.

Quedo a su disposición para cualquier duda o detalle sobre este particular.

Cordialmente,

Yalezza Ocasio González
Administrative Executive Support
CONSTRUCTION & ENGINEERING - SE
AT&T NETWORK OPERATIONS
Martinez Nadal Avenue km 2.3
Guaynabo, PR 00969
P: 787.523.0298
F: 787.620.0681
yo6164@att.com, yocasio@att.com
att.com

*Rethink Possible*

Page Intentionally Left Blank -

USACE_001145



**UNITED STATES ENVIRONMENTAL PROTECTION AGENCY**

REGION 2

290 BROADWAY

NEW YORK, NY 10007-1866

OCT 1 6 2015

David A. Tipple
Interim Chief, Planning and Policy Division
Jacksonville District Corps of Engineers
Department of the Army
701 San Marco Boulevard
Jacksonville, FL 32207-8175

**Re:     San Juan Harbor Navigation Project**

Dear Mr. Tipple:

This is in response to an October 8, 2015 letter requesting that the Environmental Protection
Agency (EPA) serve as a cooperating agency for the San Juan Harbor Navigation Project. EPA
is pleased to accept the Jacksonville District Corps of Engineers' invitation. Please note that due
to resource constraints, EPA will be limited in our ability to physically attend project meetings.
If conference lines are made available, we would be happy to participate by telephone or
webinar.

We would like to remind you that our participation does not preclude our review under
the National Environmental Policy Act and comment authority under Section 309 of the
Clean Air Act. We look forward to working with you on this project, and to reviewing
any preliminary environmental documents.

If you have any questions, please contact me at (212) 637-3738 or
musumeci.grace@epa.gov.

Sincerely yours,

Grace Musumeci, Chief
Environmental Review Section

cc:     Kenneth Dugger, USACE

Page Intentionally Left Blank

USACE_001147



**UNITED STATES DEPARTMENT OF COMMERCE**
National Oceanic and Atmospheric Administration
NATIONAL MARINE FISHERIES SERVICE
Southeast Regional Office
263 13th Avenue South
St. Petersburg, Florida 33701-5505
http://sero.nmfs.noaa.gov

F/SER:NS

Mr. David A. Tipple
Deputy Chief, Planning and Policy Division
Department of the Army
Jacksonville District Corps of Engineers
701 San Marco Boulevard
Jacksonville, FL 32207-8175

OCT 28 2015

Dear Mr. Tipple,

Thank you for inviting the National Oceanic and Atmospheric Administration's National Marine
Fisheries Service Southeast Region (SERO) to participate as a cooperating agency in the
development of the Environmental Impact Statement (EIS) for the San Juan Harbor Navigation
Project. We accept your invitation and look forward to working with the US Army Corps of
Engineers on this project. We expect we will be able to provide technical assistance for the
project. Our involvement will be limited to reviewing early drafts of the document and
participating in meetings and conference calls. We hope that our involvement will help to avoid
and minimize impacts to natural marine resources at the project site.

When available, please send background materials and a project timeline, so that we can manage
our office's workload for this project. Thank you for inviting SERO to participate in the EIS
development. SERO's points of contact for this project will be Dr. Lisamarie Carrubba,
lisamarie.carrubba@noaa.gov (787) 851-3700 for Endangered Species Act related assistance;
and, Jose Rivera, jose.a.rivera@noaa.gov (787) 405-3605 for Essential Fish Habitat related
assitance.

Sincerely,

Roy E. Crabtree, Ph.D.
Regional Administrator

cc: F/SER-Blough, Silverman, Strelcheck
F/SER3-Bernhart
F/SER4-Fay, Wilber
F-Leathery
PPI-Kokkinakis, Krasna



USACE_00114

Page Intentionally Left Blank

USACE_001149



**Autoridad de Acueductos y Alcantarillados**
ESTADO LIBRE ASOCIADO DE PUERTO RICO

Listos para otro nivel; ¡Clase Mundial!

28 de octubre de 2015

Sr. Eric P. Summa
Cuerpo de Ingenieros del Ejército de los Estados Unidos
701 San Marco Boulevard
Jacksonville, Fl 32207-8175

**Estudio de Viabilidad e Impacto Ambiental sobre mejoras a los canales de navegación de la Bahía de San Juan**

Estimado señor Summa:

Hacemos referencia a la carta recibida en la Autoridad de Acueductos y Alcantarillados de Puerto Rico (AAA) el 1 de octubre de 2015, solicitando comentarios o información que pueda ser pertinente para la evaluación del proyecto propuesto.

En esta carta adjuntamos dos imágenes con la infraestructura de agua potable y alcantarillado existente en el área de estudio. Actualmente, no tenemos infraestructura nuestra en la zona demarcada a ser impactada por el proyecto propuesto. Sin embargo, de modificarse el ámbito del proyecto, o si fuera necesaria la intervención en un área donde nuestra infraestructura pueda verse impactada directa o indirectamente será necesario que se realice la coordinación necesaria para proteger la infraestructura impactada; esto a costo del dueño del proyecto.

Esperamos que la información provista le sea de utilidad. De requerir información adicional, favor de comunicarse con la Ing. Lourdes M. Morales, Directora de Planificación, al (787) 999-1717 extensión 1125.

Cordialmente,



Lynnette M. Ramírez, PE
Directora Ejecutiva de Infraestructura

Cc:     Ing. Lourdes Morales, AAA

**SEDE** | INFRAESTRUCTURA
#618 Avenida Barbosa, Hato Rey - PO Box 7066, San Juan, PR 00916-7066
787.999.1717 / FAX 787.993.9140 ● www.acueductospr.com



ESTADO LIBRE ASOCIADO DE
PUERTO RICO

USACE_001150



**Leyenda**

**Válvula de Sistema (Potable)**                     **DIAMETRO**
- ⊕ <all other values>                              ⋯⋯ Menor a 2"

**Subtipo**                                          —— 2"
- ⚫ Compuerta                                        —— 3"
- 🟡 Mariposa                                        —— 4"

**Válvula de Control (Potable)**                     —— 6"

**Subtype**                                          —— 8"
- ⊠ Válvula de Retención con Detector               —— 10"
- ⬛ Ventosa                                          —— 12"
- 🟫 Válvula de Retención                            —— 14"
- ✚ Hidrante                                         —— 16"
- 🟧 Estación de Bombas (Potable)                    —— 20"
- 🟦 Tanque                                           —— 24"

**Linea Matriz**                                     —— 30"
- —— <all other values>                             —— 36"
                                                     —— 48"
                                                     —— 66"



**Infraestructura Agua Potable**

**Oficina Planificación AAA**



USACE 001151

Disclaimer
PRASA does not warrant, guarantee, or assumes responsibility for the validity, accuracy or wholeness of the information provided herein. PRASA shall not be responsible for the use, misuse or the results of use of this information. The user acknowledges and accepts all responsibility and limitations for the use of this information including the fact that the data and information is in a constant state of maintenance, correction and update. The user shall determine accuracy, completeness and appropriateness of use of the information provided.



**Infraestructura Alcantarillado Sanitario**

**Oficina Planificación AAA**



Disclaimer
PRASA does not warrant, guarantee, or assumes responsibility for the validity, accuracy or wholeness of the information provided herein. PRASA shall not be responsible for the use, misuse or the results of use of this information. The user acknowledges and accepts all responsibility and limitations for the use of this information including the fact that the data and information is in a constant state of maintenance, correction and update. The user shall determine accuracy, completeness and appropriateness of use of the information provided.



USACE_001152

Page Intentionally Left Blank

USACE_001153





2 de noviembre de 2015

Mr. Eric P Summa
Planning Division
Chief Environmental Branch
Department of the Army
Jacksonville District Corps of Engineers
#701 San Marco Boulevard
Jacksonville, Florida 32207-8175

**RE: Estudio de Viabilidad e Impacto Ambiental Ensanches Canales de Navegación Bahía de San Juan.**

**Estimado señor Summa:**

Basado en la información recibida de la Junta Reglamentadora de Telecomunicaciones de Puerto Rico (JRPR) para la evaluación de la existencia de infraestructura telefónica en el área que se realizará el ensanche de los canales de navegación de la Bahía de San Juan, le notificamos que luego de revisar nuestros records no encontramos infraestructura telefónica en el área que será impactada.

Cordialmente,

por: Ing. David Colón
Gerente
Ingeniería de Planta Externa

cc: Ing. José Vázquez Maldonado

Page Intentionally Left Blank

USACE_001155



## United States Department of the Interior



NATIONAL PARK SERVICE
Southeast Regional Office
Atlanta Federal Center
1924 Building
100 Alabama St., SW.
Atlanta, Georgia 30303

IN REPLY REFER TO:
ER 15/0561

November 3, 2015

Paul DeMarco
U.S. Army Corps of Engineers
Planning Division, Environmental Branch
P.O. Box 4970
Jacksonville, FL 32232–0019

Dear Mr. DeMarco:

The National Park Service has reviewed the U.S. Army Corps of Engineers (USACE) Notice of Intent to Prepare a Draft Feasibility Study and Environmental Impact Statement (EIS) for Navigational Improvements to San Juan Harbor in San Juan, Puerto Rico, and offers comments for consideration in the EIS.

The USACE proposed navigational improvements to San Juan Harbor include deepening the main channels up to minus 50 feet and widening main channels up to an additional 50 feet. The USACE is the lead federal agency responsible for preparing the EIS along with the non-federal sponsor Puerto Rico Ports Authority.

The San Juan National Historic Site is a unit of the National Park Service as well as a World Heritage Site and includes forts San Cristobal, San Felipe del Morro, and San Juan de la Cruz (also known as El Canuelo), Paseo del Morro National Recreation Trail, plus bastions, powder houses, and three fourths of the city wall and Isla de Cabras. All these fortifications surround the old, colonial portion of San Juan, Puerto Rico. Fort San Juan de la Cruz is located at Isla de Cabras at the western end of the entrance to San Juan Bay.

The NPS recommends that the EIS include analysis of the potential for the proposed undertaking to adversely affect San Juan National Historic Site and affiliated areas. In particular we are concerned about potential impacts from increased wave energy and erosion from changed channel configurations and increased shipping traffic to the existing structural integrity and current riprap which protects the sites. The proposed undertaking could result in changes in shipping traffic due to the deeper channel, as well as sediment transport. The NPS is concerned that sediment transport changes will result in increased erosion and potential effects on the long-term structural integrity of NPS resources. The NPS requests that the USACE initiate modeling with NPS involvement in the development and review of model output as well as a monitoring plan and program to evaluate changes in the wave climate in San Juan Harbor before and after

the proposed undertaking. The NPS also recommends that the modeling address the extent to which climate-change associated parameters (e.g., sea level rise, storm surge) impact NPS resources at San Juan National Historic Site in combination with the proposed deepening project. The EIS should also include potential effects to cruise ship traffic and visitation to Old San Juan from the undertaking.

We recommend coordinating with the Puerto Rico historic preservation office to have a qualified archeologist formally survey underwater archeological resources and to include a commitment to monitor during the dredging activities in the vicinity.

Thank you for the opportunity to provide comments concerning the recognition and protection of the San Juan National Historic Site in the development of the EIS. For additional information or for clarification about our comments, please contact: Anita Barnett, Environmental Protection Specialist, National Park Service Southeast Regional Office, 404-407-5706; Félix J. López, Chief of Cultural Resources, San Juan National Historic Site, 787-729-6777, ext. 267; Eric López, Park Historian, San Juan National Historic Site, 787-729-6777, ext. 243.

Sincerely,

Ben West
Chief, Planning and Compliance Division

cc:     Superintendent, San Juan National Historic Site

Page Intentionally Left Blank

USACE_001158

off off

---

 

**ASOCIACION DE NAVIEROS DE PUERTO RICO**
PUERTO RICO SHIPPING ASSOCIATION

*"Transportación Marítima…Eslabón que une a Puerto Rico con el Mundo."*

Hernán F. Ayala Rubio
*Presidente*

Eduardo Pagán
*Vicepresidente*

Ramón Umpierre
*Director Ejecutivo*

Michael Latimer
*Secretario*

José A. Vázquez
*Tesorero*

José O. Busto
*Pasado Presidente Inmediato*

**Miembros Asociados a:**

Caribbean Shipping Association

Cámara de Comercio de Puerto Rico

Asociación de Industriales de PR.

Florida Caribbean Cruise Association

Coalición del Sector Privado

November 5, 2015

Eng. Milan A. Mora, P.E
Project Manager
Programs & Project
Management Division
Department of the Army
Jacksonville District Corps of Engineers
PO Box 4970
Jacksonville, FL 32232-0019

RE:     Public Hearing – Dredging 2015

Dear Eng. Mora:

The Puerto Rico Shipping Association thanks the USACE the invitation for attending the public hearing. Our Association represent the 80% of the stakeholders of Port of San Juan. We understand that dredging of Port of San Juan of fifty feet of deep is in the best interest of our industry. The main reason of this is the expected increase of vessels in the next couple year due in part to the expansion of Canal of Panama. We have seen during the last ten years that vessels that use to work as feeder vessel have been replaced by larger ocean going vessels, and that trend will continue. Also the necessity of the Island of Puerto Rico to bring alternative type of fuels such as LNG and others, which require deeper draft.

PO Box 9022714, San Juan, PR 00902
Tel: 787.722.1105 / Fax: 787.724.4234/ Mobile: (787) 510.6085
hfayalajr@ayacol.com
Email:PRSA@prtc.net/ www.navierospr.org      USACE_001159

Hon. Eduardo Bhatia, Presidente Senado
Hon. José Nadal Power
Hon. Rafael "Tatito" Hernández
16 de septiembre de 2015
Página 2

    We respectfully request additional time to present the evidence of this necessities and the data corresponding to validate our request.  For this data we have to communicate to the shipping line that some of us operate and/or represent and also with our fuels providers in order to have their input.

    The PRSA is available to cooperate and help to this process.  Thank again for the invitation.

Respectfully Submitted,

Hernan F. Ayala
President

Page Intentionally Left Blank

USACE_001161

**Estado Libre Asociado de Puerto Rico**
**Gobierno Municipal de Cataño**
**José A. Rosario Meléndez, Alcalde**



Oficina de Planificación

## *COMENTARIOS ESTUDIO DE NAVEGACION*
## *PUERTO DE SAN JUAN, PUERTO RICO*
## *12 DE NOVIEMBRE DE 2015*

El Municipio de Cataño participó en la reunión y vista pública del Estudio de Navegación y mejoras propuestas para el Puerto de San Juan presentado por el Cuerpo de Ingenieros de los Estados Unidos.

El Municipio se localiza en la parte sur y parte este del sistema de canales de la Bahía de San Juan. Nuestras preocupaciones van dirigidas a los siguientes aspectos:

- Las mejoras a realizarse deben considerar los usos alrededor de la Bahía, que no solo se circunscriben a transporte de mercancías, turismo, sino a que también existen usos residenciales como es en el Sector La Puntilla en el Municipio de Cataño que ya está confrontando problemas por el aumento en el oleaje y aumento del nivel del mar.

- Toda mejora a realizarse debe considerar y debería prestar especial atención a que toda alteración de las condiciones de calado, ampliación, mejoras generales, podría tener un efecto en las costas. Esto incluye que en el Municipio de Cataño tiene residencias adyacentes a la costa. Recomendamos que los estudios deben considerar el cambio climático y los efectos que ha tenido en la costa en los últimos años y los que se proyectarían, la subida del nivel del mar, aumento en la fuerza del mar a las costas, erosión costanera ya prevalecientes y como podría o no promoverse otras situaciones relacionadas por las mejoras a ser realizadas.

- Los contaminantes que podrían removerse por el método a utilizarse para el dragado y el efecto en la calidad de las aguas, pudiendo afectar la pesca, así como que llegue a las costas basura generada por el movimiento y obras a realizarse.
Cordialmente,


Hon. José A. Rosario Meléndez
Alcalde
Municipio de Cataño



PO Box 428 Cataño, PR 00963-0428

(787) 788-0404, ext. 4062 y 4188

0b5ACD_0041632

Cataño Municipality

Office of Planning

Comments Navigation Study San Juan Harbor

12 November 2015


The municipality of Cataño participated in the public meeting for the Navigation Study of San Juan Harbor presented by USACE.

The municipality is located to the south and west of the San Juan Bay. Our concerns are the following:

- The improvements to the Harbor should consider use around the Bay, which not only pertain the transport of commodities, and tourism, but also residential, in areas as La Puntilla Sector, in Cataño. This sector is confronting issues due to increase of wave action and sea level changes.
- All improvements should consider that any alteration to draft, widening, and other general improvements could affect the coast. This includes the municipality of Cataño, which have multiple residences adjacent to the coast. We suggest that any study should consider climate change and its effects on the coast the last few years, and future projections relating raise in sea-level, coastal erosion, and increase of wave-action, and how these effects could be influenced by the improvements.
- Any contaminants that could be released related to the dredging performed, and the effect on water quality that could affect fishing and other maritime activities, as well as potentially, trash reaching the coast due to sediment stir-up and any improvement activity.


Hon. José A. Rosario Meléndez

Mayor

Municipality of Cataño

USACE_001163

Page Intentionally Left Blank



## TOTAL PETROLEUM PUERTO RICO CORP.

November 16, 2015

Mr. Paul DeMarco
Mr. Milán Mora
U.S. Army Corps of Engineers
Jacksonville District
P.O. Box 4970
Jacksonville, Florida 32232-0019

                    **RE: San Juan Harbor Navigation Project**

Dear Mister DeMarco and Mister Mora:

For your information, Cataño Oil Dock, known as COD, is situated between the TRAILER BRIDGE's Army Terminal and the dock of PREPA, in the area of the Army Terminal Turning Basin.

COD is owned by Puerto Rico Land Authority. That governmental agency through a Lease Agreement allows to the oil related companies to use COD. Those companies are TROPIGAS, BTB PLACCO, PUMA ENERGY, PUMA CARIBE and TOTAL PETROLEUM PUERTO RICO CORP. (TPPRC). PUMA and TPPRC are bringing barges and ships up to MR class ships handling gasoline, jet fuels and diesels. TROPIGAS and BTB PLACCO are bringing in smaller ships Propane and Bitumen, respectively.

TPPRC is designated by contract between those companies as the Administrator of the dock. As Administrator, TPPRC is in charge of security, maintenance, finance management, permitting and establishing operation procedures for COD on behalf of the users.

COD is designed to handle ships up to MR class type. Currently, the draft limitation of the COD and San Juan Port does not allow the entrance of fully loaded ships, leading to 5% to 10% dead freight. In order to solve this issue, the alternative is to dredge the COD and the Port down to 44 feet, considering and including a 2 feet under keel clearance. To dredge COD from the current 38 ft to such objective, geological data is requested to asses that the integrity of current structure, when receiving fully loaded MR ships, will remain the same

Moreover, current mooring patterns need to be improved including a mooring buoy or a new dolphin as showed in the sketch attached as Exhibit A. This modification should allow having full MR ship better moored and able to operate with less meteorological constrains. But installing this new dolphin or mooring buoy would require letting sufficient space in the Army Terminal turning channel. As consequence, we request that the Harbor Navigation Project

City View Plaza Torre 1,
Carr. PR - 165, Km. 1.2, #48, Suite 803, Guaynabo, PR 00968
P.O. Box 362916, San Juan, PR 00936-2916
**Tel.** (787) 783-4625 * (787) 792-2920
www.total.com.pr

1/2



includes this new mooring equipment.  We are at your entire disposal to explain more in detail our comments.

Should you have any questions, please do not hesitate to contact the undersigned.

Sincerely,

Antoine Effendiantz
Operations Director

C:  Vivian Suarez, GBT Terminal Manager
Daniel Pérez, Technical Manager
Denise Rodríguez Flores, Legal Manager

2/2

USACE_001166

## EXHIBIT A

### Current mooring patterns



### Future required mooring patterns



Page Intentionally Left Blank

CN 078-04495
REV. 01/13

COMMONWEALTH OF PUERTO RICO
PUERTO RICO ELECTRIC POWER AUTHORITY

SAN JUAN, PUERTO RICO



www.prepa.com

GPO BOX 364267
SAN JUAN, PR 00936-4267

November 23, 2015

Mr. Eric P. Summa, Chief
Environmental Branch
Department of the Army
Jacksonville District Corps of Engineers
701 San Marco Boulevard
Jacksonville, FL 32207-8175

Dear Mr. Summa:

**RE:   San Juan Harbor Navigational Improvements Project**
**Request for Information**

On October 8, 2015, the Puerto Rico Electric Power Authority (PREPA) received your letter regarding the above mentioned project.  As a result of the evaluation of the information submitted by the US Army Corps of Engineers (CoE), PREPA submits the following information regarding the impact of the proposed Project, as presented, in PREPA's operations and infrastructure.

PREPA is fully supportive of the proposed Project, since for the efficient and reliable operation of the electric system of Puerto Rico, some of the generating units on the north coast of the Island must use natural gas instead of the oil fuels used today.  This requires the construction of an LNG receiving, storage and re-gasifying infrastructure, and the dredge of the navigational channels within the San Juan Harbor, in order for it to have the required depth for the LNG Carriers.  Notwithstanding its support for the Project, PREPA also has some concerns that will require the Corps' attention during the dredging activities.

The electrical system in Puerto Rico is operated by PREPA, a public corporation created by Law No. 83 of 1941.  To supply the electrical system demand of the Island, PREPA operates several generating units located at different geographical areas. Among them are the Palo Seco and San Juan Complexes, located on the north coast of the Island, specifically in the Toa Baja and San Juan municipalities, respectively.  Palo Seco has a total generation capacity of 722 megawatts (MW), while San Juan has 840 MW.  These units are essential in ensuring the reliable and stable operation of the electric system, and therefore, critical for its operation.

To supply the fuel (Bunker C and Diesel) demand of both power complexes, PREPA contracts suppliers to ship the fuel in vessels that dock in the Puerto Rico Port

"We are an equal opportunity employer and do not discriminate on the basis of race, color, gender, age, national or social origin,
social status, political ideas or affiliation, religion; for being 0 perceived to be a victim of domestic violence, sexual
violence, sexual aggression or harassment, regardless of marital status, sexual orientation, gender identity or immigration status; or
physical or mental disability, for veteran status or genetic information"

Mr. Eric P. Summa
Page 2
November 4, 2015

Authority's (PRPA) Terminal-ABC in order to transfer it to PREPA's onshore storage tanks located at each facility. Therefore, special consideration shall be taken during the Project's planning and execution to avoid any fuel supply disruption to these power stations. Otherwise, it may result in an adverse impact on the electrical system operation and reliability, as well as the people of Puerto Rico's wellbeing and national security stability.

The San Juan Complex seawater intake structures are located near the proposed Project's area. During the proposed dredging activities, there is the potential of impacts to the quality of the seawater pumped into the condensers circulation water system, which may affect the power stations compliance with the regulatory agencies water quality requirements. Also, it may limit the generating units' thermal efficiency, reducing their maximum generation capacity and availability, and increasing the maintenance costs associated to additional condensers cleaning activities. Therefore, the implementation of best management practices during the Project execution are required to prevent and reduce the impact of the proposed dredging activities to PREPA's operations and infrastructure at the San Juan Complex.

Regarding PREPA's future plans, in order to provide natural gas to some of its generating units in Palo Seco and San Juan, PREPA has performed a Feasibility and Option Study through which it preliminarily concluded that there are two feasible options. The preferred feasible option is a Storage and Vaporization Infrastructure at the San Juan Complex, which includes a shore side LNG receiving terminal with storage and vaporization ashore and cargo provided through LNG carrier. The LNG carriers are expected to require a depth of up to 40.2 feet through the Army Terminal Channel and the Turning Basin. The required width of the channel is 400 ft. Due to the need of this infrastructure, it is important that these specifications are considered for the proposed Project.

For additional information, please contact engineer Rafael Marrero Carrasquillo, Environmental Protection and Quality Assurance Division Head, at (787) 521-4960.

Cordially,

Sonia Miranda Vega
Planning and Environmental Protection Director

Page Intentionally Left Blank

USACE_001171



# United States Department of the Interior

FISH AND WILDLIFE SERVICE
Caribbean Ecological Services
Field Office
P.O. Box 491
Boqueron, PR 00622



In Reply Refer To:
FWS/R4/CESFO/72127-002

DEC 0 1 2015

Mr. David A. Tipple
Interim Chief, Planning and Policy Division
US Army Corps of Engineers
Jacksonville District
701 San Marco Boulevard
Jacksonville, Florida 32207-8175

Re: Feasibility Study for the San Juan Harbor
Navigation Project, San Juan, Puerto Rico

Dear Mr. Tipple:

This is in reply to your October 15, 2015, Notice of Intent to carry out a dredging project in San Juan Harbor, and your letter dated October 8, 2015, inviting the Service to become a cooperating agency for an Environmental Impact Statement (EIS) associated with a feasibility study for the San Juan Harbor Navigation Project. Our comments are provided in accordance to the Endangered Species Act (87 Stat. 884, as amended; 16 United States Code 1531 et seq.) and the Fish and Wildlife Coordination Act (48 Stat. 401, as amended; 16 U.S.C. 661 et seq.). The Service has been coordinating with the Corps for dredging actions in San Juan Bay since 1993.

As we discussed during the project scoping meeting, our comments are focused on the need to assess possible effects of the dredging and future disposal of dredged materials to aquatic resources and the Antillean manatee.

Ocean Disposal:
At present time, the Corps will examine measures to improve navigation in the San Juan Harbor by deepening and widening certain channels and anchorage areas within the harbor. Specific dredging areas and how much material will be dredged have not yet been determined. The dredged material is expected to be suitable for placement in the Ocean Dredged Material Disposal Site (ODMDS) located a few miles from the harbor's entrance. Based on the preliminary information in your communication, some material may be suitable for placement in dredged holes and for other mitigation purposes.

In addition, the new dredging being contemplated in the inner harbor may re-suspend or expose layers of contaminated sediments currently not available to marine organisms.

The quality of the sediments to be dredged needs to be evaluated for potential impacts and suitability for disposal in the San Juan ODMDS.

Antillean manatee:
The San Juan Harbor is located within the range of the Antillean manatee. Although quality of manatee habitat within the San Juan Bay has decreased over time, manatees continue to use the San Juan Bay. Due to the high turbidity of the waters of San Juan Bay, manatee counts during aerial surveys are low. However, the use of the San Juan Bay area by manatees has been documented by public reports, dredging and construction project reports, mortality reports and USCG anecdotal reports from their dock area. Manatees have been reported at the entrance to San Juan Bay, Condado Lagoon, Coast Guard station, and in the Rio Puerto Nuevo, and are not limited to these areas.

In 2012, the Service, under contract, completed the study titled Science Summary in Support of Manatee Protection Area Design in Puerto Rico (Drew et al 2012). This study identified areas and characterized the three key ecological attributes (i.e. seagrass, freshwater, shelter) necessary to support manatee populations and identified areas where take can be reduced from watercraft related threats. The San Juan Bay area was described to provide a high shelter value for manatees, having at least one or more freshwater sources, having a high motorized watercraft threat, and was not associated with a seagrass hotspot.

The only mass manatee mortality event that has occurred in Puerto Rico took place within the San Juan Harbor/Bay area. On August 16 to August 18, 2006, four males and one female adult Antillean manatees were found dead in the San Juan Harbor/Bay area. The cause of death for these animals was determined to be human related due to a watercraft impact. Carcasses showed signs of blunt trauma and large boat propeller scars. It is believed these manatees were forming a mating herd and the accident could have been prevented by following idle speed zones within the San Juan Harbor/Bay and/or having observers on board while transiting in that area.

Both the Service and the Corps have developed manatee conservation measures to avoid and minimize potential in-water project effects on the manatee. These conservation measures can be used for the proposed project as appropriate. Some example measures include: manatee observers before and during construction, manatee awareness, and appropriate signage, among others.

As previously mentioned, the Service is interested on collaborating with the Corps for the designing and implementing of proactive conservation measures for the Antillean manatee in accordance with Section 7(a)(1) of the Act. Some examples of Section 7(a)(1) opportunities for the conservation of the manatee that could be implemented on this project include:
- Develop and implement a navigational aids plan for the San Juan Bay focused on avoiding and minimizing watercraft threats on the manatee.
- Support ongoing efforts to study manatee use within the San Juan Bay. The Service has a project with the PR Manatee Conservation Center and the DNER to

assess the health of manatees within the San Juan Bay and track manatees to study movement patterns and habitat use within the San Juan Bay.

- Develop a manatee specific education campaign using existing and new alternatives and media sources.

The San Juan Bay also harbors in-water habitat for the federally listed hawksbill (*Eretmochelys imbricata*) and green (*Chelonia mydas*) sea turtles.  There is also the potential for a hawksbill nesting in the area of the Palo Seco peninsula that needs to be considered when evaluating potential effects of the proposed project.  In addition, as for the manatee, there are a number of already described measures for avoiding and minimizing effects on sea turtles in the water for the proposed project.  Please contact the NOAA Fisheries Caribbean Field Office regarding possible effects on sea turtles in the water.

Aquatic resources:
While San Juan Harbor has been extensively modified as a commercial port, there are patches of aquatic vegetation and other habitats that remain in the area.  The proposed channel widening and expansion of the Army Terminal turning basin has the potential of impacting remaining sea grasses and hardgrounds within the San Juan Bay area.  Based on our preliminary assessment of the NOAA benthic habitat maps (2001) and the drawings of the proposed actions, the expansion of the turning basin may impact a 69 acre area of sea grasses.  Seagrass beds provide foraging opportunities for the Antillean manatee within San Juan Bay, in addition they serve as important habitats for commercially important fish species and other marine organisms.

However, the distribution and extent of seagrass and other benthic habitats within San Juan Bay are not well documented because of the turbidity of the waters or outdated information.  Thus, there is a need to better document the extent of marine habitats within San Juan Bay to be affected by the project.  As part of the feasibility study, benthic surveys along the proposed project site should be conducted to quantify the project impacts on marine habitats.  Once project impacts are identifies, appropriate mitigation measures should be developed to compensate for those impacts.

The Corps and the Service have formally committed to work together to conserve, protect, and restore fish and wildlife resources while ensuring environmental sustainability of our Nation's water resources under the January 22, 2003, Partnership Agreement for Water Resources and Fish and Wildlife.  Accordingly, the Service would be pleased to serve as a cooperating agency in developing the Environmental Impact Statement (EIS) for the proposed project in accordance with applicable NEPA/Council on Environmental Quality guidance.  Our participation will be specifically limited to:

(1) participating in meetings and field trips to obtain baseline information on project-area fish and wildlife resources;

(2) evaluating the proposed project's impacts to wetlands and associated fish and wildlife resources, and assisting in the development of measures to avoid, minimize, and/or compensate for those impacts (including project alternatives); and,

Mr. Tipple                                                                                                    4

     (3) providing technical assistance in the development of a Biological Assessment describing the impacts of the proposed activity to federally listed threatened or endangered species and/or their critical habitat.

Agreeing to be a cooperating agency does not preclude the Service from providing comments on the draft and final NEPA documents and does not ensure our support of the final selected plan.

If you have any questions regarding our comments please feel free to contact Marelisa Rivera at 787 851-7297 x 206.

Sincerely yours,

Edwin E. Muniz
Field Supervisor

cc:
COE, Planning, Jacksonville
DNER, San Juan
EPA, New York
NMFS, Boquerón
NMFS, San Juan

USACE_001175

Page Intentionally Left Blank

USACE_001176



**DEPARTMENT OF THE ARMY**
JACKSONVILLE DISTRICT CORPS OF ENGINEERS
701 San Marco Boulevard
JACKSONVILLE, FLORIDA 32207-8175

REPLY TO
ATTENTION OF

**DEC 17 2015**

Planning and Policy Division

Puerto Rico Ports Authority
Executive Director
ATTN: Ms. Ingrid C. Colberg-Rodríguez
Post Office Box 362829
San Juan, Puerto Rico 00936-2829

Dear Executive Director:

   Pursuant to the requirements of Section 1002 of the Water Resources Reform and Development Act of 2014, enclosed please find a copy of the San Juan Harbor Improvement Study draft project schedule. This schedule was compiled based upon the best available information, however, due to unforeseen or unanticipated future circumstances, this schedule may require modification. We request your written concurrence on the enclosed schedule and look forward to working closely with you to complete this important study.

   If you have any questions or need clarification, please contact the project manager, Milan Mora, at 904-232-1454.

                              Sincerely,

                              Jason A. Kirk, P.E.
                              Colonel, U.S. Army
                              District Commander

Enclosures

USACE_001177

Page Intentionally Left Blank

USACE_001178



**U.S. Department of Homeland Security**

**United States Coast Guard**

Commander
U.S. Coast Guard Sector San Juan
Prevention Department

5 Calle La Puntilla
San Juan, PR 00901-1819
Phone: (787) 729-2376
Fax: (787) 729-2377

16610
December 24, 2015

Department of the Army
Jacksonville District CORPS of Engineers
Planning and Policy Division-Environmental Branch
Attn: Mr. David A. Tipple
701 San Marco Boulevard
Jacksonville, FL 32207-8175

Dear Mr. Tipple,

This is in response to your letter dated December 7, 2015 requesting U. S. Coast Guard participation in the Environmental Impact Statement (EIS) study for the San Juan Harbor Navigation Project.

Your letter states there is a strict time frame for developing the feasibility study and EIS (WRRDA 2014) and in order to comply with your request, I am appointing as the primary point of contact Mr. Efrain Lopez from Preventions and Waterways Division. Mr. Lopez can be reached at 787-289-2097 or by email at Efrain.lopez1@uscg.mil.  The alternate point of contact will be LCDR M. Randolph, Waterways Division Chief with phone number 787-729-2374 or by email at Marc.a.randolph@uscg.mil.

Sincerely,

M. B. Zamperini
Captain, U.S. Coast Guard
Acting Commander, Sector San Juan

Copy: Unit file
      Chief, Preventions and Waterways Division

Page Intentionally Left Blank

USACE_001180

| | |
|---|---|
| **From:** | Powell, Richard B SAJ |
| **To:** | Antoine Effendiantz |
| **Subject:** | Re: [EXTERNAL] RE: San Juan Harbor - Potential Widening and Deepening Measures |
| **Date:** | Tuesday, May 31, 2016 7:42:34 AM |
| **Attachments:** | image001.png |
| | image002.png |
| | image003.png |
| | image004.png |
| | image005.png |
| | image006.png |
| | image007.png |
| | image008.png |
| | image009.jpg |
| | image010.jpg |

---

Yes, we will integrate the 150-foot limit to the stern of the LNG tanker shown.

Sent from my BlackBerry 10 smartphone.
From: Antoine Effendiantz
Sent: Saturday, May 28, 2016 4:08 PM
To: Powell, Richard B SAJ
Cc: Daniel PEREZ CRUZ; Denise RODRIGUEZ
Subject: [EXTERNAL] RE: San Juan Harbor - Potential Widening and Deepening Measures

Dear Mr. Powell,

I starting evaluated the document you summated, but I would need an additional information to properly answer.

On the plan, I see the "orange line" representing the exclusion zone, but without any limit when it comes to COD.

Could you integrate this "west" limit as per following example if

1-  vessel berth as proposed

2-  rigourously at point A and detail distance of this limit to our berthing line in COD East?

For COD user, it is highly critical we keep having access to CODEast at every time, and we want to formalize our answer that way. Having this required info would help modulate the answer.

thanks

USACE_001181

Antoine EFFENDIANTZ
Operations Director

Tél : +1(787) 749-8994

Cel: +1(787) 567-0706
Fax: +1(787) 793-4754
Email: antoine.effendiantz@tpprc.com <mailto:antoine.effendiantz@tpprc.com>

Total Petroleum Puerto Rico Corp.

City View Plaza Tower#1,

#48, Road PR-165
Suite803, Guaynabo, PR 00968

CONFIDENCIALIDAD. Este correo electrónico (incluyendo sus archivos adjuntos) contiene informaciones que pueden ser confidenciales y privilegiadas. No podra ser utilizado con fines distintos a la finalidad para la que ha sido enviado. Si usted no es el destinatario del correo electrónico, por favor, bórrelo y notifique al remitente inmediatamente.

CONFIDENTIALITY. This email (including any attachments) contains information which may be confidential and privileged. It may not be used other than for the purpose for which it has been sent. If you are not the intended recipient, please delete it and notify the sender immediately.

-----Original Message-----
From: Powell, Richard B SAJ [mailto:Richard.B.Powell@usace.army.mil]
Sent: Thursday, May 26, 2016 6:02 PM
To: Antoine Effendiantz
Subject: San Juan Harbor - Potential Widening and Deepening Measures

Dear Mr. Antoine Effendiantz,

The U.S. Army Corps of Engineers (USACE), Jacksonville District, requests

USACE_001182

your review of the enclosed drawing, which contains proposed widening and deepening measures for San Juan Harbor, Puerto Rico.  Please provide a response by 3 Jun 2016.

The USACE received the initial recommendation for the attached widening measures from the Puerto Rico Ports Authority, the San Juan Bay Pilots, and U.S. Coast Guard representatives at a Planning Charrette on 4 Nov 2015 for the San Juan Harbor Improvements study at the Puerto Rico Convention Center. Subsequent coordination with terminal operators and the U.S. Coast Guard San Juan Sector resulted in the enclosed drawing.  We plan to use this drawing as the with-project condition for ship simulation testing pending your comments.

The location of the Liquefied Natural Gas (LNG) tanker shown southwest of point "A" with the pipeline extending from the mid-ship section of the docked vessel, based on the location taken from the 29 May 2015 Puerto Rico Electric Power Authority report, would probably eliminate the need for widening Army Terminal Turning Basin.  Locating the LNG tanker's bow at point "B" would require widening the Army Terminal Turning Basin using either widening measure "1" or "2".  The orange line around the docked LNG tanker represents a 50 yard or 150-foot safety zone required by the U.S. Coast Guard.

We appreciate your letter of November 16, 2015, outlining the draft constraints experienced by your Medium Range (MR) class tankers and the requested new mooring dolphin in the area of the Army Terminal Turning Basin.  Our staff will continue to evaluate your concerns and will contact you with requests for additional information concerning the location of the

collisions are caused by large ships rather than small vessels."[27]  For instance, most large ship strikes to whales result in death.[28]

Ship strikes pose a serious threat to marine mammals, such as the Puerto Rico population of Antillean manatees.  The U.S. Fish and Wildlife Service (USFWS) has estimated that, over the past thirty years in in Puerto Rico, "37% of manatees died of natural causes, 26% die[d] of human-related causes, and 36% of [unknown] causes."[29]  USFWS lists boat strikes as the primary cause of human-caused manatee deaths in Puerto Rico.[30]  Naturally, the number of ship strikes is related to the number of ships navigating in Puerto Rico's waters.  A busier harbor will increase the likelihood that Puerto Rico manatees will suffer ship-related injury or death.  Because the Puerto Rico manatee population is small and geographically isolated, any increase in impacts to this population is significant, and the Corps must mitigate these impacts accordingly.

As part of its environmental review, the Corps must consider how lowering the speed of ships entering into the Harbor may reduce the likelihood of fatal and injurious ship strikes.  In addition, the Corps should require marine observers to search for manatees within any of the shipping channels.  In addition, the Corps should recommend that, once a manatee sighted, ships should take precautions, such as stopping their vessel to allow the manatee to pass, stopping the vessel's propellers, and taking any necessary steps to avoid colliding with manatees.

.

### III. The Corps Must Account for the Risk of Coral-Smothering Sedimentation Arising from Navigation Improvements

San Juan Harbor is near at least two large coral communities, one off the coast of the Puerta de Tierra beach, and another off of the coast of the Parque Nacional Isla de Cabras.[31]

---

[27] Laist et al., *Collisions Between Ships and Whales*, 17 MARINE MAMMAL SCI. 35, 54 (2001); Silber et al., *Hydrodynamics of a Ship/Whale Collision*, 391 J. EXPERIMENTAL MARINE BIOLOGY & ECOLOGY 11, 18-19 (2010).
[28] A.S. Jansen & G.K. Silber, *Large Whale Ship Strike Database*, NOAA Technical Memorandum, NMFS-OPR-25, U.S. DEP'T COMMERCE 9, fig. 4 (2004).
[29] USFWS, Antillean Manatee Fact Sheet (Apr. 2, 2013), http://www.fws.gov/caribbean/es/manatee_factsheet.html.
[30] *Id*.
[31] Location of Coral Reefs—Reef Basemap, Reefbase, http://reefgis.reefbase.org/ (last accessed May 4, 2016).

USACE_001205



*Figure 1-Coral Presence near San Juan Harbor*

Before approving any Harbor improvements that may involve blasting, dredging, or offshore disposal of dredged materials, the Corps must first conduct a thorough survey of corals in the areas that any Harbor improvements stand to directly or indirectly impact.  If these studies reveal that ESA-listed corals are present in or near the Harbor, the Corps must initiate formal ESA consultation with the National Marine Fisheries Service and receive an Incidental Take Statement prior to authorizing any Harbor-improvement activities.[32]  In addition, the Corps must analyze and mitigate any indirect impacts to nearby corals arising from dredging-related sedimentation.  As the Corps learned during the deepening and widening of the port channels at the Port of Miami, sedimentation from harbor improvement projects can spread great distances away from the dredging locations, harming corals and other marine species.  At the Port of Miami, dredged material migrated hundreds of meters away from the dredging and blasting sites.[33]  This sedimentation smothered corals, causing widespread total and partial coral mortality by preventing photosynthesis, filtering, and increasing the risk of stress-related diseases.[34]  If the

---

[32] *See* 16 U.S.C. § 1536(a)(2); 50 C.F.R. § 402.14(a).  The Corps should also initiate section 7 consultation regarding potential impacts to manatee populations and any other ESA-listed species the Project may harm.

[33] Dial Cordy Delineation of Potential Sedimentation Effect Area Within Middle and Outer Reef Habitats at 42 (August 2015) (sedimentation-related mortality occurred in excess of 650 meters from construction activities); NMFS, Examination of Sedimentation Impacts to Coral Reef along the Port of Miami Entrance Channel, December 2015, Final Report at 35, 47 (April 2016) (noting sedimentation impacts in excess of 700 meters north of the port channel).

[34] Dial Cordy Delineation of Potential Sediment Effect Area Within Middle and Outer Reef Habitats at 3 (August 2015); FDEP Report on Sites Visited in Port of Miami Expansion Project February 9, 2015; June 17, 2015, NOAA Port of Miami Field Observations from May 19, 2015; NMFS, Examination of Sedimentation Impacts to Coral Reef along the Port of Miami Entrance Channel, December 2015, Final Report at 8 (April 2016); Pollock, F. J., Larnb, J.

Page **7** of **8**

the significance of the project "must be analyzed in several contexts such as society as a whole (human, national), the affected region, the affected interests, and the locality." Id. § 1508.27(a). Intensity of the action is determined by considering the following ten factors: (1) impacts that may be both beneficial and adverse. A significant effect may exist even if the Federal agency believes that on balance the effect will be beneficial; (2) the degree to which the proposed action affects public health or safety; (3) unique characteristics of the geographic area such as proximity to ecologically critical areas; (4) the degree to which the effects on the quality of the human environment are likely to be highly controversial; (5) the degree to which the possible effects on the human environment are highly uncertain or involve unique or unknown risks; (6) the degree to which the action may establish a precedent for future actions with significant effects or represents a decision in principle about a future consideration; (7) whether the action is related to other actions with individually insignificant but cumulatively significant impacts; (8) the degree to which the action may adversely affect districts, sites, highways, structures, or objects listed in or eligible for listing in the National Register of Historic Places or may cause loss or destruction of significant scientific, cultural, or historical resources; (9) the degree to which the action may adversely affect an endangered or threatened species or its habitat that has been determined to be critical under the federal Endangered Species Act; (10) whether the action threatens a violation of Federal, State, or local law or requirements imposed for the protection of the environment. 40 C.F.R. § 1508.27(b)(1)-(10).

In the case of the Feasibility Study to widen and deepen San Juan Harbor, the applicability of at least two of the significance factors (impacts to a species listed under the ESA and cumulatively significant impacts) indicates that the Corps must prepare an EIS. The presence of one or more significant effects can trigger the need for a full EIS. S*ee, e.g. Nat'l Parks & Conserv. Ass'n. v. Babbitt*, 241 F.3d 722, 731 (9th Cir. 2001) (either of two significance factors considered by the court "may be sufficient to require preparation of an EIS in appropriate circumstances"); *Anderson v. Evans*, 350 F.3d 815, 835 (9th Cir. 2003) (presence of one or more factors can necessitate preparation of a full EIS). If the Crops does not prepare an EA or EIS for this permit, the agency has abrogated its duty to fully analyze the impacts of, alternatives to, and mitigation measures for the action. 40 C.F.R. §§ 1502.14, 1502.16, 1508.7, 1508.8.

The Center strongly urges the Corps to prepare an EIS for this project, which would include complete scientific substantiation for the project, a thorough analysis of all direct, indirect, and cumulative environmental impacts, and consideration of a full range of alternatives to the project.  Moreover, to meet its NEPA obligations, the NEPA document must be made available for public review and comment. *See, e.g. Anderson v. Evans*, 314 F.3d 1006, 1016 (9th Cir. 2002) ("the public must be given an opportunity to comment on draft EAs and EISs"). Following is a description of some, but not all, of the potentially significant environmental impacts of the proposed action.

   **a. Impacts to threatened corals are significant.**

The EA's conclusion that there will be no significant impacts on corals is arbitrary.  The Corps acknowledges that the project will affect ESA-listed coral species, but arbitrarily discounts those effects. Corals are deeply imperiled and the project will adversely affect threatened corals by increasing sedimentation and smothering corals.

USACE_001250

San Juan Harbor is near at least two large coral communities, one off the coast of the Puerta de Tierra beach, and another off of the coast of the Parque Nacional Isla de Cabras.[1] Although the Corps focuses its abbreviated analysis on *Acropora cervicornis*, the agency needs to comprehensively analyze the impacts on all listed corals.

The Corps must comprehensively analyze impacts to nearby corals arising from dredging-related sedimentation in a full EIS. As the Corps learned during the deepening and widening of the port channels at the Port of Miami, sedimentation from harbor improvement projects can spread great distances away from the dredging locations, harming corals and other marine species. At the Port of Miami, dredged material migrated hundreds of meters away from the dredging and blasting sites.[2] This sedimentation smothered corals, causing widespread total and partial coral mortality by preventing photosynthesis, filtering, and increasing the risk of stress-related diseases.[3] The vessels transporting dredged material to the disposal site will also leaked dredged material and create turbidity and sedimentation that needs to be analyzed.

The Corps impermissibly relies on an outdated 150-meter impact zone. The Corps relies on old information from Key West and Port Everglades that are no longer appropriate. The best available science demonstrates that the Project will cause sedimentation and other harmful impacts to corals beyond 150-meters from dredging activities. Nonetheless the Corps and NMFS used a 150-meter "impact" zone to estimate impacts of the Port Everglades project. Specifically, scientific monitoring of impacts on corals from the similar Port of Miami channel widening project demonstrated that the footprint of adverse impacts to coral habitat and corals extended far beyond 150-meters. Monitoring at the Port of Miami showed that Project sedimentation impacted corals well beyond the 150-meter mitigation zone, causing the Corps to re-initiate consultation.[4] The Crops' reliance on old NMFS findings that effects on corals would be "insignificant" is arbitrary given the new information and newly listed corals. The Agencies' use

---

[1] Location of Coral Reefs—Reef Basemap, Reefbase, http://reefgis.reefbase.org/ (last accessed May 4, 2016).

[2] Dial Cordy Delineation of Potential Sedimentation Effect Area Within Middle and Outer Reef Habitats at 42 (August 2015) (sedimentation-related mortality occurred in excess of 650 meters from construction activities); NMFS, Examination of Sedimentation Impacts to Coral Reef along the Port of Miami Entrance Channel, December 2015, Final Report at 35, 47 (April 2016) (noting sedimentation impacts in excess of 700 meters north of the port channel).

[3] Dial Cordy Delineation of Potential Sediment Effect Area Within Middle and Outer Reef Habitats at 3 (August 2015); FDEP Report on Sites Visited in Port of Miami Expansion Project February 9, 2015; June 17, 2015, NOAA Port of Miami Field Observations from May 19, 2015; NMFS, Examination of Sedimentation Impacts to Coral Reef along the Port of Miami Entrance Channel, December 2015, Final Report at 8 (April 2016); Pollock, F. J., Lamb, J. 8, Field, S. N., Fleron, S. F., Schaffelke, 8., Shedrawi, G., & Willis, B. L. (2014). Sediment and turbidity associated with offshore dredging increase coral disease prevalence on nearby reefs. PloS ONE, 9(7), e102498 (corals exposed to dredging-related sedimentation are twice as likely to develop disease); DERM Report on Opportunistic Hardbottom/Reef Inspections (July 2014) (dredging-related sedimentation can "increase diseases in corals").

[4] Florida Department of Environmental Protection, *Field notes on impact assessment in Miami Phase III Federal Channel Expansion Permit #0305721-001-BI*. 39pp (18 August 2014) (impacts extended beyond 200 meters); Miami-Dade Department of Regulatory and Economic Resources, Division of Environmental Resources Management, *US Army Corps of Engineer's Port of Miami Channel Deepening Project: Report on Opportunistic Hardbottom/Reef Inspections* 10pp. (July 2014) (sedimentation impacts extending to 450 meters); National Oceanic and Atmospheric Administration, *Port of Miami* Acropora cervicornis *Relocation Report, Final Report* 15pp. (13 February 2014) (noting sedimentation impacts extending beyond 200 meters).

USACE_001251

of an inadequate impact zone resulted in a vast underestimate of the true harmful impacts of dredging activities on corals.

The Corps' reliance on a management plan is insufficient to fully mitigate the adverse impacts on corals. The project's impacts on threatened corals triggers the need to prepare a full EIS.

**b. The project will have significant effects on endangered marine mammals.**

The Corps must also consider the effect of increasing the size and number of ships calling at the Harbor as is relates to the increased risk of harm from ship strikes.  Ships striking and killing or maiming marine species is a serious, prevalent problem that the Project may worsen in the Harbor area as a result of this project.  The EA fails to consider that the operation of the widened and deepened channel will harm Antillean manatees.  Vessel collisions are a leading cause of mortality and injury for manatees.

Higher traffic volumes of larger ships in the shipping lanes leading up to and within the Puerto Rico area will increase the risk of collisions with marine species.  Larger vessels account for a disproportionate number of ship strikes—especially fatal ship strikes.[5]  Partly due to their greater weight and partly because of their decreased maneuverability, "most, if not all, lethal collisions are caused by large ships rather than small vessels."[6]  For instance, most large ship strikes to whales result in death.[7]

Ship strikes pose a serious threat to marine mammals, such as the Puerto Rico population of Antillean manatees.  The U.S. Fish and Wildlife Service (USFWS) has estimated that, over the past thirty years in in Puerto Rico, "37% of manatees died of natural causes, 26% die[d] of human-related causes, and 36% of [unknown] causes."[8]  USFWS lists boat strikes as the primary cause of human-caused manatee deaths in Puerto Rico.[9]  Naturally, the number of ship strikes is related to the number of ships navigating in Puerto Rico's waters.  A harbor accommodating larger ships will increase the likelihood that Puerto Rico manatees will suffer ship-related injury or death.  Because the Puerto Rico manatee population is small and geographically isolated, any increase in impacts to this population is significant, and the Corps must mitigate these impacts accordingly.

It is insufficient to mitigate only the impacts of dredging and construction, a full EIS must also disclose the impacts of vessel traffic on manatees.  First, the assumption that vessel traffic will decrease is incorrect because even though there are larger vessels there will be an increase in vessel traffic to meet growing demands.  Second, even assuming fewer vessels, the larger vessels

---

[5] Laist et al., *Collisions Between Ships and Whales*, 17 MARINE MAMMAL SCI. 35, 54 (2001); Silber et al., *Hydrodynamics of a Ship/Whale Collision*, 391 J. EXPERIMENTAL MARINE BIOLOGY & ECOLOGY 11, 18-19 (2010) (ship size correlated to risk and severity of ship strike)

[6] Laist et al., *Collisions Between Ships and Whales*, 17 MARINE MAMMAL SCI. 35, 54 (2001); Silber et al., *Hydrodynamics of a Ship/Whale Collision*, 391 J. EXPERIMENTAL MARINE BIOLOGY & ECOLOGY 11, 18-19 (2010).

[7] A.S. Jansen & G.K. Silber, *Large Whale Ship Strike Database*, NOAA Technical Memorandum, NMFS-OPR-25, U.S. DEP'T COMMERCE 9, fig. 4 (2004).

[8] USFWS, Antillean Manatee Fact Sheet (Apr. 2, 2013), http://www.fws.gov/caribbean/es/manatee_factsheet.html.

[9] *Id.*

USACE_001252

their baleen plates with oil, thereby decreasing their ability to eat (Geraci and St. Aubin 1988, NOAA 2010b). Manatees are at risk from fouling the sensory hairs around their mouths which are important for detecting edible seagrasses. Cetaceans may ingest oil-contaminated zooplankton and fish prey, leading to gastrointestinal inflammation, ulcers, bleeding, diarrhea, and maldigestion (Geraci and St. Aubin 1988, NOAA 2010b). Long-term studies of killer whales impacted by the *Exxon Valdez* spill indicate that oil spills can have long-term, population-level effects on marine mammals. A resident killer whale pod that suffered a 33% loss in the year following the *Exxon Valdez* spill had not recovered to pre-spill numbers sixteen years after the spill, while a transient pod that experienced a 41% loss, including reproductive-age females, has continued to decline toward extinction since the spill (Matkin et al. 2008).

The potential for larger volume oil spills is greatly increased by widening and deepening the harbor.  Not only will larger ships be able to come into the harbor, but they will also be transiting in the ocean where whales occur and along the coast with potential impacts on sensitive coral reef ecosystems.

   **f.   The cumulative effects of numerous widening and deepening harbor projects must be evaluated.**

The cumulative effects of connected widening and deepening must be evaluated in a full EIS. The Corps' evaluation and approval of widening and deepening ports throughout the coastal US are connected actions that should be evaluated in a programmatic EIS. Cumulative environmental effects can be defined as effects on the environment which are caused by the combined results of past, current and future activities. 40 CFR §1508.7. There are numerous feasibility studies occurring at ports and harbors throughout the United States to widen and deepen navigation channels to allow larger vessels.  These actions are all related and foreseeable. Additionally, many will have impacts in multiple locations for species that migrate. Specifically, with more of these larger vessels being able to go into numerous ports, this will increase vessel traffic in the ocean that will be louder and more likely to collide with marine mammals.

   **II.   The EA is inadequate to meet the Corps' obligation to take a hard look at the environmental impacts.**

The EA fails to consider important information and it makes conclusions that are contrary to fact. There are several shortcomings in the EA, some of which are described in the above sections.

First, the agency's reliance on a 150-meter buffer zone is inadequate and the recent information from Port of Miami renders reliance on old analyses outdated and arbitrary. Corals have beendocumente din the area. Sedimentation and water quality issues have been identified far beyond 150-meters from similar dredging projects. Dredged materials will leak off of the vessel taking them to the disposal area and affect listed corals.  Thus, the impacts on ESA-listed corals are underestimated.

Second, the agency concedes that seagrass habitat will be affected, but it fails to consider the impact of losing seagrasses on manatees.

USACE_001257

Mr. Eric Summa
Page 3

Timeline for issuing the request for proposal (RFP) for the project is scheduled to start on April 2018, alongside with permits and commencement of detailed studies for design. PREPA's current implementation schedule for the project is as follows:

| | Project Task | Schedule |
|---|---|---|
| 1. | Planning | Will resume on February 2018 |
| 2. | Procurement of the private company for the P3 | Start date: April 2018 |
| 3. | Permitting (detailed studies for filing) | Start date: April 2018 |
| 4. | Conceptual design and required studies | Starting month: May 2018 |
| 5. | P3 contract establishment | March 2019 |
| 6. | Detailed design | Start date: March 2019 |
| 7. | Detailed design completed all systems | September 2020 |
| 8. | Permitting final approval | February 2021 |
| 9. | Construction | From April 2021 to April 2024 |
| 10. | Commercial Operation | April 2024 |



The above mentioned schedule describes the development of the terminal in San Juan harbor for receiving, storing, and gasification of LNG project. However, PREPA has already been investing in converting the existing units for natural gas use. As an example, dual fuel combustors have already been purchased for San Juan combustion turbine units 5 & 6, for both natural gas and distillate No. 2 oil use. Also, modifications to the inside housing auxiliaries on each combustion turbine are on-going considering space requirements of natural gas piping and auxiliaries.

PREPA hereby confirms that the Federal Navigation Project, which includes the Army terminal widening and deepening, is of outmost importance and hence required for both permitting and the cost benefit of the San Juan LNG project to our end customers, which is the entire people of Puerto Rico. If the Federal Navigation Project is not constructed, in order for PREPA to sustain the reliability of the electric grid in the north area of Puerto Rico, PREPA will be forced to convert its existing No. 6 fuel oil-fired steam units in San Juan and Palo Seco Power Plants to use No. 2 light distillate oil (diesel).

The Federal Navigation Project channel widening and deepening is required for PREPA to pursue the use of currently available 125,000 to 135,000 cubic meter capacity LNG vessels or larger. Larger LNG vessels will translate in fewer port calls to San Juan harbor (about 1 per month or less, but no more than two per month). Not having the Federal Navigation Project, without the corresponding channel widening and deepening, will prevent these LNG large vessels to transit through the San Juan harbor, which will result in requesting a much higher

Mr. Eric Summa
Page 4

number of port calls of smaller vessels. This will in turn result in a permitting challenge due to the already congested San Juan harbor transit.

PREPA is not optimistic in achieving permitting for frequent port calls of smaller LNG vessels, as it is well expected that the United States Coast Guard (USCG) would be reluctant to authorize a higher number of port calls for LNG vessels to enter San Juan harbor, as LNG exclusions zones will still apply to the harbor's transit. Moreover, due to the unavailability of smaller LNG carriers in the market, the only option would be to secure fabrication of not less than two vessels for continuous and dedicated use for PREPA. Such vessel costs are not included in the $350 million estimate, which would make the project not feasible for lowering electricity costs.

In terms of cost benefit to our clients, the project's importance goes beyond any return-of-investment on a project development, it is the resulting kilowatt-hour rate to Puerto Rico's residential, commercial, and industrial customers. A lower and feasible electricity rate using LNG can only be achieved with reliable LNG availability and adequate receiving means. In fact, transporting and receiving LNG in large or bulk quantities will greatly reduce transportation costs, which are also lower with a higher number of available market vessels. An adequate number of vessels in the LNG industry require the widening and deepening of San Juan harbor, which can be achieved with the Federal Navigation Project. The return-of-investment for this project will be its positive contribution to the economic growth of Puerto Rico.

We are confident that the details provided above will provide the USACE with more information on this important project for Puerto Rico. If you need more information or would like to further discuss this or other matters related to the San Juan LNG project, please contact engineer José Vázquez-Vera at (787) 521-7749 or by email at jvazquez12333@aeepr.com.

Sincerely,

Justo L. González-Torres
Acting Executive Director

c   Efran Paredes-Maisonet
    William Ríos-Mera

# SAN JUAN HARBOR, PUERTO RICO

# NAVIGATION IMPROVEMENTS STUDY

## Final Integrated Feasibility Report & Environmental Assessment

# APPENDIX K
# Condado Lagoon Water Quality Certification

June 2018



**US Army Corps of Engineers**
**of Engineers**
Jacksonville District

USACE_001284



ESTADO LIBRE ASOCIADO DE
P U E R T O   R I C O
JUNTA DE CALIDAD AMBIENTAL

14 de enero de 2015

Sr. Nelson R. Colón
Gerente de Proyecto
Cuerpo de Ingenieros del Ejército de los
Estados Unidos de América
Distrito de Jacksonville
701 San Marco Blvd.
Jacksonville, Florida 32207

Re:    Certificado de Calidad de Agua
       Proyecto de Mitigación para el Puerto de San Juan
       San Juan, Puerto Rico

Estimado Sr. Colón:

Hemos recibido y evaluado la solicitud de Certificado de Calidad de Agua para un permiso del Cuerpo de Ingenieros del Ejército de los Estados Unidos para realizar actividades de dragado y depósito de material en aguas de los Estados Unidos como parte del proyecto de mitigación para el Puerto de San Juan en el municipio de San Juan, Puerto Rico. El proyecto de mitigación consiste en rellenar las depresiones artificiales que existen en la porción norte de la Laguna del Condado. Como parte del proyecto se depositarán aproximadamente 46,000 yardas cúbicas de material dragado para rellenar aproximadamente 4 acres de las depresiones antes mencionadas y así crear aproximadamente 1.2 acres de hábitat para el desarrollo natural de vegetación acuática a una profundidad de 12 a 15 pies. El material de relleno que se utilizará, el cual en su mayoría es arena, se extraerá del material acumulado naturalmente en el área de la Península La Esperanza en la Bahía de San Juan.

Para el dragado y transporte del material dragado se considera utilizar varios métodos. Para la extracción del material en el área de la Península La Esperanza se podría estar utilizando tuberías de succión o equipo mecánico. El transporte del material se considera realizar mediante una combinación de barcaza y el bombeo a través de una tubería flotante y/o sumergida a lo largo del Canal de San Antonio hasta la Laguna del Condado. Cabe señalar que el Cuerpo de Ingenieros normalmente no especifica el tipo de equipo de dragado que se utilizará para llevar a cabo las



USACE 001285

Sr. Nelson R. Colón
Proyecto de Mitigación para el Puerto de San Juan
Página 2

actividades y el método que se utilizará finalmente, ya que el mismo estará determinado por el equipo más adecuado y competitivo disponible al momento de realizar la actividad.

Los objetivos del proyecto son restaurar la profundidad original en la zona de la Laguna del Condado con el fin de promover el restablecimiento de la vegetación acuática típica de la zona y compensar los 1.2 acres de hiervas marinas (Halophila decipiens) y macro algas que fueron afectados durante el dragado y la ampliación del Canal de Puerto Nuevo en la Bahía de San Juan.

El área de extracción de material estará localizado en el área de la Península La Esperanza al sur de las facilidades de Bacardi y al norte del pueblo de Cataño, Puerto Rico, en la latitud 18°26'59.39" Norte y longitud 66°07'59.98" Oeste. Las depresiones artificiales a ser rellenadas están localizadas en la porción norte de la Laguna del Condado al sur de la Avenida Ashford y norte de la Avenida Baldorioty en el municipio de San Juan, Puerto Rico, en la latitud 18°27'29.71" Norte y longitud 66°04'44.56" Oeste

Los cuerpos de agua donde se llevara a cabo el proyecto, Bahía de San Juan y la Laguna del Condado, están clasificados como SC y SB, respectivamente por el Reglamento de Estándares de Calidad de Agua de Puerto Rico, según enmendado.

Conforme a la Sección 401 (a) (1) de la Ley Federal de Agua Limpia (la Ley), posterior a la debida consideración de los límites de efluente o estándares establecidos bajo las Secciones 301, 302, 303, 306 y 307 de la Ley, si alguno, y luego de tomar en consideración la clasificación aplicable y estándares que regulan la calidad de las aguas de Puerto Rico, se certifica que existe una seguridad razonable, según determinado por la Junta de Calidad Ambiental, de que el proyecto permitido no causará violaciones a los estándares de calidad de agua aplicables si se cumplen con las limitaciones de la Tabla A-1. Las condiciones especificadas en la tabla antes mencionada, deberán ser incorporadas en el permiso federal para satisfacer las disposiciones de la Sección 401 (d) de la Ley.

Esta certificación aplica solamente a los efectos que esta actividad pudiera tener en la calidad de las aguas, y no a otros efectos ecológicos, biológicos o ambientales que puedan resultar del proyecto.

Sr. Nelson R. Colón
Proyecto de Mitigación para el Puerto de San Juan
Página 3

Esta Junta se reserva el derecho de comentar en fecha posterior sobre algún otro aspecto ambiental del proyecto.

_____
Lcda. Suzette M. Meléndez Colón
Vice-Presidenta

_____
Lcda. Rebeca Acosta Pérez
Miembro Asociado

_____
Sr. Weldin F. Ortíz Franco
Presidente

HJCA/dcc

c:   Sr. Sindulfo Castillo, *COE*

G:\División Permisos Fuentes Precisadas\División Permisos Fuentes Precisadas\WORD\Hery Joel\JPA\###-CCA San Juan Harbor Mitigation Project.docx

USACE_001287

Sr. Nelson R. Colón
Proyecto de Mitigación para el Puerto de San Juan
Página 4

## TABLA A-1

| PARÁMETRO | LIMITACIÓN |
|---|---|
| Aceite y Grasa | Las aguas de Puerto Rico deberán estar substancialmente libres de aceites y grasas flotantes no derivados del petróleo, así como de aceites y grasas derivados del petróleo. |
| Agentes Tensoactivos como Sustancias Reactivas con Azul de Metileno | No excederá 500 µg/L. |
| Color | No deberá ser alterado, excepto por causas naturales. |
| Oxígeno Disuelto | Contendrá no menos de 4.0 mg/L excepto cuando causas naturales ocasionen una depresión en este valor. |
| pH | En ningún momento el pH estará fuera del rango de 7.3 a 8.5 unidades estándares de pH, excepto cuando sea alterado por causas naturales. |
| Sólidos Suspendidos, Coloidales o Sedimentables | Los sólidos provenientes de las actividades no deberán ocasionar asentamientos, o perjudicar los usos existentes o designados de los cuerpos de agua. |
| Sólidos y Otras Materias | No deberán contener escombros flotantes, desechos u otros materiales flotantes atribuibles a descargas en cantidades suficientes que resulten desagradables o puedan perjudicar los usos existentes o designados del cuerpo de agua. |

Sr. Nelson R. Colón
Proyecto de Mitigación para el Puerto de San Juan
Página 5

| PARÁMETRO | LIMITACIÓN |
|---|---|
| Substancias que Provocan Sabor u Olor | No deberán estar presentes en cantidades que interfieran con el uso de recreación de contacto primario, o que pueda ocasionar cualquier sabor u olor indeseable a la vida acuática comestible. |
| Sulfatos | No excederá 2,800 mg/L, excepto por causa de fenómenos naturales. |
| Temperatura | Excepto por causas naturales, no se le transferirá calor a las aguas de Puerto Rico que pueda ocasionar que la temperatura en cualquier lugar exceda los 90°F o 32.2°C. Además, ninguna descarga termal o combinación de descargas termales en o dentro de las aguas costaneras, estuarinas y superficiales será perjudicial a la vida acuática, o al cultivo o propagación de una comunidad indígena balanceada de las mismas, ni de ninguna otra forma afectará los usos designados. |
| Turbiedad | No excederá de las 50 unidades nefelométricas de turbiedad (NTU), excepto por causa de fenómenos naturales. |

Condiciones Especiales

1. La Junta de Calidad Ambiental (JCA) al emitir este Certificado de Calidad de Agua (CCA), no releva al solicitante, Cuerpo de Ingenieros del Ejército de los Estados Unidos de América, de su responsabilidad de obtener permisos y/o autorizaciones adicionales de la JCA u otras agencias estatales o federales, según requerido por ley. La emisión del CCA no puede considerarse como una autorización para llevar a cabo actividades que no estén específicamente cubiertas en el CCA.

USACE_001289

Sr. Nelson R. Colón
Proyecto de Mitigación para el Puerto de San Juan
Página 6

2.    El solicitante, deberá:

a.  Obtener la aprobación de un Permiso General Consolidado conforme al Reglamento
    para el Trámite de los Permisos Generales.

b.  Tomar las medidas necesarias durante la fase de construcción, para evitar que
    residuos de sustancias orgánicas e inorgánicas, tales como aceites, combustibles u
    otras sustancias químicas, puedan ser arrastradas por la escorrentía y ganen acceso a
    un cuerpo de agua.

c.  De tener alguna descarga de escorrentía proveniente de una actividad de construcción
    a cualquier cuerpo de agua, deberán consultar con la Agencia Federal para la
    Protección Ambiental para determinar si dicha descarga requiere un permiso *NPDES*
    conforme al 40 CFR Sección 122.26 (b)(14)(X).

3.    Las limitaciones y condiciones especiales establecidas en este CCA entrarán en vigencia
      a partir de la Fecha de Efectividad del Permiso emitido por el Cuerpo de Ingenieros (*COE*,
      por sus siglas en inglés) y expirará en el tiempo designado por el COE. El mismo podrá
      ser renovado, a solicitud del peticionario, conforme a las Reglas y Reglamentos Aplicables
      a la fecha de radicación de la nueva solicitud.

4.    Las condiciones de este CCA son consideradas cada una independientemente de las
      demás. Por lo tanto, si la aplicabilidad de cualquier condición de este CCA quedara sin
      efecto debido a cualquier circunstancia, las restantes condiciones no se verán afectadas.

5.    El solicitante deberá cumplir con las condiciones especiales antes mencionadas. De no
      hacerlo así, el CCA concedido por la JCA será nulo inmediatamente.



# United States Department of the Interior

FISH AND WILDLIFE SERVICE
Caribbean Ecological Services
Field Office
P.O. Box 491
Boqueron, PR 00622

**JUN 2 1 2018**

In Reply Refer To:
FWS/R4/CESFO/72 I 27-002

Colonel Jason A. Kirk
District Commander
US Army Corps of Engineers
Jacksonville District
701 San Marco Boulevard
Jacksonville, Florida 32207-8175

> Re: Coordination Act Report for the San Juan
> Harbor Navigation Project, San Juan, Puerto Rico

Dear Col. Kirk:

The Department of the Interior, U.S. Fish and Wildlife Service, has prepared the enclosed the final Fish and Wildlife Coordination Act (FWCA) report for the proposed San Juan Harbor Navigation Project. This project proposes deepening of entrance cut #6, the widening of the Army Terminal channel and turning basin and the 1,050 foot federal expansion of jurisdiction of the San Antonio channel. This report fulfills the requirements of section 2(b) of the FWCA (48 Stat. 401, as amended; 16 U.S.C. 661 *et seq.*) and represents the Secretary of the Interior's report to Congress on the San Juan Harbor Navigation Study.

We ask that the Corps include the report as the findings of the Secretary of the Interior in the Chief on Engineers Report. We are providing the Corps a concurrence letter for the compliance of Section 7 of the Endangered Species Act on a separate correspondence.

If you have any questions feel free to contact Felix Lopez of our office at 787-581-7297 x210.

Sincerely,

Edwin E. Muñiz
Field Supervisor

fhl

### 4.1.1  Anegado Channel

There is no widening being proposed for this segment.  However, deepening is being proposed from the current 40 foot depth to 41-45 feet.  There is no information regarding the marine habitat currently found at these depths, but the constant ship traffic and sediment resuspension caused by vessels would rule out substantial habitat or habitat value.

This channel is a transit area for the Antillean manatee.  The Corps has discounted the need for blasting in this channel segment.  Work to be done in this area should follow the cautionary measures outlined in Appendix A "Standard Manatee Construction Conditions.

### 4.1.2  Army Terminal Channel and Turning Basin

The Army Terminal Turning Basin is being proposed for expansion and deepening to 40-45 feet.  This is to accommodate larger ships and a proposed LNG vessel for the Puerto Nuevo power plant.  Final design of the LNG berth is pending.  The Sabana Approach will also be deepened from 34 to 45 feet.  The Sabana Approach may be expanded by a private developer proposing to bring in compressed gas liquid (Guaynabo Gas Port).  This project was presented in a San Juan COE October 2016 Interagency Meeting.  While this is not part of the San Juan Harbor Project, the Corps should remain aware of this since it represents additional dredging and may conflict with the project dredging schedules.  The Army Terminal Channel is being proposed to be expanded 50 feet on both sides of the channel for a total of 100 feet.  The eastern side of the channel faces Punta Cataño, a shoal area known as Escollo Grande which is only 1-2 feet deep and was reported to have SAV by the Service (1993 CAR) for the previous San Juan Harbor project.  According to the nautical chart this bottom is marked as "foul" with submerged obstacles.  The proposed 50 foot expansion in this area may indirectly impact the Escollo Grande shoal due to dredging activities, slumping and increased erosion from ship wakes.

## 4.2  Proposed Dredged Material Placement Sites

The offshore disposal at the San Juan ODMDS located a few miles north of the harbor is the preferred disposal method.  The U.S. Environmental Protection Agency (EPA) will have to be consulted for the use of the ODMDS site.  Given the off shore nature and depths at the ODMDS, disposal at this site would not impact species under the purview of the Service.  The use of the San Juan ODMDS is currently the least cost alternative and preferred disposal method.  Of the previously proposed dredged material disposal areas, only the Condado Lagoon site has made it to the RP.

### 4.2.1  Condado Lagoon Depressions

According to the Corps, the restoration of dredged pits or holes in Condado Lagoon which is tied to previous Corps San Juan Harbor dredging works; it is still pending.  We recommend that the pending mitigation be included in the upcoming San Juan Harbor project.  The Condado Lagoon has about 32 acres below the depth of 15 feet, some areas reaching 35 feet in depth, the result of past dredging activities for the hotel development of the Condado area.  The pending mitigation for the previous dredging project will not be able to restore the entire impacted area.  However, if additional material is used from this current proposed San Juan Harbor dredging and expansion, there may be additional mitigation benefits to Condado Lagoon from an increase in shallow

Fish and Wildlife Coordination Act Report, San Juan Harbor Navigation Project

Within the U.S., green sea turtles nest in small numbers in the U.S. Virgin Islands and Puerto Rico. Green sea turtles are generally found in fairly shallow waters (except when migrating) inside reefs, bays, and inlets. The green sea turtle is attracted to lagoons and shoals with an abundance of marine grass and algae. Open beaches with a sloping platform and minimal disturbance are required for nesting.

**Hawksbill Sea Turtle**

The hawksbill sea turtle was federally listed as an endangered species on June 2, 1970 (35 FR 8491). The hawksbill is found in tropical and subtropical seas of the Atlantic, Pacific, and Indian Oceans. The species is widely distributed in the Caribbean Sea and western Atlantic Ocean. In the Wider Caribbean, adult hawksbills have been reported as typically weighing around 176 pounds or less; hatchlings average about 1.6 inches straight length and range in weight from 0.5 to 0.7 ounces. The carapace is heart shaped in young turtles, and becomes more elongated or egg-shaped with maturity. The top scutes are often richly patterned with irregularly radiating streaks of brown or black on an amber background. The head is elongated and tapers sharply to a point. In the U.S. Caribbean, hawksbill nesting occurs on beaches throughout Puerto Rico and the U.S. Virgin Islands.

**Antillean Manatee**

The Antillean manatee is currently considered as a threatened species (82 FR 16668). The Antillean manatee is also protected under the U.S. Marine Mammal Protection Act (16 USC § 1361 et seq. 1976 & supp. V 1981) and listed as endangered by the International Union for Conservation of Natural Resources (Self-Sullivan and Mignucci 2008). The species is also listed as endangered by the PRDNER (2004).

While the Antillean manatee has been reported to occur in Puerto Rico since Spanish exploration (Powel et al. 1981), except for anecdotal descriptions, the historical population size is unknown. Aerial surveys to estimate the population size have been completed and current preliminary results estimate a mean population size of 532 individuals with a 95% confidence interval of 342 to 802 (Pollock et al. 2013). The Antillean manatee population in Puerto Rico is considered stable (USFWS 2016).

Manatees are obligate herbivores (Bonde et al. 2004) and are efficient in the gathering and consumption of submerged aquatic vegetation (Marshall et al. 2000). Antillean manatees in Puerto Rico primarily feed on seagrass and require freshwater sources, neither of which is considered a limited resource in Puerto Rico (Drew et al. 2012). The Antillean manatee performs most activities (i.e., feeding, drinking, resting, calving) within shallow coves and bays characterized by low-energy waves (Lefebvre et al. 2000), but also travel through open, deep marine waters. Local movement patterns show alternating use between seagrass beds for feeding and freshwater sources for drinking (Slone et al. 2006). During a manatee expert elicitation process (Drew *et al.* 2012), manatees were described to regularly traverse deep water when moving between local sites or resources, do not feed or rest in waters deeper than 13 m (42.7 ft), and spend the majority of their time in waters less than 5 m (16.4 ft) deep (Drew et al. 2012).

The SJB is located within the range of the Antillean manatee in Puerto Rico. Drew et al. (2012) identified areas in Puerto Rico which include the three key ecological attributes (i.e. seagrass, freshwater, shelter) necessary to support manatee populations and identified areas where take can

Fish and Wildlife Coordination Act Report, San Juan Harbor Navigation Project

be reduced from watercraft related threats.  Waters within San Juan were described to provide a high shelter value for manatees and a high motorized watercraft threat.  Waters within San Juan were not associated with having a significant source of seagrass, but have at least one or more freshwater sources for manatees to drink from.  The SJB may also have other potential feeding sources besides seagrass, for example, certain algae or freshwater plants.

The number of manatees that transit or reside within the SJB is unknown.  Due to the high turbidity waters of the SJB, manatee counts during aerial surveys are low.  However, we know that manatees are found within the SJB from Isla de Cabras to the Rio Puerto Nuevo channel mostly from public reports, dredging and construction project monitoring reports, USCG anecdotal reports from their dock area, and mortality reports.

For example, from August 16 to August 18, 2006, four males and one female adult Antillean manatees were found dead in the SJB area.  The cause of death for these animals was determined to be human related due to a large boat impact.  Dead manatees showed signs of blunt trauma and large boat propeller scars.  When a single female is associated to a group of males, they are forming a mating herd and the manatees are extremely active and thus making themselves more visible.  This event, although unfortunate, serves as part of the evidence that manatees do use the San Juan Bay area.  This accident may have been prevented by following idle speed zones within the San Juan Bay and/or by having an observer on board while transiting in that area.

The specific use of the SJB by manatees has not been studied in detail as opposed to other areas like Ceiba and Guayanilla, where manatees have been captured and released with radio tracking devices (Slone et al. 2006).  Together with the PR-DNER and the PR Manatee Conservation Center, the Service has proposed to capture manatees in the SJB area, conduct health assessments tests, and release and follow them with the use of satellite tracking devices.  There is current data on one rehabilitated and released sub-adult male manatee (Aramaná) that was using the SJB and was tracked with satellite technology, this data contributes to our understanding of manatee use within the SJB area (see Fig. 9).



## GOVERNMENT OF PUERTO RICO

Department of Natural and Environmental Resources

February 12, 2018

Colonel Jason A. Kirk
U.S. Army Corps of Engineers
Jacksonville District
Attn: CESAJ-OD-E
Emergency Management Branch 701 Blvd.
Jacksonville, FL 32207

Dear Mr. Kirk:

On September 20, 2017, hurricane María struck Puerto Rico, becoming the most devastating weather event in eighty years, for both the local infrastructure and for the provision of essential services to the citizens. This event has put at risk the security, health, and property of all the residents of Puerto Rico.

Therefore, as discussed during various meetings held regarding the recovery and reconstruction efforts post hurricane María, please find attached *The Flood Control Projects Table* (Government of Puerto Rico Status of Pending Civil Works Projects). As you may notice, following your instructions and requirements, the projects have been divided by priorities and categorized according to their construction stage status.

Due to the catastrophic damages caused to Puerto Rico by the hurricane María, the projects listed in the attached table have taken a greater prominence. The Government of Puerto Rico is highly committed to join efforts with the U.S. Army Corps of Engineers to achieve the projects listed, in order to protect the life and property of the residents of our Island.

If you have any questions, please contact me at your convenience.

Cordially,

Tania Vázquez Rivera
Secretary

c. Mr. Tim Murphy
  Deputy District Engineer for Programs and Project Management
  Department of the Army
  Tim.Murphy@usace.army.mil



GOVERNMENT OF PUERTO RICO STATUS OF PENDING CIVIL WORKS PROJECTS

| Item | CWBS | PROJECT NAME | LOCATION | CURRENT PHASE | MANAGEMENT/CURRENT STATUS | PY PRIORITY | DESCRIPTION | REMAINING WORK TO COMPLETE | Estimated total Cost at Prk BY18 $ MILLIONS | Estimated Cost to Complete as of FY18 2018 MILLIONS | CONTRACT AWARD DATE | IMPACTS IF HURRICANE MARIA | PREVIOUS FLOOD IMPACTS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | **PRIORITY I** | | | | | | | | | | | |
| 1 | | Río La Plata | | Ongoing Construction | | 1 | | | | | TBD | | |
| 2 | | Río Grande de Arecibo | | Incomplete Construction | | 2 | | | | | TBD | | |
| 3 | | Río Puerto Nuevo | | Ongoing Construction | | 2 | | | | | TBD | | |
| 4 | | Río Fajardo | | Incomplete construction | | 3 | | | | | TBD | | |
| 5 | | Caño Martín Peña | | RECON Start Construction | | 6 | | | | | TBD | | |
| 6 | | San Juan Incipit Mitigation | | Incomplete Construction | | 3 | | | | | TBD | | |
| 7 | | Ashburn Santa Isabel | | Incomplete Construction | | 3 | | | | | TBD | | |
| 8 | | P&R Levee / Channels | | Rehabilitation | | 3 | | | | | TBD | | |
| 9 | | Comlina Dam | | Rehabilitation | | 3 | | | | | TBD | | |
| 10 | | Río Guaonica Phase 1 | | Rehabilitation | | 3 | | | | | TBD | | |
| 11 | | Río Guanajibo | | Rehabilitation | | 3 | | | | | TBD | | |
| 12 | | Río Majada | | Rehabilitation | | 3 | | | | | TBD | | |
| 13 | | Río Mayagüez Phase 1 | | Rehabilitation | | 3 | | | | | TBD | | |
| 14 | | Río Chucas | | Rehabilitation | | 3 | | | | | TBD | | |
| 15 | | Modernization of STORM Sewers Bases Pump Stations | | New Investigation | | 3 | | | | | TBD | | |
| 16 | | Río Ponce | | New Investigation | | 3 | | | | | TBD | | |
| 17 | | Río Añasco Bus Restoration | | RECON Start Construction | | 3 | | | | | TBD | | |
| 18 | | Engineering Appts Dams | | Rehabilitation | | 3 | | | | | TBD | | |
| 19 | | Río Turabo | | Rehabilitation | | 3 | | | | | TBD | | |

USACE_001538



# SAN JUAN HARBOR, PUERTO RICO

## INTEGRATED FEASIBILITY STUDY AND ENVIRONMENTAL ASSESSMENT AGENCY DECISION MILESTONE (ADM) MEETING






Presented by:
COL Jason A. Kirk
District Engineer
U.S. Army Corps
of Engineers
Jacksonville District

January 25, 2018





US Army Corps
of Engineers ®



AUTORIDAD de los PUERTOS de PUERTO RICO

NON-FEDERAL SPONSOR
Puerto Rico Ports Authority

USACE_001551

# SAN JUAN HARBOR
## FEASIBILITY STUDY SCHEDULE (UP TO 36 MONTHS)

FCSA Signed 9/16/2015

Targeting WRDA '18

**1 SCOPING**

**2 ALTERNATIVE FORMULATION & ANALYSIS**

**ALTERNATIVES MILESTONE**
Vertical Team concurrence on Array of Alternatives
1/7/2016

**TENTATIVELY SELECTED PLAN (TSP) MILESTONE**
6/30/2017

Release Draft Report for Public & Agency Review
8/10 – 9/28/2017

**FEASIBILITY-LEVEL ANALYSIS**

**3 AGENCY DECISION MILESTONE (ADM)**
1/25/2018

**WE ARE HERE**

**4 SENIOR LEADER REVIEW PANEL**
7/2018

**5 CHIEF'S REPORT**

**CHIEF'S REPORT**
9/14/2018

## PURPOSE OF ADM MEETING

- Endorse the Recommended Plan
- Approval of path forward to complete feasibility level design and the feasibility study report package
- Discuss significant technical, policy, and public comments and their resolution from Draft Report
- Discuss significant risks being carried forward in the study
- Confirm non-Federal sponsor support of Recommended Plan

24 January 2018

POC: Ashleigh Fountain

US Army Corps of Engineers ®

4



# ENGINEERING: SHIP SIMULATION
## RECOMMENDATIONS CARRIED FORWARD

**DESIGN VESSELS**

- Large Panamax Container  965' LOA   106' Beam
- LR2 Tanker  800' LOA   138' Beam
- LNG Tanker  928' LOA   146' Beam
- Oasis Class Cruise Vessel  1181' LOA   154' Beam

BUOYS

CONTAINER TERMINALS

PETROLEUM TERMINALS

LNG

RORO

CRUISE

BULK

AUTHORIZED DEPTH

AUTHORIZED VS. CONSTRUCTED DEPTH

24 January 2018 POC: Ashleigh Fountain

USCG to move Buoys 7&9 eastward outside of Federal channel

USACE to deepen Cruise Ship Terminal to increase maneuverability thus decreasing transit time

USCG to move Buoys R2& G3 to allow full use of wideners to Army Terminal Channel

USACE to widen Army Terminal Channel 50' east & west for LR2 Tankers and LNG Vessels to address bank suction & strong prevailing northeasterly winds

USACE to construct flares in Army Terminal Turning Basin to improve maneuverability for LR2 Tankers and LNG Vessels

SAN JUAN HARBOR

BAR CHANNEL

USACE_001558



**EXISTING PROJECT**

**FUTURE WITHOUT-PROJECT**

**FUTURE WITH-PROJECT**

MR & LR1 Tankers
Army Terminal Turning Basin: Cataño Oil Dock (COD) & PUMA dock

**NO CHANGE**

MR & LR1 Tankers
Army Terminal Turning Basin: Cataño Oil Dock (COD) & PUMA dock

**WITH PROJECT** (w/ or w/o LNG)

MR, LR1 & LR2 Tankers
Army Terminal Turning Basin: Cataño Oil Dock (MR & LR1) & PUMA dock (MR, LR1 & LR2)

PREPA Power Generation (Bunker Fuel & Diesel) (Bunker Fuel = LOW $/KWH & AIR QUALITY CONCERN)

**FUEL TYPE CHANGE**

PREPA Power Generation (Diesel) (Diesel = HIGH $/KWH)

**WITH PROJECT** (w/ LNG)

Image Courtesy of Safe Shipping BC

LNG is CHEAPEST $/KWH & Most Efficient Power Generation

Army Terminal Turning Basin

**NO CHANGE**

Army Terminal Turning Basin

**NO CHANGE**

Army Terminal Turning Basin

Panamax Container
Puerto Nuevo Channel

**NO CHANGE**

Panamax Container
Puerto Nuevo Channel

**NO CHANGE**

Panamax Container
Puerto Nuevo Channel

Inefficient Vessel Transit
Cruise Ship Terminals

**INCREASED # CALLS** (in FWOP & FWP)

Inefficient Vessel Transit
Cruise Ship Terminals

**WITH PROJECT** (w/ or w/o LNG)

Increased Efficiency
Cruise Ship Terminals

24 January 2018

POC: Ashleigh Fountain

10

**Report Summary**
**for**
**San Juan Harbor Navigation Improvement Study,**
**San Juan Harbor, Puerto Rico**
**Integrated Feasibility Report and Environmental Assessment**
**Revised: January 11, 2018**

**1.      Stage of Planning Process**
The Jacksonville District is preparing an integrated Feasibility Report and Environmental Assessment evaluating navigation improvements in efforts to increase transportation efficiencies in San Juan Harbor, Puerto Rico. This document is being prepared as a read-ahead in advance of the Agency Decision Milestone scheduled for January 25, 2018.  The team has released the draft report detailing the tentatively selected plan for concurrent public/policy/agency technical review.  Since release of the draft report, the team has been working to address comments received during the review, making the necessary changes in the report, and refined the costs and benefits of the Recommended Plan (step 6 of the Planning Process outlined in Engineering Regulation (ER) 1105-2-100).

**2.      Study Authority**
House Report 109-738, as reported by the Transportation and Infrastructure Committee, contains the study authority for the San Juan Harbor Improvements study (https://www.congress.gov/109/crpt/hrpt738/CRPT-109hrpt738.pdf).

The Water Resources Survey Resolutions approved by the Committee on Transportation and Infrastructure specifically states:

"Mr. Fortuno: San Juan Harbor, PR, Docket number: 2764, Date filed: February 23, 2006 (navigation project).  September 20, 2006. Resolution adopted by the Committee on Transportation and Infrastructure."

**3.       Non-Federal Sponsor**
The Puerto Rico Ports Authority (PRPA) represents the non-Federal sponsor who requested this study.

**4.      Purpose and Need/Federal Interest**
The purpose of the feasibility study is to evaluate navigation improvements that address existing physical constraints and inefficiencies and to reasonably maximize, consistent with protecting the environment, San Juan Harbor's contribution to National Economic Development (NED) benefits (transportation cost savings).  The need for the modifications to the Federal system of channels results from difficult winds, waves, and currents; limited turning basin widths; and insufficient channel depths which limits the system's ability to efficiently serve the existing shipping fleet and future cargo volumes.  Federal interest in navigation at San Juan Harbor dates back to the early 1900's.  A Federal interest exists based on documentation from two petroleum

action and coastal erosion.  The public, State agencies, and Federal agencies have not raised any other significant concerns at this time.

Key social and environmental factors and consequences associated with the Recommended Plan include the following potential environmental concerns:

1) Potential areas of environmental resource concerns include corals and hardbottoms along Bar Channel, seagrasses and macro algae in the Anchorage Area "F" expansion measure, seagrasses and algae northwest of Puerto Nuevo Channel, seagrasses north of Graving Dock Channel and southeast of Graving Dock/Puerto Nuevo Turning Basin, and seagrasses east of San Antonio Channel.
2) Manatees, sea turtles, and dolphins are regularly reported in San Juan Bay.
3) Known ship wrecks include potentially 50 sites.
4) Consultation on the proposed widening measures and coordination of cultural resources survey will continue with the Puerto Rico State Historic Preservation Office.
5) Geotechnical evaluations indicate minimal rock, which will not require blasting.

Efforts to Avoid or Minimize Adverse Impacts.  The San Juan Bay Pilots examined squat tables for ships transiting the Bar and Entrance Channel to determine those areas will not require additional deepening.  USCG Sector San Juan plans to move buoys G7 and G9 to areas of existing deep water east of the Federal channel limits, which allows widening of the Entrance Channel reaches from Cuts 4 – 7 without deepening which is a non-structural measure.

No Significant Impacts.  Deepening and widening measures along the Army Terminal and Graving Dock Channels would not result in direct impacts to SAV based on database search of existing surveys and the preliminary benthic surveys referenced above. SAV, including macroalgae and seagrass, has been mapped in many scattered areas of the Bay but typically in less than 15-20 foot water depths. In addition, all seven Endangered Species Act listed threatened coral species have been documented on the discontinuous linear or fringing reef consisting of corals covering fossil sand dunes (i.e. eolianites) trending in an east-west direction and extending, in some sites, up to 0.9 miles offshore along the north coast of the San Juan metropolitan area. However, the closest previously mapped hardbottom habitat (colonized pavement) is 1,500 feet from the closest dredge area (Cut-6) and Acroporid coral critical habitat is approximately 2,500 feet north of Cut-6. Therefore, impacts to listed corals from dredging and dredged material transport related turbidity are not anticipated. It should be noted the fringing reefs east of the San Juan Harbor Bar Channel in the Isla Verde area have been significantly stressed or affected from sedimentation and organic pollution coming from the San Juan Bay Estuary. This is evident by a remarkably high frequency of hard coral colonies impacted by Black Band Disease, which suggests poor water quality (Coll Environmental, 2005).

13.2   Environmental Compliance

As a whole, the proposed project is not expected to have a significant effect on the quality of the human environment.  Previous EAs addressed the effects of channel expansion, documenting compliance with NEPA.  USACE's analysis to date and its administrative record indicate that the harbor improvements would not have a significant impact on the quality of the human



## GOBIERNO DE PUERTO RICO
Oficina Estatal de Conservación Histórica

December 5, 2017

## Gina Paduano Ralph, Ph.D.
Chief, Environmental Branch
Jacksonville District Corps of Engineers
701 San Marco Boulevard
Jacksonville, FL 32207-8175

SHPO 10-05-15-02  SAN JUAN HARBOR IMPROVEMENTS PROJECT, SAN JUAN, PUERTO RICO

Dear Dr. Paduano,

Our Office has received and reviewed the above referenced project in accordance with 54 U.S.C. 306108 (commonly known as Section 106 of the *National Historic Preservation Act*) and 36 CFR Part 800: *Protection of Historic Properties*. The State Historic Preservation Officer (SHPO) is to advise and assist federal agencies and other responsible entities when identifying historic properties, assessing effects upon them, and considering alternatives to avoid or reduce the project's effects.

Based on the U.S. Army Corps of Engineers' decision to remove Anchorage Area F Expansion from the project, our records support your finding of **no historic properties affected** within the project's area of potential effects.

Please note that should the Agency discover other historic properties at any point during project implementation, you should notify the SHPO immediately. If you have questions regarding this matter, please contact our Office at (787) 721-3737 or email, ediaz@prshpo.pr.gov.

*Sincerely,*

Carlos A. Rubio-Cancela
State Historic Preservation Officer

CARC/GMO/BRS/MB

SHPO
OFICINA ESTATAL DE
CONSERVACIÓN HISTÓRICA
OFICINA DEL GOBERNADOR
STATE HISTORIC
PRESERVATION OFFICE
OFFICE OF THE GOVERNOR
OECH

USACE_001646

| | |
|---|---|
| **From:** | DeMarco, Paul M CIV USARMY CESAJ (US) |
| **To:** | Kelly Logan - NOAA Federal |
| **Cc:** | Mark Lamb - NOAA Federal; Spinning, Jason J CIV USARMY CESAJ (US); Ralph, Gina P CIV USARMY CESAJ (US) |
| **Subject:** | SER-2017-18763 San Juan Harbor Improvements Study |
| **Date:** | Friday, December 1, 2017 11:11:08 AM |
| **Attachments:** | SJS_FINAL_SMMP.PDF |
| | Table 8 from SanJuan_Draft_EN_Appendix_A.PDF |
| | SJH-ODMDS.xlsx |
| **Importance:** | High |

Kelly, the attached SMMP should help answer these questions (see below for specific Sections/page numbers):

1. See Appendix B - DISCHARGE GUIDELINES FOR AN SJS DISPOSAL PROJECT of the attached SMMP.  GPS-based automated disposal surveillance technology will be used to ascertain that loading and disposal of dredged material is occurring at authorized locations, that material is not being lost en route to the site, and that material has been discharged within the site boundaries. This technology simultaneously records the draft and position of the vessel to which it is attached. USACE-approved disposal inspectors (ship riders) will accompany all scows and hopper dredges disposing at the SJS. If the barge/scow doors were to remain open after the dump in the ODMDS, it would be apparent to the vessel operators through electronic warning signals and they should remediate the situation unless there is a mechanical failure. In any case all this would be recorded in DQM so there would be a record of any such occurrences (see pages 17&18 of the biological assessment for more details: Transportation Methodology – Hopper Dredges, Tugs/Scows, and Barges).

2. The number of scow trips can vary widely depending on each contractor and their equipment and the location of the project. For the 2017 San Juan Harbor O&M contract, Cashman used two scows, the Merc Shevlin (4,800cy capacity) and Mighty Quinn (3,800cy capacity). They removed 592,998cy with a clamshell bucket dredge and there were 276 scow trips. This averages 2,149cy per scow trip. The proposed

USACE_001647

action would remove approximately 2.1MCY which using this last contractor's scow average could result in 977 scow trips assuming a mechanical dredge would be used and all the construction dredged material would be deposited in the ODMDS.

3. See Section 4. Past and Anticipated SJS Use and Quantity of Material Disposed on page 9 of the attached SMMP. The turbidity report examples were from maintenance dredging projects in 2007 and 2017. Both used clam shell mechanical dredges to bottom dump scows, dredged between 350-450kcy of silty sand and fines. Both projects lasted several months. The primary material difference for the proposed action would be the addition of clay to the construction dredged material as seen in the FY99-01 construction project (See SMMP Section 4 on page 9). Also attached is Table 8 of the engineering appendix from the draft feasibility study which depicts anticipated sediments from the proposed action based on our feasibility level geotechnical analysis.

4. Maybe we can monitor the scows in transit through the harbor mouth with the turbidity vessel and if a plume is seen coming from the scow then monitor turbidity? It might be difficult to differentiate between natural background and scow related turbidity but taking the sample within any visible scow plume could work. Perhaps we can finalize these additional turbidity monitoring conditions if listed species are documented during surveys conducted in the PED phase after project authorization. The surveys would focus on verifying the NOAA 2000 polygons for colonized pavement and linear reef which are currently estimated to be located at least 200 meters from the edge of the channel and to identify any listed corals there.

5. Attached is the 2011 EPA SMMP and a link

(https://www.epa.gov/ocean-dumping/site-management-and-monitoring-plan-smmp-san-juan-harbor-ocean-dredged-material) is also located on page 7 of the biological assessment.

Also attached are the ODMDS coordinates. I think that about does it Kelly but we can discuss next week if need be.

Thanks, Paul DeMarco
904-232-1897

**From:** Kelly Logan - NOAA Federal [mailto:kelly.logan@noaa.gov]
**Sent:** Thursday, November 30, 2017 2:54 PM
**To:** DeMarco, Paul M CIV USARMY CESAJ (US) <Paul.M.DeMarco@usace.army.mil>
**Cc:** Mark Lamb - NOAA Federal <mark.lamb@noaa.gov>
**Subject:** [EXTERNAL] SJH

Hello and thank you for the supplemental information on turbidity and scow monitoring. I have a few questions on the materials that you sent.

1. Can you explain how the scow monitoring is used to determine if there was any material leakage during transit? It seems to only show the location in transit and the location of where the material lands within the ODMDS. Likewise, how would we determine that the doors were not left open to allow material to wash out during return transit like we saw at the Miami project?

2. How many trips are expected between the dredge site and the ODMDS as part of the proposed project?

3. As far as the turbidity reports, can you tell us what type of dredge was used and what type of material was removed during those projects? And how does that compare with what's expected during the proposed action? How long did the previous maintenance projects last?

4. Has there been any further discussion regarding employing turbidity monitoring near the known hardbottom locations adjacent to the mouth of the channel as NMFS recommended on the previous call?

5. Finally, can you please send us the site management plan for the ODMDS? It's referenced a few times but was not included in the appendices that we received and I was unable to track it down in our previous consultation files.

Thanks,
--KL

USACE_001649

| | |
|---|---|
| **From:** | DeMarco, Paul M CIV USARMY CESAJ (US) |
| **To:** | Mark Lamb - NOAA Federal |
| **Cc:** | Ralph, Gina P CIV USARMY CESAJ (US); Spinning, Jason J CIV USARMY CESAJ (US); Kelly Logan - NOAA Federal; Bernhart, David; Scerno, Deborah H CIV USARMY CESAD (US) |
| **Subject:** | RE: [EXTERNAL] Re: Teleconference/Web meeting with NMFS PRD on San Juan Harbor Improvements ESA Consultation |
| **Date:** | Monday, November 27, 2017 3:28:49 PM |
| **Attachments:** | SJH_BA_Turbidity_Information.pdf<br>SJH Web meeting final notes.docx<br>SJH_BA_ODMDS_Information.pdf |
| **Importance:** | High |

Mark, please find attached the final meeting notes from our 8 November call as well as the additional information requested. I am available all this week to discuss once you've had time to review. Thanks, Paul DeMarco

-----Original Message-----
From: DeMarco, Paul M CIV USARMY CESAJ (US)
Sent: Tuesday, November 21, 2017 2:08 PM
To: 'Mark Lamb - NOAA Federal' <mark.lamb@noaa.gov>
Cc: Ralph, Gina P CIV USARMY CESAJ (US) <Gina.P.Ralph@usace.army.mil>; Spinning, Jason J CIV USARMY CESAJ (US) <Jason.J.Spinning@usace.army.mil>; Powell, Richard B Jr CIV USARMY CESAJ (US) <Richard.B.Powell@usace.army.mil>; Conger, Stephen R CIV USARMY CESAJ (US) <Stephen.R.Conger@usace.army.mil>; Calvente, Brenda E CIV USARMY CESAJ (US) <Brenda.E.Calvente@usace.army.mil>; Kelly Logan - NOAA Federal <kelly.logan@noaa.gov>; Fountain, Ashleigh H CIV USARMY CESAJ (US) <Ashleigh.H.Fountain@usace.army.mil>; Bernhart, David <david.bernhart@noaa.gov>; Scerno, Deborah H CIV USARMY CESAD (US) <Deborah.H.Scerno@usace.army.mil>; Mora, Millan A CIV USARMY CESAJ (US) <Millan.A.Mora@usace.army.mil>; Roig-Silva, Carla M CIV USARMY CESAJ (US) <Carla.M.Roig-Silva@usace.army.mil>; FLUITT, Jessamyn Martinez CIV USARMY CESAJ (US) <Jessamyn.M.Fluitt@usace.army.mil>; Onchaga, Rebecca A CIV USARMY CESAJ (US) <Rebecca.A.Onchaga@usace.army.mil>
Subject: RE: [EXTERNAL] Re: Teleconference/Web meeting with NMFS PRD on San Juan Harbor Improvements ESA Consultation

Mark, thank you for your edits/comments on the meeting minutes. We should have the additional information to you COB tomorrow. Thanks, Paul DeMarco

-----Original Message-----
From: Mark Lamb - NOAA Federal [mailto:mark.lamb@noaa.gov]
Sent: Tuesday, November 21, 2017 1:18 PM
To: DeMarco, Paul M CIV USARMY CESAJ (US) <Paul.M.DeMarco@usace.army.mil>
Cc: Ralph, Gina P CIV USARMY CESAJ (US) <Gina.P.Ralph@usace.army.mil>; Spinning, Jason J CIV USARMY CESAJ (US) <Jason.J.Spinning@usace.army.mil>; Powell, Richard B Jr CIV USARMY CESAJ (US) <Richard.B.Powell@usace.army.mil>; Conger, Stephen R CIV USARMY CESAJ (US) <Stephen.R.Conger@usace.army.mil>; Calvente, Brenda E CIV USARMY CESAJ (US) <Brenda.E.Calvente@usace.army.mil>; Kelly Logan - NOAA Federal <kelly.logan@noaa.gov>; Fountain, Ashleigh H CIV USARMY CESAJ (US) <Ashleigh.H.Fountain@usace.army.mil>; Bernhart, David <david.bernhart@noaa.gov>; Scerno, Deborah H CIV USARMY CESAD (US) <Deborah.H.Scerno@usace.army.mil>; Mora, Millan A CIV USARMY CESAJ (US) <Millan.A.Mora@usace.army.mil>; Roig-Silva, Carla M CIV USARMY CESAJ (US) <Carla.M.Roig-Silva@usace.army.mil>; FLUITT, Jessamyn Martinez CIV USARMY CESAJ (US) <Jessamyn.M.Fluitt@usace.army.mil>; Onchaga, Rebecca A CIV USARMY CESAJ (US) <Rebecca.A.Onchaga@usace.army.mil>
Subject: [EXTERNAL] Re: Teleconference/Web meeting with NMFS PRD on San Juan Harbor Improvements ESA Consultation

Paul at al,

Attached are our edits/comments to the 11/8/2017 meeting for San Juan Harbor dredge.  Please let me or Kelly know if you have any questions.

Awaiting your additional information.

v/r


Mark A. Lamb, CHMM
Branch Chief, Coral Conservation
NOAA, NMFS, Southeast Regional Office
263 13th Avenue South
St. Petersburg, FL  33701
727-209-5975 office
727-336-0422 cell

On Tue, Nov 14, 2017 at 11:10 AM, DeMarco, Paul M CIV USARMY CESAJ (US)
<Paul.M.DeMarco@usace.army.mil <mailto:Paul.M.DeMarco@usace.army.mil> > wrote:


    Hello All, we appreciate your participation in the web meeting for the San Juan Harbor Improvements ESA consultation last week. Please review the attached meeting minutes and let us know if you have any comments or concerns. We will be submitting the supplemental information early next week. Paul DeMarco



    -----Original Appointment-----
    From: DeMarco, Paul M CIV USARMY CESAJ (US)
    Sent: Tuesday, October 24, 2017 8:23 AM
    To: DeMarco, Paul M CIV USARMY CESAJ (US); Ralph, Gina P CIV USARMY CESAJ (US); Spinning, Jason J CIV USARMY CESAJ (US); Powell, Richard B Jr CIV USARMY CESAJ (US); Conger, Stephen R CIV USARMY CESAJ (US); Calvente, Brenda E CIV USARMY CESAJ (US); 'Kelly Logan - NOAA Federal'; Fountain, Ashleigh H CIV USARMY CESAJ (US)
    Cc: Bernhart, David; Scerno, Deborah H CIV USARMY CESAD (US); 'david.bernhart@noaa.gov <mailto:david.bernhart@noaa.gov> '; 'mark.lamb@noaa.gov <mailto:mark.lamb@noaa.gov> '; Mora, Millan A CIV USARMY CESAJ (US); Roig-Silva, Carla M CIV USARMY CESAJ (US); FLUITT, Jessamyn Martinez CIV USARMY CESAJ (US); Onchaga, Rebecca A CIV USARMY CESAJ (US)
    Subject: Teleconference/Web meeting with NMFS PRD on San Juan Harbor Improvements ESA Consultation
    When: Wednesday, November 08, 2017 10:00 AM-11:00 AM (UTC-05:00) Eastern Time (US & Canada).
    Where: 539


    Meeting to provide an overview and respond to NMFS inquiries on the project and the biological assessment. Call in information:

    Audio Conference ---------------
    USA Toll-Free: (877)336-1831 <tel:(877)%20336-1831>
    ACCESS CODE: 6046670
    SECURITY CODE: 1234

    Web Meeting ---------------
    Blockedhttps://www.webmeeting.att.com
    Meeting Number: (877)336-1831 <tel:(877)%20336-1831>
    ACCESS CODE: 6046670

SECURITY CODE: 1234

USACE_001705

**San Juan Harbor Improvements Study**
**Teleconference/Web meeting with National Marine Fisheries Service – Protected Resources Division**
**November 8, 2017**

**Attendees:**

| SAD | SAJ | NMFS PRD |
|---|---|---|
| • Deborah Scerno | • Paul DeMarco | • David Bernhart |
| | • Gina Ralph | • Mark Lamb |
| | • Ashleigh Fountain | • Kelly Logan |
| | • Steve Conger | |
| | • Jason Spinning | |
| | • Dick Powell | |
| | • Rebecca Onchaga | |
| | • Carla Roig-Silva | |

**Meeting Objective:**  Provide an overview and respond to NMFS inquiries on the project and the Biological Assessment.

**PRESENTATION/DISCUSSION**

**Paul DeMarco:**

- We have slides, an overview of the TSP.  We can start going through the proposed plan and the draft integrated report and BA.

**Dave Bernhart:**

- That might be helpful for me.  We have a couple of hot questions we want to cover.

**Ashleigh Fountain:**

- We'll move pretty quickly.  We had the TSP milestone meeting and are moving towards the ADM meeting early next year, then the draft final report for agency and state review.

**Gina Ralph:**

- Dave, just to give you a timeframe for that, Eric Summa would like to see our draft BO by the ADM.  He has put that as a placeholder deadline for you all.  Hopefully, we will get to a point of concurrence and may not need a BO.  I want to lay that out as an important timeframe for us with our vertical team.

**Ashleigh Fountain:**

- That milestone meeting is scheduled for January 25th.
- Existing conditions, slide 3.
- Footprint of the TSP, slide 4.  Paul, you wanted to point out the buffer indicated here.

1

**Paul DeMarco:**

- 150 meters outside the dredged area is what we have been using for the indirect impact calculations.  There is some seagrass outside of there.  We have conducted side scan sonar and towed video in the tan/brownish areas depicted on slide 4.

**Dave Bernhart:**

- The red is the other boundaries of the San Juan Harbor Project; the approved project, but not this TSP.

**Paul DeMarco:**

- Correct and white will be the deepening areas.  The Army Terminal is the main widening measure.

**Ashleigh Fountain:**

- Next slide.  Paul, at this point if you want to cover specific topics…as we understand you [NMFS] may have a question about hopper dredging?

**Dave Bernhart:**

- Yes.  So let's talk about that.  That is one of the issues that we wanted to discuss.  Based on your Biological Assessment, adverse effects are predicted from takes of sea turtles from hopper dredges; all other species impact is no adverse effect.  The only need for a Biological Opinion is to cover potential incidental take from a hopper dredge.  I wanted to dig into that more.  We understand, in general, you want to make sure you allow for all of the practical means and methods, but I was questioning and wanted to discuss whether the use of hopper dredges is realistic and would be bid for this job.

**Steve Conger:**

- Yes, we do expect some bidders may offer to use a hopper dredge, either in conjunction with other equipment or potentially on its own.  This channel lends itself to the use of hoppers as it has long straight runs and adjoining channels; the Anegado and into the Army Terminal Channel. In addition, given that the disposal area is the offshore ODMDS, it also lends itself to the use of the hopper dredge which can sail out there and dispose of material and then return.

**Paul DeMarco:**

- It is primarily for overburden material?

**Steven Conger:**

- Hopper dredges can be used for both.  We have seen them used here in the past for deepening projects.  Maintenance contracts here have been more sporadic, in terms of the areas needing dredging.  The hopper dredge is very efficient.

**Dave Bernhart:**

- Hopper dredges have been used in San Juan Harbor before?

**2**

**Steve Conger:**

- Yes, in 1999, during the phase 2 deepening.

**Dave Bernhart:**

- So, this is not just a hypothetical possibility.  There's a reasonable chance…

**Steve Conger:**

- Yes, given the track record for the last deepening project.

**Dave Bernhart:**

- The nature of the materials since it is deepening; does that present a challenge?

**Steve Conger:**

- It is not so much hard, but clay – stiff, consolidated.  It can present a problem with clogging the dragheads.  They were able to use them efficiently in the last round, but if they hit lenses of rock they will have to use additional equipment; a mechanical excavator with a barge, for example.  I expect them to use the hopper dredge as much as they can and do clean up with other equipment.  I witnessed it with the other project.  I even have pictures.

**Dave Bernhart:**

- That was one of the major issues we needed to cover.  It sounds like a lot more than hypothetical.

**Paul DeMarco:**

- The second topic was turbidity and sedimentation?

**Dave Bernhart:**

- Kelly may be able to add something to this, but the location of the dredging, for the most part, is relatively far from any reef or hard bottom resources, and so your BA has "not likely to adversely affect."  We wanted to make sure that we took a really hard look at that in regards to the conversations we are having in Florida on lessons learned from Miami Harbor and Port Everglades.  The management of sediment and risk of leakage from scows, leakage from hopper dredges if similar, basically ensuring that we have a management scenario for the transits and the work that will happen near, or to, the coral reef areas.
- Kelly, do you want to add anything to that?  There was significant scow leakage and issues with overflow with the hopper dredges which contributed to the sedimentation effects on the reefs.  The transit to ODMDS travels close to some of those reef areas around the mouth of the harbor and NMFS is concerned that scow leakage during transit could lead to sedimentation and turbidity impacts to those reefs and possibly to ESA-listed corals if present.

**Paul DeMarco:**

USACE_001708

- Some of the attachments are for the coordination that was done with EPA for the ODMDS; site monitoring protocol to monitor for scow leakage.  Kelly, I can get you that additional information in an email.

**Gina Ralph:**

- Appendix A to the biological assessment provides correspondence from USACE, USEPA, and NMFS regarding comments and comment responses to the SJH Site Monitoring and Management Plan (covering management of ODMDS scow transit) and a link to the SMMP is provided on page 7 of the biological assessment.

**Kelly Logan:**

- It seems to only cover if a vessel goes out of the channel.  It doesn't cover leakage and overflow. One foot of loss per trip, or more, could amount to a significant amount of sediment on the reef there.

**Paul DeMarco:**

- What's the total dredged material estimate for the expansion?

**Dick Powell:**

- (2.1 Million cubic yards)

**Paul DeMarco:**

- See the visual plumes on these aerials photos which show turbid discharges from the watershed.  The reef system on the north coast is stressed already from untreated storm water runoff.  Any dredging related turbidity would be insignificant in comparison.

**Gina Ralph:**

- Maybe you can describe a little bit about what type of monitoring we would employ; standard specifications?

**Paul DeMarco:**

- The standard specs for ODMDS.  Standard sediment monitoring.  It is dangerous out there at the mouth of the bay for divers.  I don't know what type of sediment trap would work in this type of environment.

**Jason Spinning:**

- The scows themselves have sensors on them that indicate if there is leakage.  Hopper dredges as well.  We'll indicate quantities and if there is a loss.  We did see that in Miami.  It was looked at very carefully and considered as we were moving forward.  We took some scows offline and determined if there was something keeping them from closing.  Based on conditions out there we will implement lessons learned from Miami and follow up on what the sensors indicate.

**Dave Bernhart:**

USACE_001709

- I heard mention of the sediment monitoring plan associated with the ODMDS.  Have any lessons been built into that?  Are there standard specifications?

**Gina Ralph:**

- This is just in the feasibility phase.  We are writing a report demonstrating the benefits and costs associated with the San Juan Harbor Improvement Project.  The report will eventually go to Congress to be authorized; after that point, we will go through the designs and plans and specifications and, at that point, the safeguards will be built in.  Right now we are exploring the potential and hoping Congress will authorize it.  At this point of time, no plans and specifications have even been thought of for this project yet.

**Dave Bernhart:**

- Taking the label of plans and specifications off, calling it "the proposed action" that we are going to do a consultation on… in respect to hopper dredging, on the track record of how we deal with that; effects, terms and conditions, etc., for this issue of sedimentation risk, is there a way that we can define the proposed action so that we understand that and are comfortable with that and are confident that we can concur with a NLAA finding?

**Gina Ralph:**

- Are you asking for supplemental documents on lessons learned from Miami in regards to specifications?

**Dave Bernhart:**

- That is a possibility.  We can do some of this dealing with things post-consultation.  If there is anything simpler we can do now, that would be my preference.

**Ashleigh Fountain:**

- What about including example conditions we might anticipate?

**Deborah Scerno:**

- Perhaps in the document we submitted, we did not consider plans and specifications in future management practices.  We can indicate in our analysis the kind of sediment concentrations we might expect and how it would relate to what is naturally in that area.  I don't know if that helps at all.

**Paul DeMarco:**

- We have specifications for the current maintenance dredging of San Juan Harbor; SMMP protocol.  That contract is active. A link to the SMMP is included in the BA (Page 7).

**Gina Ralph:**

- I think they are looking for reasonable assurances.  What kind of risk assessment can be built into the BA?  Do we have any information in regards to data related to sediment potentially related to a minimal or large overflow event, how that would compare…?

USACE_001710

**Paul DeMarco:**

- The San Juan Bay National Estuary Program manages sediment monitoring stations.  We can pull data from a storm event.  29 NTU could be acceptable as well.  This is already beyond our normal indirect impact zone (150m) and 1,500 feet is the closest benthic resource (colonized pavement) and there are no listed species.

**Gina Ralph:**

- What they are talking about is on the way to the ODMDS.

**Steve Conger:**

- We have turbidity records from Miami.  In Miami, we are still coming to grips with the sediment source was adjacent to the resources.  We think the amount of sediment that would have to leak from the scows would be readily evident.  These resources are not near the source. We have turbidity information which shows we did not violate turbidity.  Sedimentation and turbidity can be different things.

**Jason Spinning:**

- If the leak could be water along with sediment… 80 percent of the material is usually water.

**Paul DeMarco:**

- We used what we could dig up from the BA.  People have documented the listed coral species on these northern reefs.  They have also documented that they are already stressed.

**Steve Conger:**

- Can we give them records from O&M dredging events?  We should have turbidity data from those events.  Those all have to transit the same area.  We have no other disposal areas for this project.

**Jason Spinning:**

- I think the material we may be cutting into is different.

**Paul DeMarco:**

- We did the same in 2001, during the expansion of that area.

**Steve Conger:**

- We have records from the initial deepening, going back to 2001.

**Gina Ralph:**

- Can we consolidate data and present it in some kind of analysis; compare to levels right now?

**Dave Bernhart:**

USACE_001711

- I think some of the things we have heard would help.  The part about actually monitoring data from similar previous work would be very helpful.  I'm hearing a little bit of the "well, it is kind of less than ideal now;" I'm not sure we want to sign on to that.  Yes, if the leakage is in and of itself minimal, that is what we are after.
- We have a little follow up engineering/operational question for you guys.  Jason mentioned that with Port of Miami, they were filling scows and not overflowing to minimize turbidity risks, but that led to very watery barge loads of fill taken to ODMDS.  Would that be a different situation with hopper dredges or scow barges?

**Paul DeMarco:**

- One nice thing about San Juan Harbor is that there are limited benthic resources in the harbor.  We can't say what type of dredge is going to be used; might be mechanical; much less turbidity than a scow.

**Steven Conger:**

- Can you run that question again?

**Dave Bernhart:**

- We are always kind of hung up on Miami lessons learned.  We are understanding differences.  One thing I understood from Miami, one management measure, is that no overflow on filling of the scows led to the scows transiting with very little solids in them and therefore having watery leakage and that the scows seal better with more material with them.  Is that true?

**Jason Spinning:**

- I would agree with that.  Looking at the data, that is what is being alleged right now.  The scows need that weight to close properly.  From a regulatory standpoint, to potentially comply with one group of laws, we caused an issue with another group of laws.

**Steve Conger:**

- Again, we would expect to not have dredging in the outer portion of the project.  That area will be shielded from larger environmental factors.

**Jason Spinning:**

- Why?

**Steve Conger:**

- The depths are not needed in the outer entrance channel.  We overdredged in previous projects.

**Jason Spinning:**

- So I'm clear here, when you come into the harbor, you start dredging.  How far is that inside?

**Steve Conger:**

USACE_001712

- The white area is cut 6.

**Paul DeMarco:**

- Cut 6 is about 2,500 feet inside the entrance channel.  Colonized pavement is approximately 1,500 feet from Cut 6.

**Steve Conger:**

- How far?

**Paul DeMarco:**

- The closest reef is about 200 meters (656 feet) from the edge of the channel/scow transport zone.

**Jason Spinning:**

- From the beginning of the white to the blue and light blue, what is the distance? If we are dredging all the way to the southern end of this project, is there any potential way we could affect those reefs?  What is the potential for affecting the listed species on there?

**Paul DeMarco:**

- Not if you measure turbidity and shut down until it returns to background levels.

**Deborah Scerno:**

- I heard that we are going to do overflow monitoring, if overflow gets too turbid, we would shut down, is that correct?

**Paul DeMarco:**

- Yes

**Deborah Scerno:**

- The turbidity in the harbor, because there are not many resources that would be affected during transit.

**Paul DeMarco:**

- The threshold is 50 NTU above background in rivers, 10 NTU above background in the coastal waters.

**Dave Bernhart:**

- 10 above background… what are the distances associated with that?

**Paul DeMarco:**

- I will have to look, but in Florida, there is a 150 meter mixing zone and then outside of that… but Puerto Rico is different.

8

**Jason Spinning:**

- Typically we do that, yes.

**Dave Bernhart:**

- As the science goes on, we are learning more about turbidity levels that are protective and those that are harmful for corals.

**Paul DeMarco:**

- The specifications are 150 meters downcurrent of the dredge or discharge.  The background turbidity is 200 meters upcurrent and outside of any visible plume.

**Dave Bernhart:**

- Baseline plus 10 at 150 meters downcurrent?

**Paul DeMarco:**

- Correct.

**Dave Bernhart:**

- I don't think you have that information; did you Kelly?

**Kelly Logan:**

- There was conflicting information in the BA where several times it referenced Florida standards and other times talked about PR water quality standards but didn't spell out what those standards are.

**Dave Bernhart:**

- There is some recent science that is suggesting that the limit, where there are corals, should be 7 NTU absolute, versus relative to a baseline.  We'll be looking at that.  We definitely think if we had monitoring data from previous similar operations, and the results from that, would be helpful.  Kelly, what else?

**Kelly Logan:**

- I'm trying to think.  Other than that, the only other thing that comes to mind is the turbidity monitoring at the surface mid-depths and one meter from the bottom.  There are some triggers associated with that to ensure that dredging or scow leakage overflow wouldn't impact those reefs.  Unless you are able to provide us more details on the types of engineering methods you can incorporate based on lessons learned from the Port of Miami.

**Jason Spinning:**

USACE_001714

- One of the things we will be doing in the Planning Engineering and Design (PED) phase of this project after authorization is conducting a detailed survey of the listed corals in the area.  That will give us better proximities.  We can estimate it now in the feasibility stage and we can relook during PED. Appropriate methodology for this survey will also be determined during PED but the intent of the survey will be to locate listed corals on the reefs adjacent the entrance channel prior to construction.

**Dave Bernhart:**

- Ok

**Gina Ralph:**

- It's a quarter till 11.  I'm always conscious of people's time.  What are the other questions that you had?

**Dave Bernhart:**

- Some smaller things.  Kelly, help me out.  We're interested in having a better sense of the ODMDS relationship location and the corals and scow transit.

**Kelly Logan:**

- In terms of defining the action area, entire vessel route, and disposal area.  That's not clearly spelled out in the BA.

**Dave Bernhart:**

- The other questions are about the locations and distances of the listed coral colonies.  I heard you saying that this is something that would happen, Jason, post feasibility.

**Jason Spinning:**

- Yes.

**Paul DeMarco:**

- …to try to nail down if there is anything even closer than we think, that is part of the ODMDS SMMP future surveys on the route.

**Jason Spinning:**

- The answer is yes, because of the 3x3x3 schedule and funding, we wanted to use the best available data right now and then get a survey in PED to further define the location of the listed species.  There is not anything expected within 1,500 feet of dredge activity, but as for transit…

**Paul DeMarco:**

- The depths drop off dramatically.

**Jason Spinning:**

USACE_001715

- There is an existing BO to the EPA regarding the creation of the San Juan Harbor ODMDS which considers the transport of the material.  We need to look at the BO understand how the transit was considered at that time.

**Kelly Logan:**

- I don't know.  I would have to look.

**Dave Bernhart:**

- I'm guessing that it doesn't exist after the designation and listing of 5 new species.


**Paul DeMarco:**

- It was 2011

**Jason Spinning:**

- Other than the new species, we can take discussions and recommendations from that and use those here.

**Dave Bernhart:**

- The bottom line issue we want to get to is – we would be highly confident that there were going to be no high turbidity and/or sedimentation exposure of any of those blue colored areas on map from the dredging or the scow transits and so, some combination of understanding what the sediment and turbidity monitoring would be or could be for that particular area.  Kelly raised the topic of there being some turbidity monitoring station in close proximity.  Would that be a possibility?  Either measures to better control it or demonstration that it hasn't been a problem previously?

**Kelly Logan:**

- No, that is pretty much what I was thinking.

**Gina Ralph:**

- I want to try to understand.  Do you want a supplemental BA?  An additional supplement to address specific questions; data?  We do have someone taking notes at this meeting.  How do you want this information provided to you and in what format?

**Dave Bernhart:**

- I have that date in mind (Jan 25th).  I don't want a request that would be a problem.  Kelly, I'll defer to you.  Bit by bit or do you need to see this pulled together?

**Kelly Logan:**

- I don't think we need to have a full a supplemental BA, that seems like a longer process and unnecessary work for the Corps.  However, I would prefer the information as consolidated as

USACE_001716

much as possible.  Not multiple documents and emails as this makes it difficult to search and gather everything while writing the consultation.

**Paul DeMarco:**

- Absolutely.

**Dave Bernhart:**

- Next steps.  We have a note taker, should we circulate those and make sure we don't have any misunderstandings on what we are asking for and what we are thinking of providing?

**Gina Ralph:**

- We will send those out and give everyone 7 days to comment.  After we finalize that, we should set a time frame to provide the information.  Is two weeks feasible, Paul?

**Paul DeMarco:**

- Absolutely.  Before Thanksgiving.

**Gina Ralph:**

- We can have this type of forum.  We can come back after you receive the information and talk it through.

**Dave Bernhart:**

- Ok.  Kelly, I was hoping to get out of addressing the hopper dredging in the BO, but it looks like we will need to.  We can start to pull things together on a draft BO while you are waiting.
- Thanks for making this happen and for the opportunity to talk things out with you.

USACE_001717

# SAN JUAN HARBOR O&M MAINTENANCE DREDGING TURBIDITY REPORTS 2007&2017

Based on an evaluation of turbidity monitoring reports from maintenace dredging projects in 2007 and 2017, background turbidity during these dredging events never exceeded 10 NTU.

The two highest compliance turbidity readings reported during each of these contracts are attached, however, the Puerto Rico coastal water construction standard of 10 NTU above background was also never exceeded. In addition, the turbidity variance during these prior cosntruction projects rarely exceeded 5 NTU (only once on 16 June 2017 attached).

On 25 April 2007, the highest compliance sample for the project was reported at 14.56 NTU at mid-depth in the Graving Dock Channel. The background reading was  9.81 NTU and the turbidity variance was 4.75 NTU.

On 16 June 2017, the highest compliance sample for the project was reported at 12.1 NTU at the surface in Anchorage F. Background was 7.01 NTU so the turbidity variance was 5.09 NTU.

The entire set of turbidity monitoring reports from 2007 and 2017 San Juan Harbor Maintenance dredging events can be made available upon request. Although no reports are available from past construction dredging projects, these low turbidity readings from past O&M events can be expected to increase slightly during new construction dredging into virgin material.

USACE_001718

# SAN JUAN HARBOR O&M MAINTENANCE DREDGING ODMDS REPORTS 2007

Below is a map of the ODMDS relative to the project and benthic habitat which could support ESA listed coral species. The 100m bathymetric contour is drawn for reference since 90m is the reported limiting depth for *Mycetopyllia ferox* and the *Orbicella* complex. Also below are scow monitoring reports from the 2007 maintenace dredging project. Twenty scow trips were required in 2007 as shown on PDF pages 3-5 while pages 6-10 show the monitoring for load 11. The dump locations are shown on the Dump Scow Tracking Plot (page 5) and the roundtrip route the tug and scow took to the ODMDS and back is shown on page 6.

USACE_001719



SJH
ODMDS

N

**Legend**

☐ Reef_Colonized_Pavement_NOAA_2000
■ Linear_Reef_west_NOAA_2000
■ Liner_Reef_east_NOAA_2000
■ Reef_Colonized_Bedrock_NOAA_2000
■ Reef_Scattered_Coral-Rock_NOAA_2000
■ Seagrass_NOAA_2000

**bathy_100m**
**CONTOUR**
—— -100 USGS

0        1,250        2,500 Meters

USACE_001720

| | |
|---|---|
| **From:** | Calvente, Brenda E CIV USARMY CESAJ (US) |
| **To:** | Jackson, Courtney G CIV USARMY CESAJ (US); Powell, Richard B Jr CIV USARMY CESAJ (US); Fountain, Ashleigh H CIV USARMY CESAJ (US); WITTMANN, Kevin Matthew CIV USARMY CESAJ (US) |
| **Cc:** | Calvente, Brenda E CIV USARMY CESAJ (US); "JOSE VAZQUEZ VERA"; jc_vazquez@hotmail.com |
| **Subject:** | FW: Revised document draft responses to San Juan Harbor LNG Terminal Project |
| **Date:** | Tuesday, November 21, 2017 5:17:26 PM |
| **Attachments:** | InfoRequestedFromPREPA_DRAFT_NOV_21_2017.docx |

Good afternoon,

Please see enclosed the document from PREPA answering the questions based on our 2nd document after we conducted the conference call.  Please review and contact Jose at (787)528-4176 for any clarification any time tomorrow after 8am.  I would like to be part of the conversation so please set up a conference call to be able to call in.  I am not working tomorrow but I will make myself available for this.  My cell is 850-774-2187.  Thanks

Brenda E. Calvente, P.E.
Project Manager
CESAJ-PM-WN
BB: 1-904-614-6897
Desk: 1-904-232-1433
Email: brenda.e.calvente@usace.army.mil


-----Original Message-----
From: JOSE VAZQUEZ VERA [mailto:JOSE.VAZQUEZV@prepa.com]
Sent: Tuesday, November 21, 2017 12:27 PM
To: Calvente, Brenda E CIV USARMY CESAJ (US) <Brenda.E.Calvente@usace.army.mil>; Calvente, Brenda E CIV USARMY CESAJ (US) <brenda.e.calvente.civ@mail.mil>
Cc: Mary C Zapata Acosta <MARY.ZAPATA@prepa.com>; Efran Paredes Maisonet <EFRAN.PAREDES@prepa.com>; WILLIAM RÍOS MERA <WILLIAM.RIOSM@prepa.com>; CARLOS ADRIAN NEGRON ALFONSO <CARLOS.NEGRON@prepa.com>; Justo L. Gonzalez Torres <JUSTO.GONZALEZ@prepa.com>
Subject: [EXTERNAL] [Non-DoD Source] Revised document draft responses to San Juan Harbor LNG Terminal Project

Brenda, please see the attached. Call me if you have any questions.


Regards,


José Vázquez

**The following items need to be included in the letter being requested from PREPA. Note that USACE decision makers are most concerned about the $350 million LNG infrastructure investment that the study assumes will ONLY take place in the case that a federal navigation project is constructed. All of the information requested below, with the exception of #6, is focused on that $350 million investment and the items it includes (e.g., LNG storage tanks, pipeline from dock to San Juan and Palo Seco plants, etc.) :**

1. Name of the entity/group that has ultimate approval authority for the $350 million PREPA LNG infrastructure investment.

   *The Federal Energy Regulatory Commission (FERC) has the ultimate approval for a terminal in San Juan harbor for receiving, storing and gasification of Liquiefied Natural Gas (LNG).*

2. Process and timeline for getting approval for the $350 million PREPA LNG infrastructure investment. See attached draft, modify as appropriate.

   *LNG provision to PREPA's power plants in the metro area of Puerto Rico is part of the Integrated Resources Plan (IRP). For the LNG terminal for receiving, storage, and gasification, PREPA is required to file the permit application for the LNG terminal to FERC. As directed by FERC, simultaneous filings on both federal and local government agencies will be required in order to achieve a 2.5yr-3yr final approval, as directed by FERC. FERC is the leading agency regarding the construction of new LNG terminals within the US. Engineering and design is also to be performed in that 2.5yr-3yr timeline on a parallel basis, and once approved by FERC, an estimated additional 3yr period for construction and commissioning period is expected, which will pose the project into commercial operation by early 2024 and not later than year 2025.*

3. How the $350 million investment in LNG infrastructure (e.g., regasification units, storage tanks, etc.) will be paid for and who will be paying for it. Include explanation of plans to form a public-private partnership (P3) for construction and operation of the LNG infrastructure and regasification facility.
   a) List items the PR government will provide (e.g., portside land, what else?)
      *PR Government will provide port, portside land and necessary easements for the infrastructure.*
   b) List items the private company will provide (e.g., dock, what else?)
      *New dock, LNG unloading facilities, LNG transferring infrastructure (cryogenic pipeline, etc.), storage tank(s), gasifiers, and all related auxiliaries as well as gas transfer and supply lines. Engineering, design, construction, commissioning and place in operation will also be part of the private company's scope. The private company will also provide O&M services during the agreed term (currently envisioned to be from 15 to 20 year operation).*
   c) Timeline for issuing the request for proposal (RFP) for this work.
      *April 2018 (in parallel with permits and commencement of detailed studies for design)*
   d) Information about private interest making this investment (mentioned on call that ~20 entities were already interested in RFP) and any other information that demonstrates this is something that is likely to happen.
      *Available. Will be submitted with the letter.*

e) Explanation of how the partnership will work. This explanation should include information about the tolling fee (how much will it be?), the operation of the facility (private company operates facility, PREPA purchases gas, PREPA uses gas in power generation in San Juan area plants), and a timeline for the facility being handed over to PREPA (how many years?). Explain how this is similar to how the Aguirre site is already functioning (i.e., this process is not precedent-setting).

*PR Government will provide port, portside land and necessary easements for the infrastructure and will start studies for design and permitting (PREPA will file the permit application to FERC). The P3 will be an agreement between PREPA and the private company, where the private company will engineer, design, construct, operate and own-to-transfer the maritime terminal for receiving, storing and gasification of LNG. New dock, LNG unloading facilities, LNG transferring infrastructure (cryogenic pipeline, etc.), storage tank(s), gasifiers, and all related auxiliaries as well as gas transfer and supply lines. The agreed term is currently envisioned to be from 15 to 20 year operation, where at the end of the term all the facilities and infrastructure title and ownership shall be vested upon the Government of Puerto Rico.*

*PREPA will purchase the LNG and the private company will unload, receive, store, gasify and transfer natural gas to PREPA.*

*Tolling fees shall compose of initial CAPEX, maintenance CAPEX, OPEX and margin. It is estimated that the tolling fee will be in the range of $1.25 to $1.50 per million BTU's managed in the facility.*

*The Aguirre Off Shore Gas Port (AOGP) is considered as a P3 arrangement between PREPA and Excelerate Energy. Similarities include that Excelerate Energy will provide engineering, procurement and construction services for the terminal and will provide the O&M services on the terminal, gasifying facilities and the Floating Storage Regasification Unit vessel (FSRU). The main differences between the AOGP concept and the LNG terminal in San Juan harbor is that the FSRU is a unit under a rental agreement with no title transfer option to the government, and PREPA shall borne the cost of the off shore terminal and in-shore facilities.*

f) Our understanding on our recent call with PREPA is that the $350 million LNG infrastructure investment cost provided to USACE already assumes a profit margin for the private entity that constructs the facility. Include this information. Basically, there just needs to be clarification that the costs currently being used in Federal navigation study factor in the fact that the LNG infrastructure investment will be done as a public-private partnership.

*Profit margins included in the $350 million dollar investment are considered for all the involved parties except the private company entering into agreement with PREPA on a P3 (permitting/regulatory advisors, designers, legal, demolition, construction, equipment as well as the private company's overhead allocation from his project financing if any). As a P3 project were only the private company is investing and starts to produce earnings with the tolling fee scheme, profit margins are to be included in the P3 contract terms and conditions, which it is envisioned that will be included in the tolling fee.*

4. Whether or not the federal navigation project is required for PREPA to make the $350 million investment to convert its San Juan area power plants to LNG.

*The Federal Navigation Project, which includes the Army terminal widening and deepening, is of outmost importance and hence required for both permitting and the cost benefit of this project to our end customers, which is the entire people of Puerto Rico.*

   a. Confirm use of diesel in San Juan area power plants if the federal navigation project is NOT constructed to widen Army Terminal Channel

   *In order for PREPA to sustain the reliability of the electric grid in the north area of Puerto Rico, if the federal navigation project is not constructed PREPA will be forced to convert its existing No.6 fuel oil-fired steam units in San Juan and Palo Seco power Plants to use No.2 light distillate oil (diesel).*

   b. Confirm use of LNG imported on ships through San Juan Harbor if the federal navigation project IS constructed to widen Army Terminal Channel .

   *Confirmed.  PREPA will pursue the use of available 125k – 135k cubic meters capacity LNG Vessels or larger if the federal navigation project is constructed.*

   c. Explain the inefficiencies of using smaller LNG vessels (i.e., world fleet availability or lack thereof, USCG restrictions on more calls of smaller vessels, etc.)

   *In terms of permitting, larger LNG vessels will translate in fewer port calls to San Juan harbor (about 1 per month- or less- but no more than two per month). Not having the Federal Navigation Project and not having the channel width and depth for larger vessels will result in requesting a much higher number of port calls if pursuing smaller vessels, which will be a permitting challenge due to the already congested San Juan harbor transit. PREPA is not optimistic in achieving permitting for frequent port calls of smaller LNG vessels, as it is well expected that the USCG would be reluctant to authorize a higher number of port calls for LNG vessels to enter San Juan harbor, as LNG exclusions zones will still apply to the harbor's transit.  Moreover, due to the unavailability of smaller LNG carriers in the market, the only option would be to secure fabrication of not less than two vessels for continuous and dedicated use for PREPA.  Such vessel costs are not included in the $350 million estimate which would make the project not feasible for lowering electricity costs.*

   *In terms of cost benefit to our clients, it is not a matter of a return-of-investment business case, it is the resulting kilowatt-hour rate to Puerto Rico's residential, commercial, and industrial.  A lowest and feasible electricity rate using LNG can only be achieved with reliable LNG availability and receiving it in large, bulk quantities, which will greatly reduce transportation costs.  Also, the higher the number of available vessels, the lower the cost for securing transportation.  An adequate number of vessels in the LNG industry requires the widening and deepening that can be achieved with the Federal Navigation Project.*

5. A schedule by which the work ($350 million LNG conversion) will be accomplished:  planning, design, permitting, construction

*Planning will resume on February 2018*
*Procurement of the private company for the P3 start date: April 2018*
*Permitting start date: April 2018 (detailed studies for filing)*
*Conceptual design and required studies starting month: May 2018*
*P3 contract establishment: March 2019*
*Detailed design start date: March 2019*
*Detailed design completed all systems: September 2020*
*Permitting final approval: February2021*
*Construction start date: April 2021*
*Construction end date/Commercial Operation: April 2024*

6. PREPA actions indicating commitment to use of LNG at the San Juan and Palo Seco power plants. For example, there was mention that combustors have already been purchased for San Juan units #5 & 6 and that these combustors will be used to allow these unit to go from burning diesel today to burning LNG in the future.  This is an actual investment that already took place that demonstrates PREPA's commitment to using LNG at the San Juan Plant in the future. Additionally, include details on the permits that were requested/obtained for the pipeline from San Juan to Palo Seco and the investment for combined cycle upgrades on units at Palo Seco. *Supporting documentation will be included in the letter.*

**The following information needs to be requested from PREPA but not included in the letter:**

*1.* Please provide notes and the Puerto Rico Energy Commission's response to the presentation given the week of 6/25/17 on the plans for LNG conversion.  *To be supplied.*
   a. Since the time of this presentation have there been subsequent proceedings with PREC (Puerto Rico Energy Commission) or other governing/decision-making bodies that superseded anything discussed there? *No subsequent proceedings have superseded the current plans.  The Energy Commission has only requested additional information.*
   b. If so, can we get written documentation of those discussions and outcomes as well? *Will be supplied if the documentation exists and if discussions took place.*
Note that information about the most recent proceeding/decisions related to PREPA's plans is very important given that PREPA recently filed for Title III bankruptcy which has led to concern regarding whether PREPA will be able to make the $350 million LNG investment currently assumed by the time the federal navigation project is estimated to be complete (2026). *PREPA understands that Title III filing under PROMESA will not impede such an investment since it is planned that the awarded private company will make the $350M investment as per the P# agreement.*

Has the process of getting Federal Energy Regulatory Commission (FERC) approval for an LNG terminal commenced?  Is there a timeline/plan for going through the FERC approval process for the San Juan plants? *The process of getting Federal Energy Regulatory Commission (FERC) approval for an LNG terminal has not commenced.  Because of disaster recovery efforts, PREPA expects to resume project development activities, which includes the FERC submission, by April 2018.  Project completion timelines are not to be affected and commercial operation can be achieved by the expected 2024-2025 timeframe.*

SAN JUAN HARBOR, PUERTO RICO PUBLIC MEETING

INTEGRATED FEASIBILITY STUDY &

ENVIRONMENTAL ASSESSMENT


was held at the Puerto Rico Convention Center, 100
Convention Boulevard, Room 103A, San Juan, Puerto
Rico, on Tuesday, August 22, 2017, at 10:02 a.m.


Reported By:  Derek L. Hoagland
              California CSR No. 13445


Olender Legal Solutions
A Global Litigation Solutions Company

888.445.3376
561.822.4626

www.olenderlegal.com
Worldwide Coverage
USACE_001938

Page 2

```
PRESENTERS:


U.S. ARMY CORPS OF ENGINEERS


JACKSONVILLE DISTRICT


BY:  Brenda Calvente, Project Manager


     904.232.1694


     brenda.e.calvente@usace.army.mil


-- AND --


U.S. COAST GUARD


SAN JUAN, PUERTO RICO


BY:  EFRAÍN LÓPEZ


     787.289.2097


     efrain.lopez1@uscg.mil
```

Page 3

```
 1   SAN JUAN, PUERTO RICO, TUESDAY, AUGUST 22, 2017
 2            P R O C E E D I N G S
 3          MS. CALVENTE:  Good morning,
 4   everybody.  Can you hear me?
 5          UNIDENTIFIED SPEAKER:  No.
 6          MS. CALVENTE:  No?  This is
 7   better?
 8          UNIDENTIFIED SPEAKER:  All
 9   right.  All right.
10          MS. CALVENTE:  I am Brenda
11   Calvente.  I am the project manager
12   for the San Juan Harbor improvement
13   project with the Army Corps of
14   Engineers.  I can't hear myself.
15          First, I am sorry.  I got sick
16   this weekend, so I have this funny
17   voice, so I hope hopefully you can
18   hear me and you can understand me.
19   If you don't understand me or I
20   need to, you know, elevate my
21   voice, just let me know.  I will do
22   my best.
23          This presentation will be
24   provided in both languages, English
25   and Spanish.  In order to be
```

Page 4

```
 1   consistent, I will follow the
 2   scriptor, doing both presentations,
 3   so to make sure we are providing
 4   you the same information in English
 5   and Spanish.
 6          After many months of study,
 7   including coordination with the
 8   Puerto Rico Port Authority,
 9   environmental resource agencies,
10   port users, U.S. Coast Guard, and
11   many other stakeholders, we present
12   to you today the tentatively
13   selected plan, or TSP, for
14   navigation improvement at the
15   San Juan Harbor.
16          The U.S. Coast Guard, as the
17   coordinating agency in the study,
18   will share with you today
19   additional improvements proposed by
20   the organization.
21          After each presentation, there
22   will be a comment section for you
23   to ask questions and to provide us
24   with input.  Keep in mind the
25   comment sections will be recorded
```

Page 5

```
 1   to ensure we accurately capture
 2   your questions and input.
 3          For those of you who do not
 4   wish to speak today, comment forms
 5   are available for you to give
 6   input, and I am going to provide
 7   additional information before we
 8   start the open section.
 9          We will have an informal poster
10   section toward the end of the
11   morning when project experts will
12   be available to answer additional
13   questions.
14          Any questions?
15          Before I begin, I would like
16   the Corps of Engineers' project
17   delivery team to stand up and
18   introduce themselves.
19          MR. POWELL:  Dick Powell,
20   Coastal Navigation Section of
21   Planning.
22          MR. CONGER:  Steve Conger.  I
23   am the engineering lead.
24          MS. JACKSON:  Courtney Jackson,
25   economics.
```



Page 6

1    MS. MARINO:  Mary Marino,
2  cultural Resources.
3    MS. SHALER:  I am Kristen
4  Shaler, biologist standing in for
5  Paul DeMarco, who is the project
6  biologist.
7    MS. CALVENTE:  I also want to
8  have the opportunity to introduce
9  our court reporter.
10    THE REPORTER:  My name is Derek
11  Hoagland.  I am a certified
12  shorthand reporter.
13    MS. CALVENTE:  As mentioned
14  previously, the purpose of this
15  meeting is to discuss the TSP for
16  San Juan Harbor navigation
17  improvements and to provide you an
18  opportunity to ask questions and
19  provide us with your input
20  regarding this draft plan.  Please
21  note that the comment period
22  regarding this draft plan ends
23  September 2nd, 2017.
24    The Corps Engineer study
25  includes several phases designed to

Page 7

1  facilitate as much public,
2  technical, and internal, and
3  external agency input as possible
4  during the process.
5    The last time we presented to
6  you was in November of 2015 when we
7  initiated our scoping or
8  information-gathering phase of the
9  study.
10    In January 2016, at our
11  alternative milestone, our path
12  forward for analyzing the harbor
13  was approved by our agency
14  leadership.
15    On June 30, 2017, we presented
16  our TSP to our agency leadership
17  and the Port Authority.  At that
18  time we were approved to send a
19  plan for public review and comment,
20  which brings us to today's meeting.
21    We are proud of the successful
22  collaboration that we believe has
23  gathered an economically and
24  environmentally sound TSP.  The
25  cooperating agencies and other

Page 8

1  participants have truly set a high
2  standard and found ways to resolve
3  concerns early in the study
4  process.
5    Our remaining milestones and
6  anticipated dates, including a
7  final plan associated report and
8  the Corps Engineer chief's report,
9  are indicated on the slides.  The
10  chief's report is the final step
11  before the plan is delivered to the
12  Assistant Secretary of the Army for
13  submittal to Office of Management
14  and Budget and Congress for
15  consideration and authorization.
16  And our schedule right now is for
17  September 2018, about a year from
18  now.
19    Federal interest in harbor
20  modification was initially
21  established in 1917.  Since that
22  time the harbor has been modified
23  in 1935 and from 2000-1999 to 2001.
24    The existing San Juan Harbor
25  project includes channels and

Page 9

1  turning basins ranging in depth
2  from 30 to 56 feet.  Major
3  commodities include
4  petroleum-related products, bulk
5  grains, and consumer goods serviced
6  by tankers, bulkers, Panamax
7  containers, and roll on, roll off
8  vessels.
9    Any questions so far?
10    This project was authorized
11  because of problems throughout the
12  harbor that challenged the port and
13  port users to efficiently serve the
14  existing shipping fleet and future
15  cargo volumes.
16    Difficult winds, currents, and
17  waves at the entrance to the harbor
18  challenge navigation.
19    Inadequate depths in the cruise
20  turning basin east restrict cruise
21  ship maneuvering.
22    Depth constraints for cargo
23  vessels cause the existing fleet to
24  light load, leading to more
25  transits than necessary.



Page 10

1     Inadequate widths in the Army
2  Terminal Channel prevent transition
3  to a larger fleet, also leading to
4  more transits than necessary.
5     Of course, facilitating
6  navigational safety is always a
7  priority in concert with the U.S.
8  Coast Guard and harbor pilots.
9     As a result, there are
10  opportunities to decrease
11  transportation costs and
12  inefficiencies and bring forecasted
13  goods in fewer ships.
14     Deepening from the Anegado
15  Channel to the Army Terminal
16  Turning Basin will allow both
17  existing medium-range and
18  long-range petroleum tankers to
19  more fully load with the potential
20  to transition to large long-range
21  tankers as well.
22     By 2026 the Puerto Rican
23  Electrical Power Authority, or
24  PREPA, anticipates transitioning to
25  liquid natural gas, or LNG, a less

Page 11

1  costly fuel for power generation.
2  Widening of the Army Terminal
3  Channel will allow PREPA to
4  transition to LNG, potentially
5  reducing power generation costs for
6  the San Juan metropolitan area.
7     The largest cruise vessel
8  class, the Oasis class, has been
9  calling San Juan Harbor since 2016.
10  Deepening improvements in the
11  cruise basin will facilitate
12  improved maneuverability of cruise
13  vessels, saving time and fuel.
14     Container vessels provide all
15  types of consumer goods to the
16  island, and deepening needs were
17  evaluated.
18     After the opportunities and
19  existing and future fleet and
20  commodity movements into and out of
21  the port were confirmed, Corps
22  Engineer staff, in coordination
23  with the Corps Deep Draft
24  Navigation Planning Center of
25  Expertise, pursued a ship

Page 12

1  simulation study.
2     For anyone not familiar with
3  the ship simulation, it facilities
4  optimizing dimensions for
5  proposed channel widening and
6  turning area modifications, these
7  optimized improvements emerged from
8  iterations of numerically scaled
9  designed vessels that are guided by
10  professional harbor pilots through
11  a precisely scaled visual
12  presentation of existing conditions
13  and then the proposed improved
14  harbor facility.
15     The professional harbor pilots
16  of San Juan Harbor were invited
17  early to be active participants in
18  the ship simulation study.
19     Ship simulations confirmed the
20  need for widening along the Army
21  Terminal Channel and Army Terminal
22  Basin improvements and verified the
23  need for the full extent of the
24  cruise ship basin to be deepened to
25  its previously authorized depths of

Page 13

1  36 feet to allow for efficient
2  back-turn-and-go maneuvering.
3     Once a potential project
4  footprint was determined through
5  the ship simulation and analysis of
6  deepening measures, archives of
7  geotechnical borings were reviewed
8  to determine the characterization
9  of materials between the project
10  footprint.  During preconstruction
11  engineering and design, additional
12  Corps borings will be taken to
13  enhance information gathered during
14  the feasibility study.
15     Knowledge of the potential
16  project footprint, material, and
17  shoaling information enables
18  engineering staff to determine
19  construction methodology, disposal
20  of placement opportunities, and
21  dredge quantities.
22     A navigation visibility study
23  forecasts waterborne cargo volumes,
24  traffic patterns, and vessel
25  fleets, and evaluates the need for





**Government of Puerto Rico**
Puerto Rico Electric Power Authority

October 13, 2017

Mr. Eric Summa
Chief, Planning and Policy Division
Jacksonville District Corps of Engineers
701 San Marco Boulevard
Jacksonville, Florida  32207-8175

Dear mister Summa:

### Re:  LNG Receiving, Storage & Gasification Facilities at San Juan

The Puerto Rico Electric Power Authority (PREPA) has been working extensively on the diversification of fuels, by means of using natural gas to comply primarily with the US Environmental Protection Agency (EPA) regulations, such as the Mercury and Air Toxic Standards (MATS).  The use of natural gas will also help reduce and stabilize Puerto Rico's electricity rates, contributing to the economic growth potential of Puerto Rico, as it has been shown in PREPA's Integrated Resources Plan (IRP) study results.

Given the benefits of using natural gas for energy production, PREPA has been also pursuing the use of natural gas at the northern power plants, San Juan and Palo Seco Steam Plants.  During the past months, our personnel had been primarily assisting the US Army Corps of Engineers (USCOE) in its Tentatively Selected Plan for the San Juan Harbor Improvements Project (TSP).  That project includes the widening and deepening of several channels, which is of outmost importance to our LNG Receiving, Storage & Gasification Project.  It will allow larger, commercially available LNG vessels to unload LNG products in the planned new LNG unloading terminal, to be located close to the premises of the San Juan Power Station.

There is no doubt that Hurricane María passed over Puerto Rico, and left extensive damages to our entire electric system.  However, recovery and reconstruction efforts are underway with the strong support by federal agencies, including the USCOE.  More than ever, the LNG Receiving, Storage & Gasification Project is a key component of PREPA's restructuring process, so PREPA hereby confirms that the project will continue its development up to a successful completion.

Chief Executive Officer
G.P.O. Box 364267
San Juan, Puerto Rico 00936-4267

☐ 787.521.4666
☐ 787.521.4665



"We are an equal opportunity employer and do not discriminate on the basis of race, color, gender, age, national or social origin, social status, political ideas or affiliation, religion; for being or perceived to be a victim of domestic violence, sexual aggression or harassment, regardless of marital status, sexual orientation, gender identity or immigration status; for physical or mental disability, for veteran status"

USACE_001968

Mr. Eric Summa
Page 2

We are available to continue all efforts to the USCOE's TSP for San Juan Harbor Improvements. If you need more information or would like to further discuss this or other matters related to the Project, please contact engineer José C. Vázquez Vera at (787) 521-7749 or by email at jvazquez12333@aeepr.com.

Sincerely,

Ricardo L. Ramos Rodríguez
Chief Executive Office

c   Eng. Efran Paredes Maysonet
    Eng. Justo L. González Torres

# SAN JUAN HARBOR IMPROVEMENT STUDY, SAN JUAN, PUERTO RICO SUBMERGED CULTURAL RESOURCES SURVEY

### FINAL REPORT

CONTRACT NO. W912EP-17-F-0004

PREPARED FOR

US ARMY CORPS OF ENGINEERS
JACKSONVILLE DISTRICT
PRUDENTIAL OFFICE BUILDING
701 SAN MARCO BOULEVARD
JACKSONVILLE, FLORIDA 32207-8175

BY

SEARCH

OCTOBER 2017

USACE_001970

The USACE, the federal entity that had been conducting waterway improvement work across the United States for decades, began to study San Juan Harbor in the early twentieth century. While they appreciated the size of San Juan Harbor, they found the depth to be insufficient. They described the entrance channel as "narrow and crooked" with "a least depth of 27 feet." The channel bend around La Puntilla had a depth of 30 feet, but the remainder of the harbor had many shallow areas and dangerous shoals (Chief of Engineers 1907:806). Despite these navigational issues, a variety of vessels passed through San Juan Harbor in the early twentieth century. **Figure 21** is a 1900 photograph of the Puerta de San Justo area as it appeared from shore (looking south). **Figure 22** is an early twentieth-century photograph of the Puerta de San Justo area. Sailing ships, as well as steam vessels, are anchored or docked in the port.

In March 1907, the US government provided the first funding for improvements to San Juan Harbor via the River and Harbor Act of that year. The USACE recommended dredging of the entrance channel to 600 feet wide from deep water opposite Morro Point and 500 feet wide from Morro Point to La Puntilla. Also, they recommended dredging more than 400,000 square yards of the harbor to attain a depth of 24 to 30 feet (Chief of Engineers 1907:806).

The USACE work in San Juan Harbor proceeded through 1908, 1909, and 1910, removing thousands of cubic yards of soft material and coral rock. The dredged material was dumped "in a remote part of the harbor" and also towed to sea. By June 1910, the work in the Puerta de San Justo anchorage and the entrance channel had been completed; however, a section of the



**Figure 21.  The Puerta de San Justo area as it appears from shore (looking south), 1900.  Source: Archivo General de Puerto Rico.**

USACE_002033

**From:** Diana Umpierre
**To:** DeMarco, Paul M CIV USARMY CESAJ (US)
**Subject:** [EXTERNAL] Q on deadline for San Juan Harbor Navigation Study public comment on Draft FS/EA/ Proposed FONSI -
**Date:** Wednesday, September 27, 2017 10:28:53 PM

Hello Paul,

Today I was meeting in Okee Co about a different (Everglades) project and learned of a deadline coming up for a San Juan Harbor study.  Could you let me know the official deadline for public comment?  Also, has it been extended due to Hurricane Maria's impact, which was greater than Irma?

I think it goes without saying that the island is dealing w/ a life and death crisis and the public living there has limited communications/ electricity, so I'm wondering if a reasonable extension is on the works so that all stakeholders have equal and fair opportunity for comment.

Sincere Thanks,

-----
**Diana Umpierre, AICP**
Organizing Representative
Everglades Restoration Campaign
**Sierra Club**
e: diana.umpierre@sierraclub.org
c: (954) 829-7632

*Explore, enjoy and protect the planet*



GOBIERNO DE PUERTO RICO

Oficina Estatal de Conservación Histórica

September 18, 2017

**Gina Paduano Ralph, Ph.D.**
Chief, Environmental Branch
Jacksonville District Corps of Engineers
701 San Marco Boulevard
Jacksonville, FL 32207-8175

SHPO 10-05-15-02  SAN JUAN HARBOR IMPROVEMENT STUDY, SAN JUAN,
PUERTO RICO

Dear Dr. Paduano,

We have reviewed the draft submerged cultural resources survey report (July 2017) prepared for the above referenced project.  Overall, it is a very comprehensive document.  However, while we are aware that the report cautions that positional accuracy of previously reported shipwrecks and obstructions from multiple databases may be tentative, it should, nevertheless, explicitly state when current survey data does not mesh with this earlier locational information and present potential reasons why.  For example, *Figure 40* (Page 59) marks a shipwreck within what appears to be the northern end of the Army Terminal Channel, while the current survey did not detect such a find. The final report should directly acknowledge and discuss this discrepancy.

As for the potentially significant anomalies detected in the Anchorage Area F Expansion (referred to in the draft report as "Cable Area"), if these cannot be avoided, the U.S. Army Corps of Engineers will need to evaluate their historic significance in consultation with our Office.

If you have any questions regarding this matter, please contact Miguel Bonini at (787) 721-3737 or mbonini@prshpo.pr.gov.

*Sincerely,*

**Carlos A. Rubio-Cancela**
State Historic Preservation Officer

CARC/GMO/BRS/MB

SHPO

OECH

OFICINA ESTATAL DE
CONSERVACIÓN HISTÓRICA
OFICINA DEL GOBERNADOR

STATE HISTORIC
PRESERVATION OFFICE
OFFICE OF THE GOVERNOR

USACE_002303

CN 078-04495
REV. 05/17

### GOVERNMENT OF PUERTO RICO
### PUERTO RICO ELECTRIC POWER AUTHORITY

SAN JUAN, PUERTO RICO



www.prepa.com

GPO BOX 364267
SAN JUAN, PR  00936-4267

September 11, 2017

Mr. Paul DeMarco,
Department of the Army
Jacksonville District Corps of Engineers
701 San Marco Boulevard
Jacksonville, FL 32207-8175

Dear Mr. DeMarco:

**RE:   San Juan Harbor Navigational Improvements Project
        Request for Information**

On August 30, 2017, the Puerto Rico Electric Power Authority (PREPA) received your letter regarding the above mentioned project.  As a result of the evaluation of the information submitted by the US Army Corps of Engineers (CoE), PREPA submits the following information regarding the impact of the proposed Project, as presented, in PREPA's operations and infrastructure.

PREPA is fully supportive of the proposed Project, since for the efficient and reliable operation of the electric system of Puerto Rico, some of the generating units on the north coast of the Island must use natural gas instead of the oil fuels used today.  This requires the construction of an LNG receiving, storage and re-gasifying infrastructure, and the dredge of the navigational channel within the San Juan Harbor, in order for it to have the required depth for the LNG Carriers.   Notwithstanding its support for the Project, PREPA also has some concerns that will require the Corps 'attention during the dredging activities.

The electrical system in Puerto Rico is operated by PREPA, a public corporation created by Law No. 83 of 1941.  To supply the electrical system demand of the Island, PREPA operates several generating units located at different geographical areas. Among them are the Palo Seco and San Juan Complexes, located on the north coast of

"We are an equal opportunity employer and do not discriminate on the basis of race, color, gender, age, national or social origin, social status, political ideas or affiliation, religion; for being or perceived to be a victim of domestic violence, sexual aggression or harassment, regardless of marital status, sexual orientation, gender identity or immigration status; for physical or mental disability, for veteran status or genetic information."

Mr. Paul DeMarco
September 11, 2017
Page 2

the Island, specifically in the Toa Baja and San Juan municipalities, respectively. Palo Seco has a total generation of 722 megawatts (MW), while San Juan has 840 MW. These units are essential in ensuring the reliability and stability operation of the electric system, and therefore, critical for its operation.

To supply the fuel (Bunker C and Diesel) demand of both complexes, PREPA contracts suppliers to ship the fuel in vessels that dock in the Puerto Rico Port Authority's (PRPA) Terminal-ABC in order to transfer it to PREPA's onshore storage tanks located at each facility. Therefore, special consideration shall be taken during the Project's planning and execution to avoid any fuel supply disruption to these power stations. Otherwise, it may result in an adverse impact on the electrical system operation and reliability, as well as the people of Puerto Rico's wellbeing and national security stability.

The San Juan Complex seawater intake structures are located near the proposed Project's area. During the proposed dredging activities, there is the potential of impacts to the quality of the seawater pumped into the condensers circulation water system, which may affect the power stations compliance with the regulatory agencies water quality requirements. Also, it may limit the generating units' thermal efficiency, reducing their maximum generation capacity and availability, and increasing the maintenance costs associated to additional condensers cleaning activities. Therefore, the implementation of best management practices during the Project execution are required to prevent and reduce the impact of the proposed dredging activities to PREPA's operations and infrastructure at the San Juan Complex.

Regarding PREPA's future plans, in order to provide natural gas to some of its generating units in Palo Seco and San Juan, PREPA has performed a Feasibility and Option Study through which it preliminarily concluded that there are two feasible options. The preferred feasible option is a Storage and Vaporization Infrastructure at the San Juan Complex, which includes a shore side LNG receiving terminal with carriers and vaporization ashore and cargo provided through LNG carrier. The LNG carriers are expected to require a depth of up to 40.2 feet and channel width of 400 feet through the Army Terminal Channel and its Turning Basin. Due to the need for this infrastructure, the viability study for the proposed dredged project already integrated a maximum widening of the Army Terminal Channel from 350 to 450 feet and a maximum deepening of the Army Terminal Channel and Turning Basin from 40 to 44 feet.

For additional information, please contact Mrs. Luisette X. Ríos Castañer, Environmental Protection and Quality Assurance Division, Acting Head, at (787) 521-4960.

Cordially,

Efran Paredes Maisonet
Planning and Environmental Protection Director

| **From:** | Miyoko Sakashita |
|---|---|
| **To:** | DeMarco, Paul M CIV USARMY CESAJ (US) |
| **Subject:** | [EXTERNAL] Comments on San Juan Harbor EA and FONSI |
| **Date:** | Thursday, September 7, 2017 7:48:21 PM |
| **Attachments:** | Comment San Juan Harbor 2017 v2.pdf |

Please see attached.

---

Miyoko Sakashita
Oceans Director | Senior Counsel

Center for Biological Diversity
1212 Broadway, Suite 800
Oakland, CA 94612

tel. 510-844-7108 | miyoko@biologicaldiversity.org
@endangeredocean | Center for Biological Diversity

USACE_002306

of an inadequate impact zone resulted in a vast underestimate of the true harmful impacts of dredging activities on corals.

The Corps' reliance on a management plan is insufficient to fully mitigate the adverse impacts on corals. The project's impacts on threatened corals triggers the need to prepare a full EIS.

### b.  The project will have significant effects on endangered marine mammals.

The Corps must also consider the effect of increasing the size and number of ships calling at the Harbor as is relates to the increased risk of harm from ship strikes.  Ships striking and killing or maiming marine species is a serious, prevalent problem that the Project may worsen in the Harbor area as a result of this project.  The EA fails to consider that the operation of the widened and deepened channel will harm Antillean manatees.  Vessel collisions are a leading cause of mortality and injury for manatees.

Higher traffic volumes of larger ships in the shipping lanes leading up to and within the Puerto Rico area will increase the risk of collisions with marine species.  Larger vessels account for a disproportionate number of ship strikes—especially fatal ship strikes.[5]  Partly due to their greater weight and partly because of their decreased maneuverability, "most, if not all, lethal collisions are caused by large ships rather than small vessels."[6]  For instance, most large ship strikes to whales result in death.[7]

Ship strikes pose a serious threat to marine mammals, such as the Puerto Rico population of Antillean manatees.  The U.S. Fish and Wildlife Service (USFWS) has estimated that, over the past thirty years in in Puerto Rico, "37% of manatees died of natural causes, 26% die[d] of human-related causes, and 36% of [unknown] causes."[8]  USFWS lists boat strikes as the primary cause of human-caused manatee deaths in Puerto Rico.[9]  Naturally, the number of ship strikes is related to the number of ships navigating in Puerto Rico's waters.  A harbor accommodating larger ships will increase the likelihood that Puerto Rico manatees will suffer ship-related injury or death.  Because the Puerto Rico manatee population is small and geographically isolated, any increase in impacts to this population is significant, and the Corps must mitigate these impacts accordingly.

It is insufficient to mitigate only the impacts of dredging and construction, a full EIS must also disclose the impacts of vessel traffic on manatees.  First, the assumption that vessel traffic will decrease is incorrect because even though there are larger vessels there will be an increase in vessel traffic to meet growing demands.  Second, even assuming fewer vessels, the larger vessels

---

[5] Laist et al., *Collisions Between Ships and Whales*, 17 MARINE MAMMAL SCI. 35, 54 (2001); Silber et al., *Hydrodynamics of a Ship/Whale Collision*, 391 J. EXPERIMENTAL MARINE BIOLOGY & ECOLOGY 11, 18-19 (2010) (ship size correlated to risk and severity of ship strike)
[6] Laist et al., *Collisions Between Ships and Whales*, 17 MARINE MAMMAL SCI. 35, 54 (2001); Silber et al., *Hydrodynamics of a Ship/Whale Collision*, 391 J. EXPERIMENTAL MARINE BIOLOGY & ECOLOGY 11, 18-19 (2010).
[7] A.S. Jansen & G.K. Silber, *Large Whale Ship Strike Database*, NOAA Technical Memorandum, NMFS-OPR-25, U.S. DEP'T COMMERCE 9, fig. 4 (2004).
[8] USFWS, Antillean Manatee Fact Sheet (Apr. 2, 2013), http://www.fws.gov/caribbean/es/manatee_factsheet.html.
[9] *Id.*

USACE_002310

underwater.[24]  Finally, ship noise increases at higher ship speeds, as this increases the degree and volume of cavitation and onboard machine sounds.[25]

Here, the agency must analyze the noise impacts from larger ships that will be approaching and traveling in San Juan Harbor as a result of this widening and deepening project.

### e. The impacts from potential oil spills are significant.

The Corps' failed to consider the significant environmental impact from oil spills. The EA notes that the project will allow larger capacity petroleum tankers.  It will also change the current practice of loading tankers with light loads.  The agency must analyze in a full EIS the potential for an oil spill and the environmental risks of an oil spill. The existing channel width and depth limits the volume of petroleum products that could be carried through the channel in one vessel. This means that there is a greater potential for a high volume oil spill that could harm and kill corals, seabirds, sea turtles, manatees and other species.  It will also impair water and air quality.

Acute and chronic oil spills have a wide array of lethal and sublethal impacts on marine species, including immediate and long-term effects. Petroleum oil is a complex mixture of hundreds of different compounds, mostly hydrocarbons, with different levels of toxicity to wildlife. Polycyclic aromatic hydrocarbons (PAHs) are among the most toxic oil components and have been documented to cause significant impacts on wildlife. Direct impacts to wildlife from exposure to oil include behavioral alteration, suppressed growth, induced or inhibited enzyme systems and other molecular effects, physiological responses, reduced immunity to disease and parasites, histopathological lesions and other cellular effects, tainted flesh, and chronic mortality.[26] Oil can also exert indirect effects on wildlife through reduction of key prey species.[27] As detailed below, the persistence of toxic subsurface oil leading to chronic exposure, even at sublethal levels, can impact wildlife species and ecosystems for decades.[28]

Exposure to crude oil adversely affects fish at all stages.[29] Oil affects virtually all invertebrate taxa.[30] It is toxic to bottom-dwelling, pelagic and intertidal invertebrates such as corals, lobsters,

---

[24] GUIDELINES FOR THE REDUCTION OF UNDERWATER NOISE FROM COMMERCIAL SHIPPING TO ADDRESS ADVERSE IMPACTS ON MARINE LIFE, INT'L MARITIME ORGANIZATION 4 (2014).

[25] GUIDELINES FOR THE REDUCTION OF UNDERWATER NOISE FROM COMMERCIAL SHIPPING TO ADDRESS ADVERSE IMPACTS ON MARINE LIFE, INT'L MARITIME ORGANIZATION 5 (2014) (definition of cavitation).

[26] Holdway, D. A. 2002. The acute and chronic effects of wastes associated with offshore oil and gas production on temperate and tropical marine ecological processes. Marine Pollution Bulletin 44:185-203.

[27] Peterson, C. H., S. D. Rice, J. W. Short, D. Esler, J. L. Bodkin, B. E. Ballachey, and D. B. Irons. 2003. Long-term ecosystem response to the Exxon Valdez oil spill. Science 302:2082-2086.

[28] Id.

[29] Carls, M. G., S. D. Rice, and J. E. Hose. 1999. Sensitivity of fish embryos to weathered crude oil: part I. Low-level exposure during incubation causes malformations, genetic damage, and mortality in larval pacific herring (Clupea pallasi). Environmental Toxicology and Chemistry 18:481-493; Bernanke, J., and H.-R. Kohler. 2009. The impact of environmental chemicals on wildlife vertebrates. Reviews of Environmental Contamination and Toxicology 198:1-47.

[30] Suchanek, T. H. 1993. Oil impacts on marine invertebrate populations and communities. American Zoologist 33:510-523.

USACE_002313

crabs, oysters, clams, and zooplankton.[31] Widespread mortality of marine invertebrates generally occurs in the immediate vicinity of oil spills due to chemical toxicity and smothering, and additional mortality can result when toxic components of oil are remobilized from sediments.[32] Sublethal effects to invertebrates from oil exposure include impairment of reproduction, growth, respiration, excretion, chemoreception, feeding, movements, stimulus response and disease resistance.[33] In corals, laboratory experiments have documented broad impacts from oil exposure including reduced growth, tissue damage and death, zooxanthellae expulsion, abnormal feeding behaviors, increased susceptibility to bacterial infection, damaged reproductive function (e.g. lower gonad numbers, sterilization of gametes), impaired larval metamorphosis and recruitment, and bioaccumulation of toxic compounds in exoskeletons.

Oil is hazardous to sea turtles of all ages and the avenues of exposure are numerous. Egg mortality is increased in eggs exposed to oil due to the oil's toxicity and smothering effects (NMFS 2003 at 38). Juvenile and adult turtles encounter oil, tar, and other spill-related chemicals in the water column, at the surface, and through contaminated prey. Laboratory tests of the effects of oil on 15- to 18-month old loggerheads found that both acute and chronic exposure to oil adversely affects all of a sea turtle's major physiological systems (Lutcavage et al. 1995). Because oiled seabirds often return to shore, the impacts of oil spills on seabirds are among the most visible and well-documented. Seabirds, shorebirds, and wading birds are vulnerable to becoming coated with oil at the water surface and shoreline. Oiling destroys the water-proofing and insulating properties of the feathers, thereby compromising their buoyancy and ability to thermoregulate (Jenssen 1994). Oiled birds rapidly deplete their fat reserves due to their inability to forage and regulate their body temperature, and quickly become emaciated, dehydrated, and hypothermic, often leading to mass die-offs (Jenssen 1994). Studies on the effects of oil on eggs have shown significant mortality and developmental defects in embryos (Jenssen 1994). Oiled birds are also at high risk of ingesting oil when they preen their feathers (Briggs et al. 1997). Ingested oil can damage the gastrointestinal tract, evidenced by ulcers, diarrhea, and a decreased ability to absorb nutrients, and inhibit proper hormone function (Jenssen 1994). Inhalation of volatile hydrocarbons can result in pneumonia, neurological damage, and absorption of chemicals that can lead to cancer.[34]

Whales, dolphins, and manatees can be exposed to oil internally by inhaling volatile compounds at the surface, eating or swallowing oil, and consuming oil-contaminated prey, and externally by swimming in oil (NOAA 2010b). The inhalation of toxic hydrocarbons can cause respiratory irritation, inflammation, emphysema, and pneumonia (Geraci and St. Aubin 1988, NOAA 2010b). If absorbed into the lungs and bloodstream, toxic hydrocarbons can accumulate in tissues like the brain and liver causing neurological disorders and organ damage, result in anemia and immune suppression, and lead to reproductive failure or death (Geraci and St. Aubin 1988, NOAA 2010b). Baleen whales that filter-feed at the surface are vulnerable to coating and fouling

---

[31] USFWS. 2010. Effects of Oil on Wildlife and Habitat. (May 2010), available at http://www.fws.gov/home/dhoilspill/pdfs/DHJICFWSOilImpactsWildlifeFactSheet.pdf.; Peterson, C. H., M. C. Kennicutt, R. H. Green, P. Montagna, D. E. Harper, E. N. Powell, and P. F. Roscigno. 1996. Ecological consequences of environmental perturbations associated with offshore hydrocarbon production: a perspective on long-term exposures in the Gulf of Mexico. Canadian Journal of Fisheries and Aquatic Science 53:2637-2654.
[32] Suchanek 1993, Peterson et al. 1996, Peterson et al. 2003, Haapkyla 2007
[33] Supra at 30.
[34] Oiled Wildlife Care Network, http://www.owcn.org/about-oiled-wildlife/effects-of-oil-on-wildlife

USACE_002314

their baleen plates with oil, thereby decreasing their ability to eat (Geraci and St. Aubin 1988, NOAA 2010b). Manatees are at risk from fouling the sensory hairs around their mouths which are important for detecting edible seagrasses. Cetaceans may ingest oil-contaminated zooplankton and fish prey, leading to gastrointestinal inflammation, ulcers, bleeding, diarrhea, and maldigestion (Geraci and St. Aubin 1988, NOAA 2010b). Long-term studies of killer whales impacted by the *Exxon Valdez* spill indicate that oil spills can have long-term, population-level effects on marine mammals. A resident killer whale pod that suffered a 33% loss in the year following the *Exxon Valdez* spill had not recovered to pre-spill numbers sixteen years after the spill, while a transient pod that experienced a 41% loss, including reproductive-age females, has continued to decline toward extinction since the spill (Matkin et al. 2008).

The potential for larger volume oil spills is greatly increased by widening and deepening the harbor.  Not only will larger ships be able to come into the harbor, but they will also be transiting in the ocean where whales occur and along the coast with potential impacts on sensitive coral reef ecosystems.

    **f.  The cumulative effects of numerous widening and deepening harbor projects must be evaluated.**

The cumulative effects of connected widening and deepening must be evaluated in a full EIS. The Corps' evaluation and approval of widening and deepening ports throughout the coastal US are connected actions that should be evaluated in a programmatic EIS. Cumulative environmental effects can be defined as effects on the environment which are caused by the combined results of past, current and future activities. 40 CFR §1508.7. There are numerous feasibility studies occurring at ports and harbors throughout the United States to widen and deepen navigation channels to allow larger vessels.  These actions are all related and foreseeable. Additionally, many will have impacts in multiple locations for species that migrate. Specifically, with more of these larger vessels being able to go into numerous ports, this will increase vessel traffic in the ocean that will be louder and more likely to collide with marine mammals.

    **II.  The EA is inadequate to meet the Corps' obligation to take a hard look at the environmental impacts.**

The EA fails to consider important information and it makes conclusions that are contrary to fact. There are several shortcomings in the EA, some of which are described in the above sections.

First, the agency's reliance on a 150-meter buffer zone is inadequate and the recent information from Port of Miami renders reliance on old analyses outdated and arbitrary. Corals have beendocumente din the area. Sedimentation and water quality issues have been identified far beyond 150-meters from similar dredging projects. Dredged materials will leak off of the vessel taking them to the disposal area and affect listed corals.  Thus, the impacts on ESA-listed corals are underestimated.

Second, the agency concedes that seagrass habitat will be affected, but it fails to consider the impact of losing seagrasses on manatees.

Third, conclusion that noise will only temporarily increase is incorrect, because noise will increase permanently because larger vessels are noisier. Moreover, the assumption that the vessel calls are likely to decrease under the proposed action is flawed because shipping is likely to continue to increase.

Fourth, the EA only analyzes the environmental impacts of construction, and fails to consider the ongoing impacts of deepening and widening the channel. This will mean larger vessels that are more likely to collide with marine mammals including whales and manatees.

Fifth, the EA fails to consider alternatives. It appears that the EA considers only the no action and various depths of dredging. This is inadequate as all of the alternatives then have similar effects. The Corps must analyze alternatives that will be environmentally beneficial, for example mitigation for corals by outplanting, noise reduction of vessels by either speed limits or requiring the best available noise reduction technology at the port, ship strike avoidance by requiring approaching speed limits, education of mariners on avoiding striking manatees and whales, limiting the number of vessels that may transit to ensure that there is not an increase in vessel calls. There are numerous alternatives that would present an environmentally preferable alternative.

And finally, the agency's evaluation of cumulative effects is woefully inadequate. A conclusory statement that "cumulative adverse impact will be appropriately minimized" fails to disclose cumulative impacts.

### III.     The Corps must complete consultation under section 7 of the ESA because its action may affect listed species, and it must obtain a permit under the MMPA.

Section 7(a)(2) of the ESA requires federal agencies to "insure that any action authorized, funded, or carried out by such agency . . . is not likely to jeopardize the continued existence of any endangered species or threatened species or result in the adverse modification of habitat of such species . . .determined . . . to be critical . . . ." 16 U.S.C. § 1536(a)(2); 50 C.F.R. § 402.14(a). To accomplish this goal, agencies must consult with the delegated agency of the Secretary of Commerce or Interior whenever their actions "may affect" a listed species. 16 U.S.C. § 1536(a)(2); 50 C.F.R. § 402.14(a).

The ESA's consultation requirement applies to Federal agencies taking *any action.* 16 U.S.C. § 1536(a)(2). "Action means all activities or programs of any kind authorized, funded, or carried out, in whole or in part, by Federal agencies in the United States or upon the high seas" including "the granting of licenses, contracts, leases, easements, rights-of-way, permits, or grants-in-aid." 50 C.F.R. § 402.02 (emphasis added). The Supreme Court noted that ESA's section 7 command to Federal agencies "admits of no exception." *Tenn. Valley Auth.*, 437 U.S. v. Hill, 437 U.S. 153, 173 (1978). See also *Pacific Rivers Council v. Thomas*, 30 F.3d 1050, 1054-55 (9th Cir. 1994). (recognizing that Congress intended "agency action" to be interpreted broadly, admitting of no limitations.) Moreover, the use of the word "shall" in a statute indicates Congress' intent to impose a mandatory duty. *Bennett v. Spear*, 520 U.S. 154, 172 (1997) (use of "shall" creates a "categorical requirement").

USACE_002316

# NEWS RELEASE

---

**U.S. ARMY CORPS OF ENGINEERS**                                    **BUILDING STRONG®**

---

For Immediate Distribution                                                              Contact:
29 August 2017                                                       Paul DeMarco at 904-232-1897
                                                                     Paul.m.demarco@usace.army.mil

## San Juan Harbor, Puerto Rico Integrated Feasibility
## Study & Environmental Assessment

**Jacksonville, Fl  –**  The Jacksonville District, U.S. Army Corps of Engineers (Corps) has prepared a Draft Feasibility Study and Environmental Assessment concerning navigational improvements to San Juan Harbor in San Juan, Puerto Rico.  The Corps presented results of this study including a Tentatively Selected Plan at a public meeting in San Juan, Puerto Rico on Tuesday, August 22, 2017.  The Puerto Rico Ports Authority (the project sponsor), Puerto Rico Electric Power Authority, port users, U.S. Coast Guard, San Juan harbor pilots, environmental resource agency representatives and other interested parties attended the meeting.  Also at this meeting, the U.S. Coast Guard, San Juan Sector, a cooperating agency, presented an overview of their rule making process for expansion of Anchorage Area "F".

   The Tentatively Selected Plan consists of deepening Cut-6 to 46 feet, widening the Army Terminal Channel by 100 feet and deepening the Anegado, the Army Terminal Channels and the Army Terminal Turning Basin to 44 feet (see figure).  In addition, the San Antonio Channel would be deepened to 36 feet. Lesser increments of widening and deepening were also evaluated.  The dredged material is expected to be suitable for placement in the Ocean Dredged Material Disposal Site located a few miles from the harbor entrance.  Some material may be suitable for placement in dredged holes and other beneficial purposes.

   Pursuant to the National Environmental Policy Act and the U.S. Army Corps of Engineers Regulations (ER 200-2-2), please find enclosed the Proposed Finding of No Significant Impact.  This public notice (along with its enclosures and referenced documents) also follows the public notice requirement of Section 404(a) of the Clean Water Act. Evaluation of the impact of the proposed action on the public interest includes application of the guidelines promulgated by the Administrator, U.S. Environmental protection Agency, pursuant to Section 404(b) of the Clean Water Act (40 CFR part 230).

   The Corps invites public comments and questions on the Draft Feasibility Study and Environmental Assessment and Proposed Finding of No Significant Impact. The comment period ends 30 days from the date this notice is published. Questions and comments concerning this notice should be directed to Paul DeMarco, Corps of Engineers – SAD, Jacksonville District, Planning and Policy Division, P.O. Box 4970 Jacksonville, FL 32232, or fax 904-232-3442. A copy of the Environmental Assessment, high resolution drawings and other information is available on the Corps' website
<http://www.saj.usace.army.mil/About/Divisions-Offices/Planning/Environmental-Branch/Environmental-Documents>

---

**U.S. ARMY CORPS OF ENGINEERS – Planning and Policy Division, Environmental Branch**
701 San Marco Blvd, Jacksonville, FL 32207
http://www.saj.usace.army.mil/



SAN JUAN HARBOR, PUERTO RICO INTEGRATED FEASIBILITY STUDY & ENVIRONMENTAL ASSESSMENT

**MAXIMUM PROPOSED WIDENING**
- Widen Army Terminal Channel from 350' to 450'

**MAXIMUM PROPOSED DEEPENING** (counterclockwise)
- Cut 6 to 46'
- Anegado Channel to 44'
- Army Terminal Channel to 44'
- Army Terminal Turning Basin to 44'
- San Antonio Channel to 36'
- Cruise Ship Basin East to 36'

**CONSTRUCTION**
- Mechanical clamshell dredge with bottom-dump barge transport to offshore Ocean Dredged Material Disposal Site (ODMDS)
- ~ 2.1M cubic yards of material

**U.S. ARMY CORPS OF ENGINEERS – Planning and Policy Division, Environmental Branch**
701 San Marco Blvd, Jacksonville, FL 32207
http://www.saj.usace.army.mil/

USACE_002320



**US Army Corps of Engineers**
**JACKSONVILLE DISTRICT**

**PROPOSED FINDING OF NO SIGNIFICANT IMPACT**

**SAN JUAN HARBOR, PUERTO RICO**
**NAVIGATION IMPROVEMENT STUDY**
**INTEGRATED FEASIBILITY STUDY AND ENVIRONMENTAL ASSESSMENT**

The U.S. Army Corps of Engineers, Jacksonville District (Corps), has conducted an environmental assessment in accordance with the National Environmental Policy Act of 1969, as amended. The Corps assessed the effects of the following actions in the Draft Integrated Feasibility Report and Environmental Assessment (IFR/EA), dated August 2017 for the San Juan Harbor Improvements Study, Puerto Rico. This integrated report is incorporated herein by reference. The Preferred Alternative consists of the following:

- Widening
  - Widen Army Terminal Channel 50 feet on each side (100 feet total) from an existing width of 350 feet to provide a total width of 450 feet.
  - No additional widening justified at this time.

- Deepening
  - Deepen Cut-6 to project depth of 46 feet.
  - Deepen Anegado Channel to a project depth of 44 feet.
  - Deepen Army Terminal Channel to a 44-foot project depth.
  - Deepen Army Terminal Turning Basin to a 44-foot project depth.
  - Deepen the San Antonio Channels and Cruise Ship Basin East to a project depth of 36 feet.

- Dredged Material Placement Options
  - Base Plan - Place dredged material at the existing Offshore Dredged Material Disposal Site (ODMDS).
  - Estimate includes use of a mechanical clamshell dredge to excavate approximately 2,110,000 cubic yards of material into a bottom-dump barge for transport to the ODMDS. A hydraulic dredge could also be used.
  - Beneficial uses of dredged material under consideration include filling holes in Condado Lagoon to enhance sea grass planting and material placement islands with living shorelines.

In addition to the "no action" alternative, a final array of three alternatives with varying levels of benefits and costs were evaluated, including the Preferred Alternative. The alternative with the highest net-benefits (Preferred Alternative described above) has a BCR greater than 1.0 and it

I

becomes the National Economic Development Plan.  There is not a locally preferred plan.  The Preferred Alternative is also the environmentally preferable alternative.

I have reviewed the IFR/EA for the Preferred Alternative.  This Finding incorporates by reference all discussions and conclusions contained in the IFR/EA enclosed hereto.  Based on the information analyzed in the IFR/EA, which reflects pertinent information obtained from agencies having jurisdiction by law and/or special expertise, I conclude that the Preferred Alternative will not significantly affect the quality of the human environment and does not require an Environmental Impact Statement.  Reasons for this conclusion are in summary:

a.  All practicable means to avoid and minimize adverse environmental effects have been incorporated into the Preferred Alternative.  Environmental commitments as detailed in the IFR/EA will be implemented to minimize impacts.

b.  Pursuant to the Clean Water Act of 1972, as amended, any discharge of dredged or fill material associated with the TSP have been found to be compliant with section 404(b)(1) Guidelines (40 CFR 230).  This evaluation can be found in Appendix J of the IFR/EA.

c.  The Puerto Rico Planning Board will review the federal consistency determination concurrently with the public review of the draft IFR/EA. As shown in Appendix I, the Corps determined the proposed action is consistent with the enforceable policies of the Puerto Rico Coastal Management Program, per the Federal Coastal Zone Management Act.  A water quality certification pursuant to section 401 of the Clean Water Act will be obtained from Puerto Rico Environmental Quality Board prior to construction.  All conditions of the water quality certification will be implemented in order to minimize adverse impacts to water quality.

d.  Pursuant to section 7 of the Endangered Species Act of 1973, as amended, coordination with the U.S. Fish and Wildlife Service and the National Marine Fisheries Service is ongoing and will be completed prior to approval of the final IFR/EA.  The Corps agrees to maintain open and cooperative communication with the U.S. Fish and Wildlife Service and the National Marine Fisheries Service regarding actions necessary to complete the project.

e.  Pursuant to section 106 of the National Historic Preservation Act of 1966 (NHPA), as amended, consultation has been initiated and is ongoing with the Puerto Rico State Historic Preservation Officer and the National Park Service in accordance with the National Historic Preservation Act and considerations given under the National Environmental Policy Act.  No effect to historic properties are anticipated.

In view of the above, and the attached IFA/EA, and after consideration of public and agency comments received on the project, I conclude that the Preferred Alternative would not result in a significant effect on the human environment.  This Proposed Finding of No Significant Impact incorporates by reference all discussions and conclusions contained in the IFA/EA enclosed herewith.

II

USACE_002322

_____   Date   _____

Jason A. Kirk, P.E.
Colonel, U.S. Army
District Commander

III

USACE_002323

| | |
|---|---|
| **From:** | Ruth Santiago |
| **To:** | Powell, Richard B Jr CIV USARMY CESAJ (US) |
| **Subject:** | [Non-DoD Source] LNG Deliveries to Puerto Rico |
| **Date:** | Friday, August 25, 2017 4:05:02 PM |
| **Attachments:** | ICSE Brief AOGP Aguirre Site Economic Analysis PREC 20170802164807565.pdf |
| | Arctas Final Substantive and Legal Brief August 2 2017 AOGP Aguirre Site Economic Analysis PREC.pdf |
| | AOGP PREPAS BRIEF ON SUBSTANTIVE AND LEGAL ISSUES WITH ATTACHMENT 8-2-2017 Aguirre Site Economic analysis PREC.pdf |
| | ELAC Numbered IEEFA Sommer Kunkel testimony 6-2 -2017 AOGP Aguirre Site Economic Analysis PREC.pdf |
| | SeaOne Caribbean, LLC to PROMESA Board.pdf |
| | ELAC Legal and Substantive Brief AOGP PREPA Aguirre Site Economic Analysis PREC.pdf |

Hello Mr. Powell,

It was very nice to meet you this past Tuesday.

Attached are some of the documents I mentioned concerning LNG deliveries to Puerto Rico. Please feel free to share them with your colleagues. Let me know if you have any questions or require any further information.

Regards,

Ruth
--
Ruth Santiago, J.D., L.L.M.
P.O. Box 518
Salinas, PR 00751
Tel: (787) 312-2223
E-mail: rstgo2@gmail.com

USACE_002324

**COMMONWEALTH OF PUERTO RICO**
**PUERTO RICO ENERGY COMMISSION**

| | |
|---|---|
| IN RE: AGUIRRE SITE ECONOMIC ANALYSIS | NO. CEPR-AP-2017-0001 |
| | SUBJECT: PREPA'S BRIEF ON SUBSTANTIVE AND LEGAL ISSUES |

<u>PREPA'S BRIEF ON SUBSTANTIVE AND LEGAL ISSUES</u>

August 2, 2017

Katiuska Bolaños-Lugo
**CANCIO, NADAL, RIVERA & DÍAZ, P.S.C.**
PR-Bar no.: 18,888
Counsel for PREPA
PO Box 364966
San Juan, PR  00936-4966
Tel. (787) 767-9625
Fax. (787) 764-4430
kbolanos@cnrd.com

Counsel for the Puerto Rico
Electric Power Authority

USACE_002325

publicly available documents have indicated viable alternatives to the construction of costly permanent infrastructure such as the AOGP project that would tie Puerto Rico to fossil fuel generation for the long term. The National Renewable Energy Laboratory recommends the siting of utility scale solar energy facilities at closed landfills in Puerto Rico. These projects could also be developed on brownfields and other previously impacted areas. http://www.nrel.gov/docs/fy11osti/49237.pdf Furthermore, large-scale photovoltaic rooftop solar projects have been recommended by the University of Puerto Rico's Instituto Tropical de Energia, Ambiente                        y                        Sociedad                        (ITEAS, http://iteas.uprm.edu/).http://www.uprm.edu/aret/docs/Ch_1_Summary.pdf, págs. 1-13 al 1-14. Schools and other government facilities that operate almost exclusively during daylight hours would be good sites for rooftop solar installations without requiring large investments in battery storage systems. PREPA and other Puerto Rico government agencies could facilitate the implementation of solar energy projects. Greater integration of renewable energy as proposed by PREPA in its Fiscal Plan requires reevaluating the viability of the AOGP project.

During the public hearing in this case, there was testimony to the effect that the cost of rooftop solar is close to 10 cents per kWh and goes down to 7-8 cents per kWh with the Renewable Energy Fund and the Rural Energy for America Program. PREPA has not explained why the PPAs with above market prices for renewable energy have not expired by virtue of Article 16 of the contracts that established a cutoff date of December 2016 or earlier for commencement of commercial operations.

During the technical conference in this case, PREPA and other witnesses conceded that the single most important factor in achieving greater penetration of renewable energy in the Puerto Rico grid is the availability of rapid ramping or combined cycle units. In addition to fuel savings,

6

fuel generation played an important role in Puerto's electrification but it has come at a very high price. The financial outlays for the existing fossil fuel infrastructure are a large part of PREPA's crippling debt. The public health and environmental impacts of fossil fuel generation are significant. Private energy generation based on power purchase and operation agreements have not resolved Puerto Rico's electricity challenges. Traditional, fossil fuel-based generators must prioritize enabling the maximum use of renewable energy. Replacement of fossil fuel-based generation should be within existing power plants, in previously impacted sites and that provide some leverage to negotiate better agreements with private investors. Electric infrastructure is essential for the socio-economic development of Puerto Rico. The centralized generation model requires large financial investments. Years of deferred maintenance and minimum investment in the transmission and distribution systems have resulted in high electrical losses and frequent and severe blackouts. The Honorable Commission should proceed with measures requiring PREPA to improve revenue and load estimates; to implement energy efficiency, demand response and energy storage and to enhance emissions monitoring. Experts assert that the modified IRP provision allowing for H-Class generation units are too large for the relative size of the Puerto Rico grid. They posit that replacement generation must be agile and smaller than the units to be replaced in order to maximize renewable energy use. Puerto Rico requires a new electric power infrastructure that provides electric energy at reasonable cost, with greater efficiency, and with minimum impact on the environment. As noted elsewhere in this brief, renewable energy is economically competitive in Puerto Rico. Rooftop photovoltaic (PV) systems constitute a better alternative than utility scale solar installations, which require large amounts of land, and are more expensive than rooftop PV because they are based on power purchase agreements (PPA) for utility scale solar with escalating costs during the life of the project. The declining energy demand, bars the construction of large natural gas infrastructure that would tie the Puerto Rico electric grid and economy to 40 years of continued fossil fuel dominance. Experts that have been working on Puerto Rico electric grid issues for decades propose the development of citizen-owned, electric power system based on

18

rooftop solar PV to take full advantage of local resources and innovative market-based opportunities. "A rooftop solar-based electrical grid could leapfrog a centralized, hierarchical system to distributed prosumer transactive energy market in which public policy facilitates citizens' investments in the electric system mainly through rooftop solar, distributed energy storage and smart meter technology." The proposals are based on the examples in New York and Hawaii, the later has a goal of 100% clean energy by 2045. The integration of renewable energy, conservation strategies, and efficiency measures within solar communities can harness market forces in a transactive energy framework for the benefit of consumers and investors. Puerto Rico will benefit from reduced dependence on fossil fuels, the emergence of electricity markets (e.g., transactive energy), improved environmental quality, public health and local socio-economic development.  The cost of a clean, silent, inconspicuous, rooftop solar PV residential generation system continues to drop with a U.S. national average of $3.16 per installed Watt. In Puerto Rico, as in Florida and Colorado, the average cost is between $3 and $2.80 per installed Watt. At $3 per installed Watt, the average solar rooftop electricity costs, without storage (with net metering) in Puerto Rico is $0.11 per kWh. In recent months, the cost of electricity from the grid has been around $0.20 per kWh, with a 98% dependence on fossil fuels (oil, natural gas or coal-based generation). An increasing number of PREPA clients are privatizing their electric energy services, individual families and businesses are installing PV systems or purchasing energy from private companies. Implementation of Act 133-2016, will allow low-income communities to develop private community solar systems. The Honorable Commission should promote that fossil fuel-based generators prioritize enabling the maximum use of renewable energy. "With declining electricity demand and cheaper rooftop PV, investors considering large, private power plants would face a high-risk scenario: financing expensive facilities with no warranty of long-term sales to provide the payback and rates of returns customarily generated in Puerto Rico. The business model of any organization that seeks to be part of the electric energy sector in Puerto Rico must go beyond merely selling electricity;

19

it must provide competitive energy services in support of an increased use of local resources: conservation, efficiency and renewable energy".


### D.        Applicable Law and Discussion

In **Magriz v. Empresas Nativas**, 143 D.P.R. 63 (1997), the Puerto Rico Supreme Court determined that the Uniform Administrative Procedure Act, (LPAU, Law No. 170 of August 12, 1988, 3 L.P.R.A. Sec. 2101 et seq., as amended) was enacted to provide citizens with efficient, prompt and high quality public services under the protection of the basic guarantees of due process of law.  Pursuant to this purpose, various administrative agencies are granted quasi-judicial powers to run an adjudication system that favors its efficient use by lay people. **López et al. Asociacion de Taxis de Cayey**, 142 DPR 109 (1996). In order to guarantee the goal of doing justice to the parties, both the Uniform Administrative Procedures Act, supra, 3 L.P.R.A. Sec. 2151, and the associated jurisprudence have established that in issuing a resolution the administrative agency must safeguard the right to timely and adequate notice, the right to be heard, the right to confront witnesses, the right to provide oral and written evidence in its favor, and the right to an impartial adjudicator, **Henríquez v. Higher Education Council**, 120 D.P.R. 194, 202 (1987); **Ortiz Cruz v. Junta Hipico**, 101 D.P.R. 791, 795 (1973). The administrative decision must be informed with knowledge and understanding of the evidence relevant to the case. **A.D.C.V.P. V. Superior Court**, 101 D.P.R. 875, 883 (1974). **Magriz v. Empresas Nativas**, 143 D.P.R. 63, 69-70 (1997).

As to the factual determinations of administrative agencies, Section 4. 5 of the LPAU reflects the traditional standard of substantial evidence required for adjudication as reiterated by the Puerto Rico Supreme Court and the United States Supreme Court. See, **Metropolitana, S.E.**

20



Secondly, PREPA has many aging and inefficient power plants that will require significant capital expenditures to upgrade or replace.  However, PREPA's financial problems will continue to make it difficult to incur more debt for modernization and efficiency improvement projects, thereby leaving conversions to lower-cost gas as PREPA's best solution for quickly reducing its rates and solving its pollution problems.  The use of fuel oil in most of its plants has made PREPA non-compliant with air emissions regulations risking significant fines from the Environmental Protection Agency (EPA) but more importantly affecting the health of hundreds of thousands of American citizens.  The environmental issues are particularly serious in the San Juan metropolitan area, where over 70% of Puerto Rico's population is located and pulmonary ailments are more prevalent than in the rest of the population.

For many years, PREPA has sought to bring natural gas to the San Juan region in order to gasify the existing power plants in the area and new plants in the future.  Without access to natural gas, the PREPA plants in the North (San Juan & Palo Seco) have continued, and will continue, to burn diesel and heavy fuel oil.  PREPA is seeking to bring LNG into the south which also requires new generation and transmission lines to bring the power to the north.  The option for LNG in the south represents a very complex and expensive path which only partially alleviates San Juan's environmental issues.

### THE SOLUTION

SeaOne's project to deliver U.S. gas and NGLs (including propane, butane, LPGs and other gas liquids) to Caribbean and Central American markets is ideal for Puerto Rico, providing access to cleaner and significantly lower cost energy.  SeaOne's business is based upon three key tenets:

    (1) to provide the lowest cost gas and NGLs to Caribbean and Central American markets;
    (2) to deliver both gas and NGLs in a single cargo; and
    (3) to allow customers to have complete control of their gas and NGL purchases.

SeaOne's project uses our patented Compressed Gas Liquids (CGL®) system which is the optimization of long-existing gas processing equipment.  Specifically, SeaOne will export gas and NGLs from its Export Facility in the existing Port of Gulfport, Mississippi (see Exhibit 4) to its CGL Receiving Terminals in the Caribbean and Central America including Puerto Rico (see Exhibit 5).  SeaOne Puerto Rico, LLC will be the owner and operator of the CGL Receiving Terminal being developed in the City of Guaynabo, near the Port of San Juan.  SeaOne will begin service to Puerto Rico (and other Caribbean markets) in the first quarter of 2019.

**Exhibit 4:  CGL Production and Export Facility in the Existing Port of Gulfport, MS**



USACE_002455

SAN JUAN HARBOR, PUERTO RICO PUBLIC MEETING

INTEGRATED FEASIBILITY STUDY &

ENVIRONMENTAL ASSESSMENT


was held at the Puerto Rico Convention Center, 100
Convention Boulevard, Room 103A, San Juan, Puerto
Rico, on Tuesday, August 22, 2017, at 10:02 a.m.


Reported By:  Derek L. Hoagland
              California CSR No. 13445



```
PRESENTERS:


U.S. ARMY CORPS OF ENGINEERS
JACKSONVILLE DISTRICT
BY:  Brenda Calvente, Project Manager
     904.232.1694
     brenda.e.calvente@usace.army.mil

-- AND --

U.S. COAST GUARD
SAN JUAN, PUERTO RICO
BY:  EFRAÍN LÓPEZ
     787.289.2097
     efrain.lopez1@uscg.mil
```



```
 1    SAN JUAN, PUERTO RICO, TUESDAY, AUGUST 22, 2017
 2             P R O C E E D I N G S
 3             MS. CALVENTE:  Good morning,
 4       everybody.  Can you hear me?
 5             UNIDENTIFIED SPEAKER:  No.
 6             MS. CALVENTE:  No?  This is
 7       better?
 8             UNIDENTIFIED SPEAKER:  All
 9       right.  All right.
10             MS. CALVENTE:  I am Brenda
11       Calvente.  I am the project manager
12       for the San Juan Harbor improvement
13       project with the Army Corps of
14       Engineers.  I can't hear myself.
15             First, I am sorry.  I got sick
16       this weekend, so I have this funny
17       voice, so I hope hopefully you can
18       hear me and you can understand me.
19       If you don't understand me or I
20       need to, you know, elevate my
21       voice, just let me know.  I will do
22       my best.
23             This presentation will be
24       provided in both languages, English
25       and Spanish.  In order to be
```

```
 1    consistent, I will follow the

 2    scriptor, doing both presentations,

 3    so to make sure we are providing

 4    you the same information in English

 5    and Spanish.

 6          After many months of study,

 7    including coordination with the

 8    Puerto Rico Port Authority,

 9    environmental resource agencies,

10    port users, U.S. Coast Guard, and

11    many other stakeholders, we present

12    to you today the tentatively

13    selected plan, or TSP, for

14    navigation improvement at the

15    San Juan Harbor.

16          The U.S. Coast Guard, as the

17    coordinating agency in the study,

18    will share with you today

19    additional improvements proposed by

20    the organization.

21          After each presentation, there

22    will be a comment section for you

23    to ask questions and to provide us

24    with input.  Keep in mind the

25    comment sections will be recorded
```



```
 1   to ensure we accurately capture
 2   your questions and input.
 3        For those of you who do not
 4   wish to speak today, comment forms
 5   are available for you to give
 6   input, and I am going to provide
 7   additional information before we
 8   start the open section.
 9        We will have an informal poster
10   section toward the end of the
11   morning when project experts will
12   be available to answer additional
13   questions.
14        Any questions?
15        Before I begin, I would like
16   the Corps of Engineers' project
17   delivery team to stand up and
18   introduce themselves.
19        MR. POWELL:  Dick Powell,
20   Coastal Navigation Section of
21   Planning.
22        MR. CONGER:  Steve Conger.  I
23   am the engineering lead.
24        MS. JACKSON:  Courtney Jackson,
25   economics.
```

1        MS. MARINO:  Mary Marino,

2    cultural Resources.

3        MS. SHALER:  I am Kristen

4    Shaler, biologist standing in for

5    Paul DeMarco, who is the project

6    biologist.

7        MS. CALVENTE:  I also want to

8    have the opportunity to introduce

9    our court reporter.

10        THE REPORTER:  My name is Derek

11    Hoagland.  I am a certified

12    shorthand reporter.

13        MS. CALVENTE:  As mentioned

14    previously, the purpose of this

15    meeting is to discuss the TSP for

16    San Juan Harbor navigation

17    improvements and to provide you an

18    opportunity to ask questions and

19    provide us with your input

20    regarding this draft plan.  Please

21    note that the comment period

22    regarding this draft plan ends

23    September 2nd, 2017.

24        The Corps Engineer study

25    includes several phases designed to

```
 1    facilitate as much public,

 2    technical, and internal, and

 3    external agency input as possible

 4    during the process.

 5         The last time we presented to

 6    you was in November of 2015 when we

 7    initiated our scoping or

 8    information-gathering phase of the

 9    study.

10         In January 2016, at our

11    alternative milestone, our path

12    forward for analyzing the harbor

13    was approved by our agency

14    leadership.

15         On June 30, 2017, we presented

16    our TSP to our agency leadership

17    and the Port Authority.  At that

18    time we were approved to send a

19    plan for public review and comment,

20    which brings us to today's meeting.

21         We are proud of the successful

22    collaboration that we believe has

23    gathered an economically and

24    environmentally sound TSP.  The

25    cooperating agencies and other
```


Olender Legal Solutions
A Global Litigation Solutions Company

888.445.3376
561.822.4626

www.olenderlegal.com
Worldwide Coverage
USACE_002464

1   participants have truly set a high

2   standard and found ways to resolve

3   concerns early in the study

4   process.

5        Our remaining milestones and

6   anticipated dates, including a

7   final plan associated report and

8   the Corps Engineer chief's report,

9   are indicated on the slides.  The

10  chief's report is the final step

11  before the plan is delivered to the

12  Assistant Secretary of the Army for

13  submittal to Office of Management

14  and Budget and Congress for

15  consideration and authorization.

16  And our schedule right now is for

17  September 2018, about a year from

18  now.

19       Federal interest in harbor

20  modification was initially

21  established in 1917.  Since that

22  time the harbor has been modified

23  in 1935 and from 2000-1999 to 2001.

24       The existing San Juan Harbor

25  project includes channels and



```
 1    turning basins ranging in depth

 2    from 30 to 56 feet.  Major

 3    commodities include

 4    petroleum-related products, bulk

 5    grains, and consumer goods serviced

 6    by tankers, bulkers, Panamax

 7    containers, and roll on, roll off

 8    vessels.

 9         Any questions so far?

10         This project was authorized

11    because of problems throughout the

12    harbor that challenged the port and

13    port users to efficiently serve the

14    existing shipping fleet and future

15    cargo volumes.

16         Difficult winds, currents, and

17    waves at the entrance to the harbor

18    challenge navigation.

19         Inadequate depths in the cruise

20    turning basin east restrict cruise

21    ship maneuvering.

22         Depth constraints for cargo

23    vessels cause the existing fleet to

24    light load, leading to more

25    transits than necessary.
```

Olender Legal Solutions
A Global Litigation Solutions Company
888.445.3376
561.822.4626
www.olenderlegal.com
Worldwide Coverage
USACE_002466

```
 1        Inadequate widths in the Army

 2   Terminal Channel prevent transition

 3   to a larger fleet, also leading to

 4   more transits than necessary.

 5        Of course, facilitating

 6   navigational safety is always a

 7   priority in concert with the U.S.

 8   Coast Guard and harbor pilots.

 9        As a result, there are

10   opportunities to decrease

11   transportation costs and

12   inefficiencies and bring forecasted

13   goods in fewer ships.

14        Deepening from the Anegado

15   Channel to the Army Terminal

16   Turning Basin will allow both

17   existing medium-range and

18   long-range petroleum tankers to

19   more fully load with the potential

20   to transition to large long-range

21   tankers as well.

22        By 2026 the Puerto Rican

23   Electrical Power Authority, or

24   PREPA, anticipates transitioning to

25   liquid natural gas, or LNG, a less
```

 1   costly fuel for power generation.

 2   Widening of the Army Terminal

 3   Channel will allow PREPA to

 4   transition to LNG, potentially

 5   reducing power generation costs for

 6   the San Juan metropolitan area.

 7        The largest cruise vessel

 8   class, the Oasis class, has been

 9   calling San Juan Harbor since 2016.

10   Deepening improvements in the

11   cruise basin will facilitate

12   improved maneuverability of cruise

13   vessels, saving time and fuel.

14        Container vessels provide all

15   types of consumer goods to the

16   island, and deepening needs were

17   evaluated.

18        After the opportunities and

19   existing and future fleet and

20   commodity movements into and out of

21   the port were confirmed, Corps

22   Engineer staff, in coordination

23   with the Corps Deep Draft

24   Navigation Planning Center of

25   Expertise, pursued a ship

Olender Legal Solutions
A Global Litigation Solutions Company
888.445.3376
561.822.4626
www.olenderlegal.com
Worldwide Coverage
USACE_002468

 1   simulation study.

 2        For anyone not familiar with

 3   the ship simulation, it facilities

 4   optimizing dimensions for

 5   proposed channel widening and

 6   turning area modifications, these

 7   optimized improvements emerged from

 8   iterations of numerically scaled

 9   designed vessels that are guided by

10   professional harbor pilots through

11   a precisely scaled visual

12   presentation of existing conditions

13   and then the proposed improved

14   harbor facility.

15        The professional harbor pilots

16   of San Juan Harbor were invited

17   early to be active participants in

18   the ship simulation study.

19        Ship simulations confirmed the

20   need for widening along the Army

21   Terminal Channel and Army Terminal

22   Basin improvements and verified the

23   need for the full extent of the

24   cruise ship basin to be deepened to

25   its previously authorized depths of

1   36 feet to allow for efficient

2   back-turn-and-go maneuvering.

3         Once a potential project

4   footprint was determined through

5   the ship simulation and analysis of

6   deepening measures, archives of

7   geotechnical borings were reviewed

8   to determine the characterization

9   of materials between the project

10  footprint.  During preconstruction

11  engineering and design, additional

12  Corps borings will be taken to

13  enhance information gathered during

14  the feasibility study.

15        Knowledge of the potential

16  project footprint, material, and

17  shoaling information enables

18  engineering staff to determine

19  construction methodology, disposal

20  of placement opportunities, and

21  dredge quantities.

22        A navigation visibility study

23  forecasts waterborne cargo volumes,

24  traffic patterns, and vessel

25  fleets, and evaluates the need for

 1   navigation system improvements over

 2   a 50-year period of analysis.

 3        It considers a wide range of

 4   structural and nonstructural

 5   measures within and near the

 6   harbor, addressing inefficiencies

 7   within the system.

 8        Widening and deepening benefits

 9   and costs -- benefits and costs

10   were analyzed independently and

11   together to determine an

12   alternative that maximized net

13   benefits, identifying the

14   tentatively selected plan.

15        As a result of the analysis,

16   the TSP will:

17        Widen 50 feet on either side of

18   the portion of the Army Terminal

19   Channel, moving from 350 feet to

20   450 feet in width to support

21   petroleum product tankers and LNG

22   vessels.

23        Deepen Cut-6 on the entrance or

24   "bar channel" to a maximum of 46

25   feet to maintain the existing

1    2-foot squat and wave allowance for

2    Cut-6.

3         Deepen from 40 feet to a

4    maximum of 44 feet from the start

5    of the Anegado Channel to the Army

6    Terminal Turning Basin to support

7    petroleum product tankers.

8         Deepen the San Antonio Channel

9    and Cruise Ship Basin to 36 feet to

10   resolve turning inefficiencies for

11   cruise ships.

12        Preliminary geotechnical

13   investigations indicate there is no

14   need for blasting.  It is likely a

15   mechanical clamshell dredge will be

16   used to excavate the materials, and

17   barges will transport it to the

18   open ocean disposal area.

19        As you can see, the project has

20   a healthy BCR of 3.5 to 1.  Net

21   benefits are primarily realized

22   through reduced power generation

23   costs for the Island of Puerto Rico

24   with a fleet transition to LNG

25   vessels and reduced transportation

 1    costs related to petroleum product

 2    deliveries.  Federal investment is

 3    low compared to the non-federal

 4    investment to upgrade port

 5    facilities for the arrival of LNG

 6    vessels.

 7         In the future, as an

 8    independent activity, the U.S.

 9    Coast Guard plans to expand and

10    deepen Anchorage Area F to the

11    approved depths in adjacent

12    channels for safety purposes as a

13    safety area for ships experiencing

14    mechanical failures or other

15    emergencies.  The Coast Guard will

16    discuss this in their presentation.

17         And I don't know -- I would

18    like to be more specific, the areas

19    that will be improved with the

20    project.

21         We have the Army Terminal

22    Channel that it will be basically

23    widened 50 feet each side.

24         And then here is Cut-6 that is

25    going to 46, and then from Anegado



```
 1   Channel all the way down to the

 2   Army Terminal Channel, it will go

 3   the maximum of 44.

 4        And the other area that will be

 5   improved, it will be basically all

 6   the Cruise Ship Basin, that it will

 7   go to 36.

 8        And these basically are the

 9   areas that we will have -- the

10   Coast Guard will do improvements

11   for safety.

12        The National Environmental

13   Policy Act, or NEPA, enacted in

14   1970 requires federal agencies to

15   assess the environmental effects of

16   their proposed actions prior to

17   making decisions.  To implement

18   NEPA's policies, Congress

19   prescribed a procedure commonly

20   referred to as the NEPA process,

21   using environmental assessments and

22   environmental impact statements to

23   provide public officials with a

24   hard look at the potential

25   environmental consequences of each
```



1    proposed project.

2         A wide range of environmental

3    considerations were analyzed during

4    the San Juan Harbor study.  The

5    most important ones were

6    archeological-cultural resources,

7    essential fish habitat, navigation,

8    turbidity, wetlands.

9         Extensive environmental benthic

10   surveys were conducted by both the

11   Habitat Consideration Division and

12   the Planning and Operations

13   Division between and around the

14   proposed project footprint through

15   May 2017.  These surveys

16   supplemented existing survey data

17   available through NOAA.  Based on

18   existing survey data and

19   preliminary benthic surveys, the

20   TSP would not result in direct

21   impacts to resources of concern.

22        In addition, the TSP is not

23   anticipated to indirectly impact

24   these resources during construction

25   dredging due to the separation

```
 1   distance involved, greater than 492

 2   feet.

 3        It is anticipated that

 4   additional benthic surveys will be

 5   required prior to construction to

 6   confirm the separation distances

 7   remain accurate.

 8        Finally, approximately 230,000

 9   cubic yards of construction dredge

10   material, if suitable, could be

11   deposited in the artificial

12   depression in Condado Lagoon with

13   the intent of restoring sea grass

14   habitat.

15        The area between the future

16   Coast Guard Anchorage Area F

17   expansion contains SAV and

18   hardbottom resources, which could

19   require mitigation pending Coast

20   Guard rule making process approvals

21   and NEPA documentation.

22        This slide summarizes the

23   previous slide discussion, but also

24   reiterates our commitment to our

25   longstanding, cutting-edge
```

Olender Legal Solutions
A Global Litigation Solutions Company

888.445.3376
561.822.4626

www.olenderlegal.com
Worldwide Coverage
USACE_002476

```
 1    environmental protocols.

 2         Regarding cultural resources,

 3    all portions of San Juan Harbor

 4    where widening and deepening were

 5    proposed were subject to a

 6    submerged cultural resources

 7    survey.  As a result of this

 8    survey, no historic properties were

 9    identified within the footprint of

10    the TSP.

11         I need a translator.

12         Our anticipated project

13    schedule is outlined on the slide.

14    Of course, all dates are dependent

15    on authority and funding.  And,

16    basically, our schedule now is we

17    are going to finish the visibility

18    study next year in September.

19    After that, we normally have three

20    years for final design.  And after

21    that, we are estimating three years

22    for construction.  So the year that

23    we will be basically receiving

24    benefits for the project will be

25    2026.
```

```
 1        This concludes our presentation

 2   and initiates our comment section.

 3   Please note that each individual is

 4   allowed two minutes to provide

 5   their input.

 6        Again, should you not be

 7   prepared to speak today, please

 8   provide us your input via mail or

 9   email with comment forms in the

10   back of the room or during our

11   poster section toward the end of

12   the morning.

13        Again, thank you for

14   attendance.

15        We -- also, if you don't want

16   to do it in English, you can do it

17   in Spanish, but we need you to

18   write it down when you are going to

19   do it in Spanish, that way it gives

20   us the opportunity to translate

21   before we read it in front.

22        And, basically, that concludes

23   the presentation.  Let me just go

24   to the --

25        UNIDENTIFIED SPEAKER:  Brenda,
```

Olender Legal Solutions
A Global Litigation Solutions Company

888.445.3376
561.822.4626

www.olenderlegal.com
Worldwide Coverage
USACE_002478

```
 1   thank you very much, and

 2   congratulations on the dual

 3   language.

 4        MS. CALVENTE:  I am working on

 5   it.

 6        UNIDENTIFIED SPEAKER:  You were

 7   very good.

 8        MS. CALVENTE:  This is my first

 9   time working with the two

10   languages.  Thank you.

11        Any comments?  Any questions?

12        MR. POWELL:  Come on, guys.

13   Don't be shy.

14        MS. CALVENTE:  (Instructions in

15   Spanish to speaker.)

16        MR. F. LÓPEZ:  I am going to do

17   it in English so it is a lot

18   easier.  Félix López, U.S. Fish and

19   Wildlife Service.  Our office is

20   writing the Fish and Wildlife

21   Coordination Act Report that we

22   will submit to the Corps of

23   Engineers, and we are also doing

24   the Section 7 consultation for this

25   project.
```


Olender Legal Solutions
A Global Litigation Solutions Company

888.445.3376
561.822.4626

www.olenderlegal.com
Worldwide Coverage
USACE_002479

```
 1        Just a compliment to the Corps
 2   on reducing the impacts, because
 3   the first time we looked at, it was
 4   like dredging everywhere, and now
 5   it has gotten smaller.
 6        Two concerns, and these will be
 7   coming out in writing on official
 8   letterhead later on, but just so
 9   you can start thinking about this:
10        The EA mentioned 24-hour
11   operations, and our concern with
12   that would be how do you maintain
13   your manatee avoidance with an
14   observer at the dredge if you are
15   working at night?  So that's one
16   thing you need to consider.
17   Jacksonville has a lot of
18   experience with manatees, so I am
19   sure you have run into this before.
20        The other thing is the
21   beneficial use of dredge soil.  We
22   have pending mitigation from the
23   previous dredging and now new
24   mitigation for this dredging.  If
25   the material is suitable, and I
```

Olender Legal Solutions
A Global Litigation Solutions Company

888.445.3376
561.822.4626

www.olenderlegal.com
Worldwide Coverage
USACE_002480

```
 1   guess you will do additional

 2   borings, do not take it to the

 3   offshore disposal site.  That

 4   material should be stored or

 5   somehow used immediately for the

 6   Condado Lagoon.

 7        What we ran into in '98 was a

 8   lot of the good material was taken

 9   to the offshore disposal site, and

10   as they worked into the harbor,

11   they started thinking about

12   mitigation, and all we had for

13   material was fluff.  So the good

14   stuff, don't take it offshore, out

15   of the bay.

16        And you have to work here your

17   mitigation into your cost/benefits

18   analysis, because if you are going

19   to be hauling material to Condado

20   Lagoon as part of the project, you

21   need to look at that, because

22   usually mitigations kind of like

23   kicks things differently.

24        So that's it.  It will come out

25   in the cards anyway, but, you know,
```



Olender Legal Solutions
A Global Litigation Solutions Company

888.445.3376
561.822.4626

www.olenderlegal.com
Worldwide Coverage
USACE_002481

1    to give you a heads-up and start

2    thinking about it.

3        MR. POWELL:  Thank you so much.

4        MS. CALVENTE:  Thank you.

5        MR. F. LÓPEZ:  All right.

6        MS. CALVENTE:  Do you want to

7    provide feedback now or we --

8        MR. POWELL:  Share --

9        MS. CALVENTE:  Basically, two

10   comments, the first one is about

11   the --

12       MR. F. LÓPEZ:  Manatees.

13       MS. CALVENTE:  The 24 hours.

14   We are evaluating that.  We are

15   already working with different

16   agencies to determine what would be

17   safest for protecting nature.  And

18   I think that one I will not answer

19   right now because we are going

20   through the process.  I don't want

21   to say something that later

22   actually will not be approved or it

23   will not happen.

24       But we are aware and it is part

25   of the -- basically the last few

1   permits that we are going to be

2   working with the different

3   agencies.

4        The second one is about

5   using -- beneficial use of the

6   material.  We are evaluating the

7   Condado Lagoon and we actually

8   visited two possible parts.  It is

9   not that easy to justify and do,

10  but we -- this time we put it in

11  our mind and it is part of the

12  process.  And so we are doing

13  everything we can to make sure when

14  we get to the construction phase we

15  can make better use of that

16  material.  Okay?  And more to come

17  because it is based on

18  authorization and the requirements

19  in order to get that authorization.

20       Dick, do you want to add

21  anything else?  Or that covers

22  everything?

23       MR. POWELL:  I think you

24  covered it well.  And it is

25  definitely part of that assessment



1    process, trying to make the best

2    use of material that we do have

3    there.

4         And as Brenda pointed out, the

5    hard part is finding the least-cost

6    beneficial use, to use an analogy.

7    So we have looked at some and you

8    will see in the report that right

9    now using the dredging methodology

10   that we currently estimate, it is

11   not a least-cost alternative taking

12   material there.

13        But we are going to continue to

14   evaluate that and hopefully come up

15   with a least-cost alternative to be

16   able to try and do something.

17   That's definitely one of the things

18   we will continue to evaluate.  So

19   appreciate your thoughts.

20        MR. F. LÓPEZ:  All right.

21        MS. CALVENTE:  Any other

22   comments?  Questions?  Concerns?

23   Next person?

24        MR. BAUZÁ:  Good morning, thank

25   you for the presentation.  I am



1   going to try to do my best with the

2   English, so please stop me if you

3   don't get the message.

4        I am Dr. Jorge Bauzá, the

5   scientist for the San Juan Bay

6   Study, and I am going to talk on

7   behalf of the San Juan Bay Study.

8        I am going to be echoing the

9   words of Félix about using the

10  beneficial use of dredge material

11  and note that that is a big

12  challenge over there.  But the

13  San Juan Bay Study is more than

14  willing to talk about alternatives.

15       And, also, I have a concern

16  regarding the ocean disposal site,

17  and it is the transportation of

18  sediment to the site.  I would like

19  to -- that you have a monitor

20  system to see that you don't have

21  spilling of sediment material

22  during the transportation from the

23  dredge area to the ocean disposal

24  site.  There are many sensitive

25  benthic communities in the way, so



1    I want to present that you monitor

2    that, that component of the system.

3         MR. POWELL:  Thank you so much.

4         MS. CALVENTE:  Any comments?

5         MR. POWELL:  Not unless

6    engineering has a thought there

7    about transportation of material

8    offshore.

9         You are right, that is a

10   concern, and we need to try to do

11   the best we can as far as

12   monitoring the barges that go

13   offshore.  And, you know, we

14   understand your concern about it.

15        MR. CONGER:  Just real quick,

16   we have in recent years instituted

17   something called a dredge quality

18   management program, and basically

19   what it is -- it was originally

20   called Silent Inspector because

21   that's kind of really what it is.

22        It is instrumentation that is

23   placed on board the scow to monitor

24   whether there are any open doors,

25   any draft loss, and -- basically

```
 1   trying to make sure that there is

 2   no change in condition from that

 3   scow from the time it leaves the

 4   dredge to the time that it deposits

 5   material in the OMBS.

 6        And if there is an exorbitant

 7   amount of draft loss, we will take

 8   that scow out of service and have

 9   it looked at to try to determine

10   what's going on with that one and

11   not put it back in service until it

12   is --

13        MR. BAUZÁ:  Thank you.

14        THE REPORTER:  And your name

15   was, sir?

16        MR. CONGER:  Steve Conger,

17   C-o-n-g-e-r.

18        MS. CALVENTE:  Another

19   question, comment or concern?

20        Anyone else?

21        MR. ELSTROM:  Captain Jacob

22   Elstrom, San Juan Pilots.

23        Am I to understand that the

24   area between Buoys 7, 9 and Puerto

25   Nuevo 1 are not going to be -- they
```



```
 1   are going to remain in the same

 2   area, that they are not going to be

 3   shaved off or changed?  Or what's

 4   the plan there?

 5       MR. POWELL:  Yeah.  And I am

 6   going to kind of defer to Steve

 7   Conger again here.  But I will

 8   start off.  I know you are

 9   referring to a structural measure,

10   and let's see if we can get back

11   maybe to one of the slides here

12   that kind of shows that area there.

13   But he is talking about Buoys 5, 7

14   and 9.

15       MR. ELSTROM:  Bottom left, Army

16   Terminal Turning Basin.

17       MS. CALVENTE:  Army Terminal.

18       MR. CONGER:  Oh, you are not

19   talking about the interchange?

20       MR. ELSTROM:  Yeah.  No, the

21   transition from the turning basin

22   to Puerto Nuevo Channel.

23       MR. CONGER:  That's correct.

24       MR. ELSTROM:  We had at length

25   discussed shaving that, even though
```



1    there is a shoal there and possible

2    mitigation issues, but that's an

3    issue.  What is the plan?

4         MR. CONGER:  Okay.  So --

5         MR. ELSTROM:  Is it going to

6    stay the same?

7         MR. CONGER:  Yes, for the most

8    part, that is anticipated to stay

9    the same.  That was predicated on

10   the location of the LNG vessel at

11   berth.  We have a couple of

12   different scenarios where we have

13   that vessel slid further to the

14   northeast along Puerto Nuevo, in

15   which case we would to have had

16   implemented the additional widening

17   measures that you are referring to

18   in the relative shoal location

19   there.

20        However, since then we have

21   been working with PREPA to

22   determine where that vessel would

23   be actually berthed, and since they

24   have slid it back over to the west,

25   there are no additional widening

```
 1   measures anticipated at this time.

 2        MR. ELSTROM:  And what is the

 3   safety zone considered now?

 4        MR. CONGER:  Well, there is 150

 5   feet from the Coast Guard.  I will

 6   let the Coast Guard respond, but it

 7   is a 150-foot buffer around the

 8   vessel at berth.  I think it's the

 9   same while it's in transit or --

10        MR. POWELL:  It is 300 in

11   transit.

12        MR. E. LÓPEZ:  300 in transit.

13        MR. CONGER:  300 in transit,

14   150 at berth.  And the bow of the

15   vessel --

16        MR. ELSTROM:  300 from where?

17        MR. CONGER:  300, I presume,

18   from the extent of the vessel

19   itself.

20        MR. E. LÓPEZ:  From the vessel

21   itself.

22        MR. ELSTROM:  So a ship is

23   coming in, how much on either side

24   do you have between the buoy and

25   the safety zone?
```



 1       MR. E. LÓPEZ:  You have a

 2   radius of 300 that goes with the

 3   vessel around.

 4       MR. CONGER:  We are talking two

 5   different things, so I think you

 6   are talking about the moving

 7   radius.  As the vessel moves

 8   around, the buffer is 300 feet, the

 9   buffer is 150.  What you are asking

10   for are the dimensions of the

11   vessel all the way to the edge of

12   the widener.  I would have to give

13   you detail on that.  I can follow

14   up with an answer on that when I

15   get back to my computer and give

16   you that exact dimension, but I am

17   pretty sure it is probably 400 feet

18   or something like that.

19       MR. ELSTROM:  Okay.  I mean,

20   there is no position where the ship

21   is going to be?

22       MR. CONGER:  Not on here.

23       MR. ELSTROM:  At least on this?

24       MR. CONGER:  Right.  I have

25   other drawings that we can show



1    you.

2         MR. ELSTROM:  Okay.

3         MR. CONGER:  We can talk about

4    it at the poster session.

5         MS. CALVENTE:  Ma'am?

6         MS. SANTIAGO:  Hi, everyone.

7    My name is Ruth Santiago.  I

8    represent community and

9    environmental groups.

10        And I just am wondering whether

11   there is any kind of summary of any

12   of the materials in Spanish and

13   whether that can be disseminated.

14        MR. POWELL:  Well, we have the

15   presentation.

16        MS. CALVENTE:  We have certain

17   aspects in Spanish.  We don't have

18   the whole report in Spanish, but I

19   can provide the presentation.  And,

20   actually, I decided to just go by

21   the script to make sure I am

22   consistent with what I am saying in

23   English and in Spanish.  So I can

24   provide that to you.  I will just

25   need to go to my OC to make sure

1    there is nothing that needs to

2    be -- like needs to be deleted.

3        But based on it right now, I

4    presented and I basically read what

5    I wrote, so I don't think I am

6    going to have any issue.  That will

7    be basically the Spanish

8    information we will provide.

9        MS. SANTIAGO:  Thank you.

10        MS. CALVENTE:  And if you

11    basically fill out a commentary

12    form with your name and address, we

13    will make sure to get it to you.

14        MS. SANTIAGO:  Thank you.

15        MS. CALVENTE:  Anyone else?

16        And, also, just adding, if

17    there is any aspect that you would

18    like to get in Spanish, we do have

19    people, like certain team members

20    that speak both languages, and they

21    have master's degree, both like in

22    Puerto Rico and in the U.S., so we

23    can translate anything as needed.

24        I cannot tell you the whole

25    report, because we are talking

```
 1   about how many inches right now?
 2        MR. POWELL:  Like this
 3   (indicating).
 4        MS. CALVENTE:  So not the
 5   complete report, but I think for
 6   information to the community, they
 7   don't need like the economic
 8   analysis.  They are looking more
 9   for impact, like what's the impact
10   to the community so we can
11   determine any information that can
12   be translated.
13        Anyone else?  Anything?
14        Okay.  We need to take just a
15   five-minute break because we need
16   to change presentations, but please
17   do not forget the Coast Guard needs
18   to do their part.  But it is just
19   five minutes.  Go to the bathroom,
20   have some water, and then we can
21   get switched.
22        (A recess transpires.)
23        MR. E. LÓPEZ:  Good morning,
24   everybody.  Efraín López from U.S.
25   Coast Guard Waterways Management
```

Olender Legal Solutions        888.445.3376        www.olenderlegal.com
A Global Litigation Solutions Company        561.822.4626        Worldwide Coverage
                                                            USACE_002494

 1   Division.  We are here to talk

 2   about the San Juan Harbor

 3   Anchorage F expansion.  I missed

 4   that.  Sorry about that.

 5        All right.  So we have two

 6   types of anchorage regulations that

 7   we have in the San Juan Harbor.

 8   Special anchorage, which is the one

 9   designated as a special area.  It

10   is exempting vessels from less than

11   65 feet, federal requirements of

12   exhibiting anchor lights, and

13   sounding signals while anchored in

14   its designated anchorage area.

15        Concerning state or local

16   regulations within these areas has

17   been longstanding practice which

18   the U.S. Coast Guard has encouraged

19   and one the courts have upheld.  So

20   one of those that we have over here

21   is explosive anchorage, and we have

22   the regular anchorage.  So echo and

23   foxtrot.

24        And we have the regular

25   anchorage grounds, which is the --



1    a general anchorage is an area not

2    designated specifically for

3    anchoring for special purposes,

4    such as quarantine, lightering or

5    transporting explosives.  So

6    everything else that's not those

7    three, those anchorage can be used

8    for.

9         So those are the ones we have

10   here in San Juan.  We have echo and

11   foxtrot.  The one that we are doing

12   the change for, the expansion that

13   we are asking for is the

14   restructuring anchorage foxtrot,

15   which is the one that serves as an

16   additional general anchorage area

17   in cases of where temporary

18   anchorage is full, and as an

19   explosives anchorage, which is the

20   special anchorage as well.

21        Next slide.

22        So here is the expansion.  Took

23   a little piece of your presentation.

24        So the expansion is going to be

25   in this area towards the bottom of



1    the channel.  This area right here.

2         So for that to be possible --

3    next slide -- we will have a

4    regulatory process.  We will

5    commence by doing a notice of full

6    rule making, which is a regulation,

7    an announcement of the analysis of

8    what's the changes of the expansion

9    of the anchorage foxtrot.  That

10   will have the positions.  It will

11   have the dimensions.  It will have

12   all the details of what changes are

13   we proposing to make.

14        It will be published in the

15   Federal Register, that would be

16   federalregister.gov.

17        We will conduct at least one

18   public meeting, like in this forum

19   or -- like this forum.

20        So I expect to conduct two

21   public meetings, because the

22   anchorage itself for us, this is --

23   the anchorage in San Juan is the

24   most important in the area of

25   responsibility that we have.



```
 1          And, actually, the anchorages

 2     don't get approved by the captain

 3     of the port.  They get approved by

 4     the admiral from District 7.  So it

 5     is a higher authority.

 6          We will give a 30-to-45-day

 7     comment period because of the --

 8     depending on what the public wants.

 9     And once we receive the public

10     comments via email, regular mail,

11     federalregister.gov, which we will

12     have all the information there with

13     the docket number, or in person, we

14     will address those comments with

15     the public.  We will discuss what

16     are the benefits of those -- of

17     implementing those comments -- or

18     those changes into the regulation.

19          After that, we will have -- we

20     will implement the final rule,

21     which will -- well, it is the final

22     rule for the anchorage that will

23     determine the changes, and the

24     changes will be implemented.  And

25     then we will be publishing in the
```

```
 1    Federal Register.
 2         But in that process, we will
 3    have -- we will need environmental
 4    information as well, which is being
 5    provided by the U.S. Army Corps of
 6    Engineers with their environmental
 7    assessment, so we will piggyback
 8    from that information, the
 9    environmental information, and we
10    will include it in our report as
11    well.
12         Next slide.  And that's it.
13         Do you have any questions?
14    Concerns?
15         It looks simple.  The process is
16    not simple.  But the regulation
17    itself will have all the information
18    you need to determine -- to give to
19    determine all the -- it will provide
20    all the changes in the -- for
21    anchorage foxtrot, and it will bring
22    out questions from you guys to us.
23         But the process, it takes
24    approximately 120 days, just for
25    the process itself, for the
```

Olender Legal Solutions
A Global Litigation Solutions Company

888.445.3376
561.822.4626

www.olenderlegal.com
Worldwide Coverage
USACE_002499

1    regulatory process.

2         So any questions?  Concerns?

3         MR. F. LÓPEZ:  Félix López with

4    the Fish and Wildlife Service

5    again.  Just a couple of questions.

6         The Coast Guard will piggyback

7    on the Corps of Engineers' dredging

8    projects, since they are going to

9    have the dredge down here.  So U.S.

10   Coast Guard will provide funding to

11   the Corps?  Or how is that going to

12   work?  Because if I am writing a

13   card to you, I guess I would keep

14   this in the Coordination Act Report

15   as something that may happen, but,

16   you know, depending on funding or

17   something like that.  I don't want

18   to pull it out and then have to

19   come back later and put it back in.

20        MR. POWELL:  Yeah, that's

21   something that would have to be

22   worked out between the Coast Guard

23   and the Corps.  And I don't know if

24   it is going to be a memorandum of

25   understanding or what the legal

Olender Legal Solutions
A Global Litigation Solutions Company

888.445.3376
561.822.4626

www.olenderlegal.com
Worldwide Coverage
USACE_002500

```
 1    document would be, but we would

 2    probably have -- let's let Brenda

 3    address that.  She can probably

 4    answer that better than I can.

 5         MS. CALVENTE:  We basically

 6    would go through the same process

 7    that we have to go through with the

 8    Port Authority.  We sign an

 9    agreement with the U.S. Coast

10    Guard.  But right now we have been

11    partnering, coordinating

12    everything.  The Coast Guard has

13    been very valuable support for us

14    during this --

15         MR. POWELL:  There are official

16    signed-in cooperating agencies.

17         MR. F. LÓPEZ:  All right.

18         MS. CALVENTE:  It has been

19    great working with the Coast Guard,

20    so our plan is to continue going

21    through the process together,

22    environmental and permits as much

23    as we can.

24         We understand that the funding

25    process is different from our
```



```
 1    funding process, but our plan is to

 2    continue supporting each other.

 3    And there will be a moment when

 4    they get the authorization they can

 5    sign with us, they will sign.  And

 6    hopefully it will be at the same

 7    time we are ready to go into

 8    construction.  And that basically

 9    would be the coordination we have

10    to do with the Coast Guard.

11         If for any reason that doesn't

12    happen, the plan that we have in

13    mind, then --

14         MR. E. LÓPEZ:  The Coast Guard

15    will handle it definitely.

16         MS. CALVENTE:  -- we will

17    handle it at that moment.

18         MR. E. LÓPEZ:  And District 7,

19    in reality, is the one that will be

20    working with the Jacksonville

21    office, because the admiral, that's

22    his office.  That's where the

23    funding will come from.  It is not

24    from sector San Juan itself,

25    because he is the one that approves
```



```
 1   anchorages.
 2        MR. F. LÓPEZ:  So then
 3   archaeological and everything, the
 4   Corps already has that.
 5   Mitigation, though, would be on the
 6   Coast Guard's dime.
 7        MR. E. LÓPEZ:  Correct.
 8        MR. F. LÓPEZ:  So you have to
 9   fold that into your cost analysis
10   again, because that area has never
11   been dredged, so that area is one
12   of the few areas that still has
13   remnant marine habitats that
14   haven't been impacted by previous
15   dredging activities.
16        So unlike some of the Corps of
17   Engineers, you know, deepening,
18   hence, that's already -- that's
19   been impacted before.  So the Coast
20   Guard will have to look at
21   environmental, you know, mitigation
22   a little bit more seriously than
23   what the Corps of Engineers has to
24   look at for some parts of their
25   dredging project.
```



1        MS. CALVENTE:  And we will.

2        MR. E. LÓPEZ:  And we will

3    piggyback from the information we

4    have from the Corps, but we will

5    have to do studies as well.

6        MR. POWELL:  Thank you so much.

7        MR. E. LÓPEZ:  And then my next

8    slide is my information.  If you

9    have any questions or concerns,

10   there is my two numbers and my

11   email.  Fax is still there.  I

12   don't use it that much.  But that's

13   my information, so please call me

14   if you have any questions or

15   concerns.

16       MS. SANTIAGO:  Ruth Santiago

17   again.

18       So can you tell us what area --

19   the specific area you're talking

20   about and what specific things you

21   are proposing or will be proposing

22   within that proposed rule making,

23   can that also be available in

24   Spanish?  And do you know offhand

25   if it impacts the local communities

```
 1   in addition to, you know, the

 2   environmental things that you --

 3       MR. E. LÓPEZ:  That will be all

 4   addressed in the proposal we are

 5   making.  I will make the effort to

 6   do it in Spanish, because this is

 7   the first time I have done it in

 8   Spanish, a notice of rule making,

 9   but I will do my best and talk to

10   District 7 to see if the lawyers

11   can have a review at it before it

12   comes out.

13       But that's all -- all those

14   concerns are going to be addressed

15   in there.  It addresses the

16   economic impact, business/economic

17   impact.  It addresses the tribal.

18   It addresses a lot of stuff that,

19   obviously, I don't have right now,

20   but I will provide you a copy of

21   the notice of rule making once it

22   is ready.  It is in the works.  So

23   I will have a copy of that for you,

24   and the rest of the economic

25   output, and the Federal Register as
```



1    well.

2         MS. SANTIAGO:  When do you

3    anticipate that?

4         MR. E. LÓPEZ:  I would like to

5    have it in 30 days, but it is

6    getting decided by the admiral, so

7    the process is a little bit longer.

8    If it was for the captain of the

9    port, I could walk into the

10   captain's office and get it signed

11   in 30 days.

12        Now, it all depends on -- you

13   know, on District 7, in reality.

14   So I can't tell you -- 30 to

15   90 days?  That would be a ballpark.

16        MS. SANTIAGO:  Okay.

17        MR. E. LÓPEZ:  Any more

18   questions?  Pilots?  Anything?

19        You will have a chance to --

20   once the regulation comes out with

21   all the details of the dimensions

22   and what have you, what's being

23   impacted, all the information

24   there, you will have a chance of 30

25   to 45 days to comment on that

```
 1    information.  This is a preview of
 2    what's going to be done.  I just
 3    wanted to give a heads-up now that
 4    we are here in this meeting.  Okay.
 5         MR. POWELL:  Thank you, Efraín.
 6    Appreciate it.
 7         MR. E. LÓPEZ:  Sorry it was so
 8    short, straight to the point.
 9         MS. CALVENTE:  Basically we now
10    are going to have like an open
11    section, so if you want to have an
12    additional opportunity with the
13    technical team, we have the full
14    posters so you can make more
15    questions.  But you can have the
16    opportunity to take one of the
17    forms outside and write down your
18    comments, give it to us, or you can
19    take it with you and submit it by
20    mail or email.  It is up to you.
21    Thank you.
22         (The proceeding concluded
23         at 11:27 a.m.)
24
25
```

```
 1                REPORTER'S CERTIFICATE

 2

 3        I, DEREK L. HOAGLAND, Certified Shorthand

 4    Reporter #13445, State of California, do hereby

 5    certify that the foregoing is a true and correct

 6    transcript of the proceedings had in the

 7    within-entitled cause on the date hereinbefore set

 8    forth; and I do further certify that the foregoing

 9    transcript has been prepared under my direction.

10

11

12

13         _____
                 DEREK L. HOAGLAND
14

15

16

17

18

19

20

21

22

23

24

25
```



**From:** Powell, Richard B Jr CIV USARMY CESAJ (US)
**To:** rstgo2@gmail.com
**Cc:** DeMarco, Paul M CIV USARMY CESAJ (US); Mitchell, Ricki L CIV (US)
**Subject:** FW: Requested Letters (UNCLASSIFIED)
**Date:** Monday, August 14, 2017 4:23:11 PM
**Attachments:** - SJH-NOA&MEETING_INVITATION_wMAPS_SignedEnglish.pdf
                  - SJH-NOA&MEETING_INVITATION_wMAPS_SignedSpanish.pdf

Ms. Santiago,

The attached letters provide the link to the notice of availability of the integrated draft report and environmental assessment for the San Juan Harbor Improvement Study listed below.  Note the comment period began on August 8, 2017 and ends on September 7, 2017.  Paste the following link into your browser.

http://www.saj.usace.army.mil/About/DivisionsOffices/Planning/EnvironmentalBranch/EnvironmentalDocuments/

Under the "Environmental Documents (not by county)" heading select "Puerto Rico".

Under County/Project scroll down to "San Juan Harbor Navigation Project"

Select Executive Summary and Draft Report for integrated Environmental Assessment.

Select Appendices F1 through L to view additional environmental documentation.

We sent the attached letters to the following address.

Ruth Santiago, J.D., L.L.M.
P.O. Box 518
Salinas, PR 00751

Thank you for your interest.

Richard B. Powell
U.S. Army Corps of Engineers CESAJ-PD-PN

Richard.B.Powell@usace.army.mil
Phone: 904-232-1694
Fax: 904-232-3442


-----Original Message-----
From: Mitchell, Ricki L CIV (US)
Sent: Monday, August 14, 2017 3:17 PM
To: Powell, Richard B Jr CIV USARMY CESAJ (US) <Richard.B.Powell@usace.army.mil>
Cc: DeMarco, Paul M CIV USARMY CESAJ (US) <Paul.M.DeMarco@usace.army.mil>
Subject: Requested Letters (UNCLASSIFIED)

CLASSIFICATION: UNCLASSIFIED

Attached are the letters you requested....

The address corresponding with the letters sent to Ruth Santiago, J.D., L.L.M. is as follows:

Ruth Santiago, J.D., L.L.M.
P.O. Box 518
Salinas, PR 00751

USACE_002514

Please let me know if there is anything else I can help you with.

Thank you,

Ricki Mitchell
Student Trainee
Ext: 2081

CLASSIFICATION: UNCLASSIFIED



**DEPARTMENT OF THE ARMY**
JACKSONVILLE DISTRICT CORPS OF ENGINEERS
701 San Marco Boulevard
JACKSONVILLE, FLORIDA 32207-8175

REPLY TO
ATTENTION OF

Planning and Policy Division
Environmental Branch

AUG 08 2017

To Whom It May Concern:

This office has prepared a Draft Feasibility Study and Environmental Assessment concerning navigational improvements to San Juan Harbor in San Juan, Puerto Rico. The Tentatively Selected Plan consists of deepening Cut-6 to 46 feet, widening the Army Terminal Channel by 100 feet and deepen Anegado and Army Terminal Channels and the Army Terminal Turning Basin to 44-feet (see enclosed figure). Lesser increments of widening and deepening were also evaluated. In addition, the San Antonio Channel would be deepened to 36-feet. The dredged material is expected to be suitable for placement in the Ocean Dredged Material Disposal Site located a few miles from the harbor entrance. Some material may be suitable for placement in dredged holes and for other beneficial purposes.

Pursuant to the National Environmental Policy Act and U.S. Army Corps of Engineers Regulation (ER 200-2-2), this letter constitutes the Notice of Availability of the enclosed Draft Finding of No Significant Impact. This letter (along with its enclosures and referenced documents) also follows the public notice requirement of Section 404(a) of the Clean Water Act. Evaluation of the impact of the proposed action on the public interest includes application of the guidelines promulgated by the Administrator, U.S. Environmental Protection Agency, pursuant to Section 404(b) of the Clean Water Act (40 CFR part 230). Any person may request, in writing, within the comment period specified herein, that a public hearing be held to consider the proposed action (which involves the placement of dredged or fill material into wetlands or other waters of the United States). Requests for a public hearing shall state, with particularity, the reasons for holding a public hearing.

The comment period ends 30 days from the date of this notice. Questions and comments concerning this letter should be directed to Paul DeMarco, Environmental Branch, at the letterhead address, 904-232-1897, or fax 904-232-3442. A copy of the Environmental Assessment, high resolution drawings, and other information is available on our Environmental Documents web page <http://www.saj.usace.army.mil/About/Divisions-Offices/Planning/Environmental-Branch/Environmental-Documents/>.

-2-

A public meeting to present the Tentatively Selected Plan will be held on August 22, 2017, in the Puerto Rico Convention Center, 100 Convention Boulevard, San Juan, Puerto Rico at 9:00 am.  Additional information is available on our Environmental Documents Web Page at <http://www.saj.usace.army.mil/About/Divisions-Offices/Planning/Environmental-Branch/Environmental-Documents/>.

If you have any questions, contact Mr. Paul DeMarco at 904 232-1897 or at paul.m.demarco@usace.army.mil.

Sincerely,

Gina Paduano Ralph, Ph.D.
Chief, Environmental Branch

Enclosure

Case 1:22-cv-02430-CJN   Document 38-4   Filed 03/06/23   Page 226 of 285



**MAXIMUM PROPOSED WIDENING**

- Widen Army Terminal Channel from 350' to 450'

**MAXIMUM PROPOSED DEEPENING (counterclockwise)**

- Cut 6 to 46'
- Anegado Channel to 44'
- Army Terminal Channel to 44'
- Army Terminal Turning Basin to 44'
- San Antonio Channel to 36'
- Cruise Ship Basin East to 36'

**CONSTRUCTION**

- Mechanical clamshell dredge with bottom-dump barge transport to offshore Ocean Dredged Material Disposal Site (ODMDS)
- ~ 2.1M cubic yards of material

USACE_002518



**DEPARTMENT OF THE ARMY**
JACKSONVILLE DISTRICT CORPS OF ENGINEERS
701 San Marco Boulevard
JACKSONVILLE, FLORIDA 32207-8175

REPLY TO
ATTENTION OF

Planning and Policy Division
Environmental Branch
                                                              AUG 08 2017

To Whom It May Concern:

   This office has prepared a Draft Feasibility Study and Environmental Assessment concerning navigational improvements to San Juan Harbor in San Juan, Puerto Rico. The Tentatively Selected Plan consists of deepening Cut-6 to 46 feet, widening the Army Terminal Channel by 100 feet and deepen Anegado and Army Terminal Channels and the Army Terminal Turning Basin to 44-feet (see enclosed figure). Lesser increments of widening and deepening were also evaluated. In addition, the San Antonio Channel would be deepened to 36-feet. The dredged material is expected to be suitable for placement in the Ocean Dredged Material Disposal Site located a few miles from the harbor entrance. Some material may be suitable for placement in dredged holes and for other beneficial purposes.

   Pursuant to the National Environmental Policy Act and U.S. Army Corps of Engineers Regulation (ER 200-2-2), this letter constitutes the Notice of Availability of the enclosed Draft Finding of No Significant Impact. This letter (along with its enclosures and referenced documents) also follows the public notice requirement of Section 404(a) of the Clean Water Act. Evaluation of the impact of the proposed action on the public interest includes application of the guidelines promulgated by the Administrator, U.S. Environmental Protection Agency, pursuant to Section 404(b) of the Clean Water Act (40 CFR part 230). Any person may request, in writing, within the comment period specified herein, that a public hearing be held to consider the proposed action (which involves the placement of dredged or fill material into wetlands or other waters of the United States). Requests for a public hearing shall state, with particularity, the reasons for holding a public hearing.

   The comment period ends 30 days from the date of this notice. Questions and comments concerning this letter should be directed to Paul DeMarco, Environmental Branch, at the letterhead address, 904-232-1897, or fax 904-232-3442. A copy of the Environmental Assessment, high resolution drawings, and other information is available on our Environmental Documents web page <http://www.saj.usace.army.mil/About/Divisions-Offices/Planning/Environmental-Branch/Environmental-Documents/>.

-2-

A public meeting to present the Tentatively Selected Plan will be held on August 22, 2017, in the Puerto Rico Convention Center, 100 Convention Boulevard, San Juan, Puerto Rico at 9:00 am.  Additional information is available on our Environmental Documents Web Page at <http://www.saj.usace.army.mil/About/Divisions-Offices/Planning/Environmental-Branch/Environmental-Documents/>.

If you have any questions, contact Mr. Paul DeMarco at 904 232-1897 or at paul.m.demarco@usace.army.mil.

Sincerely,

Gina Paduano Ralph, Ph.D.
Chief, Environmental Branch

Enclosure

| From: | DeMarco, Paul M CIV USARMY CESAJ (US) |
|---|---|
| To: | Rivera, Marelisa |
| Cc: | Edwin Muniz; Spinning, Jason J CIV USARMY CESAJ (US); Ralph, Gina P CIV USARMY CESAJ (US); Powell, Richard B Jr CIV USARMY CESAJ (US); Scerno, Deborah H CIV USARMY CESAD (US) |
| Subject: | San Juan Harbor Improvements Biological Assessment |
| Date: | Tuesday, August 1, 2017 3:40:49 PM |
| Attachments: | Appendix_F2-USFWS_Biological_Assessment.pdf |

Good afternoon Marelisa, attached please find our biological assessment and cover letter for the San Juan Harbor Improvements project. The hardcopy will be sent via FedEx today.  Please let me know if you have any questions.

Paul DeMarco
Biologist
Corps of Engineers - SAD
Jacksonville District
Planning and Policy Division
701 San Marco Blvd - P.O. Box 4970
Jacksonville, FL 32232
904-232-1897 (phone)
904-232-3442 (fax)
Paul.M.DeMarco@usace.army.mil



**DEPARTMENT OF THE ARMY**
JACKSONVILLE DISTRICT CORPS OF ENGINEERS
701 San Marco Boulevard
JACKSONVILLE, FLORIDA 32207-8175

AUG 0 1 2017

Planning and Policy Division

Mr. Edwin E. Muñiz
U.S. Fish and Wildlife Service
Post Office Box 491
Boquerón, Puerto Rico 00622-0491

Dear Mr. Muñiz:

The U.S. Army Corps of Engineers, Jacksonville District (Corps), proposes to widen, deepen and maintain the San Juan Harbor Federal navigation project. This project is currently being evaluated in a Draft Feasibility Study and Environmental Assessment. Completion of the dredging project may employ a hopper dredge, clamshell dredge, or cutterhead dredge. The dredging will remove approximately 2.1 million cubic yards of material. The Tentatively Selected Plan consists of deepening Entrance Channel Cut-6 to 46 feet, widening the Army Terminal Channel by 100 feet and deepening Anegado and Army Terminal Channels and the Army Terminal Turning Basin to 44-feet. Lesser increments of widening and deepening were also evaluated. In addition, the San Antonio Channel would be deepened to 36-feet. The dredged material is expected to be suitable for placement in the Ocean Dredged Material Disposal Site but some material may be suitable for placement in dredged holes and for other beneficial purposes.

Listed species or designated critical habitat within the action area under the jurisdiction of the U.S. Fish and Wildlife Service (USFWS) includes the endangered Antillean manatee.

Enclosed please find the Corps' biological assessment of the effects of the proposed project on listed species under USFWS purview in the action area. We request initiation of informal consultation under section 7 of the Endangered Species Act of 1973, as amended, concerning potential effects of the proposed activities on the Antillean manatee.

After reviewing the status of the species in the action area and the special conditions placed in our specifications, the Corps determines that the widening and deepening of the San Juan Harbor may affect, but is not likely to adversely affect, the

USACE_002539

-2-

Antillean manatee.  The Corps requests written concurrence of our determination within 60 days of the date of this letter.

   If you have any questions, please contact Mr. Paul DeMarco at 904-232-1897 or by email at Paul.M.DeMarco@usace.army.mil.

                              Sincerely,

                              Gina Paduano Ralph
                              Chief, Environmental Branch

Enclosure

**ENDANGERED SPECIES ACT
BIOLOGICAL ASSESSMENT
SAN JUAN HARBOR, PUERTO RICO
EXPANSION AND MAINTENANCE DREDGING**


**PREPARED FOR THE U.S. FISH AND WILDLIFE SERVICE**



**US Army Corps
of Engineers ®**
Jacksonville District

**JULY 2017**

USACE_002541

# Table of Contents

1    BACKGROUND/HISTORY ..................................................................................................... 3

   1.1    PROJECT AUTHORITY ............................................................................................................4

     *A list of authorizations and authorizing documents for San Juan Harbor is provided below.*...........................4

2    DESCRIPTION OF PROPOSED ACTION & ACTION AREA ................................................... 5

   2.1    DREDGING TECHNIQUES ......................................................................................................7

     2.1.1    *Hopper Dredge* .............................................................................................................7

     2.1.2    *Pipeline and Cutter Suction Dredge* .................................................................................10

     2.1.3    *Clamshell Dredges*........................................................................................................11

     2.1.4    *Backhoe Marine Excavator* ..........................................................................................12

3    LISTED SPECIES & CRITICAL HABITAT IN THE ACTION AREA ....................................... 13

4    ENVIRONMENTAL BASELINE CONDITIONS .................................................................... 13

   4.1    ANTILLEAN MANATEE .......................................................................................................13

5    EFFECTS OF THE ACTION .............................................................................................. 14

   5.1    WEST INDIAN MANATEE ....................................................................................................14

     5.1.1    *Effects of Dredging and Disposal* ..................................................................................14

6    ENVIRONMENTAL COMMITMENTS ................................................................................ 15

7    CONCLUSIONS .............................................................................................................. 16

8    REFERENCES ................................................................................................................. 17

i

## List of Figures

Figure 1: Map showing the proposed improvements to the San Juan Harbor Federal Project. ..........................................6

Figure 2: Hopper Dredge and Turtle Deflecting Draghead Schematics. ...........................................................................9

Figure 3: Cutterhead Pipeline Dredge Schematics and Representative Close-up Photographs. ......................................11

Figure 4: Mechanical Dredging with Clamshell. ...........................................................................................................12

USACE_002543

# 1   BACKGROUND/HISTORY

The purpose of this Biological Assessment (BA) is to address the potential effects of the construction and operations and maintenance (O&M) dredging of the San Juan Harbor Federal navigation project on species listed as threatened or endangered under the Endangered Species Act (ESA) of 1973, as amended and their designated critical habitat.   The U.S. Army Corps of Engineers, Jacksonville District (Corps) is seeking authorization for the expansion of the Federal project, however, O&M of the existing federal navigation channel is was authorized by Section 301 of WRDA of 1996.

The project includes construction and maintenance dredging with material placement in the ocean dredged material disposal site (ODMDS).  Some of the construction material may be suitable for placement in dredged holes and for other beneficial purposes.  Because of the nature of the project, it has the potential to affect the following ESA-listed species under the purview of the U.S. Fish and Wildlife Service (USFWS): Antillean manatee (*Trichechus manatus manatus*).

Currently there are navigational constraints within the existing channel and harbor, which cause loading inefficiencies, in-port delays and increased maneuvering times.  For example, existing cargo shippers experience increased operation costs due to light loading, vessel size limitations, and congestion delays. The Puerto Rico Electric Power Authority (PREPA) experiences increased power generation costs in northern power plants due to inability to reliably bring Liquefied Natural Gas (LNG) by ship to its proposed San Juan Harbor terminal given the world fleet of available LNG tankers.  Existing cruise vessel operators experience increased in-port maneuvering costs due to channel and turning basin width and depth constraints.  Existing Liquefied Petroleum Gas (LPG) importers on the island of Puerto Rico experience increased operating costs due to transporting LPG to San Juan from the southern coast by truck rather than by ship direct to San Juan Harbor.

Therefore, petroleum tankers and LNG tankers transiting the Army Terminal Channel and cruise vessels utilizing the cruise docks north of the San Antonio Approach Channel are the main sources of project benefits (See Figure 1). Measures considered in the Draft Feasibility Study and Environmental Assessment allow larger tanker and LNG vessels to call San Juan Harbor, allow these larger vessels to use San Juan Harbor more efficiently through increased vessel loading, allow existing medium ranger (MR) tanker vessels to use San Juan Harbor more efficiently through increased vessel loading, reduce cruise vessel transit times within the port, and allow use of waterway transportation of LPG direct to San Juan rather than trucking of the product from the island's southern coast.

3

## 1.1   Project Authority

**A list of authorizations and authorizing documents for San Juan Harbor is provided below.**

| ACTS | WORK AUTHORIZED | DOCUMENTS |
|---|---|---|
| 8 Aug 1917 | Anchorage (inner harbor) area of 206 acres and San Antonio Channel to 30-foot. | House Document 865/63/2 |
| 22 Sep 1922 | Substitution of a 68-acre area 30 feet deep, along south-easterly side of anchorage area, for one 25 acres in extent and of same depth extending easterly from eastern end of the San Antonio project channel. | Specified in Act |
| 3 Jul 1930 | Modified conditions of local cooperation. | House Document 45/71/2 |
| 30 Aug 1935 | Entrance channel across outer bar 38 feet deep and 800 feet wide, and thence across bay to Harbors anchorage area (Anegado Reach Channel) 30 feet deep and 700 feet wide and increasing anchorage area to 239 acres to a 30-foot depth. | Rivers & Harbors Comm. Doc. 38/74/1 |
| 26 Aug 1937 | Widening Anegado Reach Channel and increasing anchorage area to 329 acres. | Rivers & Harbors Comm. Doc. 42/75/1 |
| 17 Oct 1940 | Removal to 8-foot depth of Anegado, Largo, and Capitanejo Shoals, and dredging to a 30-foot depth the entrance channel and turning basin to the Graving Dock. | House Document 364/76/1 |
| 2 Mar 1945 | Maintenance of the 30-foot depth entrance channel and turning basin to the Army Terminal. | Specified in Act |
| 3 Jul 1958 | Deepening portions of the entrance, the approach channels, and basins to Army Terminal and San Antonio Pier area to 35-45 feet; new 32-foot depth Puerto Nuevo Channel; and new 36-foot depth anchorage. | House Document 38/85/1 |
| 17 Nov 1986 | Centerline shifted 350 feet west and Bar Channel deepened to 48 feet over maximum width of 800 feet; deepened Anegado Channel to 46, 43, and 40 feet from the Bar Channel over a bottom width of 800 feet; deepen Army Terminal and Puerto Nuevo Channels to 40 feet and widen to 450 feet; Deepen Graving Dock Channel to 36 feet and widen to 450 feet; extend San Antonio Channel 1500 feet and deepen to 36 feet over minimum width of 500 feet; deepen Cruise Ship Basin to 36 feet; provide Sabana Approach Channel with depth of 32 feet over width of 250 feet; deepen Anchorage Area E to 38 feet and | Public Law 99-662 |

4

| ACTS | WORK AUTHORIZED | DOCUMENTS |
|---|---|---|
|  | provide six mooring dolphins; provide 22 acres of shallow bay bottom for mitigation. |  |

In addition, the Corps initiated the feasibility study at the request of the Puerto Rico Ports Authority (PRPA), the project's non-Federal Sponsor (NFS), under the authorization provided by House Report 109-738 - 109th Congress (2005-2006) December 29, 2006, As Reported by the Transportation and Infrastructure Committee documents the resolution approving the navigation study.

*"WATER RESOURCES SURVEY RESOLUTIONS APPROVED BY THE COMMITTEE ON TRANSPORTATION AND INFRASTRUCTURE Mr. Fortuno: San Juan Harbor, PR, Docket number: 2764, Date filed: February 23, 2006 (navigation project). September 20, 2006. Resolution adopted by the Committee on Transportation and Infrastructure."*

## 2   DESCRIPTION OF PROPOSED ACTION & ACTION AREA

San Juan Harbor is located on the north coast of Puerto Rico and is the island's principal port (Figure 1). The majority of the commonwealth's waterborne cargo and cruise ships pass through the harbor, handling more than 60 percent of the Commonwealth's non-petroleum waterborne commerce. San Juan Harbor provides the only natural harbor offering all-weather protection to shipping along the entire north coast of Puerto Rico.

This BA addresses the potential environmental effects on Antillean manatee associated with expansion, maintenance dredging and placement of dredged material either within the ODMDS as well as beneficial placement of materials (Condado lagoon) from the widening and deepening of the San Juan Harbor Federal Navigation Channel. The proposed project consists of deepening Entrance Channel Cut-6 to 46 feet, widening the Army Terminal Channel by 100 feet and deepening Anegado and Army Terminal Channels and the Army Terminal Turning Basin to 44-feet. In addition, the San Antonio Channel would be deepened to 36-feet (Figure 1). The dredging will remove approximately 2.1 million cubic yards of material which is expected to be suitable for placement in the ODMDS. However, some material may be suitable for placement in dredged holes and for other beneficial purposes.

USACE_002546

USACE_002547



Figure 1: Map showing the proposed improvements to the San Juan Harbor Federal Project.

6

## 2.1 *Dredging Techniques*

The Corps does not normally specify the type of dredging equipment to be used due to restrictions associated with the Competition in Contracting Act (10 US Code 2304 and 41 US Code 253). The decision regarding equipment used during construction is generally left to the dredging industry contractors, allowing them to offer the most appropriate and competitive equipment available at the time. Nevertheless, certain types of dredging equipment are considered more appropriate depending on the type of material, the depth of the channel, the depth of access to the disposal or placement site, the amount of material, the distance to the disposal or placement site, the wave-energy environment, etc. A more detailed description of types of dredging equipment and their characteristics can be found in Engineer Manual, EM 1110-2-5025, "Engineering and Design – Dredging and Dredged Material Disposal."

Dredging equipment uses either hydraulic or mechanical means to transport material from the substrate to the surface. Hydraulic dredges use water to pump the dredged material as slurry to the surface and mechanical dredges use a bucket-type device to excavate and raise the material from the channel bottom. The most common hydraulic dredges include cutterhead-suction and hopper dredges; the most common mechanical dredges include clamshells, backhoes, and marine excavator dredges. Public Law 100-329 requires dredges working on U.S. government projects to have U.S. built hulls, which can limit the options for equipment types if a new type of dredge is developed overseas.

Various project elements influence the selection of the dredge type and size. These factors include the type of material to be dredged (rock, clay, sand, silt, or combination); the water depth; the dredge cut thickness, length, and width; the sea or wave conditions; vessel traffic conditions; environmental restrictions; other operating restrictions; and the required completion time. In addition, all of these factors impact dredge production and, as a result, costs. Multiple dredges of the same or different types may be used to expedite work or to accommodate varying conditions within the dredging areas. Finally, regardless of the type of dredge, operations would continue 24 hours per day.

### 2.1.1 Hopper Dredge

The hopper dredge, or trailing suction dredge, is a self-propelled ocean-going vessel with a section of the hull compartmented into one or more hoppers. Fitted with powerful pumps, the dredges suck sediment from the channel bottom through long intake pipes, called drag arms, and store it in the hoppers. Normal hopper dredge configuration has two dragarms, one on each side of the vessel. A dragarm is a pipe suspended over the side of the vessel with a suction opening called a draghead for contact with the bottom (**Figure 2**). Depending on the hopper dredge, a slurry of water and sediment is generated from the plowing of the draghead "teeth," the use of high pressure water jets, and the suction velocity of the pumps. The dredged slurry is distributed within the vessels hopper allowing for solids to settle out and the water portion of the slurry to be discharged from

USACE_002548

the vessel during operations through its overflow system. When the hopper attains a full load, dredging stops and the ship travels to an in-water disposal site, where the dredged material is discharged through the bottom of the ship by splitting the hull.  Some hopper dredges are capable of pumping the material back out of the vessel and through a series of shore-pipe to a designated placement/disposal location.

Hopper dredges are well suited to dredging heavy sands. They can maintain operations safely, effectively, and economically in relatively rough seas and because they are mobile, they can be used in high-traffic areas. They are often used at ocean entrances and offshore, but cannot be used in confined or shallow areas. Hopper dredges can move quickly to disposal sites under their own power (maximum speed unloaded - ≤ 17 knots; maximum loaded - ≤ 16 knots), but since the dredging stops during the transit to and from the disposal area, the operation loses efficiency if the haul distance is too far.  Based on the review of hopper dredge speed data provided by the Corps' Silent Inspector program, the average speed for hopper dredges while dredging is between 1-3 knots, with most dredges never exceeding 4 knots (Jay Rosatti, ERDC; personal communication). Hopper dredges also have several limitations.  Considering their normal operating conditions, hopper dredges cannot dredge continuously.  The precision of hopper dredging is less than other types of dredges; therefore, they have difficulty dredging steep side banks and cannot effectively dredge around structures. Finally, hopper dredges are unable to dredge rock and highly consolidated materials. Therefore, they could not be used to perform the proposed expansion dredging but could be used to perform the proposed maintenance dredging.

8



Figure 2: Hopper dredge and turtle deflecting draghead schematics

9

USACE_002550

### 2.1.2   Pipeline and Cutter Suction Dredge

Pipeline dredges are designed to handle a wide range of materials including clay, hardpan, silts, sands, gravel, and some types of rock formations without blasting.  They are used for new work and maintenance in projects where suitable placement/disposal areas are available and operate in an almost continuous dredging cycle resulting in maximum production, economy, and efficiency. Pipeline dredges are capable of dredging in shallow or deep water and have accurate bottom and side slope cutting capability.  Limitations of pipeline dredges include relative lack of mobility, long mobilization and demobilization, inability to work in high wave action and currents, and are impractical in high traffic areas.

Pipeline dredges are rarely self-propelled and; therefore, must be transported to and from the dredge site.  Pipeline dredge size is based on the inside diameter of the discharge pipe which commonly ranges from 6" to 36."  They require an extensive array of support equipment including pipeline (floating, shore, and submerged), boats (crew, work, survey), barges, and pipe handling equipment.  Most pipeline dredges have a cutterhead on the suction end. A cutterhead is a mechanical device that has rotating teeth to break up or loosen the bottom material so that it can be sucked through the dredge. Some cutterheads are rugged enough to break up rock for removal (**Figure 3**).

During the dredging operation a cutterhead suction dredge is held in position by two spuds at the stern of the dredge, only one of which can be on the bottom while the dredge swings.  There are two swing anchors some distance from either side of the dredge, which are connected by steel cable to the swing winches.  The dredge swings to port and starboard alternately, passing the cutter through the bottom material until the proper depth is achieved.  The dredge advances by "walking" itself forward on the spuds.  This is accomplished by swinging the dredge to the port, using the port spud and appropriate distance, then the starboard spud is dropped and the port spud raised. The dredge is then swung an equal distance to the starboard and the port spud is dropped and the starboard spud raised.

Cutterhead pipeline dredges work best in large areas with deep shoals, where the cutterhead is buried in the bottom.  A cutterhead removes dredged material through an intake pipe and then pushes it out the discharge pipeline directly into the placement site.  Most, but not all, pipeline dredging operations involve upland placement of the dredged material.  Therefore, the discharge end of the pipeline is connected to shore pipe.  When effective pumping distances to the placement site become too long, a booster pump is added to the pipeline to increase the efficiency of the dredging operation.

USACE_002551






Figure 3: Cutterhead pipeline dredge schematic and representative close-up photographs

### 2.1.3   Clamshell Dredges

Clamshell dredges are the most common of the mechanical dredges. Clamshell dredges use a number of different bucket types for mud, gravel, rock, or boulders. The clamshell dredging operation cycle lowers a bucket in the open position to the bottom surface; penetrates the bottom sediments with the weight of the bucket; closes the bucket, and raises the bucket above hopper level, swinging forward to dump the material into the scow; and then the bucket swings back to repeat the entire process. The dredging depth is limited by the length of the wire used to lower the bucket and production depends upon the bucket size, dredging depth, and type of material. Clamshell dredges are able to work in confined areas, can pick up large particles, and are less sensitive to sea (wave) conditions than other dredges. Their capacity, however, is low and they are unable to dig in firm or consolidated materials, such as rock. Therefore, they could not be used to perform the proposed expansion dredging but could be used to perform the proposed maintenance dredging.

11

Clamshell dredges require a tug to move to and from the dredge and disposal locations.  In unconsolidated sediments, the primary environmental impact of clamshell dredges is increased turbidity due to the re-suspension of sediments as the bucket moves through the water column. Operational controls such as a reduction in bucket speed may reduce impacts, as would the use of a closed bucket system.  Silt curtains may be deployed around the dredge if water quality standards cannot be met using operational controls.  The reduction in bucket speed would also reduce potential impacts to swimming animals (sea turtles, manatees, dolphins) which could be in the construction area and possibly be missed by the required observers.  Mechanical dredges require dedicated and qualified marine animal observers during operations to prevent impacts to these species.  In addition, for nighttime dredging lighting must illuminate the water's surface sufficiently for observation of the bucket's entry and exit from the water.  In addition, the dredge lighting must be sufficient for the observers to monitor a 50-foot radius for manatees.



Figure 4: Mechanical Dredging with Clamshell.

### 2.1.4   Backhoe Marine Excavator

A backhoe dredge is a back-acting excavating machine that is usually mounted on pontoons or a barge.  The backhoe digs toward the machine with a bucket penetrating the surface from the top of the cut face.  The operation cycle is similar to the clamshell dredge, as are the factors affecting production.  Backhoe marine excavators have accurate positioning ability and are able to excavate firm or consolidated materials.  However, they are susceptible to swells and have low to moderate production.  Backhoe marine excavators could be used to excavate unconsolidated overburden,

12

USACE_002553

fractured rock, and possibly some unfractured rock.  The dredge requires a tug to move the dredge to and from a location and to move the dredged material scow to and from the disposal location.

Environmental impacts from backhoe marine excavator dredging in unconsolidated sediment are similar to those of a clamshell dredge, as are the operational controls to reduce that impact. Slowing the movement of the bucket through the water is an example of an operational control. Environmental impacts are significantly less for a backhoe marine excavator dredge removing fractured (blasted) rock as the volume of fine-grained sediment is significantly less in fractured rock than unconsolidated sediment and as a result the potential for sediment re-suspension is reduced.  The same operational controls can be applied to fractured rock as to unconsolidated sediment, such as slowing the bucket speed in the water.  Finally, as for clamshell dredges, dedicated and qualified marine animal observers are required during operations to prevent impacts to swimming animals (sea turtles, manatees, dolphins) and the dredge lighting requirements are also the same as discussed above for clamshell dredges.

## 3    LISTED SPECIES & CRITICAL HABITAT IN THE ACTION AREA

Listed species under the purview of the USFWS which may occur in the vicinity of and may be affected by the project include:  the endangered West Indian manatee (*Trichechus manatus*).

## 4    ENVIRONMENTAL BASELINE CONDITIONS

### 4.1    Antillean Manatee

The Antillean manatee (*Trichechus manatus manatus*) is a subspecies of the West Indian manatee (*Trichechus manatus*) and can be found throughout the Caribbean, including in the project area. The Antillean manatee inhabits the coastal waters of Puerto Rico, and has been documented both feeding and traveling in the San Juan Bay and Harbor.  Seagrass and other submerged aquatic vegetation (SAV) in the Bay provide suitable foraging habitat for the species.  Furthermore, the location of the Condado lagoon provides suitable shelter for the species (SJBEP, 2011).  The USFWS has jurisdiction for protection of the manatee under ESA, and has jurisdiction under the Marine Mammal Protection Act.  This species is also protected by Law Number 241 (Wildlife Law of the Commonwealth of Puerto Rico) and Regulation Number 6766, which regulates the management of threatened and endangered species in Puerto Rico.

The existing literature suggests that manatees in Puerto Rico are more commonly observed in coastal areas from San Juan, eastward to the east coast, (and including Culebra and Vieques Islands) and then south and west, past Jobos Bay, to the west coast, and then about as far to the northwest as Rincon.  Manatees are concentrated in several "hot spots" including Ceiba, Vieques Island, Jobos Bay and Boquerón Bay, and are less abundant along the north coast, between Rincón and Dorado (West of San Juan).  Aerial surveys to estimate the population size have been completed and current preliminary results estimate a mean population size of 532 individuals with a 95% confidence interval of 342 to 802 (Pollock et al. 2013). The Antillean manatee population in Puerto Rico is considered stable (USFWS 2016).

USACE_002554

Manatees have been reported within the SJB from Isla de Cabras (at the mouth of SJH) to the Rio Puerto Nuevo channel (upstream of the port) mostly from public reports, dredging and construction project monitoring reports, USCG anecdotal reports from their dock area, and mortality reports. From August 16 to August 18, 2006, four males and one female adult Antillean manatees were found dead in the SJB area. The cause of death for these animals was determined to be human related due to a large boat impact. Dead manatees showed signs of blunt trauma and large boat propeller scars. When a single female is associated to a group of males, they are forming a mating herd and the manatees are extremely active and thus making themselves more visible. This event, although unfortunate, serves as part of the evidence that manatees do use the San Juan Bay area. This accident may have been prevented by following idle speed zones within the San Juan Bay and/or by having an observer on board while transiting in that area (USFWS 2017).

## 5   EFFECTS OF THE ACTION

### 5.1   *West Indian Manatee*

#### 5.1.1   Effects of Dredging and Disposal

The USACE has determined that dredging and disposal operations for the proposed project would not directly affect existing mangrove wetlands or SAV.  In addition, temporary indirect effects from elevated turbidity levels during construction are also not anticipated since these resources are greater than 150m from the deepening and widening footprint.  Therefore, the proposed San Juan Harbor expansion would have negligible effects on manatee foraging habitat.

In addition, the channel improvements would allow for the current shipping fleet to fully load their vessels and/or for fewer, larger ships to call on the port, both of which would reduce the number of port calls and reduce the potential for vessel strikes to manatees.  During dredged material disposal operations in the ODMDS or Condado lagoon, observers would be required to monitor for the presence of Antillean manatees.  Per section 6 below, operations would be shutdown should a manatee come within 50-feet or closer to in-water operations.

Therefore, expansion and maintenance dredging, including ODMDS dumps and Condado lagoon pipeline discharge, is not likely to adversely affect the manatee.  This determination is consistent with prior consultation for the maintenance dredging of SJH with Condado lagoon placement (FWS/R4/CESFO/72127-002, May 5, 2014) and is contingent upon the implementation of appropriate conservation measures.  Therefore, to insure manatees are not harmed by construction equipment during dredging and disposal operations, the USFWS Standard Manatee Protection Measures for In-Water Work will be incorporated into the plans and specifications for the project (see below).

14

## 6   ENVIRONMENTAL COMMITMENTS

Efforts to eliminate or significantly reduce the potential impacts associated with dredging activities will be addressed by implementing the following actions:

a.  Prior to the commencement of construction activities, the contractor will instruct all personnel associated with the project on which endangered species may be in the area, and on the civil and criminal penalties for harming, harassing, or killing them.

b.  Construction access and staging areas will be identified in the contract plans and specification. Contractor vehicles, construction equipment, and storage facilities will be required to stay within the identified construction area.

c.  Any incident involving the death or injury of any listed threatened or endangered species described in this Biological Assessment shall be immediately reported to the U.S. Army Corps of Engineers (Jacksonville) and the U.S. Fish and Wildlife Service (Boquerón).

d.  All personnel associated with the project shall be instructed about the presence of manatees and manatee speed zones, and the need to avoid collisions with manatees.  Construction personnel shall be advised that there are civil and criminal penalties for harming, harassing, or killing manatees, which are protected under the Marine Mammal Protection Act, the Endangered Species Act, and the Florida Manatee Sanctuary Act.

e.  All vessels associated with the construction project shall operate at "Idle Speed/No Wake" at all times while in the immediate area and while in water where the draft of the vessel provides less than a four-foot clearance from the bottom.  All vessels will follow routes of deep water whenever possible.

f.  Siltation or turbidity barriers shall be made of material in which manatees cannot become entangled, shall be properly secured, and shall be regularly monitored to avoid manatee entanglement or entrapment.  Barriers must not impede manatee movement.

g.  All on-site project personnel are responsible for observing water-related activities for the presence of manatee(s).  All in-water operations, including vessels, must be shutdown if a manatee(s) comes within 50 feet of the operation.  Activities will not resume until the manatee(s) has moved beyond the 50-foot radius of the project operation, or until 30 minutes elapses if the manatee(s) has not reappeared within 50 feet of the operation. Animals must not be herded away or harassed into leaving.

h.  Any collision with or injury to a manatee shall be reported immediately to the FWC Hotline at 1-888-404-FWCC.  Collision and/or injury should also be reported to the U.S. Fish and Wildlife Service in Jacksonville (1-904-731-3336).

USACE_002556

i. Temporary signs concerning manatees shall be posted prior to and during all in-water project activities. All signs are to be removed by the permittee upon completion of the project. Awareness signs that have already been approved for this use by the Florida Fish and Wildlife Conservation Commission (FWC) must be used (see MyFWC.com). One sign which reads *Caution: Manatee Habitat* must be posted. A second sign measuring at least 8 ½" by 11" explaining the requirements for "Idle Speed/No Wake" and the shutdown of in-water operations must be posted in a location prominently visible to all personnel engaged in water-related activities.

In addition to these standard conditions, for mechanical dredging these additional measures would be implemented:

j. Two dedicated, qualified manatee observers will be present during mechanical dredging work.

k. To reduce the risk of a vessel crushing a manatee, the Permittee shall install and maintain the proposed wharf fenders to provide sufficient standoff space of at least four (4) feet under maximum designed compression. Fenders or buoys providing a minimum standoff space of at least four (4) feet under maximum designed compression shall also be utilized between two vessels that are moored together such as, but not limited to, the mooring of the scow and dredge barges.

l. During clamshell operations, the dredge operator shall gravity-release the clamshell bucket only at the water's surface, and only after confirmation that there are no manatees within the 50-foot safety distance during the day or the 75-foot distance during nighttime operations. The observers shall notify the dredge operator if manatees enter within the designated safety distances.

# 7   CONCLUSIONS

In conclusion, due to the inclusion of USFWS Standard Manatee Protection Measures the Corps has determined that the proposed action may affect, but is not likely to adversely affect, Antillean manatee. Based on this determination, the USACE requests that the USFWS concur with our determination for the Antillean manatee.

USACE_002557

# 8   REFERENCES

Ackerman, B.B. 1995.  Aerial surveys of manatees: a summary and progress report.  Pages 13–33.  In: O' Shea, T. J., B. B. Ackerman, and H. F. Percival, editors.  Population biology of the Florida manatee.   National Biological Service, Information and Technical Report 1. Washington, D.C., USA.

Pollock, K.H., J.A Collazo, and M.J. Krachey. 2013. Design and analysis of manatee aerial surveys in Puerto Rico. Report to the U.S. Fish and Wildlife Service, Caribbean Ecological Services Field Office, Boquerón, Puerto Rico. 18 pp.

Reynolds, J.E. 2003.  Mysterious Manatees.  University of Florida Press.  ISBN 0-8130-2637-7.

U.S. Army Corps of Engineers.  1985.  Beach Erosion control and Hurricane Protection, Dade County, Florida, North of Haulover Beach Park - Design Memorandum (CP&E).

U.S. Army Corps of Engineers.  1995.  Draft Environmental Assessment for the second periodic nourishment of Sunny Isles and Miami Beach Segments, Beach Erosion Control and Hurricane Protection Project, Dade County, Florida.  34 pp.

U.S. Fish and Wildlife Service.  2001.  Florida Manatee Recovery Plan, (*Trichechus manatus latirostris*), Third Revision. U.S. Fish and Wildlife Service.  Atlanta, Georgia.  144 pp. + appendices.

U.S. Fish and Wildlife Service.  2007. West Indian Manatee (*Trichechus manatus*) 5-Year Review: Summary and Evaluation. U.S. Fish and Wildlife Service, Ecological Services Office, Jacksonville, Florida, Caribbean Field Office, Boquerón, Puerto Rico. 79 pp.

U.S. Fish and Wildlife Service.  2017. Draft Fish and Wildlife Coordination Act Report For San Juan Harbor Improvement Study, San Juan, Puerto Rico. U.S. Fish and Wildlife Service, Caribbean Ecological Services Field Office, Boquerón, Puerto Rico.

USACE_002558







# SAN JUAN HARBOR PUERTO RICO

## DRAFT INTEGRATED FEASIBILITY STUDY AND ENVIRONMENTAL ASSESSMENT

## EXECUTIVE SUMMARY and MAIN REPORT with APPENDICES A-L
### August, 2017

**US Army Corps of Engineers** ®

**AUTORIDAD de PUERTOS de PUERTO RICO**



SAN JUAN HARBOR

x

Case 1:22-cv-02430-CJN   Document 30-4   Filed 05/05/23   Page 251 of 285

*San Juan Harbor Draft Integrated Feasibility Report/Environmental Impact Statement*
*Existing and Future Without-Project Conditions*

### 2.4.14. Air Quality

*Existing Condition*

Puerto Rico is a U.S. territory with commonwealth status. The USEPA, Region 2 and the EQB regulate air quality in Puerto Rico.  The Clean Air Act (CAA) gives USEPA the responsibility to establish the primary and secondary National Ambient Air Quality Standards (NAAQS) that set acceptable concentration levels for seven criteria pollutants; particulate matter, fine particulate matter, sulfur dioxide, carbon monoxide, nitrous oxides, ozone, and lead.  Short-term standards (1-, 8-, and 24-hour periods) have been established for pollutants contributing to acute health effects, while long-term standards (annual averages) have been established for pollutants contributing to chronic health effects.  On the basis of the severity of the pollution problem, nonattainment areas are categorized as marginal, moderate, serious, severe, or extreme.  Each state has the authority to adopt stricter standards; however the Commonwealth of Puerto Rico has accepted the U.S. Federal Standards.

USEPA regulations designate Air-Quality Control Regions (AQCRs) in violation of the NAAQS as nonattainment areas.  USEPA regulations designate AQCRs with levels below the NAAQS as attainment areas.   Maintenance AQCRs are areas previously designated nonattainment areas that have subsequently been designated attainment areas for a probationary period through implementation of maintenance plans.

San Juan Harbor is located within the Puerto Rico AQCR,, which is comprised of the entire Commonwealth of Puerto Rico and surrounding islands, Vieques and surrounding islands, and Culebra and surrounding islands (40CFR§81.77).  The Commonwealth of Puerto Rico has adopted the NAAQS established by the USEPA and has developed a State Implementation Plan under the CAACAACAA that incorporates permitting and regulatory requirements for stationary and mobile sources of air pollution.  All areas within the AQCR are in attainment or unclassifiable (due to lack of data) for NAAQS for the following criteria pollutants: ozone, carbon monoxide, nitrogen dioxide, sulfur dioxide, PM2.5, and lead (USEPA 2008).  The municipality of Guaynabo is identified as being in moderate non-attainment of the NAAQS for particulate matter with a diameter of 10 micrometers or less (USEPA 2008).

The San Juan Harbor experiences nearly constant on-shore trade winds and sea breezes. The harbor is surrounded by the municipalities of San Juan, Guaynabo, and Cataño.  In 1995 the municipality of Guaynabo was non-compliant with Puerto Rico air quality standards for particulate matter (PM-10).  Non-compliance was due to pollution from power plants, industrial facilities, motor vehicles, and major San Juan emitters.  In 2010 the municipality of Guaynabo became compliant air quality standards.  In 2011 USEPA provided a Grant the Polytechnic University of Puerto Rico with $886,095 to install pollution-reduction technology on 72 heavy-duty trucks and replace 10 old heavy-duty trucks with 2010 or newer lower emissions diesel trucks in the Port of San Juan.  These upgrades reduced the air emissions of fine particles (particulate matter, (PM)), nitrogen oxides (NOx), and carbon monoxide from diesel engines operating in the port.

USACE_002636

Case 1:22-cv-02430-CJN   Document 30-4   Filed 05/05/23   Page 252 of 285

*San Juan Harbor Draft Integrated Feasibility Report/Environmental Impact Statement*
*Existing and Future Without-Project Conditions*



**Figure 2-11. NRHP properties in the vicinity of San Juan Harbor**

USACE_002643

Case 1:22-cv-02430-CJN    Document 30-4    Filed 05/05/23    Page 253 of 285

*San Juan Harbor Draft Integrated Feasibility Report/Environmental Impact Statement*
*Existing and Future Without-Project Conditions*



**Figure 2.18. Environmental Justice Communities of San Juan Harbor**

Based on the size of the proposed project, the region of interest for environmental justice analysis was determined to be the area within a one-mile radius of the project. The demographic characteristics of persons living within the buffer were identified and summarized using the digital Census block group layers for the San Juan municipality. A geospatial analysis tool was used to create a one-mile buffer from the centerline of the San Juan Municipality. A summary of the population demographics (racial and socioeconomic data) for persons living within the one-mile buffer is presented in Table2-17.

USACE_002661

NED benefits include origin-to-destination benefits, reduced congestions and turning time efficiencies, and power generation benefits. Origin-to-destination benefits are primarily derived "at-sea" based on the ability to utilize different vessels or to load more cargo onto them based on differing harbor condition scenarios. For deepening alternatives, most origin-to-destination benefits result from efficiencies related to the ability to use the additional draft to deploy larger, more efficient vessels and/or to transport more cargo on the same vessels and reducing the total number of trips needed to transport a given volume of cargo. Congestion reduction and turning time efficiency benefits are derived near and within the harbor and result from a reduction in transit times needed to navigate the harbor and turning basins. These benefits are normally smaller than the associated origin-to-destination benefits and are attributable to increased flexibility of harbor operations resulting from less concentrated traffic due to increased depths of available turning basins, which allows more access to deeper draft vessels and an expanded maneuvering area. Power generation benefits result from widening Army Terminal Channel, which allows large LNG tankers to provide a more efficient and cleaner burning fuel than the current diesel fuel and bunker "C" fuel used in two San Juan, Puerto Rico power plants. With LNG the two power plants produce more electricity out of the same number of metric tons of fuel.

## 3.3   Assumptions

To facilitate analysis and screening, this feasibility study utilized two sets of assumptions: (1) standard USACE deep draft navigation assumptions, and (2) project-specific assumptions. The assumptions related to the future without-project conditions described in the USACE Planning Guidance Notebook (ER 1105-2-100) for all deep draft navigation feasibility studies include:

A. Nonstructural measures within the authority and ability of port agencies, other public agencies, and the transportation industry to implement are assumed occur. These measures consist of reasonably expected changes in management and the use of existing vessels and facilities on land and water. Examples are lightering, tug assistance, use of favorable tides, split deliveries, topping-off, alternative modes and ports, and transshipment facilities, such as the USCG's relocation of buoys to areas of existing deep water.

B. Alternative harbor and channel improvements available to the transportation industry over the planning period include those in place and under construction at the time of the study, and those authorized projects that can reasonably be expected to be in place over the planning period.

C. Authorized operation and maintenance is assumed to be performed in the harbors and channels over the period of analysis unless clear evidence is available that maintenance of the project is unjustified.

D. In projecting commodity movements involving intermodal movements, sufficient capacity of the hinterland transportation and related facilities, including port facilities, is assumed unless there are substantive data to the contrary.

E. A reasonable attempt should be made to reflect advancing technology affecting the transportation industry over the period of analysis. However, benefits from improved technology should not be credited to the navigation improvement if the technological change would occur both with and without the plan.

The following study-specific assumptions were also developed for the San Juan Harbor feasibility study:

A. Without a Federal project, no channel deepening or widening would occur.

B. The assumption of underkeel clearance required for a vessel will be based on actual practices, not on USACE clearance standards.

USACE_002672



REPLY TO
ATTENTION OF

**DEPARTMENT OF THE ARMY**
**JACKSONVILLE DISTRICT CORPS OF ENGINEERS**
**701 SAN MARCO BOULEVARD**
**JACKSONVILLE, FLORIDA 32207-0019**

Planning and Policy Division
Environmental Branch

JUL 1 4 2017

Mr. David Bernhart
Assistant Regional Administrator
Protected Resources
National Marine Fisheries Service
263 13th Avenue South
St. Petersburg, Florida 33701-5505

Dear Mr. Bernhart:

In accordance with provisions of Section 7 of the Endangered Species Act, as amended, the U.S. Army Corps of Engineers (Corps), Jacksonville District is hereby initiating formal consultation with National Marine Fisheries Service on the proposed deepening and widening of the Federal San Juan Harbor navigation project in Puerto Rico (Figure 1). The Corps has conducted a National Environmental Policy Act assessment to evaluate potential effects on the human environmental associated with this proposed action. Currently, the tentatively selected plan (TSP) consists of widening and deepening to 44 feet (plus 1-foot required and 1-foot allowable overdepth) with placement of approximately 2.0 million cubic yards of dredged material in the existing Ocean Dredged Material Disposal Site (refer to enclosure for details). The widening (50 feet on either side) would occur along the Army Terminal channel. Completion of the dredging project may employ hydraulic hopper and/or cutterhead dredges and/or mechanical clamshell/excavator dredges.

Enclosed please find the Corps biological assessment of potential effects of the proposed project on listed species under your purview in the action area. In addition to our request for formal consultation for sea turtles, we also request written concurrence with our may effect, not likely to adversely affect determinations for whales, fish, and corals.

Pursuant to the Endangered Species Act, as amended, please indicate within 30 days of the date of this letter your determination of completeness of the biological assessment. In addition, the Corps requests a copy of the draft biological opinion for review as allowed under 50 CFR 402.14(g)(5) within 90 days of determination of completeness and delivery of the final biological opinion 45 days later.



*Figure 1 - Existing Project Components*

Transportation inefficiencies occur when existing channels and maneuvering areas cannot efficiently accommodate the existing vessels using the harbor.  The existing fleet is constrained by channel depths, under-sized turning areas and strong wind and wave conditions at the harbor entrance.  This requires many of the ships to light load, preventing them from using the full capacity of the vessel and thus increasing the number of vessel calls into the harbor.  Navigation concerns include three main types of problems: difficult wind and wave conditions, limited channel and turning basin widths, and insufficient Federal channel depths.

SJH is known to have many groundings, allisions and collisions.  Some of these groundings have occurred at the mouth of the entrance channel where there is the potential for hardbottom resources to be present (Figure 2 and Figure 3).  The entrance channel also presents significant navigational challenges including bar channel winds and waves causing ships to roll and heel and winds, waves and currents in the entrance channel cause ships to alter their speed resulting in squat and sinkage.  Changes in the entrance channel proposed by this project will help to improve these conditions for vessels transiting the entrance channel.

USACE_003456

NMFS has previously consulted on this action, making a determination that the restoration "may affect, but is not likely to adversely affect" listed species under NMFS jurisdiction in the project area (NMFS 2014c).  The Corps incorporates this determination into this consultation and no additional analysis regarding this aspect of the project will be included with this Biological Assessment.

**Transportation Methodology – Hopper Dredges, Tugs/Scows, and Barges**
Depending on the dredging and disposal site conditions, as a component of hydraulic and mechanical dredging operations, accompanying equipment such as tugs and barges (hopper, scow, spider barge, etc.) may be used in association with dredging activity in order to transport the dredged material to the pre-determined disposal sites.  Methods of transporting dredged material to disposal sites include self-propelled transport via hopper dredges or towing/pushing of loaded barges to disposal sites via tugboats. Tugboats are a component of all dredging operations and may be used to move immobile equipment into place as well as towing loaded barges to the disposal sites.  Hopper dredges or bucket and barge operations are often used when disposal areas are beyond the pumping distance of pipeline dredges considering that hopper dredges and barges can transport material over long distances to the placement/disposal sites.  Depending on a myriad of factors such as the type of dredged material, cubic yardage to be dredged, barge capacity, overflow capability, distance of the placement/disposal site, weather, etc., there may be types of dredges that consistently rotate from the dredge site to the placement/disposal site to achieve maximum efficiency and productivity.  The number of hopper loads or barges towed, the transport interval, and the speed to the placement/disposal site will vary depending on these factors.

Hopper/scow locations are monitored at all times via the Dredging Quality Management (DQM) system and the contractor can be penalized for violating the specifications.  The ullage (loaded draft) of each scow is recorded approximately every 30-seconds to determine if there is any loss of material from the scow during transit.  This data is reviewed after each load by the contractor and the Corps/EPA and if a barge has a net loss of more than one foot in draft between the dredge site and disposal site(s) (averaged between the bow and stern monitoring locations), this serves as a "red flag" to conduct an investigation as to why the draft loss occurred.  If the draft loss can be determined due to high seas and sloshing of material, no other action is required.  However, if the loss is not as a result of high seas and sloshing, the barge is temporarily removed from the rotation and has the seals tested and repaired (if necessary).  If a particular barge demonstrates a trend of material loss that does not resolve itself after seal testing and repair, the barge is removed from the dredging operation.  One-foot of loss has been determined by Corps and EPA to be a good threshold for notification, because all barges have some amount of draft loss through leakage or water sloshing out of the barge due to sea conditions and weather, although the amount is typically minimal.

USACE_003469

Hopper dredge and scows will be loaded with dredged material and taken to the ODMDS or approved Condado Lagoon beneficial use of dredged material/seagrass restoration site at the end of the San Antonio Channel and then pumped into the Lagoon via pipeline.  As part of the Corps' standard environmental protection specifications (cited below), the vessels are required to remain in the marked channel until passing the outer buoy to prevent any accidental release of material from the scow/hopper that might settle on adjacent reef habitats.

> *"Due to the presence of hardbottom reefs adjacent to the channel, the Contractor shall stay within the marked entrance channel while in transit from the dredging area to the ODMDS, and on the return trip, until past the last channel marker."*

Hopper dredge and disposal tug/scow transit tracks will be recorded by the Contractor and reviewed within 24-hours of the transit to the disposal site to ensure the vessel remained in the marked channel or approved corridor to the Condado Lagoon beneficial use of dredged material/seagrass restoration site.  If the dredge/tug and scow leaves the channel or approved corridor, the location will be marked and recorded in a Geographic Information System database, water depths of the location will be determined by reviewing existing surveys and, draft of the vessel will be determined by the DQM system.  If it is determined that the potential exists for an effect to have occurred as a result of the vessel leaving the channel or approved corridor, a survey team will be deployed to assess any effect that may have occurred and conduct immediate remediation.  Remediation work will be conducted immediately after the survey by the survey crew.  Remediation activities may follow the guidelines developed by the state of Florida "Rapid Response and Restoration for Coral Reef Injuries in Southeast Florida, Guidelines and Recommendations" dated June 2007, if applicable.

*Split Hull Barge*
A split hull barge (Figure 11) has two hulls connected with hinges at the front and back. The two-door hinged configuration, allows the hulls to swing apart, opening at the bottom to allow dredged material to fall from the barge.  This provides a rapid disposal of dredged material, which, as a result, is placed within a small area.  The rapid descent of material through the water column reduces the potential for resuspension of sediments into the water column during disposal.  Such a barge may be used for ODMDS disposal.  A rubber seal (similar to a gasket or weather-stripping on a door), is pinched between the two doors, limiting the leakage from the barge of water and dredged material.  This seal does not prevent 100% of water and dredged material from leaking; however it minimizes it to the maximum extent practicable.

USACE_003470

# DRAFT FISH AND WILDLIFE COORDINATION ACT REPORT

## For

# San Juan Harbor Improvement Study San Juan, Puerto Rico





**U.S. Fish and Wildlife Service**
**Caribbean Ecological Services Field Office**

USACE_003566

Draft Fish and Wildlife Coordination Act Report, San Juan Harbor Navigation Project

## Manatee Conservation Measures

Both the Service and the Corps have developed manatee conservation measures to avoid and minimize potential in-water project effects on the manatee. In-water project effects may include, but not limited to: vessel and construction equipment strikes with manatees; manatee harassment by construction activities; seagrass habitat impacts; possibility of a spill; post-construction increase in commercial boat traffic; blasting impacts and noise. These technical assistance measures can be used for the proposed project as appropriate. Some example measures include: minimize vessel speeds, minimize work in shallow areas close to the shore, manatee observers before and during construction, manatee awareness, appropriate signage, blasting exclusion zones, bubble curtains, among others. However, in the specific case of the SJB, water turbidity minimizes an observer's detection of a manatee. It is critical that the conservation measures account for this limitation. For example, conservation measures can be adjusted to increase the amount of observers, provide high observation points, and potentially use innovative measures such as drones. Please see Appendix A and Appendix B for manatee standard conditions.

In addition there exist opportunities under Section 7(a)(1) of the Endangered Species Act for the Corps to help further the conservation of the manatee. These measures can be offsite or even out of the project area as long as these measures increase or protect the population or threatened habitat.

- Develop and implement navigational aids (manatee speed buoys) for SJB focused on avoiding and minimizing watercraft threats to the manatees.

- Support ongoing efforts to study manatee use within the SJB. The Service has a project with the PR Manatee Conservation Center and the DNER to assess the health of manatees within the SJB and track manatees to study movement patterns and habitat use within the SJB.

- Develop a manatee specific education campaign using existing and new alternatives and media sources.

Once a Tentatively Selected Plan is chosen by the Corps the consultation process under Section7 of the Endangered Species Act can commence. Recommendations made in this DCAR can be considered technical assistance under the ESA to help the Corps in making their plan selection. In order to facilitate the consultation process, we recommend that species conservation measures be included in the documentation for the Tentatively Selected Plan.

## 5.1    Mitigation for Environmental Effects

The various mitigation measures using dredge spoil were discussed above. The Corps has not yet developed a comprehensive mitigation plan, for all aspects of this project. Additional mitigation in the form of transplanting impacted SAV in the expansion of Anchorage F should also be considered. A transplant technique for Halophila has been developed in the U.S. Virgin

**APPENDIX J - SECTION 404(b) (1) EVALUATION**

USACE_003822

### 7.1.3 Effects on Aquatic Food Web

Aside from temporary and localized effects of turbidity, no appreciable effects on the aquatic food web are anticipated. As stated previously, coordination with other agencies will identify means to minimize impacts to aquatic resources by standard actions such as devoted observers for listed species, turbidity monitoring, and boat operation restrictions.

### 7.1.4 Effects on Special Aquatic Sites

The Isla Verde Marine Protected Area (MPA) is located approximately 4.5 miles east of the entrance to Condado lagoon.  In-water disposal of dredged sediments at identified alternative locations are far removed from this MPA.

### 7.1.5 Sanctuaries and Refuges

The dredging project area (including dredging template, potential disposal areas, and potential effects area) does not include any Sanctuaries or Refuges.

### 7.1.6 Submerged Aquatic Vegetation and Wetlands

Identified sediment disposal locations (ODMDS, Condado lagoon) generally do not include submerged aquatic vegetation (SAV) (sites are too deep) or wetlands. However, SAV and mangrove wetlands do occur within SJH but distant enough from the action area that no direct or indirect impacts to these resources are anticipated.

### 7.1.7 Threatened and Endangered Species

A number of listed species may be found in the affected area. In or near the affected area are critical habitat Acroporid corals, Antillean Manatee habitat, nesting and foraging habitat for sea turtles.  A Biological Assessment (BA) has been prepared for the deepening and widening of portions of San Juan Harbor and continued operation and maintenance of the San Juan Harbor Navigation Project. The BA concluded that the proposed project may affect swimming green, hawksbill, and loggerhead sea turtles. The BA also stated that the proposed action may affect but is not likely to adversely affect the Antillean manatee, whales, and stony corals.  Finally, the BA concluded that the proposed project would have no effect on the giant manta ray, scalloped hammerhead shark, and Nassau grouper.

### 7.1.8 Other Wildlife

The USACE will as appropriate and necessary propose and coordinate to develop specific plans for protection of SAV, wetlands, benthic macroinvertebrates, and fisheries associated with the proposed deepening.

### *7.2 Actions to Minimize Impacts*



**DEPARTMENT OF THE ARMY**
**JACKSONVILLE DISTRICT CORPS OF ENGINEERS**
**701 San Marco Boulevard**
**JACKSONVILLE, FLORIDA 32207-8175**

REPLY TO
ATTENTION OF

CESAJ-PD-EC (ER 200-2-2)                                    22 March 2017

MEMORANDUM FOR THE RECORD

SUBJECT: Determination of Appropriate National Environmental Policy Act (NEPA) documentation for the San Juan Harbor Improvements Feasibility Study, San Juan, Puerto Rico

**Project Location**:

The project is located on the north coast of the island of Puerto Rico, about one-third of the distance west along the coast from the northeast corner.  San Juan Harbor provides the only natural harbor offering all-weather protection to shipping along the entire north coast.

**Project Description**:

The study area encompasses the Federal channels within the harbor, bar channel, as well as any shorelines and extensions of the water bodies that are potentially impacted by channel enlargement alternatives as well as an ocean dredged material disposal site. The study also defines the routes and locations of waterborne traffic affected by study alternatives but only to the extent needed to develop transportation costs based on distribution portioned distances.

**Project Need and Purpose**:

The purpose of the feasibility study involves recommending a comprehensive group of navigation modifications to reasonably maximize, consistent with protecting the environment, San Juan Harbor's contribution to National Economic Development (NED) benefits (transportation cost savings), which address existing physical constraints and inefficiencies.  The need for the modifications to the Federal system of channels results from difficult winds, waves, and currents, limited turning basin widths, and insufficient channel depths which limit the system's ability to safely and efficiently serve the existing shipping fleet and future cargo volumes.

The feasibility study forecasts waterborne cargo volumes, traffic patterns and vessel fleets, and evaluates the need for navigation system improvements over a 50-year period of analysis.  It considers a wide range of structural and some non-structural measures within and near the harbor that could address inefficiencies within the system.

CESAJ-PD-EC (ER 200-2-2)
SUBJECT: Determination of Appropriate National Environmental Policy Act (NEPA)
documentation for the San Juan Harbor Improvements Feasibility Study, San Juan,
Puerto Rico

However, it concentrates on potential changes to water-based transportation system
components that are within the scope of the study authority described above.
Throughout this study, the main factors influencing the total cargo throughput of San
Juan Harbor revolve around land-based factors such as population growth, industrial
and manufacturing changes, and regional maritime shipping trends limited by the
capacity of the land-based infrastructure to process it.

**Authority:**

House Report 109-738, 109th Congress (2005-2006) December 29, 2006, as reported
by the Transportation and Infrastructure Committee contains the study authority for the
San Juan Harbor Improvements study
(https://www.congress.gov/109/crpt/hrpt738/CRPT-109hrpt738.pdf).  On page 210 of
the pdf (or page 156 of the report), it states:

WATER RESOURCES SURVEY RESOLUTIONS APPROVED BY THE

COMMITTEE ON TRANSPORTATION AND INFRASTRUCTURE

Specifically, on page 172/210 of the pdf (or page 158 of the report), the report has a line
item for San Juan Harbor that states:

Mr. Fortuno: San Juan Harbor, PR, Docket number: 2764, Date filed: February 23, 2006
(navigation project).  September 20, 2006. Resolution adopted by the Committee on
Transportation and Infrastructure.

**Previous NEPA Documents:**  The following is a list of environmental documents
related to the San Juan Harbor Federal Navigation Project:

- San Juan Harbor, Puerto Rico Submerged Aquatic Vegetation Mitigation
  Environmental Assessment (USACE 2015).

- San Juan Harbor Federal Navigation Project Limited Reevaluation Report and
  Environmental Assessment (USACE 2002).

- San Juan Harbor Navigation Improvement General Reevaluation Report and
  Environmental Assessment (USACE 1994).

USACE_003837

CESAJ-PD-EC (ER 200-2-2)
SUBJECT: Determination of Appropriate National Environmental Policy Act (NEPA) documentation for the San Juan Harbor Improvements Feasibility Study, San Juan, Puerto Rico

- Phase 1 General Design Memorandum and Supplement to Final Environmental Impact Statement, San Juan Harbor, Puerto Rico. Survey Review Report – Navigation (USACE 1982).

- Final Environmental Impact Statement, San Juan Harbor, Puerto Rico. Survey Review Report – Navigation (USACE 1975).

**Analysis Pursuant to NEPA:**

NEPA requires an analysis of impacts using a Categorical Exclusion, an EA when the project would not "significantly" affect the quality of the human environment, or an Environmental Impact Statement (EIS) when the project would "significantly" affect the quality of the human environment.  Development of an EIS must result in analytical, rather than encyclopedic, documents that emphasize real issues, while deemphasizing insignificant ones.  Both an EIS and an EA evaluate a range of alternatives, determine the least environmentally damaging practicable alternative for the project purpose, and allow for public input.

In determining whether an EA or EIS is appropriate to supplement a prior NEPA document, agencies should consider substantial changes to the proposed action relevant to the human environment or significant new circumstances or information relevant to environmental concerns and bearing on the proposed action or its impacts (40 CFR 1502.9).  In addition, "proposed changes in projects which increase size substantially or add additional purposes" normally require preparation of an EIS (ER 200-2-2).  The paragraphs that follow summarize the NEPA analysis of significance to determine the need for an EA or EIS for review of the San Juan Harbor Improvements Feasibility Study.

**Review of Impacts on the Human Environment (40 CFR 1508.27):**

An EIS is appropriate to evaluate the impacts of a project if the action would have a "significant" impact on the quality of the human environment. "Significantly," as used in NEPA, requires consideration of context, as well as an evaluation of the intensity; the degree of severity, controversy, or uncertainty, of the potential impacts on ten factors. *Context* means that the significance of the action must be analyzed in several contexts, such as on society as a whole (human, national), the affected region, the affected interests, and the locality.

3

CESAJ-PD-EC (ER 200-2-2)
SUBJECT: Determination of Appropriate National Environmental Policy Act (NEPA) documentation for the San Juan Harbor Improvements Feasibility Study, San Juan, Puerto Rico

Significance varies with the setting of the proposed action.  For instance, in the case of a site-specific action, significance would usually depend upon the local effects rather than on the world as a whole.  Both short- and long-term effects are relevant.

Impact Intensity: For this analysis, the intensity or severity of the impact is defined as follows:

- *Low-Degree*: The impact is localized, temporary, able to be mitigated, or is not significant.

- *Moderate-Degree*: The impact is clearly detectable and could have appreciable effect, or the impact is perceptible and measurable throughout the project area or immediate region.

- *High-Degree*: The impact would have a substantial, highly noticeable influence; the impact is of great magnitude, duration, geographic extent, and/or frequency.

The following ten factors were considered in evaluating the significance of potential impacts on the human environment of the proposed study:

1. Impacts that may be both **beneficial and adverse**.  A significant effect may exist even if the Federal agency believes that on balance the effect will be beneficial (High-Degree/Moderate-Degree/Low-Degree):
   *Moderate-Degree.*  As mentioned above, the project objective is to develop a comprehensive group of navigation modifications (management measures) to reasonably maximize San Juan Harbor's contribution to National Economic Development (NED) benefits (transportation cost savings), which address existing physical constraints and inefficiencies. Harbor expansion dredging may cause impacts to sparse (25% cover) patchy [<0.4 ha(<1 ac)/bed] *Halophila decipiens* and macroalge habitat located in one of the proposed management measures (Anchorage F expansion); however, the project proposes to mitigate habitat functions lost by filling artificial depressions (dredged holes) in Condado lagoon. Restoration of sea grass beds in Condado Lagoon would support a goal of the San Juan Bay Estuary Program's Comprehensive Conservation and Management Plan.

USACE_003839

CESAJ-PD-EC (ER 200-2-2)
SUBJECT: Determination of Appropriate National Environmental Policy Act (NEPA) documentation for the San Juan Harbor Improvements Feasibility Study, San Juan, Puerto Rico

Approximately 4 acres of the 32 acre depressions are already approved to receive 46,000cy of dredged material as yet to be constructed mitigation for impacts to approximately 1.2 acres of sparse patchy *H. decipiens* and macroalgae from widening the Puerto Nuevo Channel in San Juan Harbor in 2001. Therefore, approximately 28 acres remains available to receive an additional 184,000cy of dredged material for any additional compensatory mitigation/beneficial use of dredged material from the proposed harbor improvements. Beneficial effects would include transportation cost savings.

2. The degree to which the proposed action affects **public health or safety**. (High-Degree/Moderate-Degree/Low-Degree):

   *Moderate-Degree.* A moderate beneficial effect to public health and safety is anticipated. The construction of the project would improve navigational safety in San Juan Harbor for commercial vessels. The project may have a temporary impact to recreational boating and other waterborne recreational activities during the period of construction. The proposed Condado lagoon mitigation would increase seagrass habitat and improve water quality in the high-recreational use area.

3. **Unique characteristics** of the geographic area, such as proximity to historical or cultural resources, park lands, prime farmlands, wetlands, wild and scenic rivers, or ecologically critical areas (High-Degree/Moderate-Degree/Low-Degree):

   *Low-Degree.* The greater San Juan Bay estuary contains habitat for corals, other hard grounds, sea grass and other submerged aquatic vegetation (SAV) and mangroves which support (or potentially could support) associated sport/commercial fish, spiny lobster, fighting conch, and aquarium trade species; however, in the project footprint, only the proposed Anchorage F expansion area contains quality habitat. Extensive dredge and fill in Condado lagoon has left deep depressions or dredge holes which impair the lagoon's water quality and living resources. The District is currently conducting a Cultural Resources survey to identify any potential affect (see 8 below).

USACE_003840

CESAJ-PD-EC (ER 200-2-2)
SUBJECT: Determination of Appropriate National Environmental Policy Act (NEPA) documentation for the San Juan Harbor Improvements Feasibility Study, San Juan, Puerto Rico

4. <u>The degree to which the effects on the quality of the human environment are likely to be highly **controversial**</u> (High-Degree/Moderate-Degree/Low-Degree):

   *Low-Degree.*  During project scoping and subsequent meetings, there has not been significant public or agency comment opposing the approval of the project. Federal and state agencies with jurisdiction over, and expertise concerning, resources in the project area have reviewed proposed management measures and the benthic survey results, and they have not expressed significant concerns about the project.

5. <u>The degree to which the possible effects on the human environment are highly uncertain or involve unique or unknown risks</u> (High-Degree/Moderate-Degree/Low-Degree):

   *Low-Degree.*  Preliminary benthic surveys used to determine the presence or absence of significant aquatic resources have indicated that only the proposed anchorage F expansion measure contains SAV requiring compensatory mitigation. Since there is always some level of uncertainty with using side-scan sonar and towed video, prior to initial construction in-water diver based surveys may be required of specific areas of interest identified in the preliminary surveys. In addition, although no scleractinian corals have been identified in the expansion footprint, there is potential for temporary effects to listed corals adjacent to the entrance channel from turbidity and sedimentation during dredging and transport of dredged material to the ODMDS.  However, significant additional aquatic resources within the project footprint are not anticipated.

6. <u>The degree to which the action may establish a precedent for future actions with significant effects or the degree to which it represents a decision in principle about a future consideration</u> (High-Degree/Moderate-Degree/Low-Degree):

   *Low-Degree.*  Navigational improvements to San Juan Bay have been ongoing since 1917.  Dredged material disposal has evolved from side-casting (la Esperanza) to Ocean Dredged Material Disposal. USACE is currently promoting the use of navigation channels as sand sources through a process called Regional Sediment Management (RSM).  Using RSM principles reduces costs associated with dredging, allows navigation channels to remain open, and manages adjacent erosional hot spots and areas susceptible to sea level rise.

USACE_003841

CESAJ-PD-EC (ER 200-2-2)
SUBJECT: Determination of Appropriate National Environmental Policy Act (NEPA) documentation for the San Juan Harbor Improvements Feasibility Study, San Juan, Puerto Rico

In addition, all navigation projects are evaluated under NEPA and appropriate documentation is developed depending on the unique circumstances of each project. In fact the 1994 GRR and 2002 LRR for previous San Juan Harbor improvements were both evaluated under NEPA using an EA. Therefore, an EA for this feasibility study will not set a precedent for other navigation projects.

7. Whether the action is related to other actions with individually insignificant, but cumulatively significant impacts. Significance exists if it is reasonable to anticipate a cumulatively significant impact on the environment. Significance cannot be avoided by terming an action temporary or by breaking it down into small component parts (High-Degree/Moderate-Degree/Low-Degree):

   *Low-Degree.* The integrated feasibility study and NEPA document will evaluate secondary and cumulative impacts resulting from larger ships calling on the port (emissions/boat wake erosion/ship strikes) and from infrastructure changes needed to accommodate new and/or additional port throughput. In addition, there is a possibility the San Antonio channel could be extended by the Cruise Ship industry after the Federal channel expansion is complete. However, although significant seagrass habitat does occur at the eastern end of the San Antonio channel, no significant resources were found within the Cruise Ship channel extension. Therefore, at this time no significant cumulative impacts are anticipated.

8. The degree to which the action may adversely affect districts, sites, highways, structures, or objects listed or eligible for listing in the National Register of Historic Places (NRHP), or may cause loss or destruction of significant scientific, cultural, or historic resources (High-Degree/Moderate-Degree/Low-Degree):

   *Moderate-Degree.* Significant cultural resources, including both underwater and terrestrial resources, are present in the vicinity of the project. Preliminary scoping and coordination has occurred with the National Park Service and the Puerto Rico State Historic Preservation Officer. The USACE preliminary determination is that the channel widening is not likely to adversely affect significant resources located within San Juan Harbor. However, past San Juan

7

USACE_003842

CESAJ-PD-EC (ER 200-2-2)
SUBJECT: Determination of Appropriate National Environmental Policy Act (NEPA) documentation for the San Juan Harbor Improvements Feasibility Study, San Juan, Puerto Rico

Harbor channel widening projects required the recovery of one historic shipwreck and the recordation of a second historic vessel within the Channel.  Therefore, a submerged cultural resource survey of the proposed management measures is currently in process.  At this time no rock pre-treatment (confined blasting) is anticipated.

9.  The degree to which the action may adversely affect an endangered or threatened species, or its habitat, which has been determined to be critical under the Endangered Species Act of 1973 (High-Degree/Moderate-Degree/Low-Degree):

*Low-Degree*.  The project is being coordinated with the resource agencies with jurisdiction over species in the project area.  The project will adhere to, or obtain, applicable biological opinions.  Conditions are implemented to avoid and minimize impacts to species during construction.  Biological opinions have been issued for past San Juan Harbor expansion projects which included rock pre-treatment through blasting.  However, at this time no rock pre-treatment (confined blasting) is anticipated.  The project mitigation would have a beneficial effect on overall sea turtle and manatee habitat in Condado lagoon through restoration of seagrass beds.

10. Whether the action threatens a violation of Federal, state, or local law, or requirements imposed for the protection of the environment (High-Degree/Moderate-Degree/Low-Degree):
*Low-Degree*.  The project must comply with all applicable laws and regulations that may legally assert jurisdiction over the Federal government, or more specifically, the U.S. Army Corps of Engineers (Corps) Civil Works Water Resource projects.

**Conclusion and Determination**:

Based on the coordination conducted to date, primary public and agency concerns are related to dredge noise, ship strikes, turbidity and sedimentation impacts to corals during dredging and disposal, and increased wave action and costal erosion.  No other significant concerns have been raised either by other state and Federal agencies or by the public at this time.

USACE_003843

CESAJ-PD-EC (ER 200-2-2)
SUBJECT: Determination of Appropriate National Environmental Policy Act (NEPA)
documentation for the San Juan Harbor Improvements Feasibility Study, San Juan,
Puerto Rico

Pursuant to ER 200-2-2, District Commanders may consider the use of an EA for these
types of actions if early studies and coordination show that a particular action is not
likely to have a significant impact on the quality of the human environment.

As a whole, the proposed project is not expected to have a significant effect on the
quality of the human environment.  Previous NEPA analysis addressed the effects of
channel expansion through the use of an EA.  The Corps' analysis to date and its
administrative record indicate that the harbor improvements would not have a significant
impact on the quality of the human environment; therefore, the project can be evaluated
in an EA.  If, upon preparation of an EA, the Corps concludes the project would have a
significant effect on the quality of the human environment, it will proceed to prepare an
EIS.

Gina Paduano Ralph, Ph.D.
Chief, Environmental Branch

9



**DEPARTMENT OF THE ARMY**
JACKSONVILLE DISTRICT CORPS OF ENGINEERS
701 San Marco Boulevard
JACKSONVILLE, FLORIDA 32207-8175

REPLY TO
ATTENTION OF

Planning and Policy Division
Plan Formulation Branch

0 7 JUN 2016

Mr. Efrain Lopez
U.S. Coast Guard Sector San Juan
Prevention Department
#5 Calle La Puntilla
San Juan, PR 00901-1819

Dear Mr. Lopez,

The U.S. Army Corps of Engineers (CORPS), Jacksonville District, requests your review of the enclosed drawing, which contains proposed widening and deepening measures for San Juan Harbor, Puerto Rico. Please provide a response by Jun 10, 2016.

The Corps received the initial recommendation for the attached widening measures from the Puerto Rico Ports Authority, the San Juan Bay Pilots, and U.S. Coast Guard representatives at a Planning Charrette on Nov 4, 2015 for San Juan Harbor Improvements study at the Puerto Rico Convention Center. Subsequent coordination with terminal operators and the U.S. Coast Guard San Juan Sector resulted in the enclosed drawing. We plan to use this drawing as the with-project condition for ship simulation testing pending your comments. Also, please provide any Coast Guard regulations that apply to Liquefied Natural Gas (LNG) ships transiting the channel and docking as shown in the drawing. This includes transit speed limitations, closest point of approach, under keel clearance requirements, and other applicable rules.

We appreciate the assistance provided at the Planning Charrette and the detailed PowerPoint presentation illustrating casualty incidents and the need for widening measures.

| | |
|---|---|
| **From:** | Lopez, Efrain CIV |
| **To:** | Powell, Richard B SAJ |
| **Cc:** | Lehmann, Paul D CIV; Randolph, Marc A LCDR; Espino-Young, Janet D CDR; Benson, Kailie J CDR |
| **Subject:** | [EXTERNAL] RE: San Juan Harbor - Proposed Widening and Deepening Measures |
| **Date:** | Thursday, June 9, 2016 2:29:54 PM |
| **Attachments:** | MSIB 32-12 Under Keel Clearance (Final).pdf |
| **Importance:** | High |

Hello Mr. Powell,

As previously communicated by email, I sent you an email on 02JUN16, but it did not go through for some unknown reason. Additionally, I'm away from Puerto Rico and won't be returning until next Monday. Please find my evaluation below:

I do not have any recommendations or changes to the enclosed drawing. I believe all concerns have been addressed. LNG safety zones are covered by 33 CFR 165, and we utilize 100 yards while the vessel enters and departs the SJ Harbor (moving safety zone), and 50 yards while the vessel is docked to the terminal or facility (fixed safety zone). The regulation has other information, but we are in the process of updating the rule to the information mentioned above. The guidance for under keel clearance for the SJ Harbor is 1 FT for double-hull vessels and 2 FT for single-hull vessels. We have communicated this via a Marine Safety Information Broadcast (MSIB 32-12) which I have included in this email. We are also in the process of updating our MSIB's for the Sector San Juan (Puerto Rico and USVI), the SJ Harbor will not be affected by any of these changes.

Let me know if you have any questions and please accept my apologies for the email mix-up.

Thanks!

Best Regards,

Mr. Efrain Lopez, MNCM
Marine Information Specialist
Waterways Management Division
Prevention Department
USCG Sector San Juan
5 La Puntilla Final
San Juan, PR 00901
  :  (787) 289-2097
Fax: (787)729-2377
24 HR: (787)289-2041
e-mail: efrain.lopez1@uscg.mil

"All our dreams can come true, if we have the courage to pursue them."
Walt Disney

CONFIDENTIALITY NOTICE: This e-mail message, including any attachments is
for the sole use of the intended recipient(s) and may contain sensitive but
unclassified information or Privacy Act Data. Any unauthorized review, use,
disclosure or distribution is prohibited. If you are not the intended
recipient, please immediately contact the sender by reply-e-mail or call by
telephone and destroy all copies of the original message.

WARNING: This document may also contain information classified FOR OFFICIAL
USE ONLY (FOUO). FOUO information is exempt from public release under the
Freedom of Information Act (5 U.S.C. 552). In such a case, the document and
any attachments are to be controlled, stored, handled, transmitted,
distributed, and disposed of in accordance with DHS policy relating to FOUO

# SAN JUAN HARBOR, PUERTO RICO

## INTEGRATED FEASIBILITY STUDY AND ENVIRONMENTAL ASSESSMENT TENTATIVELY SELECTED PLAN (TSP) MILESTONE PRESENTATION

Presented by:

**Tim Murphy**
Deputy District Engineer

**Dick Powell**
Planning Technical Lead

U.S. Army Corps
of Engineers
Jacksonville District

**June 30, 2017**








US Army Corps
of Engineers ®



**NON-FEDERAL SPONSOR**
Puerto Rico Ports Authority

USACE_004036

# ADDITIONAL FUTURE-WITHOUT PROJECT CONSIDERATIONS
## OTHER HARBOR IMPROVEMENTS

### COAST GUARD

- Facilitate safety/reduce congestion
- Coast Guard funded
- Included in USACE Environmental Assessment (EA)
- No benefits claimed by USACE

1) Move Buoys 7 & 9 to the east (non-structural widening measure)

2) Move Buoys R2 & G3 in Army Terminal Channel (non-structural widening measure)

3) Expand & deepen Anchorage Area F to depth of Anegado Channel (USACE-constructed pending Coast Guard rule-making & funding)





CHARRETTE &
SCOPING MEETING
November 4-5, 2015

~63 Charrette participants from USACE, port authority, port users, & resource agencies (Spanish & English)

# PLAN FORMULATION:  ALTERNATIVES MILESTONE MEETING (AMM)

| 1/7/16 | 6/30/17 | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| AMM | TSP | ADM | CWRB | STATE/AGENCY REVIEW | CHIEF'S REPORT | ASA/OMB REVIEW | PED | CONSTRUCT MAINTENANCE |

WE
ARE HERE

## MEASURES

### NON-STRUCTURAL MEASURES

- No-Action
- Non-Structural Measures
  > Relocation of buoys (#7&9)
  > Operational measures – change traffic patterns
  —Use another port — —

### STRUCTURAL MEASURES

- Deepen/widen
- Expand turning basins anchorage areas

### INITIAL SCREENING CRITERIA:

- Project Objectives
- Project Constraints
  ^ Underkeel clearance
  ^ Safety clearances
  ^ Environmental resources
  ^ Cultural resources
  ^ Landside infrastructure



SAN JUAN HARBOR
SEGMENT ALTERNATIVES

## AMM RESULTS

Initial array of alternatives (Phases 1 – 3 & combinations of measures)

## AMM DECISION LOG

- Initial array of alternatives endorsed
- Path forward for continued evaluation & comparison endorsed
- Federal interest confirmed

## APPROVED PATH FORWARD

✓ Vertical Team approval of design vessels
✓ Ship simulation for optimized Federal channel footprint
✓ Environmental & cultural surveys
✓ Approval of environmental model for mitigation costs
✓ Real estate administrative costs (no lands)
✓ Dredging quantities & costs for the alternative deepening/widening plans
✓ Commodity & fleet forecasts
✓ HarborSym economic model for deepening/widening benefits
✓ Net benefits for alternative deepening/widening plans
✓ Tentatively Selected Plan (TSP)

11

US Army Corps
of Engineers



ENGINEERING:  SHIP SIMULATION
& POTENTIAL PROJECT FOOTPRINT

**DESIGN VESSELS**

- Large Panamax Container
  965' LOA   106' Beam
- LR2 Tanker (Future)
  800' LOA   138' Beam
- LNG (Future)
  928' LOA   146'  Beam
- Cruise (Existing & Future)
  1181' LOA  154' Beam

BUOYS

CONTAINER TERMINALS

PETROLEUM TERMINALS

LPG

LNG

RORO

CRUISE

BULK

AUTHORIZED DEPTH

AUTHORIZED VS.
CONSTRUCTED DEPTH

**SAN JUAN HARBOR**

Deepen Cruise Ship
Terminal - recommended
to increase maneuverability
and decrease wait times for
other port users

Move Buoys 7&9
eastward
(non-structural measure
by Coast Guard)

Widen 50'
For Large
Panamax
Vessels

100' Wideners
Widen 50'

Widen 50' + Wideners
for Large Panamax
Vessels

Safety

- Bank Suction Effects
- Strong prevailing
  northeasterly winds
- Widen 50' to west & east
- Needed for LR2 Tankers
  and LNG Vessels

Not to Scale

# ENGINEERING: GEOTECH | DISPOSAL | SEA-LEVEL RISE

**Geotechnical Analysis**
- Sand and clay with limited areas of limestone

**Disposal Options**

1) Offshore Ocean Dredged Material Disposal Site (ODMDS) – sufficient capacity

2) Beneficial Use of Dredged Material: Living Shoreline if rock available from dredging

3) Beneficial Use of Dredged Material: Condado Lagoon seagrass bed restoration

4) Current O&M ~ every 5 – 7 years

**Historic Sea-level Rise Rate**
- 0.0068+/-0.001 feet/year (2016 update)



Offshore ODMDS

~2 miles

13



USACE_004049

# ECONOMIC MODELING APPROACH



**Phase 1:** Army Terminal Channel widening (50 feet on each side) → Transition of fleet to LR2 petroleum tankers & LNG design vessels

Phase 1 selected plan becomes FWOP for Phase 2



**Phase 2:** Deepening in 1-foot increments
- Cut 6 (43-47 feet)
- Anegado Channel (41-45 feet)
- Army Terminal Channel (41-45 feet)
- Army Terminal Turning Basin (41-45 feet)

15

# ECONOMIC MODELING APPROACH



~~Phase 2 selected plan becomes FWOP for Phase 3~~

~~Phase 3: Deepening Graving Dock Turning Basin (36-45 feet) & deepening Graving Dock Channel (40-45 feet).~~

Awaiting LPG terminal operations data

~~Phase 3 selected plan becomes FWOP for Phase 4~~

~~Phase 4: Deepening Puerto Nuevo Channel (40-45 feet).~~

Historical information indicated lack of depth-constrained calls by any vessel & very few large Panamax container vessels
- Existing fleet is not width or depth constrained
- Wideners, widening, nor deepening needed

Phase 2
~~Phase 4~~ selected plan becomes FWOP for Phase 5

Phase 5: Deepening Cruise Ship Turning Basin South of San Antonio Channel & San Antonio Channel to 36 feet





# ECONOMIC MODELING ASSUMPTIONS
## BASE YEAR: 2026

- **NO OVERTAKING EVER** in any part of the harbor (i.e., no passing in same direction)

- ONLY AREA FOR VESSEL MEETING: Between Coast Guard station & Crowley dock), 2 vessels may meet while transiting the channel simultaneously (1 inbound & 1 outbound vessel)

- 300-ft security zone around cruise vessels in transit
- Cruise ships have priority on both arrival & departure

- Anchorage F Coast Guard improvements not included in modeling

- PREPA Docks A & B are aggregated in modeling
- 300-ft safety zone around LPG/LNG tankers in transit

- Puma Caribe, COD East & COD West docks (petroleum tankers) are combined into a single dock in modeling

- COD East & West docks will have depth of 40 feet (equal to Army Terminal Channel & Turning Basin depths) by 2026

17

US Army Corps
of Engineers ®

USACE_004052

## PLAN FORMULATION
## INCREMENTAL ANALYSIS

Tentatively Selected Plan (TSP): Widening of Army Terminal Channel by 100 feet + Deepening of Cut 6 to 46 feet + Anegado through Army Terminal to 44 feet + Deepening of cruise ship Turning Basin East + San Antonio Approach Channel to 36 feet

### PRELIMINARY ECONOMIC ANALYSIS SUMMARY – TSP FOR SAN JUAN HARBOR

| PHASE | DESCRIPTION | ALTERNATIVE | COSTS | EXPECTED VALUE BENEFITS, COSTS, & NET BENEFITS | | | |
|---|---|---|---|---|---|---|---|
| | | | | AAEQ BENEFITS | AAEQ COSTS | AAEQ NET BENEFITS | BCR |
| Phase-1 | Alt 1:Army Terminal Channel 100-foot Widening @ Existing 40-foot Depth* | 100-foot Army Terminal Channel Widener | $ 531,460,000 | $ 73,364,000 | $ 20,168,000 | $ 53,196,000 | 3.6 |
| Phase-2 | Alt 2: Deepen Cut-6 to 2' > Project Depth, Deepen Anegado, Army Terminal Channel and Turning Basin | 41 feet | $ 10,300,000 | $ 247,000 | $ 391,000 | $ (144,000) | 0.6 |
| | | 42 feet | $ 13,890,000 | $ 633,000 | $ 527,000 | $ 106,000 | 1.2 |
| | | 43 feet | $ 17,050,000 | $ 1,042,000 | $ 647,000 | $ 395,000 | 1.6 |
| | | 44 feet | $ 22,270,000 | $ 1,270,000 | $ 845,000 | $ 425,000 | 1.5 |
| | | 45 feet | $ 27,170,000 | $ 1,287,000 | $ 1,031,000 | $ 256,000 | 1.2 |
| Phase-5 | Alt 7: Cruise Ship Basin East & San Antonio Channels Deepening | 36 feet | $ 10,280,000 | $ 1,464,000 | $ 390,000 | $ 1,074,000 | 3.7 |
| TSP - Full Plan | Cut-6 @ 46 feet; Anegado @ 44 feet; 100-foot Army Terminal Channel Widener, 44-foot Army Terminal Channel Deepening; 36-foot San Antonio & Cruise Ship Basin East Deepening* | | $ 576,390,000 | $ 75,988,000 | $ 21,873,000 | $ 54,115,000 | 3.5 |

* Power generation benefits included

US Army Corps
of Engineers ®

# TENTATIVELY SELECTED PLAN

19

## WIDENING
- Widen Army Terminal Channel from 350' to 450' maximum

## DEEPENING (counterclockwise)
- Cut 6 to 46'
- Anegado Channel to 44'
- Army Terminal Channel to 44'
- Army Terminal Turning Basin to 44'
- San Antonio Channel to 36'
- Cruise Ship Basin East to 36'

## COAST GUARD ANCHORAGE AREA F EXPANSION – – –
- A Future Without-Project Condition that will be maintained by USACE once constructed

## CONSTRUCTION
- Mechanical clamshell dredge with bottom-dump barge transport to offshore Ocean Dredged Material Disposal Site (ODMDS)
- ~ 2.1M cubic yards of material

**TOTAL COST: $ 553,198,000**
Total Federal Cost: $ 34,000,000
Total Non-Federal Cost: $ 519,000,000

**AAEQ NET BENEFITS:  $ 54,115,000**
AAEQ Benefits: $ 75,988,000
AAEQ Costs: $ 21,873,000

**BCR: 3.5 at 2.875%**



Not to Scale

USACE_004054