**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

EL PUENTE, et al.,

*Plaintiffs*,

v.

U.S. ARMY CORPS OF ENGINEERS, et al.,

*Defendants*.

Case No.: 1:22-cv-02430-CJN

**JOINT APPENDIX IN SUPPORT OF PARTIES' MOTIONS AND CROSS-MOTIONS FOR SUMMARY JUDGMENT**

**VOLUME 5**

Dated: May 5, 2023

Respectfully submitted,

s/ *Catherine Kilduff*

Catherine Kilduff, DC Bar No. 1026160
Julie Teel Simmonds, DC Bar No. CO0091
Miyoko Sakashita, DC Bar No. CA00061
CENTER FOR BIOLOGICAL DIVERSITY
1212 Broadway, Suite 800
Oakland, CA 94612
(510) 844 - 7100
ckilduff@biologicaldiversity.org
jteelsimmonds@biologicaldiversity.org
miyoko@biologicaldiversity.org

*Attorneys for Plaintiffs El Puente, CORALations, and Center for Biological Diversity*

**INDEX**
**JOINT APPENDIX**

| **VOLUME 1** | | |
|---|---|---|
| **Page Span of Original in AR** | **Page(s) in Appendix** | **Document Description** |
| FWS_00026–FWS_00030 | FWS_00026–FWS_00030 | USFWS response re: supplemental EA and section 7 consultation |
| FWS_00047–FWS_00051 | FWS_00047–FWS_00051 | USFWS concurrence letter to USACE re: Biological Assessment |
| FWS_00052–FWS_00080 | FWS_00052–FWS_00080 | USFWS letter and Final Fish and Wildlife Coordination Act Report |
| FWS_00081–FWS_00085 | FWS_00081–FWS_00085 | Email exchange between USFWS and USACE, with attachment |
| FWS_01345–FWS_01348 | FWS_01345 | Internal FWS email re: Biological Assessment |
| FWS_01349–FWS_01368 | FWS_01349–FWS_01368 | USACE ESA Biological Assessment |
| FWS_01390–FWS_01418 | FWS_01390–FWS_01393 | USFWS letter responding to USACE's Notice of Intent |
| NMFS_00001–NMFS_00003 | NMFS_00001–NMFS_00003 | NMFS memo re: SJH evaluation of new information from Cunning 2019 |
| NMFS_00004–NMFS_00154 | NMFS_00004–NMFS_00154 | ESA Section 7 Biological Opinion |
| NMFS_00157–NMFS_00160 | NMFS_00157–NMFS_00160 | USACE email re: NMFS's request for information re: monitoring and management plan and dredge disposal site |
| NMFS_00169–NMFS_00176 | NMFS_00169–NMFS_00176 | NMFS letter requesting additional information for Biological Opinion |

| VOLUME 2 | | |
|---|---|---|
| **Page Span of Original in AR** | **Page(s) in Appendix** | **Document Description** |
| NMFS_00177–NMFS_00292 | NMFS_00177–NMFS_00292 | USACE letter requesting formal consultation from NMFS and attached biological assessment |
| NMFS_00678–NMFS_00692 | NMFS_00678–NMFS_00692 | Cunning et al. 2019. Extensive coral mortality and critical habitat loss following dredging |
| NMFS_00693–NMFS_00700 | NMFS_00693–NMFS_00700 | Fourney & Figueiredo 2017. Additive negative effects of anthropogenic sedimentation and warming on the survival of coral recruits |
| NMFS_00701-NMFS_00768 | NMFS_00701–NMFS_00768 | Water & Air 2017. Miami Harbor Phase III Dredging Project |
| NMFS_00770-NMFS_00788 | NMFS_00770–NMFS_00788 | Miller et al. 2016. Detecting sedimentation impacts to coral reefs resulting from dredging Port of Miami, Florida USA |
| NMFS_00789–NMFS_00847 | NMFS_00789–NMFS_00847 | NMFS letter and report re: Examination of Sedimentation Impacts to Coral Reef Along the Port of Miami Entrance Channel |
| NMFS_00881-NMFS_00927 | NMFS_00881–NMFS_00927 | Hernandez-Delgado & Rivera. Prelim. Determination of Acroporid Critical Habitats |
| NMFS_00928-NMFS_00967 | NMFS_00928, NMFS_00934–35 | Fourney 2015. Natural vs. Anthropogenic Sedimentation: Does Reducing a Local Stressor Increase Coral Resilience to Climate Change? |
| NMFS_00968-NMFS_00988 | NMFS_00968, NMFS_00969, NMFS_00982 | Jones et al. 2015. Effects of sediments on the reproductive cycle of corals |

| VOLUME 3 | | |
|---|---|---|
| **Page Span of Original in AR** | **Page(s) in Appendix** | **Document Description** |
| USACE_000001–USACE_000003 | USACE_000001–USACE_000003 | Finding of No Significant Impact |
| USACE_000004–USACE_000008 | USACE_000004–USACE_000008 | Chief of Engineer's Report on Feasibility Study |
| USACE_000023–USACE_000024 | USACE_000023–USACE_000024 | EPA letter to USACE re: response to integrated feasibility report and EA |
| USACE_000028–USACE_000217 | USACE_000028–USACE_000217 | Integrated Feasibility Report and EA |
| USACE_000761–USACE_000787 | USACE_000761–USACE_000787 | Feasibility Report and EA - Appendix B - Dredged Material Management Plan |
| USACE_000788–USACE_000883 | USACE_000788–90, USACE_000796–97, USACE_000803–05, USACE_000827, USACE_000867 | Feasibility Report and EA - Appendix C - Economics |
| USACE_000916–USACE_001070 | USACE_000916, USACE_000924–25, USACE_001025–67 | Feasibility Report and EA - Appendix F - NMFS EFH ESA Consultation |

| VOLUME 4 | | |
|---|---|---|
| **Page Span of Original in AR** | **Page(s) in Appendix** | **Document Description** |
| USACE_001110–USACE_001124 | USACE_001110–USACE_001124 | Feasibility Report and EA Appendix I – 404(b)(1) Evaluation |
| USACE_001125–USACE_001283 | USACE_001125–83, USACE_001205–06, USACE_001250–52, USACE_001257, USACE_001280–81 | Feasibility Report and EA Appendix J – Pertinent Correspondence |
| USACE_001284–USACE_001290 | USACE_001284–USACE_001290 | Feasibility Report and EA Appendix K – Condado Lagoon WQC |
| USACE_001337–USACE_001370 | USACE_001337, USACE_001347, USACE_001355–56 | USFS letter to USACE re: Coordination Act Report |
| USACE_001536–USACE_001545 | USACE_001537–38 | DNER letter and chart – Status of Pending Civil Works Projects |
| USACE_001548–USACE_001573 | USACE_001551, USACE_001554, USACE_001558, USACE_001560 | Powerpoint – Feasibility Study and EA Agency Decision Milestone Meeting |
| USACE_001574–USACE_001630 | USACE_001606, USACE_001624 | Report Summary for Integrated Feasibility Report and EA |
| USACE_001646–USACE_001646 | USACE_001646 | Letter to USACE re: finding of no historic properties |
| USACE_001647–USACE_001702 | USACE_001647–49 | Email exchange with USACE & NMFS re: additional information |
| USACE_001703–USACE_001720 | USACE_001703–USACE_001720 | Email and meeting minutes from Nov. 8, 2017 |
| USACE_001721–USACE_001725 | USACE_001721–USACE_001725 | Internal USACE email and revised document draft responses to PREPA |
| USACE_001937–USACE_001967 | USACE_001938–41 | Transcript – Puerto Rico Public Meeting, Aug. 22, 2017 |
| USACE_001968–USACE_001969 | USACE_001968–69 | PR Power Authority letter to USACE re: LNG Receiving, Storage & Gasification Facilities |
| USACE_001970–USACE_002293 | USACE_001970, USACE_002033 | SJH Submerged Cultural Resources Survey, Final Report |
| USACE_002302–USACE_002302 | USACE_002302 | Sierra Club email to USACE re: Q on deadline for public comment |

| Page Span of Original in AR | Page(s) in Appendix | Document Description |
|---|---|---|
| USACE_002303–USACE_002303 | USACE_002303 | Letter to USACE re: review of submerged cultural resources survey |
| USACE_002304–USACE_002305 | USACE_002304–05 | PR Power Authority letter re: request for information |
| USACE_002306–USACE_002318 | USACE_002306, USACE_002310, USACE_002313–16 | CBD email and comments re: EA and FONSI |
| USACE_002319–USACE_002323 | USACE_002319–USACE_002323 | USACE News Release |
| USACE_002324–USACE_002457 | USACE_002324–25, USACE_002397, USACE_002409–11, USACE_002455 | Santiago email and informational documents re: LNG deliveries to Puerto Rico |
| USACE_002458–USACE_002508 | USACE_002458–USACE_002508 | Transcript – Puerto Rico Public Meeting, Aug. 22, 2017 |
| USACE_002514–USACE_002521 | USACE_002514–18 | USACE email to Santiago re: requested letters |
| USACE_002530–USACE_002535 | USACE_002530–31 | USACE letter to public re: draft Feasibility Study and EA public comment opportunity |
| USACE_002538–USACE_002558 | USACE_002538–USACE_002558 | USACE email to USFW sending ESA Biological Assessment |
| USACE_002559–USACE_002789 | USACE_002559, USACE_002636, USACE_002643, USACE_002661, USACE_002672 | SJH Draft Feasibility Study and EA |
| USACE_003450–USACE_003465 | USACE_003450, USACE_003456, USACE_003469–70 | USACE letter to NMFS requesting consultation, with attachment (Draft Report and EA – Appendix F) |
| USACE_003566–USACE_003597 | USACE_003566, USACE_003590 | Draft Fish and Wildlife Coordination Act Report |
| USACE_003822–USACE_003835 | USACE_003822, USACE_003832 | 404(b)(1) Evaluation (Draft Report and EA – Appendix J) |
| USACE_003836–USACE_003844 | USACE_003836–USACE_003844 | Memo for Record re: NEPA determination (Draft Report and EA – Appendix K) |
| USACE_003845–USACE_003942 | USACE_003907 | USACE letter to Coast Guard requesting review of drawing and transmission of LNG regulations |
| USACE_003845–USACE_003942 | USACE_003910 | Email from Coast Guard re: review of drawing and LNG regulations |
| USACE_004017–USACE_004075 | USACE_004036, USACE_004044–54 | Powerpoint – Tentatively Selected Plan Milestone Presentation |

| VOLUME 5 | | |
|---|---|---|
| **Page Span of Original in AR** | **Page(s) in Appendix** | **Document Description** |
| USACE_004076– USACE_004192 | USACE_004076–78, USACE_004084, USACE_004096, USACE_004106–20, USACE_004128, USACE_004132–33, USACE_004138–39 | Email to NOAA re: ESA Consultation, with Biological Assessment and Cover Letter |
| USACE_004220– USACE_004304 | USACE_004220, USACE_004240 | Report Summary for Feasibility Report and EA (revised 6-16-17) |
| USACE_004220– USACE_004304 | USACE_004264, USACE_004272 | Powerpoint – Tentatively Selected Plan Milestone Presentation |
| USACE_005669– USACE_005672 | USACE_005669– USACE_005672 | Public Notice – Cataño Oil Dock, Application No. SAJ-2010-03574 |
| USACE_005673– USACE_005683 | USACE_005673, USACE_005677 | Final Meeting Minutes – Team Update on Preliminary Quantities/Costs Results |
| USACE_005753– USACE_005761 | USACE_005753, USACE_005759 | USACE Memo for the Record re: Determination of NEPA Documentation |
| USACE_005762– USACE_005765 | USACE_005762– USACE_005765 | Public Notice – San Antonio Channel, Application No. SAJ-2002-07089 |
| USACE_005766– USACE_005769 | USACE_005766– USACE_005769 | Public Notice – Pier 3 Old San Juan, Application No. SAJ-1997-06893 |
| USACE_005770– USACE_005773 | USACE_005770– USACE_005773 | Public Notice – Pier 4 Old San Juan, Application No. SAJ-2001-06025 |
| USACE_005811– USACE_005822 | USACE_005811, USACE_005815 | Final Meeting Minutes – Team Update on Environmental Resource Surveys |
| USACE_006225– USACE_006228 | USACE_006225 | USACE email re: Feasibility Study Design Vessels for Ship Simulation |
| USACE_006234– USACE_006265 | USACE_006235–39 | 81 Fed. Reg. 51,694 (Aug. 4, 2016), Guidance for Assessing Effects of Anthropogenic Sound |
| USACE_006501– USACE_006501 | USACE_006501 | EPA letter to USACE re: ocean dredged material disposal site |
| USACE_006511– USACE_006520 | USACE_006511–18 | Final Meeting Minutes (PREPA – LNG Terminal) |
| USACE_006717– USACE_006717 | USACE_006717 | USACE letter to EPA re: MPRSA Section 103 Sediment Testing and Analysis |

| Page Span of Original in AR | Page(s) in Appendix | Document Description |
|---|---|---|
| USACE_006722–USACE_006880 | USACE_006722–USACE_006880 | Final Report – SJH MPRSA Section 103 Sediment Testing and Analysis |
| USACE_007012–USACE_007014 | USACE_007012–13 | Email to agencies re: pilots' areas of concerns, with attached map |
| USACE_007018–USACE_007172 | USACE_007018, USACE_007035–36 | Miami Harbor Phase III Quantitative Post-Construction Analysis |
| USACE_007241–USACE_007242 | USACE_007241–USACE_007242 | Park Service letter to USACE re: comments on notice to prepare EIS |
| USACE_007243–USACE_007244 | USACE_007243–USACE_007244 | Project Fact Sheet in Spanish for Public Scoping Meeting |
| USACE_007577–USACE_007577 | USACE_007577 | 80 Fed. Reg. 60,657 (Oct. 7, 2015), Notice of Intent to Prepare EIS |
| USACE_007578–USACE_007581 | USACE_007579–80 | USACE letter initiating scoping process for EIS |
| USACE_007585–USACE_007653 | USACE_007585, USACE_007600 | Powerpoint – PR Electric Power Authority Integrated Resource Plan |
| USACE_008031–USACE_008062 | USACE_008031, USACE_008041–43 | Galway Energy Advisors – LNG and Natural Gas Delivery Options Evaluation |
| USACE_009002–USACE_009012 | USACE_009002, USACE_009008 | Species of Special Conservation Concern: Colonial Nesting Seabirds Guild |
| USACE_009293–USACE_009565 | USACE_009294, USACE_009562 | 79 Fed. Reg. 53,852 (Sept. 10, 2014), Final Listing Determinations |
| USACE_010316–USACE_010356 | USACE_010316, USACE_010336 | Biological Assessment for Impacts Associated with the Isla Grande Terminal Improvements |
| USACE_012229–USACE_012257 | USACE_012229 | Erftemeijer et al. 2012. Environmental Impacts of Dredging & Other Sediment Disturbances |

| VOLUME 6 | | |
|---|---|---|
| **Page Span of Original in AR** | **Page(s) in Appendix** | **Document Description** |
| USACE_013098–USACE_013148 | USACE_013098–USACE_013148 | EPA Letter and Site Management and Monitoring Plan |
| USACE_013195–USACE_013204 | USACE_013195–98 | NOAA letter re: Site Monitoring and Management Plan |
| USACE_013664–USACE_013988 | USACE_013664, USACE_013740 | Recovery Plan for NW Atlantic Population of Loggerhead Sea Turtle |
| USACE_013989–USACE_014019 | USACE_013989 | 73 Fed. Reg. 72,210 (Nov. 26, 2008), Critical Habitat for Elkhorn and Staghorn Corals |
| USACE_014399–USACE_014484 | USACE_014399, USACE_014436, USACE_014440 | West Indian Manatee 5-Year Review |
| USACE_014507–USACE_014718 | USACE_014507–631 | USACE Hydraulic Design of Deep-Draft Navigation Projects |
| USACE_015048–USACE_015249 | USACE_015048, USACE_015089 | Atlantic *Acropora* Status Review |
| USACE_017459–USACE_017473 | USACE_017459, USACE_017470 | Kleypas 1996. Coral reef development under naturally turbid conditions |
| USACE_019129–USACE_019205 | USACE_019129, USACE_019173–93 | Framework for Assessing Need for Seasonal Restrictions on Dredging & Disposal Operations |

| VOLUME 7 | | |
|---|---|---|
| **Page Span of Original in AR** | **Page(s) in Appendix** | **Document Description** |
| USACE_019590– USACE_019693 | USACE_019590–693 | Final EIS for Designation of Ocean Dredged Material Disposal Sites |
| USACE_021462– USACE_021500 | USACE_021462, USACE_021474 | Powerpoint – Update on Dredging Impacts on Sea Turtles in SE USA |
| USACE_021539– USACE_021540 | USACE_021539–40 | LNG World News. New Fortress Energy breaks ground for SJ micro fuel-handling facility |
| USACE_021667– USACE_021713 | USACE_021667, USACE_21684, USACE_021697–700 | Draft Supplemental EA – Seagrass Mitigation, Additional Sand Source |
| USACE_022631– USACE_022726 | USACE_022631, USACE_22646–48, USACE_022696–97, USACE_022715–16 | Final Feasibility Report and EA – Appendix C – Economics |
| USACE_022968– USACE_023126 | USACE_023121–24 | Power Authority letter re: LNG receiving, storage, & gasification facilities |
| USACE_024430– USACE_024433 | USACE_024430–33 | Finding of No Significant Impact – Seagrass Mitigation, Additional Sand Source |
| USACE_024434– USACE_024693 | USACE_024434, USACE_024439–49, USACE_024467, USACE_024470–76, USACE_024477, USACE_024518, USACE_024636, USACE_024688–93 | Final Supplemental EA – Seagrass Mitigation, Additional Sand Source (Jan. 2023) |
| USACE_024694– USACE_024695 | USACE_024694–95 | USACE Letter to PR Point Sources Permit Division Re: Water Quality Certification |
| USACE_024709– USACE_024717 | USACE_024709, USACE_024715 | NMFS Letter to EPA Re: Consultation on Site Management and Monitoring Plan |
| USACE_024893– USACE_024894 | USACE_024893–94 | DNER Letter to USACE Re: Water Quality Certification |
| USACE_025892– USACE_025927 | USACE_025892–927 | EPA Letter Re: Ocean Dredged Material Disposal and Memo Re: Review of Compliance |
| USACE_025928– USACE_025971 | USACE_025928, USACE_025946 | Powerpoint – SJH Construction Dredging 44-Foot & 36-Foot Project, Condado Lagoon |
| USACE_026782– USACE_026790 | USACE_026783, USACE_026789 | San Juan Bay Nat'l Estuary Program Email to Planning Board Re: Consistency Certification |

| Page Span of Original in AR | Page(s) in Appendix | Document Description |
|---|---|---|
| USACE_026791–USACE_026799 | USACE_026794–96 | Response Enclosure |
| USACE_026800–USACE_027394 | USACE_026917, USACE_026919 | Gerstein & Blue 2016. Underwater noise and zones of masking with respect to hopper dredging and manatees |
| USACE_026800–USACE_027394 | USACE_026938, USACE_026941–44 | Hieb et al. 2021. In-Water Bridge Construction Effects on Manatees |
| USACE_026800–USACE_027394 | USACE_027142 | Toscano & Murena 2019. Atmospheric ship emissions in ports |
| USACE_028572–USACE_028579 | USACE_028572–79 | DNER Letter to USACE Re: Water Quality Certificate |
| USACE_028611–USACE_028626 | USACE_028611, USACE_28616, USACE_28620 | Santiago email to USACE with comments from El Puente et al. on Draft Supplemental EA |
| USACE_028640–USACE_028651 | USACE_028641, USACE_028648–49 | Environmental Law Clinic of Univ. of PR – comments on Draft Supplemental EA |
| USACE_028748–USACE_028839 | USACE_028783, USACE_028793 | Site Management and Monitoring Plan (Draft) |

| VOLUME 8 | | |
|---|---|---|
| **Page Span of Original in AR** | **Page(s) in Appendix** | **Document Description** |
| USACE_029564–USACE_029695 | USACE_029564–695 | Draft Supplemental EA and Proposed Finding of No Significant Impact |
| USACE_029806–USACE_029806 | USACE_029806 | USACE letter to EPA requesting concurrence for ocean disposal |
| USACE_029807–USACE_029948 | USACE_029807–948 | Final MPRSA Section 103 Sediment Characterization Testing and Analysis |
| USACE_030374–USACE_030374 | USACE_030374 | OMB letter to Army re: submission to Congress |

| | |
|---|---|
| **From:** | DeMarco, Paul M CIV USARMY CESAJ (US) |
| **To:** | "Kelly Logan - NOAA Federal"; "Mark Lamb - NOAA Federal" |
| **Cc:** | Spinning, Jason J CIV USARMY CESAJ (US); Ralph, Gina P CIV USARMY CESAJ (US); Powell, Richard B Jr CIV USARMY CESAJ (US); Scerno, Deborah H CIV USARMY CESAD (US) |
| **Subject:** | San Juan Harbor Improvements Study Biological Assessment and cover letter |
| **Date:** | Friday, July 14, 2017 1:38:23 PM |
| **Attachments:** | NMFS_ESA_Consult_San_Juan_Harbor_Improvements.pdf |
| **Importance:** | High |

Good afternoon Kelly, attached please find the biological assessment and cover letter for the San Juan Harbor Improvements Study. We will FedEx a hardcopy to Mr. Bernhardt Monday. Please let me know if you have any immediate questions and I look forward to working with you on this consultation.

Paul DeMarco
Biologist
Corps of Engineers - SAD
Jacksonville District
Planning and Policy Division
701 San Marco Blvd - P.O. Box 4970
Jacksonville, FL 32232
904-232-1897 (phone)
904-232-3442 (fax)
Paul.M.DeMarco@usace.army.mil



**DEPARTMENT OF THE ARMY**
**JACKSONVILLE DISTRICT CORPS OF ENGINEERS**
**701 SAN MARCO BOULEVARD**
**JACKSONVILLE, FLORIDA 32207-0019**

REPLY TO
ATTENTION OF

Planning and Policy Division
Environmental Branch

JUL 14 2017

Mr. David Bernhart
Assistant Regional Administrator
Protected Resources
National Marine Fisheries Service
263 13th Avenue South
St. Petersburg, Florida 33701-5505

Dear Mr. Bernhart:

In accordance with provisions of Section 7 of the Endangered Species Act, as amended, the U.S. Army Corps of Engineers (Corps), Jacksonville District is hereby initiating formal consultation with National Marine Fisheries Service on the proposed deepening and widening of the Federal San Juan Harbor navigation project in Puerto Rico (Figure 1). The Corps has conducted a National Environmental Policy Act assessment to evaluate potential effects on the human environmental associated with this proposed action. Currently, the tentatively selected plan (TSP) consists of widening and deepening to 44 feet (plus 1-foot required and 1-foot allowable overdepth) with placement of approximately 2.0 million cubic yards of dredged material in the existing Ocean Dredged Material Disposal Site (refer to enclosure for details). The widening (50 feet on either side) would occur along the Army Terminal channel. Completion of the dredging project may employ hydraulic hopper and/or cutterhead dredges and/or mechanical clamshell/excavator dredges.

Enclosed please find the Corps biological assessment of potential effects of the proposed project on listed species under your purview in the action area. In addition to our request for formal consultation for sea turtles, we also request written concurrence with our may effect, not likely to adversely affect determinations for whales, fish, and corals.

Pursuant to the Endangered Species Act, as amended, please indicate within 30 days of the date of this letter your determination of completeness of the biological assessment. In addition, the Corps requests a copy of the draft biological opinion for review as allowed under 50 CFR 402.14(g)(5) within 90 days of determination of completeness and delivery of the final biological opinion 45 days later.

If you have any questions, please contact Mr. Paul DeMarco at 904-232-1897 or by email at Paul.M.DeMarco@usace.army.mil.

Sincerely,

Gina Paduano Ralph, Ph.D.
Chief, Environmental Branch

Enclosure



*Figure 2 - M/V Sergo Zakariadze Grounding – November 1999 (U.S. Coast Guard)*

*Figure 3 - Unknown Ship Grounding Northwest side of Entrance Channel October 2003*

**Project Location**

SJH is located on the northeast coast of the Commonwealth of Puerto Rico (Figure 4). The Commonwealth's cruise ships, containerized cargo, dry bulk grains, general cargo including automobiles, and petroleum products pass through SJH. The entrance channel accesses the Atlantic Ocean to the north between Isla de Cabras and Old San Juan.

NMFS has previously consulted on this action, making a determination that the restoration "may affect, but is not likely to adversely affect" listed species under NMFS jurisdiction in the project area (NMFS 2014c). The Corps incorporates this determination into this consultation and no additional analysis regarding this aspect of the project will be included with this Biological Assessment.

**Transportation Methodology – Hopper Dredges, Tugs/Scows, and Barges**

Depending on the dredging and disposal site conditions, as a component of hydraulic and mechanical dredging operations, accompanying equipment such as tugs and barges (hopper, scow, spider barge, etc.) may be used in association with dredging activity in order to transport the dredged material to the pre-determined disposal sites. Methods of transporting dredged material to disposal sites include self-propelled transport via hopper dredges or towing/pushing of loaded barges to disposal sites via tugboats. Tugboats are a component of all dredging operations and may be used to move immobile equipment into place as well as towing loaded barges to the disposal sites. Hopper dredges or bucket and barge operations are often used when disposal areas are beyond the pumping distance of pipeline dredges considering that hopper dredges and barges can transport material over long distances to the placement/disposal sites. Depending on a myriad of factors such as the type of dredged material, cubic yardage to be dredged, barge capacity, overflow capability, distance of the placement/disposal site, weather, etc., there may be types of dredges that consistently rotate from the dredge site to the placement/disposal site to achieve maximum efficiency and productivity. The number of hopper loads or barges towed, the transport interval, and the speed to the placement/disposal site will vary depending on these factors.

Hopper/scow locations are monitored at all times via the Dredging Quality Management (DQM) system and the contractor can be penalized for violating the specifications. The ullage (loaded draft) of each scow is recorded approximately every 30-seconds to determine if there is any loss of material from the scow during transit. This data is reviewed after each load by the contractor and the Corps/EPA and if a barge has a net loss of more than one foot in draft between the dredge site and disposal site(s) (averaged between the bow and stern monitoring locations), this serves as a "red flag" to conduct an investigation as to why the draft loss occurred. If the draft loss can be determined due to high seas and sloshing of material, no other action is required. However, if the loss is not as a result of high seas and sloshing, the barge is temporarily removed from the rotation and has the seals tested and repaired (if necessary). If a particular barge demonstrates a trend of material loss that does not resolve itself after seal testing and repair, the barge is removed from the dredging operation. One-foot of loss has been determined by Corps and EPA to be a good threshold for notification, because all barges have some amount of draft loss through leakage or water sloshing out of the barge due to sea conditions and weather, although the amount is typically minimal.

Critical Habitat

On 2 September 1998, NMFS published the final rule for critical habitat designation for the green sea turtle (63 FR 46693). The geographic limits of critical habitat, designated by the NMFS as habitat necessary for the continued survival and recovery of green turtles in the region, includes the waters surrounding Culebra, Mona, and Monito Islands, Puerto Rico extending seaward 3 nm (5.6 km) from the mean high water line of Culebra Island, Puerto Rico. The designation includes Culebra’s outlying Keys (Cayo Norte, Cayo Ballena, Cayos Geniquı´, Isla Culebrita, Arrecife Culebrita, Cayo de Luis Pen˜ a, Las Hermanas, El Mono, Cayo Lobo, Cayo Lobito, Cayo Botijuela, Alcarraza, Los Gemelos, and Piedra Steven). Culebra Island lies approximately 16 nm (29.7 km) east of the northeast coast of mainland Puerto Rico and is not in the project area.

**Corals**

The ESA defines a species as "any subspecies of fish or wildlife or plants, and any distinct population segment of any species or vertebrate fish or wildlife which interbreeds when mature." The Act specifically limits a species to a population of a vertebrate fish or wildlife. A DPS is the smallest division of a taxonomic species permitted to be protected under the ESA. Three elements are considered in a decision regarding the status of a possible DPS as endangered or threatened under the Act. These are applied similarly for addition to the lists of endangered and threatened wildlife and plants, reclassification, and removal from the lists:

1. *Discreteness* of the population segment in relation to the remainder of the species to which it belongs;

2. The *significance* of the population segment to the species to which it belongs; and

3. The population segment’s conservation *status* in relation to the Act’s standards for listing (i.e., is the population segment, when treated as if it were a species, endangered or threatened?).

In their final Rulemaking for DPS’ [61 FR 4722, Feb 7, 1996], NMFS and USFWS address the following comment, "*The authority to address DPS’ should be extended to plant and invertebrate species*." And the response offered states, "*The Services recognize the inconsistency of allowing only vertebrate species to be addressed at the level of DPS, and the findings of the NRC committee also noted that such recognition would be appropriate for other species. Nevertheless, the Act is perfectly clear and unambiguous in limiting this authority. This policy acknowledges the specific limitations imposed by the Act on the definition of “species*.”

All of the corals discussed in this consultation are invertebrates and their status must be assessed throughout the entirety of their range. In addition, this information must be the basis on which a jeopardy determination is made.

All seven of the listed corals are found in the Caribbean and have the potential to be found on the hardbottom habitats near and surrounding the entrance to San Juan Harbor, as all seven have been documented on the island. A significant review of the life history for all seven species is included in the 2012 NMFS status review for the proposed species and is cited as "Brainard, *et al* 2011" and is incorporated by reference.

***Staghorn and Elkhorn Corals***

Staghorn (*Acropora cervicornis*) and Elkhorn (*Acropora palmata*) corals were listed as threatened under the ESA on May 9, 2006, (71 FR 26852) based on a status review completed by NMFS in March 2005 (70 FR13151). NMFS published a "4D" rule for these *Acropora* species on October 29, 2008 (73 FR 64264) providing a list of activities that would result in "take" as defined by the ESA. NMFS completed a recovery plan for the species in March 2015.

***Staghorn coral - Acropora cervicornis***

*Figure 16 - Final Report for the 30-Day Post-Relocation Monitoring Survey for Acropora cervicornis Associated with the Miami Harbor Construction Dredging (Phase 3) Project; Figure 4*

A review of the range-wide status of *Acropora cervicornis* is included in the "Atlantic Acropora Status Review (ABRT 2005) and is incorporated here by reference.

In the proposed rule for the new corals, NMFS also proposed to uplist *A. cervicornis* from threatened to endangered (NMFS 2012). However, in the final rule (NMFS 2014a), NMFS found that based on the species "*spatial and demographic traits to moderate or exacerbate its vulnerability to extinction…"* Additionally:

> *Although localized mortality events have continued to occur, percent benthic cover and proportion of reefs where A. cervicornis is dominant have remained stable over its range since the mid-1980s.*

*Its absolute population abundance has been estimated as at least tens of millions of colonies in the Florida Keys and Dry Tortugas combined and is higher than the estimate from these two locations due to the occurrence of the species in many other areas throughout its range… Its abundance and life history characteristics, combined with spatial variability in ocean warming and acidification across the species' range, moderate vulnerability to extinction because the threats are non-uniform, and there will likely be a large number of colonies that are either not exposed or do not negatively respond to a threat at any given point in time.*

*Acropora cervicornis is distributed throughout the Caribbean, in the southwestern Gulf of Mexico, and in the western Atlantic.*

*There is no evidence of range constriction, though loss of Acropora cervicornis at the reef level has occurred (Acropora Biological Review Team, 2005).*

*Veron (2014) confirms the presence of Acropora cervicornis in seven out of a potential 11 ecoregions in the western Atlantic and greater Caribbean that are known to contain corals. The four ecoregions in which it is not found are the Flower Garden Banks and off the coasts of Bermuda, Brazil, and the southeast U.S. north of south Florida.*

*Acropora cervicornis was observed in 21 out of 301 stations between 2011 and 2013 in stratified random surveys designed to detect Acropora colonies along the south, southeast, southwest, and west coasts of Puerto Rico, and it was observed at an additional 16 sites outside of the surveyed area (García Sais et al., 2013). The largest colony was 60 cm, and density ranged from 1 to 10 colonies per 15 m2 (García Sais et al., 2013).*

*Across the Caribbean, percent cover appears to have remained relatively stable since the population crash in the 1980s.*

*Supplemental information we found on Acropora cervicornis abundance and population trends includes the following. Acropora cervicornis was observed in 21 out of 301 stations between 2011 and 2013 in stratified random surveys designed to detect Acropora colonies along the south, southeast, southwest, and west coasts of Puerto Rico, and it was observed at an additional 16 sites outside of the surveyed area (García Sais et al., 2013).*

*New information we found on population trends includes the following. A report on the status and trends of Caribbean corals over the last century indicates that cover of Acropora cervicornis has remained relatively stable (though much reduced) throughout the region since the large mortality events of the 1970s and 1980s. The frequency of reefs at which Acropora cervicornis was described as the dominant coral has remained stable.*

Based on all of this information, NMFS chose not to uplist the species to endangered.

Site specific coral surveys have not been completed. Much of the area is inhospitable to divers due to strong currents and high wave conditions. This is particularly true at the eastern and western sides of the outer entrance channel. The Corps was unable to locate coral survey documents for the general project area.

***<u>Elkhorn coral - Acropara Palmata</u>***

*Figure 17 - Acropora Palmata at Isla Verde Marine Reserve. 2016 Annual Report*

A review of the rangewide status of *Acropora palmata* is included in the "Atlantic Acropora Status Review (ABRT 2005) and is incorporated here by reference.

In the proposed rule for the new corals, NMFS also proposed to uplist *A. palmata* from threatened to endangered (NMFS 2012). However, in the final rule (NMFS 2014a), NMFS found that based on the species "*spatial and demographic traits to moderate or exacerbate its vulnerability to extinction…"* Additionally:

> *Acropora palmata is distributed throughout the western Atlantic, Caribbean, and Gulf of Mexico. The northern extent of the range in the Atlantic is Broward County, Florida where it is relatively rare (only a few known colonies), but fossil A. palmata reef framework extends into Palm Beach County, Florida. There are two known colonies of A. palmata, which were discovered only recently in 2003 and 2005, at the Flower Garden Banks, located 161 km off the coast of Texas in the Gulf of Mexico (Zimmer et al., 2006).*
>
> *There is no evidence of overall range constriction from the mass mortalities, but local extirpations are likely (Jackson et al., 2014), resulting in a reduction of absolute range size.*
>
> *Veron (2014) confirms the occurrence of A. palmata in eight of a potential 11 ecoregions in the western Atlantic and wider-Caribbean that are known to*

*contain corals. The three ecoregions in which A. palmata is not found are off the coasts of Bermuda, Brazil, and the southeast U.S. north of south Florida.*

*Puerto Rico contains the greatest known extent of A. palmata in the U.S. Caribbean. Between 2006 and 2007, a survey of 431 random points in habitat suitable for A. palmata in six marine protected areas in Puerto Rico revealed a variable density of zero to 52 A. palmata colonies per 100 m2 (0.52 colonies per m2), with average density of 3.3 colonies per 100 m2 (0.03 colonies per m2). Total loss of A. palmata was evidenced in 13.6 percent of the random survey areas where only dead standing colonies were present (Schärer et al., 2009).*

*In stratified random surveys along the south, southeast, southwest, and west coasts of Puerto Rico designed to locate Acropora colonies, A. palmata was observed at five out of 301 stations with sightings outside of the survey area at an additional two stations (García Sais et al., 2013). Acropora palmata colonies were absent from survey sites along the southeast coast. Maximum density was 18 colonies per 15 m2 (1.2 colonies per m2), and maximum colony size was 2.3 in diameter (García Sais et al., 2013).*

*Several studies describe A. palmata populations that are showing some signs of recovery or are in good condition including in the Turks and Caicos Islands (Schelten et al., 2006), U.S. Virgin Islands (Grober-Dunsmore et al., 2006; Mayor et al., 2006; Rogers and Muller, 2012), Venezuela (Zubillaga et al., 2008), and Belize (Macintyre and Toscano, 2007).*

*Extrapolated population estimates of A. palmata from stratified random samples across habitat types in the Florida Keys were 0.6 ± 0.5 million (SE) colonies in 2005, 1.0 ± 0.3 million (SE) colonies in 2007, and 0.5 ± 0.3 million colonies in 2012. Because these population estimates are based on random sampling, differences between years may be a function of sampling effort rather than an indication of population trends.*

Based on all of this information, NMFS chose not to uplist the species to endangered. It is known that *Acropora palamata* is located as close as one mile to the east of the entrance channel at the Isla Verde Marine Reserve. There are no known records of the species on the reef habitat to the west, which is high energy reef environment.

***Critical Habitat***
On November 26, 2008, NMFS published a final rule in the Federal Register (73 FR 72210) to designate critical habitat for elkhorn and staghorn corals. Four specific areas were designated, including: the Florida unit (approximately 1,329 square miles of marine habitat); the Puerto Rico unit (approximately 1,383 square miles of marine habitat) (Figure 18); the St. John/St. Thomas unit (approximately 121 square miles of marine habitat); and the St. Croix unit (approximately 126 square miles of marine habitat).

> *Puerto Rico Area: All areas surrounding the islands of the Commonwealth of Puerto Rico, 98 ft (30 m) in depth and shallower, seaward of the COLREGS line (see 33 CFR 80.738).*

*Figure 18 - Puerto Rico Area of Designated Critical Habitat for Acropora sp.*

33 CFR 80.738 states:

> *(a) Except inside lines specifically described in this section, the 72 COLREGS shall apply on all other bays, harbors and lagoons of Puerto Rico and the U.S. Virgin Islands.*
>
> *(b) A line drawn from Puerto San Juan Light to position18°28.5' N., 066°08.4' W, at the northwest extent of Isla de Cabras across the entrance of San Juan Harbor.*

This means that the portion of the harbor that is inside San Juan Bay is not DCH for *Acropora* species. Additionally, NMFS has excluded "federally authorized and constructed channels and harbors" from designation as critical habitat. SJH is included in this exclusion.

NMFS has defined *Acropora* sp. critical habitat to be ''*substrate of suitable quality and availability*'' equivalent to consolidated hardbottom or dead coral skeleton that is free from fleshy macroalgae cover and sediment cover. (NMFS 2008b). Based on the status

review and final critical habitat designation, NMFS has determined that any hardground habitat located in the Puerto Rico in waters less than 30 meters deep, beyond the COLREGS line (outside of the harbor entrance) have the potential to support either of the *Acropora* species (NMFS 2005). The final critical habitat determination identifies that the primary constituent elements (PCEs) for the continued survival of Acroporid species (NMFS 2008b). The closest hardbottom/reef habitat that may have the necessary PCEs is 1,700 feet to the west of the channel, denoted by the orange arrow (Figure 19).

*Figure 19 - Mapped hardbottom and reef habitat in the vicinity of the San Juan Harbor- the yellow line is the COLREGS line. Habitats inside the line within the bay are not considered critical habitat for Acropora spp.*

NOAA 2001 Benthic Habitat Classification System shows an area of colonized pavement on the western side of the channel (the light green); and linear reef/reef crest in the dark grey (Figure 20). The target on the light green is a sample site # 19 from Zimmerman et al. (1980) (Figure 21 and Figure 22), which lists that habitat as sand and rubble. Sand and rubble are not characteristic of colonize pavement. The NOAA dataset is based on remotely sensed imagery that is then classified into different habitats by visual inspection of the imagery, followed by ground validation of some areas utilizing underwater video, free diving, snorkeling and surface observations. The final product went through peer review prior to finalization (NOAA 2012). It is unknown if NOAA did

field verification of the habitats near Isla de Cabras. There are some areas of Isla de Carbas may accessible by divers, but internet searches has not led to any photos or video of dives conducted on those habitats. Historic aerial photographs from 1994 to 2017, available on Google Earth, show that this area is a high energy area with significant wave action, which may limit the ability for divers to survey.

*Figure 20 - NOAA 2001 Habitat Classification Layer of San Juan Harbor Entrance Channel*

Additional review of existing benthic surveys conducted by Zimmerman et al. (1980) demonstrate that a significant area east of the channel is sand, shell and rubble with very limited exposed rock for corals to colonize (Figure 21 and Figure 22). The Corps is unaware of any additional benthic surveys in the project area.



*Figure 21 - Substrate type station locations for Western San Juan Bay from Zimmerman et al. 1980*

## Appendix I. Zimmerman, *et al*, 1980 substrate data.

Benthic substrate in Western San Juan Bay compiled from Fig. 12 in Zimmerman, *et al*, 1980. Geographic position in degrees and decimal degrees.

| Station | Latitude N | Longitude W | Bottom substrate |
|---|---|---|---|
| 1 | 18.460628 | 66.132743 | Sand |
| 2 | 18.461763 | 66.133646 | Sand/Rubble |
| 3 | 18.462841 | 66.13413 | Sand/Shell |
| 4 | 18.463709 | 66.134756 | Rubble |
| 5 | 18.464494 | 66.135359 | Shell/Sand |
| 6 | 18.46588 | 66.136226 | Sand |
| 7 | 18.464448 | 66.13793 | Sand |
| 8 | 18.463359 | 66.136526 | Sand/Shell |
| 9 | 18.462248 | 66.135205 | Sand/Shell |
| 10 | 18.460249 | 66.135308 | Rock |
| 11 | 18.459033 | 66.134089 | Sand |
| 12 | 18.457278 | 66.132628 | Sand |
| 13 | 18.456479 | 66.131293 | Mud/Rock |
| 14 | 18.459203 | 66.131582 | Sand/Shell |
| 15 | 18.460823 | 66.129756 | Sand |
| 16 | 18.462977 | 66.130828 | Rubble |
| 17 | 18.463736 | 66.131954 | Rubble |
| 18 | 18.465411 | 66.132973 | Rubble |
| 19 | 18.466208 | 66.13458 | Sand/Rubble |
| 20 | 18.459986 | 66.136703 | Sand/Shell |
| 21 | 18.462081 | 66.137397 | Sand/Rock |
| 22 | 18.463618 | 66.137682 | Sand/Shell |
| 23 | 18.458413 | 66.135811 | Sand/Shell |
| 24 | 18.458953 | 66.129464 | Rubble |

*Figure 22 - Substrate Data - Zimmerman et al, 1980; From NMFS 2016*

**Newly Listed Corals**

"Biology and Ecology of Puerto Rican Coral Reefs" (Ballantine et al. 2008) provides a list of 69 shallow-water scleractinian corals that are known to be in Puerto Rican waters, including all five of the newly listed corals. In general, the northern coast reefs are:

> *…dominated by macroalgae, with low abundances of scleractinian corals (1-5% cover) such as Porities asteroides, Dichocoenia stokesii, Diploria strigosa, D. clivosa, Meandrina meandrites, Oculina diffusa and Cladocora arbuscula. Large oceanic swells are undoubtedly a major causal factor…. In addition, Kaye (1959) attributes the absence of coral reefs to the lack of platforms raised above the bottom indicating that smothering of sessile fauna by wave-related sediment transport (bedload) is a contributing factor…. The high levels of sediment are demonstrated in aerial photographs of the harbor and surrounding area.*

Examples of this large sediment load are seen during rain events where large amounts of terrigenous sediments enter San Juan bay and surrounding waters (Figure 23) from the large flood control project located in the embayment to the west of the harbor, and from the Rio de Bayamon on the west side of the harbor, south of Isla de Cabras.

*Figure 23 - October 2004 Aerial Photo of Sediment Input to Marine Environment from Upland Sources (Google Earth).*

Although the newly listed species are not included in the list provided by Ballantine et al. (2008) for northern coral species, this does not limit the species of stony coral found on the northern shore of Puerto Rico, and may include the five newly listed species.

***Pillar coral - Dendrogyra cylindrus***

*Figure 24 - Brainard et al. 2011. Figure 6.3.2*

Based on available data sources documenting corals, *Dendrogyra* is assumed to be in Puerto Rico and thus may be in the project area.

As stated in Brainard et al. (2011)

> *Dendrogyra cylindrus "is restricted to the west Atlantic where it is present throughout the greater Caribbean but is one of the Caribbean genera absent from the southwest Gulf of Mexico (Tunnell, 1988). A single known colony in Bermuda is reported to be in poor condition (T. Murdoch, Bermuda Zoological Society, Flatts, pers. comm, May 2010).... U.S. Distribution Dendrogyra cylindrus has been reported in the waters of south Florida and the U.S. Caribbean but appears to be absent from the Flower Garden Banks. Within federally protected U.S. waters, the species has been recorded from the following areas:*
>
> - *Florida Keys National Marine Sanctuary*
> - *Navassa National Wildlife Refuge*
> - *Dry Tortugas National Park*
> - *Virgin Islands National Park/Monument*
> - *Biscayne National Park NPS*
> - *Buck Island National Monument*
>
> *Dendrogyra cylindrus is reported to be uncommon but conspicuous (Veron 2000) with isolated colonies scattered across a range of habitat types. Colonies are often known as landmarks by local divers. Overall colony density throughout south Florida was estimated to be ~ 0.6 colonies per 10 $m^2$ (Wagner et al. 2010)...."*

***Mountainous star coral - Orbicella faveolata (formerly Montastraea)***

*Figure 25 - Brainard et al. 2011. Figure 6.5.1*

Based on available data sources documenting corals, *Orbicella faveolata* is assumed to be in Puerto Rico and thus may be in the project area.

As stated in Brainard *et al* (2011):

> M*ontastraea faveolata "occurs throughout the Caribbean, including Bahamas, Flower Garden Banks and the entire Caribbean coastline, but there are no records from Bermuda. S. dePutron (Bermuda Institute of Ocean Sciences, St. George's. pers. comm., May 2010) confirmed the presence of Montastraea faveolata in Bermuda and categorized its abundance as common. T. Murdoch (Bermuda Zoological Society, Flatts. pers. comm., May 2010) also confirmed its occurrence but listed it as rare and added that it has probably suffered a substantial loss from the 1995 yellow-band outbreak...."*
>
> *Montastraea faveolata is common throughout the U.S. waters of the west Atlantic and greater Caribbean region and is present within federally protected waters, including:*
>
> - *Flower Garden Banks National Marine Sanctuary*
> - *Florida Keys National Marine Sanctuary*
> - *Dry Tortugas National Park*
> - *Virgin Island National Park/Monument*
> - *Biscayne National Park*
> - *Navassa Island National Wildlife Refuge*
> - *Buck Island Reef National Monument*
>
> *Abundance for this species (as well as franksi and annularis) are lumped together as the three species were previously thought to be one species (Montastrea annularis) and were reported as such (pg 123-124). Locations for all three species include: Florida; USVI; Curacao; Belize; Columbia; Puerto Rico "The Montastraea*

*annularis complex has historically been a dominant species on Caribbean coral reefs, characterizing the so-called "buttress zone" and "annularis zone" in the classical descriptions of Caribbean reefs (Goreau, 1959).*"

***Lobed star coral - Orbicella annularis (formerly Montastraea)***

*Figure 26 - Brainard et al 2011. Figure 6.5.7*

Based on available data sources documenting corals, *Orbicella annularis* is assumed to be in Puerto Rico and thus may be in the project area.

As stated in Brainard *et al* (2011):

> *Montastrea annularis* (now *Orbicella*) "*has a range restricted to the west Atlantic. It can be found throughout the Caribbean, Bahamas, and Flower Garden Banks (Veron, 2000, IUCN), but may be absent from Bermuda (Weil and Knowton, 1994). S. dePutron (Bermuda Institute of Ocean Sciences, St. George's. pers. comm., May 2010) confirmed the presence of Montastraea annularis in Bermuda and categorized its abundance as rare; T. Murdoch (Bermuda Zoological Society, Flatts, pers. comm., May 2010) had not seen this species in Bermuda.*
>
> *U.S. Distribution*
> *Montastraea annularis is common throughout U.S. waters of the west Atlantic and greater Caribbean, including Florida and the Gulf of Mexico, within its range including federally protected waters in the following areas:*
>
> - *Flower Garden Bank Sanctuary*
> - *Dry Tortugas National Park*
> - *Virgin Island National Park/Monument*
> - *Biscayne National Park*
> - *Florida Keys National Marine Sanctuary*
> - *Navassa National Wildlife Refute*
> - *Buck Island Reef National Monument*

***Boulder star coral - Orbicella franksi (formerly Montastraea)***

*Figure 27 - Brainard et al 2011. Figure 6.5.4*

Based on available data sources documenting corals, *Orbicella franski* is assumed to be in Puerto Rico and thus may be in the project area.

As stated in Brainard *et al* (2011):

> *Montastraea franksi "has been reported as common (Veron, 2000).*

Also, see previous discussion for *M. faveolata*.

***Rough cactus coral - Mycetophyllia ferox***

*Figure 28 - Brainard et al 2011. Figure 6.2.1*

Based on available data sources documenting corals, *Mycetophyllia ferox* is assumed to be in Puerto Rico and thus may be in the project area.

As stated in Brainard *et al* (2011):

*Mycetophyllia ferox "has been reported to occur throughout most of the Caribbean, including the Bahamas, but it is not present in the Flower Garden Banks or around the waters of Bermuda....The U.S. distribution according to both the IUCN Species Account and the CITES species database, Mycetophyllia ferox occurs throughout the U.S. waters of the western Atlantic but has not been reported from Flower Garden Banks (Hickerson et al., 2008). Within federally protected waters, Mycetophyllia ferox has been recorded from the following areas:*

- *Dry Tortugas National Park*
- *Virgin Island National Park/Monument*
- *Florida Keys National Marine Sanctuary*
- *Navassa Island National Wildlife Refuge*
- *Biscayne National Park*
- *Buck Island Reef National Monument"*

*This species is found throughout the Caribbean, usually about 1% of all the coral species found in the papers cited in the document."*

**4D Rulemaking**

The final listing of the five coral species took effect on October 10, 2014 (NMFS 2014a) and does not include any take prohibitions. Until such time as NMFS promulgates a "4d" rule, taking of these five species of corals is not a prohibited action under the Act. As a result of the wide ranging distribution of the five newly listed species found in the project area, as well as NMFS' recent determination that although the five new species did require protection under the ESA, they did not require immediate prohibition of take (79 FR 53853). Specifically, NMFS states:

> *The ESA take prohibitions only apply to endangered species immediately upon listing. No species in this final rule are being listed as endangered; therefore, we do not define activities that may result in take in this final rule, because take is not automatically prohibited for threatened species. Should we deem it necessary and advisable that extending any of the ESA section 9 prohibitions, including take prohibitions, is necessary for the conservation of any of the newly-list threatened coral, we will do so in a subsequent rule-making*.

As previously stated, there is a 4D rule for the *Acropora* species.

**Critical Habitat**

NMFS has not proposed DCH for any of the newly listed coral species.

Table 3 - Sound Levels of Dredges

| Dredge Type | Reported Noise level range; | Source |
|---|---|---|
| Clamshell/Bucket | 150 to 162 dB | Dickerson et al 2001 |
| Hopper | 120 to 140 dB; Avg 142dB | Clarke et al 2002; Reine et al 2014 |
| Cutterhead | 100 to 100 dB; 175 dB at source (<150dB 100 m from source) | Clarke et al 2002; Reine et al 2012. |

None of the dredges that may be used to construct the SJH Navigation improvement study would meet or exceed NMFS assessed injurious threshold of 187 dB, however normal operations of large vessels in SJH would meet this threshold, and would be considered baseline conditions for this deepening project. By completing harbor improvements that decrease the number of vessels calling to SJH, this also improves the soundscape for sea turtles that live in the bay and are exposed to activities in the harbor.

Sea turtles in SJH may be affected by related noise from this action but it will be intermittent and will not occur in any one area for any appreciable period of time. Due to the mobility of these species and because these projects generally occur in open water environments, they would likely move away from the source of noise. Turtle species may be affected by being temporarily unable to use the sites for foraging or shelter due to avoidance of construction activities and related noise. These effects will be insignificant and discountable because they are located in open water and will not consume the entire width of a channel at any time. Because of this, construction will not restrict movement of species in the area, and there is ample, alternate similar habitat adjacent to the project sites.

*Conservation Measures for Sea Turtles*

a) Incorporation of the NMFS "Sea Turtle and Smalltooth Sawfish Construction Conditions" into the project plans and specifications:
b) Incorporation of the Terms and Conditions of the 1995/97 SARBO or a subsequent SARBO into the construction specifications.
c) Relocation trawling can be used within the channel and surrounding harbor habitats to minimize the potential for lethal take of sea turtles, if a hopper dredge is used to construct the project, or portions of the project.

**Effects Determination**

The proposed navigation improvements for SJH may adversely affect listed sea turtles by entrainment in a hopper dredge. All other project activities may affect, but are not likely to adversely affect listed sea turtles. As there is not DCH in the project area, the project is not likely to adversely modify DCH for any sea turtle species.



*Figure 34 - Photo from video transect 212 on Jan. 30, 2016. Depth is 7 ft. Brown algae over limestone.*

<u>*Indirect effects*</u>
Currents at the SJH entrance channel are greatly influenced by the direction and strength of the trade winds. The trades blow primarily from the northeast, which in conjunction with the east-west alignment of the coastline results in a westerly, alongshore current. Surface currents show general westward drift (mean speed 0.6 knots) with a significant tidal component (EPA 2011).

<u>Sedimentation:</u> The effects of dredging, in concert with the constant movement of sediments in and around the entrance channel, may affect light penetration into the water column as a result of turbidity, and may also result in burial from sedimentation, which can destabilize the benthic community. Whether and to what extent there will be effects to corals located adjacent to dredging projects depends on several factors, including the type of dredge utilized, the type of sediments and the size of the area being dredged, the hydrodynamic conditions of the dredging site, and the duration of active dredging. Each of these factors influences the size, settlement time, and ultimate settling site of the sediment plume. Ertfemeijer et al. (2012) provides a comprehensive overview on the environmental effects of dredging and other sediment disturbances on corals. Specifically,

> *The major problems arising from turbidity and sedimentation derived from coastal construction and dredging are related to the shading caused by decreases in ambient light and sediment cover on the coral's surface, as well as problems for the feeding apparatus under a sediment blanket and energetic costs associated with mucus production, sediment clearance and impaired feeding. Suspended sediments, especially when fine-grained, decrease the quality and*

*quantity of incident light levels, resulting in a decline in photosynthetic productivity of zooxanthellae (Falkowski et al., 1990; Richmond, 1993).*"

Additionally, if the reduction in photosynthesis is long term, it can result in starvation of the coral polyp. High turbidity and sedimentation rates may depress coral growth and survival due to depressed photosynthesis and redirection of energy expenditure for clearance of settling sediments. As a result, the potential effects of sedimentation not only include direct mortality, but also involve sublethal effects including "*reduced growth, lower calcification rates and reduced productivity, bleaching, increased susceptibility to diseases, physical damage to coral tissue and reef structures (breaking, abrasion), and reduced regeneration from tissue damage*." All of these effects would be more likely to happen in bounder or flat/round shaped corals.

Although these effects from sedimentation can occur naturally due to increase runoff from rain or sedimentation associated with tropical storms (Blair et al. 1994), they are also likely to occur in close physical proximity to dredging. The intensity of effect is dependent upon the intensity and duration of the stressor (Figure 35).

*Figure 35 - Figure 2 from Erftmeijer et al 2012. Intensity of Stressor vs Duration*

Recently completed monitoring associated with the Miami Harbor expansion project reviewed the long term health and survival of corals (including some listed corals) and other reef organisms (soft corals, sponges, etc.) in a pre-, during and post-construction project monitoring within 30 meters of the Miami Harbor channel. The effects with Miami Harbor were associated with very fine clay and silt materials. Long-term effects associated with sedimentation have not been fully assessed, however there was no

Although there is published literature concerning the effects of sedimentation and turbidity on coral reefs throughout the world, there are several published papers specific to Caribbean coral reefs (Rogers 1983; Rogers 1990; Dodge and Vaisnys 1977, Bak 1978).

From a turbidity and/or sedimentation standpoint, a hopper dredge has the highest likelihood of adverse effect due to the overflow of water being returned from the hopper to the surrounding environment. With this overflow, "fines" (usually clays or silts which are light enough not to have settled out in the hopper) are returned to the water during dredging operations. The clamshell or bucket dredge ranks second since the material may or may not be enclosed in a bucket, and if it is not enclosed, material may escape that bucket into the surrounding environment as the bucket moves up through the water column. The dredging method with the lowest level of associated sedimentation or turbidity is the cutterhead dredge. This dredge has suction that removes the sediment, transports it to the surface where it is either pumped into the receiving disposal site, or placed in a scow for transport to a disposal site. The Key West O&M projects in 2004-2006 and 2007 utilized both a clamshell dredge and a hopper dredge. The Broward County Shore Protection Project utilized a hopper dredge and the Port Everglades expansion project in 1980 utilized a cutterhead dredge. Understanding which types of equipment were utilized at previous projects allows for a comparison across projects of results regarding turbidity and/or sedimentation monitoring.

The examples of the adverse effects of turbidity or sedimentation on coral species often cited by resource managers are commonly projects in third world countries without the strict water quality protections that are in place in the U.S. (Bak 1978); or are studies where the material used to simulate dredged material is not the same sediment size or mineral composition of the material proposed to be dredged (Telesniki and Goldberg 1995) and thus are not a good substitute for the effects of projects bound by the water quality restrictions required by the State of Florida under the Clean Water Act. These restrictions are protective of water quality by limiting turbidity; they are also protective of coral species, including *Acropora sp.* and it's DCH, located near dredging operations where material is being removed from the bottom by a dredge. Dredging projects take place in a spatially and temporally finite area and thus effects associated with them, if present, should be detectable within this same finite footprint. A review of these four projects (Port Everglades, Key West 2004-06 and 2007, Broward County SPP), three of them in the very recent past, demonstrates that no adverse effects of dredging were detectable (or in the case of Broward County were detectable as monitoring continues) (Gilliam *et al.* 2006; Fisher *et al.* 2008; Jordan *et al.* 2010; CSA 2007; CSA 2007a; CSA 1981).

To protect hardbottom habitats in the project area, including those that may support Acroporid corals, the Corps requires turbidity monitoring with all of its projects. It is a standard practice for the Corps to monitor sedimentation associated with dredging projects where corals and coral habitats are adjacent to the project area, when the area

can be safely monitored by divers. This has been standard practice for more than 30 years (CSA 1981; CSA 2007; CSA 2007a). As previously stated, the areas adjacent to the outer entrance channel are very high energy surf zones that are not safe for human divers.

In the 2009 biological opinion for dredging associated with sand mining dated October 21, 2009 (Consultation # F/SER/2009/00879), NMFS reviewed effects of sedimentation associated with *A. cervicornis*. NMFS states:

> *Additionally, Rogers (1983) tested sedimentation rates on A. cervicornis, among other coral species, and determined that daily doses of sediment at a rate of 200 mg/cm2/day had no effect (Rogers 1990).*

Dredged Material Disposal Effects. Potential barge environmental effects could occur as the barge is loaded if material is allowed to spill over the sides and during transport if the barge leaks material. Operational controls eliminate spilling material during loading by monitoring the dredge operator to make sure that the dredge bucket swings completely over the barge prior to opening the bucket. Requiring barges in good repair with new seals minimizes leaking during transport. Hauling rock is often damaging to transport barges, so intermediate inspection and repairs may be required during the project to maintain the barges in good working condition. Seals may require replacement. Proper use of the ODMDS minimizes the environmental effects during disposal. The barges will be required to use positioning equipment to place dredged material within the designated ODMDS and inspectors may be required to monitor disposal activity. The Corps' required monitoring of vessels in ullage and location ensure that the dredged material is being disposed of in the approved location. Disposal of dredged material will have no effect on listed corals or DCH for *Acropora* corals. The ODMDS is not within the boundaries of DCH as the site is located offshore of San Juan, beyond the edge of the continental shelf in greater than 900 feet of water.

Effects on Designated Critical Habitat

Although there is a potential for minimal sedimentation on *Acropora* DCH to the east and west of the outer entrance channel, the project is not likely to adversely modify DCH for either *Acropora* species. The area located outside of San Juan Bay, beyond the COLREGS line is a very high energy zone where sediment would not settle out of the water column onto the exposed rock, which would preclude accumulation.

**Report Summary**
**for**
**San Juan Harbor Navigation Improvement Study,**
**San Juan Harbor, Puerto Rico**
**Integrated Feasibility Report and Environmental Assessment**
**Revised 6-16-17**

**ABSTRACT:** The San Juan Harbor study area encompasses the bar (entrance) channel, offshore and inland beneficial use dredged material disposal sites, inner harbor channels, and any extension of the water bodies and shorelines that could be impacted by proposed improvements. Alternative plans combined multiple structural and nonstructural measures to improve the safety and efficiency of the existing navigation system. Navigation concerns include three main types of problems: difficult wind and wave conditions, limited channel and turning basin widths, and insufficient Federal channel depths.

The current list of proposed measures, grouped by benefitting channel segments and combined to form alternatives, represents the focused array of alternatives for further evaluation based on the Planning Charrette - November 4, 2015, the Public Meeting - November 5, 2015, the Alternatives Milestone Meeting - January 7, 2016, an Economics IPR - March 2, 2017, and subsequent PDT meetings. Screening of those alternatives by incremental analysis (width/depth) resulted in the Tentative Selected Plan (TSP).

**The Tentatively Selected Plan (TSP)** consists of combining phases 1 + 2 + 5 (Figure 1).

- Phase 1
  - Alternative 1 – Widen Army Terminal Channel 100 feet (from an existing width of 350 feet to a maximum width of 450 feet) at an existing depth of 40 feet.
- Phase 2
  - Alternative 2 - Deepen Cut-6 to 46 feet, Anegado Channel to 44 feet, a 100-foot widened Army Terminal Channel (ATC) to 44 feet, and Army Terminal Turning Basin (ATTB) to 44 feet.
- Phase 5
  - Alternative 7 – Deepen San Antonio Approach, San Antonio Channel/Extension, and Cruise Ship Basin East to 36 feet.

The PDT has organized the following five segments (or phases), Figure 1, for HarborSym economic analysis modeling into additional combinations for a more detailed incremental analysis. Phase 1 (Alternative 1) - Army Terminal Channel (widening only), Phase 2 (Alternative 2) – Cut-6 to Army Terminal Channel and Turning Basin, Phase 3 (Alternatives 12 and 13) - Deepen Graving Dock Turning Basin and Channel, Phase 4 (Alternative 14) – Deepen Puerto Nuevo Channel, Phase 5 (Alternative 7) – Deepen San Antonio Approach Channel and Cruise Ship Turning Basin East. The components highlighted in yellow represent the Tentatively Selected Plan (TSP).

- Phase 1

  Alternative 1 – Widen Army Terminal Channel 100 feet (from an existing width of 350 feet to a maximum width of 450 feet) at an existing depth of 40 feet.

  1.1 Widen Army Terminal Channel 50 feet to the east.
  1.2 Widen Army Terminal Channel 50 feet to the west.



**Figure 9**, Environmental Resources Benthic Surveys NOAA 2000 and USACE 2016

# SAN JUAN HARBOR, PUERTO RICO

## INTEGRATED FEASIBILITY STUDY AND ENVIRONMENTAL ASSESSMENT
## TENTATIVELY SELECTED PLAN (TSP) MILESTONE PRESENTATION

**Presented by:**

Tim Murphy
Deputy District Engineer

Dick Powell
Planning Technical Lead

U.S. Army Corps
of Engineers
Jacksonville District

June 30, 2017

AUTORIDAD de los PUERTOS de PUERTO RICO

NON-FEDERAL SPONSOR
Puerto Rico Ports Authority

US Army Corps
of Engineers ®

# ADDITIONAL FUTURE-WITHOUT PROJECT CONSIDERATIONS
## OTHER HARBOR IMPROVEMENTS

### COAST GUARD

- Facilitate safety/reduce congestion
- Coast Guard funded
- Included in USACE Environmental Assessment (EA)
- No benefits claimed by USACE

1) Move Buoys 7 & 9 to the east (non-structural widening measure)
2) Move Buoys R2 & G3 in Army Terminal Channel (non-structural widening measure)
3) Expand & deepen Anchorage Area F to depth of Anegado Channel (USACE-constructed pending Coast Guard rule-making & funding)

US Army Corps of Engineers
U.S. ARMY

USACE_004272



DEPARTMENT OF THE ARMY
JACKSONVILLE DISTRICT CORPS OF ENGINEERS
ANTILLES OFFICE
FUND. ANGEL RAMOS ANNEX BLDG., SUITE 202
383 F. D. ROOSEVELT AVE.
SAN JUAN, PUERTO RICO 00918

REPLY TO
ATTENTION OF

March 31, 2017

Regulatory Division
South Branch
Antilles Permits Section

# *PUBLIC NOTICE*

Permit Application No. SAJ-2010-03574 (SP-CGR)

TO WHOM IT MAY CONCERN: The Jacksonville District of the U.S. Army Corps of Engineers (Corps) has received an application for a Department of the Army permit pursuant to Section 10 of the Rivers and Harbors Act of 1899 (33 U.S.C. §403) and Section 103 of the Marine Protection, Research and Sanctuaries Act (MPRSA) of 1972, as described below:

APPLICANT: Mr. Pierre E. Bredin
Total Petroleum Puerto Rico, Corp.
City View Plaza, Tower 1, # 48
Road PR-165, Suite 803
Guaynabo, Puerto Rico 00968

WATERWAY AND LOCATION: The project would affect waters of the United States associated with the San Juan Bay and the Atlantic Ocean. The project site is located at berthing areas of Cataño Oil Dock, Municipality of Guaynabo, Puerto Rico. The proposed ocean disposal site is at the San Juan Harbor ocean dredged material disposal site (ODMDS).

Directions to the site are as follows: From San Juan, take Expressway PR-22 West, exist right to PR-165, then turn right on to PR-28 and continue to the U.S. Army Terminal at km. 0.1. The project site is located west of the PREPA's San Juan Thermoelectric Plant.

APPROXIMATE CENTRAL COORDINATES: Latitude 18.42891°
Longitude - 66.10746°

COORDINATES of San Juan Harbor ODMDS:

| Latitude | Longitude |
|---|---|
| 18.50277778° | -66.15861111° |
| 18.50277778° | -66.14138889° |
| 18.51944444° | -66.14138889° |
| 18.51944444° | -66.15861111° |

PROJECT PURPOSE:

Basic: Dredging

Overall: To provide maintenance dredging to restore the required depth for the safe maneuvering of ships approaching and berthing at the Cataño Oil Dock.

EXISTING CONDITIONS: The San Juan Bay is an active port area. The Cataño Oil Dock is used by carrier vessels and tankers to supply to the island of Puerto Rico petroleum products (i.e. gas, diesel, propane gas). The proposed area has been dredged several times in the past. The last maintenance dredging at the proposed site was performed in February 2012 where approximately 4,500 cubic yards of sediments were dredged. The existing depths fluctuate between 28 feet and 40 feet. The Environmental Sensitivity Index Map describes the existing shoreline habitat as sheltered, solid man-made structures. In addition, based on available information, no seagrass or reefs are present at the project site. Sediments collected near this dock are composed predominantly of clay (62.5%), and silt (36.8%). Minor amount of sands were found (0.70%). No gravel was found.

PROPOSED WORK: The applicant seeks authorization to perform maintenance dredging of approximately 15,750 cubic yards of sediments in approximately 0.85 acres of navigable waters of the United States located to the east, west and north side of the existing Cataño Oil Dock. The proposed dredge is located within an area of approximately 484 feet long by 39 feet wide at both sides of the dock. The method of dredging will be clamshell. The proposed dredging depth is -40 feet and -2 feet allowable overdepth. The dredged material will be transported to the Environmental Protection Agency (EPA) designated San Juan Harbor ODMDS.

BIOLOGICAL AND CHEMICAL TESTING: Sampling and testing of the material to be dredged were conducted in February and March 2015. The results of the physical, chemical and toxicological analyses of the samples collected are included on the Final Report San Juan Harbor Section 103 Sediment Testing and Analysis dated December 2015. Copies of this report documenting the results of these analyses are available upon request. The EPA will evaluate the results and assess the suitability of the dredged material from the proposed areas of Cataño Oil Dock for disposal at the San Juan Harbor ODMDS.

CULTURAL RESOURCES:

The Corps has determined the permit area has been extensively modified by previous work and there is little likelihood a historic property may be affected.

ENDANGERED SPECIES:

The Corps has determined the proposed project may affect, but is not likely to adversely affect the Green sea turtles (*Chelonia mydas*), Hawksbill sea turtles (*Eretmochelys imbricata*) and the Antillean Manatee (*Trichechus manatus manatus*) and it would not affect their designated critical habitat. The Corps has determined the proposal would have no effect on listed threatened or endangered coral species and the Nassau grouper (*Epinephelus striatus*) and their designated critical habitat. The Corps will request U.S. Fish and Wildlife/National Marine Fisheries Service concurrence with this determination pursuant to Section 7 of the Endangered Species Act.

ESSENTIAL FISH HABITAT (EFH):

This notice initiates consultation with the National Marine Fisheries Service on EFH as required by the Magnuson-Stevens Fishery Conservation and Management Act 1996. Our initial determination is that the proposed action would not have a substantial adverse impact on EFH or Federally managed fisheries in the Caribbean. Our final determination relative to project impacts and the need for mitigation measures is subject to review by and coordination with the National Marine Fisheries Service.

NOTE: This public notice is being issued based on information furnished by the applicant. This information has not been verified or evaluated to ensure compliance with laws and regulation governing the regulatory program.

AUTHORIZATION FROM OTHER AGENCIES: A Coastal Zone Federal Consistency Certificate with the Puerto Rico Coastal Zone Management Plan is required from the Puerto Rico Planning Board.

COMMENTS regarding the potential authorization of the work proposed should be submitted in writing to the attention of the District Engineer through the Antilles Permit Section, Fundación Angel Ramos, Annex BLDG., Suite 202, 383 F. D. Roosevelt Ave., San Juan, Puerto Rico 00918 within 20 days from the date of this notice.

The decision whether to issue or deny this permit application will be based on the information received from this public notice and the evaluation of the probable impact to the associated wetlands. This is based on an analysis of the applicant's avoidance and minimization efforts for the project, as well as the compensatory mitigation proposed.

QUESTIONS concerning this application should be directed to the project manager, Ms. Carmen Gisela Román, in writing at the Antilles Permits Section, Fundación Angel Ramos, Annex BLDG., Suite 202, 383 F. D. Roosevelt Ave., San Juan, Puerto Rico 00918; by electronic mail at carmen.g.roman@usace.army.mil or by telephone at (787)729-6637.

IMPACT ON NATURAL RESOURCES: Coordination with U.S. Fish and Wildlife Service, Environmental Protection Agency (EPA), the National Marine Fisheries Services, and other Federal, State, and local agencies, environmental groups, and

concerned citizens generally yields pertinent environmental information that is instrumental in determining the impact the proposed action will have on the natural resources of the area.

EVALUATION: The decision whether to issue a permit will be based on an evaluation of the probable impact including cumulative impacts of the proposed activity on the public interest. That decision will reflect the national concern for both protection and utilization of important resources. The benefits, which reasonably may be expected to accrue from the proposal, must be balanced against its reasonably foreseeable detriments. All factors which may be relevant to the proposal will be considered including cumulative impacts thereof; among these are conservation, economics, esthetics, general environmental concerns, wetlands, historical properties, fish and wildlife values, flood hazards, floodplain values, land use, navigation, shoreline erosion and accretion, recreation, water supply and conservation, water quality, energy needs, safety, food, and fiber production, mineral needs, considerations of property ownership, and in general, the needs and welfare of the people. Evaluation of the impact of the activity on the public interest will also include application of the guidelines promulgated by the Administrator, EPA, under authority of Section 404(b) of the Clean Water Act or the criteria established under authority of Section 102(a) of the Marine Protection Research and Sanctuaries Act of 1972. A permit will be granted unless its issuance is found to be contrary to the public interest.

The US Army Corps of Engineers (Corps) is soliciting comments from the public; Federal, State, and local agencies and officials; Indian Tribes; and other Interested parties in order to consider and evaluate the impacts of this proposed activity. Any comments received will be considered by the Corps to determine whether to issue, modify, condition, or deny a permit for this proposal. To make this determination, comments are used to assess impacts to endangered species, historic properties, water quality, general environmental effects, and the other public interest factors listed above. Comments are also used to determine the need for a public hearing and to determine the overall public interest of the proposed activity.

COASTAL ZONE MANAGEMENT CONSISTENCY: In Florida, the State approval constitutes compliance with the approved Coastal Zone Management Plan. In Puerto Rico, a Coastal Zone Management Consistency Concurrence is required from the Puerto Rico Planning Board. In the Virgin Islands, the Department of Planning and Natural Resources permit constitutes compliance with the Coastal Zone Management Plan.

REQUEST FOR PUBLIC HEARING: Any person may request a public hearing. The request must be submitted in writing to the District Engineer within the designated comment period of the notice and must state the specific reasons for requesting the public hearing.



US Army Corps
of Engineers.
Jacksonville District

**San Juan Harbor Improvements**
**Feasibility Study (Revised 3-31-17)**

**FINAL MEETING MINUTES (Team Update on Preliminary Quantities/Costs Results)**

| **Date of Meeting:** | March 23, 2017 | **Location:** | Jacksonville, Florida |
|---|---|---|---|
| **Minutes Prepared By:** | Patrice Morey and Dick Powell | **Time:** | 2:45pm-3:30pm |

## 1. Purpose of Meeting/Summary – Review Preliminary Quantities/Costs Results

Project Delivery Team (PDT), SAD team members, Headquarters (HQ) Regional Integration Team (RIT) team members and other interested parties participated in a webinar/conference call to review widening and deepening measures for quantity and cost calculations (Attachment 3).

- Hydraulic Engineering indicated the Engineering Research and Development Center (ERDC) draft ship simulation report will recommend widening Army Terminal Channel, and Puerto Nuevo Channel as shown on Attachment 3. The Option-2 widening measure at the transition from Army Terminal Turning Basin to Puerto Nuevo Channel may not be needed pending further evaluation of draft report results. ERDC recommends deepening the existing Cruise Ship Turning Basin East from 30 to 36 feet and widening the Puerto Nuevo Turning Basin as shown on Attachment 3. Graving Dock widening measure still under review by ERDC.
- No subaqueous utilities identified in way of the proposed widening and deepening measures.
- USCG San Juan Sector requesting costs for modification of Aids to Navigation from Miami office.
- Design and Cost Engineering provided preliminary costs for Alternatives 1-15. Depending on where the net benefits optimize potential project costs could range from $9,600,000 to $91,000,000.
- Preliminary benthic surveys indicate no Submerged Aquatic Vegetation (SAV) or other benthic resource requiring mitigation for the 50-foot widening measure on both sides of Army Terminal Channel.
- District archeologist sent a Services Contract Approval Request (SCAR) to SAD for cultural resource investigations of the proposed widening and deepening measures. SAD will provide a response by the week of 27 Mar 17. USFWS has made a final draft of the Coordination Act Report (CAR) available for the Jacksonville District to review and plans to update it as additional information becomes available.
- NOAA, NMFS, Southeast Regional Office (SERO) wants to know the required study date for completion of consultation for the biological assessment in anticipation of finding a new study team member to represent them as they deal with a 10 month backlog. The SERO has concerns about potential impacts to corals outside the Entrance Channel (Cut-6).
- Economics confirmed calibration of the HarborSym model existing conditions and continues to develop the Future Without Project (FWOP) conditions. At the 02-Mar-17 Economics In-Progress Review, SAD/HQ agreed with the phased approach and assumptions for the economic analysis. Economics continues to work with the vertical team and the Puerto Rico Electric Power Authority regarding power generation using Liquefied Natural Gas and diesel fuels to supply two power plants in the San Juan area.
- No costs for Real Estate lands currently exist since the base plan involves placing all dredged material offshore at the ODMDS. Other beneficial use of dredged material options will receive consideration. The meeting occurred by webinar/telephone with remote participants and at the Jacksonville District, 701 San Marco Blvd, Jacksonville, Florida on March 23, 2017.



- Dick Powell mentioned other possibilities for beneficial use of dredged material include some type of shoreline protection for the eroding Cantano Community shoreline or filling borrow site holes in Candado Lagoon.
- Concerning future beneficial use of dredged material options, Lynn Zediak indicates if placement occurs in the water no land costs result (navigational servitude).

**Project Management:**
- N/A

**Final Comments:**
- Dylan Davis, South Atlantic Division, wanted to know if the Ocean Dredged Material Disposal Site (ODMDS) had physical capacity problems. Steve Conger explained since the ODMDS was located in extremely deep water, a capacity problem did not exist or the need to expand the ODMDS. He explained no modeling had been done to determine how the dredged material disperses through the water column after release at the surface by bottom dump barges or how long it stays in the disposal site.
- Dylan Davis indicated a need may exist to update the Site Management and Monitoring Plan (SMMP). (Subsequent discussions with Aaron Lassiter, CESAJ-PD-EC, indicate the ODMDS has an average depth of 965 feet with a SMMP approval date of January 6, 2011, which will not require an update until 10 years later on January 6, 2021.)
- Autumn Ziegler, Value Engineering Officer, explained Brenda Calvente had initiated a Value Management Plan which indicates a start for the Value Engineering effort on May 9, 2017, with a completion by June 9, 2017. Autumn will request Value Engineering team members from the PDT. (Potential items for Value Engineering screening include optimization of widening measures from ship simulation report, and beneficial use of dredged material options such as filling holes in Condado Lagoon to restore sea grass areas, or placement of material with geotubes for a living shoreline to reduce erosion along the Catano shoreline.)



DEPARTMENT OF THE ARMY
JACKSONVILLE DISTRICT CORPS OF ENGINEERS
701 San Marco Boulevard
JACKSONVILLE, FLORIDA 32207-8175

REPLY TO
ATTENTION OF

CESAJ-PD-EC (ER 200-2-2) 22 March 2017

MEMORANDUM FOR THE RECORD

SUBJECT: Determination of Appropriate National Environmental Policy Act (NEPA) documentation for the San Juan Harbor Improvements Feasibility Study, San Juan, Puerto Rico

**Project Location**:

The project is located on the north coast of the island of Puerto Rico, about one-third of the distance west along the coast from the northeast corner. San Juan Harbor provides the only natural harbor offering all-weather protection to shipping along the entire north coast.

**Project Description**:

The study area encompasses the Federal channels within the harbor, bar channel, as well as any shorelines and extensions of the water bodies that are potentially impacted by channel enlargement alternatives as well as an ocean dredged material disposal site. The study also defines the routes and locations of waterborne traffic affected by study alternatives but only to the extent needed to develop transportation costs based on distribution portioned distances.

**Project Need and Purpose**:

The purpose of the feasibility study involves recommending a comprehensive group of navigation modifications to reasonably maximize, consistent with protecting the environment, San Juan Harbor's contribution to National Economic Development (NED) benefits (transportation cost savings), which address existing physical constraints and inefficiencies. The need for the modifications to the Federal system of channels results from difficult winds, waves, and currents, limited turning basin widths, and insufficient channel depths which limit the system's ability to safely and efficiently serve the existing shipping fleet and future cargo volumes.

The feasibility study forecasts waterborne cargo volumes, traffic patterns and vessel fleets, and evaluates the need for navigation system improvements over a 50-year period of analysis. It considers a wide range of structural and some non-structural measures within and near the harbor that could address inefficiencies within the system.

CESAJ-PD-EC (ER 200-2-2)
SUBJECT: Determination of Appropriate National Environmental Policy Act (NEPA) documentation for the San Juan Harbor Improvements Feasibility Study, San Juan, Puerto Rico

In addition, all navigation projects are evaluated under NEPA and appropriate documentation is developed depending on the unique circumstances of each project. In fact the 1994 GRR and 2002 LRR for previous San Juan Harbor improvements were both evaluated under NEPA using an EA. Therefore, an EA for this feasibility study will not set a precedent for other navigation projects.

7. Whether the action is related to other actions with individually insignificant, but cumulatively significant impacts. Significance exists if it is reasonable to anticipate a cumulatively significant impact on the environment. Significance cannot be avoided by terming an action temporary or by breaking it down into small component parts (High-Degree/Moderate-Degree/Low-Degree):

   *Low-Degree*. The integrated feasibility study and NEPA document will evaluate secondary and cumulative impacts resulting from larger ships calling on the port (emissions/boat wake erosion/ship strikes) and from infrastructure changes needed to accommodate new and/or additional port throughput. In addition, there is a possibility the San Antonio channel could be extended by the Cruise Ship industry after the Federal channel expansion is complete. However, although significant seagrass habitat does occur at the eastern end of the San Antonio channel, no significant resources were found within the Cruise Ship channel extension. Therefore, at this time no significant cumulative impacts are anticipated.

8. The degree to which the action may adversely affect districts, sites, highways, structures, or objects listed or eligible for listing in the National Register of Historic Places (NRHP), or may cause loss or destruction of significant scientific, cultural, or historic resources (High-Degree/Moderate-Degree/Low-Degree):

   *Moderate-Degree*. Significant cultural resources, including both underwater and terrestrial resources, are present in the vicinity of the project. Preliminary scoping and coordination has occurred with the National Park Service and the Puerto Rico State Historic Preservation Officer. The USACE preliminary determination is that the channel widening is not likely to adversely affect significant resources located within San Juan Harbor. However, past San Juan

7

USACE_005759



DEPARTMENT OF THE ARMY
JACKSONVILLE DISTRICT CORPS OF ENGINEERS
ANTILLES OFFICE
FUND. ANGEL RAMOS ANNEX BLDG., SUITE 202
383 F. D. ROOSEVELT AVE.
SAN JUAN, PUERTO RICO 00918

REPLY TO
ATTENTION OF

March 13, 2017

Regulatory Division
South Branch
Antilles Permits Section

# *PUBLIC NOTICE*

Permit Application No. SAJ-2002-07089 (SP-CGR)

TO WHOM IT MAY CONCERN: The Jacksonville District of the U.S. Army Corps of Engineers (Corps) has received an application for a Department of the Army permit pursuant to Section 10 of the Rivers and Harbors Act of 1899 (33 U.S.C. §403) and Section 103 of the Marine Protection, Research and Sanctuaries Act (MPRSA) of 1972, as described below:

APPLICANT: Puerto Rico Ports Authority
Mr. Romel Pedraza Claudio
Acting Assistant Executive Director
for Planning, Engineering, Construction and
Environmental Affairs
P.O. Box 362829
San Juan, Puerto Rico 00936-2829

WATERWAY AND LOCATION: The project would affect waters of the United States associated with the San Antonio Channel and the Atlantic Ocean. The project site is located at the dock and berthing areas of Panamerican Dock and a section of San Antonio Channel, Isla Grande, San Juan, Puerto Rico. The proposed ocean disposal site is at the San Juan Harbor ocean dredged material disposal site (ODMDS).

Directions to the site are as follows: Luis Muñoz Rivera Expressway turn left (going west) on Fernández Juncos Avenue, turn left on next exit, pass two marinas and take right exit, turn right at the stop light toward Lindbergh Street, turn right on the next street and keep all the way toward the Panamerican Dock to your right side.

APPROXIMATE CENTRAL COORDINATES: Latitude 18.459279°
Longitude - 66.098302°

COORDINATES of San Juan Harbor ODMDS:

| Latitude | Longitude |
|---|---|
| 18.50277778° | -66.15861111° |
| 18.50277778° | -66.14138889° |
| 18.51944444° | -66.14138889° |
| 18.51944444° | -66.15861111° |

PROJECT PURPOSE:

Basic: Dredging

Overall: To provide maintenance dredging and safety depth to avoid grounding of large cruise ships in berthing and adjacent areas of Panamerican Dock.

EXISTING CONDITIONS: The San Juan Bay is an active port area. Panamerican Dock is used by large cruise ships. The Panamerican Dock and berthing areas were dredged in the past in 2003. The actual depths at the project site fluctuate between 18 feet and 39 feet. The Environmental Sensitivity Index Map describes the existing shoreline habitat as sheltered, solid man-made structures. In addition, based on available information, no seagrass or reefs are present at the project site. Sediments collected from Panamerican Dock are composed mostly of sand (31.2% to 52.1%), clay (32.7% to 47.8%) and silt (15.2% to 25.9%). No gravel was found.

PROPOSED WORK: The applicant seeks authorization to perform maintenance dredging of approximately 8,000 cubic yards of sediments in an area of 2,256 feet long and 64 feet wide of navigable waters of the United States at the docking and berthing areas of Panamerican Dock. Also, the maintenance dredging of approximately 35,000 cubic yards of sediments in an area of 1,050 feet long and 570 feet wide of navigable waters at the San Antonio Channel. The method of dredging will be clamshell. The proposed dredging depth is -36 feet and -2 feet allowable overdepth. The dredged material will be transported to the Environmental Protection Agency (EPA) designated San Juan Harbor ODMDS.

BIOLOGICAL AND CHEMICAL TESTING: Sampling and testing of the material to be dredged were conducted in February and March 2015. The results of the physical, chemical and toxicological analyses of the samples collected are included on the Final Report San Juan Harbor Piers 3, 4, and Pan American MPRSA Section 103 Sediment Testing and Analysis dated December 2015. Copies of this report documenting the results of these analyses are available upon request. The EPA will evaluate the results and assess the suitability of the dredged material from the areas of Panamerican dock/San Antonio Channel for disposal at the San Juan Harbor ODMDS.

CULTURAL RESOURCES:

The Corps has determined the permit area has been extensively modified by previous work and there is little likelihood a historic property may be affected.

ENDANGERED SPECIES:

The Corps has determined the proposed project may affect, but is not likely to adversely affect the Green sea turtles (*Chelonia mydas*), Hawksbill sea turtles (*Eretmochelys imbricata*) and the Antillean Manatee (*Trichechus manatus*) and it would not affect their

designated critical habitat. The Corps has determined the proposal would have no effect on listed threatened or endangered coral species and the Nassau grouper (*Epinephelus striatus*) and their designated critical habitat. The Corps will request U.S. Fish and Wildlife/National Marine Fisheries Service concurrence with this determination pursuant to Section 7 of the Endangered Species Act.

ESSENTIAL FISH HABITAT (EFH):

This notice initiates consultation with the National Marine Fisheries Service on EFH as required by the Magnuson-Stevens Fishery Conservation and Management Act 1996. Our initial determination is that the proposed action would not have a substantial adverse impact on EFH or Federally managed fisheries in the Caribbean. Our final determination relative to project impacts and the need for mitigation measures is subject to review by and coordination with the National Marine Fisheries Service.

NOTE: This public notice is being issued based on information furnished by the applicant. This information has not been verified or evaluated to ensure compliance with laws and regulation governing the regulatory program.

AUTHORIZATION FROM OTHER AGENCIES: A Coastal Zone Federal Consistency Certificate with the Puerto Rico Coastal Zone Management Plan is required from the Puerto Rico Planning Board.

COMMENTS regarding the potential authorization of the work proposed should be submitted in writing to the attention of the District Engineer through the Antilles Permit Section, Fundación Angel Ramos, Annex BLDG., Suite 202, 383 F. D. Roosevelt Ave., San Juan, Puerto Rico 00918 within 20 days from the date of this notice.

The decision whether to issue or deny this permit application will be based on the information received from this public notice and the evaluation of the probable impact to the associated wetlands. This is based on an analysis of the applicant's avoidance and minimization efforts for the project, as well as the compensatory mitigation proposed.

QUESTIONS concerning this application should be directed to the project manager, Ms. Carmen Gisela Román, in writing at the Antilles Permits Section, Fundación Angel Ramos, Annex BLDG., Suite 202, 383 F. D. Roosevelt Ave., San Juan, Puerto Rico 00918; by electronic mail at carmen.g.roman@usace.army.mil or by telephone at (787)729-6637.

IMPACT ON NATURAL RESOURCES: Coordination with U.S. Fish and Wildlife Service, Environmental Protection Agency (EPA), the National Marine Fisheries Services, and other Federal, State, and local agencies, environmental groups, and concerned citizens generally yields pertinent environmental information that is instrumental in determining the impact the proposed action will have on the natural resources of the area.

EVALUATION: The decision whether to issue a permit will be based on an evaluation of the probable impact including cumulative impacts of the proposed activity on the public interest. That decision will reflect the national concern for both protection and utilization of important resources. The benefits, which reasonably may be expected to accrue from the proposal, must be balanced against its reasonably foreseeable detriments. All factors which may be relevant to the proposal will be considered including cumulative impacts thereof; among these are conservation, economics, esthetics, general environmental concerns, wetlands, historical properties, fish and wildlife values, flood hazards, floodplain values, land use, navigation, shoreline erosion and accretion, recreation, water supply and conservation, water quality, energy needs, safety, food, and fiber production, mineral needs, considerations of property ownership, and in general, the needs and welfare of the people. Evaluation of the impact of the activity on the public interest will also include application of the guidelines promulgated by the Administrator, EPA, under authority of Section 404(b) of the Clean Water Act or the criteria established under authority of Section 102(a) of the Marine Protection Research and Sanctuaries Act of 1972. A permit will be granted unless its issuance is found to be contrary to the public interest.

The US Army Corps of Engineers (Corps) is soliciting comments from the public; Federal, State, and local agencies and officials; Indian Tribes; and other Interested parties in order to consider and evaluate the impacts of this proposed activity. Any comments received will be considered by the Corps to determine whether to issue, modify, condition, or deny a permit for this proposal. To make this determination, comments are used to assess impacts to endangered species, historic properties, water quality, general environmental effects, and the other public interest factors listed above. Comments are also used to determine the need for a public hearing and to determine the overall public interest of the proposed activity.

COASTAL ZONE MANAGEMENT CONSISTENCY: In Florida, the State approval constitutes compliance with the approved Coastal Zone Management Plan. In Puerto Rico, a Coastal Zone Management Consistency Concurrence is required from the Puerto Rico Planning Board. In the Virgin Islands, the Department of Planning and Natural Resources permit constitutes compliance with the Coastal Zone Management Plan.

REQUEST FOR PUBLIC HEARING: Any person may request a public hearing. The request must be submitted in writing to the District Engineer within the designated comment period of the notice and must state the specific reasons for requesting the public hearing.



DEPARTMENT OF THE ARMY
JACKSONVILLE DISTRICT CORPS OF ENGINEERS
ANTILLES OFFICE
FUND. ANGEL RAMOS ANNEX BLDG., SUITE 202
383 F. D. ROOSEVELT AVE.
SAN JUAN, PUERTO RICO 00918

REPLY TO
ATTENTION OF

March 13, 2017

Regulatory Division
South Branch
Antilles Permits Section

# *PUBLIC NOTICE*

Permit Application No. SAJ-1997-06893 (SP-CGR)

TO WHOM IT MAY CONCERN: The Jacksonville District of the U.S. Army Corps of Engineers (Corps) has received an application for a Department of the Army permit pursuant to Section 10 of the Rivers and Harbors Act of 1899 (33 U.S.C. §403) and Section 103 of the Marine Protection, Research and Sanctuaries Act (MPRSA) of 1972, as described below:

APPLICANT: Puerto Rico Ports Authority
Mr. Romel Pedraza Claudio
Acting Assistant Executive Director
for Planning, Engineering, Construction and
Environmental Affairs
P.O. Box 362829
San Juan, Puerto Rico 00936-2829

WATERWAY AND LOCATION: The project would affect waters of the United States associated with the San Juan Bay and the Atlantic Ocean. The project site is located at berthing areas of Pier 3, Old San Juan, Puerto Rico. The proposed ocean disposal site is at the San Juan Harbor ocean dredged material disposal site (ODMDS).

Directions to the site are as follows: Luis Muñoz Rivera Expressway turn left on Fernández Juncos Avenue and keep all the way to the end toward the Old San Juan, turn right on Paseo Concepción de Gracia and turn left on the second pier.

APPROXIMATE CENTRAL COORDINATES: Latitude 18.4624055°
Longitude - 66.1121611°

COORDINATES of San Juan Harbor ODMDS:

| Latitude | Longitude |
|---|---|
| 18.50277778° | -66.15861111° |
| 18.50277778° | -66.14138889° |
| 18.51944444° | -66.14138889° |
| 18.51944444° | -66.15861111° |

PROJECT PURPOSE:

Basic: Dredging

Overall: To provide maintenance dredging and safety depth to avoid grounding of large cruise ships in berthing areas of pier number 3.

EXISTING CONDITIONS: The San Juan Bay is an active port area. Pier 3 is used by mega cruise ships. The proposed area has been dredged several times in the past. The last maintenance dredging at the berthing areas of pier 3 was performed in 2012. The existing depths fluctuate between 28 feet and 40 feet. The Environmental Sensitivity Index Map describes the existing shoreline habitat as sheltered, solid man-made structures. In addition, based on available information, no seagrass or reefs are present at the project site. Sediments collected from pier 3 are composed mostly of sand (19.6% to 49.4%), clay (37.2% to 49.50%) and silt (19.4% to 30.90%). No gravel was found.

PROPOSED WORK: The applicant seeks authorization to perform maintenance dredging of approximately 4,000 cubic yards of sediments in navigable waters of the United States at the docking and berthing areas of pier 3. The proposed dredge is located within an area of approximately 959 feet long by 372 feet wide. The method of dredging will be clamshell. The proposed dredging depth is -36 feet and -2 feet allowable overdepth. The dredged material will be transported to the Environmental Protection Agency (EPA) designated San Juan Harbor ODMDS.

BIOLOGICAL AND CHEMICAL TESTING: Sampling and testing of the material to be dredged were conducted in February and March 2015. The results of the physical, chemical and toxicological analyses of the samples collected are included on the Final Report San Juan Harbor Piers 3, 4, and Pan American MPRSA Section 103 Sediment Testing and Analysis dated December 2015. Copies of this report documenting the results of these analyses are available upon request. The EPA will evaluate the results and assess the suitability of the dredged material from the areas of Pier 3 for disposal at the San Juan Harbor ODMDS.

CULTURAL RESOURCES:

The Corps has determined the permit area has been extensively modified by previous work and there is little likelihood a historic property may be affected.

ENDANGERED SPECIES:

The Corps has determined the proposed project may affect, but is not likely to adversely affect the Green sea turtles (*Chelonia mydas*), Hawksbill sea turtles (*Eretmochelys imbricata*) and the Antillean Manatee (*Trichechus manatus manatus*) and it would not affect their designated critical habitat. The Corps has determined the proposal would have no effect on listed threatened or endangered coral species and the Nassau grouper (*Epinephelus striatus*) and their designated critical habitat. The Corps will request U.S. Fish and Wildlife/National Marine Fisheries Service concurrence with this determination pursuant to Section 7 of the Endangered Species Act.

ESSENTIAL FISH HABITAT (EFH):

This notice initiates consultation with the National Marine Fisheries Service on EFH as required by the Magnuson-Stevens Fishery Conservation and Management Act 1996. Our initial determination is that the proposed action would not have a substantial adverse impact on EFH or Federally managed fisheries in the Caribbean. Our final determination relative to project impacts and the need for mitigation measures is subject to review by and coordination with the National Marine Fisheries Service.

NOTE: This public notice is being issued based on information furnished by the applicant. This information has not been verified or evaluated to ensure compliance with laws and regulation governing the regulatory program.

AUTHORIZATION FROM OTHER AGENCIES: A Coastal Zone Federal Consistency Certificate with the Puerto Rico Coastal Zone Management Plan is required from the Puerto Rico Planning Board.

COMMENTS regarding the potential authorization of the work proposed should be submitted in writing to the attention of the District Engineer through the Antilles Permit Section, Fundación Angel Ramos, Annex BLDG., Suite 202, 383 F. D. Roosevelt Ave., San Juan, Puerto Rico 00918 within 20 days from the date of this notice.

The decision whether to issue or deny this permit application will be based on the information received from this public notice and the evaluation of the probable impact to the associated wetlands. This is based on an analysis of the applicant's avoidance and minimization efforts for the project, as well as the compensatory mitigation proposed.

QUESTIONS concerning this application should be directed to the project manager, Ms. Carmen Gisela Román, in writing at the Antilles Permits Section, Fundación Angel Ramos, Annex BLDG., Suite 202, 383 F. D. Roosevelt Ave., San Juan, Puerto Rico 00918; by electronic mail at carmen.g.roman@usace.army.mil or by telephone at (787)729-6637.

IMPACT ON NATURAL RESOURCES: Coordination with U.S. Fish and Wildlife Service, Environmental Protection Agency (EPA), the National Marine Fisheries Services, and other Federal, State, and local agencies, environmental groups, and concerned citizens generally yields pertinent environmental information that is

instrumental in determining the impact the proposed action will have on the natural resources of the area.

EVALUATION: The decision whether to issue a permit will be based on an evaluation of the probable impact including cumulative impacts of the proposed activity on the public interest. That decision will reflect the national concern for both protection and utilization of important resources. The benefits, which reasonably may be expected to accrue from the proposal, must be balanced against its reasonably foreseeable detriments. All factors which may be relevant to the proposal will be considered including cumulative impacts thereof; among these are conservation, economics, esthetics, general environmental concerns, wetlands, historical properties, fish and wildlife values, flood hazards, floodplain values, land use, navigation, shoreline erosion and accretion, recreation, water supply and conservation, water quality, energy needs, safety, food, and fiber production, mineral needs, considerations of property ownership, and in general, the needs and welfare of the people. Evaluation of the impact of the activity on the public interest will also include application of the guidelines promulgated by the Administrator, EPA, under authority of Section 404(b) of the Clean Water Act or the criteria established under authority of Section 102(a) of the Marine Protection Research and Sanctuaries Act of 1972. A permit will be granted unless its issuance is found to be contrary to the public interest.

The US Army Corps of Engineers (Corps) is soliciting comments from the public; Federal, State, and local agencies and officials; Indian Tribes; and other Interested parties in order to consider and evaluate the impacts of this proposed activity. Any comments received will be considered by the Corps to determine whether to issue, modify, condition, or deny a permit for this proposal. To make this determination, comments are used to assess impacts to endangered species, historic properties, water quality, general environmental effects, and the other public interest factors listed above. Comments are also used to determine the need for a public hearing and to determine the overall public interest of the proposed activity.

COASTAL ZONE MANAGEMENT CONSISTENCY: In Florida, the State approval constitutes compliance with the approved Coastal Zone Management Plan. In Puerto Rico, a Coastal Zone Management Consistency Concurrence is required from the Puerto Rico Planning Board. In the Virgin Islands, the Department of Planning and Natural Resources permit constitutes compliance with the Coastal Zone Management Plan.

REQUEST FOR PUBLIC HEARING: Any person may request a public hearing. The request must be submitted in writing to the District Engineer within the designated comment period of the notice and must state the specific reasons for requesting the public hearing.



DEPARTMENT OF THE ARMY
JACKSONVILLE DISTRICT CORPS OF ENGINEERS
ANTILLES OFFICE
FUND. ANGEL RAMOS ANNEX BLDG., SUITE 202
383 F. D. ROOSEVELT AVE.
SAN JUAN, PUERTO RICO 00918

REPLY TO
ATTENTION OF

March 13, 2017

Regulatory Division
South Branch
Antilles Permits Section

# *PUBLIC NOTICE*

Permit Application No. SAJ-2001-06025(SP-CGR)

TO WHOM IT MAY CONCERN: The Jacksonville District of the U.S. Army Corps of Engineers (Corps) has received an application for a Department of the Army permit pursuant to Section 10 of the Rivers and Harbors Act of 1899 (33 U.S.C. §403) and Section 103 of the Marine Protection, Research and Sanctuaries Act (MPRSA) of 1972, as described below:

APPLICANT: Puerto Rico Ports Authority
Mr. Romel Pedraza Claudio
Acting Assistant Executive Director
for Planning, Engineering, Construction and
Environmental Affairs
P.O. Box 362829
San Juan, Puerto Rico 00936-2829

WATERWAY AND LOCATION: The project would affect waters of the United States associated with the San Juan Bay and the Atlantic Ocean. The project site is located at the berthing area located to the West side of Pier 4, Old San Juan, Puerto Rico. The proposed ocean disposal site is at the San Juan Harbor ocean dredged material disposal site (ODMDS).

Directions to the site are as follows: Luis Muñoz Rivera Expressway turn left (going west) on Fernández Juncos Avenue and keep all the way to the end and turn right on Paseo Concepción de Gracia and turn left next pier building.

APPROXIMATE CENTRAL COORDINATES: Latitude 18.46223°
Longitude -66.110555°

COORDINATES of San Juan Harbor ODMDS:

| Latitude | Longitude |
|---|---|
| 18.50277778° | -66.15861111° |
| 18.50277778° | -66.14138889° |
| 18.51944444° | -66.14138889° |
| 18.51944444° | -66.15861111° |

PROJECT PURPOSE:

Basic: Dredging

Overall: To provide maintenance dredging and safety depth to avoid grounding of large cruise ships in a berthing area of pier number 4.

EXISTING CONDITIONS: The San Juan Bay is an active port area. Pier 4 is used by cruise ships. The proposed area has been dredged several times in the past. The last maintenance dredging at the berthing areas of pier 4 was performed in 2012. The actual depths adjacent to pier number 4 fluctuate from approximately -33 feet to -38 feet. The Environmental Sensitivity Index Map describes the existing shoreline habitat as sheltered, solid man-made structures. In addition, based on available information, no seagrass or reefs are present at the project site. Sediments collected from pier 4 are composed mostly of sand (20.8% to 52.7%), clay (33.4% to 49%) and silt (13.9% to 30.2%). No gravel was found.

PROPOSED WORK: The applicant seeks authorization to perform maintenance dredging of approximately 4,000 cubic yards of sediments in navigable waters of the United States at the docking and the berthing area located at the West side of pier 4. The proposed dredge is located within an area of approximately 483 feet long by 463 feet wide. The method of dredging will be clamshell. The proposed dredging depth is -36 feet and -2 feet allowable overdepth. The dredged material will be transported to the Environmental Protection Agency (EPA) designated San Juan Harbor ODMDS.

BIOLOGICAL AND CHEMICAL TESTING: Sampling and testing of the material to be dredged were conducted in February and March 2015. The results of the physical, chemical and toxicological analyses of the samples collected are included on the Final Report San Juan Harbor Piers 3, 4, and Pan American MPRSA Section 103 Sediment Testing and Analysis dated December 2015. Copies of this report documenting the results of these analyses are available upon request. The EPA will evaluate the results and assess the suitability of the dredged sediments from the areas of Pier4 for the offshore disposal at the San Juan Harbor ODMDS.

CULTURAL RESOURCES:

The Corps has determined the permit area has been extensively modified by previous work and there is little likelihood a historic property may be affected.

ENDANGERED SPECIES:

The Corps has determined the proposed project may affect, but is not likely to adversely affect the Green sea turtles (*Chelonia mydas*), Hawksbill sea turtles (*Eretmochelys imbricata*) and the Antillean Manatee (*Trichechus manatus*) and it would not affect their designated critical habitat. The Corps has determined the proposal would have no

effect on listed threatened or endangered coral species and the Nassau grouper (*Epinephelus striatus*) and their designated critical habitat. The Corps will request U.S. Fish and Wildlife/National Marine Fisheries Service concurrence with this determination pursuant to Section 7 of the Endangered Species Act.

ESSENTIAL FISH HABITAT (EFH): This notice initiates consultation with the National Marine Fisheries Service on EFH as required by the Magnuson-Stevens Fishery Conservation and Management Act 1996. Our initial determination is that the proposed action would not have a substantial adverse impact on EFH or Federally managed fisheries in the Caribbean. Our final determination relative to project impacts and the need for mitigation measures is subject to review by and coordination with the National Marine Fisheries Service.

NOTE: This public notice is being issued based on information furnished by the applicant. This information has not been verified or evaluated to ensure compliance with laws and regulation governing the regulatory program.

AUTHORIZATION FROM OTHER AGENCIES: A Coastal Zone Federal Consistency Certificate with the Puerto Rico Coastal Zone Management Plan is required from the Puerto Rico Planning Board.

COMMENTS regarding the potential authorization of the work proposed should be submitted in writing to the attention of the District Engineer through the Antilles Permit Section, Fundación Angel Ramos, Annex BLDG., Suite 202, 383 F. D. Roosevelt Ave., San Juan, Puerto Rico 00918 within 20 days from the date of this notice.

The decision whether to issue or deny this permit application will be based on the information received from this public notice and the evaluation of the probable impact to the aquatic environment.

QUESTIONS concerning this application should be directed to the project manager, Ms. Carmen Gisela Román, in writing at the Antilles Permits Section, Fundación Angel Ramos, Annex BLDG., Suite 202, 383 F. D. Roosevelt Ave., San Juan, Puerto Rico 00918; by electronic mail at carmen.g.roman@usace.army.mil or by telephone at (787)729-6637.

IMPACT ON NATURAL RESOURCES: Coordination with U.S. Fish and Wildlife Service, Environmental Protection Agency (EPA), the National Marine Fisheries Services, and other Federal, State, and local agencies, environmental groups, and concerned citizens generally yields pertinent environmental information that is instrumental in determining the impact the proposed action will have on the natural resources of the area.

EVALUATION: The decision whether to issue a permit will be based on an evaluation of the probable impact including cumulative impacts of the proposed activity on the public interest. That decision will reflect the national concern for both protection and utilization of important resources. The benefits, which reasonably may be expected to accrue from

the proposal, must be balanced against its reasonably foreseeable detriments. All factors which may be relevant to the proposal will be considered including cumulative impacts thereof; among these are conservation, economics, esthetics, general environmental concerns, wetlands, historical properties, fish and wildlife values, flood hazards, floodplain values, land use, navigation, shoreline erosion and accretion, recreation, water supply and conservation, water quality, energy needs, safety, food, and fiber production, mineral needs, considerations of property ownership, and in general, the needs and welfare of the people. Evaluation of the impact of the activity on the public interest will also include application of the guidelines promulgated by the Administrator, EPA, under authority of Section 404(b) of the Clean Water Act or the criteria established under authority of Section 102(a) of the Marine Protection Research and Sanctuaries Act of 1972. A permit will be granted unless its issuance is found to be contrary to the public interest.

The US Army Corps of Engineers (Corps) is soliciting comments from the public; Federal, State, and local agencies and officials; Indian Tribes; and other Interested parties in order to consider and evaluate the impacts of this proposed activity. Any comments received will be considered by the Corps to determine whether to issue, modify, condition, or deny a permit for this proposal. To make this determination, comments are used to assess impacts to endangered species, historic properties, water quality, general environmental effects, and the other public interest factors listed above. Comments are also used to determine the need for a public hearing and to determine the overall public interest of the proposed activity.

COASTAL ZONE MANAGEMENT CONSISTENCY: In Florida, the State approval constitutes compliance with the approved Coastal Zone Management Plan. In Puerto Rico, a Coastal Zone Management Consistency Concurrence is required from the Puerto Rico Planning Board. In the Virgin Islands, the Department of Planning and Natural Resources permit constitutes compliance with the Coastal Zone Management Plan.

REQUEST FOR PUBLIC HEARING: Any person may request a public hearing. The request must be submitted in writing to the District Engineer within the designated comment period of the notice and must state the specific reasons for requesting the public hearing.



Jacksonville District

**San Juan Harbor Improvements Feasibility Study (01-12-17)**

# FINAL MEETING MINUTES (Team Update on Environmental Resource Surveys)

| **Date of Meeting:** | December 13, 2016 | **Location:** | Jacksonville, Florida |
|---|---|---|---|
| **Minutes Prepared By:** | Rebecca Onchaga and Dick Powell | **Time:** | 2:00pm-3:00pm |

## 1. Purpose of Meeting – Review Side Scan Sonar Resource Surveys

Project Delivery Team (PDT), SAD team members, Headquarters (HQ) Regional Integration Team (RIT) team members, the Sponsor, terminal operators, and other interested parties participated in a webinar/conference call to review recent side scan sonar and towed video of environmenal resources (Attachment 4). Environmental team members will provide the U.S. Coast Guard San Juan Sector with the side scan sonar and towed video for their use in re-designating the expanded Anchorage Area "F". Engineering will obtain costs for the 50-foot widening-only measure on both sides of Army Terminal Channel at the existing project depth of 40 feet in addition to other widening measures and incremental depths. Economics continues to work on a 5-phased approach to developing HarborSym benefits. Jorge Suarez, Puerto Rico Port Authority, will provide additional requested economic data by Friday, December 16, and indicated potential container ship company partnerships will probably develop in the future. The meeting occurred by webinar/telephone with remote participants and at the Jacksonville District, 701 San Marco Blvd, Jacksonville, Florida on December 13, 2016.

## 2. Attendance at Meeting

Attachment 1 lists the attendees at the Jacksonville District Office and Attachment 2 list the remote participants attending by webinar/telephone.

## 3. Meeting Agenda

**San Juan Harbor Improvements Study**

**PDT Meeting Agenda- 13 Dec 2016, Tuesday**

**Video Conference Room, 4108, 4E – 2:00-3:00 PM**

**Purpose**

- Review progress on quantity and cost calculations for the proposed widening and deepening measures and draft report preparation.
- Update the PDT on environmental resource surveys, economic analysis, and USCG Anchorage F Expansion

**Objectives**

- Review widening and deepening measures for preliminary quantity/costs.
- Evaluate data needs for HarborSym benefit analysis and schedule.
- Confirm environmental resource survey status & HEA model certification.
- Identify USCG requirements for re-designation of Anchorage Area "F".



- Dick Powell will include a description of USCG regulatory process for expansion of Anchorage Area "F" in the draft report.
- Efrain Lopez mentioned the USCG also plans to relocate buoys 5, 7, and 9 to areas of existing deep water prior to the start of the O&M project dredging. Ideally, a 30-day notice prior to the start of O&M dredging would help.
- Brenda Calvente, Project Manager, explained the District will modify the O&M project schedule to delay the start until possibly April to accommodate Puerto Rico Electric Power Authority berthing area dredging. Brenda will provide a revised schedule to the USCG when finalized.
- Dick Powell explained during a ship simulation exercise (7 Nov 16) an ERDC representative, Mario Sanchez, mentioned the San Juan Bay Pilots requested relocation of buoy R "2" and G "3" from the Army Terminal Channel edges to the southern point of intersection of the widening measures with Army Terminal Channel. See attachment 5.
- Steve Conger said the range markers for the Puerto Nuevo Channel also require relocation to better represent the proper channel centerline. Efrain Lopez indicated moving range markers requires real estate acquisition and new structures, which involves time and expensive costs. Steve suggested obtaining a rough order of magnitude cost for the draft report.
- Dick Powell explained the Jacksonville District will send a letter to the USCG (Miami) requesting cost estimates for relocation of the Aids to Navigation (ATONs) based on the proposed widening measures shown in Attachment 3. We will work through the USCG San Juan Sector in developing the cost estimate letter.

**Real Estate**

- The base plan for disposal of dredged material involves taking the material to the Ocean Dredged Material Disposal (ODMDS) site. No confined upland sites exist for material disposal. The PDT will evaluate several beneficial use of dredged material options for comparison to the base plan to determine if a least cost beneficial use option exists.
- Hansler Bealyer indicates since our disposal options involve placement in the water and not on land, the Real Estate Appendix will not include time consuming appraisal activities. He thinks the 21 real estate elements required for evaluation will be addressed without major concerns.
- Steve Conger suggested the San Antonio Approach widening measure side slopes might impact the Sponsor's bulkhead or property.

**Project Management:**

- Brenda Calvente wanted to thank the San Juan Bay Pilots for working hard during the ship simulation exercise at ERDC and maintaining the study schedule.
- Brenda Calvente, Project Manager, will provide a revised feasibility study schedule incorporating the revised changes for the vertical team after it undergoes review. She emphasized the need to maintain the compressed 3x3x3 schedule within the 3-year limit.
- For the separate San Juan Harbor O&M project the District has a contract in place and will modify it with revised start dates and milestones. She will provide the revised O&M schedule.
- The San Juan Harbor Improvement Study has a $3 Million limited budget and she will continue to try and support the different branches and study team members.

**From:** Jackson, Courtney G SAJ
**To:** Powell, Richard B SAJ; JOSE VAZQUEZ VERA
**Cc:** Calvente, Brenda E SAJ; Sylvester, Philip T SAJ; Carlos J. Castro Montalvo; Roberto Acosta Acosta; Carlos J. Castro Montalvo; MARTIN PEREZ GARCIA; Maribel Franco Velez; Nettles, Todd A SAM
**Subject:** RE: San Juan Harbor Feasibility Study Design Vessels for Ship Simulation
**Date:** Tuesday, August 16, 2016 6:09:52 PM

---

Hello José,

Thanks so much for looking over the design vessel information that I sent out on 05 August. I apologize for not getting back to you earlier. As Dick mentioned, I was out of the office last week. I think that Dick provided a really good explanation of how design vessels are selected for ship simulation.

In addition to the points already provided, there are a few items specific to LNG that led us to the selected design vessel. First, based on our previous conversations, PREPA indicated that the most likely LNG vessels to call San Juan would be those in the 125,000 m3 capacity range. Due to the age of these vessels, their relatively limited availability in the world fleet, and the time horizon considered for the current study (2026-2075), it seemed reasonable to expand the vessels we were considering to look at those in the 130,000-145,000 m3 range. The vessels in this range are newer on average and more numerous in the world fleet than those in the 120,000-130,000 m3 capacity range.

Second, we consider sailing drafts rather than vessel design drafts in ship simulation vessel selection. We would expect the LNG vessels to generally call San Juan loaded or nearly loaded. However, LNG has a relatively low density when compared to water, which means that based on the information that I've looked at we wouldn't expect the vessels represented by our design vessel to regularly sail at a draft greater than 38 feet even when loaded. In other words, when filled with LNG it seems that these vessels would usually run out of cargo space before reaching their maximum drafts of 37-41 feet.

Lastly, we did not encompass all 130,000-145,000 m3 LNG vessels in the world fleet. Based on the selected dimensions, we're covering approximately 70% of the world fleet in that range.

I'd be happy to talk with you about this further if needed. Please let me know.

Thanks again for your active participation in this process. We really appreciate all of your help and input!

Best,

Courtney G. Jackson
Economist
U.S. Army Corps of Engineers
Jacksonville District
:904-232-1019 (Office)
courtney.g.jackson@usace.army.mil

-----Original Message-----
From: Powell, Richard B SAJ
Sent: Wednesday, August 10, 2016 11:23 AM
To: JOSE VAZQUEZ VERA <JVAZQUEZ12333@aeepr.com>; Jackson, Courtney G SAJ <Courtney.G.Jackson@usace.army.mil>
Cc: Calvente, Brenda E SAJ <Brenda.E.Calvente@usace.army.mil>; Sylvester, Philip T SAJ <Philip.T.Sylvester@usace.army.mil>; Carlos J. Castro Montalvo <CCASTRO6003@aeepr.com>; Roberto Acosta Acosta <ROBERTO.ACOSTA@aeepr.com>; Carlos J. Castro Montalvo <CCASTRO6003@aeepr.com>; MARTIN PEREZ GARCIA <MPEREZ7861@aeepr.com>; Maribel Franco Velez <MFRANCO9195@aeepr.com>
Subject: RE: San Juan Harbor Feasibility Study Design Vessels for Ship Simulation

**DEPARTMENT OF COMMERCE**

**National Oceanic and Atmospheric Administration**

**RIN 0648–XC969**

## Technical Guidance for Assessing the Effects of Anthropogenic Sound on Marine Mammal Hearing—Underwater Acoustic Thresholds for Onset of Permanent and Temporary Threshold Shifts

**AGENCY:** National Marine Fisheries Service (NMFS), National Oceanic and Atmospheric Administration (NOAA), Commerce.

**ACTION:** Notice.

**SUMMARY:** The National Marine Fisheries Service (NMFS) announces the availability of its final Technical Guidance for Assessing the Effects of Anthropogenic Sound on Marine Mammal Hearing—Underwater Acoustic Thresholds for Onset of Permanent and Temporary Threshold Shifts (Technical Guidance or Guidance) that provides updated received levels, or acoustic thresholds, above which individual marine mammals under NMFS' jurisdiction are predicted to experience changes in their hearing sensitivity (either temporary or permanent) for all underwater anthropogenic sound sources.

**ADDRESSES:** The Technical Guidance is available in electronic form via the Internet at *http://www.nmfs.noaa.gov/pr/acoustics/.*

**FOR FURTHER INFORMATION CONTACT:** Amy R. Scholik-Schlomer, Office of Protected Resources, 301–427–8449, *Amy.Scholik@noaa.gov.*

**SUPPLEMENTARY INFORMATION:** The National Marine Fisheries Service in consultation with the National Ocean Service has developed Technical Guidance to help assess the effects of underwater anthropogenic sound on marine mammal species under NMFS' jurisdiction. Specifically, the Guidance identifies the received levels, or acoustic thresholds, above which individual marine mammals are predicted to experience changes in their hearing sensitivity (either temporary or permanent) for all underwater anthropogenic sound sources. NMFS compiled, interpreted, and synthesized scientific literature to produce updated acoustic thresholds for the onset of both temporary (TTS) and permanent threshold shifts (PTS). This is the first time NMFS has presented this information in a single, comprehensive document. This Technical Guidance is intended for use by NMFS analysts and managers and other relevant user groups and stakeholders, including other federal agencies, when seeking to determine whether and how their activities are expected to result in hearing impacts to marine mammals via acoustic exposure.

The main body of the document contains NMFS' updated acoustic thresholds for onset of PTS for marine mammals exposed to underwater sound and NMFS' plan for periodically updating acoustic thresholds. Other information such as details on the development marine mammal auditory weighting functions and acoustic thresholds, research recommendations, alternative methodology (formerly referred to as a User Guide), the peer review and public comment process, and a glossary of acoustic terms can be found in the Technical Guidance appendices.

These thresholds update those currently in use by NMFS. Updates include a protocol for deriving PTS and TTS onset levels for impulsive (*e.g.,* airguns, impact pile drivers) and non-impulsive (*e.g.,* tactical sonar, vibratory pile drivers) sound sources and the formation of marine mammal hearing groups (low- (LF), mid- (MF), and high-frequency (HF) cetaceans and otariid (OW) and phocid (PW) pinnipeds in water) and associated auditory weighting functions. Acoustic thresholds are presented using the dual metrics of cumulative sound exposure level ($SEL_{cum}$) and peak sound pressure level (PK) for impulsive sounds and the $SEL_{cum}$ metric for non-impulsive sounds. While the updated acoustic thresholds are more complex than what has been in use by NMFS and regulated entities, they more accurately reflect the current state of scientific knowledge regarding the characteristics of sound that have the potential to impact marine mammal hearing sensitivity. Given the specific nature of these updates, it is not possible to generally or directly compare the updated acoustic thresholds presented in this document with the thresholds they will replace because outcomes will depend on project-specific specifications.

Although NMFS has updated the acoustic thresholds, and these changes may necessitate new methodologies for calculating impacts, the application of the thresholds in the regulatory context of applicable statutes (Marine Mammal Protection Act (MMPA), Endangered Species Act (ESA), and National Marine Sanctuaries Act (NMSA)) remains consistent with current NOAA practice (see Regulatory Context in this **Federal Register** Notice). It is important to emphasize that these updated acoustic thresholds do not represent the entirety of an impact assessment, but rather serve as one tool (in addition to behavioral impact thresholds, auditory masking assessments, evaluations to help understand the ultimate effects of any particular type of impact on an individual's fitness, population assessments, etc.), to help evaluate the effects of a proposed action.

NMFS recognizes that action proponents may have varying abilities to model and estimate exposure and that the Technical Guidance may be more complex than some action proponents are able to incorporate. Thus, NMFS has provided alternative methodology and an associated User Spreadsheet to aid action proponents with $SEL_{cum}$ thresholds and marine mammal auditory weighting functions (*http://www.nmfs.noaa.gov/pr/acoustics/*).

The Technical Guidance is classified as a Highly Influential Scientific Assessment (HISA) by the Office of Management and Budget. As such, three independent peer reviews were undertaken, at three different stages of the development of the Technical Guidance, including a follow-up to one of the peer reviews, prior to broad public dissemination by the Federal Government. Details of each peer review can be found within the Technical Guidance (Appendix C) and at the following Web site: *http://www.nmfs.noaa.gov/pr/acoustics/.* NMFS acknowledges and thanks the Marine Mammal Commission (Commission) and the Acoustical Society of America's Underwater Technical Council for nominating peer reviewers and thanks the peer reviewers for their time and expertise in reviewing this document.

In additional to three independent peer reviews, the Technical Guidance was the subject of three public comment periods. NMFS evaluated all substantive comments made during each public comment period to determine their relevance to the Technical Guidance as it was revised. Public comments made on aspects of the Technical Guidance that are no longer relevant have not been included here. Substantive and relevant comments and NMFS' responses are included below (see Comments and Responses).

The Technical Guidance does not create or confer any rights for or on any person, or operate to bind the public. An alternative approach that has undergone independent peer review may be proposed (by federal agencies or prospective action proponents) and used if case-specific information/data indicate that the alternative approach is likely to produce a more accurate

portrayal of take for the project being evaluated, if NOAA determines the approach satisfies the requirements of the applicable statutes and regulations.

**Transitioning to the Technical Guidance**

NMFS considers the updated thresholds and associated weighting functions in the Technical Guidance to be the best available information for assessing whether exposure to specific activities is likely to result in changes in marine mammal hearing sensitivity (temporary or permanent). Prospective applicants for incidental take authorizations under the MMPA and federal agencies seeking ESA section 7 consultations that have not yet started their acoustic analyses should begin using the new Technical Guidance immediately. At the same time, we recognize that for some proposed actions, analyses may have already substantially progressed using the existing thresholds or other methods for assessing hearing effects, and it may be impractical to begin those analyses anew, taking into account timing constraints, expense, and other considerations. In such ''pipeline'' cases, the applicant or action agency should contact NMFS as soon as possible to discuss how to best include consideration of the Technical Guidance to satisfy the applicable requirements. A non-exhaustive list of factors that could affect the extent to which the Technical Guidance will be considered for an action include: The relative degree to which the Technical Guidance is expected to affect the results of the acoustic impact analyses; how far in the process the application or prospective application has progressed; when the activity is scheduled to begin or other timing constraints; the complexity of the analyses and the cost and practicality of redoing them; and the temporal and spatial scope of anticipated effects. We anticipate that after the initial transition period, all applications for MMPA incidental take authorization (ITA) and all requests for ESA section 7 consultations involving noise that may affect marine mammals will include full consideration of the Technical Guidance.

**National Environmental Policy Act (NEPA)**

In 2005, NMFS published a **Federal Register** Notice of Public Scoping and Intent to Prepare an EIS for a similar action (70 FR 1871, January 11, 2005). The nature of the Guidance has evolved significantly since then. After evaluating the contents of the Technical Guidance and the standards for a categorical exclusion under NAO 216–6, sec. 6.03c.3(i), we have determined the Technical Guidance is categorically excluded from further NEPA review.

NAO 216–6, sec. 6.03c.3(i), provides that a categorical exclusion is appropriate for ''policy directives, regulations, and guidelines of an administrative, technical, or procedural nature, or the environmental effects of which are too broad, speculative or conjectural to lend themselves to meaningful analysis and will be subject later to the NEPA process, either collectively or case by case.''

Although changes to the PTS and TTS thresholds will likely change the take estimates for at least some portion of activities, any environmental effects of the draft guidance alone, without reference to a specific activity, are too speculative or conjectural to lend themselves to meaningful analysis at this stage. Effects analyses under the MMPA, ESA, and NMSA (and appropriate mitigation and monitoring) are activity-specific exercises that cannot be conducted absent some level of specificity regarding the nature of the proposed activity, the general location, and the time and duration. Moreover, direct comparisons cannot be made between the thresholds currently used and the updated thresholds, due to the different metrics and taxa-specific frequency weighting used in the new thresholds.

Any environmental effects from application of the updated PTS and TTS thresholds will flow from future actions that are the subject of ITAs under the MMPA and related consultations under the ESA or NMSA. The nature and magnitude of such effects will depend on the specific actions themselves, each of which would be subject to the NEPA process.

Because any effects from the Technical Guidance are speculative and conjectural, NOAA has determined it cannot meaningfully analyze potential effects in the manner contemplated by NEPA, which is to inform agency decisions about the effects of an action (and reasonable alternatives) on the environment. Any changes in future effects analyses resulting from the Guidance will be part of the NEPA and other statutorily-required analyses conducted for specific actions in the future.

Finally, the proposed action does not trigger any of the exceptions for categorical exclusions described in section 5.05c of NAO 216–6. It does not involve a geographic area with unique characteristics, is not a subject of public controversy due to potential environmental consequences, have uncertain environmental impacts or unique or unknown risks, establish a precedent or decision in principle about future proposals, result in cumulatively significant impacts, or have any adverse effects upon endangered or threatened species or their habitats.

**Regulatory Context**

NMFS uses acoustic thresholds to help quantify ''take'' and as part of more comprehensive effects analyses under several statutes. The Technical Guidance's updated acoustic thresholds do not represent the entirety of the comprehensive effects analysis, but rather serve as one tool among others (*e.g.,* behavioral impact thresholds, auditory masking assessments, evaluations to help understand the ultimate effects of any particular type of impact on an individual's fitness, population assessments, etc.) to help evaluate the effects of a proposed action and make findings required by NOAA's various statutes.

Under current agency practice, NMFS considers the onset of PTS, which is an auditory injury, as an example of ''Level A Harassment'' as defined in the MMPA and as ''harm'' as defined in ESA regulations, such that exposing an animal to weighted received sound levels at or above the indicated PTS threshold is predicted to result in these two types of ''take'' (*i.e.,* Level A Harassment under the MMPA and harm under ESA).

As explained below, NMFS does not consider a TTS to be an auditory injury under the MMPA or ESA, and thus it does not qualify as Level A harassment or harm. Nevertheless, TTS is an adverse effect that historically has been treated as ''take'' by ''Level B Harassment'' under the MMPA and ''harassment'' under the ESA. The broad definition of ''injury'' under the NMSA regulations includes both PTS and TTS (as well as other adverse changes in physical or behavioral characteristics that are not addressed in the Technical Guidance).

*Marine Mammal Protection Act*

The MMPA prohibits the take of marine mammals, with certain exceptions, one of which is the issuance of ITAs. Sections 101(a)(5)(A) & (D) of the MMPA (16 U.S.C. 1361 *et seq.*) direct the Secretary of Commerce to allow, upon request, the incidental, but not intentional, taking of small numbers of marine mammals by U.S. citizens who engage in a specified activity (other than commercial fishing) within a specified geographical region if certain findings are made. Through delegation by the Secretary of Commerce, NMFS is

required to authorize the incidental taking of marine mammals if it finds that the total taking will have a negligible impact on the species or stock(s) and will not have an unmitigable adverse impact on the availability of the species or stock(s) for certain subsistence uses. NMFS must also set forth the permissible methods of taking and requirements pertaining to the mitigation, monitoring, and reporting of such takings. (The ''small numbers'' and ''specified geographical region'' provisions do not apply to military readiness activities.)

The term ''take'' means to harass, hunt, capture, or kill, or attempt to harass, hunt, capture or kill any marine mammal. 16 U.S.C. 1362(13).

Except with respect to certain activities described below, ''harassment'' means any act of pursuit, torment, or annoyance which:

- Has the potential to injure a marine mammal or marine mammal stock in the wild *(Level A Harassment),* or
- Has the potential to disturb a marine mammal or marine mammal stock in the wild by causing disruption of behavioral patterns, including, but not limited to, migration, breathing, nursing, breeding, feeding or sheltering *(Level B Harassment).*

*See id.* at 1362(18)(A)(i) & (ii) (emphasis added).

Congress amended the definition of ''harassment'' as it applies to a ''military readiness activity'' or research conducted by or on behalf of the federal government consistent with MMPA section 104(c)(3) as follows (section 3(18)(B) of the MMPA):

- Any act that injures or has the significant potential to injure a marine mammal or marine mammal stock in the wild *(Level A Harassment*); or
- Any act that disturbs or is likely to disturb a marine mammal or marine mammal stock in the wild by causing disruption of natural behavioral patterns, including, but not limited to, migration, surfacing, nursing, breeding, feeding, or sheltering, to a point where such behavioral patterns are abandoned or significantly altered *(Level B Harassment).*

*See id.* at 1362(18)(B)(i) & (ii) (emphasis added).

The term ''negligible impact'' is defined as an impact resulting from the specified activity that cannot be reasonably expected to, and is not reasonably likely to, adversely affect the species or stock through effects on annual rates of recruitment or survival. 50 CFR 216.103.

In support of the analysis that is necessary to make the required statutory determinations, MMPA implementing regulations require ITA action proponents to provide NMFS with specific information. Although they may also be used to inform the development of mitigation measures, the updated acoustic thresholds are particularly relevant to the following two of the fourteen required pieces of information:

- The *type* of incidental taking authorization that is being requested (*i.e.,* takes by Level B Harassment only; *Level A Harassment;* or serious injury/mortality) and the method of incidental taking;
- By age, sex, and reproductive condition (if possible), the *number* of marine mammals (by species) that may be taken *by each type* of taking identified in paragraph (a)(5) of this section, and the number of times such takings by each type of taking are likely to occur.

50 CFR 216.104 (emphasis added).

### *Endangered Species Act*

Section 9 of the ESA prohibits the take of ESA-listed species, with limited exceptions. Section 7 of the ESA requires that each federal agency, in consultation with NMFS and/or the U.S. Fish and Wildlife Service (USFWS), ensure that any action authorized, funded, or carried out by the agency is not likely to jeopardize the continued existence of any endangered or threatened species or result in the destruction or adverse modification of designated critical habitat. *See* 16 U.S.C. 1536(a)(2). Provided that NMFS or the USFWS reaches these conclusions through a ''formal consultation'' process, incidental take of ESA-listed species may be exempted from the section 9 take prohibition through an ''incidental take statement'' that must specify the impact, *i.e.,* the amount or extent, of the taking on the species. *See id.* at section 1536(b)(4). Incidental take statements must also include reasonable and prudent measures necessary or appropriate to minimize the impact, and the terms and conditions required to implement those measures.

Under ESA, ''take'' means to harass, harm, pursue, hunt, shoot, wound, kill, trap, capture, or collect, or to attempt to engage in any such conduct. *See id.*at section 1532(19). ''Harm'' is defined in NMFS regulations as ''an act which actually kills or injures fish or wildlife'' (and can include significant habitat modification or degradation). *See* 50 CFR 222.102.

Under NMFS and the USFWS implementing regulations for section 7 of the ESA, ''jeopardize the continued existence of'' means to engage in an action that reasonably would be expected, directly or indirectly, to reduce appreciably the likelihood of both the survival and recovery of a listed species in the wild by reducing the reproduction, numbers, or distribution of that species. *See id.*at § 402.02.

In support of the analysis necessary to conduct the consultation, the ESA implementing regulations state that in order to initiate formal consultation, the federal action agency must submit a written request for formal consultation to the Director (of NMFS or the USFWS) that includes, among other things, a description of the manner in which the action may affect any listed species. *See id.*at § 402.14(c).

### *National Marine Sanctuaries Act*

Section 304(d) of the NMSA requires federal agencies whose actions are likely to destroy, cause the loss of, or injure a sanctuary resource to consult with the Office of National Marine Sanctuaries (ONMS) before taking the action. *See* 16 U.S.C. 1434(d)(1). The NMSA defines sanctuary resource as ''any living or nonliving resource of a national marine sanctuary that contributes to the conservation, recreational, ecological, historical, educational, cultural, archeological, scientific, or aesthetic value of the sanctuary.''16 U.S.C. 1432(8). Through the sanctuary consultation process, ONMS may recommend reasonable and prudent alternatives that will protect sanctuary resources. Recommended alternatives may include alternative locations, timing, and/or methods for conducting the proposed action. *See id.*at § 1434(d)(2). Monitoring may also be recommended to better characterize impacts to sanctuary resources or accompany mitigation.

The term ''injure'' is defined in the ONMS implementing regulations as to ''change adversely, either in the short or long term, a chemical, biological or physical attribute of, or the viability of.'' 15 CFR 922.3.

In support of the analysis necessary to conduct the consultation, the NMSA requires that any federal agency proposing an action that may injure a sanctuary resource provide ONMS with a written statement (''sanctuary resource statement'') describing the action and its potential effects on sanctuary resources. *See* 16 U.S.C. 1434(d)(1)(B).

### *Application of Acoustic Thresholds for Permanent Threshold Shift*

The acoustic thresholds for PTS will be used in conjunction with sound source characteristics, environmental factors that influence sound propagation, anticipated marine mammal occurrence and behavior in the vicinity of the activity, as well as other available activity-specific factors, to quantitatively estimate (acknowledging the gaps in scientific knowledge and the

inherent uncertainties in a marine environment) the takes of marine mammals (by Level A harassment and harm under the MMPA and ESA, respectively) and facilitate compliance with the MMPA, ESA, and NMSA as described above.

NMFS will use the same PTS acoustic thresholds in the identification and quantification of MMPA Level A harassment for both military readiness and non-military readiness activities. Because the acoustic thresholds for PTS predict the onset of PTS, they are inclusive of the ''potential'' and ''significant potential'' language in the two definitions of Level A harassment. The limited data now available do not support the parsing out of a meaningful quantitative difference between the ''potential'' and ''significant potential'' for injury and, therefore, the designated PTS acoustic thresholds will be treated as Level A harassment for both types of activities.

Estimating the numbers of take by Level A harassment and harm is one component of the fuller analyses that inform NMFS' ''negligible impact'' and ''jeopardy'' determinations under the MMPA and ESA, respectively, as well as ''likely to injure'' or ''may affect'' determinations under the NMSA. Last, the PTS acoustic thresholds may be used to inform the development of mitigation and monitoring measures (such as shut-down zones) pursuant to the MMPA, ESA, or NMSA.

When initiating any of the MMPA, ESA, or NMSA processes described above, agencies and other action proponents should utilize the PTS acoustic thresholds, in combination with activity-specific information, to predict whether, and if so how many, instances of PTS are expected to occur.

*Application of Acoustic Thresholds for Temporary Threshold Shift*

As previously stated, NMFS has not considered TTS an auditory injury for purposes of the MMPA and ESA, based on the work of a number of investigators that have measured TTS before and after exposure to intense sound. For example, Ward (1997) suggested that a TTS is within the normal bounds of physiological variability and tolerance and does not represent physical injury. In addition, Southall *et al.* (2007) indicates that although PTS is a tissue injury, TTS is not because the reduced hearing sensitivity following exposure to intense sound results primarily from fatigue, not loss, of cochlear hair cells and supporting structures, and is reversible. Accordingly, TTS has been considered take by Level B harassment under the MMPA and harassment under the ESA, which will be the subject of future guidance. However, TTS is considered injury under the broad definition of the term ''injury'' in NMSA regulations (along with PTS and behavioral impacts). For now, NMFS will continue the practice of requiring applicants to estimate take by TTS for explosive sources.

MMPA Level B harassment and ESA harassment are broad categories that encompass not only TTS but also other behaviorally related impacts that almost always involve a lower onset threshold than that for onset of TTS. In quantifying take by Level B harassment or harassment, NMFS considers *all* effects that fall into those categories of take, not just TTS. NMFS will be developing updated acoustic thresholds for the onset of behavioral effects and will further consider the best approach for considering TTS at that time. When that process is completed, NMFS will provide further guidance regarding how to best consider and/or quantify TTS for non-pulse and impulse sources not involving instantaneous explosives (see exception below for underwater explosives). In the meantime, action proponents not using instantaneous explosives do not need to quantify estimates of TTS separately from their overall behavioral harassment take calculations. For now, the TTS acoustic thresholds presented in the Technical Guidance will be considered as part of the larger comprehensive effects analyses under the MMPA and the ESA.

With respect to instantaneous explosives (as distinguished from repeated explosives such as gunnery exercises), NMFS already requires quantification of TTS estimates because an instantaneous explosive will not have a separate behavioral component from a lower exposure threshold and there is no time accumulation involved. The rationale for calculating TTS for instantaneous explosives continues to apply with the updated TTS thresholds for explosives.

NMFS is aware of studies by Kujawa and Liberman (2009) and Lin *et al.* (2011), which found that despite completely reversible TS that leave cochlear sensory cells intact, large (but temporary) TS could cause synaptic level changes and delayed cochlear nerve degeneration in mice and guinea pigs. However, the large TS (*i.e.,* maximum 40 decibel dB) that led to the synaptic changes shown in these studies are in the range of the large shifts used by Southall *et al.* (2007) and in the Technical Guidance to define PTS onset (*i.e.,* 40 dB). It is unknown whether smaller levels of TTS would lead to similar changes or the long-term implications of irreversible neural degeneration. The effects of sound exposure on the nervous system are complex, and this will be re-examined as more data become available.

The occurrence of, and estimated number of, TTS takes is one component of the larger analysis that informs NMFS's ''negligible impact'' and ''jeopardy'' determinations under the MMPA and ESA, respectively, as well as ''likely to injure'' or ''may affect'' determinations under the NMSA. As with PTS, TTS acoustic thresholds also may be used to inform the development of mitigation and monitoring measures pursuant to the MMPA, ESA, or NMSA.

Comments and Responses

On December 27, 2013, NMFS published the initial Draft Guidance for Assessing the Effects of Anthropogenic Sound on Marine Mammals: Acoustic Thresholds for Onset of Permanent and Temporary Threshold Shifts for a 30-day public comment period (78 FR 78822), which was extended an additional 45-days (79 FR 4672; January 29, 2014) based on public request. During the public comment period, NMFS received comments from U.S. Representatives from Congress, Federal agencies, an international government agency, state governments, Alaskan native groups, industry groups, and non-governmental organizations, individual subject matter experts, a professional society, a regulatory watchdog group, and 89 private citizens.

After the close of the initial public comment period, as NMFS was addressing public comments and working towards finalizing the Guidance, a new methodology for identifying marine mammal auditory weighting functions and acoustic thresholds was developed by the U.S. Navy (Dr. James Finneran, SPAWAR Systems Center Pacific) based on new science. Additionally, NMFS re-evaluated its methods for defining threshold usage for sources characterized as impulsive or non-impulsive based on comments received during the initial public comment period. Incorporating these updated methodologies resulted in substantial changes to the Guidance, necessitating additional peer review, as well as another public comment period. As a result, NMFS solicited public comment on a revised Draft Guidance (July 2015) via a second 45-day public comment period (80 FR 45642, July 31, 2015). During the second public comment period, NMFS received 20 comments from Federal agencies, industry groups, environmental consultants, Alaskan native groups, non-governmental

organizations, individual subject matter experts, a professional society, a regulatory watchdog group, and two private citizens.

While NMFS was working to address public comments from the second public comment period and finalize the Guidance, NMFS and the Navy (Dr. James Finneran, SPAWAR Systems Center Pacific) further evaluated certain aspects of the U.S. Navy's methodology. As a result of the Navy's and NMFS' review, several focused recommendations/modifications were suggested, which did not change the overall methodology provided in the July 2015 Draft Guidance (the primary changes were related to deriving a composite audiogram for LF cetaceans). After consideration of these recommendations, NMFS updated sections of the July 2015 Draft Guidance to reflect the suggested changes and solicited public comment on those focused revisions via a focused 14-day public comment period (81 FR 14095, March 16, 2016). During this third public comment period, NMFS received 20 comments from Federal agencies, industry groups, non-governmental organizations, individual subject matter experts, a professional society, and a private citizen. Please refer to these **Federal Register** Notices for additional background about the 2013 and 2015 Draft Guidance, as well as the document containing proposed changes to the Draft Guidance during the public comment period in 2016.

During these three public comment periods several commenters' remarks pertained to topics beyond the scope of the final Technical Guidance (*e.g.,* impacts beyond hearing: Non-auditory injury, mortality, gas emboli, stranding events, masking, stress, cumulative effects, ecosystem-wide effects, behavioral disturbance; activity-specific issues associated with specific permit/authorization; effects of airborne noise on pinniped hearing; effects of noise on fishes and sea turtles; propagation modeling; animal distribution/density; data or modeling requirements; take estimation methodology). NMFS did not address comments outside the scope of this document. Additionally, in re-evaluating substantive public comments made during the first (2013/2014), second (2015), and third (2016) public comment periods, those earlier comments pertaining to sections of the document no longer included in the final Technical Guidance are not addressed (*e.g.,* proposed 1-hour accumulation period, transition range methodology, alternative thresholds).

Technical Guidance Scope

*Comment 1:* Several commenters were concerned about the potential impacts of sound on polar bear, sea otter, and walrus and asked if NMFS coordinated with the USFWS or other branches of NMFS when evaluating and establishing thresholds in the Guidance.

*Response:* The Technical Guidance only addresses the effects of underwater anthropogenic sound on marine mammal species under NMFS' jurisdiction. The Technical Guidance does not pertain to marine mammal species under the USFWS's jurisdiction (*e.g.,* walrus, polar bears, manatees, sea otters). The USFWS is aware of this document and was provided an opportunity to comment. NMFS Headquarters, Regions, and Science Centers coordinated in the development this Guidance, as did the National Ocean Service.

*Comment 2:* Multiple commenters, citing the technical complexity of the Draft Guidance, requested an extension during all three public comment periods. Additionally, multiple commenters expressed concern that the public comment period associated with the March 2016 Proposed Changes document was rushed, resulted in arbitrary decisions, and did not allow for meaningful input from those action proponents most impacted by changes (*i.e.,* activities producing low-frequency sound). These commenters advocated that instead of NMFS adopting the changes in the March 2016 document, the July 2015 Draft Guidance instead be finalized.

*Response:* NMFS extended the initial 30-day public comment period on the 2013 Draft Guidance by an additional 45 days (79 FR 4672, January 29, 2014). In consideration of an appropriate duration for the 2015 Draft Guidance public comment period (80 FR 45642, July 31, 2015), NMFS chose a 45-day (opposed to 30 days) public comment period, based on the extent of changes from the Draft 2013 Guidance, but did not extend that public comment period. Regarding the third public comment period, due to the focused nature of the most recent proposed revision, presented in a standalone 24-page document, and significant previous opportunities for public comment, NMFS deemed a 14-day public comment period appropriate (81 FR, 14095, March 16, 2016) and did not extend public comment period in response to requests. Based on input received during the robust review process (*i.e.,* three public comment periods and three peer reviews, as well as follow-up peer review), NMFS does not believe additional or extended public comment periods were necessary to finalize the Technical Guidance.

NMFS disagrees that the March 2016 public comment period was rushed or resulted in arbitrary decisions. The March 2016 public comment period was the third opportunity given to the public to review our Draft Guidance (following the 75-day first public comment period and 45-day second public comment period). Previous versions of the Draft Guidance had already been revised based upon peer review and public input. Due to the focused nature of the proposed changes since the prior draft (which were described in a 24-page standalone document) and balanced against the lengthy process to date and need for updated thresholds, NMFS determined a 14-day public comment period was appropriate.

*Comment 3:* A few commenters indicated that the 2015 Draft Guidance and the 2016 Proposed Changes document was incomplete and the Guidance should not be finalized until the public has an opportunity to comment on the following missing sections: Agency response to comments made during the initial and second public comment periods; optional User Spreadsheet for determining isopleths; and references associated with sirenian data used in the March 2016 Proposed Changes document.

*Response:* NMFS disagrees that the 2015 Draft Guidance and 2016 Proposed Changes document were incomplete for public comment. In finalizing the Technical Guidance (via this **Federal Register** Notice), NMFS has addressed to substantive comments provided during all three public comment periods, except those no longer relevant due to subsequent changes to the Draft Guidance. Both the 2015 Draft Guidance and the 2016 Proposed Changes document encompassed modifications based on comments received during the first and second public comment periods.

NMFS disagrees that the User Spreadsheet associated with the Technical Guidance's alternative methodology requires public comment. This spreadsheet precisely follows the alternative methodology provided in the Technical Guidance (Appendix D), which was available for public comment. There is nothing additional or new provided by this spreadsheet.

As for the sirenian data used in the March 2016 Proposed Changes document, in response to this comment, these references (Gerstein *et al.,* 1999; Mann *et al.,* 2009) have been included in the finalized Technical Guidance. However, NMFS does not believe additional public review is necessary.



**UNITED STATES ENVIRONMENTAL PROTECTION AGENCY**
REGION 2
290 BROADWAY
NEW YORK, NY 10007-1866

March 23, 2016 (MR)

Eric P. Summa
Chief, Planning Division
Jacksonville District Corps of Engineers
P.O. Box 4970
Jacksonville, FL 32232-0019

Dear Mr. Summa:

This letter responds to your letter of December 23, 2015 requesting our concurrence with your determination that sediments that are proposed to be dredged from areas of the San Juan Federal Navigation Project are suitable for ocean disposal at the San Juan Harbor, PR Ocean Dredged Material Disposal Site (ODMDS).

We have reviewed the provided material and concur with your determination that the referenced materials are suitable for disposal at the San Juan Harbor, PR ODMDS. National policy allows dredged material testing data to be used to make suitability determinations regarding ocean placement for three years. The three year window for the subject concurrence will expire on March 23, 2019. After three years, the Agencies are required to review available information to determine whether changed circumstances (e.g., spills, discharges) might have altered the character of the sediment sufficiently to warrant the retesting of the material. The reevaluation does not, in itself, automatically trigger a requirement for new sampling or testing.

If you have any questions, please contact me at (212) 637-3798. Alternatively, you may have your staff contact Mr. Mark Reiss at (212) 637-3799.

Sincerely,

Mark Re
for Charles LoBue
Chief, Dredging Sediment and Oceans Section
Clean Water Division



US Army Corps
of Engineers
Jacksonville District

**San Juan Harbor Improvements Feasibility Study** **(Revised 03-07-16)**

# FINAL MEETING MINUTES (PREPA – LNG Terminal)

| **Date of Meeting:** | February 24, 2016 | **Location:** | Jacksonville, Florida |
|---|---|---|---|
| **Minutes Prepared By:** | Dick Powell, Courtney Jackson, Steve Conger, & Phil Sylvester | **Time:** | 9:00 AM – 10:30 PM |

## 1. Purpose of PREPA- LNG Terminal Meeting

Puerto Rico Electric Power Authority (PREPA) representatives, Project Delivery Team (PDT), Engineering Research and Design Center – Ship Simulation Team members participated in a webinar/conference call to discuss PREPA's plans for their future LNG terminal. After the meeting, subsequent review of the PREPA location for the LNG Terminal as shown on the *Final Gas Delivery Options Assessment Report*, "Map 4 - Option 14 (on Land LNG Storage and Vaporization Option at Warehouse Site) Zones of Concerns", page 15, and the location shown on the USACE District PowerPoint slides represents the same site, but over aerials taken at different times. See Figures 1 and 2 below on pages 7 and 8. The meeting occurred by webinar/telephone with remote participants and at the Jacksonville District, 701 San Marco Blvd, Jacksonville, Florida on February 24, 2016.

## 2. Attendance at Meeting

| Name | Agency/Title | E-mail | Phone |
|---|---|---|---|

See Attachments and related figures on pages 6-10.

## 3. Meeting Agenda

***Purpose:*** *To provide a forum for discussion of the San Juan Harbor Improvements Feasibility Study and receive confirmation on the location of the PREPA's future LNG Terminal and potential LNG tankers serving it.*

***Objectives:*** *Receive PREPA's Concurrence on the following items*

- *Location of the LNG Terminal;*
- *LNG Tankers serving the new terminal and berthing area requirements;*
- *Infrastructure required for the LNG Terminal to support the San Juan and Palo Seco Power Plants;*
- *Sequence of activities and timeline for construction and operation of the LNG Terminal*

9:00 – 9:05 Opening Remarks
9:05 – 9:15 Attendee Introductions/Agenda Overview
9:15 – 10:00 Informal Presentation

- USACE PowerPoint slides for proposed LNG Terminal and Federal channel widening measures
- Discussion of San Juan and Palo Seco Power Plants
- PREPA provides Final Gas Delivery Options Assessment Report and Integrated Resource Plan

10:00 – 10:10 Conclusion - ERDC and Engineering representatives plan site visit to PREPA March 8, 2016



US Army Corps
of Engineers.
Jacksonville District

## 4. Meeting Summary

Project Delivery Team (PDT) members, Engineering Research and Design Center – Ship Simulation Team, and Puerto Rico Electric Power Authority (PREPA) representatives participated in a webinar/conference call to discuss PREPA's plans for their future LNG terminal and related Federal channel widening and deepening modifications.

- PREPA representatives provided and confirmed the location of the LNG Terminal as shown on the *Final Gas Delivery Options Assessment Report*, "Map 4 - Option 14 (on Land LNG Storage and Vaporization Option at Warehouse Site) Zones of Concerns", page 15 and Figure 2 below.

- PREPA referred PDT members to their Puerto Rico Power Authority Integrated Resource Plan (IPR) 2016 -2035 at http://aeepr.com/Aeees/ley57.asp and http://aeepr.com/Docs/Ley57/Presentación%20IRP%20-%20AEE%2020151106.pdf for information related to future (without-project) power generation plans for upgrading the San Juan and Palo Seco Power Plants and schedules with specific reference to "Future 3" as the selected plan to achieve compliance with the Environmental Protection Agency - Mercury and Air Toxics Standards (MATS) Rule and Clean Power Plan ($CO_2$) requirements.

- PREPA indicated the LNG tanker design vessel LNG (150,000 $m^3$ - 955' x 143' x 39') shown on Figure 1 represents the upper limit of the anticipated LNG tanker fleet as compared to the LNG carrier shown in Figure 2, Map 4 – Option 14, which represents a 700-foot Length-Over-All (LOA) ship. Both ships may require additional depth.

- After the meeting, subsequent review of the PREPA location, Figure 2, for the LNG Terminal as shown on the *Final Gas Delivery Options Assessment Report*, "Map 4 - Option 14 (on Land LNG Storage and Vaporization Option at Warehouse Site) Zones of Concerns", page 15, and the location shown on the USACE District PowerPoint slide, Figure 1, represents the same site, but over aerials taken at different times. On Figure 2, Map 4 – Option 14, note the location of the pipeline extending from the midship section of the docked LNG carrier to the Warehouse Site and adjacent tank farm remains the same for both Figures 1 and 2.

- Engineering Research and Design Center – Ship Simulation Team members and Jacksonville District engineers will visit PREPA on March 8, 2016, for a site visit of the proposed LNG Terminal.



## 5. Meeting Notes, Decisions, Issues

### A. Project Delivery Team (PDT)

- The PDT presented the enclosed slides, Figures 1, 3, and 4 as the current representation of proposed Federal channel modifications based on available information. The PDT wanted to confirm the location of the LNG carrier (tanker), the 300-foot USCG required safety perimeter around the vessel, and the dimensions of largest anticipated LNG carrier expected to transit the harbor.

- Jacksonville District economists provided the following list of questions needed to help clarify assumptions used for calculation of the transportation cost savings or the benefit analysis.

  1.) At what percentage of total capacity is PREPA currently operating (a) the San Juan Power Plant and (b) the Palo Seco Power Plant?

  2.) What are the fuel type(s) currently used at (a) the San Juan Power Plant and (b) the Palo Seco Power Plant? Also, for each plant, what percentage of power generation is done using each specific fuel type? The PREPA website provides such information for all plants combined (68% fuel oil-based, 15% natural gas (LNG), 15% coal, approximately 2% hydro), but it would be helpful to know this information for the plants that are receiving inputs through San Juan Harbor.

  3.) What do you anticipate PREPA's fuel mix will be in 2026, the year we estimate that the port improvements associated with the Army Corps of Engineers project would be constructed and operational?

  4.) Based on the anticipated 2026 fuel mix outlined above, do you have an estimate of the number of vessel calls to San Juan Harbor that would be needed to meet PREPA's needs by fuel type? For example, how many annual calls to San Juan Harbor by LNG tankers do you expect in the project base year (tentatively 2026) to meet the PREPA's anticipated power generation needs?

  5.) The LNG and Natural Gas Import and Delivery Options Evaluation for PREPA's Northern Power Plants - Feasibility Study and Fatal Flaw Analysis (2nd Draft Report) completed by Galway Energy Advisors LLC (29 May 2015) states that "for the purpose of this study, the Team focused on a facility that would be sized to handle approximately 125,000 MMBtu per day which is equivalent to approximately 1 million tons per annum ("MTPA") of LNG" (page 5). What is the equivalent of this amount in cubic meters of LNG? We are interested in this because for our purposes we want to be able to easily compare and speak about all product quantities in terms of vessel calls and LNG tankers are classified in terms of cubic meters.



**B. Puerto Rico Electric Power Authority (PREPA)**

- PREPA referred PDT members to their Puerto Rico Power Authority Integrated Resource Plan (IPR) 2016 -2035 at http://aeepr.com/Aeees/ley57.asp and http://aeepr.com/Docs/Ley57/Presentación%20IRP%20-%20AEE%2020151106.pdf for information related to future (without-project) power generation plans for upgrading the San Juan and Palo Seco Power Plants and schedules with specific reference to "Future 3" as the selected plan to achieve compliance with the Environmental Protection Agency - Mercury and Air Toxics Standards (MATS) Rule and Clean Power Plan ($CO_2$) requirements.

- PREPA indicated the LNG tanker design vessel LNG (150,000 $m^3$ - 955' x 143' x 39') shown on the enclosed slide represents the upper limit of the anticipated LNG tanker fleet as compared to the LNG carrier shown in Map 4 – Option 14, Figure 2 below, which represents a 700-foot Length-Over-All (LOA) ship. Both ships may require additional depth.

- As noted in PREPA's Integrated Resource Plan (IPR) 2016 – 2035 on slide 20 of http://aeepr.com/Docs/Ley57/Presentación%20IRP%20-%20AEE%2020151106.pdf in "Future 3" San Juan Combined Cycle units 5 and 6 will be converted to dual fuel with natural gas as primary and distillate as backup. Palo Seco 3 & 4 and San Juan 9 & 10 Steam Units will continue burning No. 6 fuel until new generation is added in the north, when they will be retired or designated to limited use. As noted on slide 21 all new units selected are based on the ability to use dual fuels, both natural gas and Light Fuel Oil – No. 2. Slide 60 explains the new and flexible generation at Palo Seco Plant will be available by 2022, which may be optimistic. Slide 67 provides a schedule for completion of main transmission projects from 2015 – 2021.

- PREPA will meet with Engineering Research and Design Center – Ship Simulation Team members and Jacksonville District engineers for a site visit of the proposed LNG Terminal on March 8, 2016. The required property boundaries and zones of concern for the LNG Terminal are shown on Map 6 – Option 14, page 26 of *Final Gas Delivery Options Assessment Report* (pdf) provided in PREPA email dated 2-24-16.



US Army Corps
of Engineers
Jacksonville District

## 6. Action Items

| Action | Assigned to | Due Date |
|---|---|---|
| Provide Draft MFR of 2-24-16 PREPA webinar/conference call | Powell (PD-PN) | 26-Feb-2016 |
| Provide initial engineering drawing of widening measures | Conger (EN-DW) | 26-Feb-2016 |
| Obtain revisions from attendees / distribute final minutes | Powell (PD-PN) | 04-Mar-2016 |
| Confirm dimensions of PREPA LNG tankers | Abecassis/Jackson (PD-D) | 18-Mar-2016 |
| ERDC Ship Simulation Team PREPA site visit | Phil Sylvester (EN-WM) | 08-Mar-2016 |
| Confirm widening measures with pilots, USCG, Sponsor, ERDC ship simulation team, & terminal operators by letter | Powell/Fountain (PD-PN) | 18-Mar-2016 |
| Calculate quantities and costs for alternatives at incremental depths of 40 – 45 feet. | Conger (EN-DW)<br>Laura Gaudier (EN-TC) | 15-Apr-2016 |
| Receive structural analysis of PREPA bulkheads for deepening | Milan Mora (PM-WM) | 16-May-2016 |

## 7. Next Team Meeting – Update on ERDC Ship Simulation Team Site Visit

| **Date:** | TBD | **Time:** | TBD | **Location:** | webinar/conf call |
|---|---|---|---|---|---|
| **Agenda:** | Review of widening measures based on PREPA LNG Tanker/Terminal location and site visit | | | | |



US Army Corps
of Engineers
Jacksonville District

Attachment 1: Attendance Roster
*attended meeting via conference call

| Name | Organization | Email Address | Phone |
|---|---|---|---|
| *Ivelisse Sanchez Soultaire | PREPA | I-SANCHEZ@AEEPR.COM | |
| *Sonia Miranda Vega | PREPA | S-MIRANDA@AEEPR.COM | |
| *Dennis W. Webb | ERDC-CHL-MS | Dennis.W.Webb@usace.army.mil | |
| *Mario J. Sanchez | ERD-MS | Mario.J.Sanchez@usace.army.mil | |
| *Wilmel Varela-Ortiz | CESAJ-DS-CD-N | Wilmel.VVarela-Ortiz@usace.army.mil | |
| Milan A. Mora | CESAJ-PM-WN | Millan.A.Mora@usace.army.mil | |
| Steve Conger | CESAJ-EN-DW | Stephen.R.Conger@usace.army.mil | |
| Dan Abecassis | CESAJ-PD-D | Daniel.A.Abecassis@usace.army.mil | |
| Courtney Jackson | CESAJ-PD-D | Courtney.G.Jackson@usace.army.mil | |
| Phil Sylvester | CESAJ-EN-WM | Philip.T.Sylvester@usace.army.mil | |
| Dick Powell | CESAJ-PD-PN | Richard.B.Powell@usace.army.mil | |



US Army Corps
of Engineers.
Jacksonville District

**San Juan Harbor Improvements**
**Feasibility Study** **(Revised 03-07-16)**

FUTURE WITH
PROJECT CONDITIONS
U.S.ARMY
BUILDING STRONG
USACE TURNING
DIAMETER
REQUIREMENT:
1.3 to 1.5 times
length overall
(based on wind,
wave and
currents)
1.5 X 955'=1450'
LOCATION
PUERTO NUEVO CHA
~1,450
DIAMETER
MOORING BUOY
USCG 300' SAFETY
CLEARANCE
PREPA LNG TANKER
(955'X143'X39')
NOT TO SCALE
DESIGN VESSELS: To be confirmed
Tankers (Petroleum)
740' X 121' X 43'
Tankers
(LNG 150,000 m³)
955'X 143' X 39'
Container – Panamax
850' X 106' X 42'
Cruise
1181' x 154' x 31'
Trusted Partners Delivering Value, Today and Tomorrow
18

**Figure 1, LNG Carrier –** On Map 4 – Option 14, shown in Figure 2 below, note the location of the pipeline extending from the midship section of the docked LNG carrier to the Warehouse Site and adjacent tank farm, remains the same, for both the figure above and the Figure 2 location of the LNG Carrier shown on the Final Gas Delivery Options Assessment Report – Map 4 – Option14, page 15. Both Figure 1 and Figure 2 show the same location for the LNG carrier (tanker).

*Page 7 of 10*

USACE_006517



**Figure 2, LNG Carrier –** Reference: *Final Gas Delivery Options Assessment Report* – Map 4 – Option14, page 15, Map 4 – Option 14 (On Land LNG Storage and Vaporization Option at Warehouse Site) Zones of Concerns…Note the location of the LNG carrier and the pipeline agree with the location of the LNG carrier shown in the Figure 1 above with the 300-foot USCG required safety zone on the water side of ship and proposed widening measures for Army Terminal Turninng Basin to accommodate the LNG carrier…Also, the blue line represents the required property boundaries.



DEPARTMENT OF THE ARMY
JACKSONVILLE DISTRICT CORPS OF ENGINEERS
P.O. BOX 4970
JACKSONVILLE, FLORIDA 32232-0019

DEC 2 3 2015

REPLY TO
ATTENTION OF

Planning Division

Mr. Mark Reiss
Division of Environmental Planning and Protection
U.S. Environmental Protection Agency, Region II
25th Floor, 290 Broadway
New York, New York 10007-1866

Dear Mr. Reiss:

Enclosed is the "San Juan Harbor MPRSA Section 103 Sediment Testing and Analysis, San Juan, Puerto Rico", final report dated December 2015.

The Corps has completed the evaluation of the sediments from the San Juan Harbor, San Juan, Puerto Rico. The Quality Assurance Project Plan for this work was developed in accordance with the Environmental Protection Agency's Region 2, "Guidance for Performing Test on Dredge Material Proposed for Ocean Disposal", dated December 1992, the "Evaluation of Dredged Material proposed for Ocean Disposal-Testing Manual", otherwise called the 1991 Green Book, and with the cooperation of your staff.

All phases of this work were coordinated with your staff prior to implementation. The Corps evaluated Tiers II and III for this project. Based on the results from this report, we have determined that the dredge material from San Juan Harbor continues to be suitable for ocean disposal in accordance with the MPRSA in the San Juan Ocean Dredged Material Disposal Site.

Please review our work and provide a letter of concurrence for the ocean disposal of the dredge material from the San Juan Harbor, into the San Juan ODMDS. If you need additional information please contact Mr. Javier Cortes at 904-232-1896 by e-mail at Javier.Cortes@usace.army.mil.

Sincerely,

D. H. [signature] for

Eric P. Summa
Chief, Planning Division

Enclosures

# FINAL REPORT

# SAN JUAN HARBOR MPRSA SECTION 103 SEDIMENT TESTING AND ANALYSIS

## SAN JUAN, PUERTO RICO

**Contract No. W912EP-09-D-0013**
**Task Order No. 0022**

*Submitted to:*

U.S. Army Corps of Engineers
Jacksonville District
701 San Marco Boulevard
Jacksonville, Florida 32207-8175

*Submitted by:*

ANAMAR Environmental Consulting, Inc.
2106 NW 67th Place, Suite 5
Gainesville, FL 32653
www.anamarinc.com

December 2015



# TABLE OF CONTENTS

EXECUTIVE SUMMARY .......... 1

1 INTRODUCTION .......... 1
- 1.1 Project Area Description .......... 1
- 1.2 Description of the Testing Approach .......... 3
  - 1.2.1 Evaluation of Dredge Materials for Disposal .......... 3
  - 1.2.2 Objectives and Deliverables .......... 3

2 MATERIALS AND METHODS .......... 6
- 2.1 Project Design and Rationale .......... 6
- 2.2 Sample Collection Techniques .......... 11
  - 2.2.1 Project Field Effort .......... 11
  - 2.2.2 Site Positioning .......... 13
  - 2.2.3 Decontamination Procedures .......... 13
  - 2.2.4 Water Column Measurements .......... 13
  - 2.2.5 Sediment Sampling with Vibracore .......... 14
  - 2.2.6 Sediment Sampling with Grab Sampler .......... 16
  - 2.2.7 Water Sampling .......... 17
  - 2.2.8 Sample Processing, Shipping and Custody .......... 18
- 2.3 Physical and Chemical Analytical Procedures .......... 18
  - 2.3.1 Physical Procedures .......... 18
  - 2.3.2 Chemical Analytical Procedures .......... 20
- 2.4 Bioaccumulation and Toxicology Procedures .......... 22
  - 2.4.1 Water Column (Suspended Particulate Phase) Bioassay Procedures .......... 23
  - 2.4.2 Whole Sediment (Solid Phase) Bioassay Procedures .......... 28
  - 2.4.3 Bioaccumulation Potential Procedures .......... 30
- 2.5 Applicable Technical Quality Standards .......... 34
  - 2.5.1 Sediment Chemistry .......... 35
  - 2.5.2 Elutriate and Site Water Chemistry .......... 35
  - 2.5.3 Toxicology .......... 35
  - 2.5.4 Tissue Chemistry .......... 35
- 2.6 Reporting Limits .......... 36

3 RESULTS AND DISCUSSION .......... 37
- 3.1 Field Data and In Situ Measurements .......... 37
  - 3.1.1 Weather Conditions .......... 37
  - 3.1.2 Water Column Data .......... 37
  - 3.1.3 Vibracore and Grab Sampling Data .......... 37
- 3.2 Physical Testing Data .......... 37
- 3.3 Sediment Chemistry .......... 40
  - 3.3.1 Metals and TOC .......... 40
  - 3.3.2 Pesticides .......... 40
  - 3.3.3 PAHs .......... 41
  - 3.3.4 PCBs .......... 42
- 3.4 Elutriate Chemistry .......... 43
  - 3.4.1 Metals .......... 43



3.4.2 Pesticides ....43
3.4.3 PCBs ....44
3.5 Water Column Bioassays....44
3.5.1 *Americamysis bahia* Bioassay ....44
3.5.2 *Menidia beryllina* Bioassay....46
3.5.3 *Mytilus galloprovincialis* Bioassay ....47
3.6 Whole Sediment (Solid Phase) Bioassays....48
3.6.1 *Ampelisca abdita* Bioassay ....48
3.6.2 *Americamysis bahia* Bioassay ....49
3.7 Bioaccumulation Potential Tests ....50
3.7.1 *Macoma nasuta* Test ....50
3.7.2 *Neanthes virens* Test....50
3.7.3 Tissue Chemistry....52
4 QUALITY ASSURANCE/QUALITY CONTROL....63
4.1 Field Sampling ....63
4.2 Sample Receipt....63
4.2.1 AMEC....63
4.2.2 ALS Environmental ....63
4.2.3 ENVIRON....63
4.3 Physical Analysis ....64
4.4 Sediment Chemistry ....64
4.4.1 General Chemistry....64
4.4.2 Trace Metals....64
4.4.3 Pesticides ....64
4.4.4 PCB Congeners by EPA Method 8082 ....65
4.4.5 Polycyclic Aromatic Hydrocarbons by EPA Method 8270D SIM ....66
4.5 Site Water and Elutriate Chemistry ....67
4.5.1 Total Metals....67
4.5.2 Organochlorine Pesticides by EPA Method 8081 ....67
4.5.3 PCB Congeners by EPA Method 8082 ....68
4.6 Tissue Chemistry ....69
4.6.1 Total Metals....69
4.6.2 Organochlorine Pesticides by EPA Method 8081 ....69
4.6.3 PCB Congeners by EPA Method 8082 ....70
4.6.4 Polynuclear Aromatic Hydrocarbons by EPA Method 8270 ....71
4.7 Toxicology....71
4.7.1 Water Column Toxicology ....72
4.7.2 Benthic Toxicology ....73
4.7.3 Bioaccumulation....74
5 ADDAMS MODEL....76
6 REFERENCES....81

# LIST OF EXHIBITS

Exhibit ES-1. Summary of Results for San Juan Harbor Sediment Testing ............................... 9
Exhibit 1-1. Overview of Project Area and Sampled Stations in and around San Juan Harbor ........................................................................................ 2
Exhibit 1-2. Principal Data Users and Decision Makers Associated with This Project ............... 5
Exhibit 1-3. Subcontractors and Responsibilities Associated with This Report ........................ 5
Exhibit 2-1. Relationship Between Dredging Units, Navigational Areas, Project Depths, and Sample IDs .......................................................................... 7
Exhibit 2-2. Summary of Field Sampling Materials and Methods ........................................... 8
Exhibit 2-3. Summary of Analytes of Interest and Bioassay Test Species .............................. 9
Exhibit 2-4. Field Sampling, Compositing Scheme and Sample Nomenclature........................10
Exhibit 2-5. Daily Activities during the February through March 2015 Field Sampling ............12
Exhibit 2-6. Summary of Methods and Equipment Used During Chemical Analysis of Sediment, Elutriate, and Tissue Samples.......................................................21
Exhibit 2-7. Biological Testing Performed for Dredge Material Evaluation.............................23
Exhibit 2-8. *Americamysis bahia* Water Column Bioassay Experimental Design......................25
Exhibit 2-9. *Menidia beryllina* Water Column Bioassay Experimental Design..........................26
Exhibit 2-10. *Mytilus galloprovincialis* Water Column Bioassay Experimental Design ................27
Exhibit 2-11. *Americamysis bahia* Whole Sediment Bioassay Experimental Design...................29
Exhibit 2-12. *Ampelisca abdita* Whole Sediment Bioassay Experimental Design.......................30
Exhibit 2-13. *Macoma nasuta* Bioaccumulation Test Experimental Design...............................32
Exhibit 2-14. *Neanthes virens* Bioaccumulation March 24, 2015, Test Design.........................33
Exhibit 2-15. *Neanthes virens* Bioaccumulation May 10, 2015, Supplemental Test Design........34
Exhibit 3-1. Grain Size Distribution per Sediment Sample and Composite ............................39
Exhibit 3-2. Summary of Physical Parameters per Composite and Reference.........................39
Exhibit 3-3. Summary of Results for Metals in Sediment ...................................................40
Exhibit 3-4. Summary of Results for Pesticides in Sediment...............................................41
Exhibit 3-5. Summary of Results for PAHs in Sediment .....................................................42
Exhibit 3-6. Summary of Results for PCBs in Sediment......................................................42
Exhibit 3-7. Summary of Results for Metals in Water and Elutriates ....................................43
Exhibit 3-8. Summary of Detected Concentrations of Pesticides in Water and Elutriates.........44
Exhibit 3-9. Summary of Results for PCBs in Water and Elutriates.......................................44
Exhibit 3-10. Summary of Survival Data for *Americamysis bahia*..........................................45
Exhibit 3-11. Summary of Survival Data for *Menidia beryllina*..............................................46
Exhibit 3-12. *Mytilus galloprovincialis* Control Acceptability Results .......................................47
Exhibit 3-13. Summary of Survival Data for *Mytilus galloprovincialis* ....................................48
Exhibit 3-14. Summary of Survival Data for *Ampelisca abdita*..............................................49



Exhibit 3-15. Summary of Survival Data for *Americamysis bahia*..........................................49
Exhibit 3-16. Summary of Survival Data for *Macoma nasuta* and *Neanthes virens*..................52
Exhibit 3-17. Summary of Mean Wet Weight Metal Results for *Macoma nasuta* Tissues...........53
Exhibit 3-18. Summary of Mean Wet Weight Metal Results for *Neanthes virens* Tissues...........54
Exhibit 3-19. Summary of Mean Wet Weight Pesticides Results for *Macoma nasuta* Tissues .........................................................................................55
Exhibit 3-20. Summary of Mean Wet Weight Pesticides Results for *Neanthes virens* Tissues .........................................................................................56
Exhibit 3-21. Summary of Mean Wet Weight PAHs Results for *Macoma nasuta* Tissues ...........57
Exhibit 3-22. Summary of Mean Wet Weight PAHs Results for *Neanthes virens* Tissues...........58
Exhibit 3-23. Summary of Mean Wet Weight PCB Results for *Macoma nasuta* Tissues ............60
Exhibit 3-24. Summary of Mean Wet Weight PCB Results for *Neanthes virens* Tissues............62

## LIST OF FIGURES

Figure 1 San Juan Harbor Sampling Overview
Figure 2 San Juan Harbor North Reach Samples SJH15-A1 and -A2 and Site Water Station
Figure 3 San Juan Harbor North Reach Samples SJH15-A3 and -A4
Figure 4 San Juan Harbor North Reach Samples SJH15-A5 through -A7
Figure 5 San Juan Harbor North Reach Samples SJH15-B1 and -B2
Figure 6 San Juan Harbor South Reach Sample SJH15-B3
Figure 7 San Juan Harbor South Reach Samples SJH15-B4 through -B6



# LIST OF TABLES

Table 1 Vibracore and Grab Sample Summary

Table 2 Reference Water and Site Water Sample Summary Including Water Column Measurements

Table 3 Results of Physical Analyses for Sediment Samples

Table 4 Results of Physical Analyses for Sediment Composite Samples

Table 5 Analytical Results for Dry Weight Total Organic Carbon in Sediment Samples

Table 6 Analytical Results for Dry Weight Metals in Sediment Samples

Table 7 Analytical Results for Dry Weight Pesticides in Sediment Samples

Table 8 Analytical Results for Dry Weight PAHs in Sediment Samples

Table 9 Analytical Results for Dry Weight PCBs in Sediment Samples

Table 10 Analytical Results for Metals in Site Water and Elutriates Generated from Sediment

Table 11 Analytical Results for Pesticides in Site Water and Elutriates Generated from Sediment

Table 12 Analytical Results for PCBs in Site Water and Elutriates Generated from Sediment Samples

Table 13 Survival Data for *Americamysis bahia* (Water Column Phase)

Table 14 Survival Data for *Menidia beryllina* (Water Column Phase)

Table 15 Normality Data for *Mytilus galloprovincialis* (Water Column Phase)

Table 16 Survival Data for *Ampelisca abdita* (Solid Phase)

Table 17 Survival Data for *Americamysis bahia* (Solid Phase)

Table 18 Survival Data for *Macoma nasuta* (Bioaccumulation Test)

Table 19 Survival Data for *Neanthes virens* (Bioaccumulation Test Initiated on March 24, 2015)

Table 20 Survival Data for *Neanthes virens* (Bioaccumulation Test Initiated on May 10, 2015)

Table 21 Analytical Results for Wet Weight Lipids and Total Solids in *Macoma nasuta* Tissues

Table 22 Analytical Results for Wet Weight Lipids and Total Solids in *Neanthes virens* Tissues

Table 23 Analytical Results for Wet Weight Metals in *Macoma nasuta* Tissues

Table 24 Analytical Results for Wet Weight Metals in *Neanthes virens* Tissues

Table 25 Analytical Results for Wet Weight Pesticides in *Macoma nasuta* Tissues

Table 26 Analytical Results for Wet Weight Pesticides in *Neanthes virens* Tissues

Table 27 Analytical Results for Wet Weight PAHs in *Macoma nasuta* Tissues

Table 28 Analytical Results for Wet Weight PAHs in *Neanthes virens* Tissues

Table 29 Analytical Results for Wet Weight PCBs in *Macoma nasuta* Tissues

Table 30 Analytical Results for Wet Weight PCBs in *Neanthes virens* Tissues



## APPENDICES

***NOTE:*** *Appendices are provided in electronic format only and may be found on the accompanying disc.*

Appendix A QAPP

Appendix B Field Paperwork

- B-1: Sediment and Water Sampling Field Logs
- B-2: Compositing Field Logs
- B-3: Equipment Calibration Logs
- B-4: Daily Quality Control Reports
- B-5: Temperature Field Log
- B-6: Waypoint Log
- B-7: Chain-of-Custody Forms

Appendix C Sediment Physical Lab Report

Appendix D Chemistry Lab Reports

- D-1: Sediment Chemistry
- D-2: Elutriate and Site Water Chemistry
- D-3: Tissue Chemistry

Appendix E Chemical Quality Assurance Report

Appendix F Statistical Calculations

- F-1: *Macoma nasuta* (Bent-nose Clam) Statistics
- F-2: *Neanthes virens* (Sand Worm) Statistics

Appendix G Toxicology Lab Report and *Neanthes virens* Survival Discussion

Appendix H ADDAMS Model

Appendix I Photos of Samples and Field Operations



# ACRONYMS, ABBREVIATIONS, AND INITIALISMS

| | |
|---|---|
| ADDAMS | Automated Dredging and Disposal Alternatives Modeling System |
| CFR | Code of Federal Regulations |
| CMC | criteria maximum concentration (synonymous with 'acute') |
| CQAR | Chemical Quality Assurance Report |
| cy | cubic yard(s) |
| $EC_{50}$ | effective concentration affecting 50% of a population |
| ECD | electron capture detector |
| ELCD | electrolytic conductivity detector |
| EPA, USEPA | U.S. Environmental Protection Agency |
| ERL | effects range-low |
| FDA | U.S. Food and Drug Administration |
| HSP | Health and Safety Plan |
| ICP/MS | inductively coupled plasma/mass spectrometry |
| ITM | Inland Testing Manual (USEPA and USACE 1998) |
| $LC_{50}$ | lethal dosage 50% |
| LCS | laboratory control sample |
| LPC | limiting permissible concentration |
| MDL | method detection limit |
| MLLW | mean lower low water |
| MPRSA | Marine Protection, Research, and Sanctuaries Act |
| MRL | method reporting limit |
| NELAC | National Environmental Laboratory Accreditation Conference |
| NOAA | National Oceanic and Atmospheric Administration |
| NOEC | no-observed-effect concentration |
| ODMDS | ocean dredged material disposal site |
| PAHs | polynuclear aromatic hydrocarbons |
| PCBs | polychlorinated biphenyls |
| PWS | performance work statement |
| QA | quality assurance |
| QAPP | Quality Assurance Project Plan |
| QC | quality control |
| RGM | Regional Guidance Manual (USEPA and USACE 1992) |
| TEL | threshold effects level |
| TOC | total organic carbon |
| USACE | U.S. Army Corps of Engineers |
| USCS | U.S. Soil Classification Systems |



# EXECUTIVE SUMMARY

This report details the field sampling, analysis, and results of MPRSA Section 103 sediment testing and analysis in support of the San Juan Harbor maintenance dredging. San Juan Harbor is in San Juan along the northern coast of Puerto Rico. The project area to be dredged is composed of much of the southern and eastern portions of the harbor including navigation channels, anchorages, and marina areas. Field sampling took place from February 22 through March 1, 2015, and consisted of sediment and water sample collection for physical, chemical, toxicological, and bioaccumulation analyses.

## Sampling Approach

The project area was divided into two dredging units based on expected characteristics of the material proposed for dredging. Seven sampling stations (SJH15-A1 through -A7) were selected by USACE from the dredging unit referred to in the PWS as the North Reach (also called Unit A). The North Reach dredging unit includes an anchorage area along Anegado Channel, a deep-draft anchorage along Isla Grande, and a marina north of San Antonio Approach Channel. Six additional stations (SJH15-B1 through -B6) were sampled from the South Reach dredging unit (also called Unit B). The South Reach dredging unit includes the Graving Dock Channel, Puerto Nuevo Channel, and the Army Terminal Turning Basin and associated piers in Puerto Nuevo Bay. The rationale for the sampling approach is summarized in the PWS and in Subsection 2.1 of this report. All samples from these dredging units were collected by vibracore to project depth except for core samples at stations SJH15-A6 and -B6 where refusal was met prior to reaching project depth. Sediment samples within each dredging unit were composited and homogenized to create one composite per dredging unit. The reference sediment was collected using grab sampling gear. Analysis of the sediment composites and reference consisted of three analytical tiers: physical, chemical, and toxicological/bioaccumulation. Site water was collected for elutriate generation and for chemical analysis. Water from the reference station underwent chemical analysis only.

## Sediment Physical Results

Sediment samples collected from the North Reach had percent grain size distributions ranging from predominately clay to predominately silt or sand. These samples had significant amounts of clay, variable amounts of sand and silt, and no gravel. The composite SJH15-A-COMP fits the USCS classification of CH (clay of high plasticity, elastic clay). Settling rates of the composite and the field split had final concentrations of 493 g/L and 476 g/L, respectively.

Sediment samples collected from the South Reach were composed predominantly of fat clay. These samples had significant amounts of silt, only minor amounts of sand, and no gravel. The composite SJH15-B-COMP fits the USCS classification of CH. The settling rate of this composite resulted in a final concentration of 476 g/L.

The reference sample was composed predominately of silt and clay. It fits the USCS classification of MH (silt of high plasticity, elastic silt). The settling rate of the reference resulted in a final concentration of 909 g/L.



## Sediment Chemistry Results

### Metals and TOC

The following metals were analyzed in sediment composites and the reference:

- Arsenic, cadmium, chromium, copper, lead, mercury, nickel, silver, and zinc

All nine metals analyzed were detected in concentrations above the MRL in the composite samples and in the reference sample. Project composites had concentrations of five to eight metals each in concentrations that exceeded the TEL and (or) ERL. The reference had concentrations of four metals that were greater than the TEL and (or) ERL. Composites with analyte concentrations exceeding the TEL and (or) ERL are listed below.

- SJH15-A-COMP with arsenic, copper, mercury, nickel, and silver
- The field split of SJH15-A-COMP with arsenic, chromium, copper, lead, mercury, nickel, and silver
- SJH15-B-COMP with arsenic, chromium, copper, lead, mercury, nickel, silver, and zinc
- SJH15-REF with arsenic, chromium, copper, and nickel

TOC ranged from a low of 0.11% in sample SJH15-A6 to a high of 4.02% in SJH15-A3. Composite sample SJH15-A-COMP had a TOC mean concentration of 2.53% among the triplicate results. The field split sample had a TOC mean concentration of 2.85%. Composite SJH15-B-COMP had a TOC mean concentration of 2.92%, and the reference had a TOC mean concentration of 1.32%.

### Pesticides

The following pesticides were analyzed in sediment composites and the reference:

- Aldrin; α (cis)-chlordane; trans-nonachlor; *o,p'* (2,4')-DDD; *o,p'* (2,4')-DDE; *o,p'* (2,4')-DDT; *p,p'* (4,4')-DDD; *p,p'* (4,4')-DDE; *p,p'* (4,4')-DDT; dieldrin; endosulfan I; endosulfan II; endosulfan sulfate; heptachlor; and heptachlor epoxide

Of the 15 pesticides analyzed, only 5 were detected in concentrations above the MDL (J-qualified or greater concentrations) in one or more composites. Composite SJH15-A-COMP and the field split had concentrations of *p,p'* (4,4′)-DDD; *p,p'* (4,4′)-DDE; *p,p'* (4,4′)-DDT; and endosulfan I in concentrations above the MDL. Composite SJH15-A-COMP had a concentration of *p,p'* (4,4′)-DDT that exceeded the TEL and ERL. Composite SJH15-B-COMP had concentrations of *p,p'* (4,4′)-DDE; endosulfan I; and heptachlor that are J-qualified or greater. The reference had only U-qualified (non-detected) concentrations of the 15 pesticides tested.

### PAHs

The following PAHs were analyzed in sediment composites and the reference:

- Acenaphthene, acenaphthylene, anthracene, benzo(*a*)anthracene, benzo(*a*)pyrene, benzo(*b*)fluoranthene, benzo(*g,h,i*)perylene, benzo(*k*)fluoranthene, chrysene, dibenzo(*a,h*)anthracene, fluoranthene, fluorene, indeno(1,2,3-*cd*)pyrene, naphthalene, phenanthrene, and pyrene

Most of the 16 PAH analytes tested were detected in concentrations greater than the MDL in most composites. Composite SJH15-A-COMP had unqualified concentrations of acenaphthylene



and dibenzo(*a,h*)anthracene that exceeded the TEL. SJH15-B-COMP had concentrations of acenaphthene and acenaphthylene that exceeded the TEL and (or) ERL.

**PCBs**

The following PCB congeners were analyzed in sediment composites and the reference:

- PCB 8, PCB 18, PCB 28, PCB 44, PCB 49, PCB 52, PCB 66, PCB 77, PCB 87, PCB 101, PCB 105, PCB 118, PCB 128, PCB 138, PCB 153, PCB 170, PCB 180, PCB 183, PCB 184, PCB 187, PCB 195, PCB 206, and PCB 209

Of the 23 PCB congeners tested, 19 were detected in concentrations above the MDL (J-qualified or greater) in one or more composites. The two project composites and the field split had concentrations of EPA Region 2 PCBs that exceeded the TEL and ERL.

## Elutriate and Water Chemistry Results

**Metals**

The following metals were analyzed in elutriates and site water:

- Arsenic, cadmium, chromium, copper, lead, mercury, nickel, silver, and zinc

No elutriate or site water result was greater than the CMC with the exception of mercury in the field split of SJH15-A-ELUT.

**Pesticides**

The following pesticides were analyzed in elutriates and site water:

- Aldrin, α (cis)-chlordane, trans-nonachlor, *o,p'* (2,4')-DDD, *o,p'* (2,4')-DDE, *o,p'* (2,4')-DDT, *p,p'* (4,4')-DDD, *p,p'* (4,4')-DDE, *p,p'* (4,4')-DDT, dieldrin, endosulfan I, endosulfan II, endosulfan sulfate, heptachlor, and heptachlor epoxide

No elutriate or site water result exceeded the CMC for the pesticides tested.

**PCBs**

The following PCB congeners were analyzed in elutriates and site water:

- PCB 8, PCB 18, PCB 28, PCB 44, PCB 49, PCB 52, PCB 66, PCB 87, PCB 101, PCB 105, PCB 118, PCB 128, PCB 138, PCB 153, PCB 170, PCB 180, PCB 183, PCB 184, PCB 187, PCB 195, PCB 206, and PCB 209

Most PCB congeners tested were in concentrations below the MDL (U-qualified) or below the MRL (J-qualified) in most water or elutriate samples. Composite SJH15-B-ELUT had unqualified concentrations of seven PCB congeners and was the only sample to have unqualified concentrations of any PCB tested. Composite SJH15-B-Elut also had the highest concentration of total EPA Region 2 PCBs, at 1561 ng/L. There are no CMC values for the PCBs tested.

## Toxicology Results

### Water Column Bioassays

The water column tests were performed with the mysid crustacean *Americamysis bahia* (Opossum Shrimp), the atherinoid fish *Menidia beryllina* (Inland Silverside), and larvae of the bivalve mollusk *Mytilus galloprovincialis* (Mediterranean Mussel).

For the water column test with *A. bahia*, no significant differences in mean percent survival were observed between the 100% elutriate concentrations and the control. Calculated $LC_{50}$ values for all treatments were >100%.

For the water column test with *M. beryllina*, no significant differences in mean percent survival were observed between the 100% elutriate concentrations and the control. Calculated $LC_{50}$ values for all treatments were >100%.

For the water column test with larval *M. galloprovincialis*, no significant differences in mean percent survival were observed between the 100% elutriate concentrations and the control. Calculated $LC_{50}$ values for all treatments were >100%.

### Whole Sediment (Solid Phase) Bioassays

Whole sediment bioassays were performed with the amphipod crustacean *Ampelisca abdita* and the mysid crustacean *Americamysis bahia*.

For the whole sediment bioassay using *A. abdita*, no significant differences in mean percent survival were observed between the 100% elutriate concentrations and the reference. Mean percent survival in all treatments was within 20% of the reference (86%), indicating that the test treatments meet the limiting permissible concentration for disposal.

For the whole sediment bioassay using *A. bahia*, no significant differences in mean percent survival were observed between the 100% elutriate concentrations and the reference. Mean percent survival in all treatments was within 10% of the reference (95%), indicating that the test treatments meet the limiting permissible concentration for disposal.

### Bioaccumulation Potential Bioassays

Bioaccumulation potential was assessed with the bivalve mollusk *Macoma nasuta* (Bent-nose Clam) and the polychaete worm *Neanthes virens* (Sand Worm) over a 28-day test period.

No significant toxicity was observed in the bioaccumulation tests performed on the San Juan Harbor sediments. Mean percent survival of *M. nasuta* was 96% or greater for all treatments.

Mean percent survival of *N. virens* during the initial test was 53% and 41% for the control and reference treatments, respectively. Based on the low survival observed in the initial test with *N. virens*, a review of the test conditions was performed and summarized in a memorandum submitted by ENVIRON to ANAMAR on April 29, 2015. The less-than-optimal survivorship may have been a factor of the acclimation of the *N. virens* test population from near-freezing temperatures in the field to the test temperature of 20°C required by the RGM. The review of the test conditions resulted in the decision to conduct a supplemental *N. virens* bioaccumulation



test on all project sediments with a new batch of test organisms. Mean percent survival of *N. virens* during the supplemental test was 90% or greater for all treatments.

## Tissue Chemistry Results

### Lipids and Total Solids

*Macoma nasuta.* Total solids ranged from 15.6% to 18.2% in project, reference, and pre-exposure tissue. Lipids ranged from 0.52% to 0.64% in pre-exposure tissue.

*Neanthes virens.* Total solids ranged from 15.7% to 19.6% in project, reference, and pre-exposure tissue. Lipids ranged from 1.0 % to 1.3% in pre-exposure tissue.

### Metals in Tissues

Based on sediment chemistry results, the following nine metals were analyzed in *M. nasuta* and *N. virens* for the project composites, reference, and pre-exposure tissues.

- Arsenic, cadmium, chromium, copper, lead, mercury, nickel, silver, and zinc

*Macoma nasuta.* All nine metals tested were detected in concentrations greater than the MRL in all samples. No sample mean result exceeded the FDA action level for bivalves for any metal tested. Composite SJH15-A-COMP had mean concentrations of lead and mercury that statistically significantly exceeded that of the reference tissue. Composite SJH15-B-COMP had a mean concentration of lead that statistically significantly exceeded that of the reference tissue.

*Neanthes virens.* All metals tested were detected in concentrations greater than the MRL in all samples. No sample mean concentration exceeded the FDA action level for crustacea for any metal tested. Composite SJH15-A-COMP had mean concentrations of lead, mercury, and silver that statistically significantly exceeded that of the reference tissue. Composite SJH15-B-COMP had mean concentrations of lead and silver that statistically significantly exceeded that of the reference tissue. The mean concentrations of silver in both project composites were at least twice that of the reference tissue.

### Pesticides in Tissues

Based on sediment chemistry results, the following 15 pesticides were analyzed in *M. nasuta* and *N. virens* for the project composites, reference, and pre-exposure tissues.

- Aldrin, α (cis)-chlordane, trans-nonachlor, *o,p'* (2,4')-DDD, *o,p'* (2,4')-DDE, *o,p'* (2,4')-DDT, *p,p'* (4,4')-DDD, *p,p'* (4,4')-DDE, *p,p'* (4,4')-DDT, dieldrin, endosulfan I, endosulfan II, endosulfan sulfate, heptachlor, and heptachlor epoxide

*Macoma nasuta.* No sample result exceeded any applicable FDA action level. All samples had concentrations of pesticides below the respective MRL (J-qualified), and most results were also below the respective MDL (U-qualified). Composite SJH15-A-COMP had mean concentrations of *p,p'* 4,4'-DDE and endosulfan I that statistically significantly exceeded that of the reference tissue. Composite SJH15-B-COMP had mean concentrations of trans-nonachlor; *o,p'* 2,4'-DDD; *p,p'* 4,4'-DDE; *o,p'* 2,4'-DDT; and endosulfan I and II that statistically significantly exceeded that of the reference tissue. The mean concentrations of *p,p'* 4,4'-DDE in SJH15-A-COMP and o,p' 2,4'-DDT and endosulfan II in SJH15-B-COMP were at least twice that of the reference tissue. However, the statistical differences were due to differing MDL values as these results



were below the respective MDL values (U-qualified) except in the case of *p,p'* 4,4'-DDE in SJH15-A-COMP tissue.

*Neanthes virens.* All samples had concentrations of pesticides below the respective MRL (J-qualified) and most results were also below the respective MDL (U-qualified). No sample result exceeded any applicable FDA action level. Composite SJH15-A-COMP had a mean concentration of *p,p'* 4,4'-DDT that statistically significantly exceeded that of the reference tissue. Composite SJH15-B-COMP had mean concentrations of *p,p'* 4,4'-DDT and dieldrin that statistically significantly exceeded that of the reference tissue. The mean concentration of *p,p'* 4,4'-DDT in SJH15-B-COMP not only statistically significantly exceeded the reference, but was at least twice that of the reference tissue. However, the statistical differences were due to differing MDL values as these results were below the respective MDL values (U-qualified) in every case.

**PAHs in Tissues**

Based on sediment chemistry results, the following 16 PAHs were analyzed in *M. nasuta* and *N. virens* for the project composites, reference, and pre-exposure tissues.

- Acenaphthene, acenaphthylene, anthracene, benzo(*a*)anthracene, benzo(*a*)pyrene, benzo(b)fluoranthene, benzo(*g,h,i*)perylene, benzo(*k*)fluoranthene, chrysene, dibenzo(*a,h*)anthracene, fluoranthene, fluorene, indeno(1,2,3-*cd*)pyrene, naphthalene, phenanthrene, and pyrene

*Macoma nasuta.* Most samples had PAH concentrations below the respective MRL (J-qualified). Composite SJH15-A-COMP had mean concentrations of four PAHs that statistically significantly exceeded that of the reference tissue. Composite SJH15-B-COMP had mean concentrations of 12 PAHs that statistically significantly exceeded that of the reference tissue. The mean concentrations of three PAHs in SJH15-A-COMP and 10 PAHs in SJH15-B-COMP were at least twice that of the reference tissue. There are no applicable FDA action levels for the PAHs tested. Composites with PAHs concentrations that exceeded that of the reference are listed below.

- SJH15-A-COMP with benzo(*a*)pyrene, benzo(*b*)fluoranthene, benzo(*k*)fluoranthene, and chrysene
- SJH15-B-COMP with acenaphthene, anthracene, benzo(*a*)anthracene, benzo(*a*)pyrene, benzo(*b*)fluoranthene, benzo(*g,h,i*)perylene, benzo(*k*)fluoranthene, chrysene, fluoranthene, fluorene, phenanthrene, and pyrene

*Neanthes virens.* Most samples had PAH concentrations below the respective MRL (J-qualified). Composite SJH15-B-COMP had mean concentrations of five PAHs that statistically significantly exceeded that of the reference tissue. The mean concentrations of chrysene, fluoranthene, and pyrene in SJH15-B-COMP not only statistically exceeded the reference but were at least twice that of the reference tissue. Composites with PAHs concentrations that exceeded that of the reference are listed below.

- SJH15-B-COMP with acenaphthene, chrysene, fluoranthene, fluorene, and pyrene



**PCBs in Tissues**

Based on sediment chemistry results, the following 23 PCB congeners were analyzed in *M. nasuta* and *N. virens* for the project composites, reference, and pre-exposure tissues.

- PCB 8, PCB 18, PCB 28, PCB 44, PCB 49, PCB 52, PCB 66, PCB 77, PCB 87, PCB 101, PCB 105, PCB 118, PCB 128, PCB 138, PCB 153, PCB 170, PCB 180, PCB 183, PCB 184, PCB 187, PCB 195, PCB 206, and PCB 209

*Macoma nasuta.* No sample exceeded the FDA tolerance level for total PCBs. Composite SJH15-A-COMP had mean concentrations of total PCBs and 10 PCB congeners that statistically significantly exceeded that of the reference tissue. Composite SJH15-B-COMP had mean concentrations of total PCBs and 17 PCB congeners that statistically significantly exceeded that of the reference tissue. The mean concentrations of six PCB congeners in SHJ15-A-COMP and total PCBs and 13 PCB congeners in SJH15-B-COMP not only statistically exceeded the reference but were at least twice that of the reference tissue. The statistical differences for three PCB congeners in SHJ15-A-COMP and six PCB congeners in SJH15-B-COMP were due to differing MDL values as these results were below the respective MDL (U-qualified). Composites with PCB concentrations that exceeded that of the reference are listed below.

- SJH15-A-COMP with total EPA Region 2 PCBs, PCB 49, PCB 52, PCB 87, PCB 101, PCB 118, PCB 128, PCB 138, PCB 153, PCB 184, and PCB 187
- SJH15-B-COMP with total EPA Region 2 PCBs, PCB 18, PCB 28, PCB 49, PCB 52, PCB 77, PCB 87, PCB 101, PCB 105, PCB 118, PCB 128, PCB 138, PCB 153, PCB 170, PCB 180, PCB 183, PCB 184, and PCB 187

*Neanthes virens.* No sample exceeded the FDA tolerance level for total PCBs. Composite SJH15-A-COMP had mean concentrations of three PCB congeners that statistically significantly exceeded that of the reference tissue. Composite SJH15-B-COMP had mean concentrations of total PCBs and 15 PCB congeners that statistically significantly exceeded that of the reference tissue. The mean concentrations of nine PCB congeners in SHJ15-B-COMP not only statistically significantly exceeded the reference but were at least twice that of the reference tissue. However, the statistical differences for six PCB congeners in SJH15-A-COMP tissue were due to differing MDL values as these results were below the respective MRL values (U-qualified). Composites with PCB concentrations that exceeded that of the reference are listed below.

- SJH15-A-COMP with PCB 49, PCB 52, and PCB 101
- SJH15-B-COMP with total EPA Region 2 PCBs, PCB 18, PCB 49, PCB 52, PCB 77, PCB 101, PCB 118, PCB 128, PCB 138, PCB 153, PCB 170, PCB 180, PCB 183, PCB 184, PCB 187, and PCB 209

## ADDAMS Model

In accordance with the RGM, results from the San Juan Harbor sediment testing effort were used in the STFATE module of the ADDAMS model. All sediment toxicology and chemistry results were modeled at a location of 9,500 feet from the top of the grid and 15,800 feet from the left edge of the grid based on discussions with agency personnel. Material from both dredging units may be disposed of using a dredge capacity of 4,800 cubic yards (the maximum capacity for the harbor based on logistical considerations) in the San Juan Harbor ODMDS without restrictions. In addition, modeling was performed to a maximum of 15,000 cubic yards, and the material met disposal criteria to this volume.



*San Juan Harbor Sediment Testing and Analysis*

ANAMAR
Environmental Consulting, Inc.

## Summary

Results of the physical, chemical, toxicological, and bioaccumulation analyses are briefly summarized in Exhibit ES-1 on the following page.

ES-8

USACE_006737


ANAMAR
Environmental Consulting, Inc.

**Exhibit ES-1. Summary of Results for San Juan Harbor Sediment Testing**

| | | Sediment Physical | | | | Sediment Chemistry | | | | | Elutriate Chemistry | | | Water Column Bioassays | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | Sand | Silt | Clay | Solids | Metals | TOC | Pesticides | PAHs | Total Region 2 PCBs | Metals | Pesticides | Total Region 2 PCBs | Mysid *Americamysis bahia* | | Fish *Menidia beryllina* | | Larval Bivalve *Mytilus galloprovincialis* | |
| Dredging Unit | Composite ID | % | % | % | % | # of analytes > TEL or ERL | % (mean) | # of analytes > TEL or ERL | # of analytes > TEL or ERL | Results > TEL or ERL? (yes or no) | # of analytes > CMC | # of analytes > CMC | ng/L | Significantly different from control? (yes or no) | $LC_{50}$ (%) | Significantly different from control? (yes or no) | $LC_{50}$ (%) | Significantly different from control? (yes or no) | $EC_{50}$ (%) |
| North Reach (Unit A) | SJH15-A-COMP | 17.9 | 34.7 | 47.4 | 53.8 | 5 > TEL or ERL [A] | 2.53 | 1 > TEL or ERL [E] | 2 > TEL or ERL [G] | Yes (48 µg/kg) | (none) | (none) | 42 | No | >100 | No | >100 | No | >100 |
| North Reach (Unit A) | Field split of SJH15-A-COMP | 23.6 | 33.2 | 43.2 | 55 | 7 > TEL or ERL [B] | 2.85 | 1 > TEL or ERL [F] | (none) | Yes (44 µg/kg) | 1 > CMC [I] | (none) | 48 | (not applicable) | | | | | |
| South Reach (Unit B) | SJH15-B-COMP | 3.3 | 30.6 | 66.1 | 42.1 | 8 > TEL or ERL [C] | 2.92 | (none) | 2 > TEL or ERL [H] | Yes (169 µg/kg) | (none) | (none) | 1561 | No | >100 | No | >100 | No | >100 |
| Reference | SJH15-REF | 13.8 | 53.5 | 32.7 | 53.8 | 4 > TEL or ERL [D] | 1.32 | (none) | (none) | No | (none) | (none) | 30 | (not applicable) | | | | | |

| | | Whole Sediment Bioassays | | | | Bioaccumulation | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | Amphipod *Ampelisca abdita* | | Mysid *Americamysis bahia* | | Metals | | Pesticides | | PAHs | | PCBs | |
| Dredging Unit | Composite ID | Mean Survival (%) | Significantly different from reference? (yes or no) | Mean Survival (%) | Significantly different from reference? (yes or no) | *Macoma nasuta* (# of analytes > reference) | *Neanthes virens* (# of analytes > reference) | *Macoma nasuta* (# of analytes > reference) | *Neanthes virens* (# of analytes > reference) | *Macoma nasuta* (# of analytes > reference) | *Neanthes virens* (# of analytes > reference) | *Macoma nasuta* (# of analytes > reference) | *Neanthes virens* (# of analytes > reference) |
| North Reach (Unit A) | SJH15-A-COMP | 74 | No | 94 | No | 2 > reference [J] | 3 > reference [L] | 2 > reference [N] | 1 > reference [P] | 4 > reference [R] | (none) | 11 > reference [U] | 3 > reference [W] |
| North Reach (Unit A) | Field split of SJH15-A-COMP | (not applicable) | | | | (not applicable) | | | | | | | |
| South Reach (Unit B) | SJH15-B-COMP | 85 | No | 91 | No | 1 > reference [K] | 2 > reference [M] | 6 > reference [O] | 2 > reference [Q] | 12 > reference [S] | 5 > reference [T] | 18 > reference [V] | 16 > reference [X] |
| Reference | SJH15-REF | 86 | No | 95 | No | (not applicable) | | | | | | | |

[A] Metals that exceed the TEL and (or) ERL: arsenic, copper, mercury, nickel, and silver.
[B] Metals that exceed the TEL and (or) ERL: arsenic, chromium, copper, lead, mercury, nickel, and silver.
[C] Metals that exceed the TEL and (or) ERL: arsenic, chromium, copper, lead, mercury, nickel, silver, and zinc.
[D] Metals that exceed the TEL and (or) ERL: arsenic, chromium, copper, lead, and nickel.
[E] Pesticides that exceed the TEL and (or) ERL: *p,p'* (4,4')-DDT.
[F] Pesticides that exceed the TEL and (or) ERL: *p,p'* (4,4')-DDT.
[G] PAHs that exceed the TEL and (or) ERL: acenaphthylene and dibenzo(*a,h*)anthracene.
[H] PAHs that exceed the TEL and (or) ERL: acenaphthene and acenaphthylene.
[I] Metals that exceed the CMC: mercury.
[J] Metal concentrations that exceed reference concentrations: lead and mercury.
[K] Metal concentrations that exceed reference concentrations: lead.
[L] Metal concentrations that exceed reference concentrations: lead, mercury, and silver.
[M] Metal concentrations that exceed reference concentrations: lead and silver.
[N] Pesticide concentrations that exceed reference concentrations: *p,p'* 4,4'-DDE and endosulfan I.
[O] Pesticide concentrations that exceed reference concentrations: trans-nonachlor; *o,p'* 2,4'-DDD; p,p' 4,4'-DDE; *o,p'* 2,4'-DDT; endosulfan I; and endosulfan II.
[P] Pesticide concentrations that exceed reference concentrations: *p,p'* 4,4'-DDT.
[Q] Pesticide concentrations that exceed reference concentrations: *p,p'* 4,4'-DDT and dieldrin.
[R] PAH concentrations that exceed reference concentrations: benzo(*a*)pyrene, benzo(*b*)fluoranthene, benzo(*k*)fluoranthene, and chrysene.
[S] PAH concentrations that exceed reference concentrations: acenaphthene, anthracene, benzo(*a*)anthracene, benzo(*a*)pyrene, benzo(*b*)fluoranthene, benzo(*g,h,i*)perylene, benzo(*k*)fluoranthene, chrysene, fluoranthene, fluorene, phenanthrene, and pyrene.
[T] PAH concentrations that exceed reference concentrations: acenaphthene, chrysene, fluoranthene, fluorene, and pyrene.
[U] PCB concentrations that exceed reference concentrations: total EPA R2 PCBs, PCB 49, PCB 52, PCB 87, PCB 101, PCB 118, PCB 128, PCB 138, PCB 153, PCB 184, and PCB 187.
[V] PCB concentrations that exceed reference concentrations: total EPA R2 PCBs, PCB 18, PCB 28, PCB 49, PCB 52, PCB 77, PCB 87, PCB 101, PCB 105, PCB 118, PCB 128, PCB 138, PCB 153, PCB 170, PCB 180, PCB 183, PCB 184, and PCB 187.
[W] PCB concentrations that exceed reference concentrations: PCB 49, PCB 52, and PCB 101.
[X] PCB concentrations that exceed reference concentrations: total EPA R2 PCBs, PCB 18, PCB 49, PCB 52, PCB 77, PCB 101, PCB 118, PCB 128, PCB 138, PCB 153, PCB 170, PCB 180, PCB 183, PCB 184, PCB 187, and PCB 209.

# 1 INTRODUCTION

San Juan Harbor was evaluated for the offshore disposal of dredged material on numerous occasions. The most recent sampling effort was performed by ANAMAR Environmental Consulting, Inc. in January 2011 (ANAMAR 2011).

Sampling and testing of dredge material was conducted to determine if the sediments proposed to be maintenance-dredged from San Juan Harbor are acceptable for disposal in the San Juan Harbor ocean dredged material disposal site (ODMDS).

## 1.1 Project Area Description

San Juan Harbor is in the city of San Juan along the northern coast of Puerto Rico. The harbor provides access to deep-draft vessel traffic, and the port facilities in the harbor handle most of the cargo for Puerto Rico. It is the island's principal port, handling over 75% of the commonwealth's non-petroleum waterborne commerce and is the only harbor on the north coast affording protection even during adverse weather conditions.

The proposed maintenance dredging is needed to remove material that has accumulated over time and thus improve navigation of commercial vessels through the harbor. An overview of the project area and sampling stations (including previously sampled stations [2006 and 2011]) is shown in Exhibit 1-1 and in Figure 1. Project depth varies from -30 to -40 feet mean lower low water (MLLW), plus 2 feet paid allowable overdepth, depending on the individual project segment. Core samples were taken to project depth plus 2 feet paid allowable overdepth or to refusal, whichever was encountered first. The location of the reference station (SJH15-REF) is the same area used during the 2011 sampling event for reference sediment and surface water (ANAMAR 2011). The estimated dredge volume for this project has not yet been determined.

The project area to be dredged is composed of much of the southern and eastern portions of the harbor including navigation channels, anchorages, and marina areas. The area discussed in the performance work statement (PWS) (USACE 2013) as the 'North Reach' dredging unit refers to Anegado Channel, an anchorage area along the south side of the channel, a deep-draft anchorage area west of Isla Grande, and the marina north of San Antonio Approach Channel on National Oceanic and Atmospheric Administration (NOAA) charts. The area referred to as the 'South Reach' dredging unit in the PWS consists of the Graving Dock Channel, Puerto Nuevo Channel, and the Army Terminal Turning Basin and associated piers in Puerto Nuevo Bay on NOAA charts.

San Juan Harbor Sediment Testing and Analysis

ANAMAR Environmental Consulting, Inc.

Figure 1
San Juan Harbor
Sampling Overview
Legend
Sampled Station
2006 Sampled Station
(Sample name begins with SJH06-)
2011 Sampled Station
(Sample name begins with SJH10-)
N
S
E
W
Feet
0
2,000
4,000
LOCATOR
ANAMAR
Environmental Consulting, Inc.
This map and/or digital data is for planning purposes only and should not be used to determine the precise location of any feature. Data provided as-is.
Data sources: ANAMAR, USACE, NOAA
SJH15-REF
Ref
SJH15-A7
SJH15-A6
A-4
A-5
SJH15-A5
A-3
SJH15-A3
Site Water
SJH15-SW
SJH15-A4
A-1
SJH15-A1
SJH15-A2
B-4
SJH15-B1
SJH15-B2
SJH15-B3
B-2
SJH15-B4
B-3
B-5

Exhibit 1-1. Overview of Project Area and Sampled Stations in and around San Juan Harbor, Including Previously Sampled Stations (2006, 2011)

2

USACE_006740



## 1.2 Description of the Testing Approach

### 1.2.1 Evaluation of Dredge Materials for Disposal

Sediment and suspended-phase testing are required under MPRSA Section 103 to determine the suitability for ocean disposal of the material to be dredged. Section 103 requires that all proposed operations involving the transportation and discharge of dredged material into ocean waters be evaluated to determine the potential environmental impact of such activities. The proposed dumping must be evaluated using criteria published by EPA in Title 40 of the Code of Federal Regulations (40 CFR), Parts 220–228. Specific testing methods are described in the *Evaluation of Dredged Material Proposed for Ocean Disposal-Testing Manual* (USEPA and USACE 1991; referred to here as the 'Green Book') and the *Evaluation of Dredged Material Proposed for Discharge in Waters of the U.S.—Testing Manual* (Inland Testing Manual or ITM) (USEPA and USACE 1998). In addition, the *New York Army Corps of Engineers District Regional Guidance Manual* (RGM) (USEPA and USACE 1992) provides regional guidance on procedures to be followed when assessing the suitability of dredge material for ocean disposal.

The testing manuals provide guidance to support the tiered-testing procedure for evaluating compliance with the limiting permissible concentration (LPC) as defined by the ocean dumping regulations. The procedure includes levels of increasing investigative intensity that provide information to make ocean disposal decisions and is comprehensive enough to enable sound decision-making without unnecessary expenditure of time and resources.

### 1.2.2 Objectives and Deliverables

As a new works project, evaluation of sediment pursuant to MPRSA Section 103 is required for ocean disposal of dredged material. For this reason, the USACE Jacksonville District contracted with ANAMAR Environmental Consulting, Inc. (ANAMAR) to collect sediment and water samples and to conduct physical, chemical, toxicological, and bioaccumulation evaluations as required in 40 CFR Parts 220–228 and outlined in the testing manuals mentioned above.

In accordance with the PWS and the Quality Assurance Project Plan (QAPP) included in Appendix A, the objectives of this effort are to

- Collect the required volume of representative sediment and water samples from the project reaches and the reference station within positioning accuracy appropriate for the project objectives.
- Collect and containerize water and sediment samples according to proper protocols to ensure sample integrity.
- Test and characterize sediment and water samples for physical characteristics and chemical contaminants of concern and perform bioaccumulation assays in accordance with the Green Book and the RGM to determine the suitability of the materials for ocean disposal.
- Demonstrate environmental compliance of sediments to be dredged and obtain concurrence of compliance from USACE and EPA for offshore disposal of dredged sediments according to requirements specified in the Green Book, ITM, and RGM.
- Provide a report to USACE and EPA on behalf of USACE in the format outlined in Section 6.2.6 of the QAPP (Appendix A).

Deliverables for this project include:

- A QAPP that has been approved by USACE Jacksonville District and reviewed by EPA Region 2 before sampling and testing were initiated. Quality assurance (QA) is an integral component of dredge material sampling and analysis, and an effective QA program ensures that the laboratory's test data are defensible and of sufficiently high quality to support the final LPC evaluations. The QAPP (Appendix A) addresses procedures for sampling and sample handling, storage, and analysis.
- A project-specific Health and Safety Plan-Accident Prevention Plan (HSP). This document addresses all health and safety issues related to the project.
- A Preliminary Sediment Chemistry Data Report to be used to make decisions regarding subsequent bioaccumulation tissue chemistry analysis.
- An MPRSA Section 103 sediment testing report (draft and final) and supporting documentation that describe all aspects of the study and present the results of field sampling, physical and chemical analysis of sediment and elutriate samples, toxicological assays, and bioaccumulation analysis. This report presents comparisons of test sediments to the reference and provides the basis for a scientific recommendation regarding the acceptability of the dredged material for ocean disposal. Important components of this report include:
    - A narrative addressing all aspects of field sampling, laboratory analysis, discussion of laboratory results, a review of all laboratory quality control measures, and Automated Dredging and Disposal Alternatives Management System (ADDAMS) modelling results.
    - Laboratory results provided in condensed tables.
    - Figures of the stations sampled.
    - A Chemical Quality Assurance Report (CQAR [Appendix E]), which evaluates all representative data from the project field sampling and laboratory analyses. The CQAR summarizes the overall usability of the data for its intended purpose.
    - Daily Quality Control Reports (Appendix B) prepared by the project manager for each day of field sampling and during compositing.

ANAMAR coordinated and directed operations for this project and worked closely with USACE and EPA to develop sampling and analysis schemes, schedules, and deliverables. ANAMAR also reviewed all data and produced this report summarizing the results of the physical, chemical, toxicological, and bioaccumulation analyses of sediment, elutriate, water, and tissue samples collected from the project area. Exhibits 1-2 and 1-3 indicate the principal data users and their respective areas of responsibility and the subcontractors associated with this evaluation.

**Exhibit 1-2. Principal Data Users and Decision Makers Associated with This Project**

| Agency or Company | Area(s) of Responsibility |
|---|---|
| USACE, Jacksonville District (Jacksonville, FL) | Responsible for maintenance of San Juan Harbor dredging project and co-managing the San Juan Harbor ODMDS with EPA Region 2 |
| EPA, Region 2 (New York, NY) | Give concurrence to environmental requirements of dredged sediment for approval for offshore disposal per the Green Book (USEPA and USACE 1991) and the ITM (USEPA and USACE 1998) |

**Exhibit 1-3. Subcontractors and Responsibilities Associated with This Report**

| Company, Location, Website | Area(s) of Responsibility |
|---|---|
| Athena Technologies, Inc. (McClellanville, South Carolina) www.athenatechnologies.com | Support for field collection of sediment samples requiring vibracore sampling equipment |
| J.A.W. Marine Contractors, Inc. *Kruger B* Research Vessel (San Juan, Puerto Rico) | Support for field collection of sediment and surface water from the designated offshore reference station |
| ALS Environmental (Kelso, Washington) www.caslab.com/Kelso-Laboratory | Laboratory preparation and chemical analysis of sediment, elutriate, and tissue samples; sample holding and archiving |
| ENVIRON (formerly NewFields Northwest and Port Gamble Environmental Services) (Port Gamble, Washington) http://www.environcorp.com/home.aspx | Laboratory preparation and bioassays for suspended phase, solid phase, and bioaccumulation potential analyses; sample holding and archiving |
| Terracon (Jacksonville, Florida) www.terracon.com | Laboratory preparation and physical analysis of sediment; sample holding and archiving |

# 2 MATERIALS AND METHODS

## 2.1 Project Design and Rationale

Analyses consist of three analytical tiers, including sediment physical and chemical analyses, water and elutriate analyses, and toxicological/bioaccumulation testing.

For dredged material evaluations for ocean disposal, the test results from areas proposed for dredging are compared to results from appropriate reference sediment. Reference sediment is defined as "A sediment, substantially free of contaminants, that is as similar to the grain size of the dredged material and the sediment at the disposal site as practical, and reflects conditions that would exist in the vicinity of the disposal site had no dredged material disposal ever occurred, but had all other influences on sediment condition taken place" (Section 3.1.2 of the Green Book.

Areas proposed to be dredged have been divided into two sample areas representing associated dredging units (see Exhibit 2-1). Each dredging unit is expected to have consistent characteristics relative to the opposing dredging unit.

Seven sampling stations (SJH15-A1 through -A7) were selected by USACE from the dredging unit referred to as the North Reach in the PWS by USACE (2013). These sampling stations involve an anchorage area along the south side of Anegado Channel (samples SJH15-A1 and -A2), a deep-draft anchorage area west of Isla Grande (samples SJH15-A3 and -A4), and a marina north of San Antonio Approach Channel (samples SJH15-A5 through -A7). The site water sample (SJH15-SW) was collected in the North Reach at Anegado Channel.

Six additional sampling stations (SJH15-B1 through -B6) were selected from the South Reach dredging unit. These sampling stations involve the Graving Dock Channel (samples SJH15-B1 and -B2), Puerto Nuevo Channel (sample SJH15-B3), and the Army Terminal Turning Basin and associated piers in Puerto Nuevo Bay (samples SJH15-B4 through -B6).

Reference sediment (SJH15-REF) and reference surface water (SJH15-REF-SW) were collected from one station in a relatively unpolluted offshore area in the vicinity of the San Juan ODMDS. Site water (SJH15-SW) was collected from Anegado Channel (part of what is referred to as the North Reach in the PWS). All sampling stations were those specified in the PWS provided by USACE (2013). Sediment characteristics in the North Reach and the South Reach are represented by a single composite sample for each reach and composed of equal volumes of seven or six samples, respectively. Within each dredging unit, the volume of sediment collected from each station was commensurate with the proportion of material to be dredged from that portion of the dredging unit. The relationships between dredging units, navigational areas, and sample IDs are shown in Exhibit 2-1. Field sampling methods are listed in Exhibit 2-2. Sediment, water, and elutriate samples were analyzed for the analytes of interest and the bioassay test species listed in Exhibit 2-3. The field sampling, compositing scheme, and sample nomenclature are presented in Exhibit 2-4.



**Exhibit 2-1. Relationship Between Dredging Units, Navigational Areas, Project Depths and Sample IDs**

| Project-Specific Dredging Units | Navigational Area Names on NOAA Charts | Project Depth (feet, MLLW) + Overdepth | Sample IDs[1] | Composite ID |
|---|---|---|---|---|
| North Reach | Anchorage area south of Anegado Channel | -30 + 2 | SJH15-A1 and -A2 | SJH15-A-COMP (+ field split) |
| | Deep-draft anchorage area west of Isla Grande | -35 to -36 + 2 | SJH15-A3 and -A4 | |
| | Marina north of San Antonio Approach Channel | -30 to -36 + 2 | SJH15-A5 through -A7 | |
| South Reach | Graving Dock Channel | -30 to -36 + 2 | SJH15-B1 and -B2 | SJH15-B-COMP |
| | Puerto Nuevo Channel | -39 + 2 | SJH15-B3 | |
| | Army Terminal Turning Basin and associated piers | -39 + 2 | SJH15-B4 through -B6 | |

Sources: Project-specific dredging units and sample IDs from page 15 of the PWS (USACE 2013); area names from NOAA raster navigation charts; project depths from Table 10-1 of the QAPP.



**Exhibit 2-2. Summary of Field Sampling Materials and Methods**

| FIELD SAMPLE COLLECTION: | |
|---|---|
| • 13 project sediment samples (from two dredging units [North Reach and South Reach]) plus 1 field split and 1 reference<br>• 1 site water sample for water chemistry, elutriate preparation, and toxicology testing<br>• 1 reference water sample for water chemistry, elutriate preparation, and toxicology testing | |
| **SAMPLING GEAR:** | |
| • Project samples collected by vibracore<br>• Reference sediment collected with Double van Veen and Ponar grab samplers<br>• Site water collected with pneumatic stainless steel pump<br>• Reference water collected with Hurricane stainless steel pump | |
| **PRESERVATION:** | |
| • Sediment chemistry and water samples were kept at or below 4°C<br>• Site water samples in various containers, with or without stabilizing agents, were kept at or below 4°C<br>• Holding-time requirements were analyte-specific and test-specific | |
| **IN SITU WATER COLUMN DATA:** | |
| Conductivity (mS/cm) | Dissolved oxygen (mg/L and % saturation) |
| pH | Salinity (ppt) |
| Sea state | Tide cycle |
| Turbidity (NTU) | Water depth (feet) |
| Water temperature (°C) | Weather observations |



**Exhibit 2-3. Summary of Analytes of Interest and Bioassay Test Species**

**SEDIMENT PHYSICAL ANALYSES**

- All 13 samples:
  - Grain size with hydrometer
  - Total solids/water content
  - Total organic carbon (TOC)
- 2 composites and the reference:
  - Grain size with hydrometer
  - Total solids/water content
  - TOC (in triplicate)
  - Atterberg limits
  - Settling rates
  - Specific gravity
  - Bulk density

**SEDIMENT CHEMICAL ANALYSES (2 composites and the reference):**

- Metals
- Pesticides
- Polynuclear aromatic hydrocarbons (PAHs)
- Polychlorinated biphenyls (PCBs)

**ELUTRIATES AND WATER ANALYSES (2 composites, site water, and the reference water):**

- Metals
- Pesticides
- PCBs

**BIOASSAY AND BIOACCUMULATION TESTS (2 composites, site water, and the reference):**

**Water Column (Suspended Particulate Phase)** 96-hour toxicity tests using three species:

- Mysid crustacean: *Americamysis bahia* (Opossum Shrimp)
- Atherinoid fish: *Menidia beryllina* (Inland Silverside)
- Larval bivalve: *Mytilus galloprovincialis* (Mediterranean Mussel)

**Whole Sediment (Solid Phase) Bioassay** 10-day toxicity tests using two species:

- Marine amphipod: *Ampelisca abdita* (no common name)
- Mysid crustacean: *Americamysis bahia* (Opossum Shrimp)

**Whole Sediment Bioaccumulation Potential** 28-day exposure tests using two species:

- Bivalve mollusk: *Macoma nasuta* (Bent-nose Clam)
- Infaunal polychaete worm: *Neanthes virens* (Sand Worm)

**TISSUE CHEMICAL ANALYSES (2 composites and the reference):**

- Metals
- Pesticides
- PAHs
- PCBs

**Exhibit 2-4. Field Sampling, Compositing Scheme, and Sample Nomenclature**

| Sample ID | Sampling Equipment | Sampling Elevation* (feet, MLLW) | Number of Cores Collected | Volume Collected (gallons) | Sample Analysis (if applicable) | Composite ID and Analyses |
|---|---|---|---|---|---|---|
| SJH15-A1 | Vibracore | -32.0 | 2 | 9 | Physical, TOC | **SJH15-A-COMP** Physical, TOC, sediment and elutriate chemistry, toxicology and tissue chemistry |
| SJH15-A2 | Vibracore | -32.0 | 2 | 4 | Physical, TOC | |
| SJH15-A3 | Vibracore | -38.1 | 2 | 10 | Physical, TOC | |
| SJH15-A4 | Vibracore | -37.0 | 2 | 2 | Physical, TOC | |
| SJH15-A5 | Vibracore | -32.0 | 2 | 3 | Physical, TOC | |
| SJH15-A6 | Vibracore | -36.9 | 2 | 4 | Physical, TOC | |
| SJH15-A7 | Vibracore | -32.0 | 2 | 4 | Physical, TOC | |
| SJH15-B1 | Vibracore | -32.0 | 3 | 5 | Physical, TOC | **SJH15-B-COMP** Physical, TOC, sediment and elutriate chemistry, toxicology and tissue chemistry |
| SJH15-B2 | Vibracore | -38.0 | 3 | 5 | Physical, TOC | |
| SJH15-B3 | Vibracore | -41.0 | 3 | 6 | Physical, TOC | |
| SJH15-B4 | Vibracore | -42.0 | 3 | 7 | Physical, TOC | |
| SJH15-B5 | Vibracore | -42.0 | 3 | 5 | Physical, TOC | |
| SJH15-B6 | Vibracore | -40.0 | 3 | 6 | Physical, TOC | |
| SJH15-REF | Grab | Sediment surface | Not applicable | 30 | Not applicable | **SJH15-REF (reference)** Physical, TOC, sediment and elutriate chemistry, toxicology and tissue chemistry |
| SJH15-REF-SW | Pump | 3 ft below surface | Not applicable | Sample kit | Not applicable | **SJH15-REF-SW (reference water)** Water chemistry |
| SJH15-SW | Pump | 3 ft above bottom | Not applicable | Sample kit and 65 | Not applicable | **SJH15-SW (site water)** Water chemistry, water column toxicology, elutriate preparation |

*Core sampling elevation does not include discarded material following over-penetration.



## 2.2 Sample Collection Techniques

Field sediment and water collection methods and locations are described in the following subsections.

### 2.2.1 Project Field Effort

The field effort took place February 22 through March 1, 2015. Field personnel consisted of scientists from ANAMAR and Athena Technologies. The *Kruger B* vessel departed on February 24 from Pier 9 of the Port of San Juan for the collection of reference sediment and water. The Athena vessel *Good Vibrations* departed daily from Pier 15 of the Port of San Juan (near the San Juan Towing facility). Sample compositing was conducted on-site by ANAMAR field personnel at a work station on Pier 15 at the San Juan Towing facility.

The reference sediment was shipped on February 26 to the ENVIRON laboratory in Port Gamble, Washington, and ALS Environmental in Kelso, Washington. It was received at ENVIRON on February 27 and at ALS on February 28. The project samples were shipped to ENVIRON and ALS on March 2 and were received at both labs the following day. Project samples and reference sediment were shipped to Terracon in Jacksonville, Florida, on March 2 and were received on March 4. Exhibit 2-5 is a summary of the field sampling and compositing effort.



**Exhibit 2-5. Daily Activities during the February through March 2015 Field Sampling**

| Date | General Activity | Samples Collected |
|---|---|---|
| 22-Feb-2015 | • Field sampling team arrives in San Juan, Puerto Rico | None |
| 23-Feb-2015 | • Obtain badges for Port of San Juan access<br>• Pick up Ryder refrigerated truck<br>• Arrive at Pier 15 and off-load sampling equipment from cargo container into Ryder truck for reference station sampling event<br>• Deliver equipment to the *Kruger B* at Pier 9 | None |
| 24-Feb-2015 | • Mobilize to Pier 9 to board the *Kruger B*; conduct health and safety meeting<br>• Collect grab samples from reference station<br>• Collect surface water samples from reference station<br>• Return to Pier 15 and transfer reference samples into the refrigerated truck | SJH15-REF, SJH15-REF-SW |
| 25-Feb-2015 | • Homogenize reference sediment<br>• Subcontract crew (Athena) arrives in San Juan, Puerto Rico.<br>• Obtain badges for Port of San Juan access. | None |
| 26-Feb-2015 | • Ship reference material to respective laboratories for analysis<br>• Obtain Athena boat through customs and launch the vessel<br>• Load boat with supplies for sampling | None |
| 27-Feb-2015 | • Collect samples from SJH15-B substations<br>• Meet with USACE staff and EPA Region 2 contact. Discuss sampling approach/field procedures | SJH15-B1 through -B6 |
| 28-Feb-2015 | • Collect samples from SJH15-A substations<br>• Composite activities for SJH15-B | SJH15-A1 through -A7 |
| 01-Mar-2015 | • Collect surface water sample SJH15-SW<br>• Composite activities for SJH15-A | SJH15-SW |
| 02-Mar-2015 | • Package and ship samples and composites for SJH15-A and SJH15-B to respective laboratories. Pack and ship SJH15-SW samples to respective laboratories<br>• Demobilize equipment into cargo container | None |
| 03-Mar-2015 | • Return Ryder truck to rental facility<br>• Return port badges at port authority office<br>• Demobilize, return flight back to Florida | None |



### 2.2.2 Site Positioning

Sediment and water collection locations were provided by USACE. Stations sampled are shown in Figures 1 through 7. Target coordinates were provided in Table 10-1 of the QAPP (Appendix A). Station coordinates were uploaded to a Panasonic Toughbook computer and associated Trimble sub-meter GPS system on the R/V *Good Vibrations* and a GPS system at the helm of the S/V *Kruger B*. A Garmin Dakota hand-held GPS was used to log sampling coordinates at the aft deck of the *Kruger B* during sampling. Sampling coordinates were logged on the *Good Vibrations* using the Trimble sub-meter system and also with a Garmin Dakota hand-held GPS as a back-up unit. Waypoints were recorded on sampling field logs. Navigation and positioning of the sampling vessels referenced above were handled by U.S. Coast Guard-certified captains under direction of the ANAMAR project manager.

Water depths during grab sampling and water sampling were determined using a depth finder and a graduated line, respectively. Table 1 contains dates and times, coordinates, water depths, bottom elevations, and associated data for sediment grab and core samples. Table 2 contains similar information for water samples along with water column parameters recorded at these stations.

### 2.2.3 Decontamination Procedures

All equipment contacting sediment or water samples, including the vibracore barrel, was cleaned and decontaminated as described below. Work surfaces on the sampling vessel were cleaned before the sampling day began and before leaving each station. All equipment contacting sediment or water samples was decontaminated between sampling stations to prevent cross-contamination. Gloves used at a given sampling station were replaced with new gloves prior to sampling at the next station.

Decontamination Procedures

- Wash and scrub using site water or tap water to remove gross contamination
- Wash/scrub with Liquinox detergent
- Rinse with site water
- Rinse with deionized water
- Rinse 2 times with pesticide-grade isopropanol
- Rinse 3 times with deionized water
- Equipment not being used immediately was air-dried and stored wrapped in new, clean aluminum foil

Any derived waste was contained and disposed of in accordance with federal, state, and local laws.

### 2.2.4 Water Column Measurements

A YSI multiprobe meter and a Hach 2100P turbidimeter were used to measure water column parameters at each water station. Meters were calibrated each day prior to use according to manufacturer's instructions. An end-of-day reading was also taken to document that the instrument remained calibrated within acceptance criteria. Water column measurements were recorded from 2 or 3 feet below surface, at mid-depth, and 3 feet above the bottom at site



water station SJH15-SW. Water column measurements were taken 2 feet below the surface at the reference surface water station SJH15-REF-SW. Measured water column parameters and associated data consisted of

- Time of reading
- Depth of measurement (feet)
- Water temperature (°C)
- pH (units)
- Salinity (parts per thousand [ppt])
- Conductivity (mS/cm)
- Dissolved oxygen (mg/L and percent saturation)
- Turbidity (NTU, near-surface only)

Water depth measurements, tidal cycle, and weather observations were recorded on field sampling logs. These measurements are summarized in Table 2. Sampling logs and calibration logs are provided in Appendix B.

### 2.2.5 Sediment Sampling with Vibracore

Subsurface core samples were obtained using a vibratory core sampler (vibracore). Photographs of core samples and composites are included in Appendix I. Vibracore services were performed by Athena Technologies under the guidance of an ANAMAR field team leader who was present on the sampling vessel at all times to direct operations, record field notes, and containerize and label samples. The vibracore samples were collected from the sampling vessel *Good Vibrations,* which is fitted for vibracore sampling. The vessel carried all necessary sediment sampling equipment and materials.

The vessel captain navigated to each target using a helms map displayed on a Panasonic Toughbook computer and associated Trimble GPS system. Once on-station, the vessel was immobilized using a three-point anchoring system. Vessel coordinates were compared to station coordinates loaded in a second GPS to confirm location accuracy. Depths were recorded to the nearest inch using lead-line readings and were then converted to the nearest tenths of a foot. Bottom elevation was calculated in the field using real-time water level data (feet MLLW) from NOAA Station ID 9755371 at San Juan. Core penetration required to reach project depth was calculated by adding real-time elevation of the substrate surface (as a negative value) to the project depth.

Athena's vibracore system was deployed from the deck of the vessel and consisted of a generator with a mechanical vibrator attached via cable. This vibrator was attached directly to a 4-inch-diameter stainless steel core barrel. The sampler was lowered to the substrate through a moon pool in the deck of the sampling platform by attaching lengths of drill stem. The vibracore apparatus was then activated and the core barrel penetrated into the sediment until it reached target depth or refusal, whichever was reached first. Vibracore refusal is defined as the point where the core barrel is advanced to depth and additional downward force applied to the vibracore drill stem does not result in measurable penetration into the sediment. This is often the result of the end of the coring tube encountering rock or consolidated



sediment. In the San Juan Harbor area, vibracore refusal was often encountered after penetrating a short distance into consolidated clay.

When the vibracore reached target depth or refusal, the vibracore apparatus was then deactivated and the core retrieved using an electric winch. Once the sample was on-deck, the recovered core length was determined to the nearest inch and converted to the nearest tenths of a foot. Determination of acceptance of a given core sample was based on percent recovery requirements as stated in the QAPP. The sediment sample was then removed from the core barrel and placed into a stainless steel bin for characterization, photographs, and containerizing.

When sediment cores are collected with a vibracore system, the retrieved sample is subject to material compaction. For instance, a core sample taken from a penetration depth of 10 feet may result in a recovered core of only 8 to 9 feet in length, depending on the sediment composition. Core samples were considered acceptable if the core was inserted vertically into the sediment, reached target depth or refusal, and recovered at least 75% of penetrated depth. Alternatively, the acceptance limit for each core is decreased in the event that the first core attempted at a given station is below 75% recovery of penetration depth and subsequent cores collected were within ±15% of the initial core percent recovery. During events when collected cores showed widely varying recoveries over several attempts, the material was collected and the recovery lengths and reason for low recoveries were recorded on the field sheets.

At some stations, a technique of over-penetration was used to improve sample retention in the core barrel. For the purposes of this project, over-penetration is defined as to drive the core barrel beyond (below) the lowest authorized maintenance depth (below the project depth including authorized overdepth). Typically, loss of material from the bottom of the core barrel during retrieval occurs because the sediment in the barrel is not consolidated enough to form a good seal, resulting in loss of sample from the core barrel during retrieval. To improve percent recovery and retention of material to project depth, the vibracore operator would drive the core barrel beyond (below) project depth to attempt to reach a consolidated substrate that would help form an acceptable seal that would help retain the sediment in the barrel during retrieval. When using this technique, the distance the core barrel was advanced beyond project depth was measured and any material retained from below project depth was described on the field log prior to discarding the material. Only the material above project depth was retained as sample material. Sediments for which the over-penetration technique was used typically consisted predominately of poorly consolidated to unconsolidated silt.

The diagram below depicts the over-penetration technique used and illustrates how only the material from above project depth is retained as sample material.



Two to three cores were collected at each sampling station to achieve required sample volume. To ensure that the final composite sample from each dredging unit was representative of the material to be dredged from the area, equal numbers of cores were collected from each station within a given dredging unit. Once all cores were collected at a given station, the sample material was photographed, transferred to labeled Teflon® bags and placed immediately into ice-filled coolers. All containers were properly labeled and sampling information for each station was recorded on individual project-specific field logs. At the end of each sampling day, iced sample coolers were transferred to a refrigerated truck for storage at ≤4°C.

There were some delays obtaining Athena's vessel through customs prior to the start of the sampling project, resulting in minimal downtime. During field sampling activities an anchor was lost; however, a new anchor was purchased in San Juan, thus resulting in only minimal downtime.

### 2.2.6 Sediment Sampling with Grab Sampler

Sediment from the reference station was collected using the sampling vessel *Kruger B* and double van Veen and Ponar grab samplers. Photographs of the reference grab sample is included in Appendix I. Each grab sampler was lowered and raised by a winch and associated hydraulically operated A-frame located on the starboard side of the vessel. One person operated the winch, another positioned the A-frame, and two additional team members guided the sampler into a decontaminated stainless steel bin on the vessel. Excess water was allowed to drain from the sampler prior to placing sample material in the bin. When the required volume of sediment (30 gallons) was collected, a photograph of the material was taken and notes on the sample's appearance and characteristics were recorded on a project-specific field



log. Using decontaminated stainless steel utensils (e.g., spoons, scrapers) and disposable nitrile gloves, the sample was placed in pre-cleaned, labeled Teflon® bags and stored on ice. Upon return to Pier 9, the iced sample coolers were transferred to a refrigerated truck for preservation at ≤4°C. Figure 1 shows the location of the reference station. Table 1 and the field logs in Appendix B provide additional information on grab sampling.

The field team attempted to use the double van Veen grab sampler, but it was apparent to the team that the sampler was consistently triggering during descent or at the sediment surface, thus resulting in no sediment being collected. The team switched to the Ponar grab sampler because of its consistently better performance during the weather and sea conditions at the time of sampling. The Ponar collected less volume with each grab (1 to 2 gallons) relative to the double van Veen, but the volume collected was consistently better. The Ponar obtained sediment with nearly every deployment. Eventually, the approximately 30 gallons of sediment needed was collected at the reference station.

### 2.2.7 Water Sampling

Site water for elutriate preparation and chemical analysis was collected from station SJH15-SW using a stainless steel pneumatic pump attached to a woven stainless steel-encased Teflon® hose and powered by compressed air. All equipment contacting sample water was decontaminated prior to use by methods outlined in Subsection 2.2.3. Following decontamination procedures, the intake hose was lowered through the water column. A stainless steel weight was attached to the end of the hose with a stainless steel cable to allow the hose to hang suspended approximately 3 feet above the sediment surface. Another section of stainless steel-encased Teflon hose was attached to the discharge nozzle of the pump. A pressure valve was used to adjust flow. Approximately 60 gallons of water were collected at station SJH15-SW in decontaminated Teflon®-lined or low-density polyethylene 20-liter Cubitainers.

*Pneumatic water pump with regulator, pressurized air tubing, weight, and stainless steel-encased Teflon hoses*

Water for chemical analysis was collected from the reference water station (SJH15-REF-SW) using a stainless steel submersible Hurricane pump and Teflon® tubing. This water was collected 3 feet below the water surface. This sample was containerized with pre-cleaned, pre-preserved containers provided by ALS Environmental.

*Stainless steel submersible Hurricane pump*

Background chemistry was also collected at the site water station (SJH15-SW) and stored in pre-cleaned, pre-preserved containers provided by ALS. All water samples were placed in ice-filled coolers



and were later transferred to a refrigerated truck for storage at ≤4°C. Water sampling locations are shown on Figures 1 and 2.

Water sampling dates and times, station coordinates, and related information are included in Table 2. Copies of water sampling logs are provided in Appendix B.

### 2.2.8 Sample Processing, Shipping and Custody

#### 2.2.8.1 Compositing and Homogenizing

All compositing was conducted using decontaminated stainless steel mixing equipment and a 40-gallon-capacity stainless steel bin and in accordance with the scheme presented in Subsection 2.1. ANAMAR personnel composited and homogenized core samples for each composite on the days of collection (February 27 and 28, 2015) on Pier 15 of the San Juan Towing warehouse. The reference sediment was homogenized on February 25 using the same equipment and at the same area as with the project composites. The equipment was decontaminated between composite samples using methods described in Subsection 2.2.3.

Following compositing, appropriate volumes of each composite were divided and placed in method-specific, pre-cleaned, pre-labeled Teflon® bags (for chemical analysis) or plastic bags (for physical analysis of sediment and for water to be used in bioassay testing). Once composited, the samples were placed in a refrigerated truck at or below 4°C until shipment to the respective laboratories. The temperature inside the truck was monitored to ensure that samples met preservation criteria. Copies of temperature logs are provided in Appendix B.

#### 2.2.8.2 Shipping to Laboratories

On the days of shipping (February 26 and March 2, 2015), coolers were packed with ice, taped, sealed with custody tape, and labeled for shipment. The sediment samples were shipped in coolers to the appropriate laboratories. Chain-of-custody records for each laboratory were completed to reflect the final sample names and to identify the analyses and analytical methods required. These chain-of-custody forms accompanied the samples during shipment to the laboratories. The reference sediment was shipped to ALS Environmental and ENVIRON laboratories on February 26. It was received at ENVIRON on February 27 and at ALS on February 28. The project sediment and site water collected February 27 and 28 were shipped on March 2 to ALS Environmental for chemical analysis and to ENVIRON for toxicological analysis. These samples were received at both labs the following day. Project samples and reference sediment were shipped to Terracon in Jacksonville, Florida, on March 2 and was received on March 4. Copies of final signed chain-of-custody forms are included in the laboratory reports (Appendices D-1 through D-3).

## 2.3 Physical and Chemical Analytical Procedures

### 2.3.1 Physical Procedures

Terracon performed physical analysis of all sediment samples. ANAMAR performed quality assurance/quality control (QA/QC) on sediment physical data and presented the data for all samples in summary tables.



#### 2.3.1.1 Grain Size Distribution

Gradation tests were performed by Terracon in general accordance with methods ASTM D-422 and ASTM D-1140. Each representative sample was air-dried and dry-prepped in accordance with method ASTM D-421, and results of the sieve analysis of material larger than a #10 sieve (2.00-mm mesh size) were determined. The minus #10 sieve material was then soaked in a dispersing agent. Following the soaking period, the sample was placed in a mechanical stirring apparatus and then in a sedimentation cylinder where hydrometer readings were taken over a 24-hour period. After the final hydrometer reading was taken, the sample was washed over a #200 sieve (0.075-mm mesh size), placed in an oven, and dried to a constant weight. After drying, the sample was sieved over a nest of sieves to determine the gradation of the material greater than #200 sieve size. Cumulative frequency percentages were graphed and presented by Terracon on USACE Form 2087 (Appendix C). ANAMAR tabulated and graphed the grain size distribution by sample and composite.

#### 2.3.1.2 Moisture Content

Moisture content analyses were performed by Terracon in general accordance with method ASTM D-2216-80 and Plumb (1981). The sample weight was recorded and the sample was placed in an oven and dried to a constant mass at 110°C (383.2 kelvin). Once a constant dry mass was obtained, the percent moisture was determined by subtracting the dry mass from the wet mass, then dividing the loss in mass due to drying (the mass of just moisture) by the wet mass. The percent total solids was reported on a 100% wet weight basis.

#### 2.3.1.3 Atterberg Limits

Tests for liquid and plastic limits for the two composites and the reference were performed by Terracon in general accordance with ASTM D-4318, wet method, as follows. The minus #40 sieved material was mixed with a small amount of water and placed in a liquid limit device. A groove was cut using a flat grooving tool and the liquid limit was determined by the number of drops of the cup. When the number of drops was in the desired range, a moisture sample was obtained and placed in a 230°C oven and dried to a constant weight. This was repeated until three determinations had been obtained, one between 15 and 25 blows, one between 20 and 30 blows, and one between 25 and 35 blows. The reported value is the intersecting value at 25 blows when all three are plotted.

The plastic limit was determined by slowly air-drying a small sample left over from the liquid limit determination. The sample was rolled and air-dried until the thread became crumbly and lacked cohesion. When this point was reached, the sample was then placed in a tare and weighed, and then placed in an oven and dried to a constant weight. The moisture content is the plastic limit.

#### 2.3.1.4 Specific Gravity

Specific gravity was determined by Terracon for the two composites and the reference in general accordance with method ASTM D-854. Each sample was placed in a mechanical stirring device and deionized water was added to form a slurry. The slurry was then transferred to a pycnometer and was de-aired by applying a vacuum. After vacuuming, the pycnometer with sample was allowed to reach thermal equilibrium. The water level was adjusted to a calibration mark and the pycnometer with sample was weighed. After the pycnometer with sample weight



was recorded, the sample was emptied into a drying container and placed in an oven until a constant dry mass of sediment solids was obtained.

### 2.3.2 Chemical Analytical Procedures

ALS Environmental performed all chemical analyses of sediment, water, elutriate, and tissue samples in accordance with published procedures. Analytical methods, preparation methods, target detection limits, and laboratory reporting limits for sediment, water, and tissue analyses are provided in Subsection 13.3 of the QAPP (Appendix A). Elutriates were generated using methods described in Subsection 10.1.2.1 of the Green Book, equivalent to Subsection 10.1.2.1 of the ITM. ANAMAR performed QA/QC on these data and presented the data in summary tables. Complete laboratory reports are provided in Appendix D. Exhibit 2-6 provides a summary of analytical methods for chemical analysis of sediment, elutriate, and tissue samples.



**Exhibit 2-6. Summary of Methods and Equipment Used during Chemical Analysis of Sediment, Elutriate, and Tissue Samples**

| EPA Method | Instrument/ Procedure | Methodology Summary |
|---|---|---|
| 200.8 (trace metals) | ICP/MS | Inductively coupled plasma/mass spectrometry (ICP/MS) is applicable to the determination of sub-µg/L concentrations of a large number of elements in water samples and in waste extracts or digests. Acid digestion prior to filtration and analysis is required for aqueous samples, sediments, and tissues for which total (acid-leachable) elements are required. |
| 7470 (mercury in water) | Mercury Analyzer Cold Vapor Atomic Absorption (water) | Method 7470 is a cold-vapor atomic absorption procedure approved for determining the concentration of mercury in mobility-procedure extracts and aqueous wastes. All samples are subjected to an appropriate dissolution step before analysis. |
| 7471 (mercury in sediment and tissues) | Mercury Analyzer Cold Vapor Atomic Absorption | Method 7471 is approved for measuring total mercury (organic and inorganic) in sediments and tissues. All samples are subjected to an appropriate dissolution step before analysis. If this dissolution procedure is not sufficient to dissolve a specific matrix type or sample, this method is not applicable for that matrix. |
| 7742 (selenium) | Borohydride Atomic Absorption | Method 7742 uses a borohydride generator for analysis. Selenium is converted to the +4 oxidation state during digestion in hydrochloric acid and is then converted to its volatile hydride using hydrogen produced from the reaction of the acidified sample with sodium borohydride in a continuous-flow hydride generator. |
| 8081 (pesticides) | Gas Chromatograph | Method 8081 is used to determine the concentrations of various organochlorine pesticides in extracts from solid and liquid matrices using fused-silica, open-tubular capillary columns with electron capture detectors (ECD) or electrolytic conductivity detectors (ELCD). The compounds that can be run by this method may be determined by a single- or a dual-column analysis system. |
| 8082 (PCB congeners) | Gas Chromatograph | Method 8082 is used to determine the concentrations of PCBs as individual PCB congeners in extracts from solid, tissue, and aqueous matrices using open-tubular capillary columns with ECD or ELCD. The target compounds may be determined by a single- or dual-column analysis system. |
| 8270 (PAHs) | Gas Chromatograph/ Mass Spectrometer | This method is used to determine the concentration of semi-volatile/PAH organic compounds in extracts prepared from many types of solid matrices and water samples. Direct injection of a sample may be used in limited applications. |
| 9060 (modified*) | Total Organic Carbon (TOC) Analyzer | Method 9060 is used to determine the concentration of organic carbon in sediment by catalytic combustion or wet chemical oxidation. The carbon dioxide formed from this procedure is measured and is proportional to the TOC in the sample. |

* Minor modifications were made to Method 9060 that were approved by the National Environmental Laboratory Accreditation Conference (NELAC).

#### 2.3.2.1 Tissue Chemistry Procedures

Methods used for analyzing tissues are included in Exhibit 2-6 above. On day 28 of the bioaccumulation potential tests, the sediment was sieved to remove live specimens of *Macoma*



*nasuta* and *Neanthes virens*. The surviving animals were placed in clean flow-through aquaria to depurate their gastrointestinal tracts over a 24-hour period. Soft tissue was separated from the valves (shells) of *M. nasuta*. Whole animal tissue (minus the valves of *M. nasuta*) was then placed into certified-clean glass sample jars, frozen, and sent to ALS Environmental for chemical analysis.

Contaminants detected above the method reporting limit (MRL) in the sediment samples were analyzed in the corresponding tissue samples. Based on the sediment chemistry results, tissue samples were analyzed for the parameters and contaminants listed below.

Concentrations of total solids were determined from *M. nasuta* and *N. virens* project composite, reference, and pre-exposure tissues. Based on the sediment analysis results and input from USACE and EPA, these two species were analyzed for metals, pesticides, PAHs, and PCBs in the two project composites, the reference, and the pre-exposure tissues.

## 2.4 Bioaccumulation and Toxicology Procedures

The ENVIRON laboratory in Port Gamble, Washington, conducted biological testing using sediment samples collected by ANAMAR as part of this MPRSA Section 103 analysis. The complete biological testing report by ENVIRON (2015) is in Appendix G.

The material under consideration for ocean disposal was evaluated in accordance with procedures and criteria outlined in the RGM and with guidance outlined in the ITM. Biological analyses using reference sediment were performed concurrently with the test sediment evaluations.

This program included bioassay analysis of two composites, one site water sample, and the reference. In addition, appropriate laboratory control samples (LCS) were run with each of the selected test species. Bioassay testing for this project consisted of three water column bioassays, two whole sediment bioassays, and two whole sediment bioaccumulation potential tests. The bioassay and bioaccumulation tests are summarized in Exhibit 2-7.



**Exhibit 2-7. Biological Testing Performed for Dredge Material Evaluation**

| Test Type | Taxonomic Group | Test Species | Project Composites (yes/no) | Reference Sediment (yes/no) | Control Sediment or Water (yes/no) |
|---|---|---|---|---|---|
| Water column (suspended particulate phase) | Mysid crustacean | *Americamysis bahia* (Opossum Shrimp) | Yes[1] | No (not applicable) | Yes |
| | Atherinoid fish | *Menidia beryllina* (Inland Silverside) | Yes[1] | No (not applicable) | Yes |
| | Bivalve mollusk (larvae) | *Mytilus galloprovincialis* (Mediterranean Mussel) | Yes[1] | No (not applicable) | Yes |
| Whole sediment (solid phase) | Amphipod crustacean | *Ampelisca abdita* (no common name) | Yes | Yes | Yes |
| | Mysid crustacean | *Americamysis bahia* (Opossum Shrimp) | Yes | Yes | Yes |
| Bioaccumulation potential | Bivalve mollusk | *Macoma nasuta* (Bent-nose Clam) | Yes | Yes | Yes |
| | Infaunal polychaete worm | *Neanthes virens* [2] (Sand Worm) | Yes | Yes | Yes |

[1] Sediment elutriates of project material
[2] *Neanthes virens* was formerly known as *Nereis virens*

## 2.4.1 Water Column (Suspended Particulate Phase) Bioassay Procedures

Water column tests were performed to estimate the potential impact of dredged material disposal on organisms within the water column. The water column test was performed using a 4:1 ratio of dilution by volume of water to sediment. Site water (SJH15-SW) was used for elutriate preparations. Sediment from each composite was combined with the site water, vigorously agitated for 30 minutes, and then allowed to settle for approximately 1 hour at room temperature (18° to 20°C). Following settling, the supernatant was gently decanted and the remaining sediment was centrifuged to collect the remaining elutriate. This supernatant represents the 100% test concentration and was diluted with laboratory water (northern Hood Canal [Puget Sound] water filtered through a 0.45-µm sieve) to create subsequent test dilutions for the water column tests. Laboratory-prepared water came from the northern portion of the Hood Canal (in Puget Sound, Port Gamble, Washington) and was filtered through 0.45-µm mesh, with salinity adjustments using deionized water as needed. This was used for both the control treatment and as the diluent for <100% elutriate concentrations (ENVIRON 2015).

Four species were evaluated for the water column bioassays: *Americamysis bahia* (Opossum Shrimp), *Menidia beryllina* (Inland Silverside), and larvae of *Mytilus galloprovincialis* (Mediterranean Mussel). *A. bahia* and *M. beryllina* were supplied by Aquatic BioSystems of Fort Collins, Colorado. These two species were held at 20°C and fed *Artemia* sp. nauplii (Brine Shrimp larvae) ad libitum prior to testing. Sexually mature *M. galloprovincialis* were supplied by Taylor Shellfish of Shelton, Washington. These mussels were held in seawater at 16° ± 2°C prior to spawning for collection of gametes (ENVIRON 2015).

The water column tests with *A. bahia* and *M. beryllina* were performed with dilutions of 10%, 50%, and 100% of elutriate as well as with a clean laboratory water control and with site water. The tests using these two species were performed under static (non-renewal) conditions. Twenty individuals were used per replicate, with five replicates per elutriate concentration. These tests were run for 96 hours (ENVIRON 2015).

The larval bivalve development test using *M. galloprovincialis* was run using sample elutriates of 0%, 1%, 50%, and 100% concentrations; a clean laboratory water control; and site water. Five replicates were used per elutriate concentration. The test was terminated at 48 to 54 hours when development of the larvae to the prodissoconch stage in the control was confirmed. At the termination of the study, survival and normal development were compared between the control and project test groups to determine if significant mortality or abnormal development occurred. Determinations of proportion survived (the total number of larvae recovered divided by the stocking density) was used to determine test acceptability. Statistical interpretations of the test data were performed using mean normal survivorship, a combined endpoint that divides the number of normally developed embryos in each replicate by the stocking density (ENVIRON 2015).

Water quality of the test chambers was monitored daily and included pH, dissolved oxygen, salinity, and temperature. Ammonia was analyzed at the start and end of the tests in all concentrations. All water quality instruments were calibrated daily or on a recommended schedule provided by the instrument manufacturer. Records of instrument calibration were retained in the laboratory logs. To evaluate the relative sensitivity of the test populations, reference toxicity tests were performed using standard reference toxicants recommended by Lee (1980). The biological testing report by ENVIRON (2015) is in Appendix G.



#### 2.4.1.1 Mysid Crustacean: *Americamysis bahia* (Opossum Shrimp)

The experimental design, procedures, and water parameters for the 96-hour water column (suspended particulate phase) bioassay using *A. bahia* are presented in Exhibit 2-8.

**Exhibit 2-8. *Americamysis bahia* Water Column Bioassay Experimental Design**

| **Sample Identification** | **SJH14-A-COMP, SJH14-B-COMP, SJH14-SW (site water), and control** | |
|---|---|---|
| Dates samples were collected | February 27–28, 2015 (sediment)<br>March 1, 2015 (site water) | Courtesy of Alan Kennedy, ERDC |
| Date received at ENVIRON | March 3, 2015 | |
| Sample storage conditions | ≤4°C, dark | |
| Test dates | March 11–15, 2015 | |
| Days of holding | 10–11 days (sediments),<br>9 days (water)<br>(≤56 days recommended) | |
| Source of control sediment | Not applicable | |
| **Test species** | *Americamysis bahia* | |
| Supplier | Aquatic BioSystems | |
| Age at test initiation | 5 days | |
| **Test procedures** | ITM, RGM | |
| Test location | ENVIRON lab, Port Gamble, WA | |
| Test type and duration | static, 96-hour | |
| Control water | Northern Hood Canal water, 0.45-um filtered, salinity adjusted with deionized water | |
| Test photoperiod | 16 hours light, 8 hours dark | |
| Test chamber | 400-ml glass chambers | |
| Replicates per treatment | 5 | |
| Concentration per treatment | 10%, 50%, and 100% elutriate | |
| Number of individuals per replicate | *n* = 10 | |
| Exposure volume | 250 m | |
| Feeding type | *Artemia* sp. (Brine Shrimp) nauplii, twice daily | |
| Deviations from test protocol | Dissolved oxygen and salinity | |



### 2.4.1.2 Atherinoid Fish: *Menidia beryllina* (Inland Silverside)

The experimental design, procedures, and water parameters for the 96-hour water column (suspended particulate phase) bioassay using *M. beryllina* are presented in Exhibit 2-9.

**Exhibit 2-9. *Menidia beryllina* Water Column Bioassay Experimental Design**

| **Sample identification** | **SJH14-A-COMP, SJH14-B-COMP, SJH14-SW (site water), and control** | |
|---|---|---|
| Dates samples were collected | February 27–28, 2015 (sediment)<br>March 1, 2015 (site water) | Courtesy of MBL Aquaculture |
| Date received at ENVIRON | March 3, 2015 | |
| Sample storage conditions | ≤4°C, dark | |
| Test dates | March 11–15, 2015 | |
| Days of holding | 10–11 days (sediments), 9 days (water)<br>(≤56 days recommended) | |
| Source of control sediment | Not applicable | |
| **Test species** | *Menidia beryllina* | |
| Supplier | Aquatic BioSystems | |
| Date acquired | March 10, 2015 | |
| Acclimation period (holding time) | 1 day | |
| Age class | 11 days | |
| **Test procedures** | ITM, RGM | |
| Test location | ENVIRON lab, Port Gamble, WA | |
| Test type and duration | Static, 96-hour | |
| Control water | Northern Hood Canal water, 0.45-um filtered, salinity adjusted with deionized water | |
| Test dissolved oxygen | Actual: 5.1–8.3 mg/L; recommended: >4.6 mg/L | |
| Test temperature | Actual: 19.0–20.9°C; recommended: 20 ± 2°C | |
| Test salinity | Actual: 28–37 ppt; targeted: 30 ± 2 ppt | |
| Test pH | Actual: 7.7–8.2; recommended: 7.8 ± 0.5 | |
| Control performance standards | Actual: 91% (passed); recommended: ≥90% | |
| Reference-toxicant test (96-hour) (total ammonia) | $LC_{50}$: 31.6 mg/L; acceptable mean (range): 26.7 mg/L (6.2–47.2 mg/L) | |
| NOEC (96-hour) | 23.6 mg/L (total ammonia); 0.611 mg/L (un-ionized ammonia) | |
| Photoperiod | 16 hours light, 8 hours dark | |
| Test chamber | 600-mL cups | |
| Replicates per treatment | 5 | |
| Concentration per treatment | 10%, 50%, and 100% elutriate | |
| Number of individuals per replicate | *n* = 10 | |
| Exposure volume | 400 ml | |
| Feeding volume and type | 0.2 ml of *Artemia* sp. (Brine Shrimp) nauplii at 48 hours | |
| Deviations from test protocol | Salinity (up to 5 ppt above recommended range) | |

Source: Table 13 of ENVIRON (2015)



### 2.4.1.3 Bivalve Mollusk: *Mytilus galloprovincialis* (Mediterranean Mussel)

The experimental design, procedures, and water parameters for the 48-hour water column (suspended particulate phase) bioassay using larval *M. galloprovincialis* are presented in Exhibit 2-10.

**Exhibit 2-10. *Mytilus galloprovincialis* Water Column Bioassay Experimental Design**

| Sample Identification | SJH14-A-COMP, SJH14-B-COMP, SJH14-SW (site water), and control | |
|---|---|---|
| Dates samples were collected | February 27–28, 2015 (sediment)<br>March 1, 2015 (site water) | |
| Date received at ENVIRON | March 3, 2015 | |
| Sample storage conditions | ≤4°C, dark | |
| Test dates | March 25–27, 2015 | |
| Days of holding | 24–26 days (sediments),<br>24 days (water)<br>(≤56 days recommended) | |
| Source of control sediment | Not applicable | Courtesy of Alan Kennedy, ERDC |
| **Test species** | *Mytilus galloprovincialis* | |
| Supplier | Taylor Shellfish | |
| Date acquired | March 25, 2015 (broodstock) | |
| Acclimation/holding time | 0 days | |
| Age at test initiation | <2-hours (larvae) | |
| **Test procedures** | ITM, RGM | |
| Test location | ENVIRON lab, Port Gamble, WA | |
| Test type and duration | static, 48-hour | |
| Control water | Northern Hood Canal water, 0.45-um filtered, salinity adjusted with deionized water | |
| Test dissolved oxygen | Actual: 6.4–9.2mg/L; recommended: >4.9 mg/L | |
| Test temperature | Actual: 14.0–16.2°C; recommended: 16 ± 2°C | |
| Test salinity | Actual: 29–31 ppt; targeted: 30 ± 2 ppt | |
| Test pH | Actual: 7.7–8.3; recommended: 7.8 ± 0.5 | |
| Control performance standards | Actual: 95% normal development and 100% survival (passed);<br>recommended: ≥70% normal development and ≥90% survival | |
| Reference-toxicant test (96-hour) (total ammonia) | $EC_{50}$: 6.1 mg/L; acceptable mean (range): 5.5 mg/L (0.5–10.6 mg/L) | |
| NOEC (96-hour) | 4.5 mg/L (total ammonia); 0.081 mg/L (un-ionized ammonia) | |
| Test photoperiod | 16 hours light, 8 hours dark | |
| Test chamber | 25-ml glass chambers | |
| Replicates per treatment | 5 | |
| Concentration per treatment | 1%, 10%, 50%, and 100% elutriate | |
| Number of individuals per replicate | Mean of 26.6 | |
| Exposure volume | 10 ml | |
| Feeding type | None | |
| Deviations from test protocol | None | |

Source: Table 18 of ENVIRON (2015)



### 2.4.2 Whole Sediment (Solid Phase) Bioassay Procedures

Whole sediment (solid phase) tests were performed to estimate the potential impact of ocean disposal of dredged material on benthic organisms that attempt to re-colonize the area following the disposal event. The 10-day tests were conducted using two species of crustaceans: *Americamysis bahia* (Opossum Shrimp) and *Ampelisca abdita* (ENVIRON 2015).

*A. bahia* were supplied by Aquatic BioSystems of Fort Collins, Colorado. The test population of *A. abdita* was obtained from John Brezina of San Rafael, California, and were held in laboratory water at 20°C prior to testing. Native *A. abdita* sediment from San Rafael, California, was provided by the supplier for use as the control sediment (ENVIRON 2015).

Benthic tests were conducted as 10-day static exposures with five replicates per test treatment, the reference, and the control sediment. Two centimeters of sediment (approximately 175 ml) were placed into each 1-L glass chamber with 775 ml of overlying water. Trickle-flow aeration was provided through glass pipettes, and care was taken to avoid disturbing the sediment surface. Test chambers were placed into randomly assigned positions and allowed to equilibrate to test conditions overnight (ENVIRON 2015).

Prior to the test initiation, water quality measurements were taken in one replicate for each test treatment and included pH, dissolved oxygen, salinity, and temperature. To initiate the test, organisms were randomly allocated to each of the test chambers. Initial stocking densities were 10 individuals per chamber for *A. bahia* and 20 individuals per chamber for *A. abdita* (ENVIRON 2015).

Water quality was monitored daily during testing from one alternating replicate per treatment. No food was provided during the 10-day test exposures. Ammonia was measured in both interstitial (pore water) and overlying water at initiation and termination of the test, from a surrogate chamber for each test treatment. Sediment pore water was extracted via centrifugation. All water quality instruments were calibrated daily or on a recommended schedule provided by the instrument manufacturer. Instrument calibration records were retained in the laboratory logs (ENVIRON 2015).

At test termination, the sediment from each test chamber was carefully wet-sieved to remove the test organisms and survivorship was assessed using methods described in the Green Book. To evaluate the relative sensitivity of the organisms, reference toxicity tests were performed using standard reference toxicants as recommended by Lee (1980). The biological testing report by ENVIRON (2015) is in Appendix G.



#### 2.4.2.1 Mysid Crustacean: *Americamysis bahia* (Opossum Shrimp)

The experimental design, procedures, and water quality measurements for the 10-day whole sediment (solid phase) bioassay using *A. bahia* are presented in Exhibit 2-11.

**Exhibit 2-11. *Americamysis bahia* Whole Sediment Bioassay Experimental Design**

| **Sample Identification** | **SJH14-A-COMP, SJH14-B-COMP, SJH15-REF (reference) and control** |
|---|---|
| Dates samples were collected | February 24–28, 2015 (sediment) |
| Date received at ENVIRON | February 27–March 3, 2015 |
| Sample storage conditions | ≤4°C, dark |
| Test dates | March 20–30, 2015 |
| Days of holding | 20–24 days<br>(≤56 days recommended) |
| Source of control sediment | Yaquina Bay, OR |
| **Test species** | *Americamysis bahia* |
| Supplier | Aquatic BioSystems |
| Life stage, size | Sub-adult, 3–5 mm |
| **Test procedures** | ITM, RGM |
| Test location | ENVIRON lab, Port Gamble, WA |
| Test type and duration | Static, 10-day |
| Control water | Northern Hood Canal water, 0.45-um filtered, salinity adjusted with deionized water |
| Test dissolved oxygen | Actual: 6.3–7.5 mg/L; recommended: >4.6 mg/L |
| Test temperature | Actual: 19.0–21.2°C; recommended: 20 ± 2°C |
| Test salinity | Actual: 29–31 ppt; recommended: 28 ± 2 ppt |
| Test pH | Actual: 7.6–8.2; recommended: 7.8 ± 0.5 |
| Control performance standard | Actual: 97% (passed); recommended: ≥90% survival |
| Reference-toxicant test (96-hour) (total ammonia) | $LC_{50}$: 41.0 mg/L; acceptable mean (range): 32.3 mg/L (12.8–51.7 mg/L) |
| NOEC (96-hour) | 30.5 mg/L (total ammonia); 0.640 mg/L (un-ionized ammonia) |
| Photoperiod | 24 hours/day (continuous) |
| Test chamber | 100-ml glass chamber |
| Replicates per treatment | 5 + 2 surrogates |
| Concentration per treatment | Not applicable |
| Individuals per replicate | *n* = 20 |
| Exposure volume | 175 ml sediment (2 cm thickness) with 775 ml of overlying water |
| Feeding | None |
| Deviations from test protocol | None |

Source: Table 26 of ENVIRON (2015)



#### 2.4.2.2 Amphipod Crustacean: *Ampelisca abdita*

The experimental design, procedures, and water quality measurements for the 10-day whole sediment (solid phase) bioassay using *A. abdita* are presented in Exhibit 2-12.

**Exhibit 2-12. *Ampelisca abdita* Whole Sediment Bioassay Experimental Design**

| **Sample Identification** | **SJH14-A-COMP, SJH14-B-COMP, SJH15-REF (reference) and control** |
|---|---|
| Dates samples were collected | February 24–28, 2015 (sediment) |
| Date received at ENVIRON | February 27–March 3, 2015 |
| Sample storage conditions | ≤4°C, dark |
| Test dates | March 13–23, 2015 |
| Days of holding | 12–17 days<br>(≤56 days recommended) |
| Source of control sediment | San Rafael, CA |
| **Test species** | *Ampelisca abdita* |
| Supplier | Brezina and Associates |
| Date acquired | March 11, 2015 |
| Acclimation period (holding time) | 2 days |
| Life stage, size | Sub-adult, 2–4 mm |
| **Test procedures** | ITM, RGM |
| Test location | ENVIRON lab, Port Gamble, WA |
| Test type and duration | Static, 10-day |
| Control water | Northern Hood Canal water, 0.45-um filtered, salinity adjusted with deionized water |
| Test dissolved oxygen | Actual: 6.9–7.8 mg/L; recommended: >4.6 mg/L |
| Test temperature | Actual: 18.1–21.1°C; recommended: 20 ± 2°C |
| Test salinity | Actual: 28–30 ppt; recommended: 28 ± 2 ppt |
| Test pH | Actual: 7.6–8.3; recommended: 7.8 ± 0.5 |
| Control performance standard | Actual: 91% (passed); recommended: ≥90% survival |
| Reference-toxicant test (total ammonia) | $LC_{50}$: 34.7 mg/L; acceptable mean (range): 45.8 mg/L (5.1–86.5 mg/L) |
| NOEC (96-hour) | 23.3 mg/L (total ammonia); 0.577 mg/L (un-ionized ammonia) |
| Photoperiod | 24-hours/day (continuous) |
| Test chamber | 1000-ml glass chamber |
| Replicates per treatment | 5 + 2 surrogates |
| Concentration per treatment | Not applicable |
| Individuals per replicate | *n* = 20 |
| Exposure volume | 175 ml sediment (2 cm thickness) with 775 ml of overlying water |
| Feeding | None |
| Deviations from test protocol | None |

Source: Table 22 of ENVIRON (2015)

### 2.4.3 Bioaccumulation Potential Procedures

Assessment of bioaccumulation potential was carried out using the bivalve mollusk *Macoma nasuta* (bent-nose clam) and the polychaete worm *Neanthes virens* (sand worm) over a 28-day test period.



The test population of *M. nasuta* was supplied by J & G Gunstone in Discovery Bay, Washington, and held at 14°C prior to testing. The same supplier also provided the native *M. nasuta* sediment from Discovery Bay, Washington, for use as control sediment with *M. nasuta*. The test population of *N. virens* was obtained from Aquatic Research Organisms, Inc., in Hampton, New Hampshire. The individuals were acclimated and then held at 20°C prior to testing. Native *N. virens* sediment from the Damariscotta River in Boothbay Harbor, Maine, was provided by Aquatic Research Organisms for use as the control sediment in the *N. virens* test. These control sediments have been routinely tested in conjunction with their respective test species at the ENVIRON laboratory in Port Gamble, Washington, as well as in many other bioassay laboratories. Historical test results have demonstrated acceptable organism health and sediment quality (ENVIRON 2015).

The bioaccumulation assessment was performed in 10-gallon (37.8-L) aquaria modified with overflow standpipe water ports. Chambers were loaded with 5 to 6 liters of sediment to a depth of 5 to 6 cm and with a continuous laboratory water supply through an adjustable valve. Chambers were filled with approximately 18.5 L of overlying water to the level of the overflow standpipe, and the flow was maintained at 5 to 10 water exchanges per day (92.5 to 185 L/day). Aeration was supplied to each chamber. Each of these tests was initiated using five replicates. In order to provide sufficient bioaccumulation tissue mass required by the RGM for conducting specific QA/QC procedures, additional replicate test chambers were established for two of the project sediment samples being evaluated per species. At the end of the testing period, the tissue mass recovered from the additional replicates was pooled into a single replicate sample and provided to ALS Environmental for tissue analysis (ENVIRON 2015).

*N. virens* exposures were conducted using 20 individuals per replicate test chamber. For *M. nasuta* exposures, 30 animals were placed in each replicate test chamber. The test chambers were maintained under flow-through conditions and water quality measurements were taken in one replicate of each test treatment daily. Water quality parameters included pH, dissolved oxygen, salinity, and temperature. All water quality instruments were calibrated daily or on a recommended schedule provided by the instrument manufacturer. Records of instrument calibrations were retained in the laboratory logs. On day 28 of the test, the sediment from each chamber was sieved to remove the organisms. The surviving animals were placed in clean flow-through aquaria to purge their gut contents over a 24-hour period. To evaluate the relative sensitivity of the test populations of *M. nasuta* and *N. virens*, reference toxicity tests were performed using standard reference toxicants as recommended in Lee (1980). Following the purge period, tissues were then placed into certified-clean glass sample jars, frozen, and sent to ALS Environmental in Kelso, Washington, for chemical analysis (ENVIRON 2015).



### 2.4.3.1 Bivalve Mollusk: *Macoma nasuta* (Bent-nose Clam)

The experimental design, procedures, and water parameters for the 28-day flow-through bioassay using the bivalve mollusk *M. nasuta* (Bent-nose Clam) are presented in Exhibit 2-13.

**Exhibit 2-13. *Macoma nasuta* Bioaccumulation Test Experimental Design**

| **Sample Identification** | **SJH14-A-COMP, SJH14-B-COMP, SJH15-REF (reference) and control** | |
|---|---|---|
| Dates samples were collected | February 24–28, 2015 (sediment) | |
| Date received at ENVIRON | February 27–March 3, 2015 | |
| Sample storage conditions | ≤4°C, dark | |
| Test dates | March 24–April 21, 2015 | |
| Days of holding | 24–28 days<br>(≤56 days recommended) | |
| Source of control sediment | Discovery Bay, WA | |
| **Test species** | *Macoma nasuta* | |
| Supplier | J & G Gunstone Clams, Discovery Bay, WA | Courtesy of Alan Kennedy, ERDC |
| Date acquired | March 20, 2015 | |
| Acclimation period (holding time) | 4 days | |
| Life stage | Mature | |
| **Test procedures** | ITM, RGM | |
| Test location | ENVIRON lab, Port Gamble, WA | |
| Test duration, type | 28-day, flow-through | |
| Control water | Northern Hood Canal water, 0.45-um filtered, salinity adjusted with deionized water | |
| Test dissolved oxygen | Actual: 7.4–9.8 mg/L; recommended: >4.0 mg/L | |
| Test temperature | Actual: 12.1–15.3°C; recommended: 12–14°C | |
| Test salinity | Actual: 28–31 ppt; recommended: 25–35 ± 2 ppt; targeted: 30 ± 2 ppt | |
| Test pH | Actual: 7.7–8.0; recommended: 7.8 ± 0.5 | |
| Control performance standard | Actual: 96.7% (passed); recommended: ≥90% survival | |
| Reference-toxicant test (sodium dodecyl sulfate) | $LC_{50}$: 25.1 mg/L; acceptable mean (range): 29.2 mg/L (8.4–50.0 mg/L) | |
| Photoperiod | 16 hours light, 8 hours dark | |
| Test chamber | 10-gallon glass aquarium (49.5 x 24.8 x 29.2 cm) | |
| Replicates per treatment | 5 | |
| Concentration per treatment | Not applicable | |
| Individuals per replicate | *n* = 30 | |
| Exposure volume | 5–6 L of sediment (5–6 cm depth), 18.5 L of overlying water | |
| Feeding | None | |
| Water renewal (flow-through) | Actual: 38–56 ml/30 seconds (109.4–161.3 L/day)<br>Recommended: 6–10 volume exchanges/day (92.5–185 L/day) | |
| Deviations from test protocol | Temperature (up to 1.3°C above recommended range) | |

Source: Table 31 of ENVIRON (2015)



### 2.4.3.2 Polychaete Worm: *Neanthes virens* (Sand Worm)

The experimental design, procedures, and water quality measurements for the 28-day flow-through bioassay on March 24, 2015, using the polychaete worm *N. virens* (Sand Worm) are presented in Exhibit 2-14 below. The same information for the supplemental test conducted May 10, 2015, is presented in Exhibit 2-15. The possible reasons for the below-optimal levels of survival in the *N. virens* test population during the initial test are discussed in Appendix G.

**Exhibit 2-14. *Neanthes virens* Bioaccumulation March 24, 2015, Test Design**

| **Sample Identification** | **SJH14-A-COMP, SJH14-B-COMP, SJH15-REF (reference) and control** |
|---|---|
| Dates samples were collected | February 24–28, 2015 (sediment) |
| Date received at ENVIRON | February 27–March 3, 2015 |
| Sample storage conditions | ≤4°C, dark |
| Test dates | March 24–April 21, 2015 |
| Days of holding | 24–28 days<br>(≤56 days recommended) |
| Source of control sediment | Damariscotta River, Boothbay Harbor, ME |
| **Test species** | *Neanthes virens* (formerly *Neanthes virens*) |
| Supplier | Aquatic Research Organisms, Inc.<br>(Hampton, NH) |
| Date acquired | March 20, 2015 |
| Acclimation period (holding time) | 4 days |
| Life stage | Mature |
| **Test procedures** | ITM, RGM |
| Test location | ENVIRON lab, Port Gamble, WA |
| Test duration, type | 28-day, flow-through |
| Control water | Northern Hood Canal water, 0.45-um filtered, salinity adjusted with deionized water |
| Test dissolved oxygen | Actual: 4.8–8.1 mg/L; recommended: >4.0 mg/L |
| Test temperature | Actual: 17.9–20.3°C; recommended: 20 ± 2°C |
| Test salinity | Actual: 29–31 ppt; recommended: 25–35 ± 2 ppt; targeted: 30 ± 2 ppt |
| Test pH | Actual: 7.4–8.0; recommended: 7.8 ± 0.5 |
| Control performance standard | Actual: 53% (failed); recommended: ≥90% survival |
| Reference-toxicant test<br>(sodium dodecyl sulfate) | $LC_{50}$: 37.8 mg/L; acceptable mean (range): 42.3 mg/L (21.0–63.7 mg/L) |
| Photoperiod | 16 hours light, 8 hours dark |
| Test chamber | 10-gallon glass aquarium (49.5 x 24.8 x 29.2 cm) |
| Replicates per treatment | 5 |
| Concentration per treatment | Not applicable |
| Individuals per replicate | *n* = 20 |
| Exposure volume | 5–6 L of sediment (5–6 cm depth), 18.5 L of overlying water |
| Feeding | None |
| Water renewal (flow-through) | Actual: 38–56 ml/30 seconds (109.4–161.3 L/day)<br>Recommended: 6–10 volume exchanges/day (92.5–185 L/day) |
| Deviations from test protocol | None |

Courtesy of Alan Kennedy, ERDC

Source: Table 30 of ENVIRON (2015)



**Exhibit 2-15. *Neanthes virens* Bioaccumulation May 10, 2015, Supplemental Test Design**

| **Sample Identification** | **SJH14-A-COMP, SJH14-B-COMP, SJH15-REF (reference) and control** | |
|---|---|---|
| Dates samples were collected | February 24–28, 2015 (sediment) | |
| Date received at Atkins | February 27–March 3, 2015 | |
| Sample storage conditions | ≤4°C, dark | |
| Test dates | May 10–June 7, 2015 | |
| Days of holding | 71–75 days (for supplemental test)<br>(≤56 days recommended) | |
| Source of control sediment | Damariscotta River, Boothbay Harbor, ME | |
| **Test species** | *Neanthes virens* (formerly *Neanthes virens*) | |
| Supplier | Aquatic Research Organisms, Inc.<br>(Hampton, NH) | Courtesy of Alan Kennedy, ERDC |
| Date acquired | May 7, 2015 | |
| Acclimation period (holding time) | 3 days | |
| Life stage | Mature | |
| **Test procedures** | ITM, RGM | |
| Test location | ENVIRON lab, Port Gamble, WA | |
| Test duration, type | 28-day, flow-through | |
| Control water | Northern Hood Canal water, 0.45-um filtered, salinity adjusted with deionized water | |
| Test dissolved oxygen | Actual: 5.3–8.4 mg/L; recommended: >4.0 mg/L | |
| Test temperature | Actual: 17.2–20.5°C; recommended: 20 ± 2°C | |
| Test salinity | Actual: 27–31 ppt; recommended: 25–35 ± 2 ppt; targeted: 30 ± 2 ppt | |
| Test pH | Actual: 7.4–8.0; recommended: 7.8 ± 0.5 | |
| Control performance standard | Actual: 96% (failed); recommended: ≥90% survival | |
| Reference-toxicant test<br>(sodium dodecyl sulfate) | $LC_{50}$: 27.9 mg/L; acceptable mean (range): 42.0 mg/L (21.3–62.8 mg/L) | |
| Photoperiod | 16 hours light, 8 hours dark | |
| Test chamber | 10-gallon glass aquarium (49.5 x 24.8 x 29.2 cm) | |
| Replicates per treatment | 5 | |
| Concentration per treatment | Not applicable | |
| Individuals per replicate | *n* = 20 | |
| Exposure volume | 4–5 L of sediment (4–5 cm depth), 18.5 L of overlying water | |
| Feeding | None | |
| Water renewal (flow-through) | Actual: 38–56 ml/30 seconds (109.4–161.3 L/day)<br>Recommended: 6–10 volume exchanges/day (92.5–185 L/day) | |
| Deviations from test protocol | Minor deviations in temperature and salinity; holding time | |

Source: Table 34 of ENVIRON (2015)

## 2.5 Applicable Technical Quality Standards

Raw field and laboratory data were summarized and compiled into tables. Figures 1 through 7 are used to associate the results spatially with respect to sampling locations.



### 2.5.1 Sediment Chemistry

Results of laboratory analyses of sediment samples are compared to published sediment screening values as appropriate and in conformance with the Green Book and the RGM. These levels are the threshold effects level (TEL) and effects range low (ERL). The TEL represents the concentration below which adverse effects are expected to occur only rarely. The ERL is the value at which toxicity may begin to be observed in sensitive species (Buchman 2008). These comparisons are for reference use only and are not intended for regulatory decision-making.

### 2.5.2 Elutriate and Site Water Chemistry

Results of elutriate and water analyses were compared to the latest published EPA water quality criteria of criteria maximum concentration (CMC [synonymous with 'acute']) established in USEPA (2009). The CMC is an estimate of the highest concentration of a pollutant in saltwater to which an aquatic community can be exposed briefly without resulting in an unacceptable effect (USEPA 2006, Buchman 2008).

### 2.5.3 Toxicology

All water quality and endpoint data were entered into Microsoft Excel spreadsheets. Water quality parameters were summarized by calculating the mean, minimum, and maximum values for each test treatment. Endpoint data were calculated for each replicate, and the mean value and standard deviation were determined for each test treatment.

All hand-entered data were reviewed for data entry errors. Any errors found were corrected before summary calculations were performed. A minimum of 10% of all calculations and data sorting were reviewed for errors. Review counts were conducted on any apparent outliers.

Statistical comparisons were made according to the Green Book and were performed using SAS/STAT software or CETIS™ software (CETIS 2012). Before statistical comparisons were conducted, data were tested for normal distribution. Any data that violated the assumption of normal distribution were transformed using an arcsine square root transformation before statistical analysis. All data were tested for equality of variance using Levene's test.

Benthic test results were compared to reference results using analysis of variance (ANOVA) with SAS Proc GLM software with Dunnett's multiple comparison test on the mean values. The Dunnett's test was performed as a one-way test, testing for significantly lower organism survival than in the reference sample.

### 2.5.4 Tissue Chemistry

All project composites and reference tissues had five replicates per test species and were evaluated using guidance from Subsection 6.3 of the Green Book and Subsection 2.5.3 of the RGM. Analytical results for tissue samples were compared to published tissue screening benchmarks. The U.S. Food and Drug Administration (FDA) action levels and threshold levels were used for comparison after accounting for steady-state adjustments as applicable. Most FDA levels were obtained from FDA (2011). According to FDA (2011) the action levels for arsenic, cadmium, lead, and nickel in tissue are no longer in effect. Also, Table 9-1 of FDA (2011) lacks action levels for chromium in tissue, although an earlier version of the document does provide action levels for chromium (FDA 2001). Regardless, it was decided to use



previous FDA action levels (from FDA 2001) for arsenic, cadmium, chromium, lead, and nickel in this report as it is possible that such action levels may be put into effect in the near future.

Analyte concentrations in *Macoma nasuta* tissue were compared to FDA levels for bivalve mollusks. Analyte concentrations in *Neanthes virens* tissues were compared to the FDA levels for crustacea as there are no FDA levels published for polychaete worm tissue (FDA 2001, 2011).

The mean of results for each set of five replicates per composite and analyte combination was calculated and compared to the mean of the reference tissue result per analyte. Mean values of analyte concentrations were calculated as follows:

- For non-detects (U-qualified) data, the method detection limit (MDL) was used in all statistical calculations.
- For J-qualified and non-qualified analytical results, the resultant value was used in all statistical calculations.

In cases where the mean concentration of an analyte in *N. virens* or *M. nasuta* tissue was found to exceed that of the reference tissue, the biostatistical software program ToxCalc v5.0.32 (Tidepool Scientific, LLC) was used to determine the relative distribution and variances among the samples tested. If the distribution was determined to be abnormal or the variances unequal, the data were treated with a reciprocal transformation and the distribution and variances were re-evaluated. If no mean tissue contaminant concentration was found to statistically exceed that of the reference tissue, no additional analysis was necessary to demonstrate compliance with the LPC (Green Book). Mean tissue analytical results found to statistically significantly exceed those of the reference tissue (of the same species) are presented in bold font in the accompanying tables and in the exhibits in Section 3. Mean tissue analytical results found to be two or more times that of the reference tissue (of the same species), and statistically significant, are indicated with underlined and bolded font in the tables and exhibits. This is in accordance with Subsection 2.3.3 of the RGM.

## 2.6 Reporting Limits

The sediment chemical concentration, MDL, and MRL were reported on a dry weight basis. The tissue chemical concentration, MDL, and MRL were reported by the laboratory on both a dry weight basis and a wet weight basis, but only the wet weight results are summarized in the tables of this report. The MDL refers to the minimum concentration of a given analyte that can be measured and reported with a 99% confidence level that the analyte concentration is greater than zero. The procedures for determining MDLs is defined in 40 CFR Part 136 Appendix B for most chemical analyses. The MRL refers to the minimum concentration at which the laboratory will report analytical chemistry data with confidence in quantitative accuracy of a given data point. Common laboratory procedures for defining an MRL include assigning it to a fixed factor above the MDL or by using the lowest calibration standard. MRLs are often adjusted by the laboratory for sample-specific parameters such as sample weight, percent solids, or dilution.

# 3 RESULTS AND DISCUSSION

## 3.1 Field Data and In Situ Measurements

### 3.1.1 Weather Conditions

Sampling at all vibracore stations and the reference station was conducted from February 24 to 28, 2015. The site water sample was collected on March 1, 2015. Conditions during sampling were acceptable and consisted of clear to partly cloudy skies, periodic rain showers, some heavy downpours, calm seas to 1- to 2-foot seas in the harbor (6- to 8-foot swells offshore during reference sampling), and 5- to 15-knot winds (gusting to >20 knots).

### 3.1.2 Water Column Data (Table 2)

Water column parameters were recorded at the reference water station (SJH15-REF-SW) on February 24, 2015, and at the site water station (SJH15-SW) on March 1, 2015, and are summarized in Table 2. Copies of the water sampling field logs are provided in Appendix B.

### 3.1.3 Vibracore and Grab Sampling Data (Table 1)

Table 1 provides a summary of vibracore sampling data, including core depth, penetration, recovery length, and percent recovery. All core samples were taken to project depth except for those at stations SJH15-A6 and -B6 where refusal was met prior to reaching project depth. Refusal at these two stations was attributed to the presence of consolidated clay (referred to as "stiff clay" on the core logs). The over-penetration technique described in Subsection 2.2.5 was used when poorly consolidated silts were encountered at stations SJH15-A4, -A5, -B2, and -B4. Only material from above the project depth was included in the respective samples. Copies of the core logs are provided in Appendix B.

## 3.2 Physical Testing Data (Tables 3 and 4)

Grain size distribution was analyzed in all samples and composites. Results of physical analysis of samples and composites are in Tables 3 and 4, respectively. Settling rates were analyzed only for the composite samples. The final concentrations for settling rates are included in Table 4. Settling rates are graphed for composite samples and the graphs are included in Appendix C as part of the laboratory report of physical analysis using USACE Form 2087.

**North Reach (Unit A)**

Sediment samples collected from the North Reach (SJH15-A1 through -A7) have percent grain size distributions ranging from predominately clay (SJH15-A1 through -A4 and -A7) to predominately silt (SJH15-A5) or sand (SJH15-A6). These samples have significant amounts of clay (20% to 55.6%), variable amounts of sand (3.0% to 73.7%) and silt (6.3% to 49.5%), and no gravel.

The composite SJH15-A-COMP is described as clay with silt, some fine- to medium-grained sand-sized quartz, and few fine to medium sand-sized shell. It fits the USCS classification of CH (clay of high plasticity, elastic clay). This composite is composed predominately of clay (47.4%) and to a lesser extent, silt (34.7%). Sand is only a minor component (17.9%) and there is no gravel. The field split had characteristics similar to SJH15-A-COMP. Analysis of the settling rate of the composite and the field split resulted in final concentrations of 493 g/L and 476 g/L, respectively.



**South Reach (Unit B)**

Sediment samples collected from the South Reach (SJH15-B1 through -B6) are composed predominantly of fat clay (53.7% to 62.5% clay). These samples have significant amounts of silt (32.9% to 44.6%), only minor amounts of sand (0.7% to 9.7%), and no gravel.

The composite SJH15-B-COMP is described as a gray-colored silty fat clay with trace fine- to medium-grained sand-sized quartz and trace fine to medium sand-sized shell. It fits the USCS classification of CH. This composite is composed predominately of clay (66.1%) and silt (30.6%). There is very little sand (3.3%) and no gravel. Analysis of the settling rate of this composite resulted in a final concentration of 476 g/L.

**Reference**

The reference (SJH15-REF) is described as a brown-colored sandy elastic silt with little fine to medium sand-sized quartz and few fine to medium sand-sized shell. It fits the USCS classification of MH (silt of high plasticity, elastic silt). The reference is composed predominately of silt (53.5%) and clay (32.7%). There is very little sand (3.3%) and no gravel. Analysis of the settling rate resulted in a final concentration of 909 g/L.

Exhibit 3-1 is a summary of percent grain size distributions and USCS soil classes per sediment sample and composite. Exhibit 3-2 is a summary of additional physical parameters per composite. See Tables 3 and 4 for full results of physical analyses of sediment samples and composites, respectively.



**Exhibit 3-1. Grain Size Distribution per Sediment Sample and Composite**

| Sample ID | Grain Size Distribution[1] (percent by weight) | | | | USCS Soil Class |
|---|---|---|---|---|---|
| | Gravel | Total Sand | Silt | Clay | |
| SJH15-A1 | 0.0 | 4.6 | 39.8 | 55.6 | N/A |
| SJH15-A2 | 0.0 | 3.8 | 47.7 | 48.5 | N/A |
| SJH15-A3 | 0.0 | 3.0 | 47.0 | 50.0 | N/A |
| SJH15-A4 | 0.0 | 3.9 | 46.2 | 49.9 | N/A |
| SJH15-A5 | 0.0 | 3.5 | 49.5 | 47.0 | N/A |
| SJH15-A6 | 0.0 | 73.7 | 6.3 | 20.0 | N/A |
| SJH15-A7 | 0.0 | 42.6 | 17.6 | 39.8 | N/A |
| SJH15-A-COMP | 0.0 | 17.9 | 34.7 | 47.4 | CH |
| SJH15-A-COMP (field split) | 0.0 | 23.6 | 33.2 | 43.2 | CH |
| SJH15-B1 | 0.0 | 1.5 | 37.8 | 60.7 | N/A |
| SJH15-B2 | 0.0 | 1.7 | 44.6 | 53.7 | N/A |
| SJH15-B3 | 0.0 | 6.8 | 34.7 | 58.5 | N/A |
| SJH15-B4 | 0.0 | 1.2 | 38.7 | 60.1 | N/A |
| SJH15-B5 | 0.0 | 0.7 | 36.8 | 62.5 | N/A |
| SJH15-B6 | 0.0 | 9.7 | 32.9 | 57.4 | N/A |
| SJH15-B-COMP | 0.0 | 3.3 | 30.6 | 66.1 | CH |
| SJH15-REF | 0.0 | 13.8 | 53.5 | 32.7 | MH |

[1] Particle sizes: gravel ≥4.750 mm, sand = 0.075–4.749 mm, silt = 0.005-0.074 mm, and clay <0.005 mm.
N/A = not analyzed; CH = clay of high plasticity, elastic silt; MH = silt of high plasticity, elastic silt
See Tables 3 and 4 for physical analysis results for sediment samples and composites, respectively.

**Exhibit 3-2. Summary of Physical Parameters per Composite and Reference**

| Sample ID | % Solids | Specific Gravity | Bulk Density (lb/ft$^3$) | Atterberg Limits | | |
|---|---|---|---|---|---|---|
| | | | | Plastic Limit | Liquid Limit | Plasticity Index |
| SJH15-A-COMP | 53.8 | 2.697 | 49.2 | 34 | 79 | 45 |
| SJH15-A-COMP (field split) | 55.0 | 2.653 | 50.9 | 39 | 92 | 53 |
| SJH15-B-COMP | 42.1 | 2.703 | 35.2 | 33 | 75 | 42 |
| SJH15-REF (reference) | 53.8 | 2.708 | 51.4 | 30 | 52 | 22 |

See Table 4 for complete physical analysis results.



## 3.3 Sediment Chemistry

Sediment composites SJH15-A-COMP and SJH15-B-COMP and the reference (SHJ15-REF) were analyzed for metals, TOC (in triplicate), pesticides, PAHs, and PCBs. A field split of SJH15-A-COMP was included in the analysis as part of the laboratory QC. Analytical results for sediment chemistry are presented in Tables 5 through 9. Analytical results were compared to the published sediment screening criteria TEL and ERL from Buchman (2008). Complete sediment results are provided in Appendix D-1.

### 3.3.1 Metals and TOC (Tables 5 and 6)

All nine metals analyzed were detected in concentrations above the MRL in the composites and the reference. Project composites had concentrations of five to eight metals each in concentrations that exceeded the TEL and (or) ERL. The reference had concentrations of four metals that were greater than the TEL and (or) ERL. Metal concentrations per sample are summarized in Exhibit 3-3 below. Table 6 has complete results of metals analysis for sediment composites.

TOC ranged from a low of 0.11% in sample SJH15-A6 to a high of 4.02% in SJH15-A3. Composite SJH15-A-COMP had a TOC mean concentration of 2.53% among the triplicate results. The field split had a TOC mean concentration of 2.85%, composite SJH15-B-COMP had a TOC mean concentration of 2.92%, and the reference had a TOC mean concentration of 1.32%. Table 5 has complete TOC test results for sediment composites.

**Exhibit 3-3. Summary of Results for Metals in Sediment**

| | Dry Weight Concentration (mg/kg) | | | | | |
|---|---|---|---|---|---|---|
| **Analyte** | **SJH15-A-COMP** | **SJH15-A-COMP (field split)** | **SJH15-B-COMP** | **SJH15-REF (reference)** | **TEL** | **ERL** |
| **Arsenic** | **16.1** | **17.6** | **20.8** | **17.1** | 7.24 | 8.2 |
| **Cadmium** | 0.137 | 0.121 | 0.245 | 0.051 | 0.676 | 1.2 |
| **Chromium** | 50.7 | **53.0** | **76.7** | **62.7** | 52.3 | 81 |
| **Copper** | **57.1** | **56.4** | **87.9** | **64.3** | 18.7 | 34 |
| **Lead** | 29.6 | **30.3** | **39.1** | 13.6 | 30.24 | 46.7 |
| **Mercury** | **0.316** | **0.336** | **0.314** | 0.090 | 0.13 | 0.15 |
| **Nickel** | **17.9** | **18.5** | **28.7** | **27.4** | 15.9 | 20.9 |
| **Silver** | **0.791** | **0.737** | **1.26** | 0.081 | 0.73 | 1 |
| **Zinc** | 110 | 106 | **175** | 83.7 | 124 | 150 |

**Bolded** values exceed the TEL and (or) ERL.
See Table 6 for complete metal analysis results.

### 3.3.2 Pesticides (Table 7)

Of the 15 pesticides analyzed, only 5 were detected in concentrations above the MDL (J-qualified or greater concentrations) in one or more composites. Composite SJH15-A-COMP and the field split had concentrations of *p,p′* (4,4′)-DDD; *p,p′* (4,4′)-DDE; *p,p′* (4,4′)-DDT; and endosulfan I in concentrations above the MDL. Composite SJH15-A-COMP had a concentration of *p,p′* (4,4′)-DDT that exceeded the TEL and the ERL. Composite SJH15-B-COMP had

concentrations of *p,p'* (4,4')-DDE; endosulfan I; and heptachlor that are J-qualified or greater. The reference had only U-qualified (non-detected) concentrations of the 15 pesticides tested. Pesticide concentrations per composite are summarized in Exhibit 3-4 below. Table 7 has complete results of pesticides analysis for sediment composites.

**Exhibit 3-4. Summary of Results for Pesticides in Sediment**

| Analyte | Dry Weight Concentration (µg/kg) | | | | | |
|---|---|---|---|---|---|---|
| | SJH15-A-COMP | SJH15-A-COMP (field split) | SJH15-B-COMP | SJH15-REF (reference) | TEL | ERL |
| **Aldrin** | ND | ND | ND | ND | x | x |
| **α (cis)-Chlordane** | ND | ND | ND | ND | x | x |
| **trans-Nonachlor** | ND | ND | ND | ND | x | x |
| ***o,p'* (2,4')-DDD** | ND | ND | ND | ND | x | x |
| ***o,p'* (2,4')-DDE** | ND | ND | ND | ND | x | x |
| ***o,p'* (2,4')-DDT** | ND | ND | ND | ND | x | x |
| ***p,p'* (4,4')-DDD** | 1.4 | 0.99 | ND | ND | 1.22 | 2 |
| ***p,p'* (4,4')-DDE** | 1.1 | 1.2 | 1.1 | ND | 2.07 | 2.2 |
| ***p,p'* (4,4')-DDT** | **57** | **11** | ND | ND | 1.19 | 1 |
| **Dieldrin** | ND | ND | ND | ND | 0.715 | 0.02 |
| **Endosulfan I** | 0.22 | 0.20 | 0.66 | ND | x | x |
| **Endosulfan II** | ND | ND | ND | ND | x | x |
| **Endosulfan Sulfate** | ND | ND | ND | ND | x | x |
| **Heptachlor** | ND | ND | 0.43 | ND | x | x |
| **Heptachlor Epoxide** | ND | ND | ND | ND | x | x |

**Bolded** values exceed the TEL and (or) ERL.
ND = Not detected above the laboratory MDL.
See Table 7 for complete pesticides analysis results.

### 3.3.3 PAHs (Table 8)

Most of the 16 PAH analytes tested were detected in concentrations greater than the MDL in most composites. Composite SJH15-A-COMP had unqualified concentrations of acenaphthylene and dibenzo(*a,h*)anthracene that exceeded the TEL. SJH15-B-COMP had concentrations of acenaphthene and acenaphthylene that exceeded the TEL and (or) ERL. PAH concentrations per composite are summarized in Exhibit 3-5 below. Table 8 has complete results of PAH analysis for sediment composites.

**Exhibit 3-5. Summary of Results for PAHs in Sediment**

| Analyte | Dry Weight Concentrations (µg/kg) | | | | | |
|---|---|---|---|---|---|---|
| | SJH15-A-COMP | SJH15-A-COMP (field split) | SJH15-B-COMP | SJH15-REF (reference) | TEL | ERL |
| **Acenaphthene** | 1.3 | ND | **23** | ND | 6.71 | 16 |
| **Acenaphthylene** | **6.4** | 3.9 | **7.5** | 1.0 | 5.87 | 44 |
| **Anthracene** | 4.4 | 2.5 | 9.0 | 1.2 | 46.9 | 85.3 |
| **Benzo(*a*)anthracene** | 31 | 21 | 28 | 7.8 | 74.8 | 261 |
| **Benzo(*a*)pyrene** | 49 | 32 | 36 | 9.6 | 88.8 | 430 |
| **Benzo(*b*)fluoranthene** | 56 | 34 | 44 | 12 | x | x |
| **Benzo(*g,h,i*)perylene** | 35 | 21 | 28 | 8.8 | x | x |
| **Benzo(*k*)fluoranthene** | 27 | 17 | 22 | 5.0 | x | x |
| **Chrysene** | 46 | 31 | 44 | 11 | 108 | 384 |
| **Dibenzo(*a,h*)anthracene** | **7.6** | 4.6 | 5.7 | 1.4 | 6.22 | 63.4 |
| **Fluoranthene** | 42 | 31 | 59 | 13 | 113 | 600 |
| **Fluorene** | 2.2 | 1.1 | 16 | 0.68 | 21.2 | 19 |
| **Indeno(1,2,3-*cd*)pyrene** | 36 | 22 | 27 | 7.8 | x | x |
| **Naphthalene** | 6.1 | 2.6 | 3.8 | 1.2 | 34.6 | 160 |
| **Phenanthrene** | 17 | 11 | 19 | 5.8 | 86.7 | 240 |
| **Pyrene** | 46 | 34 | 64 | 14 | 153 | 665 |

**Bolded** values exceed the TEL and (or) ERL.
ND = Not detected above the laboratory MDL.
x = No TEL and (or) ERL published for the given analyte.
See Table 8 for complete PAH analysis results.

### 3.3.4 PCBs (Table 9)

Of the 23 PCB congeners tested, 19 were detected in concentrations above the MDL (J-qualified or greater) in one or more composites. The two project composites and the field split had concentrations of EPA Region 2 PCBs that exceeded the TEL and ERL (Exhibit 3-6). PCB concentrations per composite are summarized in Exhibit 3-6. Table 9 has complete results of PCB analysis for sediment composites.

**Exhibit 3-6. Summary of Results for PCBs in Sediment**

| Analyte | Dry Weight Concentration (µg/kg) | | | | | |
|---|---|---|---|---|---|---|
| | SJH15-A-COMP | SJH15-A-COMP (field split) | SJH15-B-COMP | SJH15-REF (reference) | TEL | ERL |
| **Total EPA Region 2 PCBs** | **48** | **44** | **169** | 6.7 | 21.6 | 22.7 |

**Bolded** values exceed the TEL and ERL.
See Table 9 for complete PCB analysis results.



## 3.4 Elutriate Chemistry

Water samples SHJ15-REF-SW (reference water) and SJH15-SW (site water) and elutriates generated from the two project composites and the field split were analyzed for metals, pesticides, and PCBs. The elutriate composites SJH15-A-ELUT (and field split) and SJH15-B-ELUT refer to elutriates generated from sediment composites SJH15-A-COMP (and field split) and SJH15-B-COMP, respectively. The field split was included in the analysis as part of the laboratory QC. Analytical results for elutriate chemistry are presented in Tables 10 through 12. Analytical results were compared to the published water quality screening criteria CMC from USEPA (2006). Complete water and elutriate chemistry laboratory results are provided in Appendix D-2.

### 3.4.1 Metals (Table 10)

No composite result was greater than the CMC with the exception of mercury in the field split of SJH15-A-ELUT. With the exception of cadmium and silver, all other metals were detected in concentrations greater than the MRL in most water and elutriate samples. Cadmium and silver were detected in concentrations greater than the MDL but less than the MRL (J-qualified) in all samples. Exhibit 3-7 is a summary of metal analysis results for water samples and elutriate composites. See Table 10 for complete results.

**Exhibit 3-7. Summary of Results for Metals in Water and Elutriates**

| Analyte | Wet Weight Concentration (µg/L) | | | | | |
|---|---|---|---|---|---|---|
| | SJH15-A-ELUT | SJH15-A-ELUT (field split) | SJH15-B-ELUT | SJH15-REF-SW (reference water) | SJH15-SW (site water) | CMC |
| **Arsenic** | 26.0 | 18.2 | 21.4 | 1.5 | 1.6 | 69 |
| **Cadmium** | 0.006 | 0.008 | 0.014 | 0.006 | 0.005 | 40 |
| **Chromium** | 0.63 | 0.31 | 0.38 | 0.35 | 0.42 | 1100 |
| **Copper** | 0.327 | 0.698 | 0.606 | 0.190 | 0.455 | 4.8 |
| **Lead** | 0.281 | 0.450 | 2.98 | 0.022 | 0.103 | 210 |
| **Mercury** | 1.43 | **3.49** | 0.63 | 0.21 | 0.70 | 1.8 |
| **Nickel** | 0.59 | 0.79 | 0.43 | 0.23 | 0.30 | 74 |
| **Silver** | 0.004 | 0.016 | 0.011 | 0.007 | 0.008 | 1.9 |
| **Zinc** | 0.7 | 1.1 | 1.4 | 0.2 | 0.6 | 90 |

**Bolded** values exceed the TEL and (or) ERL.
See Table 10 for complete results for metals in water and elutriates.

### 3.4.2 Pesticides (Table 11)

Of the 15 pesticides tested, all were in concentrations below the MDL (U-qualified) in all water and elutriate samples, with one exception. The analyte *p,p'* (4,4')-DDE was detected in composite SJH15-A-ELUT above the MDL but below the MRL (J-qualified). No result exceeded the CMC for the pesticides tested. Exhibit 3-8 is a summary of detected pesticide results for water and elutriate samples. See Table 11 for complete results.



**Exhibit 3-8. Summary of Detected Concentrations of Pesticides in Water and Elutriates**

| Analyte | Wet Weight Concentration (ng/L) | | | | | |
|---|---|---|---|---|---|---|
| | SJH15-A-ELUT | SJH15-A-ELUT (field split) | SJH15-B-ELUT | SJH15-REF-SW (reference water) | SJH15-SW (site water) | CMC |
| *p,p'* (4,4')-DDE | 0.41 | ND | ND | ND | ND | x |

x = No CMC published for the given analyte.
See Table 11 for complete results for pesticides in water and elutriates.

### 3.4.3 PCBs (Table 12)

Of the 22 PCB congeners tested, most were in concentrations below the MDL (U-qualified) or below the MRL (J-qualified) in most water or elutriate samples. Composite SJH15-B-ELUT had unqualified concentrations of seven PCB congeners and was the only sample to have unqualified concentrations of any PCB tested. Composite SJH15-B-Elut also had the highest concentration of total EPA Region 2 PCBs, at 1561 ng/L (calculated using the method described in Subsection 4.3.3 of the RGM. There are no CMC values for the PCBs tested. Exhibit 3-9 is a summary of PCB results for water and elutriate samples. See Table 12 for complete results.

**Exhibit 3-9. Summary of Results for PCBs in Water and Elutriates**

| Analyte | Wet Weight Concentration (ng/L) | | | | | |
|---|---|---|---|---|---|---|
| | SJH15-A-ELUT | SJH15-A-ELUT (field split) | SJH15-B-ELUT | SJH15-REF-SW (reference water) | SJH15-SW (site water) | CMC |
| Total EPA Region 2 PCBs | 42 | 48 | 1561 | 30 | 30 | x |

x = No CMC published for the given analyte.
See Table 12 for complete results for PCBs in water and elutriates.

## 3.5 Water Column Bioassays

The water column tests were performed with the mysid crustacean *Americamysis bahia* (Opossum Shrimp), the atherinoid fish *Menidia beryllina* (inland Silverside), and larvae of the bivalve mollusk *Mytilus galloprovincialis* (Mediterranean mussel). Elutriate test results are compared to results of the control (Hood Canal water). Results of the water column tests using *A. bahia*, *M. beryllina*, and larval *M. galloprovincialis* are summarized in Tables 13, 14, and 15, respectively. The complete toxicology laboratory report by ENVIRON (2015) is provided in Appendix G.

### 3.5.1 *Americamysis bahia* Bioassay (Table 13)

The water column test with *A. bahia* was initiated on March 11, 2015, and was validated by 97% survival in the control (northern Hood Canal water) and 92% in the site water sample, meeting the acceptability criterion of ≥90% for these treatments. Table 13 has summarized results of the water column test using *A. bahia*.



Water quality parameters were within the target limits throughout the duration of the 96-hour test with the exception of dissolved oxygen and salinity. Dissolved oxygen fell below the recommended limit of >4.6 mg/L on day 2 in most of the treatments. Trickle-flow aeration was added to all treatments on this day and the dissolved oxygen was within the recommended range for the remainder of the test. Salinity measurements were recorded above the targeted limits, but were within the tolerance range of the test organisms.

This deviation was addressed through the prescribed test solution renewal on the same day. The test solution renewal was sufficient to increase the dissolved oxygen and levels were within the recommended range for the remainder of the test. Salinity measurements were recorded slightly below the recommended limits, but were within the tolerance range for *A. bahia*.

The $LC_{50}$ for the reference-toxicant test using ammonia was 51.4 mg/L and within two standard deviations of the laboratory mean of 32.3 mg/L (12.9 to 51.7 mg/L) at the time of testing. This indicates that the test population of *A. bahia* was similar in sensitivity to those previously tested at the ENVIRON laboratory. The no-observed-effect concentration (NOEC) values obtained from the total ammonia and un-ionized ammonia reference toxicant tests were 26.9 and 0.471 mg/L, respectively.

Mean percentage survival in the 100% elutriate concentrations was greater than or equal to 90% and the estimated $LC_{50}$ value for all treatments was >100%. Statistical comparison of the treatments to the control survival for the 100% concentrations resulted in no significant differences.

The concurrent ammonia reference-toxicant-test-derived NOEC using total ammonia was 26.9 mg/L. Adverse biological effects due to ammonia would not be expected at or below this level within the prepared elutriates. Given that all measured elutriate samples were below 1.15 mg/L, ammonia was not expected to contribute to any observed negative biological effects. Test results are summarized in Exhibit 3-10. Complete results are provided in Subsection 3.1.1 of the laboratory toxicology report by ENVIRON (2015) (Appendix G).

**Exhibit 3-10. Summary of Survival Data for *Americamysis bahia***

| Sample ID | Concentration (%) | Mean Survival (%) | Standard Deviation | Statistically Less than Control (yes/no) | $LC_{50}$ (%) |
|---|---|---|---|---|---|
| **Control** | | 97 | 3 | | |
| **SJH15-SW (site water)** | | 92 | 8 | No | |
| **SJH15-A-ELUT** | 100 | 98 | 3 | No | >100 |
| **SJH15-B-ELUT** | 100 | 97 | 4 | No | >100 |

Source: Table 6 of ENVIRON (2015)
See Table 13 for complete results.



### 3.5.2 *Menidia beryllina* Bioassay (Table 14)

The water column test with *M. beryllina* was initiated on March 11, 2015, and was validated by 91% survival in the control (northern Hood Canal water), meeting the acceptability criterion of ≥90% survivorship. Mean percent survival in the site water sample was 97%, indicating that the site water was acceptable for testing. Table 14 has summarized results of the water column test using *M. beryllina*.

Water quality parameters were within the target limits throughout the duration of the 96-hour test with the exception of salinity. Salinity measurements were recorded slightly below the recommended limits, but were within the tolerance range of *M. beryllina*. Water quality measurements, ammonia concentrations, and test conditions are provided in Section 3.1.2 of the laboratory toxicology report by ENVIRON (2015) (Appendix G).

The $LC_{50}$ for the reference-toxicant test using ammonia was 31.6 mg/L total ammonia and was within two standard deviations of the laboratory mean of 26.7 mg/L total ammonia (6.2 to 47.2 mg/L) at the time of testing. This indicates that the population of *M. beryllina* used in this test was similar in sensitivity to those previously tested at the ENVIRON laboratory. The NOEC values for total ammonia and un-ionized ammonia were 23.6 mg/L and 0.611 mg/L, respectively.

Mean percent survival in the 100% concentration treatments was greater than or equal to 90% and the estimated $LC_{50}$ value for all treatments was >100%. Statistical comparisons of the treatments to the control survival for the 100% concentrations resulted in no significant differences.

The reference-toxicant test NOEC using total ammonia was 23.6 mg/L. Adverse biological effects due to ammonia would not be expected at or below this level within the prepared elutriates. Given that all measured elutriate samples were below 1.15 mg/L, ammonia was not expected to contribute to any observed negative biological effects. Test results are summarized in Exhibit 3-11. Complete results are provided in Subsection 3.1.2 of the laboratory toxicology report by ENVIRON (2015) (Appendix G).

**Exhibit 3-11. Summary of Survival Data for *Menidia beryllina***

| Sample ID | Concentration (%) | Mean Survival (%) | Standard Deviation | Statistically Less than Control (yes/no) | $LC_{50}$ (%) |
|---|---|---|---|---|---|
| **Control** | | 91 | 8 | | |
| **SJH15-SW (site water)** | | 97 | 4 | No | |
| **SJH15-A-ELUT** | 100 | 94 | 7 | No | >100 |
| **SJH15-B-ELUT** | 100 | 99 | 2 | No | >100 |

Source: Table 10 of ENVIRON (2015)
See Table 14 for complete results.

### 3.5.3 *Mytilus galloprovincialis* Bioassay (Table 15)

The water column test with *M. galloprovincialis* was initiated on March 25, 2015. The larval bivalve test was validated by 95.0% normal development (proportion normal) and 100% survival (proportion survival) in the control, meeting the recommended criteria of ≥70% proportion normal and slightly below ≥90% proportion survival. The embryo stocking density was 24.2 embryos/ml of test solution, which was within the recommended density of 15 to 30 embryos/ml. Mean survival in the site water control was 97.3%, indicating that the site water was suitable for testing and should not have contributed to any potential reduced biological response observed in the elutriate preparations. Table 15 has summarized results of the water column test using *M. galloprovincialis*.

All water quality parameters were within the target limits throughout the duration of the 48-hour test. Water quality measurements, ammonia concentrations, and test conditions are provided in Subsection 3.1.4 of the laboratory toxicology report by ENVIRON (2015) (Appendix G).

The $EC_{50}$ for the reference toxicant test using total ammonia was 6.1 mg/L and within two standard deviations of the laboratory mean of 5.5 mg/L (0.5–10.6 mg/L) at the time of testing. This indicates that the test population of larval *M. galloprovincialis* was similar in sensitivity to those previously tested at the ENVIRON laboratory. The NOEC values for total ammonia and un-ionized ammonia reference toxicant tests were 26.9 and 0.081 mg/L, respectively. Concurrent reference-toxicant-test-derived NOEC values using total ammonia and un-ionized ammonia were 4.5 mg/L and 0.081 mg/L, respectively. Given the lack of significant biological response in the test treatments, ammonia was not a contributing factor.

Mean percentage survival in the 100% elutriate concentrations of all samples ranged from 92.1% to 100%. The estimated $EC_{50}$ value for all treatments was >100%. Statistical comparison of the treatments to the control survival for the 100% concentrations resulted in no significant differences.

Test results are summarized in Exhibits 3-12 and 3-13. Complete results are provided in Subsection 3.1.4 of the laboratory toxicology report by ENVIRON (2015) (Appendix G).

**Exhibit 3-12. *Mytilus galloprovincialis* Control Acceptability Results**

| Treatment | Mean Proportion Normal (%) ≥70% | Mean Proportion Survival (%) ≥90% | Mean Combined Normal Development (%)* | Meet Acceptability Criteria? |
|---|---|---|---|---|
| **Control** | 95.0 | 100 | 98.8 | Yes |

*Calculated as the number of normally developed embryos/number of embryos stocked (stocking density).
Source: Table 14 of ENVIRON (2015)
See Table 15 for complete results.



**Exhibit 3-13. Summary of Survival Data for *Mytilus galloprovincialis***

| Sample ID | Concentration (%) | Mean Normal Survivalship[1,2] (%) | Standard Deviation | Statistically Less than Control (yes/no) | $EC_{50}$[2] (%) |
|---|---|---|---|---|---|
| **Control** | | 98.8 | 1.6 | | |
| **SJH15-SW (site water)** | | 97.3 | 2.5 | No | |
| **SJH15-A-ELUT** | 100 | 92.1 | 6.2 | No | >100 |
| **SJH15-B-ELUT** | 100 | 100 | 0.0 | No | >100 |

[1] Calculated as the number of normally developed embryos/number of embryos stocked (stocking density).
[2] Values derived from CETIS statistical output.
Source: Table 15 of ENVIRON (2015)
See Table 15 for complete results.

## 3.6 Whole Sediment (Solid Phase) Bioassays

The whole sediment bioassays were performed with the amphipod crustacean *Ampelisca abdita* and the mysid crustacean *Americamysis bahia* (Opossum Shrimp). Results of the benthic test using *A. abdita* and *A. bahia* are summarized in Tables 16 and 17, respectively. The complete toxicology laboratory report by ENVIRON (2015) is provided in Appendix G.

### 3.6.1 *Ampelisca abdita* Bioassay (Table 16)

The 10-day whole sediment bioassay with *A. abdita* was initiated on March 13, 2015, and was validated by 91% survival in the control, meeting the acceptability criterion of ≥90%. Results of the benthic test using *A. abdita* are summarized in Table 16.

Water quality parameters were within acceptable limits throughout the 10-day test period. Water quality measurements, ammonia concentrations, and test conditions are provided in Subsection 3.2.1 of the laboratory toxicology report by ENVIRON (2015) (Appendix G).

The $LC_{50}$ for the reference toxicant test using total ammonia was 34.7 mg/L and within two standard deviations of the laboratory mean of 45.8 mg/L (5.1 to 86.5 mg/L) at the time of testing. This indicates that the population used in this test was of similar sensitivity to those previously tested at the ENVIRON laboratory. The concurrent reference-toxicant-test-derived NOEC values were 23.3 mg/L and 0.577 mg/L for total ammonia and un-ionized ammonia, respectively. Ammonia concentrations measured within the benthic test were below the ammonia reference-toxicant-test-derived NOEC values at test initiation and termination (ENVIRON 2015).

Mean survival within the project samples ranged from 74% to 85%. Survival within all samples was not statistically different from that of the reference (SJH15-REF). Mean percent survival in all treatments was within 20% of the reference (86%), indicating that the test treatments met the LPC for disposal (ENVIRON 2015). Test results are summarized in Exhibit 3-14. Complete results are provided in Subsection 3.2.1 of the laboratory toxicology report by ENVIRON (2015) (Appendix G).

**Exhibit 3-14. Summary of Survival Data for *Ampelisca abdita***

| Sample ID | Mean Survival (%) | Standard Deviation | Statistically Less than Reference? |
|---|---|---|---|
| **Control** | 91 | 4 | |
| **SJH15-REF (reference)** | 86 | 8 | |
| **SJH15-A-COMP** | 74 | 13 | No |
| **SJH15-B-COMP** | 85 | 4 | No |

Source: Table 19 of ENVIRON (2015)
See Table 16 for complete results.

### 3.6.2 *Americamysis bahia* Bioassay (Table 17)

The 10-day whole sediment bioassay with *A. bahia* was initiated on March 20, 2015, and was validated by 97% survival in the control sample; meeting the acceptability criterion of ≥90%. Results of the bioassay using *A. bahia* are summarized in Table 17.

Water quality parameters were within acceptable limits throughout the 10-day test period. Water quality measurements, ammonia concentrations, and test conditions are provided in Subsection 3.2.2 of the laboratory toxicology report (Appendix G).

The $LC_{50}$ for the 96-hour reference-toxicant test using total ammonia was 41.0 mg/L and within two standard deviations of the laboratory mean of 32.3 mg/L (12.8 to 51.7 mg/L) at the time of testing. This indicates that the population used in this test was of similar sensitivity to those previously tested at the ENVIRON laboratory. The concurrent reference-toxicant-test-derived NOEC values were 30.5 mg/L and 0.640 mg/L for total ammonia and un-ionized ammonia, respectively. Ammonia concentrations measured within the benthic test were below the ammonia reference-toxicant-test-derived NOEC values at test initiation and termination.

Mean percent survival in project sediments ranged between 91% and 94%. Survival within all samples was not statistically different from that of the reference (SJH15-REF). Mean percent survival in all treatments was within 10% of the reference (95%), indicating that the test treatments met the LPC for disposal. Results are summarized in Exhibit 3-15. Complete results are provided in Subsection 3.2.2 of the toxicology laboratory report by ENVIRON (2015) (Appendix G).

**Exhibit 3-15. Summary of Survival Data for *Americamysis bahia***

| Sample ID | Mean Survival (%) | Standard Deviation | Statistically Less than Reference? |
|---|---|---|---|
| **Control** | 97 | 5 | |
| **SJH15-REF (reference)** | 95 | 5 | |
| **SJH15-A-COMP** | 94 | 9 | No |
| **SJH15-B-COMP** | 91 | 6 | No |

Source: Table 23 of ENVIRON (2015)
See Table 17 for complete results.



## 3.7 Bioaccumulation Potential Tests

Bioaccumulation potential was determined by a 28-day exposure to the treatment samples. The bioaccumulation potential test was conducted with the bivalve mollusk *Macoma nasuta* (Bent-nose Clam) and the polychaete worm *Neanthes virens* (Sand Worm). Following the laboratory exposures, gut contents of test organisms were purged for 24 hours in clean northern Hood Canal water and tissues were placed in certified-clean glass jars and frozen. Tissues from both tests (except for the laboratory control) were delivered to ALS Environmental for chemical analysis (ENVIRON 2015). Survivorship results of the bioaccumulation test using *M. nasuta* and two tests using *N. virens* are summarized in Tables 18, 19, and 20, respectively.

### 3.7.1 *Macoma nasuta* Test (Table 18)

The 28-day bioaccumulation test with *M. nasuta* was initiated on March 24, 2015. Mean survival in the control and reference treatments was 96.7% and 97.3%, respectively. Mean percent survival was 96% or greater for all test composites (ENVIRON 2015). Mean survivorship results are summarized in Exhibit 3-16, and complete results are provided in Subsection 3.3.1 of the laboratory toxicology laboratory report by ENVIRON (2015) (Appendix G). Survivorship results of the bioaccumulation test using *M. nasuta* are summarized in Table 18.

Deviations from targeted water quality parameters were noted during the bioaccumulation test and appropriate actions were taken to remedy issues. While some measurements were outside the laboratory targets, there were no deviations outside the tolerance range for test organisms. Water quality measurements and test conditions are provided in Subsection 3.3.1 of the laboratory toxicology report by ENVIRON (2015) (Appendix G).

The $LC_{50}$ for the *M. nasuta* reference toxicant test using sodium dodecyl sulfate was 37.8 mg/L and within two standard deviations of the laboratory mean of 42.3 mg/L (21.0 to 63.7 mg/L) at the time of testing. Reference toxicant test results indicate that the *M. nasuta* population used in this test was of similar sensitivity to those previously tested at the ENVIRON laboratory (ENVIRON 2015).

### 3.7.2 *Neanthes virens* Test (Tables 19 and 20)

The 28-day bioaccumulation tests with *N. virens* was initiated on March 24, 2015, and was subsequently re-tested on May 10, 2015, due to low survivorship in the control and reference treatments during the March 24, 2015, testing. Survivorship results of the bioaccumulation tests using *N. virens* are summarized in Tables 19 and 20 for the initial and supplement tests, respectively. The possible reasons for the below-optimal levels of survival in the *N. virens* test population during the initial test are discussed in Appendix G.

#### March 24, 2015, Test

Mean survival in the control and reference treatments were 53% and 41%, respectively (Table 19). Based on the low survival observed in the *N. virens* test, a review of the test conditions was performed and summarized in a memorandum submitted by ENVIRON to ANAMAR on April 29, 2015. The review resulted in the decision to conduct a supplemental *N. virens* bioaccumulation test on all project sediments with a new batch of test organisms. Mean survivorship results are summarized in Exhibit 3-16. Complete results are provided in



Subsection 3.3.1 of the toxicology laboratory report by ENVIRON (2015) (Appendix G). The results of the supplemental test conducted on May 10, 2015, are summarized in Table 20 and the subsection below.

Deviations from targeted water quality parameters for temperature were noted during both bioaccumulation tests and appropriate actions were taken to remedy issues. While some measurements were outside the laboratory targets, there were no deviations outside the tolerance range for *N. virens*. Water quality measurements and test conditions are provided in Subsection 3.3.1 of the laboratory toxicology report by ENVIRON (2015) (Appendix G).

The $LC_{50}$ for the *N. virens* reference-toxicant test using sodium dodecyl sulfate was 37.8 mg/L and was within two standard deviations of the laboratory mean of 42.3 mg/L (21.0 to 63.7 mg/L) at the time of testing. The result of the reference-toxicant test indicates that the test population of *N. virens* was similar in sensitivity to those previously tested at the ENVIRON laboratory (ENVIRON 2015).

## May 10, 2015, Supplemental Test

As previously stated, the test with *N. virens* was conducted a second time on May 10, 2015. Mean survival in the control was 96% and met the conditions for an acceptable test. Mean percent survival was greater than 90% for the reference treatment and all test composites (ENVIRON 2015). Mean survivorship results are summarized in Exhibit 3-16 and in Table 20. Complete results are provided in Subsection 3.3.2 of the laboratory toxicology laboratory report by ENVIRON (2015) (Appendix G).

Deviations from targeted water quality parameters for temperature were noted during the bioaccumulation test and appropriate actions were taken to remedy the issues. While some measurements were outside the target ranges, there were not deviations outside the tolerance range for *N. virens*. Water quality measurements and test conditions are provided in Subsection 3.3.2 of the laboratory toxicology report by ENVIRON (2015) (Appendix G).

The $LC_{50}$ for the *N. virens* reference-toxicant test using sodium dodecyl sulfate was 27.9 mg/L and was within two standard deviations of the laboratory mean of 42.0 mg/L (21.3-62.8 mg/L) at the time of testing. The result of the reference-toxicant test indicates that the test population of *N. virens* was similar in sensitivity to those previously tested at the ENVIRON laboratory (ENVIRON 2015).

**Exhibit 3-16. Summary of Survival Data for *Macoma nasuta* and *Neanthes virens***

| Sample ID | *M. nasuta* | | *N. virens* (March 24, 2015) | | *N. virens* (May 10, 2015) | |
|---|---|---|---|---|---|---|
| | Mean Survival (%) | St. Dev. | Mean Survival (%) | St. Dev. | Mean Survival (%) | St. Dev. |
| **Control** | 96.7 | 3.3 | 53.0 | 5.7 | 96.0 | 5.5 |
| **SJH15-REF (reference)** | 97.3 | 2.8 | 41.0 | 12.9 | 90.0 | 18.5 |
| **SJH15-A-COMP** | 96.7 | 2.7 | 53.0 | 14.4 | 99.0 | 2.2 |
| **SJH15-B-COMP** | 96.0 | 4.3 | 63.6 | 17.5 | 97.0 | 4.5 |

Source: Tables 27 and 32 of ENVIRON (2015)
See Tables 18 through 20 for complete results.

### 3.7.3 Tissue Chemistry (Tables 21 through 30)

Tissues were analyzed for metals, chlorinated pesticides, PAHs, and PCB congeners for composites SJH15-A-COMP and SJH15-B-COMP and the reference. Wet weight tissue chemistry results for *M. nasuta* and *N. virens* are presented in Tables 21 through 30 where they are compared to that of the reference (SJH15-REF) and to FDA levels, as applicable. The tissue chemistry laboratory report is in Appendix D-3. Complete results of statistical analyses and transformations are provided in Appendix F.

#### Lipids and Total Solids in Tissues

Total solids in *M. nasuta* and *N. virens* were analyzed for the project composites, reference, and pre-exposure tissues. Lipids were analyzed for pre-exposure tissues only.

##### *Macoma nasuta*

Analytical results for total solids and lipids in *M. nasuta* tissue are presented in Table 21. Total solids ranged from 15.6% to 18.2% in project, reference, and pre-exposure tissue. Lipids ranged from 0.52% to 0.64% in pre-exposure tissue.

##### *Neanthes virens*

Analytical results for total solids and lipids in *N. virens* tissue are presented in Table 22. Total solids ranged from 15.7% to 19.6% in project, reference, and pre-exposure tissue. Lipids ranged from 1.0 % to 1.3% in pre-exposure tissue.

#### Metals in Tissues (Tables 23 and 24)

Based on sediment chemistry results, nine metals were analyzed in *M. nasuta* and *N. virens* tissues for the project composites, reference, and pre-exposure tissues.

##### *Macoma nasuta*

Analytical results for wet weight metals in *M. nasuta* tissues are presented in Table 23. All nine metals tested were detected in concentrations greater than the MRL in all samples. No sample mean result exceeded the FDA action level for bivalves for any metal tested. Composite SJH15-A-COMP had mean concentrations of lead and mercury that statistically significantly



exceeded that of the reference tissue. Composite SJH15-B-COMP had a mean concentration of lead that statistically significantly exceeded that of the reference tissue. Mean concentrations of metals in *M. nasuta* tissue are summarized and compared to the reference and FDA levels in Exhibit 3-12.

**Exhibit 3-17. Summary of Mean Wet Weight Metal Results for *Macoma nasuta* Tissue**

| Analyte | Mean Concentration (mg/kg) | | | | FDA Action Level: Bivalves (mg/kg) |
|---|---|---|---|---|---|
| | SJH15-A-COMP | SJH15-B-COMP | SJH15-REF (reference) | Pre-exposure | |
| **Arsenic** | 4.615 | 4.406 | 4.648 | 4.433 | 86 |
| **Cadmium** | 0.044 | 0.041 | 0.0400 | 0.049 | 4 |
| **Chromium** | 0.935 | 0.831 | 1.540 | 0.552 | 13 |
| **Copper** | 3.237 | 3.158 | 4.056 | 3.157 | x |
| **Lead** | **0.401** | **0.329** | 0.242 | 0.118 | 1.7 |
| **Mercury** | **0.022** | 0.017 | 0.0186 | 0.0138 | 1 |
| **Nickel** | 0.735 | 0.681 | 0.991 | 0.671 | 80 |
| **Silver** | 0.039 | 0.034 | 0.034 | 0.029 | x |
| **Zinc** | 19.3 | 20.7 | 19.3 | 18.8 | x |

**Results in bold** are statistically significantly greater than that of the reference tissue.
x =No FDA action level available for the given analyte (FDA 2001, 2011).
See Table 23 for complete results.

## *Neanthes virens*

Analytical results for wet weight metals in *N. virens* tissue are presented in Table 24. All metals tested were detected in concentrations greater than the MRL in all samples. No sample mean concentration exceeded the FDA action level for crustacea for any metal tested. Composite SJH15-A-COMP had mean concentrations of lead, mercury, and silver that statistically significantly exceeded that of the reference tissue. Composite SJH15-B-COMP had mean concentrations of lead and silver that statistically significantly exceeded that of the reference tissue. The mean concentrations of silver in both project composites were at least twice that of the reference tissue. Mean concentrations of metals in *N. virens* tissue are summarized and compared to the reference and FDA levels in Exhibit 3-13.



**Exhibit 3-18. Summary of Mean Wet Weight Metal Results for *Neanthes virens* Tissue**

| Analyte | Mean Concentration (mg/kg) | | | | FDA Action Level: Crustacea (mg/kg) |
|---|---|---|---|---|---|
| | SJH15-A-COMP | SJH15-B-COMP | SJH15-REF (reference) | Pre-exposure | |
| **Arsenic** | 2.622 | 2.402 | 2.766 | 2.520 | 86 |
| **Cadmium** | 0.0423 | 0.0428 | 0.042 | 0.027 | 4 |
| **Chromium** | 0.088 | 0.085 | 0.093 | 0.210 | 13 |
| **Copper** | 2.868 | 2.482 | 3.145 | 5.540 | x |
| **Lead** | **0.0890** | **0.0815** | 0.0685 | 0.141 | 1.7 |
| **Mercury** | **0.0374** | 0.0355 | 0.0349 | 0.0187 | 1 |
| **Nickel** | 0.121 | 0.125 | 0.124 | 0.215 | 80 |
| **Silver** | **<u>0.0137</u>** | **<u>0.0198</u>** | 0.0061 | 0.0200 | x |
| **Zinc** | 20.5 | 21.9 | 25.7 | 11.7 | x |

**Results in bold** are statistically significantly greater than that of the reference tissue.

**Results underlined and in bold** are at least twice the concentration of, and statistically significantly exceed, that of the reference tissue. See Subsection 2.3.3 of the RGM (USEPA and USACE 1992) for more information.

x =No FDA action level available for the given analyte (FDA 2001, 2011).

See Table 24 for complete results.

## Pesticides in Tissues (Tables 25 and 26)

Based on sediment chemistry results, 15 pesticides were analyzed in *M. nasuta* and *N. virens* for the project composites, reference, and pre-exposure tissues.

### *Macoma nasuta*

Analytical results for wet weight pesticides in *M. nasuta* tissue are presented in Table 25. No sample result exceeded any applicable FDA action level. All samples had pesticide concentrations below the respective MRL (J-qualified), and most results were also below the respective MDL (U-qualified), with one exception. Composite SJH15-A-COMP had concentrations of *p,p'* 4,4′-DDE above the MRL in two of the five replicates (the remaining replicates were J-qualified). Composite SJH15-A-COMP had mean concentrations of *p,p'* 4,4'-DDE and endosulfan I that statistically significantly exceeded that of the reference tissue. Composite SJH15-B-COMP had mean concentrations of trans-nonachlor; *o,p'* 2,4'-DDD; *p,p'* 4,4'-DDE; *o,p'* 2,4'-DDT; and endosulfan I and II that statistically significantly exceeded that of the reference tissue. The mean concentrations of *p,p'* 4,4'-DDE in SJH15-A-COMP and o,p' 2,4'-DDT and endosulfan II in SJH15-B-COMP were at least twice that of the reference tissue. However, the statistical differences were due to differing MDL values as these results were below the respective MDL values (U-qualified) except in the case of *p,p'* 4,4'-DDE in SJH15-A-COMP tissue. Exhibit 3-14 provides a summary of mean wet weight pesticides concentrations for project composites compared to that of reference tissue and FDA levels.



**Exhibit 3-19. Summary of Mean Wet Weight Pesticides Results for *Macoma nasuta* Tissue**

| Analyte | Mean Concentration (µg/kg) | | | | Concentration (µg/kg) | | |
|---|---|---|---|---|---|---|---|
| | SJH15-A-COMP | SJH15-B-COMP | SJH15-REF (reference) | Pre-exposure | MDL* | MRL* | FDA Action Level: Bivalves |
| **Aldrin** | 0.74 | 0.74 | 0.74 | 0.74 | 0.74 | 1.0 | 300 |
| ***α* (cis)-Chlordane** | 0.31 | 0.34 | 0.25 | 0.25 | 0.25 | 1.0 | 300 |
| **Trans-Nonachlor** | 0.27 | **0.40** | 0.27 | 0.27 | 0.27 | 1.0 | 300 |
| ***o,p'* 2,4'-DDD** | 0.73 | **0.82** | 0.73 | 0.73 | 0.73 | 1.0 | x |
| ***p,p'* 4,4'-DDD** | 0.55 | 0.55 | 0.55 | 0.55 | 0.55 | 1.0 | x |
| ***o,p'* 2,4'-DDE** | 0.37 | 0.37 | 0.37 | 0.37 | 0.37 | 1.0 | x |
| ***p,p'* 4,4'-DDE** | <u>**0.94**</u> | **0.69** | 0.46 | 0.45 | 0.45 | 1.0 | 5000 |
| ***o,p'* 2,4'-DDT** | 0.24 | <u>**0.83**</u> | 0.22 | 0.20 | 0.16 | 1.0 | x |
| ***p,p'* 4,4'-DDT** | 0.51 | 1.2 | 0.49 | 0.49 | 0.49 | 1.0 | 5000 |
| **Dieldrin** | 0.20 | 0.23 | 0.20 | 0.20 | 0.20 | 1.0 | 300 |
| **Endosulfan I** | **0.29** | **0.40** | 0.22 | 0.22 | 0.22 | 1.0 | x |
| **Endosulfan II** | 0.24 | <u>**0.54**</u> | 0.24 | 0.24 | 0.24 | 1.0 | x |
| **Endosulfan Sulfate** | 0.53 | 0.53 | 0.53 | 0.53 | 0.53 | 1.0 | x |
| **Heptachlor** | 0.27 | 0.27 | 0.27 | 0.27 | 0.27 | 1.0 | 300 |
| **Heptachlor Epoxide** | 0.22 | 0.30 | 0.53 | 0.23 | 0.18 | 1.0 | 300 |

**Results in bold** are statistically significantly greater than that of the reference tissue.

<u>**Results underlined and in bold**</u> are at least twice the concentration of, and statistically significantly exceed, that of the reference tissue. See Subsection 2.3.3 of the RGM (USEPA and USACE 1992) for more information.

* Lowest MDL and MRL values are provided per analyte.

x = No FDA action level available for the given analyte (FDA 2001, 2011).

Mean results are calculated from the MDL for U-qualified replicate results.

See Table 25 for complete results.

## *Neanthes virens*

Analytical results for wet weight pesticides in *N. virens* tissue are presented in Table 26. No sample result exceeded any applicable FDA action level. All samples had concentrations of pesticides below the respective MRL (J-qualified), and most results were also below the respective MDL (U-qualified). Composite SJH15-A-COMP had a mean concentration of *p,p'* 4,4'-DDT that statistically significantly exceeded that of the reference tissue. Composite SJH15-B-COMP had mean concentrations of *p,p'* 4,4'-DDT and dieldrin that statistically significantly exceeded that of the reference tissue. The mean concentration of *p,p'* 4,4'-DDT in SJH15-B-COMP not only statistically significantly exceeded the reference, but was at least twice that of the reference tissue. However, the statistical differences were due to differing MDL values as these results were below the respective MDL values (U-qualified) in every case.

Exhibit 3-15 provides a summary of mean wet weight pesticides concentrations for project composites compared to those of reference tissue and FDA levels.

**Exhibit 3-20. Summary of Mean Wet Weight Pesticides Results for *Neanthes virens* Tissue**

| Analyte | Mean Concentration (µg/kg) | | | | Concentration (µg/kg) | | |
|---|---|---|---|---|---|---|---|
| | SJH15-A-COMP | SJH15-B-COMP | SJH15-REF (reference) | Pre-exposure | MDL* | MRL* | FDA Action Level: Crustacea |
| **Aldrin** | 0.80 | 0.74 | 0.75 | 0.74 | 0.74 | 1.0 | 300 |
| ***α* (cis)-Chlordane** | 0.27 | 0.25 | 0.26 | 0.25 | 0.25 | 1.0 | 300 |
| **Trans-Nonachlor** | 0.29 | 0.27 | 0.28 | 0.27 | 0.27 | 1.0 | 300 |
| ***o,p'* 2,4'-DDD** | 1.1 | 0.73 | 1.0 | 1.1 | 0.73 | 1.0 | x |
| ***p,p'* 4,4'-DDD** | 0.60 | 0.55 | 0.56 | 0.55 | 0.55 | 1.0 | x |
| ***o,p'* 2,4'-DDE** | 0.41 | 0.37 | 0.38 | 0.40 | 0.37 | 1.0 | x |
| ***p,p'* 4,4'-DDE** | 0.49 | 0.45 | 0.46 | 0.45 | 0.45 | 1.0 | 5000 |
| ***o,p'* 2,4'-DDT** | 0.18 | 0.39 | 0.24 | 0.66 | 0.16 | 1.0 | x |
| ***p,p'* 4,4'-DDT** | **0.67** | **<u>1.2</u>** | 0.51 | 0.49 | 0.49 | 1.0 | 5000 |
| **Dieldrin** | 0.22 | **0.27** | 0.20 | 0.23 | 0.20 | 1.0 | 300 |
| **Endosulfan I** | 0.24 | 0.22 | 0.34 | 0.28 | 0.22 | 1.0 | x |
| **Endosulfan II** | 0.26 | 0.26 | 0.25 | 0.24 | 0.24 | 1.0 | x |
| **Endosulfan Sulfate** | 0.58 | 0.53 | 0.54 | 0.53 | 0.53 | 1.0 | x |
| **Heptachlor** | 0.29 | 0.27 | 0.28 | 0.27 | 0.27 | 1.0 | 300 |
| **Heptachlor Epoxide** | 0.46 | 0.29 | 0.62 | 1.0 | 0.27 | 1.0 | 300 |

**Results in bold** are statistically significantly greater than that of the reference tissue.
**<u>Results underlined and in bold</u>** are at least twice the concentration of, and statistically significantly exceed, that of the reference tissue. See Subsection 2.3.3 of the RGM (USEPA and USACE 1992) for more information.
* Lowest MDL and MRL values are provided per analyte.
x = No FDA action level available for the given analyte (FDA 2001, 2011).
Mean results are calculated from the MDL for U-qualified replicate results.
See Table 26 for complete results.

## PAHs in Tissues (Tables 27 and 28)

Based on sediment chemistry results, 16 PAHs were analyzed in *M. nasuta* and *N. virens* for the project composites, the reference, and the pre-exposure tissues.

### *Macoma nasuta*

Analytical results for wet weight PAHs in *M. nasuta* tissues are presented in Table 27. Most samples had PAH concentrations below the respective MRL (J-qualified), with some exceptions. Project composite SJH15-A-COMP had concentrations of benzo(*b*)fluoranthene above the MRL of 5.0 µg/kg in four of the five replicates. Project composite SJH15-B-COMP had concentrations



of five PAH analytes above the MRL of 5.0 µg/kg in at least one replicate each. Composite SJH15-A-COMP had mean concentrations of four PAHs that statistically significantly exceeded that of the reference tissue. Composite SJH15-B-COMP had mean concentrations of 12 PAHs that statistically significantly exceeded that of the reference tissue. The mean concentrations of three PAHs in SJH15-A-COMP and 10 PAHs in SJH15-B-COMP were at least twice that of the reference tissue. There are no applicable FDA action levels for the PAHs tested. Exhibit 3-21 compares mean concentrations of PAHs in *M. nasuta* tissue in project composites to that of the reference tissue.

**Exhibit 3-21. Summary of Mean Wet Weight PAHs Results for *Macoma nasuta* Tissue**

| | Mean Concentration (µg/kg) | | | | Concentration (µg/kg) | |
|---|---|---|---|---|---|---|
| **Analyte** | **SJH15-A-COMP** | **SJH15-B-COMP** | **SJH15-REF (reference)** | **Pre-exposure** | **MDL*** | **MRL** |
| **Acenaphthene** | 0.47 | <u>**3.7**</u> | 0.52 | 0.47 | 0.47 | 5.0 |
| **Acenaphthylene** | 0.46 | 0.59 | 0.47 | 0.46 | 0.46 | 5.0 |
| **Anthracene** | 0.40 | <u>**4.1**</u> | 0.48 | 0.49 | 0.38 | 5.0 |
| **Benzo(*a*)anthracene** | 2.1 | <u>**9.2**</u> | 1.5 | 1.2 | 0.38 | 5.0 |
| **Benzo(*a*)pyrene** | <u>**3.5**</u> | <u>**5.9**</u> | 1.7 | 0.73 | 0.73 | 5.0 |
| **Benzo(*b*)fluoranthene** | <u>**5.9**</u> | <u>**10**</u> | 1.5 | 0.84 | 0.66 | 5.0 |
| **Benzo(*g,h,i*)perylene** | 1.5 | **2.2** | 1.1 | 0.95 | 0.95 | 5.0 |
| **Benzo(*k*)fluoranthene** | <u>**2.7**</u> | <u>**4.9**</u> | 0.71 | 0.58 | 0.57 | 5.0 |
| **Chrysene** | **2.1** | <u>**8.0**</u> | 1.3 | 1.3 | 0.55 | 5.0 |
| **Dibenzo(*a,h*)anthracene** | 0.86 | 0.86 | 0.86 | 0.86 | 0.86 | 5.0 |
| **Fluoranthene** | 2.2 | <u>**22**</u> | 2.3 | 3.9 | 0.49 | 5.0 |
| **Fluorene** | 0.52 | <u>**3.9**</u> | 0.61 | 0.53 | 0.52 | 5.0 |
| **Indeno(1,2,3-*cd*)pyrene** | 1.3 | 1.6 | 1.1 | 0.96 | 0.96 | 5.0 |
| **Naphthalene** | 1.5 | 1.5 | 1.5 | 1.5 | 1.5 | 5.0 |
| **Phenanthrene** | 1.5 | **2.6** | 1.7 | 1.8 | 0.66 | 5.0 |
| **Pyrene** | 2.5 | <u>**22**</u> | 1.7 | 2.7 | 0.50 | 5.0 |

**Results in bold** are statistically significantly greater than that of the reference tissue.

<u>**Results underlined and in bold**</u> are at least twice the concentration of, and statistically significantly exceed, that of the reference tissue. See Subsection 2.3.3 of the RGM (USEPA and USACE 1992) for more information.

* Lowest MDL values are provided per analyte.

Mean results are calculated from the MDL for U-qualified replicate results.

See Table 27 for complete results.



## *Neanthes virens*

Analytical results for wet weight PAHs in *N. virens* tissue are presented in Table 28. Most samples had concentrations of PAHs below the respective MRL (J-qualified), with two exceptions. Project composite SJH15-B-COMP had results for fluoranthene and pyrene above the MRL of 5.0 µg/kg in one replicate each. Composite SJH15-B-COMP had mean concentrations of five PAHs that statistically significantly exceeded that of the reference tissue. The mean concentrations of chrysene, fluoranthene, and pyrene in SJH15-B-COMP not only statistically exceeded the reference but were at least twice that of the reference tissue. There are no applicable FDA action levels for the PAHs tested. Exhibit 3-17 compares mean concentrations of PAHs in *N. virens* tissue in project composites to that of the reference tissue.

**Exhibit 3-22. Summary of Mean Wet Weight PAHs Results for *Neanthes virens* Tissue**

| Analyte | Mean Concentration (µg/kg) | | | | Concentration (µg/kg) | |
|---|---|---|---|---|---|---|
| | SJH15-A-COMP | SJH15-B-COMP | SJH15-REF (reference) | Pre-exposure | MDL* | MRL |
| **Acenaphthene** | 1.8 | **3.8** | 2.2 | 1.4 | 0.47 | 5.0 |
| **Acenaphthylene** | 0.46 | 0.46 | 0.46 | 0.46 | 0.46 | 5.0 |
| **Anthracene** | 0.38 | 0.38 | 0.38 | 0.38 | 0.38 | 5.0 |
| **Benzo(*a*)anthracene** | 0.52 | 0.84 | 0.61 | 0.38 | 0.38 | 5.0 |
| **Benzo(*a*)pyrene** | 0.73 | 0.78 | 0.73 | 0.73 | 0.73 | 5.0 |
| **Benzo(*b*)fluoranthene** | 0.66 | 0.77 | 0.66 | 0.86 | 0.66 | 5.0 |
| **Benzo(*g,h,i*)perylene** | 0.95 | 0.95 | 0.95 | 0.95 | 0.95 | 5.0 |
| **Benzo(*k*)fluoranthene** | 0.57 | 0.59 | 0.57 | 0.57 | 0.57 | 5.0 |
| **Chrysene** | 0.55 | **1.6** | 0.55 | 2.9 | 0.55 | 5.0 |
| **Dibenzo(*a,h*)anthracene** | 0.86 | 0.86 | 0.86 | 0.86 | 0.86 | 5.0 |
| **Fluoranthene** | 0.50 | **4.6** | 0.56 | 6.4 | 0.49 | 5.0 |
| **Fluorene** | 0.70 | **1.1** | 0.72 | 0.76 | 0.52 | 5.0 |
| **Indeno(1,2,3-*cd*)pyrene** | 0.96 | 0.96 | 0.96 | 0.96 | 0.96 | 5.0 |
| **Naphthalene** | 1.5 | 1.5 | 1.5 | 1.5 | 1.5 | 5.0 |
| **Phenanthrene** | 1.0 | 1.2 | 0.83 | 1.9 | 0.66 | 5.0 |
| **Pyrene** | 0.50 | **4.5** | 0.50 | 6.5 | 0.50 | 5.0 |

**Results in bold** are statistically significantly greater than that of the reference tissue.

**Results underlined and in bold** are at least twice the concentration of, and statistically significantly exceed, that of the reference tissue. See Subsection 2.3.3 of the RGM (USEPA and USACE 1992) for more information.

* Lowest MDL values are provided per analyte.

Mean results are calculated from the MDL for U-qualified replicate results.

See Table 28 for complete analytical results for PAHs in *N. virens* tissue.



## PCBs in Tissues (Tables 29 and 30)

Based on sediment chemistry results, 23 PCB congeners were analyzed in *M. nasuta* and *N. virens* for the project composites, the reference, and pre-exposure tissues.

### *Macoma nasuta*

Analytical results for wet weight PCBs in *M. nasuta* tissue are presented in Table 29. No sample exceeded the FDA tolerance level for total PCBs. Ten of the 23 PCB congeners tested were detected in concentrations above the MRL in at least one replicate each. Project composite SJH15-A-COMP had concentrations of seven PCB congeners above the respective MRL for at least one replicate each. Composite SJH15-B-COMP had concentrations of 10 PCB congeners above the respective MRL for at least one replicate each. Composite SJH15-A-COMP had mean concentrations of total PCBs and 10 PCB congeners that statistically significantly exceeded that of the reference tissue. Composite SJH15-B-COMP had mean concentrations of total PCBs and 17 PCB congeners that statistically significantly exceeded that of the reference tissue. The mean concentrations of six PCB congeners in SHJ15-A-COMP, and total PCBs and 13 PCB congeners in SJH15-B-COMP, not only statistically exceeded the reference but were at least twice that of the reference tissue. The statistical differences for three PCB congeners in SHJ15-A-COMP and six PCB congeners in SJH15-B-COMP were due to differing MDL values as these results were below the respective MRL (U-qualified). Exhibit 3-18 provides a summary of mean wet weight PCB concentrations in *M. nasuta* tissue for project composites compared to that of the reference and the FDA level.



Case 1:22-cv-02430-CJN Document 30-5 Filed 05/05/23 Page 156 of 263

**Exhibit 3-23. Summary of Mean Wet Weight PCB Results for *Macoma nasuta* Tissue**

| Analyte | Mean Concentration (µg/kg) | | | | Concentration (µg/kg) | | |
|---|---|---|---|---|---|---|---|
| | SJH15-A-COMP | SJH15-B-COMP | SJH15-REF (reference) | Pre-exposure | MDL* | MRL* | FDA Tolerance Level: Bivalves (µg/kg) |
| **PCB 8** | 0.10 | 0.10 | 0.10 | 0.10 | 0.10 | 0.25 | x |
| **PCB 18** | 0.10 | **0.17** | 0.098 | 0.098 | 0.098 | 0.25 | x |
| **PCB 28** | 0.13 | <u>**0.28**</u> | 0.13 | 0.13 | 0.13 | 0.25 | x |
| **PCB 44** | 0.35 | 0.35 | 0.35 | 0.35 | 0.35 | 0.35 | x |
| **PCB 49** | <u>**0.64**</u> | <u>**1.4**</u> | 0.11 | 0.11 | 0.11 | 0.25 | x |
| **PCB 52** | **0.57** | <u>**1.4**</u> | 0.39 | 0.39 | 0.39 | 0.39 | x |
| **PCB 66** | 0.59 | 0.59 | 0.59 | 0.59 | 0.59 | 0.59 | x |
| **PCB 77** | 0.29 | <u>**1.2**</u> | 0.12 | 0.12 | 0.12 | 0.25 | x |
| **PCB 87** | **0.26** | <u>**0.33**</u> | 0.16 | 0.16 | 0.16 | 0.25 | x |
| **PCB 101** | <u>**1.1**</u> | <u>**2.1**</u> | 0.39 | 0.39 | 0.39 | 0.39 | x |
| **PCB 105** | 0.10 | **0.14** | 0.10 | 0.10 | 0.10 | 0.25 | x |
| **PCB 118** | <u>**0.25**</u> | <u>**0.56**</u> | 0.11 | 0.11 | 0.11 | 0.25 | x |
| **PCB 128** | **0.24** | **0.24** | 0.18 | 0.16 | 0.16 | 0.25 | x |
| **PCB 138** | <u>**0.68**</u> | <u>**2.1**</u> | 0.091 | 0.091 | 0.091 | 0.25 | x |
| **PCB 153** | <u>**1.4**</u> | <u>**2.9**</u> | 0.14 | 0.13 | 0.13 | 0.25 | x |
| **PCB 170** | 0.49 | **0.75** | 0.48 | 0.38 | 0.38 | 0.38 | x |
| **PCB 180** | 0.35 | <u>**1.0**</u> | 0.37 | 0.34 | 0.34 | 0.34 | x |
| **PCB 183** | 0.16 | <u>**0.37**</u> | 0.15 | 0.15 | 0.15 | 0.25 | x |
| **PCB 184** | **0.21** | <u>**0.49**</u> | 0.13 | 0.13 | 0.13 | 0.25 | x |
| **PCB 187** | <u>**0.32**</u> | <u>**0.87**</u> | 0.083 | 0.083 | 0.083 | 0.25 | x |
| **PCB 195** | 0.33 | 0.33 | 0.33 | 0.33 | 0.33 | 0.33 | x |
| **PCB 206** | 0.20 | 0.20 | 0.20 | 0.20 | 0.20 | 0.25 | x |
| **PCB 209** | 0.15 | 0.15 | 0.26 | 0.15 | 0.15 | 0.15 | x |
| **Total EPA Region 2 PCBs** | **9.0** | <u>**18**</u> | 5.1 | 4.8 | -- | -- | 2000 |

**Results in bold** are statistically significantly greater than that of the reference tissue.

<u>**Results underlined and in bold**</u> are at least twice the concentration of, and statistically significantly exceed, that of the reference tissue. See Subsection 2.3.3 of the RGM (USEPA and USACE 1992) for more information.

* Lowest MDL and MRL values are provided per analyte. There are no MDL or MRL values for total PCBs.

x = No FDA tolerance level available for the given analyte (FDA 2001, 2011).

Mean results are calculated from the MDL for U-qualified replicate results.

See Table 29 for complete results.



***Neanthes virens***

Analytical results for wet weight PCBs in *N. virens* tissue are presented in Table 30. No sample exceeded the FDA tolerance level for total PCBs. Eight of the 23 PCB congeners tested were detected in concentrations above the MRL in at least one replicate. Project composite SJH15-A-COMP had concentrations of four PCB congeners above the respective MRL. Composite SJH15-B-COMP had concentrations of eight PCB congeners above the respective MRL for at least one replicate each. Composite SJH15-A-COMP had mean concentrations of three PCB congeners that statistically significantly exceeded that of the reference tissue. Composite SJH15-B-COMP had mean concentrations of total PCBs and 15 PCB congeners that statistically significantly exceeded that of the reference tissue. The mean concentrations of nine PCB congeners in SHJ15-B-COMP not only statistically significantly exceeded the reference but were at least twice that of the reference tissue. However, the statistical differences for six PCB congeners in SJH15-A-COMP tissue were due to differing MDL values as these results were below the respective MDL values (U-qualified). Exhibit 3-19 provides a summary of mean wet weight PCB concentrations in *N. virens* tissue for project composites compared to that of the reference and the FDA level.

**Exhibit 3-24. Summary of Mean Wet Weight PCB Results for *Neanthes virens* Tissue**

| Analyte | Mean Concentration (µg/kg) | | | | Concentration (µg/kg) | | |
|---|---|---|---|---|---|---|---|
| | SJH15-A-COMP | SJH15-B-COMP | SJH15-REF (reference) | Pre-exposure | MDL* | MRL* | FDA Tolerance Level: Bivalves (µg/kg) |
| **PCB 8** | 0.10 | 0.10 | 0.10 | 0.10 | 0.10 | 0.25 | x |
| **PCB 18** | 0.11 | **0.31** | 0.098 | 0.098 | 0.098 | 0.25 | x |
| **PCB 28** | 0.15 | 0.18 | 0.13 | 0.13 | 0.13 | 0.25 | x |
| **PCB 44** | 0.35 | 0.35 | 0.35 | 0.35 | 0.35 | 0.35 | x |
| **PCB 49** | **0.21** | **0.84** | 0.11 | 0.11 | 0.11 | 0.25 | x |
| **PCB 52** | **0.51** | **1.4** | 0.39 | 0.39 | 0.39 | 0.39 | x |
| **PCB 66** | 0.59 | 0.59 | 0.59 | 0.59 | 0.59 | 0.59 | x |
| **PCB 77** | 0.28 | **0.71** | 0.15 | 0.12 | 0.12 | 0.25 | x |
| **PCB 87** | 0.16 | 0.16 | 0.16 | 0.16 | 0.16 | 0.25 | x |
| **PCB 101** | **0.50** | **1.2** | 0.39 | 0.40 | 0.39 | 0.39 | x |
| **PCB 105** | 0.10 | 0.14 | 0.11 | 0.10 | 0.10 | 0.25 | x |
| **PCB 118** | 0.15 | **0.31** | 0.12 | 0.18 | 0.11 | 0.25 | x |
| **PCB 128** | 0.26 | **0.34** | 0.28 | 0.26 | 0.16 | 0.25 | x |
| **PCB 138** | 0.99 | **1.7** | 0.84 | 0.68 | 0.091 | 0.25 | x |
| **PCB 153** | 1.6 | **2.7** | 1.2 | 1.1 | 0.13 | 0.25 | x |
| **PCB 170** | 0.44 | **0.66** | 0.46 | 0.42 | 0.38 | 0.38 | x |
| **PCB 180** | 1.1 | **2.0** | 0.79 | 0.82 | 0.47 | 0.34 | x |
| **PCB 183** | 0.22 | **0.35** | 0.26 | 0.15 | 0.15 | 0.25 | x |
| **PCB 184** | 0.35 | **0.55** | 0.29 | 0.30 | 0.19 | 0.25 | x |
| **PCB 187** | 0.61 | **0.85** | 0.58 | 0.72 | 0.083 | 0.25 | x |
| **PCB 195** | 0.39 | 0.47 | 0.46 | 0.36 | 0.33 | 0.33 | x |
| **PCB 206** | 0.20 | 0.20 | 0.20 | 0.20 | 0.20 | 0.25 | x |
| **PCB 209** | 0.29 | **0.73** | 0.42 | 0.15 | 0.15 | 0.15 | x |
| **Total EPA Region 2 PCBs** | 10 | **17** | 8.5 | 7.9 | -- | -- | 2000 |

**Results in bold** are statistically significantly greater than that of the reference tissue.

**Results underlined and in bold** are at least twice the concentration of, and statistically significantly exceed, that of the reference tissue. See Subsection 2.3.3 of the RGM (USEPA and USACE 1992) for more information.

* Lowest MDL and MRL values are provided per analyte. There are no MDL or MRL values for total PCBs.

x = No FDA tolerance level available for the given analyte (FDA 2001, 2011).

Mean results are calculated from the MDL for U-qualified replicate results.

See Table 30 for complete results.



# 4 QUALITY ASSURANCE/QUALITY CONTROL

## 4.1 Field Sampling

Field sampling took place February 24 through March 1, 2015. Sample compositing took place February 25, 28, and March 1. At Station SJH15-A4, the sediment elevation was below project depth at the sample coordinates. The field crew surveyed the surrounding area using the boat fathometer to find the shallowest location in the area. The shallowest location in the area was found approximately 70 feet from the target location. The software program Hypack was used to confirm that location was within the dredging unit. The sample was collected from that location without incident. At station SH15-B6 refusal was encountered before reaching project depth. The material causing refusal consisted of consolidated clay. The station was relocated in the field approximately 13 feet south of the original coordinates, to an area with slightly more shoaling. The core barrel again encountered refusal due to consolidated clay; however, there was enough material above the refusal elevation to provide an acceptable sample volume. All other sampling and compositing conformed to methods outlined in the QAPP.

## 4.2 Sample Receipt

### 4.2.1 AMEC

Sediment samples were received at Terracon on March 4, 2015, in good condition and consistent with the chain-of-custody form.

### 4.2.2 ALS Environmental

Sediment and site water samples were received at ALS Environmental on February 28 and March 3, 2015, in good condition and consistent with the accompanying chain-of-custody form. The samples were stored at 4°C, and an aliquot of the sediment was frozen at -20°C upon receipt at the laboratory.

Tissue samples were received at ALS Environmental from ENVIRON on April 24, and June 10, 2015, in good condition and consistent with the chain-of-custody form. The samples were stored in a freezer at -20°C upon receipt at the laboratory.

All analyses were performed consistent with ALS Environmental's QA program. This report contains analytical results for samples designated for Tier IV validation, including summary forms and all associated raw data for each analysis. When appropriate to the method, method blank results have been reported for each analytical test.

### 4.2.3 ENVIRON

All sediment and site water samples were received at ENVIRON on February 27 and March 3, 2015. Custody seals on the containers were received intact. Temperatures of the samples were within the recommended temperature range of 0° to 6°C upon receipt. Site water and sediment samples were stored in a walk-in cold room at 4° ± 2°C in the dark. Test sediment was not sieved prior to testing. All initial tests were conducted within the eight-week (56 days) sediment holding time.



## 4.3 Physical Analysis

All physical analyses were performed by Terracon, and the results met the quality control criteria specified in the QAPP.

## 4.4 Sediment Chemistry

### 4.4.1 General Chemistry

No anomalies associated with the analysis of these samples were observed.

### 4.4.2 Trace Metals

No anomalies associated with the analysis of these samples were observed.

### 4.4.3 Pesticides

#### 4.4.3.1 Matrix Interference

Organochlorine pesticides determined by EPA Method 8081B or equivalent procedures for the gas chromatography electron capture detector (GC/ECD) are subject to interference from PCBs. The interference stems from the inability of the GC/ECD to differentiate selected PCB congeners from certain pesticides. This method limitation can result in false positive detections and (or) high bias to pesticide values. The magnitude of the interference is directly proportional to the concentration of PCBs in the sample. In addition, the effect on selected pesticides is complicated by the type of PCB aroclors present in the sample. The presence of multiple aroclors can result in contribution to the apparent concentration of pesticides by PCB congeners common to two or more aroclors. The samples in this delivery group contained PCB aroclors at concentrations high enough to affect the pesticide results. Note that the results for the pesticides were reported as per the protocol defined in SW-846 regarding dual column confirmation. In some instances, certain PCB congeners were suspected of being detected on both columns simultaneously within the retention time window of the target pesticide. When the resulting chromatographic peaks met the criteria of a detection as defined in the method, the values were reported.

Results for *o,p′* (2,4′)-DDD, *o,p′* (2,4′)-DDT, and *p,p′* (4,4′)-DDT have contributions from confirmed PCB interferences on both columns within the established retention time window, resulting in reported values with a significant high bias.

#### 4.4.3.2 Matrix Spike Recovery

The matrix spike, duplicate matrix spike, and triplicate matrix spike (MS/MSD/MST) recoveries of several analytes for sample SJH15-B were outside control criteria. Recovery in the laboratory control sample (LCS) was acceptable, which indicated the analytical batch was in control. The MS outlier suggested a potential bias in this matrix. No further corrective action was appropriate.

The control criteria for the matrix spike recoveries of *o,p′* (2,4′)-DDD, *o,p′* (2,4′)-DDT, *p,p′* (4,4′)-DDT, and endosulfan sulfate for sample SJH15-B was not applicable. The chromatogram indicated non-target matrix background components contributed to the reported matrix spike concentrations. Thus, the reported recoveries contained a high bias. Based on the magnitude of background contribution, the interference appeared to be minimal.



#### 4.4.3.3 Elevated Detection Limits

The detection limit was elevated for several analytes in the samples. The chromatogram indicated the presence of non-target background components. The matrix interference prevented adequate resolution of the target compounds at the normal limit. The results were flagged to indicate the matrix interference. Sample SJH15-A required dilution due to the presence of elevated levels of target analyte. The reporting limits were adjusted to reflect the dilution.

#### 4.4.3.4 Calibration Verification

The analysis of pesticides by EPA 8081B requires the use of dual column confirmation. When the continuing calibration verification (CCV) criterion is met for both columns, the lower of the two sample results is generally reported. The primary evaluation criteria were not met on the confirmation column for *p,p′* (4,4′)-DDT in one CCV. The results were reported from the column with an acceptable CCV and the data quality was not affected.

No further corrective action was necessary.

#### 4.4.3.5 Sample Notes and Discussion

The advisory criteria were exceeded for multiple analytes in one standard reference material sample (SRM). The recovery information reported is for advisory purposes only, providing additional information about the performance of these compounds in this matrix. The associated QA/QC results (LCS, MS, method blanks (MB), and calibration standards) indicated the analysis was in control. No further corrective action was required.

No other anomalies associated with the analysis of these samples were observed.

### 4.4.4 PCB Congeners by EPA Method 8082

#### 4.4.4.1 Elevated Detection Limits

The detection limit was elevated for at least one analyte in most field samples. The chromatogram indicated the presence of non-target background components. The matrix interference prevented adequate resolution of the target compound at the normal limit. The result was flagged to indicate the matrix interference. Several samples required dilution due to the presence of elevated levels of target analyte. The reporting limits were adjusted to reflect the dilution.

#### 4.4.4.2 Matrix Spike Recovery

The matrix spike recovery of several analytes for sample SJH15-A was outside control criteria. Recovery in the LCS was acceptable, which indicated the analytical batch was in control. The matrix spike outlier suggested a potential bias in this matrix. No further corrective action was appropriate.

The control criteria for the MS recovery of PCB 66 for sample SJH15-A were not applicable. The chromatogram indicated non-target matrix background components contributed to the reported



matrix spike concentrations. Thus, the reported recoveries contained a high bias. Based on the magnitude of background contribution, the interference appeared to be minimal.

#### 4.4.4.3 Sample Notes and Discussion

The advisory criteria were exceeded for multiple analytes in the SRM. The recovery information reported is for advisory purposes only, providing additional information about the performance of these compounds in this matrix. The associated QA/QC results (LCS, MS, MB, calibration standards) indicated the analysis was in control. No further corrective action was required.

#### 4.4.4.4 Calibration Verification

The analysis of PCB congeners by EPA 8082A requires the use of dual column confirmation. When the CCV criterion is met for both columns, the lower of the two sample results is generally reported. The primary evaluation criteria were not met on the confirmation column for two analytes in one of the CCVs. The results were reported from the column with an acceptable CCV and the data quality was not affected. No further corrective action was necessary.

No other anomalies associated with the analysis of these samples were observed.

### 4.4.5 Polycyclic Aromatic Hydrocarbons by EPA Method 8270D SIM

#### 4.4.5.1 Elevated Detection Limits

The detection limits for sample SJH14-B were elevated due to less than optimal sample mass extracted for analysis. The sample contained low percent solids, which prevented extraction of the sample mass necessary to achieve target detection limits.

#### 4.4.5.2 Matrix Spike Recovery

The matrix spike recovery of several analytes for sample SJH15-A was outside control criteria. Recovery in the LCS was acceptable, which indicated the analytical batch was in control. The matrix spike outlier suggested a potential bias in this matrix. No further corrective action was appropriate.

#### 4.4.5.3 Sample Notes and Discussion

The advisory criterion was exceeded for fluorene, anthracene, benzo(*a*)anthracene, and benzo(*a*)pyrene in the SRM. The certified value range listed for the SRM are surrogate corrected concentrations, while the reported analytical results were not surrogate corrected. The recovery information reported for these analytes is for advisory purposes only, providing additional detail related to the performance of each individual compound. No further corrective action was required.

No other anomalies associated with the analysis of these samples were observed.



## 4.5 Site Water and Elutriate Chemistry

### 4.5.1 Total Metals

#### 4.5.1.1 Matrix Spike Recovery

The MS/MSD/MST recoveries of chromium for sample SJH15-A Elutriate were outside control criteria. The associated QA/QC results (i.e. MB, LCSW, and CCV) indicate the analysis was in control. No sample remains for re-extraction and analysis. The control criteria for MS/MSD/MST recoveries of lead for sample SJH15-C Elutriate were not applicable. The analyzed concentration in the sample was significantly higher than the added spike concentration, preventing accurate evaluation of the spike recovery.

#### 4.5.1.2 Relative Percent Difference

The relative percent difference (RPD) for the replicate spike analysis of chromium in sample SJH15-A Elutriate was outside the control limits. The data was flagged to indicate the RPD exceedance.

No other anomalies associated with the analysis of these samples were observed.

### 4.5.2 Organochlorine Pesticides by EPA Method 8081

#### 4.5.2.1 Calibration Verification

The analysis of pesticides by EPA 8081 requires the use of dual column confirmation. When the CCV criterion is met for both columns, the lower of the two sample results is generally reported. The primary evaluation criteria were not met on the confirmation column for *p,p′* (4,4′)-DDT in two CCVs. The results were reported from the column with an acceptable CCV. The data quality was not affected. No further corrective action was necessary.

The upper control criterion was exceeded for several analytes in several CCVs. The field samples analyzed in this sequence did not contain the analyte(s) in question. Since the apparent problem indicated a potential high bias, the data quality was not affected. No further corrective action was required.

#### 4.5.2.2 Matrix Spike Recovery

The matrix spike recovery of alpha-chlordane for sample SJH15-C Elutriate was outside lower client-specific RIM II control criteria. Recovery in the LCS was acceptable, which indicated the analytical batch was in control. The matrix spike outlier suggested a potential low bias in this matrix. No further corrective action was appropriate.

The upper control criterion was exceeded for the MS/MSD in SJH15-A Elutriate for *o,p′* (2,4′)-DDE. The analyte in question was not detected in the associated field samples. The error associated with elevated recovery indicated a high bias. The sample data was not significantly affected. No further corrective action was appropriate.

The control criteria for the matrix spike recovery of Heptachlor for sample SJH15-A Elutriate was not applicable. The chromatogram indicated non-target matrix background components contributed to the reported MS concentrations. The reported recoveries contained a high bias. Based on the magnitude of background contribution, the interference appeared to be minimal.



#### 4.5.2.3 Lab Control Sample

The lower client-specific control criteria (50%) was exceeded for Endosulfan II in the 2% NaCl LCSs. The recovery information reported is for advisory purposes only, providing additional information about the performance of these compounds in a salt-water matrix. The associated QA/QC results (LCS, MS, MB, calibration standards) indicated the analysis was in control. No further corrective action was taken.

#### 4.5.2.4 Elevated Detection Limits

The detection limit was elevated for several analytes in sample SJH15-B Elutriate. The sample extract was diluted prior to instrumental analysis due to relatively high levels of non-target background components, which were over the highest point of the calibration range and the normal final volume. Clean up of the extract was performed within the scope of the method, but did not eliminate enough of the background components to prevent dilution. A semiquantitative screen was performed prior to final analysis. The results of the screening indicated the need to perform a dilution. The results were flagged to indicate the matrix interference.

The detection limit was elevated for several analytes due to the presence of non-target background components. The matrix interference prevented adequate resolution of the target compounds at the normal limit. The results were flagged to indicate the matrix interference.

No other anomalies associated with the analysis of these samples were observed.

### 4.5.3 PCB Congeners by EPA Method 8082

#### 4.5.3.1 Calibration Verification

The upper control criterion was exceeded for PCB 206 and PCB 209 in several CCVs. The field samples analyzed in this sequence did not contain the analytes in question above the reporting limit. Since the apparent problem indicated a potential high bias, the data quality was not affected. No further corrective action was required.

#### 4.5.3.2 Elevated Detection Limits

Sample SJH15-B Elutriate required dilution due to the presence of elevated levels of target analyte. The reporting limits were adjusted to reflect the dilution.

The detection limit was elevated for several analytes in sample SJH15-B Elutriate. The chromatogram indicated the presence of non-target background components. The matrix interference prevented adequate resolution of the target compounds at the normal limit. The results were flagged to indicate the matrix interference.

No other anomalies associated with the analysis of these samples were observed.



## 4.6 Tissue Chemistry

### 4.6.1 Total Metals

#### Matrix Spike Recovery

The MS/MSD/MST recovery of zinc for sample Nv SJH15-Ref Rep 5 was outside the project specified control criteria. Variability of zinc in the homogenized *Neanthes virens* tissue is not uncommon. Zinc in these samples is often associated with fine particulate that is very difficult to evenly distribute throughout a tissue. Standard tissue mixing techniques were used, but were not sufficient for complete homogenization of this sample. The associated QA/QC results (e.g., control sample, calibration standards, etc.) indicate the analysis was in control. In addition, because of the non-homogeneity of the tissue sample, the precision as determined by the relative standard deviation was also outside of control limits. No further corrective action was appropriate. All other spikes were within control, indicating that the poor recovery is isolated to zinc.

No other anomalies associated with the analysis of these samples were observed.

### 4.6.2 Organochlorine Pesticides by EPA Method 8081

#### 4.6.2.1 Matrix Spike Recovery and Lab Control Sample

The lower client-specific RIM II recovery criteria were not met in the associated MS and LCS for Endosulfan I and Endosulfan II. The standard used to spike the associated QC samples was quantitatively checked via GC/ECD; these two analytes were approximately 30% lower relative to the other analytes in the solution. This suggested that the low bias was not due to a loss during the extraction procedure or other inefficiency. Accounting for the 30% low bias would bring the recoveries of these analytes within control criteria. No further corrective action was taken.

The control criteria for the matrix spike recovery of heptachlor epoxide for sample Nv Pretest Rep 3 was not applicable. The chromatogram indicated non-target matrix background components contributed to the reported matrix spike concentrations. The reported recoveries contained a high bias. Based on the magnitude of background contribution, the interference appeared to be minimal.

#### 4.6.2.2 Elevated Detection Limits

The reporting limit is elevated for at least one analyte in most field samples. The chromatogram indicated the presence of non-target background components. The matrix interference prevented adequate resolution of the target compounds at the reporting limit. The results are flagged to indicate the matrix interference.

#### 4.6.2.3 Surrogate Exceptions

The control criteria were exceeded for tetrachloro-m-xylene in Nv SJH15-A Rep 2. Since the problem may indicate a potential bias in the analytical batch, this sample was re-extracted and re-analyzed. The surrogates still did not meet control criteria for the re-analysis. The results for the field samples were comparable for both determinations, which indicated it was likely caused by the sample matrix and was restricted to the surrogate recovery. The data was flagged to indicate the failure.



#### 4.6.2.4 Lab Control Sample

The spike recovery of Endosulfan I for the LCS was outside the lower client-specific control criterion (50%) by 1%. Recovery in the duplicate LCS was within control criteria. The analyte in question was not detected in the associated field samples. The error associated with reduced recovery indicated a potential low bias. The analyte was within ALS statistically derived control charting lower limit (22%) and that the sample results were similar between the two sets of data for the samples affected by this low LCS. The data was flagged to indicate the problem.

No other anomalies associated with the analysis of these samples were observed.

### 4.6.3 PCB Congeners by EPA Method 8082

#### 4.6.3.1 Second Source Exceptions

The analysis of PCB congeners by EPA 8082 requires the use of dual column confirmation. When the initial calibration verification criteria are met for both columns, the lower of the two sample results is generally reported. The criteria were not met for PCB 77 in one initial calibration verification. The data quality was not affected. No further corrective action was necessary.

#### 4.6.3.2 Calibration Verification

The analysis of PCB congeners by EPA 8082 requires the use of dual column confirmation. When the CCV criterion is met for both columns, the lower of the two sample results is generally reported. The primary evaluation criteria were not met on the confirmation column for Tetrachloro-*m*-xylene. The results were reported from the column with an acceptable CCV. The data quality was not affected. No further corrective action was necessary.

#### 4.6.3.3 Matrix Spike Recovery

The control criteria for the matrix spike recovery of several analytes for sample Mn SJH15-A Rep 5 was not applicable. The chromatogram indicated non-target matrix background components contributed to the reported matrix spike concentrations. The reported recoveries contained a high bias. Based on the magnitude of background contribution, the interference appeared to be minimal.

The control criteria for the matrix spike recovery of several analytes for sample Nv SJH15-Ref Rep 5 was not applicable. The chromatogram indicated non-target matrix background components contributed to the reported matrix spike concentrations. The reported recoveries contained a high bias. Based on the magnitude of background contribution, the interference appeared to be minimal.

The matrix spike recovery of most analytes for sample Nv SJH15-Ref Rep 5 was outside control criteria. Recovery in the LCS was acceptable, which indicated the analytical batch was in control. The matrix spike outlier suggested a potential bias in this matrix. No further corrective action was appropriate.



#### 4.6.3.4 Sample Confirmation Notes

The confirmation comparison criteria of 40% difference for PCB 28 was exceeded in sample Mn SJH15-B Rep 5. The lower of the two values was reported because no evidence of a matrix interference was observed.

#### 4.6.3.5 Elevated Detection Limits

The detection limit was elevated for at least one analyte in several field samples. The chromatogram indicated the presence of non-target background components. The matrix interference prevented adequate resolution of the target compounds at the normal limit. The results were flagged to indicate the matrix interference.

#### 4.6.3.6 Surrogate Exceptions

The control criteria were exceeded for tetrachloro-m-xylene in Nv SJH15-A Rep 2. Since the problem may indicate a potential bias in the analytical batch, this sample was re-extracted and re-analyzed. The surrogates still did not meet control criteria for the re-analysis. The results for the field samples were comparable for both determinations, which indicated it was likely caused by the sample matrix and was restricted to the surrogate recovery. The data was flagged to indicate the failure.

No other anomalies associated with the analysis of these samples were observed.

### 4.6.4 Polynuclear Aromatic Hydrocarbons by EPA Method 8270

The results reported for one or more analytes in most tissue samples may contain a slight bias. The chromatograms indicated the presence of non-target background components. The matrix interference may have resulted in a slight high bias in the affected samples. The results were flagged with "X" to indicate the issue.

No other anomalies associated with the analysis of these samples were observed.

## 4.7 Toxicology

The QA objectives for toxicity testing are detailed in the Green Book and in the laboratory's QA manual. The objectives for accuracy and precision involve all aspects of the testing process, including the following:

- Water and sediment sampling and handling
- Source and condition of test organisms
- Condition of equipment
- Test conditions
- Instrument calibration
- Use of reference toxicants
- Record-keeping
- Data evaluation

Each test organism was evaluated in reference toxicant tests to establish the sensitivity of the test organisms. The reference toxicant $LC_{50}$ or $EC_{50}$ should fall within two standard deviations



of the historical laboratory mean. Water quality measurements were monitored to ensure they fell within prescribed limits.

The methods employed in every phase of the toxicity testing program are detailed in ENVIRON's standard operating practices. All ENVIRON staff members receive regular documented training in all standard operating practices and test methods. All data collected and produced as a result of the testing process were recorded on approved data sheets. If an aspect of a test deviated from protocol, the test was evaluated to determine if it was valid according to the regulatory agencies responsible for approving the proposed permitting action.

### 4.7.1 Water Column Toxicology

Water column tests were performed to estimate the potential impact of dredged material disposal to organisms residing in the water column. The water column test was performed using a 4:1 dilution by volume of seawater to sediment. The material used for elutriate preparations was the project site water SJH15-SW. Sediment from each composite was combined with the site water, vigorously agitated for 30 minutes, and then allowed to settle for approximately one hour at room temperature (18°–20°C). Following settling, the supernatant was gently decanted and the remaining sediment was centrifuged to collect remaining elutriate. This supernatant represents the 100% test concentration and was diluted with laboratory seawater (0.45 µm filtered Hood Canal water) to create subsequent test dilutions for the water column tests. The laboratory seawater diluent was also used as the laboratory control treatment.

#### 4.7.1.1 *Americamysis bahia*

The water column test with *A. bahia* was initiated on March 11, 2015. The mysid test was validated by 97% mean survival in the seawater control; meeting the acceptability criterion of ≥90%. Mean percent survival in the site water sample was 92%, indicating that the site water was acceptable for testing.

Water quality parameters were within the target limits throughout the duration of the 96-hour test with the exception of dissolved oxygen and salinity. Dissolved oxygen fell below the recommended limit of >4.6 mg/L on Day 2 among most of the test treatments. Trickle-flow aeration was added to all treatments on this day and the dissolved oxygen was within the recommended range for the remainder of the test. Measurements of salinity were recorded above the targeted limits, but were within the tolerance range of the test organisms.

The $LC_{50}$ for the ammonia reference-toxicant test was 51.4 mg/L total ammonia and was within two standard deviations (12.9–51.7 mg/L total ammonia) of the laboratory mean (32.3 mg/L total ammonia) at the time of testing. This indicates that the organisms obtained from this supplier were similar in sensitivity to those previously tested at the ENVIRON laboratory. The no observed effects concentration (NOEC) values were 26.9 mg/L total ammonia and 0.471 mg/L un-ionized ammonia.

#### 4.7.1.2 *Menidia beryllina*

The water column test with *M. beryllina* was initiated on March 11, 2015. The *Menidia* test was validated by 91% mean survival in the control; meeting the acceptability criterion of ≥90%. Mean percent survival in the site water sample was 97%, indicating that the site water was acceptable for testing.



Water quality parameters were within the target limits throughout the duration of the 96-hour test with the exception of salinity. Measurements of salinity were recorded above the targeted limits, but were within the tolerance range of the test organisms.

The $LC_{50}$ for the ammonia reference-toxicant test was 31.6 mg/L total ammonia and was within two standard deviations (6.2 – 47.2 mg/L total ammonia) of the laboratory mean (26.7 mg/L total ammonia) at the time of testing. This indicates that the population of test organisms used in this test was similar in sensitivity to those previously tested at the ENVIRON laboratory. The NOEC values were 23.6 mg/L total ammonia and 0.611 mg/L un-ionized ammonia.

#### 4.7.1.3 *Mytilus edulis*

The water column test with *M. galloprovincialis* was initiated on March 25, 2015. The larval mussel test resulted in 95.0% normal development (proportion normal) and 100% survival (proportion survival) in the control; meeting the recommended criteria of ≥70% proportion normal and slightly below ≥90% proportion survival. The embryo stocking density was 24.2 embryos/mL of test solution, within the recommended density of 15 – 30 embryos/mL. Mean survivorship in the site water control was 97.3%, indicating that the site water was suitable for testing and should not contribute to any potential reduced biological response observed in the elutriate preparations.

All water quality parameters were within the target limits throughout the duration of the 48-hour test.

The $EC_{50}$ for the ammonia reference-toxicant test was 6.1 mg/L total ammonia, and was within two standard deviations (0.5 – 10.6 mg/l total ammonia) of the laboratory mean (5.5 mg/L total ammonia). This indicates that the population of test organisms used in this test was similar in sensitivity to those previously tested at the ENVIRON laboratory. The NOEC values were 26.9 mg /L total ammonia and 0.081 mg/L un-ionized ammonia.

### 4.7.2 Benthic Toxicology

Solid-phase tests were performed to estimate the potential impact of ocean disposal of dredged material on benthic organisms that attempt to re-colonize the area after disposal has occurred. The 10-day tests consisted of two species: *Americamysis bahia* and *Ampelisca abdita*.

#### 4.7.2.1 *Americamysis bahia*

The 10-day benthic test with *A. bahia* was initiated on March 20, 2015 and was validated by 97% survival in the control sample; meeting the acceptability criterion of ≥90%.

Water quality parameters were within the acceptable limits throughout the 10-day test.

The $LC_{50}$ for the ammonia reference-toxicant test was 41.0 mg/L total ammonia and was within two standard deviations of the laboratory mean (32.3; range 12.8 – 51.7 mg/L total ammonia) at the time of testing. This indicates that the test organisms used in this test were of similar sensitivity to those previously tested at the ENVIRON laboratory. The concurrent ammonia reference-toxicant derived NOEC values were 30.5 mg/L (total ammonia) and 0.640 mg/L un-ionized ammonia. Ammonia concentrations measured within the benthic test were below the ammonia reference-toxicant test derived NOEC values at test initiation and termination.



#### 4.7.2.2 *Ampelisca abdita*

The 10-day benthic test with *A. abdita* was initiated on March 13, 2015 and was validated by 91% survival in the control sample; meeting the acceptability criterion of ≥90%.

Water quality parameters were within the acceptable limits throughout the 10-day test.

The $LC_{50}$ for the ammonia reference-toxicant test was 34.7 mg/L total ammonia and was within two standard deviations of the laboratory mean (45.8; range 5.1 – 86.5 mg/L total ammonia) at the time of testing. This indicates that the test organisms used in this test were of similar sensitivity to those previously tested at the ENVIRON laboratory. The concurrent ammonia reference-toxicant derived no observed effects concentration (NOEC) values were 23.3 mg/L (total ammonia) and 0.577 mg/L un-ionized ammonia. Ammonia concentrations measured within the benthic test were below the ammonia reference-toxicant test derived NOEC values at test initiation and termination.

### 4.7.3 Bioaccumulation

Assessment of bioaccumulation potential was determined by a 28-day exposure to the treatment samples. The bioaccumulation test was conducted with the polychaete *Neanthes* (formerly *Nereis*) virens and the clam *Macoma nasuta*. Following the laboratory exposures, the gut contents of the test organisms were purged for 24-hours in clean seawater in the absence of sediment. *M. nasuta* were then shucked for tissue collection, placed in certified pre-cleaned glass jars and frozen. *N. virens* organisms were also placed in certified pre-cleaned glass containers and frozen. Tissues from all treatments (with the exception of the laboratory control) were delivered to ALS Environmental in Kelso, Washington for chemical analysis.

The 28-day bioaccumulation tests with *N. virens* and *M. nasuta* were initiated on March 24, 2015. Mean survival in the control samples were 53.0% for *N. virens* and 96.7% for *M. nasuta*. Reference survival was 41.0% for *N. virens* and 97.3% for *M. nasuta*. Mean percent survival was greater than 96% for all test composites for M. nasuta.

Deviations from targeted water quality parameters for temperature were noted during both bioaccumulation tests and appropriate actions were taken to remedy issues. While some measurements were outside of the laboratory targets, there were no deviations outside the tolerance range for test organisms.

The $LC_{50}$ for the *N. virens* sodium dodecyl sulfate (SDS) reference-toxicant test was 54.3 mg/L SDS, and was within two standard deviations of the laboratory mean (41.4 mg/L; 20.4 – 62.5 mg/L SDS) at the time of testing. The $LC_{50}$ for the *M. nasuta* reference-toxicant test was 25.1 mg/L SDS, and was within two standard deviations of the laboratory mean (29.2 mg/L; 8.4 – 50.0 mg/L SDS) at the time of testing. These reference-toxicant tests indicated that the populations of test organisms used in this study were similar in sensitivity to those previously tested at the ENVIRON laboratory.

Based on the low survival observed in the *N. virens* bioaccumulation test, a review of the test conditions was performed and summarized in a memo submitted to ANAMAR on April 29, 2015. This review resulted in the decision to conduct a supplemental *N. virens* bioaccumulation test



on all project sediments with a new batch of organisms. The results of this retesting effort are summarized in the section below.

The 28-day bioaccumulation tests with *N. virens* was retested on May 10, 2015, which exceeded the recommended 8 week holding time by approximately 3 weeks. Mean survival in the control sample was 96.0%, and met the conditions for an acceptable test. Mean percent survival was greater than 90% for the reference treatment and all test composites.

Deviations from targeted water quality parameters for temperature were noted during the bioaccumulation test and appropriate actions were taken to remedy issues. While some measurements were outside of the target ranges, there were no deviations outside the tolerance range for test organisms.

The $LC_{50}$ for the *N. virens* SDS reference-toxicant test was 27.9 mg/L SDS, and was within two standard deviations of the laboratory mean (42.0 mg/L; 21.3 – 62.8 mg/L SDS) at the time of testing. The reference-toxicant test indicated that the populations of test organisms used in this test were similar in sensitivity to those previously tested at the ENVIRON laboratory.

# 5 ADDAMS MODEL

Simulations of the STFATE module of the ADDAMS model were run to establish the compliance of the water column toxicity for the San Juan Harbor sediment samples. Based on analytical results, no samples were selected for modeling Tier II Water Quality Criteria as all results were below the CMC (National Recommended Water Quality Criteria [EPA 2006, 2015]).

Based on the $EC_{50}$ results, two applications (runs) of the models are presented in this report for Section 103 Regulatory Analysis for Ocean Water, Tier III, Short-Term Fate of Dredged Material from Split Hull Barge or Hopper/Toxicity Run.

Results for all of the water column toxicology tests show that $LC_{50}/EC_{50}$ are >100% for both SJH10-A-COMP and SJH10-B-COMP. The sediment physical characteristics (Table 4) for all stations were used to calculate the volumetric fractions. Values underlined and shown with a shaded yellow background were provided by the toxicology laboratory, and the dilution required was calculated to allow entry into the simulation. STFATE model input parameters used in the module are shown in Exhibits 5-1 through 5-7. The files used in the model runs are contained within Appendix H.

**Evaluation Type: Tier III, Compare Toxicity Results**

**Exhibit 5-1. Simulation Type: Descent, Collapse, and Diffusion**

| Coefficients | | |
|---|---|---|
| **Parameter** | **Keyword** | **Value** |
| Settling Coefficient | BETA | 0.000* |
| Apparent Mass Coefficient | CM | 1.000* |
| Drag Coefficient | CD | 0.500* |
| Form Drag for Collapsing Cloud | CDRAG | 1.000* |
| Skin Friction for Collapsing Cloud | CFRIC | 0.010* |
| Drag for an Ellipsoidal Wedge | CD3 | 0.100* |
| Drag for a Plate | CD4 | 1.000* |
| Friction Between Cloud and Bottom | FRICTN | 0.010* |
| 4/3 Law Horizontal Diffusion Dissipation Factor | ALAMDA | 0.001* |
| Unstratified Water Vertical Diffusion Coefficient | AKYO | Pritchard Expression |
| Cloud/Ambient Density Gradient Ratio | GAMA | 0.250* |
| Turbulent Thermal Entrainment | ALPHAO | 0.235* |
| Entrainment in Collapse | ALPHAC | 0.100* |
| Stripping Factor | CSTRIP | 0.003* |

* Model default value



**Exhibit 5-2. Site Description**

| Parameter | Value | Units |
|---|---|---|
| Number of Grid Points (left to right) | 96 | n/a |
| Number of Grid Points (top to bottom) | 96 | n/a |
| Spacing Between Grid Points (left to right) | 200 | ft |
| Spacing Between Grid Points (top to bottom) | 200 | ft |
| Constant Water Depth | 965 | ft |
| Roughness Height at Bottom of Disposal Site | 0.005* | ft |
| Slope of Bottom in X-Direction | 0 | deg. |
| Slope of Bottom in Z-Direction | 0 | deg. |
| Number of Points in Ambient Density Profile Point | 3 | n/a |
| Ambient Density at Depth = 0 ft | 1.0236 | g/cc |
| Ambient Density at Depth = 200 ft | 1.0242 | g/cc |
| Ambient Density at Depth = 965 ft | 1.0279 | g/cc |
| Distance from the Top Edge of Grid (upper left corner of site) | 6,500 | ft |
| Distance from the Left Edge of Grid (upper left corner of site) | 12,800 | ft |
| Distance from the Top Edge of Grid (lower right corner of site) | 12,500 | ft |
| Distance from the Left Edge of Grid (lower right corner of site) | 18,800 | ft |
| Number of Depths for Transport-Diffusion Output | 3 (0, 450 and 960) | # |

* Model default value

**Exhibit 5-3. Current Velocity Data**

| Parameter | Value | Units |
|---|---|---|
| X-Direction Velocity | 0 | ft/sec |
| Z-Direction Velocity | -1 | ft/sec |

**Exhibit 5-4. Material Data**

| Parameter | Value | Units |
|---|---|---|
| Dredging Site Water Density (average) | 1.022 | g/cc |
| Number of Layers | 1 | n/a |
| Material Velocity at Disposal (X-Dir.) | 0 | ft/s |
| Material Velocity at Disposal (Z-Dir.) | -13.5 | ft/s |

**Exhibit 5-5. Output Options**

| Parameter | Value | Units |
|---|---|---|
| Duration of Simulation | 14,400 | seconds |
| Long-Term Time Step | 600 | seconds |

**Exhibit 5-6. Disposal Operation Data**

| Parameter | Value, Barge/Scow | Unit |
|---|---|---|
| Length of Disposal Vessel | 200 | ft |
| Width of Disposal Vessel | 50 | ft |
| Pre-Disposal Draft | 18 | ft |
| Post-Disposal Draft | 5 | ft |
| Time Needed to Empty the Disposal Bin | 20 | seconds |
| Material Volume | 4,800 | cy |
| Location of Disposal from Top of Grid | 9,500 | ft |
| Location of Disposal from Left Edge of Grid | 15,800 | ft |

**Exhibit 5-7. Volumetric Fractions and Toxicity Criteria of Dredge Material**

| Analyte | SJH10-A-COMP | SJH10-B-COMP |
|---|---|---|
| ***Sand*** | *0.096* | *0.014* |
| ***Silt*** | *0.187* | *0.129* |
| ***Clay*** | *0.255* | *0.278* |
| ***Solids, %*** | *53.8* | *42.1* |
| $LC_{50}/EC_{50}$ | >100 | >100 |
| Conc. required to meet criteria | 1.00 | 1.00 |
| Dilution required to meet criteria | 100 | 100 |

Notes: ***Bolded and italicized parameters*** were calculated from Table 4 of this report. Values underlined and shown with a gold shaded background were provided by the toxicology laboratory and the dilution required was calculated to allow entry into the simulation.

Results of the initial mixing simulations after 4 hours of mixing (specified for water column evaluation) and the maximum concentration found outside the disposal area for each dredging unit are summarized in Exhibit 5-8 below. The location of the maximum concentration is shown as X location and Z location.

Input and output files are provided on the enclosed disc.



**Exhibit 5-8. Four-Hour Criteria and Disposal Site Boundary Criteria after Initial Mixing**

| Depth, feet | % Max Conc Above Background on Grid | Dilution on Grid ($D_{a-tox}$) | X Location | Z Location | Time, hours | Max Conc Outside Disposal Area | Dilution ($D_{a-tox}$) |
|---|---|---|---|---|---|---|---|
| Sample | SJH15 A Comp @ 4,800 cubic yards | | | | | | |
| 0 | 3.35E-40 | >100,000 | 6,000 | 200 | 0.33 | 2.75E-39 | >100,000 |
| 450 | 3.35E-40 | >100,000 | 6,000 | 200 | 0.33 | 2.75E-39 | >100,000 |
| 944 | 1.84E-02 | 5434 | 9,400 | 1,000 | 0.67 | 1.05E-01 | 951 |
| 960 | 5.67E-03 | 17636 | 9,400 | 1,000 | 0.67 | 4.09E-02 | 2444 |
| Sample | SJH15 B Comp @ 4,800 cubic yards | | | | | | |
| 0 | 4.27E-40 | >100,000 | 6,000 | 200 | 0.33 | 3.53E-39 | >100,000 |
| 450 | 4.27E-40 | >100,000 | 6,000 | 200 | 0.33 | 3.53E-39 | >100,000 |
| 944 | 2.34E-02 | 4273 | 9,400 | 1,000 | 0.67 | 1.34E-01 | 745 |
| 960 | 7.22E-03 | 13849 | 9,400 | 1,000 | 0.67 | 5.24E-02 | 1907 |

Dilution ($D_{a-tox}$) = (100 – max conc.)/max conc.

As shown, material from San Juan Harbor may be disposed of using a dredge capacity of 4,800 cubic yards in the San Juan Harbor ODMDS without restrictions. This volume capacity of 4,800 cubic yards is the maximum size of dredging equipment that could be used in the harbor based on logistical considerations. In addition, modeling was performed to a maximum of 15,000 cubic yards, and the material met disposal criteria to this volume. The input and output files for this increased capacity model are also included on the attached disc.



ANAMAR
Environmental Consulting, Inc.

# San Juan ODMDS Disposal Map

Disposal Grid:
96 grids x 96 grids
All grids are 200 ft x 200 ft
Total grid is 19,000 ft x 19,000 ft
Disposal Area
6,000 x 6,000 ft
Position of disposal is at center
(9,500 ft x 15,800 ft)
Northwest Corner
6,500 ft x 12,800 ft
Current Velocity:
X-Direction: 0 ft/s
Z-Direction: -1 ft/s
Material Velocity:
X-Direction: 0 ft/s
Z-Direction: -13.5 ft/s
Southeast Corner
12,500 ft x 18,800 ft

The results of the STFATE module of the ADDAMS model indicates that all material from dredging units Reach A and B may be disposed of at the center of the San Juan ODMDS using a dredge or scow with a carrying capacity of 4,800 cubic yards without violating applicable water quality criteria.



# 6 REFERENCES

ANAMAR Environmental Consulting, Inc. 2011. *Final Report, Evaluation of San Juan Harbor Dredged Material Proposed for Ocean Disposal, Sediment Characterization Report, San Juan, Puerto Rico*. Submitted to USACE Jacksonville District, Jacksonville, FL.

Buchman, M.F. 2008. *NOAA Screening Quick Reference Tables*. NOAA, OR&R Report 08-1, Office of Response and Restoration Division, Seattle, WA.

CETIS. 2012. *CETIS™ Comprehensive Environmental Toxicity Information System User's Guide*. Tidepool Scientific Software, McKinleyville, CA.

ENVIRON. 2015. *Biological Testing Results, San Juan Harbor Dredged Material Evaluation, San Juan, Puerto Rico*. Submitted to ANAMAR Environmental Consulting, Gainesville, FL.

FDA. 2001. Chapter 9: Environmental Chemical Contaminants and Pesticides. In: U.S. Department of Health and Human Services (ed.), *Fish and Fishery Products Hazards and Controls Guidance, Third Edition* [online document]. Accessed 02/25/11 online at: http://www.fda.gov/Food/GuidanceComplianceRegulatoryInformation/GuidanceDocuments/Seafood/FishandFisheriesProductsHazardsandControlsGuide/default.htm.

FDA. 2011. Chapter 9: Environmental Chemical Contaminants and Pesticides. In: U.S. Department of Health and Human Services (ed.), *Fish and Fishery Products Hazards and Controls Guidance, Fourth Edition* [online document]. Accessed 01/09/12 online at: http://www.fda.gov/Food/GuidanceComplianceRegulatoryInformation/GuidanceDocuments/Seafood/FishandFisheriesProductsHazardsandControlsGuide/default.htm.

Lee, D.R. 1980. *Reference Toxicants in Quality Control of Aquatic Bioassays*. Pp. 188–199 In A.L. Buikema, Jr. and J. Cairns, Jr. (Eds.), Aquatic Invertebrate Bioassays. ASTM Spec. Tech. Publ. 715. American Society for Testing and Materials, Philadelphia, PA.

Plumb, R.H. 1981. *Procedures for Handling and Chemical Analysis of Sediment and Water Samples*. Great Lakes Laboratory, State University College at Buffalo, Buffalo, NY. Submitted to EPA and USACE Technical Committee on Criteria for Dredged and Fill Material, EPA, Grosse Ile, MI, and U.S. Army Engineer Waterways Experiment Station, Vicksburg, MS.

USACE. 2013. Performance Work Statement (PWS), Puerto Rico Sediment Characterization Testing and Analysis for San Juan Harbor, Arecibo Harbor, and Cano Martin Pena. Pp. 7–23 In: *Contract No. W912EP-09-D-0013, Task Order 0022*. USACE Jacksonville District, Jacksonville, FL.

USEPA. 2006. *National Recommended Water Quality Criteria*. EPA Region 4, Water Management Division, Wetlands, Coastal & Nonpoint Source Branch, Atlanta, GA.

USEPA. 2015. *National Recommended Water Quality Criteria* [online resource]. Accessed 09/30/15 at http://water.epa.gov/scitech/swguidance/standards/criteria/current/index.cfm#altable.



USEPA and USACE. 1991. *Evaluation of Dredged Material Proposed for Ocean Disposal, Testing Manual* [Green Book]. EPA 503-8-91-001. EPA, Office of Marine and Estuarine Protection, Washington D.C.; and Department of the Army, USACE, Washington, D.C.

USEPA and USACE. 1992. *Guidance for Performing Tests in Dredged Material Proposed for Ocean Disposal* [Regional Guidance Manual or RGM]. EPA Region 2, New York, NY and USACE New York District, New York, NY.

USEPA and USACE. 1998. *Evaluation of Dredged Material for Discharge in Waters of the U.S. – Testing Manual* [ITM]. EPA 823-B-98-004. EPA, Office of Water and Office of Science and Technology, Washington, D.C.; and Department of the Army, USACE, Operations, Construction, and Readiness Division, Washington, D.C.

FIGURES

# FIGURES

USACE_006821



Figure 1
San Juan Harbor
Sampling Overview
Legend
Sampled Station
2006 Sampled Station
(Sample name begins with SJH06-)
2011 Sampled Station
(Sample name begins with SJH10-)
N
W
E
S
Feet
0
2,000
4,000
LOCATOR
Source: Esri, DigitalGlobe, GeoEye, Earthstar Geographics, CNES/Airbus DS, USDA, USGS, AEX, Getmapping, Aerogrid, IGN, IGP, swisstopo, and the GIS User Community
ANAMAR
Environmental Consulting, Inc.
This map and/or digital data is for planning purposes only and should not be used to determine the precise location of any feature. Data provided as-is.
14-0009 San Juan\Actual Sampling location\overview_2006_2010\Map1
Data sources: ANAMAR, USACE, NOAA
SJH15-REF
Ref
SJH15-A7
A8
A7
A-5
SJH15-A6
A-4
A6
SJH15-A5
A-3
SJH15-A3
Site Water
A-2
A3
A1
A2
A4
SJH15-A4
SJH15-A1
SJH15-SW
A-1
A-6
SJH15-A2
A5
B2
SJH15-B1
B-6
B3
B1
SJH15-B2
B7
B4
B5
B-5
B-1
SJH15-B3
B-2
SJH15-B4
B6
B-4
B-3
SJH15-B6
SJH15-B5
66°11'0"W
66°10'0"W
66°9'0"W
66°8'0"W
66°7'0"W
66°6'0"W
66°5'0"W
18°30'0"N
18°29'0"N
18°28'0"N
18°27'0"N
18°26'0"N



Figure 2
San Juan Harbor
North Reach Samples
SJH15-A1 and -A2
and Site Water Station
Legend
Sampled Station
2006 Sampled Station
(Sample name begins with SJH06-)
2011 Sampled Station
(Sample name begins with SJH10-)
N
E
S
W
Feet
0
250
500
LOCATOR
Source: Esri, DigitalGlobe, GeoEye, Earthstar Geographics, CNES/Airbus DS, USDA, USGS, AEX, Getmapping, Aerogrid, IGN, IGP, swisstopo, and the GIS User Community
ANAMAR
Environmental Consulting, Inc.
This map and/or digital data is for planning purposes only and should not be used to determine the precise location of any feature. Data provided as-is.
14-0009 San Juan\Actual Sampling Location\2010_2006\Fig_2
Data sources: ANAMAR, USACE, NOAA
66°7'0"W
18°27'0"N
Site Water
SJH15-SW
SJH15-A1
SJH15-A2
A1
A2
A-6
Source: Esri, DigitalGlobe, GeoEye, Earthstar Geographics, CNES/Airbus DS, USDA, USGS, AEX, Getmapping, Aerogrid, IGN, IGP, swisstopo, and the GIS User Community

| Name | Latitude | Longitude | Sp_X | SP_Y |
|---|---|---|---|---|
| SJH15-A1 | 18.450447 | -66.116223 | 76606 | 88035 |
| SJH15-A2 | 18.450383 | -66.114716 | 76658 | 88033 |
| SJH15-SW | 18.451403 | -66.111376 | 76774 | 88070 |

Coordinate System: NAD 1983 StatePlane Puerto Rico Virgin Islands FIPS 5200 Feet

USACE_006823



Figure 3
San Juan Harbor
North Reach Samples
SJH15-A3 and -A4
Legend
Sampled Station
2006 Sampled Station
(Sample name begins with SJH06-)
2011 Sampled Station
(Sample name begins with SJH10-)
N
E
S
W
Feet
0
250
500
LOCATOR
Source: Esri, DigitalGlobe, GeoEye, Earthstar Geographics, CNES/Airbus DS, USDA, USGS, AEX, Getmapping, Aerogrid, IGN, IGP, swisstopo, and the GIS User Community
ANAMAR
Environmental Consulting, Inc.
This map and/or digital data is for planning purposes only and should not be used to determine the precise location of any feature. Data provided as-is.
14-0009 San Juan\Actual Sampling location\2010_2006\Fig_3
Data sources: ANAMAR, USACE, NOAA
66°6'0"W
18°27'0"N
SJH15-A3
SJH15-A4
A3
A4
A5
A-1
A-2
Source: Esri, DigitalGlobe, GeoEye, Earthstar Geographics, CNES/Airbus DS, USDA, USGS, AEX, Getmapping, Aerogrid, IGN, IGP, swisstopo, and the GIS User Community

| Name | Latitude | Longitude | Sp_X | SP_Y |
| --- | --- | --- | --- | --- |
| SJH15-A3 | 18.453914 | -66.10593 | 76963 | 88161 |
| SJH15-A4 | 18.450267 | -66.101832 | 77105 | 88029 |

Coordinate System: NAD 1983 StatePlane Puerto Rico Virgin Islands FIPS 5200 Feet

USACE_006824



Figure 4
San Juan Harbor
North Reach Samples
SJH15-A5 through -A7
Legend
Sampled Station
2006 Sampled Station
(Sample name begins with SJH06)
2011 Sampled Station
(Sample name begins with SJH10)
N
W
E
S
Feet
0
150
300
LOCATOR
Source: Esri, DigitalGlobe, GeoEye, Earthstar Geographics, CNES/Airbus DS, USDA, USGS, AEX, Getmapping, Aerogrid, IGN, IGP, swisstopo, and the GIS
ANAMAR
Environmental Consulting, Inc.
This map and/or digital data is for planning purposes only and should not be used to determine the precise location of any feature. Data provided as-is.
GIS PROJECTS\14-0009 San Juan\ Actual Sampling location\2010_2006\Fig_4
Data sources: ANAMAR, USACE, NOAA

SJH15-A5
SJH15-A6
SJH15-A7
A7
A8
A6
A-5
A-3
Source: Esri, DigitalGlobe, GeoEye, Earthstar Geographics, CNES/Airbus DS, USDA, USGS, AEX, Getmapping, Aerogrid, IGN, IGP, swisstopo, and the GIS User Community

| Name | Latitude | Longitude | Sp_X | SP_Y |
|---|---|---|---|---|
| SJH15-A5 | 18.459609 | -66.114956 | 76649 | 88368 |
| SJH15-A6 | 18.461658 | -66.109308 | 76845 | 88442 |
| SJH15-A7 | 18.462882 | -66.106025 | 76959 | 88487 |

Coordinate System: NAD 1983 StatePlane Puerto Rico Virgin Islands FIPS 5200 Feet

USACE_006825



Figure 5
San Juan Harbor
South Reach Samples
SJH15-B1 and -B2
Legend
Sampled Station
2006 Sampled Station
(Sample name begins with SJH06-)
2011 Sampled Station
(Sample name begins with SJH10-)
N
S
E
W
Feet
0
150
300
LOCATOR
Source: Esri, DigitalGlobe, GeoEye, Earthstar Geographics, CNES/Airbus DS, USDA, USGS, AEX, Getmapping, Aerogrid, IGN, IGP, swisstopo, and the GIS User Community
ANAMAR
Environmental Consulting, Inc.
This map and/or digital data is for planning purposes only and should not be used to determine the precise location of any feature. Data provided as-is.
14-0009 San Juan\Actual Sampling Locations\2010_2006\Fig_5
Data sources: ANAMAR, USACE, NOAA
SJH15-B1
SJH15-B2
B1
B5
B-6
Source: Esri, DigitalGlobe, GeoEye, Earthstar Geographics, CNES/Airbus DS, USDA, USGS, AEX, Getmapping, Aerogrid, IGN, IGP, swisstopo, and the GIS User Community
Coordinate System: NAD 1983 StatePlane Puerto Rico Virgin Islands FIPS 5200 Feet

| Name | Latitude | Longitude | Sp_X | SP_Y |
|---|---|---|---|---|
| SJH15-B1 | 18.445675 | -66.093759 | 77385 | 87863 |
| SJH15-B2 | 18.445044 | -66.090086 | 77512 | 87840 |

USACE_006826



Figure 6
San Juan Harbor
South Reach Sample SJH15-B3
Legend
Sampled Station
2006 Sampled Station
(Sample name begins with SJH06-)
2011 Sampled Station
(Sample name begins with SJH10-)
N
S
E
W
Feet
0
250
500
LOCATOR
Source: Esri, DigitalGlobe, GeoEye, Earthstar Geographics, CNES/Airbus DS, USDA, USGS, AEX, Getmapping, Aerogrid, IGN, IGP, swisstopo, and the GIS User Community
ANAMAR
Environmental Consulting, Inc.
This map and/or digital data is for planning purposes only and should not be used to determine the precise location of any feature. Data provided as-is.
14-0009 San Juan\Actual Sampling Locations\2010_2006\Fig_6
Data sources: ANAMAR, USACE, NOAA
66°6'0"W
18°26'0"N
SJH15-B3
B6
B-4
Name
Latitude
Longitude
Sp_X
SP_Y
SJH15-B3
18.435264
-66.097323
9271510
874852
Coordinate System: NAD 1983 StatePlane Puerto Rico Virgin Islands FIPS 5200 Feet
Source: Esri, DigitalGlobe, GeoEye, Earthstar Geographics, CNES/Airbus DS, USDA, USGS, AEX, Getmapping, Aerogrid, IGN, IGP, swisstopo, and the GIS User Community



Figure 7
San Juan Harbor
South Reach Samples
SJH15-B4 through -B6
Legend
Sampled Station
2006 Sampled Station
(Sample name begins with SJH06)
2011 Sampled Station
(Sample name begins with SJH10)
N
S
E
W
Feet
0
250
500
LOCATOR
Source: Esri, DigitalGlobe, GeoEye, Earthstar Geographics, CNES/Airbus DS, USDA, USGS, AEX, Getmapping, Aerogrid, IGN, IGP, swisstopo, and the GIS User Community
ANAMAR
Environmental Consulting, Inc.
This map and/or digital data is for planning purposes only and should not be used to determine the precise location of any feature. Data provided as-is.
14-0009 San Juan\Actual Sampling Locations\2010_2006\Fig_7
Data sources: ANAMAR, USACE, NOAA
18°26'0"N
B-2
B-3
B-4
B6
SJH15-B4
SJH15-B5
SJH15-B6(Core 1)
SJH15-B6(Core 2)
Coordinate System: NAD 1983 StatePlane Puerto Rico Virgin Islands FIPS 5200 Feet

| Name | Latitude | Longitude | Sp_X | SP_Y |
|---|---|---|---|---|
| SJH15-B4 | 18.433658 | -66.10692 | 769301 | 874263 |
| SJH15-B5 | 18.428344 | -66.10789 | 768968 | 872332 |
| SJH15-B6(Core 1) | 18.42858 | -66.109429 | 768434 | 872417 |
| SJH15-B6(Core 2) | 18.428538 | -66.10946 | 768424 | 872402 |

USACE_006828

TABLES

# TABLES

USACE_006829

# Acronyms and Qualifiers in Tables

## Grain Size Definitions

| | | | |
|---|---|---|---|
| Gravel | Particles ≥4.750 mm | Silt | Particles 0.005–0.074 mm |
| Sand | Particles 0.075–4.749 mm | Clay | Particles <0.005 mm |

## Unified Soil Classification System (USCS) classes

| | |
|---|---|
| CH | Clay of high plasticity, elastic silt |
| MH | Silt of high plasticity, elastic silt |

## Metals Data Qualifiers

- * The result is an outlier. See Section 4 or the laboratory case narrative (Appendix D) for an explanation.
- J The result is an estimated value.
- N The matrix spike sample recovery is not within control limits. See Section 4 or the laboratory case narrative for an explanation.
- U The analyte was analyzed but was not detected (ND) at or above the MDL.
- X See Section 4 of the report or the laboratory case narrative (Appendix D-3) for an explanation.

## Organics Data Qualifiers

- D The reported result is from a dilution.
- J The result is an estimated value.
- P The GC or HPLC confirmation criteria were exceeded. The relative percent difference is greater than 40% between the two analytical results.
- U The analyte was analyzed for but was not detected (ND) at or above the MDL.
- i The MRL or MDL is elevated due to a matrix interference.

## Acronyms and Symbols Used in Tables

| | |
|---|---|
| AET | apparent effects threshold |
| $EC_{50}$ | effective concentration affecting 50% of a population |
| ERL | effects range-low |
| FDA | U.S. Food and Drug Administration |
| HMW | high molecular weight PAHs (as defined by EPA Region 2) |
| LL | liquid limit |
| LMW | low molecular weight PAHs (as defined by EPA Region 2) |
| MDL | method detection limit |
| MLLW | mean lower low water |
| MRL | method reporting limit |
| NAD 83 | North American Datum of 1983 |
| ND | non-detect (not detected) |
| PI | plasticity index |
| PL | plastic limit |
| TEL | threshold effects level |
| x | no values published for the given parameter |
| – | no qualifier needed or no test conducted for that analyte or parameter |

## Acronyms and Symbols Used in the Sediment Chemistry Data Tables

**Bolded Values** Result greater than or equal to the TEL and (or) ERL.

**Acronyms and Symbols Used in the Elutriate Chemistry Data Tables**

| | |
|---|---|
| **Bolded Values** | Result greater than or equal to the CMC. |

**Acronyms and Symbols Used in the Tissue Chemistry Data Tables**

| | |
|---|---|
| **Bolded Values** | The mean concentration of project tissue replicates is statistically significantly greater than that of the reference. |
| Underlined Values | The mean concentration of project tissue replicates is at least twice the concentration of that of the reference tissue. |



**TABLE 1**
Vibracore and Grab Sample Summary

| Sample ID | Date | Time | Easting[1] (feet, NAD 83) | Northing[1] (feet, NAD 83) | Project Depth (feet, MLLW) | Metrics Per Core: Water Depth (feet) | Water Surface Elevation[2] (feet, MLLW) | Top of Core Elevation[3] (feet, MLLW) | Core Penetration (feet) | Bottom of Core Elevation (feet, MLLW) | Recovery Length per Core[4] (feet) | Recovery per Core[4] (%) | Notes |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **SJH15-A1** | 2/28/15 | 7:05 | 766064 | 880349 | -32 | 26.5 | 1.4 | -25.1 | 6.9 | -32.0 | 6.0 | 87 | Rain showers off and on. Two core attempts reached project depth. 9 gal. collected |
| | | 7:20 | | | -32 | 26.5 | 1.4 | -25.1 | 6.9 | -32.0 | 5.9 | 86 | |
| **SJH15-A2** | 2/28/15 | 9:00 | 766588 | 880320 | -32 | 29.5 | 1.1 | -28.4 | 3.6 | -32.0 | 2.8 | 78 | Rain showers off and on. Two core attempts reached project depth. 4 gal. collected |
| | | 9:15 | | | -32 | 29.5 | 1.1 | -28.4 | 3.6 | -32.0 | 2.8 | 78 | |
| **SJH15-A3** | 2/28/15 | 8:15 | 769631 | 881604 | -38 | 29.8 | 1.3 | -28.5 | 9.6 | -38.1 | 7.4 | 77 | Rain showers off and on. Two core attempts reached project depth. 10 gal. collected |
| | | 8:40 | | | -38 | 29.8 | 1.3 | -28.5 | 9.6 | -38.1 | 7.4 | 77 | |
| **SJH15-A4** | 2/28/15 | 10:15 | 771058 | 880277 | -37 | 37.2 | 0.9 | -36.3 | 2.0 | -38.3 | 1.9 | 95 | Project coordinates for this station are below the project depth. Drove vessel within shoal area to find shallowest location within project boundaries using a fathometer. The station was relocated 70 feet from target coordinates. Crew confirmed depth within the project boundaries using fathometer. The depth was also confirmed with a sounding chain. First core over-penetrated to 2 feet, discarded 1.3 feet in the field. 2 gal. collected. |
| | | 10:25 | | | | | | | 2.0 | -38.3 | 1.8 | 90 | Second core over-penetrated to 2 feet, discarded 1.3 feet in the field. 1 gal. collected. |
| **SJH15-A5** | 2/28/15 | 11:00 | 766498 | 883663 | -32 | 31.0 | 0.85 | -30.2 | 2.0 | -32.2 | 1.9 | 95 | Two core attempts reached project depth. Refusal encountered at the project depth for both cores. Sandy clay. First core over-penetrated slightly to 2 feet, discarded 0.2 feet in the field. ~3 gal. collected. |
| | | 11:10 | | | | | | | 1.9 | -32.1 | 1.8 | 90 | |
| **SJH15-A6** | 2/28/15 | 11:30 | 768460 | 884420 | -38 | 35.6 | 0.7 | -34.9 | 2.0 | -36.9 | 1.7 | 85 | Station is located in the cruise ship basin. Bottom consists of sand and clay. Refusal encountered before reaching project depth both cores. 4 gal. collected |
| | | 11:40 | | | | | | | 2.0 | -36.9 | 1.7 | 85 | |
| **SJH15-A7** | 2/28/15 | 12:10 | 769586 | 884864 | -32 | 29.5 | 0.7 | -28.8 | 3.2 | -32.0 | 2.8 | 88 | Two core attempts, both reached project depth. 4 gal. collected |
| | | 12:25 | | | | | | | 3.2 | -32.0 | 2.8 | 88 | |
| **SJH15-B1** | 2/27/15 | 10:15 | 773848 | 878630 | -32 | 30.2 | 0.6 | -29.6 | 2.4 | -32.0 | 2.3 | 96 | Three cores attempts, all reached project depth. 5 gal. collected |
| | | 10:30 | | | | | | | 2.4 | -32.0 | 2.0 | 83 | |
| | | 10:35 | | | | | | | 2.4 | -32.0 | 2.1 | 88 | |
| **SJH15-B2** | 2/27/15 | 6:55 | 775121 | 878405 | -38 | 37.0 | 1.4 | -35.6 | 3.8 | -39.4 | 2.5 | 66 | Overpenetrated three core attempts. Discarded material below the project depth (1.4 feet) from each core in the field. 5 gal. collected |
| | | 7:20 | | | | | | | 3.8 | -39.4 | 2.7 | 71 | |
| | | 7:30 | | | | | | | 3.8 | -39.4 | 3.3 | 87 | |
| **SJH15-B3** | 2/27/15 | 12:55 | 772629 | 874834 | -41 | 38.5 | 0.8 | -37.7 | 3.3 | -41.0 | 2.8 | 82 | Three cores attempted, all reached project depth. 6-gal collected |
| | | 13:05 | | | | | | | 3.3 | -41.0 | 2.8 | 82 | |
| | | 13:10 | | | | | | | 3.3 | -41.0 | 2.8 | 82 | |



**TABLE 1 (*continued*)**
Vibracore and Grab Sample Summary

| Sample ID | Date | Time | Easting[1] (feet, NAD 83) | Northing[1] (feet, NAD 83) | Project Depth (feet, MLLW) | Metrics Per Core | | | | | | | Notes |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | Water Depth (feet) | Water Surface Elevation[2] (feet, MLLW) | Top of Core Elevation[3] (feet, MLLW) | Core Penetration (feet) | Bottom of Core Elevation (feet, MLLW) | Recovery Length per Core[4] (feet) | Recovery per Core[4] (%) | |
| SJH15-B4 | 2/27/15 | 8:00 | 769301 | 874253 | -42 | 40.0 | 1.1 | -38.9 | 3.8 | -42.7 | 3.3 | 87 | Measured water depth with sounding tape. Over-penetrated. Discarded material below project depth (0.7 feet). Retained 2.6 feet. |
| | | 8:20 | | | | | | | 3.8 | -42.7 | 2.9 | 77 | Over-penetrated. Discarded material below the project depth (0.7 feet). Retained 2.2 feet. |
| | | 8:25 | | | | | | | 3.8 | -42.7 | 3.2 | 84 | 1st attempt at the 3rd core produced low recovery (only 2.0 feet). Discarded this material and recollected the core. 2nd attempt produced acceptable recovery. Over-penetrated. Discarded material below project depth (0.7 feet). Retained 2.5 feet. Piece of seagrass in barrel. |
| SJH15-B5 | 2/27/15 | 14:49 | 768966 | 872328 | -42 | 40.1 | 1.1 | -39.0 | 3.0 | -42.0 | 2.7 | 90 | Three cores attempts reached project depth. ~5 gal. collected |
| | | 14:59 | | | | | | | 3.0 | -42.0 | 2.3 | 77 | |
| | | 15:06 | | | | | | | 3.0 | -42.0 | 2.7 | 90 | |
| SJH15-B6 | 2/27/15 | 15:40 | 768433 | 872395 | -42 | 38.4 | 1.1 | -37.3 | 3.0 | -40.3 | 2.5 | 83 | 1st core attempt refusal, stiff clay. Discarded 1st core. Moved station 13 feet to the south staying within the boundaries of this dredge area. |
| | | 16:20 | 768433 | 872394 | | 37.1 | 1.1 | -36.0 | 4.0 | -40.0 | 3.1 | 78 | 2nd core refusal, stiff clay, before project depth. Retained material |
| | | 16:27 | | | | | | | 4.0 | -40.0 | 3.1 | 78 | 3rd core refusal, stiff clay, before project depth. Retained material. |
| | | 16:33 | | | | | | | 4.0 | -40.0 | 3.0 | 75 | 4th core refusal, stiff clay, before project depth. Retained material. |
| SJH15-REF (reference) | 2/24/15 | 8:50 | 742738 | 894028 | N/A | 160 | 0.271 | Not applicable (this was a grab sample) | | | | | Made multiple attempts to collect with Double van Veen. Only one attempt was successful. Others retreived water only. Completed sampling using Ponar. 30 gal. collected. |

[1] Datum NAD 83, Puerto Rico State Plane (feet).
[2] Water surface elevation is based on real-time tide height data at MLLW from NOAA Station ID 9755371 at the San Juan, Puerto Rico.
[3] Calculated as the sum of recorded water depth (- feet) and real-time tide height data at MLLW from NOAA Station ID 9755371.
[4] Recovery length excludes length of material lost or intentionally discarded from below project depth.
Acronyms are defined at the front of the tables section.

Source: ANAMAR Environmental Consulting, Inc.

USACE_006833

ANAMAR Environmental Consulting, Inc.

**TABLE 2**

Reference Water and Site Water Sample Summary Including Water Column Measurements

| Sample ID: | SJH15-REF-SW (reference water) | SJH15-SW (site water) | | |
|---|---|---|---|---|
| **Date** | 02/24/2015 | 3/1/15 | | |
| **Sampling Start/End Times (AST)** | 13:00–14:30 | 13:15–14:10 | | |
| **Water Depth (ft)** | 160 | 46.6 | | |
| **Tide Height (feet, MLLW)[1]** | 1.02 | 0.345 | | |
| **Bottom Elevation (ft, MLLW)** | 159.0 | 46.3 | | |
| **Time of Measurement (EST)** | 14:21 | 13:15 | 13:16 | 13:18 |
| **Depth of Measurement (ft)** | 2 | 2 | 23 | 43 |
| **Water Temperature (°C)** | 26.9 | 26.9 | 26.8 | 26.6 |
| **pH (units)** | 8.06 | 7.85 | 8.08 | 8.12 |
| **Salinity (ppt)** | 35.85 | 33.98 | 34.02 | 34.34 |
| **Conductivity (mS/cm)** | 96226 | 53672 | 53607 | 53798 |
| **Dissolved Oxygen (mg/L)** | 6.59 | 6.67 | 6.39 | 6.02 |
| **Dissolved Oxygen (%)** | 100.9 | 100.7 | 96.0 | 90.4 |
| **Turbidity (NTU)** | 0.61 | 2.96 | -- | -- |
| **Easting[2]** | 742738 | 767750 | | |
| **Northing[2]** | 894029 | 880687 | | |
| **Sampling Method** | Hurricane pump | Pneumatic pump | | |
| **Sampling Depth (ft)** | 3 ft below surface | 3 ft above bottom | | |
| **Field Description of Sample** | Transparent, odorless, no suspended particulates | Colorless, but with an odor and with suspended material | | |
| **Weather/Tidal Cycle** | Clear skies, NE winds 10–15 knots, sea state 6–8 ft swells | P. cloudy, SE winds 10–15 knots, sea state 1–2 ft | | |
| **General Conditions and Observations** | Laboratory sample container bottles filled and placed on wet ice. | Laboratory sample container bottles filled and placed on wet ice. 7 teflon lined cubes, 5 plastic cubes, 60 gal. collected | | |

[1] Real-time predicted tide height data at MLLW from NOAA Station ID 9755371 at the San Juan, Puerto Rico.

[2] Datum NAD 83, Puerto Rico State Plane (feet). Converted from latitude/longitude using the webpage www.earthpoint.us/StatePlain.aspx

– = No reading taken

Source: ANAMAR Environmental Consulting, Inc.

USACE_006834



**TABLE 3**
Results of Physical Analyses for Sediment Samples

| Analyte | Sample ID: | SJH15-A1 | SJH15-A2 | SJH15-A3 | SJH15-A4 | SJH15-A5 | SJH15-A6 | SJH15-A7 |
|---|---|---|---|---|---|---|---|---|
| **Sediment Description** | | Fat Clay, silty, trace fine to medium-grained sand-sized quartz, trace fine to medium sand-sized shell, gray | Fat Clay, silty, trace fine to medium-grained sand-sized quartz, trace fine to medium sand-sized shell, gray | Fat Clay, silty, trace fine to medium-grained sand-sized quartz, trace fine to medium sand-sized shell, gray | Fat Clay, silty, trace fine to medium-grained sand-sized quartz, trace fine to medium sand-sized shell, gray | Elastic Silt, clayey, trace fine to medium-grained sand-sized quartz, trace fine to medium sand-sized shell, gray | Sand, clayey, mostly fine to medium-grained sand-sized Quartz, little clay, few silt, gray | Sandy Fat Clay, some fine to medium-grained sand-sized quartz, little silt, few fine to medium sand-sized shell, gray |
| **% Gravel** | | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| **% Coarse Sand** | | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| **% Medium Sand** | | 0.4 | 0.2 | 0.6 | 0.7 | 0.3 | 32.6 | 7.8 |
| **% Fine Sand** | | 4.2 | 3.6 | 2.4 | 3.2 | 3.2 | 41.1 | 34.8 |
| **% Sand (total)** | | 4.6 | 3.8 | 3.0 | 3.9 | 3.5 | 73.7 | 42.6 |
| **% Silt** | | 39.8 | 47.7 | 47.0 | 46.2 | 49.5 | 6.3 | 17.6 |
| **% Clay** | | 55.6 | 48.5 | 50.0 | 49.9 | 47.0 | 20.0 | 39.8 |
| **% Silt & Clay (combined)** | | 95.4 | 96.2 | 97.0 | 96.1 | 96.5 | 26.3 | 57.4 |
| **% Solids** | | 48.4 | 49.8 | 48.9 | 44.2 | 48.1 | 82.8 | 62.6 |
| **% Moisture (wet)** | | | | | | | | |
| **USCS Classification** | | | | | | | | |
| **Bulk Density ($lb/ft^2$)** | | | | | | | | |
| **Specific Gravity** | | | | | | | | |
| **Atterberg Limits** | **PL** | | | | | | | |
| | **LL** | | | | | | | |
| | **PI** | | | | | | | |
| **% Passing Sieve Size** | **Metric Equivalent (mm)** | | | | | | | |
| **0.75 inch** | **19.1** | 100.0 | 100.0 | 100.0 | 100.0 | 100.0 | 100.0 | 100.0 |
| **0.375 inch** | **8.5** | 100.0 | 100.0 | 100.0 | 100.0 | 100.0 | 100.0 | 100.0 |
| **#4** | **4.75** | 100.0 | 100.0 | 100.0 | 100.0 | 100.0 | 100.0 | 100.0 |
| **#10** | **2.00** | 100.0 | 100.0 | 100.0 | 100.0 | 100.0 | 100.0 | 100.0 |
| **#20** | **0.85** | 99.9 | 100.0 | 99.7 | 99.8 | 99.9 | 90.8 | 99.2 |
| **#40** | **0.425** | 99.6 | 99.8 | 99.4 | 99.3 | 99.7 | 67.4 | 92.9 |
| **#60** | **0.250** | 99.1 | 99.5 | 99.2 | 98.8 | 99.4 | 45.9 | 79.1 |
| **#100** | **0.149** | 98.2 | 98.8 | 98.7 | 97.7 | 98.7 | 30.9 | 64.0 |
| **#200** | **0.075** | 95.4 | 96.2 | 97.0 | 96.1 | 96.5 | 26.3 | 57.4 |
| **Hydrometer Readings (% less than the following sizes)** | | 82.0 @ 0.0277 mm | 82.2 @ 0.0277 mm | 84.5 @ 0.0275 mm | 88.3 @ 0.0269 mm | 85.0 @ 0.0273 mm | 24.3 @ 0.0338 mm | 53.4 @ 0.0308 mm |
| | | 75.9 @ 0.0180 mm | 72.0 @ 0.0183 mm | 76.3 @ 0.0180 mm | 82.2 @ 0.0175 mm | 74.7 @ 0.0181 mm | 22.5 @ 0.0215 mm | 49.3 @ 0.0198 mm |
| | | 67.7 @ 0.0108 mm | 65.8 @ 0.0109 mm | 66.0 @ 0.0109 mm | 71.9 @ 0.0106 mm | 64.4 @ 0.0109 mm | 22.5 @ 0.0124 mm | 43.3 @ 0.0117 mm |
| | | 63.6 @ 0.0077 mm | 56.6 @ 0.0079 mm | 59.9 @ 0.0079 mm | 63.8 @ 0.0077 mm | 58.3 @ 0.0079 mm | 21.6 @ 0.0088 mm | 41.3 @ 0.0083 mm |
| | | 57.5 @ 0.0056 mm | 50.5 @ 0.0057 mm | 52.7 @ 0.0057 mm | 53.5 @ 0.0057 mm | 50.0 @ 0.0057 mm | 20.7 @ 0.0062 mm | 41.3 @ 0.0059 mm |
| | | 48.7 @ 0.0028 mm | 41.6 @ 0.0029 mm | 41.7 @ 0.0029 mm | 39.5 @ 0.0029 mm | 39.7 @ 0.0029 mm | 18.8 @ 0.0031 mm | 31.1 @ 0.0030 mm |
| | | 36.8 @ 0.0012 mm | 32.8 @ 0.0013 mm | 32.9 @ 0.0013 mm | 28.7 @ 0.0013 mm | 31.9 @ 0.0013 mm | 18.3 @ 0.0013 mm | 24.7 @ 0.0013 mm |



**TABLE 3 (*continued*)**
Results of Physical Analyses for Sediment Samples

| Analyte | Sample ID: | SJH15-B1 | SJH15-B2 | SJH15-B3 | SJH15-B4 | SJH15-B5 | SJH15-B6 | SJH15-REF (reference) |
|---|---|---|---|---|---|---|---|---|
| Sediment Description | | Fat Clay, silty, trace fine to medium-grained sand-sized quartz, trace fine to medium sand-sized shell, gray | Fat Clay, silty, trace fine to medium-grained sand-sized quartz, trace fine to medium sand-sized shell, gray | Fat Clay, silty, few fine to medium-grained sand-sized quartz, trace fine to medium sand-sized shell, gray | Fat Clay, silty, trace fine to medium-grained sand-sized quartz, trace fine to medium sand-sized shell, gray | Fat Clay, silty, trace fine to medium-grained sand-sized quartz, trace fine to medium sand-sized shell, gray | Fat Clay, silty, few fine to medium-grained sand-sized quartz, trace fine to medium sand-sized shell, gray | Sandy Elastic Silt, clayey, little fine to medium sand-sized quartz, few fine to medium sand-sized shell, brown |
| % Gravel | | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| % Coarse Sand | | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| % Medium Sand | | 0.2 | 0.4 | 0.6 | 0.1 | 0.1 | 3.0 | 1.1 |
| % Fine Sand | | 1.3 | 1.3 | 6.2 | 1.1 | 0.6 | 6.7 | 12.7 |
| % Sand (total) | | 1.5 | 1.7 | 6.8 | 1.2 | 0.7 | 9.7 | 13.8 |
| % Silt | | 37.8 | 44.6 | 34.7 | 38.7 | 36.8 | 32.9 | 53.5 |
| % Clay | | 60.7 | 53.7 | 58.5 | 60.1 | 62.5 | 57.4 | 32.7 |
| % Silt & Clay (combined) | | 98.5 | 98.3 | 93.2 | 98.8 | 99.3 | 90.3 | 86.2 |
| % Solids | | 42.0 | 37.4 | 43.9 | 44.1 | 41.0 | 44.9 | 53.8 |
| % Moisture (wet) | | | | | | | | 85.8 |
| USCS Classification | | | | | | | | MH |
| Bulk Density (lb/ft$^2$) | | | | | | | | 51.4 |
| Specific Gravity | | | | | | | | 2.708 |
| Atterberg Limits | PL | | | | | | | 30 |
| | LL | | | | | | | 52 |
| | PI | | | | | | | 22 |
| % Passing Sieve Size | Metric Equivalent (mm) | | | | | | | |
| 0.75 inch | 19.1 | 100.0 | 100.0 | 100.0 | 100.0 | 100.0 | 100.0 | 100.0 |
| 0.375 inch | 8.5 | 100.0 | 100.0 | 100.0 | 100.0 | 100.0 | 100.0 | 100.0 |
| #4 | 4.75 | 100.0 | 100.0 | 100.0 | 100.0 | 100.0 | 100.0 | 100.0 |
| #10 | 2.00 | 100.0 | 100.0 | 100.0 | 100.0 | 100.0 | 100.0 | 100.0 |
| #20 | 0.85 | 100.0 | 99.8 | 99.8 | 99.9 | 99.9 | 99.2 | 99.5 |
| #40 | 0.425 | 99.8 | 99.6 | 99.4 | 99.9 | 99.9 | 97.0 | 98.9 |
| #60 | 0.250 | 99.7 | 99.4 | 98.1 | 99.8 | 99.8 | 95.0 | 98.3 |
| #100 | 0.149 | 99.3 | 99.0 | 95.5 | 99.5 | 99.7 | 93.2 | 96.3 |
| #200 | 0.075 | 98.5 | 98.3 | 93.2 | 98.8 | 99.3 | 90.3 | 86.2 |
| Hydrometer Readings (% less than the following sizes) | | 95.1 @ 0.0261 mm | 94.8 @ 0.0262 mm | 90.0 @ 0.0269 mm | 95.4 @ 0.0261 mm | 95.3 @ 0.0258 mm | 88.0 @ 0.0268 mm | 59.8 @ 0.0303 mm |
| | | 90.0 @ 0.0169 mm | 89.7 @ 0.0170 mm | 84.9 @ 0.0175 mm | 89.3 @ 0.0170 mm | 90.2 @ 0.0168 mm | 85.0 @ 0.0172 mm | 49.3 @ 0.0199 mm |
| | | 81.9 @ 0.0102 mm | 80.5 @ 0.0103 mm | 77.8 @ 0.0104 mm | 78.1 @ 0.0104 mm | 78.9 @ 0.0102 mm | 78.7 @ 0.0102 mm | 43.0 @ 0.0117 mm |
| | | 73.7 @ 0.0074 mm | 71.4 @ 0.0076 mm | 69.6 @ 0.0076 mm | 72.0 @ 0.0075 mm | 72.7 @ 0.0074 mm | 70.5 @ 0.0075 mm | 38.8 @ 0.0084 mm |
| | | 63.5 @ 0.0055 mm | 58.1 @ 0.0056 mm | 61.4 @ 0.0056 mm | 62.9 @ 0.0055 mm | 64.5 @ 0.0054 mm | 60.3 @ 0.0055 mm | 34.6 @ 0.0060 mm |
| | | 48.4 @ 0.0028 mm | 42.8 @ 0.0029 mm | 45.0 @ 0.0029 mm | 48.7 @ 0.0029 mm | 49.7 @ 0.0028 mm | 45.5 @ 0.0029 mm | 28.8 @ 0.0030 mm |
| | | 33.1 @ 0.0012 mm | 30.9 @ 0.0013 mm | 33.0 @ 0.0012 mm | 36.7 @ 0.0012 mm | 34.2 @ 0.0012 mm | 32.1 @ 0.0012 mm | 23.5 @ 0.0013 mm |

See Appendix C for grain size distribution graphs and laboratory triplicate results.
Grain sizes and soil classifications are defined at the front of the tables section.
Source: Terracon Compiled by: ANAMAR Environmental Consulting, Inc.

ANAMAR Environmental Consulting, Inc.

**TABLE 4**
Results of Physical Analyses for Sediment Composite Samples

| Analyte | Sample ID: | SJH15-A-COMP | SJH15-A-COMP (field split) | SJH15-B-COMP | SJH15-REF (reference) |
|---|---|---|---|---|---|
| **Sediment Description** | | Clay with silt, some fine to medium-grained sand-sized quartz, few fine to medium sand-sized shell | Sandy Fat Clay, silty, little fine to medium-grained sand-sized quartz, trace fine to medium sand-sized shell, gray | Fat Clay, silty, trace fine to medium-grained sand-sized quartz, trace fine to medium sand-sized shell, gray | Sandy Elastic Silt, clayey, little fine to medium sand-sized quartz, few fine to medium sand-sized shell, brown |
| **% Gravel** | | 0.0 | 0.0 | 0.0 | 0.0 |
| **% Coarse Sand** | | 0.0 | 0.0 | 0.0 | 0.0 |
| **% Medium Sand** | | 5.8 | 8.4 | 0.7 | 1.1 |
| **% Fine Sand** | | 12.1 | 15.2 | 2.6 | 12.7 |
| **% Sand (total)** | | 17.9 | 23.6 | 3.3 | 13.8 |
| **% Silt** | | 34.7 | 33.2 | 30.6 | 53.5 |
| **% Clay** | | 47.4 | 43.2 | 66.1 | 32.7 |
| **% Silt & Clay (combined)** | | 82.1 | 76.4 | 96.7 | 86.2 |
| **% Solids** | | 53.8 | 55.0 | 42.1 | 53.8 |
| **% Moisture (wet)** | | 86.0 | 81.9 | 137.7 | 85.8 |
| **USCS Classification** | | CH | CH | CH | MH |
| **Bulk Density (lb/ft$^3$)** | | 49.2 | 50.9 | 35.2 | 51.4 |
| **Specific Gravity** | | 2.697 | 2.653 | 2.703 | 2.708 |
| **Settling Rate Final Concentration (g/L)** | | 493 | 476 | 476 | 909 |
| **Atterberg Limits** | **PL** | 34 | 39 | 33 | 30 |
| | **LL** | 79 | 92 | 75 | 52 |
| | **PI** | 45 | 53 | 42 | 22 |
| **% Passing Sieve Size** | **Metric Equivalent (mm)** | | | | |
| **0.75 inch** | **19.1** | 100.0 | 100.0 | 100.0 | 100.0 |
| **0.375 inch** | **8.5** | 100.0 | 100.0 | 100.0 | 100.0 |
| **#4** | **4.75** | 100.0 | 100.0 | 100.0 | 100.0 |
| **#10** | **2.00** | 100.0 | 100.0 | 100.0 | 100.0 |
| **#20** | **0.85** | 98.6 | 97.6 | 99.8 | 99.5 |
| **#40** | **0.425** | 94.2 | 91.6 | 99.3 | 98.9 |
| **#60** | **0.250** | 89.6 | 85.4 | 98.6 | 98.3 |
| **#100** | **0.149** | 85.4 | 80.0 | 97.8 | 96.3 |
| **#200** | **0.075** | 82.1 | 76.4 | 96.7 | 86.2 |
| **Hydrometer Readings (% less than the following sizes)** | | 71.3 @ 0.0295 mm | 69.4 @ 0.0292 mm | 93.5 @ 0.0267 mm | 59.8 @ 0.0303 mm |
| | | 66.9 @ 0.0189 mm | 62.1 @ 0.0190 mm | 87.1 @ 0.0174 mm | 49.3 @ 0.0199 mm |
| | | 58.1 @ 0.0113 mm | 53.8 @ 0.0113 mm | 80.6 @ 0.0103 mm | 43.0 @ 0.0117 mm |
| | | 53.7 @ 0.0081 mm | 48.6 @ 0.0081 mm | 74.1 @ 0.0075 mm | 38.8 @ 0.0084 mm |
| | | 49.3 @ 0.0058 mm | 44.5 @ 0.0058 mm | 67.6 @ 0.0054 mm | 34.6 @ 0.0060 mm |
| | | 41.5 @ 0.0029 mm | 40.0 @ 0.0029 mm | 55.6 @ 0.0028 mm | 28.8 @ 0.0030 mm |
| | | 35.6 @ 0012 mm | 31.5 @ 0.0013 mm | 41.4 @ 0.0012 mm | 23.5 @ 0.0013 mm |

See Appendix C for grain size distribution graphs, laboratory triplicate results, and settling rate graphs.
Grain sizes and soil classifications are defined at the front of the tables section.

Source: Results from Terracon Compiled by: ANAMAR Environmental Consulting, Inc.



**TABLE 5**

Analytical Results for Dry Weight Total Organic Carbon in Sediment Samples

| Sample ID | Carbon, Total Organic | | | | Carbon, Total Organic (duplicate) | | | | Carbon, Total Organic (triplicate) | | | | Relative Standard Deviation (RSD) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Result % | Qualifier | MDL | MRL | Result % | Qualifier | MDL | MRL | Result % | Qualifier | MDL | MRL | |
| **SJH15-A1** | 3.89 | -- | 0.02 | 0.10 | 3.88 | -- | 0.02 | 0.10 | 3.91 | -- | 0.02 | 0.10 | <1 |
| **SJH15-A2** | 2.87 | -- | 0.02 | 0.10 | 2.98 | -- | 0.02 | 0.10 | 3.02 | -- | 0.02 | 0.10 | 3 |
| **SJH15-A3** | 4.02 | -- | 0.02 | 0.10 | 3.86 | -- | 0.02 | 0.10 | 3.83 | -- | 0.02 | 0.10 | 3 |
| **SJH15-A4** | 2.72 | -- | 0.02 | 0.10 | 2.75 | -- | 0.02 | 0.10 | 2.72 | -- | 0.02 | 0.10 | <1 |
| **SJH15-A5** | 2.74 | -- | 0.02 | 0.10 | 2.78 | -- | 0.02 | 0.10 | 2.85 | -- | 0.02 | 0.10 | 2 |
| **SJH15-A6** | 0.11 | -- | 0.02 | 0.10 | 0.15 | -- | 0.02 | 0.10 | 0.15 | -- | 0.02 | 0.10 | 17 |
| **SJH15-A7** | 1.45 | -- | 0.02 | 0.10 | 1.43 | -- | 0.02 | 0.10 | 1.40 | -- | 0.02 | 0.10 | 2 |
| **SJH15-A-COMP** | 2.51 | -- | 0.02 | 0.10 | 2.58 | -- | 0.02 | 0.10 | 2.50 | -- | 0.02 | 0.10 | 2 |
| **SJH15-A-COMP (field split)** | 2.86 | -- | 0.02 | 0.10 | 2.86 | -- | 0.02 | 0.10 | 2.84 | -- | 0.02 | 0.10 | <1 |
| **SJH15-B1** | 2.58 | -- | 0.02 | 0.10 | 2.56 | -- | 0.02 | 0.10 | 2.56 | -- | 0.02 | 0.10 | <1 |
| **SJH15-B2** | 2.42 | -- | 0.02 | 0.10 | 2.42 | -- | 0.02 | 0.10 | 2.42 | -- | 0.02 | 0.10 | <1 |
| **SJH15-B3** | 2.65 | -- | 0.02 | 0.10 | 2.64 | -- | 0.02 | 0.10 | 2.63 | -- | 0.02 | 0.10 | <1 |
| **SJH15-B4** | 2.32 | -- | 0.020 | 0.050 | 2.33 | -- | 0.020 | 0.100 | 2.32 | -- | 0.020 | 0.100 | <1 |
| **SJH15-B5** | 2.32 | -- | 0.020 | 0.100 | 2.29 | -- | 0.020 | 0.100 | 2.32 | -- | 0.020 | 0.100 | <1 |
| **SJH15-B6** | 1.90 | -- | 0.020 | 0.100 | 1.97 | -- | 0.020 | 0.100 | 1.90 | -- | 0.020 | 0.100 | 2 |
| **SJH15-B-COMP** | 2.90 | -- | 0.02 | 0.10 | 2.94 | -- | 0.02 | 0.10 | 2.92 | -- | 0.02 | 0.10 | <1 |
| **SJH15-REF (reference)** | 1.29 | -- | 0.02 | 0.10 | 1.33 | -- | 0.02 | 0.10 | 1.35 | -- | 0.02 | 0.10 | 2 |

Acronyms and qualifiers are defined at the front of the tables section.

Source: ALS Environmental

Compiled by: ANAMAR Environmental Consulting, Inc.



**TABLE 6**
Analytical Results for Dry Weight Metals in Sediment Samples

| Analyte | Sample ID: | | | SJH15-A-COMP | | | | SJH15-A-COMP (field split) | | | | SJH15-B-COMP | | | | SJH15-REF (reference) | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Maximum Detected Conc. mg/kg | TEL mg/kg | ERL mg/kg | Result mg/kg | Qualifier | MDL | MRL | Result mg/kg | Qualifier | MDL | MRL | Result mg/kg | Qualifier | MDL | MRL | Result mg/kg | Qualifier | MDL | MRL |
| **Arsenic** | **20.8** | 7.24 | 8.2 | **16.1** | -- | 0.03 | 0.40 | **17.6** | -- | 0.03 | 0.37 | **20.8** | -- | 0.03 | 0.40 | **17.1** | -- | 0.04 | 0.45 |
| **Cadmium** | 0.245 | 0.676 | 1.2 | 0.137 | -- | 0.006 | 0.016 | 0.121 | -- | 0.005 | 0.015 | 0.245 | -- | 0.006 | 0.016 | 0.051 | -- | 0.006 | 0.018 |
| **Chromium** | **76.7** | 52.3 | 81 | 50.7 | -- | 0.05 | 0.16 | **53.0** | -- | 0.04 | 0.15 | **76.7** | -- | 0.05 | 0.16 | **62.7** | -- | 0.05 | 0.18 |
| **Copper** | **87.9** | 18.7 | 34 | **57.1** | -- | 0.03 | 0.08 | **56.4** | -- | 0.03 | 0.07 | **87.9** | -- | 0.03 | 0.08 | **64.3** | -- | 0.04 | 0.09 |
| **Lead** | **39.9** | 30.24 | 46.7 | 29.6 | -- | 0.02 | 0.04 | **30.3** | -- | 0.02 | 0.04 | **39.9** | -- | 0.02 | 0.04 | 13.6 | -- | 0.02 | 0.05 |
| **Mercury** | **0.336** | 0.13 | 0.15 | **0.316** | -- | 0.003 | 0.029 | **0.336** | -- | 0.003 | 0.029 | **0.314** | -- | 0.004 | 0.036 | 0.090 | -- | 0.003 | 0.026 |
| **Nickel** | **28.7** | 15.9 | 20.9 | **17.9** | -- | 0.02 | 0.16 | **18.5** | -- | 0.02 | 0.15 | **28.7** | -- | 0.02 | 0.16 | **27.4** | -- | 0.03 | 0.18 |
| **Silver** | **1.26** | 0.73 | 1 | **0.791** | -- | 0.003 | 0.016 | **0.737** | -- | 0.003 | 0.015 | **1.26** | -- | 0.003 | 0.016 | 0.081 | -- | 0.004 | 0.018 |
| **Zinc** | **175** | 124 | 150 | 110 | -- | 0.2 | 0.4 | 106 | -- | 0.1 | 0.4 | **175** | -- | 0.2 | 0.4 | 83.7 | -- | 0.2 | 0.5 |

**Bolded values** exceed the TEL and (or) ERL.
Acronyms and qualifiers are defined at the front of the tables section.

Sources: Results from ALS Environmental; TEL and ERL values from Buchman (2008)
Compiled by: ANAMAR Environmental Consulting, Inc.



**TABLE 7**
Analytical Results for Dry Weight Pesticides in Sediment Samples

| Analyte | Sample ID: | | | SJH15-A-COMP | | | | SJH15-A-COMP (field split) | | | | SJH15-B-COMP | | | | SJH15-REF (reference) | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Maximum Detected Conc. µg/kg | TEL µg/kg | ERL µg/kg | Result µg/kg | Qualifier | MDL | MRL | Result µg/kg | Qualifier | MDL | MRL | Result µg/kg | Qualifier | MDL | MRL | Result µg/kg | Qualifier | MDL | MRL |
| **Aldrin** | ND | x | x | ND | U | 0.056 | 0.92 | ND | U | 0.056 | 0.94 | ND | U | 0.066 | 1.2 | ND | U | 0.056 | 0.97 |
| **Chlordane & Derivatives** | | | | | | | | | | | | | | | | | | | |
| **α (cis)-Chlordane** | ND | x | x | ND | Ui | 0.079 | 0.92 | ND | Ui | 0.088 | 0.94 | ND | Ui | 0.12 | 1.2 | ND | U | 0.064 | 0.97 |
| **trans-Nonachlor** | ND | x | x | ND | U | 0.53 | 0.92 | ND | U | 0.53 | 0.94 | ND | U | 0.62 | 1.2 | ND | U | 0.53 | 0.97 |
| **DDT & Derivatives** | | | | | | | | | | | | | | | | | | | |
| **o,p' (2,4')-DDD** | ND | x | x | ND | Ui | 0.69 | 0.92 | ND | Ui | 0.71 | 0.94 | ND | Ui | 1.7 | 1.7 | ND | U | 0.11 | 0.97 |
| **o,p' (2,4')-DDE** | ND | x | x | ND | U | 0.11 | 0.92 | ND | U | 0.11 | 0.94 | ND | U | 0.13 | 1.2 | ND | U | 0.11 | 0.97 |
| **o,p' (2,4')-DDT** | ND | x | x | ND | Ui | 1.3 | 1.3 | ND | Ui | 2.1 | 2.1 | ND | Ui | 2.1 | 2.1 | ND | U | 0.14 | 0.97 |
| **p,p' (4,4')-DDD** | 1.4 | 1.22 | 2 | 1.4 | -- | 0.10 | 0.92 | 0.99 | -- | 0.10 | 0.94 | ND | Ui | 0.26 | 1.2 | ND | U | 0.10 | 0.97 |
| **p,p' (4,4')-DDE** | 1.2 | 2.07 | 2.2 | 1.1 | -- | 0.085 | 0.92 | 1.2 | -- | 0.085 | 0.94 | 1.1 | JP | 0.099 | 1.2 | ND | U | 0.085 | 0.97 |
| **p,p' (4,4')-DDT** | **57** | 1.19 | 1 | **57** | D | 0.39 | 4.6 | **11** | -- | 0.078 | 0.94 | ND | Ui | 5.2 | 5.2 | ND | Ui | 0.20 | 0.97 |
| **Dieldrin** | ND | 0.715 | 0.02 | ND | Ui | 0.12 | 0.92 | ND | Ui | 0.32 | 0.94 | ND | Ui | 0.40 | 1.2 | ND | U | 0.083 | 0.97 |
| **Endosulfan & Derivatives** | | | | | | | | | | | | | | | | | | | |
| **Endosulfan I** | 0.66 | x | x | 0.22 | J | 0.060 | 0.92 | 0.20 | JP | 0.060 | 0.94 | 0.66 | J | 0.070 | 1.2 | ND | U | 0.060 | 0.97 |
| **Endosulfan II** | ND | x | x | ND | Ui | 0.28 | 0.92 | ND | Ui | 0.54 | 0.94 | ND | Ui | 0.85 | 1.2 | ND | U | 0.091 | 0.97 |
| **Endosulfan Sulfate** | ND | x | x | ND | U | 0.051 | 0.92 | ND | U | 0.051 | 0.94 | ND | Ui | 1.9 | 1.9 | ND | U | 0.051 | 0.97 |
| **Heptachlor & Derivatives** | | | | | | | | | | | | | | | | | | | |
| **Heptachlor** | 0.43 | x | x | ND | U | 0.055 | 0.92 | ND | U | 0.055 | 0.94 | 0.43 | J | 0.064 | 1.2 | ND | U | 0.055 | 0.97 |
| **Heptachlor Epoxide** | ND | x | x | ND | U | 0.23 | 0.92 | ND | U | 0.23 | 0.94 | ND | U | 0.27 | 1.2 | ND | U | 0.23 | 0.97 |

**Bolded values** exceed the TEL and (or) ERL.
Acronyms and qualifiers are defined at the front of the tables section.

Sources: Results from ALS Environmental; TEL and ERL values from Buchman (2008)
Compiled by: ANAMAR Environmental Consulting, Inc.



**TABLE 8**
Analytical Results for Dry Weight PAHs in Sediment Samples

| | Sample ID: | | | SJH15-A-COMP | | | | SJH15-A-COMP (field split) | | | | SJH15-B-COMP | | | | SJH15-REF (reference) | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Analyte | Maximum Detected Conc. µg/kg | TEL µg/kg | ERL µg/kg | Result µg/kg | Qualifier | MDL | MRL | Result µg/kg | Qualifier | MDL | MRL | Result µg/kg | Qualifier | MDL | MRL | Result µg/kg | Qualifier | MDL | MRL |
| **Acenaphthene**[LMW] | **23** | 6.71 | 16 | 1.3 | J | 0.76 | 4.6 | ND | U | 0.76 | 4.7 | **23** | -- | 0.88 | 5.8 | ND | U | 0.76 | 4.9 |
| **Acenaphthylene**[LMW] | **7.5** | 5.87 | 44 | **6.4** | -- | 0.59 | 4.6 | 3.9 | J | 0.59 | 4.7 | **7.5** | -- | 0.69 | 5.8 | 1.0 | J | 0.59 | 4.9 |
| **Anthracene**[LMW] | 9.0 | 46.9 | 85.3 | 4.4 | J | 0.58 | 4.6 | 2.5 | J | 0.58 | 4.7 | 9.0 | -- | 0.68 | 5.8 | 1.2 | J | 0.58 | 4.9 |
| **Benzo(*a*)anthracene**[HMW] | 31 | 74.8 | 261 | 31 | -- | 0.72 | 4.6 | 21 | -- | 0.72 | 4.7 | 28 | -- | 0.84 | 5.8 | 7.8 | -- | 0.72 | 4.9 |
| **Benzo(*a*)pyrene**[HMW] | 49 | 88.8 | 430 | 49 | -- | 0.76 | 4.6 | 32 | -- | 0.76 | 4.7 | 36 | -- | 0.88 | 5.8 | 9.6 | -- | 0.76 | 4.9 |
| **Benzo(*b*)fluoranthene**[HMW] | 56 | x | x | 56 | -- | 0.92 | 4.6 | 34 | -- | 0.92 | 4.7 | 44 | -- | 1.1 | 5.8 | 12 | -- | 0.92 | 4.9 |
| **Benzo(*g,h,i*)perylene**[HMW] | 35 | x | x | 35 | -- | 0.85 | 4.6 | 21 | -- | 0.85 | 4.7 | 28 | -- | 0.99 | 5.8 | 8.8 | -- | 0.85 | 4.9 |
| **Benzo(*k*)fluoranthene**[HMW] | 27 | x | x | 27 | -- | 0.87 | 4.6 | 17 | -- | 0.87 | 4.7 | 22 | -- | 1.1 | 5.8 | 5.0 | -- | 0.87 | 4.9 |
| **Chrysene**[HMW] | 46 | 108 | 384 | 46 | -- | 0.80 | 4.6 | 31 | -- | 0.80 | 4.7 | 44 | -- | 0.93 | 5.8 | 11 | -- | 0.80 | 4.9 |
| **Dibenzo(*a,h*)anthracene**[HMW] | **7.6** | 6.22 | 63.4 | **7.6** | -- | 0.80 | 4.6 | 4.6 | J | 0.80 | 4.7 | 5.7 | J | 0.93 | 5.8 | 1.4 | J | 0.80 | 4.9 |
| **Fluoranthene**[HMW] | 59 | 113 | 600 | 42 | -- | 0.98 | 4.6 | 31 | -- | 0.98 | 4.7 | 59 | -- | 1.2 | 5.8 | 13 | -- | 0.98 | 4.9 |
| **Fluorene**[LMW] | 16 | 21.2 | 19 | 2.2 | J | 0.61 | 4.6 | 1.1 | J | 0.61 | 4.7 | 16 | -- | 0.71 | 5.8 | 0.68 | J | 0.61 | 4.9 |
| **Indeno(1,2,3-*cd*)pyrene**[HMW] | 36 | x | x | 36 | -- | 0.87 | 4.6 | 22 | -- | 0.87 | 4.7 | 27 | -- | 1.1 | 5.8 | 7.8 | -- | 0.87 | 4.9 |
| **Naphthalene**[LMW] | 6.1 | 34.6 | 160 | 6.1 | -- | 0.60 | 4.6 | 2.6 | J | 0.60 | 4.7 | 3.8 | J | 0.70 | 5.8 | 1.2 | J | 0.60 | 4.9 |
| **Phenanthrene**[LMW] | 19 | 86.7 | 240 | 17 | -- | 1.4 | 4.6 | 11 | -- | 1.4 | 4.7 | 19 | -- | 1.7 | 5.8 | 5.8 | -- | 1.4 | 4.9 |
| **Pyrene**[HMW] | 64 | 153 | 665 | 46 | -- | 0.76 | 4.6 | 34 | -- | 0.76 | 4.7 | 64 | -- | 0.88 | 5.8 | 14 | -- | 0.76 | 4.9 |

[LMW] Low Molecular Weight PAHs (EPA Region 2)
[HMW] High Molecular Weight PAHs (EPA Region 2)
**Bolded** values indicate concentrations exceed the TEL and (or) ERL
Acronyms and qualifiers are defined at the front of the tables section.

Sources: Results from ALS Environmental; TEL and ERL values from Buchman (2008)
Compiled by: ANAMAR Environmental Consulting, Inc.

USACE_006841



**TABLE 9**
Analytical Results for Dry Weight PCBs in Sediment Samples

| | | | Sample ID: | SJH15-A-COMP | | | | SJH15-A-COMP (field split) | | | | SJH15-B-COMP | | | | SJH15-REF (reference) | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Analyte | Maximum Conc. µg/kg | TEL µg/kg | ERL µg/kg | Result µg/kg | Qualifier | MDL | MRL | Result µg/kg | Qualifier | MDL | MRL | Result µg/kg | Qualifier | MDL | MRL | Result µg/kg | Qualifier | MDL | MRL |
| **PCB 8** | ND | x | x | ND | Ui | 0.22 | 0.46 | ND | U | 0.21 | 0.47 | ND | Ui | 0.34 | 0.59 | ND | U | 0.21 | 0.49 |
| **PCB 18** | 0.41 | x | x | 0.20 | J | 0.096 | 0.46 | 0.21 | J | 0.096 | 0.47 | 0.41 | J | 0.12 | 0.59 | ND | U | 0.096 | 0.49 |
| **PCB 28** | 0.72 | x | x | 0.34 | J | 0.064 | 0.46 | 0.25 | J | 0.064 | 0.47 | 0.72 | P | 0.075 | 0.59 | ND | U | 0.064 | 0.49 |
| **PCB 44** | 0.47 | x | x | 0.30 | J | 0.065 | 0.46 | 0.23 | J | 0.065 | 0.47 | 0.47 | J | 0.076 | 0.59 | ND | U | 0.065 | 0.49 |
| **PCB 49** | 2.4 | x | x | 1.1 | -- | 0.058 | 0.46 | 0.86 | -- | 0.058 | 0.47 | 2.4 | -- | 0.068 | 0.59 | ND | U | 0.058 | 0.49 |
| **PCB 52** | 2.4 | x | x | 1.0 | -- | 0.059 | 0.46 | 0.81 | -- | 0.059 | 0.47 | 2.4 | -- | 0.069 | 0.59 | ND | U | 0.059 | 0.49 |
| **PCB 66** | 0.039 | x | x | ND | Ui | 1.0 | 1.0 | ND | Ui | 0.89 | 0.89 | ND | Ui | 2.4 | 3.0 | 0.039 | JP | 0.035 | 0.49 |
| **PCB 77** | ND | x | x | ND | Ui | 0.17 | 0.46 | ND | Ui | 0.13 | 0.47 | ND | Ui | 0.19 | 0.59 | ND | U | 0.047 | 0.49 |
| **PCB 87** | 0.046 | x | x | ND | Ui | 0.22 | 0.46 | ND | Ui | 0.16 | 0.47 | ND | Ui | 0.74 | 0.74 | 0.046 | JP | 0.038 | 0.49 |
| **PCB 101** | 6.4 | x | x | 2.6 | PD | 0.25 | 2.3 | 1.8 | -- | 0.049 | 0.47 | 6.4 | D | 0.29 | 3.0 | 0.16 | J | 0.049 | 0.49 |
| **PCB 105** | ND | x | x | ND | Ui | 0.13 | 0.46 | ND | Ui | 0.15 | 0.47 | ND | Ui | 0.45 | 0.59 | ND | U | 0.033 | 0.49 |
| **PCB 118** | 1.6 | x | x | 0.65 | -- | 0.031 | 0.46 | 0.47 | J | 0.031 | 0.47 | 1.6 | -- | 0.037 | 0.59 | 0.083 | J | 0.031 | 0.49 |
| **PCB 128** | 1.0 | x | x | 0.30 | J | 0.031 | 0.46 | 0.26 | J | 0.031 | 0.47 | 1.0 | -- | 0.037 | 0.59 | 0.052 | J | 0.031 | 0.49 |
| **PCB 138** | 11 | x | x | 2.1 | -- | 0.064 | 0.46 | 2.0 | -- | 0.064 | 0.47 | 11 | D | 0.38 | 3.0 | 0.22 | J | 0.064 | 0.49 |
| **PCB 153** | 14 | x | x | 4.3 | D | 0.19 | 2.3 | 4.1 | D | 0.19 | 2.4 | 14 | D | 0.23 | 3.0 | 0.26 | J | 0.038 | 0.49 |
| **PCB 170** | 5.7 | x | x | 0.88 | -- | 0.026 | 0.46 | 0.93 | P | 0.026 | 0.47 | 5.7 | D | 0.16 | 3.0 | 0.045 | JP | 0.026 | 0.49 |
| **PCB 180** | 14 | x | x | 2.1 | -- | 0.095 | 0.46 | 2.1 | -- | 0.095 | 0.47 | 14 | D | 0.56 | 3.0 | 0.11 | J | 0.095 | 0.49 |
| **PCB 183** | 2.3 | x | x | 0.55 | -- | 0.081 | 0.46 | 0.57 | -- | 0.081 | 0.47 | 2.3 | -- | 0.095 | 0.59 | ND | U | 0.081 | 0.49 |
| **PCB 184** | ND | x | x | ND | Ui | 0.12 | 0.46 | ND | U | 0.052 | 0.47 | ND | U | 0.061 | 0.59 | ND | U | 0.052 | 0.49 |
| **PCB 187** | 7.7 | x | x | 1.5 | -- | 0.047 | 0.46 | 1.5 | -- | 0.047 | 0.47 | 7.7 | D | 0.28 | 3.0 | 0.10 | J | 0.047 | 0.49 |
| **PCB 195** | 0.83 | x | x | 0.14 | J | 0.031 | 0.46 | 0.14 | J | 0.031 | 0.47 | 0.83 | -- | 0.037 | 0.59 | ND | U | 0.031 | 0.49 |
| **PCB 206** | 0.70 | x | x | 0.39 | J | 0.031 | 0.46 | 0.45 | J | 0.031 | 0.47 | 0.70 | -- | 0.037 | 0.59 | 0.066 | J | 0.031 | 0.49 |
| **PCB 209** | 0.76 | x | x | 0.66 | -- | 0.041 | 0.46 | 0.76 | -- | 0.041 | 0.47 | 0.53 | J | 0.048 | 0.59 | 0.082 | J | 0.041 | 0.49 |
| **Total EPA Region 2 PCBs** | **169** | 21.6 | 22.7 | **48** | | | | **44** | | | | **169** | | | | 6.7 | | | |

**Bolded values** exceed the TEL and (or) ERL
Data qualifiers and acronyms are defined at the front of the tables section.

Sources: Results from ALS Environmental; TEL and ERL values from Buchman (2008); total PCB calculations from Subsection 4.3.2 of RGM (USACE and USEPA 1992)
Compiled by: ANAMAR Environmental Consulting, Inc.



**TABLE 10**
Analytical Results for Metals in Site Water and Elutriates Generated from Sediment

| | | Sample ID: | SHJ15-A-ELUT | | | | SJH15-A-ELUT (field split) | | | | SJH15-B-ELUT | | | | SJH15-REF-SW (reference water) | | | | SJH15-SW (site water) | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Analyte** | **Maximum Detected Conc. µg/L** | **CMC µg/L** | **Result µg/L** | **Qualifier** | **MDL** | **MRL** | **Result µg/L** | **Qualifier** | **MDL** | **MRL** | **Result µg/L** | **Qualifier** | **MDL** | **MRL** | **Result µg/L** | **Qualifier** | **MDL** | **MRL** | **Result µg/L** | **Qualifier** | **MDL** | **MRL** |
| **Arsenic** | 26.0 | 69 | 26.0 | -- | 0.4 | 2.0 | 18.2 | -- | 0.2 | 1.0 | 21.4 | -- | 0.8 | 4.0 | 1.5 | -- | 0.2 | 1.0 | 1.6 | -- | 0.2 | 1.0 |
| **Cadmium** | 0.014 | 40 | 0.006 | J | 0.001 | 0.020 | 0.008 | J | 0.001 | 0.020 | 0.014 | J | 0.001 | 0.020 | 0.006 | J | 0.001 | 0.020 | 0.005 | J | 0.001 | 0.020 |
| **Chromium** | 0.63 | 1100 | 0.63 | N* | 0.02 | 0.20 | 0.31 | -- | 0.02 | 0.20 | 0.38 | N* | 0.02 | 0.20 | 0.35 | N* | 0.02 | 0.20 | 0.42 | N* | 0.02 | 0.20 |
| **Copper** | 0.698 | 4.8 | 0.327 | -- | 0.003 | 0.100 | 0.698 | -- | 0.003 | 0.100 | 0.606 | -- | 0.003 | 0.100 | 0.190 | -- | 0.003 | 0.100 | 0.455 | -- | 0.003 | 0.100 |
| **Lead** | 2.98 | 210 | 0.281 | -- | 0.008 | 0.020 | 0.450 | -- | 0.008 | 0.020 | 2.98 | -- | 0.008 | 0.020 | 0.022 | -- | 0.008 | 0.020 | 0.103 | -- | 0.008 | 0.020 |
| **Mercury** | **3.49** | 1.8 | 1.43 | -- | 0.06 | 0.5 | **3.49** | -- | 0.06 | 0.5 | 0.63 | -- | 0.06 | 0.5 | 0.21 | J | 0.06 | 0.5 | 0.70 | -- | 0.06 | 0.5 |
| **Nickel** | 0.79 | 74 | 0.59 | -- | 0.04 | 0.20 | 0.79 | -- | 0.04 | 0.20 | 0.43 | -- | 0.04 | 0.20 | 0.23 | -- | 0.04 | 0.20 | 0.30 | -- | 0.04 | 0.20 |
| **Silver** | 0.016 | 1.9 | 0.004 | J | 0.002 | 0.020 | 0.016 | J | 0.002 | 0.020 | 0.011 | J | 0.002 | 0.020 | 0.007 | J | 0.002 | 0.020 | 0.008 | J | 0.002 | 0.020 |
| **Zinc** | 1.4 | 90 | 0.7 | -- | 0.1 | 0.5 | 1.1 | -- | 0.1 | 0.5 | 1.4 | -- | 0.1 | 0.5 | 0.2 | J | 0.1 | 0.5 | 0.6 | -- | 0.1 | 0.5 |

**Bolded values** exceed the CMC.
Data qualifiers and acronyms are defined at the front of the tables section.

Sources: Results from ALS Environmental; CMC values taken from USEPA (2006)
Compiled by: ANAMAR Environmental Consulting, Inc.



**TABLE 11**
Analytical Results for Pesticides in Site Water and Elutriates Generated from Sediment

| Analyte | Sample ID: | | SJH15-A-ELUT | | | | SJH15-A-ELUT (field split) | | | | SJH15-B-ELUT | | | | SJH15-REF-SW (reference water) | | | | SJH15-SW (site water) | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Maximum Detected Conc. ng/L | CMC ng/L | Result ng/L | Qualifier | MDL | MRL | Result ng/L | Qualifier | MDL | MRL | Result ng/L | Qualifier | MDL | MRL | Result ng/L | Qualifier | MDL | MRL | Result ng/L | Qualifier | MDL | MRL |
| **Aldrin** | ND | 1300 | ND | U | 0.20 | 1.0 | ND | U | 0.21 | 1.1 | ND | U | 0.21 | 1.1 | ND | U | 0.20 | 1.0 | ND | U | 0.20 | 1.0 |
| **Chlordane & Derivatives** | | | | | | | | | | | | | | | | | | | | | | |
| **α (cis)-Chlordane** | ND | x | ND | U | 0.17 | 1.0 | ND | U | 0.18 | 1.1 | ND | U | 0.18 | 1.1 | ND | U | 0.17 | 1.0 | ND | U | 0.17 | 1.0 |
| **trans-Nonachlor** | ND | x | ND | U | 0.20 | 1.0 | ND | U | 0.21 | 1.1 | ND | Ui | 2.8 | 2.8 | ND | U | 0.20 | 1.0 | ND | U | 0.20 | 1.0 |
| **DDT & Derivatives** | | | | | | | | | | | | | | | | | | | | | | |
| **o,p' (2,4')-DDD** | ND | x | ND | U | 0.30 | 1.0 | ND | U | 0.31 | 1.1 | ND | Ui | 17 | 17 | ND | U | 0.30 | 1.0 | ND | U | 0.30 | 1.0 |
| **o,p' (2,4')-DDE** | ND | x | ND | U | 0.26 | 1.0 | ND | Ui | 0.53 | 1.1 | ND | Ui | 6.1 | 6.1 | ND | U | 0.26 | 1.0 | ND | U | 0.26 | 1.0 |
| **o,p' (2,4')-DDT** | ND | x | ND | U | 0.086 | 1.0 | ND | U | 0.089 | 1.1 | ND | Ui | 2.8 | 2.8 | ND | U | 0.086 | 1.0 | ND | U | 0.086 | 1.0 |
| **p,p' (4,4')-DDD** | ND | x | ND | U | 0.28 | 1.0 | ND | U | 0.29 | 1.1 | ND | U | 0.29 | 1.1 | ND | U | 0.28 | 1.0 | ND | U | 0.28 | 1.0 |
| **p,p' (4,4')-DDE** | 0.41 | x | 0.41 | J | 0.11 | 1.0 | ND | Ui | 0.75 | 1.1 | ND | Ui | 9.5 | 9.5 | ND | U | 0.11 | 1.0 | ND | U | 0.11 | 1.0 |
| **p,p' (4,4')-DDT** | ND | 130 | ND | Ui | 0.45 | 1.0 | ND | Ui | 0.69 | 1.1 | ND | Ui | 8.3 | 8.3 | ND | U | 0.30 | 1.0 | ND | U | 0.30 | 1.0 |
| **Dieldrin** | ND | 710 | ND | U | 0.23 | 1.0 | ND | U | 0.24 | 1.1 | ND | U | 0.24 | 1.1 | ND | U | 0.23 | 1.0 | ND | U | 0.23 | 1.0 |
| **Endosulfan & Derivatives** | | | | | | | | | | | | | | | | | | | | | | |
| **Endosulfan I** | ND | 34 | ND | U | 0.15 | 1.0 | ND | U | 0.16 | 1.1 | ND | U | 0.16 | 1.1 | ND | U | 0.15 | 1.0 | ND | U | 0.15 | 1.0 |
| **Endosulfan II** | ND | 34 | ND | U | 0.20 | 1.0 | ND | U | 0.21 | 1.1 | ND | Ui | 32 | 32 | ND | U | 0.20 | 1.0 | ND | U | 0.20 | 1.0 |
| **Endosulfan Sulfate** | ND | x | ND | U | 0.84 | 1.0 | ND | U | 0.87 | 1.1 | ND | U | 0.85 | 1.1 | ND | U | 0.84 | 1.0 | ND | U | 0.84 | 1.0 |
| **Heptachlor & Derivatives** | | | | | | | | | | | | | | | | | | | | | | |
| **Heptachlor** | ND | 53 | ND | Ui | 1.3 | 1.3 | ND | Ui | 0.97 | 1.1 | ND | Ui | 1.8 | 1.8 | ND | U | 0.13 | 1.0 | ND | U | 0.13 | 1.0 |
| **Heptachlor Epoxide** | ND | 53 | ND | U | 0.69 | 1.0 | ND | U | 0.72 | 1.1 | ND | Ui | 0.70 | 1.1 | ND | U | 0.69 | 1.0 | ND | U | 0.69 | 1.0 |

Data qualifiers and acronyms are defined at the front of the tables section.

Sources: Results from ALS Environmental; CMC values from USEPA (2006)

Compiled by: ANAMAR Environmental Consulting, Inc.



**TABLE 12**
Analytical Results for PCBs in Site Water and Elutriates Generated from Sediment Samples

| | Sample ID: | | SJH15-A-ELUT | | | | SJH15-A-ELUT (field split) | | | | SJH15-B-ELUT | | | | SJH15-REF-SW (reference water) | | | | SJH15-SW (site water) | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Analyte | Maximum Detected Conc. ng/L | CMC ng/L | Result ng/L | Qualifier | MDL | MRL | Result ng/L | Qualifier | MDL | MRL | Result ng/L | Qualifier | MDL | MRL | Result ng/L | Qualifier | MDL | MRL | Result ng/L | Qualifier | MDL | MRL |
| **PCB 8** | ND | x | ND | U | 0.84 | 5.0 | ND | U | 0.87 | 5.2 | ND | Ui | 1.1 | 5.1 | ND | U | 0.84 | 5.0 | ND | U | 0.84 | 5.0 |
| **PCB 18** | 2.6 | x | ND | U | 0.97 | 5.0 | ND | U | 1.1 | 5.2 | 2.6 | J | 0.98 | 5.1 | ND | U | 0.97 | 5.0 | ND | U | 0.97 | 5.0 |
| **PCB 28** | 3.8 | x | ND | U | 0.73 | 5.0 | ND | U | 0.76 | 5.2 | 3.8 | JP | 0.74 | 5.1 | ND | U | 0.73 | 5.0 | ND | U | 0.73 | 5.0 |
| **PCB 44** | 2.7 | x | ND | U | 0.56 | 5.0 | ND | U | 0.58 | 5.2 | 2.7 | J | 0.57 | 5.1 | ND | U | 0.56 | 5.0 | ND | U | 0.56 | 5.0 |
| **PCB 49** | 16 | x | ND | U | 0.50 | 5.0 | ND | U | 0.52 | 5.2 | 16 | -- | 0.51 | 5.1 | ND | U | 0.50 | 5.0 | ND | U | 0.50 | 5.0 |
| **PCB 52** | 15 | x | ND | U | 0.59 | 5.0 | ND | U | 0.61 | 5.2 | 15 | -- | 0.60 | 5.1 | ND | U | 0.59 | 5.0 | ND | U | 0.59 | 5.0 |
| **PCB 66** | ND | x | ND | U | 0.66 | 5.0 | ND | U | 0.69 | 5.2 | ND | Ui | 12 | 12 | ND | U | 0.66 | 5.0 | ND | U | 0.66 | 5.0 |
| **PCB 87** | ND | x | ND | U | 0.47 | 5.0 | ND | U | 0.49 | 5.2 | ND | Ui | 6.3 | 6.3 | ND | U | 0.47 | 5.0 | ND | U | 0.47 | 5.0 |
| **PCB 101** | 56 | x | 1.6 | J | 0.62 | 5.0 | 1.2 | J | 0.64 | 5.2 | 56 | D | 3.2 | 26 | ND | U | 0.62 | 5.0 | ND | U | 0.62 | 5.0 |
| **PCB 105** | ND | x | ND | U | 0.48 | 5.0 | ND | U | 0.50 | 5.2 | ND | Ui | 3.7 | 5.1 | ND | U | 0.48 | 5.0 | ND | U | 0.48 | 5.0 |
| **PCB 118** | 14 | x | ND | U | 0.49 | 5.0 | ND | U | 0.51 | 5.2 | 14 | -- | 0.50 | 5.1 | ND | U | 0.49 | 5.0 | ND | U | 0.49 | 5.0 |
| **PCB 128** | 8.2 | x | ND | U | 0.48 | 5.0 | ND | U | 0.50 | 5.2 | 8.2 | -- | 0.49 | 5.1 | ND | U | 0.48 | 5.0 | ND | U | 0.48 | 5.0 |
| **PCB 138** | 100 | x | 1.2 | J | 0.39 | 5.0 | 1.5 | J | 0.41 | 5.2 | 100 | D | 2.0 | 26 | ND | U | 0.39 | 5.0 | ND | U | 0.39 | 5.0 |
| **PCB 153** | 180 | x | 2.4 | J | 0.61 | 5.0 | 2.8 | J | 0.63 | 5.2 | 180 | D | 6.2 | 51 | ND | U | 0.61 | 5.0 | ND | U | 0.61 | 5.0 |
| **PCB 170** | 53 | x | 0.60 | J | 0.50 | 5.0 | 0.82 | J | 0.52 | 5.2 | 53 | D | 2.6 | 26 | ND | U | 0.50 | 5.0 | ND | U | 0.50 | 5.0 |
| **PCB 180** | 130 | x | 1.8 | J | 0.61 | 5.0 | 2.3 | J | 0.63 | 5.2 | 130 | D | 3.1 | 26 | ND | U | 0.61 | 5.0 | ND | U | 0.61 | 5.0 |
| **PCB 183** | 21 | x | ND | U | 0.43 | 5.0 | 0.56 | J | 0.45 | 5.2 | 21 | -- | 0.44 | 5.1 | ND | U | 0.43 | 5.0 | ND | U | 0.43 | 5.0 |
| **PCB 184** | ND | x | ND | U | 0.97 | 5.0 | ND | U | 1.1 | 5.2 | ND | U | 0.98 | 5.1 | ND | U | 0.97 | 5.0 | ND | U | 0.97 | 5.0 |
| **PCB 187** | 71 | x | 1.1 | J | 0.42 | 5.0 | 1.6 | J | 0.44 | 5.2 | 71 | D | 2.2 | 26 | ND | U | 0.42 | 5.0 | ND | U | 0.42 | 5.0 |
| **PCB 195** | 7.1 | x | ND | U | 0.43 | 5.0 | ND | U | 0.45 | 5.2 | 7.1 | -- | 0.44 | 5.1 | ND | U | 0.43 | 5.0 | ND | U | 0.43 | 5.0 |
| **PCB 206** | 5.4 | x | ND | U | 0.44 | 5.0 | 0.56 | J | 0.46 | 5.2 | 5.4 | -- | 0.45 | 5.1 | ND | U | 0.44 | 5.0 | ND | U | 0.44 | 5.0 |
| **PCB 209** | 1.9 | x | ND | Ui | 0.59 | 5.0 | 0.92 | J | 0.58 | 5.2 | 1.9 | J | 0.57 | 5.1 | ND | U | 0.56 | 5.0 | ND | U | 0.56 | 5.0 |
| **Total EPA Region 2 PCBs** | 1561 | x | 42 | | | | 48 | | | | 1561 | | | | 30 | | | | 30 | | | |

Data qualifiers and acronyms are defined at the front of the tables section.

Sources: Results from ALS Environmental; there are no CMC values in USEPA (2006) or Buchman (2008); total PCB calculations from Subsection 4.3.3 of RGM (USACE and USEPA 1992)
Compiled by: ANAMAR Environmental Consulting, Inc.



**TABLE 13**
Survival Data for *Americamysis bahia* (Water Column Phase)

| Sample ID | Replicate | Concentration (%) | # of Organisms | | % Survival | Mean Survival (%) | St. Dev. |
|---|---|---|---|---|---|---|---|
| | | | Initial | Final | | | |
| **Control*** | 1 | 0 | 20 | 19 | 95 | 97 | 3 |
| | 2 | | 20 | 20 | 100 | | |
| | 3 | | 20 | 19 | 95 | | |
| | 4 | | 20 | 20 | 100 | | |
| | 5 | | 20 | 19 | 95 | | |
| **SJH15-SW (site water)** | 1 | 0 | 20 | 18 | 90 | 92 | 8 |
| | 2 | | 20 | 16 | 80 | | |
| | 3 | | 20 | 20 | 100 | | |
| | 4 | | 20 | 18 | 90 | | |
| | 5 | | 20 | 20 | 100 | | |
| **SJH15-A-ELUT** | 1 | 10 | 20 | 19 | 95 | 98 | 3 |
| | 2 | | 20 | 19 | 95 | | |
| | 3 | | 20 | 20 | 100 | | |
| | 4 | | 20 | 20 | 100 | | |
| | 5 | | 20 | 20 | 100 | | |
| | 1 | 50 | 20 | 20 | 100 | 99 | 2 |
| | 2 | | 20 | 20 | 100 | | |
| | 3 | | 20 | 20 | 100 | | |
| | 4 | | 20 | 20 | 100 | | |
| | 5 | | 20 | 19 | 95 | | |
| | 1 | 100 | 20 | 20 | 100 | 98 | 3 |
| | 2 | | 20 | 20 | 100 | | |
| | 3 | | 20 | 20 | 100 | | |
| | 4 | | 20 | 19 | 95 | | |
| | 5 | | 20 | 19 | 95 | | |
| **SJH15-B-ELUT** | 1 | 10 | 20 | 16 | 80 | 95 | 9 |
| | 2 | | 20 | 20 | 100 | | |
| | 3 | | 20 | 20 | 100 | | |
| | 4 | | 20 | 20 | 100 | | |
| | 5 | | 20 | 19 | 95 | | |
| | 1 | 50 | 20 | 18 | 90 | 97 | 4 |
| | 2 | | 20 | 19 | 95 | | |
| | 3 | | 20 | 20 | 100 | | |
| | 4 | | 20 | 20 | 100 | | |
| | 5 | | 20 | 20 | 100 | | |
| | 1 | 100 | 20 | 18 | 90 | 97 | 4 |
| | 2 | | 20 | 20 | 100 | | |
| | 3 | | 20 | 20 | 100 | | |
| | 4 | | 20 | 20 | 100 | | |
| | 5 | | 20 | 19 | 95 | | |

* Water for control and dilution originated from the northern portion of Hood Canal (part of Puget Sound) at Port Gamble, Washington.

Source: ENVIRON Compiled by: ANAMAR Environmental Consulting, Inc.



**TABLE 14**
Survival Data for *Menidia beryllina* (Water Column Phase)

| Sample ID | Replicate | Concentration (%) | # of Organisms | | % Survival | Mean Survival (%) | St. Dev. |
|---|---|---|---|---|---|---|---|
| | | | Initial | Final | | | |
| **Control*** | 1 | 0 | 20 | 16 | 80 | 91 | 8 |
| | 2 | | 20 | 19 | 95 | | |
| | 3 | | 20 | 19 | 95 | | |
| | 4 | | 20 | 20 | 100 | | |
| | 5 | | 20 | 17 | 85 | | |
| **SJH15-SW (site water)** | 1 | 0 | 20 | 20 | 100 | 97 | 4 |
| | 2 | | 20 | 20 | 100 | | |
| | 3 | | 20 | 20 | 100 | | |
| | 4 | | 20 | 18 | 90 | | |
| | 5 | | 20 | 19 | 95 | | |
| **SJH15-A-ELUT** | 1 | 10 | 20 | 20 | 100 | 100 | 0 |
| | 2 | | 20 | 20 | 100 | | |
| | 3 | | 20 | 20 | 100 | | |
| | 4 | | 20 | 20 | 100 | | |
| | 5 | | 20 | 20 | 100 | | |
| | 1 | 50 | 20 | 20 | 100 | 95 | 5 |
| | 2 | | 20 | 18 | 90 | | |
| | 3 | | 20 | 19 | 95 | | |
| | 4 | | 20 | 20 | 100 | | |
| | 5 | | 20 | 18 | 90 | | |
| | 1 | 100 | 20 | 19 | 95 | 94 | 7 |
| | 2 | | 20 | 18 | 90 | | |
| | 3 | | 20 | 20 | 100 | | |
| | 4 | | 20 | 17 | 85 | | |
| | 5 | | 20 | 20 | 100 | | |
| **SJH15-B-ELUT** | 1 | 10 | 20 | 20 | 100 | 100 | 0 |
| | 2 | | 20 | 20 | 100 | | |
| | 3 | | 20 | 20 | 100 | | |
| | 4 | | 20 | 20 | 100 | | |
| | 5 | | 20 | 20 | 100 | | |
| | 1 | 50 | 20 | 18 | 90 | 96 | 4 |
| | 2 | | 20 | 20 | 100 | | |
| | 3 | | 20 | 20 | 100 | | |
| | 4 | | 20 | 19 | 95 | | |
| | 5 | | 20 | 19 | 95 | | |
| | 1 | 100 | 20 | 20 | 100 | 99 | 2 |
| | 2 | | 20 | 20 | 100 | | |
| | 3 | | 20 | 20 | 100 | | |
| | 4 | | 20 | 20 | 100 | | |
| | 5 | | 20 | 19 | 95 | | |

* Water for control and dilution originated from the northern portion of Hood Canal (part of Puget Sound) at Port Gamble, Washington.

Source: ENVIRON Compiled by: ANAMAR Environmental Consulting, Inc.



**TABLE 15**
Normality Data for *Mytilus galloprovincialis* (Water Column Phase)

| Sample ID | Replicate | Concentration (%) | Initial Embryo Stocking Density[1] | # of Organisms Normal | # of Organisms Abnormal | Combined Proportion Normal[1] (%) | Mean % Combined Proportion Normal | St. Dev. |
|---|---|---|---|---|---|---|---|---|
| Control[2] | 1 | 0 | 242 | 235 | 9 | 97.1 | 98.8 | 1.6 |
| | 2 | | | 255 | 10 | 100.0 | | |
| | 3 | | | 235 | 16 | 97.1 | | |
| | 4 | | | 246 | 18 | 100.0 | | |
| | 5 | | | 242 | 11 | 100.0 | | |
| SJH15-SW (site water) | 1 | 0 | 242 | 231 | 25 | 95.5 | 97.3 | 2.5 |
| | 2 | | | 230 | 18 | 95.0 | | |
| | 3 | | | 267 | 19 | 100.0 | | |
| | 4 | | | 232 | 11 | 95.9 | | |
| | 5 | | | 254 | 15 | 100.0 | | |
| SJH15-A-ELUT | 1 | 1 | 242 | 279 | 7 | 100.0 | 98.1 | 2.5 |
| | 2 | | | 238 | 21 | 98.3 | | |
| | 3 | | | 238 | 12 | 98.3 | | |
| | 4 | | | 227 | 16 | 93.8 | | |
| | 5 | | | 251 | 17 | 100.0 | | |
| | 1 | 10 | 242 | 267 | 19 | 100.0 | 99.3 | 1.7 |
| | 2 | | | 272 | 15 | 100.0 | | |
| | 3 | | | 260 | 21 | 100.0 | | |
| | 4 | | | 242 | 10 | 100.0 | | |
| | 5 | | | 233 | 14 | 96.3 | | |
| | 1 | 50 | 242 | 243 | 18 | 100.0 | 99.9 | 0.2 |
| | 2 | | | 262 | 16 | 100.0 | | |
| | 3 | | | 241 | 16 | 99.6 | | |
| | 4 | | | 249 | 17 | 100.0 | | |
| | 5 | | | 258 | 15 | 100.0 | | |
| | 1 | 100 | 242 | 233 | 25 | 96.3 | 92.1 | 6.2 |
| | 2 | | | 219 | 21 | 90.5 | | |
| | 3 | | | 248 | 12 | 100.0 | | |
| | 4 | | | 204 | 13 | 84.3 | | |
| | 5 | | | 216 | 21 | 89.3 | | |
| SJH15-B-ELUT | 1 | 1 | 242 | 234 | 10 | 96.7 | 95.5 | 4.1 |
| | 2 | | | 214 | 24 | 88.4 | | |
| | 3 | | | 238 | 19 | 98.3 | | |
| | 4 | | | 233 | 15 | 96.3 | | |
| | 5 | | | 237 | 13 | 97.9 | | |
| | 1 | 10 | 242 | 243 | 19 | 100.0 | 100.0 | 0.0 |
| | 2 | | | 265 | 16 | 100.0 | | |
| | 3 | | | 253 | 26 | 100.0 | | |
| | 4 | | | 264 | 24 | 100.0 | | |
| | 5 | | | 252 | 10 | 100.0 | | |
| | 1 | 50 | 242 | 225 | 21 | 93.0 | 95.8 | 6.3 |
| | 2 | | | 256 | 17 | 100.0 | | |
| | 3 | | | 266 | 25 | 100.0 | | |
| | 4 | | | 257 | 27 | 100.0 | | |
| | 5 | | | 208 | 15 | 86.0 | | |
| | 1 | 100 | 242 | 254 | 19 | 100.0 | 100.0 | 0.0 |
| | 2 | | | 248 | 17 | 100.0 | | |
| | 3 | | | 270 | 19 | 100.0 | | |
| | 4 | | | 250 | 18 | 100.0 | | |
| | 5 | | | 252 | 28 | 100.0 | | |

[1] Initial stocking density is an estimated value as the organisms were measured by volume. Combined proportional values greater than 100% were adjusted to 100%.

[2] Water for control and dilution originated from the northern portion of Hood Canal (part of Puget Sound) at Port Gamble, Washington.

Source: ENVIRON Compiled by: ANAMAR Environmental Consulting, Inc.



**TABLE 16**
Survival Data for *Ampelisca abdita* (Solid Phase)

| Sample ID | Replicate | # of Organisms | | % Survival | Mean % Survival | St. Dev. |
|---|---|---|---|---|---|---|
| | | Initial | Final | | | |
| **Control*** | 1 | 20 | 17 | 85 | 91 | 4 |
| | 2 | 20 | 19 | 95 | | |
| | 3 | 20 | 18 | 90 | | |
| | 4 | 20 | 19 | 95 | | |
| | 5 | 20 | 18 | 90 | | |
| **SJH15- REF (reference)** | 1 | 20 | 17 | 85 | 86 | 8 |
| | 2 | 20 | 16 | 80 | | |
| | 3 | 20 | 20 | 100 | | |
| | 4 | 20 | 16 | 80 | | |
| | 5 | 20 | 17 | 85 | | |
| **SJH15-A-COMP** | 1 | 20 | 15 | 75 | 74 | 11 |
| | 2 | 20 | 17 | 85 | | |
| | 3 | 20 | 17 | 85 | | |
| | 4 | 20 | 13 | 65 | | |
| | 5 | 20 | 12 | 60 | | |
| **SJH15-B-COMP** | 1 | 20 | 18 | 90 | 85 | 4 |
| | 2 | 20 | 16 | 80 | | |
| | 3 | 20 | 17 | 85 | | |
| | 4 | 20 | 17 | 85 | | |
| | 5 | 20 | 17 | 85 | | |

*Control sediment originated from Tomales Bay, California; control water originated from the northern portion of Hood Canal (part of Puget Sound) at Port Gamble, Washington.

Source: ENVIRON
Compiled by: ANAMAR Environmental Consulting, Inc.



**TABLE 17**
Survival Data for *Americamysis bahia* (Solid Phase)

| Sample ID | Replicate | # of Organisms | | % Survival | Mean % Survival | St. Dev. |
|---|---|---|---|---|---|---|
| | | Initial | Final | | | |
| **Control*** | 1 | 20 | 18 | 90 | 97 | 4 |
| | 2 | 20 | 19 | 95 | | |
| | 3 | 20 | 20 | 100 | | |
| | 4 | 20 | 20 | 100 | | |
| | 5 | 20 | 20 | 100 | | |
| **SJH15- REF (reference)** | 1 | 20 | 18 | 90 | 95 | 5 |
| | 2 | 20 | 18 | 90 | | |
| | 3 | 20 | 20 | 100 | | |
| | 4 | 20 | 20 | 100 | | |
| | 5 | 20 | 19 | 95 | | |
| **SJH15-A-COMP** | 1 | 20 | 20 | 100 | 94 | 9 |
| | 2 | 20 | 20 | 100 | | |
| | 3 | 20 | 18 | 90 | | |
| | 4 | 20 | 16 | 80 | | |
| | 5 | 20 | 20 | 100 | | |
| **SJH15-B-COMP** | 1 | 20 | 17 | 85 | 91 | 5 |
| | 2 | 20 | 19 | 95 | | |
| | 3 | 20 | 19 | 95 | | |
| | 4 | 20 | 17 | 85 | | |
| | 5 | 20 | 19 | 95 | | |

*Control sediment originated from Yaquina Bay, Oregon; control water originated from the northern portion of Hood Canal (part of Puget Sound) at Port Gamble, Washington.

Source: ENVIRON
Compiled by: ANAMAR Environmental Consulting, Inc.



**TABLE 18**
Survival Data for *Macoma nasuta* (Bioaccumulation Test)

| Sample ID | Replicate | # of Organisms | | % Survival | Mean % Survival | Std. Dev. |
|---|---|---|---|---|---|---|
| | | Initial | Final | | | |
| Control [1] | 1 | 30 | 28 | 93.3 | 96.7 | 3.3 |
| | 2 | 30 | 30 | 100.0 | | |
| | 3 | 30 | 29 | 96.7 | | |
| | 4 | 30 | 28 | 93.3 | | |
| | 5 | 30 | 30 | 100.0 | | |
| SJH15- REF (reference) | 1 | 30 | 28 | 93.3 | 97.3 | 2.8 |
| | 2 | 30 | 30 | 100.0 | | |
| | 3 | 30 | 30 | 100.0 | | |
| | 4 | 30 | 29 | 96.7 | | |
| | 5 | 30 | 29 | 96.7 | | |
| SJH15-A-COMP [2] | 1 | 30 | 29 | 96.7 | 96.7 | 2.7 |
| | 2 | 30 | 28 | 93.3 | | |
| | 3 | 30 | 30 | 100.0 | | |
| | 4 | 30 | 29 | 96.7 | | |
| | 5A | 30 | 29 | 96.7 | | |
| | 5B | 30 | 30 | 100.0 | | |
| | 5C | 30 | 28 | 93.3 | | |
| SJH15-B-COMP | 1 | 30 | 30 | 100.0 | 96.0 | 4.3 |
| | 2 | 30 | 29 | 96.7 | | |
| | 3 | 30 | 30 | 100.0 | | |
| | 4 | 30 | 27 | 90.0 | | |
| | 5 | 30 | 28 | 93.3 | | |

[1] Control sediment originated from Discovery Bay, Washington; control water originated from the northern portion of Hood Canal (part of Puget Sound) at Port Gamble, Washington.

[2] Replicates 5A, 5B, and 5C of treatment SJH15-A-COMP were pooled to create a single replicate with additional tissue mass for QA/QC analysis.

Source: ENVIRON
Compiled by: ANAMAR Environmental Consulting, Inc.



**TABLE 19**
Survival Data for *Neanthes virens* (Bioaccumulation Test Initiated on March 24, 2015)

| Sample ID | Replicate | # of Organisms | | % Survival | Mean % Survival | Std. Dev. |
|---|---|---|---|---|---|---|
| | | Initial | Final | | | |
| Control [1] | 1 | 20 | 11 | 55 | 53.0 | 5.7 |
| | 2 | 20 | 11 | 55 | | |
| | 3 | 20 | 10 | 50 | | |
| | 4 | 20 | 12 | 60 | | |
| | 5 | 20 | 9 | 45 | | |
| SJH15- REF (reference) | 1 | 20 | 9 | 45 | 41.0 | 12.9 |
| | 2 | 20 | 7 | 35 | | |
| | 3 | 20 | 8 | 40 | | |
| | 4 | 20 | 12 | 60 | | |
| | 5 | 20 | 5 | 25 | | |
| SJH15-A-COMP | 1 | 20 | 13 | 65 | 53.0 | 14.4 |
| | 2 | 20 | 14 | 70 | | |
| | 3 | 20 | 9 | 45 | | |
| | 4 | 20 | 7 | 35 | | |
| | 5 | 20 | 10 | 50 | | |
| SJH15-B-COMP [2] | 1 | 20 | 19 | 95 | 63.6 | 17.5 |
| | 2 | 20 | 10 | 50 | | |
| | 3 | 20 | 15 | 75 | | |
| | 4 | 20 | 13 | 65 | | |
| | 5A | 20 | 10 | 50 | | |
| | 5B | 20 | 9 | 45 | | |
| | 5C | 20 | 13 | 65 | | |

[1] Control sediment originated from the Damariscotta River (Boothbay Harbor, Maine); control water originated from the northern portion of Hood Canal (part of Puget Sound) at Port Gamble, Washington.

[2] Replicates 5A, 5B, and 5C of treatment SJH15-B-COMP were pooled to create a single replicate with additional tissue mass for QA/QC analysis.

Source: ENVIRON
Compiled by: ANAMAR Environmental Consulting, Inc.



**TABLE 20**
Survival Data for *Neanthes virens* (Bioaccumulation Test Initiated on May 10, 2015)

| Sample ID | Replicate | # of Organisms | | % Survival | Mean % Survival | Std. Dev. |
|---|---|---|---|---|---|---|
| | | Initial | Final | | | |
| **Control** [1] | 1 | 20 | 20 | 100 | 96.0 | 5.5 |
| | 2 | 20 | 20 | 100 | | |
| | 3 | 20 | 18 | 90 | | |
| | 4 | 20 | 18 | 90 | | |
| | 5 | 20 | 20 | 100 | | |
| **SJH15- REF** [2] **(reference)** | 1 | 20 | 20 | 100 | 90.0 | 18.5 |
| | 2 | 21 | 21 | 100 | | |
| | 3 | 20 | 19 | 95 | | |
| | 4 | 20 | 20 | 100 | | |
| | 5A | 20 | 17 | 85 | | |
| | 5B | 20 | 20 | 100 | | |
| | 5C | 20 | 10 | 50 | | |
| **SJH15-A-COMP** | 1 | 20 | 20 | 100 | 99.0 | 2.2 |
| | 2 | 20 | 20 | 100 | | |
| | 3 | 20 | 19 | 95 | | |
| | 4 | 20 | 20 | 100 | | |
| | 5 | 20 | 20 | 100 | | |
| **SJH15-B-COMP** | 1 | 20 | 20 | 100 | 97.0 | 4.5 |
| | 2 | 20 | 20 | 100 | | |
| | 3 | 20 | 18 | 90 | | |
| | 4 | 20 | 20 | 100 | | |
| | 5A | 20 | 19 | 95 | | |

[1] Control sediment originated from the Damariscotta River (Boothbay Harbor, Maine); control water originated from the northern portion of Hood Canal (part of Puget Sound) at Port Gamble, Washington.

[2] Replicates 5A, 5B, and 5C of the reference treatment (SJH15-REF) were pooled to create a single replicate with additional tissue mass for QA/QC analysis.

Source: ENVIRON
Compiled by: ANAMAR Environmental Consulting, Inc.



**TABLE 21**

Analytical Results for Wet Weight Lipids and Total Solids in *Macoma nasuta* Tissues

| Analyte: | Total Solids | | Lipids | | |
|---|---|---|---|---|---|
| Sample-Replicate # | Result % | Qualifier | Result % | Qualifier | MRL |
| **SJH15-A-COMP Rep 1** | 17.4 | -- | | | |
| **SJH15-A-COMP Rep 2** | 15.6 | -- | | | |
| **SJH15-A-COMP Rep 3** | 18.0 | -- | | | |
| **SJH15-A-COMP Rep 4** | 18.2 | -- | | | |
| **SJH15-A-COMP Rep 5** | 17.6 | -- | | | |
| **SJH15-B-COMP Rep 1** | 18.2 | -- | | | |
| **SJH15-B-COMP Rep 2** | 18.0 | -- | | | |
| **SJH15-B-COMP Rep 3** | 15.9 | -- | | | |
| **SJH15-B-COMP Rep 4** | 16.4 | -- | | | |
| **SJH15-B-COMP Rep 5** | 18.0 | -- | | | |
| **SJH15-REF Rep 1** | 17.7 | -- | | | |
| **SJH15-REF Rep 2** | 16.0 | -- | | | |
| **SJH15-REF Rep 3** | 18.0 | -- | | | |
| **SJH15-REF Rep 4** | 17.4 | -- | | | |
| **SJH15-REF Rep 5** | 17.9 | -- | | | |
| **Pre-exposure Rep 1** | 17.0 | -- | 0.60 | -- | 0.0050 |
| **Pre-exposure Rep 2** | 18.0 | -- | 0.64 | -- | 0.0050 |
| **Pre-exposure Rep 3** | 18.0 | -- | 0.52 | -- | 0.0050 |

Source: ALS Environmental

Compiled by: ANAMAR Environmental Consulting, Inc.



**TABLE 22**
Analytical Results for Wet Weight Lipids and Total Solids in *Neanthes virens* Tissues

| Analyte: | Total Solids | | Lipids | | |
|---|---|---|---|---|---|
| Sample-Replicate # | Result % | Qualifier | Result % | Qualifier | MRL |
| SJH15-A-COMP Rep 1 | 17.1 | -- | | | |
| SJH15-A-COMP Rep 2 | 17.4 | -- | | | |
| SJH15-A-COMP Rep 3 | 17.0 | -- | | | |
| SJH15-A-COMP Rep 4 | 17.6 | -- | | | |
| SJH15-A-COMP Rep 5 | 16.9 | -- | | | |
| SJH15-B-COMP Rep 1 | 17.9 | -- | | | |
| SJH15-B-COMP Rep 2 | 17.3 | -- | | | |
| SJH15-B-COMP Rep 3 | 17.6 | -- | | | |
| SJH15-B-COMP Rep 4 | 16.8 | -- | | | |
| SJH15-B-COMP Rep 5 | 19.6 | -- | | | |
| SJH15-REF Rep 1 | 17.3 | -- | | | |
| SJH15-REF Rep 2 | 17.4 | -- | | | |
| SJH15-REF Rep 3 | 16.9 | -- | | | |
| SJH15-REF Rep 4 | 17.2 | -- | | | |
| SJH15-REF Rep 5 | 17.3 | -- | | | |
| Pre-exposure Rep 1 | 15.9 | -- | 1.3 | -- | 0.0050 |
| Pre-exposure Rep 2 | 16.3 | -- | 1.2 | -- | 0.0050 |
| Pre-exposure Rep 3 | 15.7 | -- | 1.0 | -- | 0.0050 |

Source: ALS Environmental
Compiled by: ANAMAR Environmental Consulting, Inc.



**TABLE 23**
Analytical Results for Wet Weight Metals in *Macoma nasuta* Tissues

| Analyte: | Arsenic | | | | Cadmium | | | | Chromium | | | | Copper | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Sample-Replicate # | Result mg/kg | Qualifier | MDL | MRL | Result mg/kg | Qualifier | MDL | MRL | Result mg/kg | Qualifier | MDL | MRL | Result mg/kg | Qualifier | MDL | MRL |
| **SJH15-A-COMP Rep 1** | 4.920 | -- | 0.003 | 0.086 | 0.0450 | -- | 0.0007 | 0.0034 | 1.12 | -- | 0.003 | 0.034 | 3.440 | -- | 0.003 | 0.017 |
| **SJH15-A-COMP Rep 2** | 3.940 | -- | 0.003 | 0.077 | 0.0375 | -- | 0.0006 | 0.0031 | 0.984 | -- | 0.003 | 0.031 | 2.740 | -- | 0.003 | 0.015 |
| **SJH15-A-COMP Rep 3** | 5.020 | -- | 0.003 | 0.087 | 0.0402 | -- | 0.0007 | 0.0035 | 0.949 | -- | 0.003 | 0.035 | 3.540 | -- | 0.003 | 0.017 |
| **SJH15-A-COMP Rep 4** | 4.600 | -- | 0.004 | 0.090 | 0.0508 | -- | 0.0007 | 0.0036 | 0.643 | -- | 0.004 | 0.036 | 3.200 | -- | 0.004 | 0.018 |
| **SJH15-A-COMP Rep 5** | 4.597 | -- | 0.003 | 0.080 | 0.0452 | -- | 0.0006 | 0.0032 | 0.979 | -- | 0.003 | 0.032 | 3.265 | -- | 0.003 | 0.016 |
| **SJH15-A-COMP Mean** | 4.615 | | | | 0.044 | | | | 0.935 | | | | 3.237 | | | |
| **% of Reference Tissue** | 99 | | | | 109 | | | | 61 | | | | 80 | | | |
| **SJH15-B-COMP Rep 1** | 4.890 | -- | 0.004 | 0.088 | 0.0496 | -- | 0.0007 | 0.0035 | 1.23 | -- | 0.004 | 0.035 | 3.260 | -- | 0.004 | 0.018 |
| **SJH15-B-COMP Rep 2** | 4.440 | -- | 0.003 | 0.081 | 0.0390 | -- | 0.0007 | 0.0033 | 0.693 | -- | 0.003 | 0.033 | 2.890 | -- | 0.003 | 0.016 |
| **SJH15-B-COMP Rep 3** | 4.290 | -- | 0.003 | 0.077 | 0.0339 | -- | 0.0006 | 0.0031 | 0.511 | -- | 0.003 | 0.031 | 2.730 | -- | 0.003 | 0.015 |
| **SJH15-B-COMP Rep 4** | 3.710 | -- | 0.003 | 0.080 | 0.0432 | -- | 0.0006 | 0.0032 | 1.04 | -- | 0.003 | 0.032 | 3.690 | -- | 0.003 | 0.016 |
| **SJH15-B-COMP Rep 5** | 4.700 | -- | 0.003 | 0.087 | 0.0411 | -- | 0.0007 | 0.0035 | 0.681 | -- | 0.003 | 0.035 | 3.220 | -- | 0.003 | 0.017 |
| **SJH15-B-COMP Mean** | 4.406 | | | | 0.041 | | | | 0.831 | | | | 3.158 | | | |
| **% of Reference Tissue** | 95 | | | | 103 | | | | 54 | | | | 78 | | | |
| **SJH15-REF Rep 1** | 4.500 | -- | 0.003 | 0.087 | 0.0376 | -- | 0.0007 | 0.0035 | 2.11 | -- | 0.003 | 0.035 | 4.120 | -- | 0.003 | 0.017 |
| **SJH15-REF Rep 2** | 3.870 | -- | 0.003 | 0.074 | 0.0363 | -- | 0.0006 | 0.0030 | 1.52 | -- | 0.003 | 0.030 | 3.330 | -- | 0.003 | 0.015 |
| **SJH15-REF Rep 3** | 5.080 | -- | 0.003 | 0.082 | 0.0373 | -- | 0.0007 | 0.0033 | 1.44 | -- | 0.003 | 0.033 | 4.090 | -- | 0.003 | 0.016 |
| **SJH15-REF Rep 4** | 5.130 | -- | 0.003 | 0.074 | 0.0460 | -- | 0.0006 | 0.0030 | 1.57 | -- | 0.003 | 0.030 | 4.690 | -- | 0.003 | 0.015 |
| **SJH15-REF Rep 5** | 4.660 | -- | 0.003 | 0.087 | 0.0429 | -- | 0.0007 | 0.0035 | 1.06 | -- | 0.003 | 0.035 | 4.050 | -- | 0.003 | 0.017 |
| **SJH15-REF Mean** | 4.648 | | | | 0.0400 | | | | 1.540 | | | | 4.056 | | | |
| **Pre-exposure Rep 1** | 3.980 | -- | 0.003 | 0.077 | 0.0503 | -- | 0.0006 | 0.0031 | 0.452 | -- | 0.003 | 0.031 | 3.400 | -- | 0.003 | 0.015 |
| **Pre-exposure Rep 2** | 4.790 | -- | 0.004 | 0.089 | 0.0521 | -- | 0.0007 | 0.0036 | 0.555 | -- | 0.004 | 0.036 | 2.880 | -- | 0.004 | 0.018 |
| **Pre-exposure Rep 3** | 4.530 | -- | 0.004 | 0.089 | 0.0445 | -- | 0.0007 | 0.0036 | 0.648 | -- | 0.004 | 0.036 | 3.190 | -- | 0.004 | 0.018 |
| **Pre-exposure Mean** | 4.433 | | | | 0.049 | | | | 0.552 | | | | 3.157 | | | |
| **FDA Action Level** | 86 | | | | 4 | | | | 13 | | | | x | | | |

USACE_006856



**TABLE 23**
Analytical Results for Wet Weight Metals in *Macoma nasuta* Tissues

| Analyte: | Lead | | | | Mercury | | | | Nickel | | | | Silver | | | | Zinc | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Sample-Replicate # | Result mg/kg | Qualifier | MDL | MRL | Result mg/kg | Qualifier | MDL | MRL | Result mg/kg | Qualifier | MDL | MRL | Result mg/kg | Qualifier | MDL | MRL | Result mg/kg | Qualifier | MDL | MRL |
| **SJH15-A-COMP Rep 1** | 0.356 | -- | 0.00009 | 0.0035 | 0.0199 | -- | 0.0007 | 0.0069 | 0.787 | -- | 0.003 | 0.034 | 0.0442 | -- | 0.0010 | 0.0034 | 19.0 | -- | 0.010 | 0.087 |
| **SJH15-A-COMP Rep 2** | 0.362 | -- | 0.00008 | 0.0031 | 0.0206 | -- | 0.0006 | 0.0062 | 0.739 | -- | 0.003 | 0.031 | 0.0305 | -- | 0.0009 | 0.0031 | 17.7 | -- | 0.009 | 0.074 |
| **SJH15-A-COMP Rep 3** | 0.437 | -- | 0.00009 | 0.0035 | 0.0248 | -- | 0.0007 | 0.0072 | 0.742 | -- | 0.003 | 0.035 | 0.0382 | -- | 0.0010 | 0.0035 | 19.3 | -- | 0.010 | 0.082 |
| **SJH15-A-COMP Rep 4** | 0.377 | -- | 0.00009 | 0.0036 | 0.0204 | -- | 0.0007 | 0.0073 | 0.630 | -- | 0.004 | 0.036 | 0.0410 | -- | 0.0011 | 0.0036 | 19.8 | -- | 0.009 | 0.074 |
| **SJH15-A-COMP Rep 5** | 0.4728 | -- | 0.00008 | 0.0032 | 0.0224 | -- | 0.0007 | 0.0070 | 0.778 | -- | 0.003 | 0.032 | 0.0388 | -- | 0.0010 | 0.0032 | 20.6 | -- | 0.010 | 0.087 |
| **SJH15-A-COMP Mean** | **0.401** | | | | **0.022** | | | | 0.735 | | | | 0.039 | | | | 19.3 | | | |
| **% of Reference Tissue** | 166 | | | | 116 | | | | 74 | | | | 114 | | | | 100 | | | |
| **SJH15-B-COMP Rep 1** | 0.368 | -- | 0.00009 | 0.0035 | 0.0203 | -- | 0.0007 | 0.0073 | 0.911 | -- | 0.004 | 0.035 | 0.0300 | -- | 0.0011 | 0.0035 | 20.9 | -- | 0.010 | 0.086 |
| **SJH15-B-COMP Rep 2** | 0.348 | -- | 0.00008 | 0.0033 | 0.0151 | -- | 0.0007 | 0.0072 | 0.675 | -- | 0.003 | 0.033 | 0.0345 | -- | 0.0010 | 0.0033 | 17.8 | -- | 0.009 | 0.077 |
| **SJH15-B-COMP Rep 3** | 0.282 | -- | 0.00008 | 0.0031 | 0.0168 | -- | 0.0006 | 0.0063 | 0.522 | -- | 0.003 | 0.031 | 0.0328 | -- | 0.0009 | 0.0031 | 22.3 | -- | 0.010 | 0.087 |
| **SJH15-B-COMP Rep 4** | 0.304 | -- | 0.00008 | 0.0032 | 0.0164 | -- | 0.0007 | 0.0066 | 0.690 | -- | 0.003 | 0.032 | 0.0367 | -- | 0.0010 | 0.0032 | 21.6 | -- | 0.011 | 0.090 |
| **SJH15-B-COMP Rep 5** | 0.343 | -- | 0.00009 | 0.0035 | 0.0154 | -- | 0.0007 | 0.0071 | 0.607 | -- | 0.003 | 0.035 | 0.0338 | -- | 0.0010 | 0.0035 | 21.0 | -- | 0.010 | 0.080 |
| **SJH15-B-COMP Mean** | **0.329** | | | | 0.017 | | | | 0.681 | | | | 0.034 | | | | 20.7 | | | |
| **% of Reference Tissue** | 136 | | | | 90 | | | | 69 | | | | 100 | | | | 107 | | | |
| **SJH15-REF Rep 1** | 0.242 | -- | 0.00009 | 0.0035 | 0.0198 | -- | 0.0007 | 0.0071 | 1.2 | -- | 0.003 | 0.035 | 0.0333 | -- | 0.0010 | 0.0035 | 21.8 | -- | 0.011 | 0.088 |
| **SJH15-REF Rep 2** | 0.232 | -- | 0.00007 | 0.0030 | 0.0160 | -- | 0.0006 | 0.0064 | 0.934 | -- | 0.003 | 0.030 | 0.0249 | -- | 0.0009 | 0.0030 | 19.2 | -- | 0.010 | 0.081 |
| **SJH15-REF Rep 3** | 0.230 | -- | 0.00008 | 0.0033 | 0.0179 | -- | 0.0007 | 0.0072 | 0.948 | -- | 0.003 | 0.033 | 0.0325 | -- | 0.0010 | 0.0033 | 16.8 | -- | 0.009 | 0.077 |
| **SJH15-REF Rep 4** | 0.261 | -- | 0.00007 | 0.0030 | 0.0188 | -- | 0.0007 | 0.0070 | 1.1 | -- | 0.003 | 0.030 | 0.0413 | -- | 0.0009 | 0.0030 | 18.9 | -- | 0.010 | 0.080 |
| **SJH15-REF Rep 5** | 0.246 | -- | 0.00009 | 0.0035 | 0.0204 | -- | 0.0007 | 0.0072 | 0.774 | -- | 0.003 | 0.035 | 0.0366 | -- | 0.0010 | 0.0035 | 20.0 | -- | 0.010 | 0.087 |
| **SJH15-REF Mean** | 0.242 | | | | 0.0186 | | | | 0.991 | | | | 0.034 | | | | 19.3 | | | |
| **Pre-exposure Rep 1** | 0.115 | -- | 0.00008 | 0.0031 | 0.0129 | -- | 0.0007 | 0.0068 | 0.609 | -- | 0.003 | 0.031 | 0.0283 | -- | 0.0009 | 0.0031 | 20.2 | -- | 0.009 | 0.077 |
| **Pre-exposure Rep 2** | 0.129 | -- | 0.00009 | 0.0036 | 0.0128 | -- | 0.0007 | 0.0071 | 0.737 | -- | 0.004 | 0.036 | 0.0301 | -- | 0.0011 | 0.0036 | 19.0 | -- | 0.011 | 0.089 |
| **Pre-exposure Rep 3** | 0.110 | -- | 0.00009 | 0.0036 | 0.0156 | -- | 0.0007 | 0.0071 | 0.666 | -- | 0.004 | 0.036 | 0.0278 | -- | 0.0011 | 0.0036 | 17.3 | -- | 0.011 | 0.089 |
| **Pre-exposure Mean** | 0.118 | | | | 0.0138 | | | | 0.671 | | | | 0.029 | | | | 18.8 | | | |
| **FDA Action Level** | 1.7 | | | | 1 | | | | 80 | | | | x | | | | x | | | |

Data qualifiers and acronyms are defined at the front of the tables section.
**Results in bold** are statistically significantly greater than that of the reference tissue.
Sources: Results from ALS Environmental; FDA action levels from FDA (2001, 2011)
Compiled by: ANAMAR Environmental Consulting, Inc.



**TABLE 24**
Analytical Results for Wet Weight Metals in *Neanthes virens* Tissues

| Analyte: | Arsenic | | | | Cadmium | | | | Chromium | | | | Copper | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Sample-Replicate # | Result mg/kg | Qualifier | MDL | MRL | Result mg/kg | Qualifier | MDL | MRL | Result mg/kg | Qualifier | MDL | MRL | Result mg/kg | Qualifier | MDL | MRL |
| **SJH15-A-COMP Rep 1** | 2.480 | -- | 0.003 | 0.081 | 0.0428 | -- | 0.0007 | 0.0033 | 0.081 | -- | 0.003 | 0.033 | 3.000 | -- | 0.003 | 0.016 |
| **SJH15-A-COMP Rep 2** | 2.710 | -- | 0.003 | 0.074 | 0.0432 | -- | 0.0006 | 0.0030 | 0.090 | -- | 0.003 | 0.030 | 3.380 | -- | 0.003 | 0.015 |
| **SJH15-A-COMP Rep 3** | 2.440 | -- | 0.003 | 0.084 | 0.0408 | -- | 0.0007 | 0.0034 | 0.095 | -- | 0.003 | 0.034 | 2.530 | -- | 0.003 | 0.017 |
| **SJH15-A-COMP Rep 4** | 2.740 | -- | 0.003 | 0.084 | 0.0411 | -- | 0.0007 | 0.0034 | 0.077 | -- | 0.003 | 0.034 | 3.050 | -- | 0.003 | 0.017 |
| **SJH15-A-COMP Rep 5** | 2.740 | -- | 0.003 | 0.083 | 0.0435 | -- | 0.0007 | 0.0033 | 0.096 | -- | 0.003 | 0.033 | 2.380 | -- | 0.003 | 0.017 |
| **SJH15-A-COMP Mean** | 2.622 | | | | 0.0423 | | | | 0.088 | | | | 2.868 | | | |
| **% of Reference Tissue** | 95 | | | | 101 | | | | 94 | | | | 91 | | | |
| **SJH15-B-COMP Rep 1** | 2.590 | -- | 0.003 | 0.079 | 0.0414 | -- | 0.0006 | 0.0032 | 0.103 | -- | 0.003 | 0.032 | 2.560 | -- | 0.003 | 0.016 |
| **SJH15-B-COMP Rep 2** | 2.360 | -- | 0.003 | 0.079 | 0.0450 | -- | 0.0006 | 0.0032 | 0.099 | -- | 0.003 | 0.032 | 2.850 | -- | 0.003 | 0.016 |
| **SJH15-B-COMP Rep 3** | 2.230 | -- | 0.003 | 0.075 | 0.0406 | -- | 0.0006 | 0.0030 | 0.061 | -- | 0.003 | 0.030 | 2.740 | -- | 0.003 | 0.015 |
| **SJH15-B-COMP Rep 4** | 2.140 | -- | 0.003 | 0.080 | 0.0384 | -- | 0.0006 | 0.0032 | 0.066 | -- | 0.003 | 0.032 | 1.830 | -- | 0.003 | 0.016 |
| **SJH15-B-COMP Rep 5** | 2.690 | -- | 0.004 | 0.098 | 0.0487 | -- | 0.0008 | 0.0039 | 0.098 | -- | 0.004 | 0.039 | 2.430 | -- | 0.004 | 0.020 |
| **SJH15-B-COMP Mean** | 2.402 | | | | 0.0428 | | | | 0.085 | | | | 2.482 | | | |
| **% of Reference Tissue** | 87 | | | | 102 | | | | 91 | | | | 79 | | | |
| **SJH15-REF Rep 1** | 2.580 | -- | 0.003 | 0.085 | 0.0442 | -- | 0.0007 | 0.0034 | 0.111 | -- | 0.003 | 0.034 | 2.760 | -- | 0.003 | 0.017 |
| **SJH15-REF Rep 2** | 2.860 | -- | 0.003 | 0.087 | 0.0464 | -- | 0.0007 | 0.0035 | 0.108 | -- | 0.003 | 0.035 | 2.090 | -- | 0.003 | 0.017 |
| **SJH15-REF Rep 3** | 3.020 | -- | 0.003 | 0.084 | 0.0428 | -- | 0.0007 | 0.0034 | 0.094 | -- | 0.003 | 0.034 | 3.240 | -- | 0.003 | 0.017 |
| **SJH15-REF Rep 4** | 2.780 | -- | 0.003 | 0.071 | 0.0392 | -- | 0.0006 | 0.0028 | 0.101 | -- | 0.003 | 0.028 | 2.790 | -- | 0.003 | 0.014 |
| **SJH15-REF Rep 5** | 2.589 | -- | 0.003 | 0.082 | 0.0370 | -- | 0.0007 | 0.0033 | 0.053 | -- | 0.003 | 0.033 | 4.843 | -- | 0.003 | 0.016 |
| **SJH15-REF Mean** | 2.766 | | | | 0.042 | | | | 0.093 | | | | 3.145 | | | |
| **Pre-exposure Rep 1** | 2.290 | -- | 0.003 | 0.077 | 0.0306 | -- | 0.0006 | 0.0031 | 0.304 | -- | 0.003 | 0.031 | 5.820 | -- | 0.003 | 0.015 |
| **Pre-exposure Rep 2** | 2.730 | -- | 0.003 | 0.080 | 0.0260 | -- | 0.0006 | 0.0032 | 0.160 | -- | 0.003 | 0.032 | 5.350 | -- | 0.003 | 0.016 |
| **Pre-exposure Rep 3** | 2.540 | -- | 0.003 | 0.070 | 0.0257 | -- | 0.0006 | 0.0028 | 0.166 | -- | 0.003 | 0.028 | 5.450 | -- | 0.003 | 0.014 |
| **Pre-exposure Mean** | 2.520 | | | | 0.027 | | | | 0.210 | | | | 5.540 | | | |
| **FDA Action Level** | 76 | | | | 3 | | | | 12 | | | | x | | | |



**TABLE 24**
Analytical Results for Wet Weight Metals in *Neanthes virens* Tissues

| Analyte: | Lead | | | | Mercury | | | | Nickel | | | | Silver | | | | Zinc | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Sample-Replicate # | Result mg/kg | Qualifier | MDL | MRL | Result mg/kg | Qualifier | MDL | MRL | Result mg/kg | Qualifier | MDL | MRL | Result mg/kg | Qualifier | MDL | MRL | Result mg/kg | Qualifier | MDL | MRL |
| **SJH15-A-COMP Rep 1** | 0.0871 | -- | 0.00008 | 0.0033 | 0.0399 | -- | 0.0007 | 0.0068 | 0.121 | -- | 0.003 | 0.033 | 0.0128 | -- | 0.0010 | 0.0033 | 10.4 | N* | 0.010 | 0.081 |
| **SJH15-A-COMP Rep 2** | 0.0861 | -- | 0.00007 | 0.0030 | 0.0383 | -- | 0.0007 | 0.0069 | 0.108 | -- | 0.003 | 0.030 | 0.0175 | -- | 0.0009 | 0.0030 | 29.5 | N* | 0.009 | 0.074 |
| **SJH15-A-COMP Rep 3** | 0.0909 | -- | 0.00008 | 0.0034 | 0.0364 | -- | 0.0007 | 0.0067 | 0.136 | -- | 0.003 | 0.034 | 0.0135 | -- | 0.0010 | 0.0034 | 17.0 | N* | 0.010 | 0.084 |
| **SJH15-A-COMP Rep 4** | 0.0868 | -- | 0.00008 | 0.0034 | 0.0376 | -- | 0.0007 | 0.0070 | 0.117 | -- | 0.003 | 0.034 | 0.0144 | -- | 0.0010 | 0.0034 | 19.2 | N* | 0.010 | 0.084 |
| **SJH15-A-COMP Rep 5** | 0.0943 | -- | 0.00008 | 0.0033 | 0.0350 | -- | 0.0007 | 0.0067 | 0.122 | -- | 0.003 | 0.033 | 0.0105 | -- | 0.0010 | 0.0033 | 26.6 | N* | 0.010 | 0.083 |
| **SJH15-A-COMP Mean** | **0.0890** | | | | **0.0374** | | | | 0.121 | | | | <u>**0.0137**</u> | | | | 20.5 | | | |
| **% of Reference Tissue** | 130 | | | | 107 | | | | 98 | | | | 225 | | | | 80 | | | |
| **SJH15-B-COMP Rep 1** | 0.0763 | -- | 0.00008 | 0.0032 | 0.0354 | -- | 0.0007 | 0.0072 | 0.142 | -- | 0.003 | 0.032 | 0.0148 | -- | 0.0009 | 0.0032 | 16.3 | N* | 0.009 | 0.079 |
| **SJH15-B-COMP Rep 2** | 0.0839 | -- | 0.00008 | 0.0032 | 0.0349 | -- | 0.0007 | 0.0069 | 0.133 | -- | 0.003 | 0.032 | 0.0213 | -- | 0.0009 | 0.0032 | 13.2 | N* | 0.009 | 0.079 |
| **SJH15-B-COMP Rep 3** | 0.0776 | -- | 0.00007 | 0.0030 | 0.0363 | -- | 0.0007 | 0.0070 | 0.092 | -- | 0.003 | 0.030 | 0.0282 | -- | 0.0009 | 0.0030 | 15.1 | N* | 0.009 | 0.075 |
| **SJH15-B-COMP Rep 4** | 0.0794 | -- | 0.00008 | 0.0032 | 0.0349 | -- | 0.0007 | 0.0067 | 0.109 | -- | 0.003 | 0.032 | 0.0167 | -- | 0.0010 | 0.0032 | 37.1 | N* | 0.010 | 0.080 |
| **SJH15-B-COMP Rep 5** | 0.0905 | -- | 0.00010 | 0.0039 | 0.0360 | -- | 0.0008 | 0.0078 | 0.150 | -- | 0.004 | 0.039 | 0.0181 | -- | 0.0012 | 0.0039 | 28.0 | N* | 0.012 | 0.098 |
| **SJH15-B-COMP Mean** | **0.0815** | | | | 0.0355 | | | | 0.125 | | | | <u>**0.0198**</u> | | | | 21.9 | | | |
| **% of Reference Tissue** | 119 | | | | 102 | | | | 101 | | | | 325 | | | | 85 | | | |
| **SJH15-REF Rep 1** | 0.0708 | -- | 0.00008 | 0.0034 | 0.0345 | -- | 0.0007 | 0.0069 | 0.133 | -- | 0.003 | 0.034 | 0.0054 | -- | 0.0010 | 0.0034 | 32.2 | N* | 0.010 | 0.085 |
| **SJH15-REF Rep 2** | 0.0667 | -- | 0.00009 | 0.0035 | 0.0334 | -- | 0.0007 | 0.0070 | 0.133 | -- | 0.003 | 0.035 | 0.0042 | -- | 0.0010 | 0.0035 | 18.3 | N* | 0.010 | 0.087 |
| **SJH15-REF Rep 3** | 0.0654 | -- | 0.00008 | 0.0034 | 0.0361 | -- | 0.0007 | 0.0067 | 0.126 | -- | 0.003 | 0.034 | 0.0068 | -- | 0.0010 | 0.0034 | 45.4 | N* | 0.010 | 0.084 |
| **SJH15-REF Rep 4** | 0.0707 | -- | 0.00007 | 0.0028 | 0.0377 | -- | 0.0007 | 0.0069 | 0.140 | -- | 0.003 | 0.028 | 0.0046 | -- | 0.0009 | 0.0028 | 13.3 | N* | 0.009 | 0.071 |
| **SJH15-REF Rep 5** | 0.0691 | -- | 0.00008 | 0.0033 | 0.0329 | -- | 0.0007 | 0.0069 | 0.087 | -- | 0.003 | 0.033 | 0.0095 | -- | 0.0010 | 0.0033 | 19.5 | N* | 0.010 | 0.082 |
| **SJH15-REF Mean** | 0.0685 | | | | 0.0349 | | | | 0.124 | | | | 0.0061 | | | | 25.7 | | | |
| **Pre-exposure Rep 1** | 0.147 | -- | 0.00008 | 0.0031 | 0.0228 | -- | 0.0006 | 0.0063 | 0.248 | -- | 0.003 | 0.031 | 0.0217 | -- | 0.0009 | 0.0031 | 12.3 | N* | 0.009 | 0.077 |
| **Pre-exposure Rep 2** | 0.132 | -- | 0.00008 | 0.0032 | 0.0166 | -- | 0.0006 | 0.0065 | 0.190 | -- | 0.003 | 0.032 | 0.0181 | -- | 0.0010 | 0.0032 | 11.7 | N* | 0.010 | 0.080 |
| **Pre-exposure Rep 3** | 0.145 | -- | 0.00007 | 0.0028 | 0.0166 | -- | 0.0006 | 0.0063 | 0.208 | -- | 0.003 | 0.028 | 0.0202 | -- | 0.0008 | 0.0028 | 11.0 | N* | 0.008 | 0.070 |
| **Pre-exposure Mean** | 0.141 | | | | 0.0187 | | | | 0.215 | | | | 0.0200 | | | | 11.7 | | | |
| **FDA Action Level** | 1.5 | | | | 1 | | | | 70 | | | | x | | | | x | | | |

Data qualifiers and acronyms are defined at the front of the tables section.
**Results in bold** are statistically significantly greater than that of the reference tissue.
<u>**Underlined and bolded results**</u> are at least twice the concentration of, and statistically significantly exceed, that of the reference tissue. See Subsection 2.3.3. of the RGM (USEPA and USACE 1992) for more information.

Sources: Results from ALS Environmental; FDA action levels from FDA (2001, 2011)
Compiled by: ANAMAR Environmental Consulting, Inc.

ANAMAR Environmental Consulting, Inc.

**TABLE 25**
Analytical Results for Wet Weight Pesticides in *Macoma nasuta* Tissues

| | | | | | Chlordane & Derivatives | | | | | | | | DDT & Derivatives | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Analyte:** | **Aldrin** | | | | **α (cis)-Chlordane** | | | | **Trans-Nonachlor** | | | | ***o,p*' 2,4'-DDD** | | | | ***p,p*' 4,4'-DDD** | | | |
| **Sample-Replicate #** | **Result µg/kg** | **Qualifier** | **MDL** | **MRL** | **Result µg/kg** | **Qualifier** | **MDL** | **MRL** | **Result µg/kg** | **Qualifier** | **MDL** | **MRL** | **Result µg/kg** | **Qualifier** | **MDL** | **MRL** | **Result µg/kg** | **Qualifier** | **MDL** | **MRL** |
| **SJH15-A-COMP Rep 1** | ND | U | 0.74 | 1.0 | ND | U | 0.25 | 1.0 | ND | U | 0.27 | 1.0 | ND | U | 0.73 | 1.0 | ND | U | 0.55 | 1.0 |
| **SJH15-A-COMP Rep 2** | ND | U | 0.74 | 1.0 | ND | Ui | 0.55 | 1.0 | ND | U | 0.27 | 1.0 | ND | U | 0.73 | 1.0 | ND | U | 0.55 | 1.0 |
| **SJH15-A-COMP Rep 3** | ND | U | 0.74 | 1.0 | ND | U | 0.25 | 1.0 | ND | U | 0.27 | 1.0 | ND | U | 0.73 | 1.0 | ND | U | 0.55 | 1.0 |
| **SJH15-A-COMP Rep 4** | ND | U | 0.74 | 1.0 | ND | U | 0.25 | 1.0 | ND | U | 0.27 | 1.0 | ND | U | 0.73 | 1.0 | ND | U | 0.55 | 1.0 |
| **SJH15-A-COMP Rep 5** | ND | U | 0.74 | 1.0 | ND | U | 0.25 | 1.0 | ND | U | 0.27 | 1.0 | ND | U | 0.73 | 1.0 | ND | U | 0.55 | 1.0 |
| **SJH15-A-COMP Mean** | 0.74 | | | | 0.31 | | | | 0.27 | | | | 0.73 | | | | 0.55 | | | |
| **% of Reference Tissue** | 100 | | | | 124 | | | | 100 | | | | 100 | | | | 100 | | | |
| **SJH15-B-COMP Rep 1** | ND | U | 0.74 | 1.0 | ND | Ui | 0.28 | 1.0 | ND | Ui | 0.60 | 1.0 | ND | Ui | 0.91 | 1.0 | ND | U | 0.55 | 1.0 |
| **SJH15-B-COMP Rep 2** | ND | U | 0.74 | 1.0 | ND | U | 0.25 | 1.0 | ND | Ui | 0.45 | 1.0 | ND | Ui | 0.78 | 1.0 | ND | U | 0.55 | 1.0 |
| **SJH15-B-COMP Rep 3** | ND | U | 0.74 | 1.0 | ND | U | 0.25 | 1.0 | ND | Ui | 0.34 | 1.0 | ND | U | 0.73 | 1.0 | ND | U | 0.55 | 1.0 |
| **SJH15-B-COMP Rep 4** | ND | U | 0.74 | 1.0 | ND | Ui | 0.68 | 1.0 | ND | U | 0.27 | 1.0 | ND | Ui | 0.77 | 1.0 | ND | U | 0.55 | 1.0 |
| **SJH15-B-COMP Rep 5** | ND | U | 0.74 | 1.0 | ND | U | 0.25 | 1.0 | ND | Ui | 0.32 | 1.0 | ND | Ui | 0.93 | 1.0 | ND | U | 0.55 | 1.0 |
| **SJH15-B-COMP Mean** | 0.74 | | | | 0.34 | | | | **0.40** | | | | **0.82** | | | | 0.55 | | | |
| **% of Reference Tissue** | 100 | | | | 137 | | | | 147 | | | | 113 | | | | 100 | | | |
| **SJH15-REF Rep 1** | ND | U | 0.74 | 1.0 | ND | U | 0.25 | 1.0 | ND | U | 0.27 | 1.0 | ND | U | 0.73 | 1.0 | ND | U | 0.55 | 1.0 |
| **SJH15-REF Rep 2** | ND | U | 0.74 | 1.0 | ND | U | 0.25 | 1.0 | ND | U | 0.27 | 1.0 | ND | U | 0.73 | 1.0 | ND | U | 0.55 | 1.0 |
| **SJH15-REF Rep 3** | ND | U | 0.74 | 1.0 | ND | U | 0.25 | 1.0 | ND | U | 0.27 | 1.0 | ND | U | 0.73 | 1.0 | ND | U | 0.55 | 1.0 |
| **SJH15-REF Rep 4** | ND | U | 0.74 | 1.0 | ND | U | 0.25 | 1.0 | ND | U | 0.27 | 1.0 | ND | U | 0.73 | 1.0 | ND | U | 0.55 | 1.0 |
| **SJH15-REF Rep 5** | ND | U | 0.74 | 1.0 | ND | U | 0.25 | 1.0 | ND | U | 0.27 | 1.0 | ND | U | 0.73 | 1.0 | ND | U | 0.55 | 1.0 |
| **SJH15-REF Mean** | 0.74 | | | | 0.25 | | | | 0.27 | | | | 0.73 | | | | 0.55 | | | |
| **Pre-exposure Rep 1** | ND | U | 0.74 | 1.0 | ND | U | 0.25 | 1.0 | ND | U | 0.27 | 1.0 | ND | U | 0.73 | 1.0 | ND | U | 0.55 | 1.0 |
| **Pre-exposure Rep 2** | ND | U | 0.74 | 1.0 | ND | U | 0.25 | 1.0 | ND | U | 0.27 | 1.0 | ND | U | 0.73 | 1.0 | ND | U | 0.55 | 1.0 |
| **Pre-exposure Rep 3** | ND | U | 0.74 | 1.0 | ND | U | 0.25 | 1.0 | ND | U | 0.27 | 1.0 | ND | U | 0.73 | 1.0 | ND | U | 0.55 | 1.0 |
| **Pre-exposure Mean** | 0.74 | | | | 0.25 | | | | 0.27 | | | | 0.73 | | | | 0.55 | | | |
| **FDA Action Level** | 300 | | | | 300 | | | | 300 | | | | x | | | | x | | | |

USACE_006860

ANAMAR Environmental Consulting, Inc.

**TABLE 25**
Analytical Results for Wet Weight Pesticides in *Macoma nasuta* Tissues

| | DDT & Derivatives | | | | | | | | | | | | | | | | Dieldrin | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Analyte:** | ***o,p*' 2,4'-DDE** | | | | ***p,p*' 4,4'-DDE** | | | | ***o,p*' 2,4'-DDT** | | | | ***p,p*' 4,4'-DDT** | | | | | | | |
| **Sample-Replicate #** | **Result µg/kg** | **Qualifier** | **MDL** | **MRL** | **Result µg/kg** | **Qualifier** | **MDL** | **MRL** | **Result µg/kg** | **Qualifier** | **MDL** | **MRL** | **Result µg/kg** | **Qualifier** | **MDL** | **MRL** | **Result µg/kg** | **Qualifier** | **MDL** | **MRL** |
| **SJH15-A-COMP Rep 1** | ND | U | 0.37 | 1.0 | 0.87 | J | 0.45 | 1.0 | ND | Ui | 0.35 | 1.0 | ND | U | 0.49 | 1.0 | ND | U | 0.20 | 1.0 |
| **SJH15-A-COMP Rep 2** | ND | U | 0.37 | 1.0 | 0.83 | J | 0.45 | 1.0 | ND | Ui | 0.37 | 1.0 | ND | U | 0.49 | 1.0 | ND | U | 0.20 | 1.0 |
| **SJH15-A-COMP Rep 3** | ND | U | 0.37 | 1.0 | 1.1 | -- | 0.45 | 1.0 | ND | U | 0.16 | 1.0 | ND | U | 0.49 | 1.0 | ND | U | 0.20 | 1.0 |
| **SJH15-A-COMP Rep 4** | ND | U | 0.37 | 1.0 | 0.88 | J | 0.45 | 1.0 | ND | U | 0.16 | 1.0 | ND | U | 0.49 | 1.0 | ND | U | 0.20 | 1.0 |
| **SJH15-A-COMP Rep 5** | ND | U | 0.37 | 1.0 | 1.0 | -- | 0.45 | 1.0 | ND | U | 0.16 | 1.0 | ND | Ui | 0.57 | 1.0 | ND | U | 0.20 | 1.0 |
| **SJH15-A-COMP Mean** | 0.37 | | | | **0.94** | | | | 0.24 | | | | 0.51 | | | | 0.20 | | | |
| **% of Reference Tissue** | 100 | | | | 203 | | | | 108 | | | | 103 | | | | 100 | | | |
| **SJH15-B-COMP Rep 1** | ND | U | 0.37 | 1.0 | 0.79 | JP | 0.45 | 1.0 | ND | Ui | 0.91 | 1.0 | ND | U | 0.49 | 1.0 | ND | Ui | 0.36 | 1.0 |
| **SJH15-B-COMP Rep 2** | ND | U | 0.37 | 1.0 | 0.65 | JP | 0.45 | 1.0 | ND | Ui | 0.79 | 1.0 | ND | U | 0.49 | 1.0 | ND | U | 0.20 | 1.0 |
| **SJH15-B-COMP Rep 3** | ND | U | 0.37 | 1.0 | 0.62 | JP | 0.45 | 1.0 | ND | Ui | 0.76 | 1.0 | ND | Ui | 1.5 | 1.5 | ND | U | 0.20 | 1.0 |
| **SJH15-B-COMP Rep 4** | ND | U | 0.37 | 1.0 | 0.72 | JP | 0.45 | 1.0 | ND | Ui | 0.77 | 1.0 | ND | Ui | 1.6 | 1.6 | ND | U | 0.20 | 1.0 |
| **SJH15-B-COMP Rep 5** | ND | U | 0.37 | 1.0 | 0.69 | JP | 0.45 | 1.0 | ND | Ui | 0.94 | 1.0 | ND | Ui | 1.8 | 1.8 | ND | U | 0.20 | 1.0 |
| **SJH15-B-COMP Mean** | 0.37 | | | | **0.69** | | | | **0.83** | | | | 1.2 | | | | 0.23 | | | |
| **% of Reference Tissue** | 100 | | | | 150 | | | | 376 | | | | 240 | | | | 116 | | | |
| **SJH15-REF Rep 1** | ND | U | 0.37 | 1.0 | ND | U | 0.45 | 1.0 | ND | Ui | 0.21 | 1.0 | ND | U | 0.49 | 1.0 | ND | U | 0.20 | 1.0 |
| **SJH15-REF Rep 2** | ND | U | 0.37 | 1.0 | ND | U | 0.45 | 1.0 | ND | Ui | 0.22 | 1.0 | ND | U | 0.49 | 1.0 | ND | U | 0.20 | 1.0 |
| **SJH15-REF Rep 3** | ND | U | 0.37 | 1.0 | ND | U | 0.45 | 1.0 | ND | U | 0.16 | 1.0 | ND | U | 0.49 | 1.0 | ND | U | 0.20 | 1.0 |
| **SJH15-REF Rep 4** | ND | U | 0.37 | 1.0 | ND | U | 0.45 | 1.0 | ND | Ui | 0.27 | 1.0 | ND | U | 0.49 | 1.0 | ND | U | 0.20 | 1.0 |
| **SJH15-REF Rep 5** | ND | U | 0.37 | 1.0 | 0.51 | J | 0.45 | 1.0 | ND | Ui | 0.25 | 1.0 | ND | U | 0.49 | 1.0 | ND | U | 0.20 | 1.0 |
| **SJH15-REF Mean** | 0.37 | | | | 0.46 | | | | 0.22 | | | | 0.49 | | | | 0.20 | | | |
| **Pre-exposure Rep 1** | ND | U | 0.37 | 1.0 | ND | U | 0.45 | 1.0 | ND | Ui | 0.20 | 1.0 | ND | U | 0.49 | 1.0 | ND | U | 0.20 | 1.0 |
| **Pre-exposure Rep 2** | ND | U | 0.37 | 1.0 | ND | U | 0.45 | 1.0 | ND | U | 0.16 | 1.0 | ND | U | 0.49 | 1.0 | ND | U | 0.20 | 1.0 |
| **Pre-exposure Rep 3** | ND | U | 0.37 | 1.0 | ND | U | 0.45 | 1.0 | ND | Ui | 0.24 | 1.0 | ND | U | 0.49 | 1.0 | ND | U | 0.20 | 1.0 |
| **Pre-exposure Mean** | 0.37 | | | | 0.45 | | | | 0.20 | | | | 0.49 | | | | 0.20 | | | |
| **FDA Action Level** | x | | | | 5000 | | | | x | | | | 5000 | | | | 300 | | | |

ANAMAR Environmental Consulting, Inc.

**TABLE 25**
Analytical Results for Wet Weight Pesticides in *Macoma nasuta* Tissues

| Analyte: | Endosulfan & Derivatives | | | | | | | | | | | | Heptachlor & Derivatives | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Endosulfan I | | | | Endosulfan II | | | | Endosulfan Sulfate | | | | Heptachlor | | | | Heptachlor Expoxide | | | |
| **Sample-Replicate #** | **Result µg/kg** | **Qualifier** | **MDL** | **MRL** | **Result µg/kg** | **Qualifier** | **MDL** | **MRL** | **Result µg/kg** | **Qualifier** | **MDL** | **MRL** | **Result µg/kg** | **Qualifier** | **MDL** | **MRL** | **Result µg/kg** | **Qualifier** | **MDL** | **MRL** |
| **SJH15-A-COMP Rep 1** | 0.31 | J | 0.22 | 1.0 | ND | U | 0.24 | 1.0 | ND | U | 0.53 | 1.0 | ND | U | 0.27 | 1.0 | ND | U | 0.18 | 1.0 |
| **SJH15-A-COMP Rep 2** | ND | U | 0.22 | 1.0 | ND | U | 0.24 | 1.0 | ND | U | 0.53 | 1.0 | ND | U | 0.27 | 1.0 | ND | U | 0.18 | 1.0 |
| **SJH15-A-COMP Rep 3** | 0.27 | JP | 0.22 | 1.0 | ND | U | 0.24 | 1.0 | ND | U | 0.53 | 1.0 | ND | U | 0.27 | 1.0 | ND | Ui | 0.38 | 1.0 |
| **SJH15-A-COMP Rep 4** | 0.30 | J | 0.22 | 1.0 | ND | U | 0.24 | 1.0 | ND | U | 0.53 | 1.0 | ND | U | 0.27 | 1.0 | ND | U | 0.18 | 1.0 |
| **SJH15-A-COMP Rep 5** | 0.33 | JP | 0.22 | 1.0 | ND | U | 0.24 | 1.0 | ND | U | 0.53 | 1.0 | ND | U | 0.27 | 1.0 | ND | U | 0.18 | 1.0 |
| **SJH15-A-COMP Mean** | **0.29** | | | | 0.24 | | | | 0.53 | | | | 0.27 | | | | 0.22 | | | |
| **% of Reference Tissue** | 130 | | | | 100 | | | | 100 | | | | 100 | | | | 41 | | | |
| **SJH15-B-COMP Rep 1** | 0.39 | JP | 0.22 | 1.0 | ND | Ui | 0.77 | 1.0 | ND | U | 0.53 | 1.0 | ND | U | 0.27 | 1.0 | ND | Ui | 0.61 | 1.0 |
| **SJH15-B-COMP Rep 2** | 0.38 | JP | 0.22 | 1.0 | ND | Ui | 0.71 | 1.0 | ND | U | 0.53 | 1.0 | ND | U | 0.27 | 1.0 | ND | Ui | 0.35 | 1.0 |
| **SJH15-B-COMP Rep 3** | 0.34 | JP | 0.22 | 1.0 | ND | U | 0.24 | 1.0 | ND | U | 0.53 | 1.0 | ND | U | 0.27 | 1.0 | ND | U | 0.18 | 1.0 |
| **SJH15-B-COMP Rep 4** | 0.38 | J | 0.22 | 1.0 | ND | Ui | 0.52 | 1.0 | ND | U | 0.53 | 1.0 | ND | U | 0.27 | 1.0 | ND | U | 0.18 | 1.0 |
| **SJH15-B-COMP Rep 5** | 0.51 | J | 0.22 | 1.0 | ND | Ui | 0.45 | 1.0 | ND | U | 0.53 | 1.0 | ND | U | 0.27 | 1.0 | ND | U | 0.18 | 1.0 |
| **SJH15-B-COMP Mean** | **0.40** | | | | **<u>0.54</u>** | | | | 0.53 | | | | 0.27 | | | | 0.30 | | | |
| **% of Reference Tissue** | 182 | | | | 224 | | | | 100 | | | | 100 | | | | 56 | | | |
| **SJH15-REF Rep 1** | ND | U | 0.22 | 1.0 | ND | U | 0.24 | 1.0 | ND | U | 0.53 | 1.0 | ND | U | 0.27 | 1.0 | ND | Ui | 0.50 | 1.0 |
| **SJH15-REF Rep 2** | ND | U | 0.22 | 1.0 | ND | U | 0.24 | 1.0 | ND | U | 0.53 | 1.0 | ND | U | 0.27 | 1.0 | ND | Ui | 0.52 | 1.0 |
| **SJH15-REF Rep 3** | ND | U | 0.22 | 1.0 | ND | U | 0.24 | 1.0 | ND | U | 0.53 | 1.0 | ND | U | 0.27 | 1.0 | ND | Ui | 0.47 | 1.0 |
| **SJH15-REF Rep 4** | ND | U | 0.22 | 1.0 | ND | U | 0.24 | 1.0 | ND | U | 0.53 | 1.0 | ND | U | 0.27 | 1.0 | ND | Ui | 0.58 | 1.0 |
| **SJH15-REF Rep 5** | ND | U | 0.22 | 1.0 | ND | U | 0.24 | 1.0 | ND | U | 0.53 | 1.0 | ND | U | 0.27 | 1.0 | ND | Ui | 0.60 | 1.0 |
| **SJH15-REF Mean** | 0.22 | | | | 0.24 | | | | 0.53 | | | | 0.27 | | | | 0.53 | | | |
| **Pre-exposure Rep 1** | ND | U | 0.22 | 1.0 | ND | U | 0.24 | 1.0 | ND | U | 0.53 | 1.0 | ND | U | 0.27 | 1.0 | ND | U | 0.18 | 1.0 |
| **Pre-exposure Rep 2** | ND | U | 0.22 | 1.0 | ND | U | 0.24 | 1.0 | ND | U | 0.53 | 1.0 | ND | U | 0.27 | 1.0 | ND | Ui | 0.23 | 1.0 |
| **Pre-exposure Rep 3** | ND | U | 0.22 | 1.0 | ND | U | 0.24 | 1.0 | ND | U | 0.53 | 1.0 | ND | U | 0.27 | 1.0 | ND | Ui | 0.27 | 1.0 |
| **Pre-exposure Mean** | 0.22 | | | | 0.24 | | | | 0.53 | | | | 0.27 | | | | 0.23 | | | |
| **FDA Action Level** | x | | | | x | | | | x | | | | 300 | | | | 300 | | | |

Data qualifiers and acronyms are defined at the front of the tables section.
**Results in bold** are statistically significantly greater than that of the reference tissue.
**<u>Underlined and bolded results</u>** are at least twice the concentration of, and statistically significantly exceed, that of the reference tissue. See Subsection 2.3.3 of the RGM (USEPA and USACE 1992) for more information.

Sources: Results from ALS Environmental; FDA action levels from FDA (2001, 2011)
Compiled by: ANAMAR Environmental Consulting, Inc.

ANAMAR Environmental Consulting, Inc.

**TABLE 26**
Analytical Results for Wet Weight Pesticides in *Neanthes virens* Tissues

| | | | | | Chlordane & Derivatives | | | | | | | | DDT & Derivatives | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Analyte:** | **Aldrin** | | | | **α (cis)-Chlordane** | | | | **trans-Nonachlor** | | | | ***o,p'* 2,4'-DDD** | | | | ***p,p'* 4,4'-DDD** | | | |
| **Sample-Replicate #** | **Result µg/kg** | **Qualifier** | **MDL** | **MRL** | **Result µg/kg** | **Qualifier** | **MDL** | **MRL** | **Result µg/kg** | **Qualifier** | **MDL** | **MRL** | **Result µg/kg** | **Qualifier** | **MDL** | **MRL** | **Result µg/kg** | **Qualifier** | **MDL** | **MRL** |
| **SJH15-A-COMP Rep 1** | ND | U | 0.74 | 1.0 | ND | U | 0.25 | 1.0 | ND | U | 0.27 | 1.0 | ND | Ui | 1.2 | 1.2 | ND | U | 0.55 | 1.0 |
| **SJH15-A-COMP Rep 2** | ND | U | 0.93 | 1.3 | ND | U | 0.32 | 1.3 | ND | U | 0.34 | 1.3 | ND | U | 0.92 | 1.3 | ND | U | 0.69 | 1.3 |
| **SJH15-A-COMP Rep 3** | ND | U | 0.86 | 1.2 | ND | U | 0.30 | 1.2 | ND | U | 0.32 | 1.2 | ND | Ui | 1.9 | 1.9 | ND | U | 0.64 | 1.2 |
| **SJH15-A-COMP Rep 4** | ND | U | 0.74 | 1.0 | ND | U | 0.25 | 1.0 | ND | U | 0.27 | 1.0 | ND | U | 0.73 | 1.0 | ND | U | 0.55 | 1.0 |
| **SJH15-A-COMP Rep 5** | ND | U | 0.74 | 1.0 | ND | U | 0.25 | 1.0 | ND | U | 0.27 | 1.0 | ND | U | 0.73 | 1.0 | ND | U | 0.55 | 1.0 |
| **SJH15-A-COMP Mean** | 0.80 | | | | 0.27 | | | | 0.29 | | | | 1.1 | | | | 0.60 | | | |
| **% of Reference Tissue** | 106 | | | | 107 | | | | 107 | | | | 106 | | | | 106 | | | |
| **SJH15-B-COMP Rep 1** | ND | U | 0.74 | 1.0 | ND | U | 0.25 | 1.0 | ND | U | 0.27 | 1.0 | ND | U | 0.73 | 1.0 | ND | U | 0.55 | 1.0 |
| **SJH15-B-COMP Rep 2** | ND | U | 0.74 | 1.0 | ND | U | 0.25 | 1.0 | ND | U | 0.27 | 1.0 | ND | U | 0.73 | 1.0 | ND | U | 0.55 | 1.0 |
| **SJH15-B-COMP Rep 3** | ND | U | 0.74 | 1.0 | ND | U | 0.25 | 1.0 | ND | U | 0.27 | 1.0 | ND | U | 0.73 | 1.0 | ND | U | 0.55 | 1.0 |
| **SJH15-B-COMP Rep 4** | ND | U | 0.74 | 1.0 | ND | U | 0.25 | 1.0 | ND | U | 0.27 | 1.0 | ND | U | 0.73 | 1.0 | ND | U | 0.55 | 1.0 |
| **SJH15-B-COMP Rep 5** | ND | U | 0.74 | 1.0 | ND | U | 0.25 | 1.0 | ND | U | 0.27 | 1.0 | ND | U | 0.73 | 1.0 | ND | U | 0.55 | 1.0 |
| **SJH15-B-COMP Mean** | 0.74 | | | | 0.25 | | | | 0.27 | | | | 0.73 | | | | 0.55 | | | |
| **% of Reference Tissue** | 98 | | | | 98 | | | | 98 | | | | 70 | | | | 98 | | | |
| **SJH15-REF Rep 1** | ND | U | 0.74 | 1.0 | ND | U | 0.25 | 1.0 | ND | U | 0.27 | 1.0 | ND | U | 0.73 | 1.0 | ND | U | 0.55 | 1.0 |
| **SJH15-REF Rep 2** | ND | U | 0.81 | 1.1 | ND | U | 0.28 | 1.1 | ND | U | 0.30 | 1.1 | ND | Ui | 1.9 | 1.9 | ND | U | 0.61 | 1.1 |
| **SJH15-REF Rep 3** | ND | U | 0.74 | 1.0 | ND | U | 0.25 | 1.0 | ND | U | 0.27 | 1.0 | ND | U | 0.73 | 1.0 | ND | U | 0.55 | 1.0 |
| **SJH15-REF Rep 4** | ND | U | 0.74 | 1.0 | ND | U | 0.25 | 1.0 | ND | U | 0.27 | 1.0 | ND | U | 0.73 | 1.0 | ND | U | 0.55 | 1.0 |
| **SJH15-REF Rep 5** | ND | U | 0.74 | 1.0 | ND | U | 0.25 | 1.0 | ND | U | 0.27 | 1.0 | ND | Ui | 1.1 | 1.1 | ND | U | 0.55 | 1.0 |
| **SJH15-REF Mean** | 0.75 | | | | 0.26 | | | | 0.28 | | | | 1.0 | | | | 0.56 | | | |
| **Pre-exposure Rep 1** | ND | U | 0.74 | 1.0 | ND | U | 0.25 | 1.0 | ND | U | 0.27 | 1.0 | ND | Ui | 1.6 | 1.6 | ND | U | 0.55 | 1.0 |
| **Pre-exposure Rep 2** | ND | U | 0.74 | 1.0 | ND | U | 0.25 | 1.0 | ND | U | 0.27 | 1.0 | ND | Ui | 0.97 | 1.0 | ND | U | 0.55 | 1.0 |
| **Pre-exposure Rep 3** | ND | U | 0.74 | 1.0 | ND | U | 0.25 | 1.0 | ND | U | 0.27 | 1.0 | ND | U | 0.73 | 1.0 | ND | U | 0.55 | 1.0 |
| **Pre-exposure Mean** | 0.74 | | | | 0.25 | | | | 0.27 | | | | 1.1 | | | | 0.55 | | | |
| **FDA Action Level** | 300 | | | | 300 | | | | 300 | | | | x | | | | x | | | |

USACE_006863

ANAMAR Environmental Consulting, Inc.

**TABLE 26**
Analytical Results for Wet Weight Pesticides in *Neanthes virens* Tissues

| Analyte: | DDT & Derivatives | | | | | | | | | | | | | | | | Dieldrin | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | ***o,p*' 2,4'-DDE** | | | | ***p,p*' 4,4'-DDE** | | | | ***o,p*' 2,4'-DDT** | | | | ***p,p*' 4,4'-DDT** | | | | | | | |
| **Sample-Replicate #** | **Result µg/kg** | **Qualifier** | **MDL** | **MRL** | **Result µg/kg** | **Qualifier** | **MDL** | **MRL** | **Result µg/kg** | **Qualifier** | **MDL** | **MRL** | **Result µg/kg** | **Qualifier** | **MDL** | **MRL** | **Result µg/kg** | **Qualifier** | **MDL** | **MRL** |
| **SJH15-A-COMP Rep 1** | ND | U | 0.37 | 1.0 | ND | U | 0.45 | 1.0 | ND | U | 0.16 | 1.0 | ND | Ui | 0.53 | 1.0 | ND | U | 0.20 | 1.0 |
| **SJH15-A-COMP Rep 2** | ND | U | 0.47 | 1.3 | ND | U | 0.57 | 1.3 | ND | U | 0.20 | 1.3 | ND | U | 0.62 | 1.3 | ND | U | 0.25 | 1.3 |
| **SJH15-A-COMP Rep 3** | ND | U | 0.43 | 1.2 | ND | U | 0.53 | 1.2 | ND | U | 0.19 | 1.2 | ND | Ui | 0.66 | 1.2 | ND | U | 0.24 | 1.2 |
| **SJH15-A-COMP Rep 4** | ND | Ui | 0.40 | 1.0 | ND | U | 0.45 | 1.0 | ND | Ui | 0.18 | 1.0 | ND | Ui | 0.86 | 1.0 | ND | U | 0.20 | 1.0 |
| **SJH15-A-COMP Rep 5** | ND | U | 0.37 | 1.0 | ND | U | 0.45 | 1.0 | ND | U | 0.16 | 1.0 | ND | Ui | 0.69 | 1.0 | ND | U | 0.20 | 1.0 |
| **SJH15-A-COMP Mean** | 0.41 | | | | 0.49 | | | | 0.18 | | | | **0.67** | | | | 0.22 | | | |
| **% of Reference Tissue** | 108 | | | | 107 | | | | 75 | | | | 132 | | | | 107 | | | |
| **SJH15-B-COMP Rep 1** | ND | U | 0.37 | 1.0 | ND | U | 0.45 | 1.0 | ND | Ui | 0.37 | 1.0 | ND | Ui | 1.2 | 1.2 | ND | Ui | 0.22 | 1.0 |
| **SJH15-B-COMP Rep 2** | ND | Ui | 0.38 | 1.0 | ND | U | 0.45 | 1.0 | ND | Ui | 0.42 | 1.0 | ND | Ui | 1.2 | 1.2 | ND | Ui | 0.25 | 1.0 |
| **SJH15-B-COMP Rep 3** | ND | U | 0.37 | 1.0 | ND | U | 0.45 | 1.0 | ND | Ui | 0.47 | 1.0 | ND | Ui | 1.3 | 1.3 | ND | Ui | 0.28 | 1.0 |
| **SJH15-B-COMP Rep 4** | ND | U | 0.37 | 1.0 | ND | U | 0.45 | 1.0 | ND | Ui | 0.32 | 1.0 | ND | Ui | 1.1 | 1.1 | ND | Ui | 0.31 | 1.0 |
| **SJH15-B-COMP Rep 5** | ND | U | 0.37 | 1.0 | ND | U | 0.45 | 1.0 | ND | Ui | 0.39 | 1.0 | ND | Ui | 1.2 | 1.2 | ND | Ui | 0.31 | 1.0 |
| **SJH15-B-COMP Mean** | 0.37 | | | | 0.45 | | | | 0.39 | | | | **1.2** | | | | **0.27** | | | |
| **% of Reference Tissue** | 98 | | | | 98 | | | | 167 | | | | 236 | | | | 134 | | | |
| **SJH15-REF Rep 1** | ND | U | 0.37 | 1.0 | ND | U | 0.45 | 1.0 | ND | U | 0.16 | 1.0 | ND | Ui | 0.51 | 1.0 | ND | U | 0.20 | 1.0 |
| **SJH15-REF Rep 2** | ND | U | 0.41 | 1.1 | ND | U | 0.50 | 1.1 | ND | U | 0.18 | 1.1 | ND | U | 0.54 | 1.1 | ND | U | 0.22 | 1.1 |
| **SJH15-REF Rep 3** | ND | U | 0.37 | 1.0 | ND | U | 0.45 | 1.0 | ND | U | 0.16 | 1.0 | ND | U | 0.49 | 1.0 | ND | U | 0.20 | 1.0 |
| **SJH15-REF Rep 4** | ND | U | 0.37 | 1.0 | ND | U | 0.45 | 1.0 | ND | U | 0.16 | 1.0 | ND | Ui | 0.51 | 1.0 | ND | U | 0.20 | 1.0 |
| **SJH15-REF Rep 5** | ND | U | 0.37 | 1.0 | ND | U | 0.45 | 1.0 | ND | Ui | 0.52 | 1.0 | ND | U | 0.49 | 1.0 | ND | U | 0.20 | 1.0 |
| **SJH15-REF Mean** | 0.38 | | | | 0.46 | | | | 0.24 | | | | 0.51 | | | | 0.20 | | | |
| **Pre-exposure Rep 1** | ND | Ui | 0.46 | 1.0 | ND | U | 0.45 | 1.0 | ND | Ui | 0.83 | 1.0 | ND | U | 0.49 | 1.0 | 0.29 | J | 0.20 | 1.0 |
| **Pre-exposure Rep 2** | ND | U | 0.37 | 1.0 | ND | U | 0.45 | 1.0 | ND | Ui | 0.35 | 1.0 | ND | U | 0.49 | 1.0 | ND | U | 0.20 | 1.0 |
| **Pre-exposure Rep 3** | ND | U | 0.37 | 1.0 | ND | U | 0.45 | 1.0 | ND | Ui | 0.80 | 1.0 | ND | U | 0.49 | 1.0 | ND | U | 0.20 | 1.0 |
| **Pre-exposure Mean** | 0.40 | | | | 0.45 | | | | 0.66 | | | | 0.49 | | | | 0.23 | | | |
| **FDA Action Level** | x | | | | 5000 | | | | x | | | | 5000 | | | | 300 | | | |

ANAMAR Environmental Consulting, Inc.

**TABLE 26**
Analytical Results for Wet Weight Pesticides in *Neanthes virens* Tissues

| Analyte: | Endosulfan & Derivatives | | | | | | | | | | | | Heptachlor & Derivatives | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Endosulfan I | | | | Endosulfan II | | | | Endosulfan Sulfate | | | | Heptachlor | | | | Heptachlor Expoxide | | | |
| Sample-Replicate # | Result µg/kg | Qualifier | MDL | MRL | Result µg/kg | Qualifier | MDL | MRL | Result µg/kg | Qualifier | MDL | MRL | Result µg/kg | Qualifier | MDL | MRL | Result µg/kg | Qualifier | MDL | MRL |
| **SJH15-A-COMP Rep 1** | ND | U | 0.22 | 1.0 | ND | U | 0.24 | 1.0 | ND | U | 0.53 | 1.0 | ND | U | 0.27 | 1.0 | ND | Ui | 0.52 | 1.0 |
| **SJH15-A-COMP Rep 2** | ND | U | 0.28 | 1.3 | ND | U | 0.30 | 1.3 | ND | U | 0.67 | 1.3 | ND | U | 0.34 | 1.3 | ND | Ui | 0.35 | 1.3 |
| **SJH15-A-COMP Rep 3** | ND | U | 0.26 | 1.2 | ND | U | 0.28 | 1.2 | ND | U | 0.62 | 1.2 | ND | U | 0.32 | 1.2 | ND | Ui | 0.78 | 1.2 |
| **SJH15-A-COMP Rep 4** | ND | U | 0.22 | 1.0 | ND | U | 0.24 | 1.0 | ND | U | 0.53 | 1.0 | ND | U | 0.27 | 1.0 | ND | Ui | 0.37 | 1.0 |
| **SJH15-A-COMP Rep 5** | ND | U | 0.22 | 1.0 | ND | U | 0.24 | 1.0 | ND | U | 0.53 | 1.0 | ND | U | 0.27 | 1.0 | ND | Ui | 0.30 | 1.0 |
| **SJH15-A-COMP Mean** | 0.24 | | | | 0.26 | | | | 0.58 | | | | 0.29 | | | | 0.46 | | | |
| **% of Reference Tissue** | 71 | | | | 106 | | | | 107 | | | | 104 | | | | 75 | | | |
| **SJH15-B-COMP Rep 1** | ND | U | 0.22 | 1.0 | ND | Ui | 0.26 | 1.0 | ND | U | 0.53 | 1.0 | ND | U | 0.27 | 1.0 | ND | Ui | 0.28 | 1.0 |
| **SJH15-B-COMP Rep 2** | ND | U | 0.22 | 1.0 | ND | Ui | 0.26 | 1.0 | ND | U | 0.53 | 1.0 | ND | U | 0.27 | 1.0 | ND | Ui | 0.27 | 1.0 |
| **SJH15-B-COMP Rep 3** | ND | U | 0.22 | 1.0 | ND | U | 0.24 | 1.0 | ND | U | 0.53 | 1.0 | ND | U | 0.27 | 1.0 | ND | Ui | 0.30 | 1.0 |
| **SJH15-B-COMP Rep 4** | ND | U | 0.22 | 1.0 | ND | Ui | 0.28 | 1.0 | ND | U | 0.53 | 1.0 | ND | U | 0.27 | 1.0 | ND | Ui | 0.31 | 1.0 |
| **SJH15-B-COMP Rep 5** | ND | U | 0.22 | 1.0 | ND | Ui | 0.28 | 1.0 | ND | U | 0.53 | 1.0 | ND | U | 0.27 | 1.0 | ND | Ui | 0.28 | 1.0 |
| **SJH15-B-COMP Mean** | 0.22 | | | | 0.26 | | | | 0.53 | | | | 0.27 | | | | 0.29 | | | |
| **% of Reference Tissue** | 65 | | | | 107 | | | | 98 | | | | 95 | | | | 46 | | | |
| **SJH15-REF Rep 1** | ND | U | 0.22 | 1.0 | ND | U | 0.24 | 1.0 | ND | U | 0.53 | 1.0 | ND | U | 0.27 | 1.0 | ND | Ui | 0.27 | 1.0 |
| **SJH15-REF Rep 2** | ND | Ui | 0.40 | 1.1 | ND | U | 0.27 | 1.1 | ND | U | 0.58 | 1.1 | ND | Ui | 0.34 | 1.1 | ND | Ui | 0.94 | 1.1 |
| **SJH15-REF Rep 3** | ND | U | 0.22 | 1.0 | ND | U | 0.24 | 1.0 | ND | U | 0.53 | 1.0 | ND | U | 0.27 | 1.0 | ND | U | 0.18 | 1.0 |
| **SJH15-REF Rep 4** | ND | U | 0.22 | 1.0 | ND | U | 0.24 | 1.0 | ND | U | 0.53 | 1.0 | ND | U | 0.27 | 1.0 | ND | Ui | 0.31 | 1.0 |
| **SJH15-REF Rep 5** | ND | Ui | 0.62 | 1.0 | ND | U | 0.24 | 1.0 | ND | U | 0.53 | 1.0 | ND | U | 0.27 | 1.0 | ND | Ui | 1.4 | 1.4 |
| **SJH15-REF Mean** | 0.34 | | | | 0.25 | | | | 0.54 | | | | 0.28 | | | | 0.62 | | | |
| **Pre-exposure Rep 1** | 0.41 | J | 0.22 | 1.0 | 0.24 | JP | 0.24 | 1.0 | ND | U | 0.53 | 1.0 | ND | U | 0.27 | 1.0 | ND | Ui | 0.91 | 1.0 |
| **Pre-exposure Rep 2** | ND | U | 0.22 | 1.0 | ND | U | 0.24 | 1.0 | ND | U | 0.53 | 1.0 | ND | U | 0.27 | 1.0 | ND | Ui | 0.97 | 1.0 |
| **Pre-exposure Rep 3** | ND | U | 0.22 | 1.0 | ND | U | 0.24 | 1.0 | ND | U | 0.53 | 1.0 | ND | U | 0.27 | 1.0 | ND | Ui | 1.2 | 1.2 |
| **Pre-exposure Mean** | 0.28 | | | | 0.24 | | | | 0.53 | | | | 0.27 | | | | 1.0 | | | |
| **FDA Action Level** | x | | | | x | | | | x | | | | 300 | | | | 300 | | | |

Data qualifiers and acronyms are defined at the front of the tables section.
**Results in bold** are statistically significantly greater than that of the reference tissue.
**Underlined and bolded results** are at least twice the concentration of, and statistically significantly exceed, that of the reference tissue. See Subsection 2.3.3 of the RGM (USEPA and USACE 1992) for more information.

Sources: Results from ALS Environmental; FDA action levels from FDA (2001, 2011)
Compiled by: ANAMAR Environmental Consulting, Inc.

ANAMAR Environmental Consulting, Inc.

**TABLE 27**
Analytical Results for Wet Weight PAHs in *Macoma nasuta* Tissues

| Analyte: | Acenaphthene | | | | Acenaphthylene | | | | Anthracene | | | | Benzo(*a*)anthracene | | | | Benzo(*a*)pyrene | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Sample-Replicate # | Result µg/kg | Qualifier | MDL | MRL | Result µg/kg | Qualifier | MDL | MRL | Result µg/kg | Qualifier | MDL | MRL | Result µg/kg | Qualifier | MDL | MRL | Result µg/kg | Qualifier | MDL | MRL |
| **SJH15-A-COMP Rep 1** | ND | U | 0.47 | 5.0 | ND | U | 0.46 | 5.0 | 0.45 | J | 0.38 | 5.0 | 1.9 | J | 0.38 | 5.0 | 3.6 | JX | 0.73 | 5.0 |
| **SJH15-A-COMP Rep 2** | ND | U | 0.47 | 5.0 | ND | U | 0.46 | 5.0 | 0.42 | J | 0.38 | 5.0 | 1.8 | J | 0.38 | 5.0 | 2.9 | JX | 0.73 | 5.0 |
| **SJH15-A-COMP Rep 3** | ND | U | 0.47 | 5.0 | ND | U | 0.46 | 5.0 | ND | U | 0.38 | 5.0 | 2.4 | J | 0.38 | 5.0 | 3.4 | J | 0.73 | 5.0 |
| **SJH15-A-COMP Rep 4** | ND | U | 0.47 | 5.0 | ND | U | 0.46 | 5.0 | ND | U | 0.38 | 5.0 | 2.0 | J | 0.38 | 5.0 | 2.8 | J | 0.73 | 5.0 |
| **SJH15-A-COMP Rep 5** | ND | U | 0.47 | 5.0 | ND | U | 0.46 | 5.0 | ND | U | 0.38 | 5.0 | 2.6 | J | 0.38 | 5.0 | 4.7 | J | 0.73 | 5.0 |
| **SJH15-A-COMP Mean** | 0.47 | | | | 0.46 | | | | 0.40 | | | | 2.1 | | | | **3.5** | | | |
| **% of Reference Tissue** | 90 | | | | 99 | | | | 84 | | | | 140 | | | | 209 | | | |
| **SJH15-B-COMP Rep 1** | 3.1 | J | 0.47 | 5.0 | 0.82 | J | 0.46 | 5.0 | 3.7 | J | 0.38 | 5.0 | 9.3 | -- | 0.38 | 5.0 | 6.7 | -- | 0.73 | 5.0 |
| **SJH15-B-COMP Rep 2** | 4.7 | J | 0.47 | 5.0 | ND | U | 0.46 | 5.0 | 4.7 | J | 0.38 | 5.0 | 9.8 | -- | 0.38 | 5.0 | 6.0 | -- | 0.73 | 5.0 |
| **SJH15-B-COMP Rep 3** | 2.7 | J | 0.47 | 5.0 | 0.63 | J | 0.46 | 5.0 | 3.4 | J | 0.38 | 5.0 | 8.4 | -- | 0.38 | 5.0 | 5.4 | -- | 0.73 | 5.0 |
| **SJH15-B-COMP Rep 4** | 3.1 | J | 0.47 | 5.0 | 0.56 | J | 0.46 | 5.0 | 3.5 | J | 0.38 | 5.0 | 8.9 | -- | 0.38 | 5.0 | 5.8 | -- | 0.73 | 5.0 |
| **SJH15-B-COMP Rep 5** | 5.1 | -- | 0.47 | 5.0 | ND | U | 0.46 | 5.0 | 5.3 | -- | 0.38 | 5.0 | 9.7 | -- | 0.38 | 5.0 | 5.5 | -- | 0.73 | 5.0 |
| **SJH15-B-COMP Mean** | **3.7** | | | | 0.59 | | | | **4.1** | | | | **9.2** | | | | **5.9** | | | |
| **% of Reference Tissue** | 719 | | | | 126 | | | | 862 | | | | 605 | | | | 354 | | | |
| **SJH15-REF Rep 1** | ND | U | 0.47 | 5.0 | ND | U | 0.46 | 5.0 | 0.48 | J | 0.38 | 5.0 | 1.3 | J | 0.38 | 5.0 | ND | U | 0.73 | 5.0 |
| **SJH15-REF Rep 2** | 0.58 | J | 0.47 | 5.0 | 0.49 | J | 0.46 | 5.0 | 0.76 | J | 0.38 | 5.0 | 3.1 | J | 0.38 | 5.0 | 3.2 | JX | 0.73 | 5.0 |
| **SJH15-REF Rep 3** | ND | U | 0.47 | 5.0 | ND | U | 0.46 | 5.0 | ND | U | 0.38 | 5.0 | 0.91 | J | 0.38 | 5.0 | 0.78 | JX | 0.73 | 5.0 |
| **SJH15-REF Rep 4** | ND | U | 0.47 | 5.0 | ND | U | 0.46 | 5.0 | ND | U | 0.38 | 5.0 | 0.91 | J | 0.38 | 5.0 | 2.0 | JX | 0.73 | 5.0 |
| **SJH15-REF Rep 5** | 0.61 | JX | 0.47 | 5.0 | ND | U | 0.46 | 5.0 | 0.39 | J | 0.38 | 5.0 | 1.4 | JX | 0.38 | 5.0 | 1.6 | JX | 0.73 | 5.0 |
| **SJH15-REF Mean** | 0.52 | | | | 0.47 | | | | 0.48 | | | | 1.5 | | | | 1.7 | | | |
| **Pre-exposure Rep 1** | ND | U | 0.47 | 5.0 | ND | U | 0.46 | 5.0 | ND | U | 0.38 | 5.0 | 1.1 | J | 0.38 | 5.0 | ND | U | 0.73 | 5.0 |
| **Pre-exposure Rep 2** | ND | U | 0.47 | 5.0 | ND | U | 0.46 | 5.0 | 0.51 | J | 0.38 | 5.0 | 1.2 | J | 0.38 | 5.0 | ND | U | 0.73 | 5.0 |
| **Pre-exposure Rep 3** | ND | U | 0.47 | 5.0 | ND | U | 0.46 | 5.0 | 0.59 | J | 0.38 | 5.0 | 1.2 | J | 0.38 | 5.0 | ND | U | 0.73 | 5.0 |
| **Pre-exposure Mean** | 0.47 | | | | 0.46 | | | | 0.49 | | | | 1.2 | | | | 0.73 | | | |

ANAMAR Environmental Consulting, Inc.

**TABLE 27**
Analytical Results for Wet Weight PAHs in *Macoma nasuta* Tissues

| Analyte: | Benzo(*b*)fluoranthene | | | | Benzo(*g,h,i*)perylene | | | | Benzo(*k*)fluoranthene | | | | Chrysene | | | | Dibenzo(*a,h*)anthracene | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Sample-Replicate #** | **Result µg/kg** | **Qualifier** | **MDL** | **MRL** | **Result µg/kg** | **Qualifier** | **MDL** | **MRL** | **Result µg/kg** | **Qualifier** | **MDL** | **MRL** | **Result µg/kg** | **Qualifier** | **MDL** | **MRL** | **Result µg/kg** | **Qualifier** | **MDL** | **MRL** |
| **SJH15-A-COMP Rep 1** | 5.6 | -- | 0.66 | 5.0 | 1.4 | J | 0.95 | 5.0 | 2.2 | J | 0.57 | 5.0 | 1.7 | J | 0.55 | 5.0 | ND | U | 0.86 | 5.0 |
| **SJH15-A-COMP Rep 2** | 4.5 | J | 0.66 | 5.0 | 1.1 | J | 0.95 | 5.0 | 1.7 | J | 0.57 | 5.0 | 1.7 | J | 0.55 | 5.0 | ND | U | 0.86 | 5.0 |
| **SJH15-A-COMP Rep 3** | 5.9 | -- | 0.66 | 5.0 | 1.8 | J | 0.95 | 5.0 | 2.8 | J | 0.57 | 5.0 | 2.6 | J | 0.55 | 5.0 | ND | U | 0.86 | 5.0 |
| **SJH15-A-COMP Rep 4** | 5.6 | -- | 0.66 | 5.0 | 1.4 | J | 0.95 | 5.0 | 2.8 | J | 0.57 | 5.0 | 2.1 | J | 0.55 | 5.0 | ND | U | 0.86 | 5.0 |
| **SJH15-A-COMP Rep 5** | 8.0 | -- | 0.66 | 5.0 | 2.0 | J | 0.95 | 5.0 | 4.0 | J | 0.57 | 5.0 | 2.5 | J | 0.55 | 5.0 | ND | U | 0.86 | 5.0 |
| **SJH15-A-COMP Mean** | **<u>5.9</u>** | | | | 1.5 | | | | **<u>2.7</u>** | | | | **2.1** | | | | 0.86 | | | |
| **% of Reference Tissue** | 406 | | | | 135 | | | | 380 | | | | 165 | | | | 100 | | | |
| **SJH15-B-COMP Rep 1** | 11 | -- | 0.66 | 5.0 | 2.4 | J | 0.95 | 5.0 | 4.0 | J | 0.57 | 5.0 | 8.8 | -- | 0.55 | 5.0 | ND | U | 0.86 | 5.0 |
| **SJH15-B-COMP Rep 2** | 11 | -- | 0.66 | 5.0 | 2.4 | J | 0.95 | 5.0 | 4.5 | J | 0.57 | 5.0 | 8.1 | -- | 0.55 | 5.0 | ND | U | 0.86 | 5.0 |
| **SJH15-B-COMP Rep 3** | 9.0 | -- | 0.66 | 5.0 | 2.1 | J | 0.95 | 5.0 | 5.1 | -- | 0.57 | 5.0 | 7.4 | -- | 0.55 | 5.0 | ND | U | 0.86 | 5.0 |
| **SJH15-B-COMP Rep 4** | 10 | -- | 0.66 | 5.0 | 2.0 | J | 0.95 | 5.0 | 5.1 | -- | 0.57 | 5.0 | 7.7 | -- | 0.55 | 5.0 | ND | U | 0.86 | 5.0 |
| **SJH15-B-COMP Rep 5** | 10 | -- | 0.66 | 5.0 | 2.3 | J | 0.95 | 5.0 | 5.9 | X | 0.57 | 5.0 | 8.2 | -- | 0.55 | 5.0 | ND | U | 0.86 | 5.0 |
| **SJH15-B-COMP Mean** | **<u>10</u>** | | | | **2.2** | | | | **<u>4.9</u>** | | | | **<u>8.0</u>** | | | | 0.86 | | | |
| **% of Reference Tissue** | 700 | | | | 196 | | | | 693 | | | | 625 | | | | 100 | | | |
| **SJH15-REF Rep 1** | 0.86 | J | 0.66 | 5.0 | ND | U | 0.95 | 5.0 | 0.64 | J | 0.57 | 5.0 | 1.3 | J | 0.55 | 5.0 | ND | U | 0.86 | 5.0 |
| **SJH15-REF Rep 2** | 3.8 | J | 0.66 | 5.0 | 1.9 | J | 0.95 | 5.0 | 1.2 | J | 0.57 | 5.0 | 2.6 | J | 0.55 | 5.0 | ND | U | 0.86 | 5.0 |
| **SJH15-REF Rep 3** | 0.69 | J | 0.66 | 5.0 | ND | U | 0.95 | 5.0 | ND | U | 0.57 | 5.0 | 0.70 | J | 0.55 | 5.0 | ND | U | 0.86 | 5.0 |
| **SJH15-REF Rep 4** | 0.97 | J | 0.66 | 5.0 | ND | U | 0.95 | 5.0 | ND | U | 0.57 | 5.0 | 0.73 | J | 0.55 | 5.0 | ND | U | 0.86 | 5.0 |
| **SJH15-REF Rep 5** | 0.97 | J | 0.66 | 5.0 | ND | U | 0.95 | 5.0 | ND | U | 0.57 | 5.0 | 1.1 | J | 0.55 | 5.0 | ND | U | 0.86 | 5.0 |
| **SJH15-REF Mean** | 1.5 | | | | 1.1 | | | | 0.71 | | | | 1.3 | | | | 0.86 | | | |
| **Pre-exposure Rep 1** | 0.71 | J | 0.66 | 5.0 | ND | U | 0.95 | 5.0 | ND | U | 0.57 | 5.0 | 1.3 | J | 0.55 | 5.0 | ND | U | 0.86 | 5.0 |
| **Pre-exposure Rep 2** | 0.81 | J | 0.66 | 5.0 | ND | U | 0.95 | 5.0 | ND | U | 0.57 | 5.0 | 1.3 | J | 0.55 | 5.0 | ND | U | 0.86 | 5.0 |
| **Pre-exposure Rep 3** | 1.0 | J | 0.66 | 5.0 | ND | U | 0.95 | 5.0 | 0.60 | J | 0.57 | 5.0 | 1.3 | J | 0.55 | 5.0 | ND | U | 0.86 | 5.0 |
| **Pre-exposure Mean** | 0.84 | | | | 0.95 | | | | 0.58 | | | | 1.3 | | | | 0.86 | | | |

ANAMAR Environmental Consulting, Inc.

**TABLE 27**
Analytical Results for Wet Weight PAHs in *Macoma nasuta* Tissues

| Analyte: | Fluoranthene | | | | Fluorene | | | | Indeno(1,2,3-*cd*)pyrene | | | | Naphthalene | | | | Phenanthrene | | | | Pyrene | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Sample-Replicate # | Result µg/kg | Qualifier | MDL | MRL | Result µg/kg | Qualifier | MDL | MRL | Result µg/kg | Qualifier | MDL | MRL | Result µg/kg | Qualifier | MDL | MRL | Result µg/kg | Qualifier | MDL | MRL | Result µg/kg | Qualifier | MDL | MRL |
| **SJH15-A-COMP Rep 1** | 2.1 | J | 0.49 | 5.0 | ND | U | 0.52 | 5.0 | 1.1 | J | 0.96 | 5.0 | ND | U | 1.5 | 5.0 | 1.7 | J | 0.66 | 5.0 | 2.3 | JX | 0.50 | 5.0 |
| **SJH15-A-COMP Rep 2** | 1.8 | J | 0.49 | 5.0 | ND | U | 0.52 | 5.0 | 0.99 | J | 0.96 | 5.0 | ND | U | 1.5 | 5.0 | 1.2 | J | 0.66 | 5.0 | 1.9 | JX | 0.50 | 5.0 |
| **SJH15-A-COMP Rep 3** | 2.5 | J | 0.49 | 5.0 | ND | U | 0.52 | 5.0 | 1.7 | J | 0.96 | 5.0 | ND | U | 1.5 | 5.0 | 1.7 | J | 0.66 | 5.0 | 3.1 | J | 0.50 | 5.0 |
| **SJH15-A-COMP Rep 4** | 2.0 | J | 0.49 | 5.0 | ND | U | 0.52 | 5.0 | 1.1 | J | 0.96 | 5.0 | ND | U | 1.5 | 5.0 | 1.3 | J | 0.66 | 5.0 | 2.3 | J | 0.50 | 5.0 |
| **SJH15-A-COMP Rep 5** | 2.8 | J | 0.49 | 5.0 | ND | U | 0.52 | 5.0 | 1.7 | J | 0.96 | 5.0 | ND | U | 1.5 | 5.0 | 1.8 | J | 0.66 | 5.0 | 2.9 | J | 0.50 | 5.0 |
| **SJH15-A-COMP Mean** | 2.2 | | | | 0.52 | | | | 1.3 | | | | 1.5 | | | | 1.5 | | | | 2.5 | | | |
| **% of Reference Tissue** | 96 | | | | 85 | | | | 117 | | | | 100 | | | | 92 | | | | 147 | | | |
| **SJH15-B-COMP Rep 1** | 21 | -- | 0.49 | 5.0 | 3.5 | J | 0.52 | 5.0 | 1.6 | J | 0.96 | 5.0 | ND | U | 1.5 | 5.0 | 2.5 | J | 0.66 | 5.0 | 22 | -- | 0.50 | 5.0 |
| **SJH15-B-COMP Rep 2** | 25 | -- | 0.49 | 5.0 | 4.6 | J | 0.52 | 5.0 | 1.5 | J | 0.96 | 5.0 | ND | U | 1.5 | 5.0 | 3.1 | J | 0.66 | 5.0 | 26 | -- | 0.50 | 5.0 |
| **SJH15-B-COMP Rep 3** | 18 | -- | 0.49 | 5.0 | 2.9 | J | 0.52 | 5.0 | 1.6 | J | 0.96 | 5.0 | ND | U | 1.5 | 5.0 | 1.9 | J | 0.66 | 5.0 | 19 | -- | 0.50 | 5.0 |
| **SJH15-B-COMP Rep 4** | 20 | -- | 0.49 | 5.0 | 3.6 | J | 0.52 | 5.0 | 2.0 | J | 0.96 | 5.0 | ND | U | 1.5 | 5.0 | 3.4 | J | 0.66 | 5.0 | 21 | -- | 0.50 | 5.0 |
| **SJH15-B-COMP Rep 5** | 25 | -- | 0.49 | 5.0 | 4.9 | J | 0.52 | 5.0 | 1.5 | J | 0.96 | 5.0 | ND | U | 1.5 | 5.0 | 2.0 | J | 0.66 | 5.0 | 24 | -- | 0.50 | 5.0 |
| **SJH15-B-COMP Mean** | **<u>22</u>** | | | | **<u>3.9</u>** | | | | 1.6 | | | | 1.5 | | | | **2.6** | | | | **<u>22</u>** | | | |
| **% of Reference Tissue** | 932 | | | | 637 | | | | 145 | | | | 100 | | | | 154 | | | | 1318 | | | |
| **SJH15-REF Rep 1** | 2.2 | J | 0.49 | 5.0 | ND | U | 0.52 | 5.0 | ND | U | 0.96 | 5.0 | ND | U | 1.5 | 5.0 | 1.5 | J | 0.66 | 5.0 | 1.4 | J | 0.50 | 5.0 |
| **SJH15-REF Rep 2** | 5.3 | -- | 0.49 | 5.0 | 0.78 | J | 0.52 | 5.0 | 1.8 | J | 0.96 | 5.0 | ND | U | 1.5 | 5.0 | 2.4 | J | 0.66 | 5.0 | 3.7 | J | 0.50 | 5.0 |
| **SJH15-REF Rep 3** | 1.6 | J | 0.49 | 5.0 | ND | U | 0.52 | 5.0 | ND | U | 0.96 | 5.0 | ND | U | 1.5 | 5.0 | 1.8 | J | 0.66 | 5.0 | 1.2 | JX | 0.50 | 5.0 |
| **SJH15-REF Rep 4** | 1.3 | J | 0.49 | 5.0 | ND | U | 0.52 | 5.0 | ND | U | 0.96 | 5.0 | ND | U | 1.5 | 5.0 | 1.0 | J | 0.66 | 5.0 | 1.2 | JX | 0.50 | 5.0 |
| **SJH15-REF Rep 5** | 1.3 | JX | 0.49 | 5.0 | 0.72 | J | 0.52 | 5.0 | ND | U | 0.96 | 5.0 | ND | U | 1.5 | 5.0 | 1.7 | J | 0.66 | 5.0 | 1.0 | JX | 0.50 | 5.0 |
| **SJH15-REF Mean** | 2.3 | | | | 0.61 | | | | 1.1 | | | | 1.5 | | | | 1.7 | | | | 1.7 | | | |
| **Pre-exposure Rep 1** | 3.3 | J | 0.49 | 5.0 | ND | U | 0.52 | 5.0 | ND | U | 0.96 | 5.0 | ND | U | 1.5 | 5.0 | 1.7 | J | 0.66 | 5.0 | 2.4 | J | 0.50 | 5.0 |
| **Pre-exposure Rep 2** | 4.4 | J | 0.49 | 5.0 | ND | U | 0.52 | 5.0 | ND | U | 0.96 | 5.0 | ND | U | 1.5 | 5.0 | 1.8 | J | 0.66 | 5.0 | 2.8 | J | 0.50 | 5.0 |
| **Pre-exposure Rep 3** | 4.1 | J | 0.49 | 5.0 | 0.55 | J | 0.52 | 5.0 | ND | U | 0.96 | 5.0 | ND | U | 1.5 | 5.0 | 1.8 | J | 0.66 | 5.0 | 2.9 | J | 0.50 | 5.0 |
| **Pre-exposure Mean** | 3.9 | | | | 0.53 | | | | 0.96 | | | | 1.5 | | | | 1.8 | | | | 2.7 | | | |

Data qualifiers and acronyms are defined at the front of the tables section.
**Results in bold** are statistically significantly greater than that of the reference tissue.
**<u>Underlined and bolded results</u>** are at least twice the concentration of, and statistically significantly exceed, that of the reference tissue. See Subsection 2.3.3 of the RGM (USEPA and USACE 1992) for more information.
Source: ALS Environmental

Compiled by: ANAMAR Environmental Consulting, Inc.



**TABLE 28**
Analytical Results for Wet Weight PAHs in *Neanthes virens* Tissues

| Analyte: | Acenaphthene | | | | Acenaphthylene | | | | Anthracene | | | | Benzo(*a*)anthracene | | | | Benzo(*a*)pyrene | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Sample-Replicate # | Result µg/kg | Qualifier | MDL | MRL | Result µg/kg | Qualifier | MDL | MRL | Result µg/kg | Qualifier | MDL | MRL | Result µg/kg | Qualifier | MDL | MRL | Result µg/kg | Qualifier | MDL | MRL |
| **SJH15-A-COMP Rep 1** | 1.3 | JX | 0.47 | 5.0 | ND | U | 0.46 | 5.0 | ND | U | 0.38 | 5.0 | 0.51 | J | 0.38 | 5.0 | ND | U | 0.73 | 5.0 |
| **SJH15-A-COMP Rep 2** | 1.2 | JX | 0.47 | 5.0 | ND | U | 0.46 | 5.0 | ND | U | 0.38 | 5.0 | 0.60 | J | 0.38 | 5.0 | ND | U | 0.73 | 5.0 |
| **SJH15-A-COMP Rep 3** | 2.9 | JX | 0.47 | 5.0 | ND | U | 0.46 | 5.0 | ND | U | 0.38 | 5.0 | 0.46 | J | 0.38 | 5.0 | ND | U | 0.73 | 5.0 |
| **SJH15-A-COMP Rep 4** | 2.1 | JX | 0.47 | 5.0 | ND | U | 0.46 | 5.0 | ND | U | 0.38 | 5.0 | 0.56 | J | 0.38 | 5.0 | ND | U | 0.73 | 5.0 |
| **SJH15-A-COMP Rep 5** | 1.6 | JX | 0.47 | 5.0 | ND | U | 0.46 | 5.0 | ND | U | 0.38 | 5.0 | 0.47 | J | 0.38 | 5.0 | ND | U | 0.73 | 5.0 |
| **SJH15-A-COMP Mean** | 1.8 | | | | 0.46 | | | | 0.38 | | | | 0.52 | | | | 0.73 | | | |
| **% of Reference Tissue** | 81 | | | | 100 | | | | 100 | | | | 86 | | | | 100 | | | |
| **SJH15-B-COMP Rep 1** | 4.0 | JX | 0.47 | 5.0 | ND | U | 0.46 | 5.0 | ND | U | 0.38 | 5.0 | ND | U | 0.38 | 5.0 | ND | U | 0.73 | 5.0 |
| **SJH15-B-COMP Rep 2** | 3.8 | JX | 0.47 | 5.0 | ND | U | 0.46 | 5.0 | ND | U | 0.38 | 5.0 | ND | U | 0.38 | 5.0 | 0.86 | JX | 0.73 | 5.0 |
| **SJH15-B-COMP Rep 3** | 5.0 | JX | 0.47 | 5.0 | ND | U | 0.46 | 5.0 | ND | U | 0.38 | 5.0 | 2.3 | JX | 0.38 | 5.0 | ND | U | 0.73 | 5.0 |
| **SJH15-B-COMP Rep 4** | 2.5 | J | 0.47 | 5.0 | ND | U | 0.46 | 5.0 | ND | U | 0.38 | 5.0 | ND | U | 0.38 | 5.0 | 0.84 | JX | 0.73 | 5.0 |
| **SJH15-B-COMP Rep 5** | 3.8 | J | 0.47 | 5.0 | ND | U | 0.46 | 5.0 | ND | U | 0.38 | 5.0 | 0.74 | J | 0.38 | 5.0 | ND | U | 0.73 | 5.0 |
| **SJH15-B-COMP Mean** | **3.8** | | | | 0.46 | | | | 0.38 | | | | 0.84 | | | | 0.78 | | | |
| **% of Reference Tissue** | 171 | | | | 100 | | | | 100 | | | | 138 | | | | 107 | | | |
| **SJH15-REF Rep 1** | 2.2 | JX | 0.47 | 5.0 | ND | U | 0.46 | 5.0 | ND | U | 0.38 | 5.0 | 0.74 | J | 0.38 | 5.0 | ND | U | 0.73 | 5.0 |
| **SJH15-REF Rep 2** | 2.5 | JX | 0.47 | 5.0 | ND | U | 0.46 | 5.0 | ND | U | 0.38 | 5.0 | 0.64 | J | 0.38 | 5.0 | ND | U | 0.73 | 5.0 |
| **SJH15-REF Rep 3** | 1.3 | JX | 0.47 | 5.0 | ND | U | 0.46 | 5.0 | ND | U | 0.38 | 5.0 | 0.56 | J | 0.38 | 5.0 | ND | U | 0.73 | 5.0 |
| **SJH15-REF Rep 4** | 2.0 | JX | 0.47 | 5.0 | ND | U | 0.46 | 5.0 | ND | U | 0.38 | 5.0 | 0.55 | J | 0.38 | 5.0 | ND | U | 0.73 | 5.0 |
| **SJH15-REF Rep 5** | 3.2 | JX | 0.47 | 5.0 | ND | U | 0.46 | 5.0 | ND | U | 0.38 | 5.0 | 0.54 | J | 0.38 | 5.0 | ND | U | 0.73 | 5.0 |
| **SJH15-REF Mean** | 2.2 | | | | 0.46 | | | | 0.38 | | | | 0.61 | | | | 0.73 | | | |
| **Pre-exposure Rep 1** | 1.5 | JX | 0.47 | 5.0 | ND | U | 0.46 | 5.0 | ND | U | 0.38 | 5.0 | ND | U | 0.38 | 5.0 | ND | U | 0.73 | 5.0 |
| **Pre-exposure Rep 2** | 1.3 | JX | 0.47 | 5.0 | ND | U | 0.46 | 5.0 | ND | U | 0.38 | 5.0 | ND | U | 0.38 | 5.0 | ND | U | 0.73 | 5.0 |
| **Pre-exposure Rep 3** | 1.4 | JX | 0.47 | 5.0 | ND | U | 0.46 | 5.0 | ND | U | 0.38 | 5.0 | ND | U | 0.38 | 5.0 | ND | U | 0.73 | 5.0 |
| **Pre-exposure Mean** | 1.4 | | | | 0.46 | | | | 0.38 | | | | 0.38 | | | | 0.73 | | | |



**TABLE 28**
Analytical Results for Wet Weight PAHs in *Neanthes virens* Tissues

| Analyte: | Benzo(*b*)fluoranthene | | | | Benzo(*g,h,i*)perylene | | | | Benzo(*k*)fluoranthene | | | | Chrysene | | | | Dibenzo(*a,h*)anthracene | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Sample-Replicate # | Result µg/kg | Qualifier | MDL | MRL | Result µg/kg | Qualifier | MDL | MRL | Result µg/kg | Qualifier | MDL | MRL | Result µg/kg | Qualifier | MDL | MRL | Result µg/kg | Qualifier | MDL | MRL |
| **SJH15-A-COMP Rep 1** | ND | U | 0.66 | 5.0 | ND | U | 0.95 | 5.0 | ND | U | 0.57 | 5.0 | ND | U | 0.55 | 5.0 | ND | U | 0.86 | 5.0 |
| **SJH15-A-COMP Rep 2** | ND | U | 0.66 | 5.0 | ND | U | 0.95 | 5.0 | ND | U | 0.57 | 5.0 | ND | U | 0.55 | 5.0 | ND | U | 0.86 | 5.0 |
| **SJH15-A-COMP Rep 3** | ND | U | 0.66 | 5.0 | ND | U | 0.95 | 5.0 | ND | U | 0.57 | 5.0 | ND | U | 0.55 | 5.0 | ND | U | 0.86 | 5.0 |
| **SJH15-A-COMP Rep 4** | ND | U | 0.66 | 5.0 | ND | U | 0.95 | 5.0 | ND | U | 0.57 | 5.0 | ND | U | 0.55 | 5.0 | ND | U | 0.86 | 5.0 |
| **SJH15-A-COMP Rep 5** | ND | U | 0.66 | 5.0 | ND | U | 0.95 | 5.0 | ND | U | 0.57 | 5.0 | ND | U | 0.55 | 5.0 | ND | U | 0.86 | 5.0 |
| **SJH15-A-COMP Mean** | 0.66 | | | | 0.95 | | | | 0.57 | | | | 0.55 | | | | 0.86 | | | |
| **% of Reference Tissue** | 100 | | | | 100 | | | | 100 | | | | 100 | | | | 100 | | | |
| **SJH15-B-COMP Rep 1** | 0.71 | J | 0.66 | 5.0 | ND | U | 0.95 | 5.0 | ND | U | 0.57 | 5.0 | 2.7 | J | 0.55 | 5.0 | ND | U | 0.86 | 5.0 |
| **SJH15-B-COMP Rep 2** | ND | U | 0.66 | 5.0 | ND | U | 0.95 | 5.0 | ND | U | 0.57 | 5.0 | 2.2 | J | 0.55 | 5.0 | ND | U | 0.86 | 5.0 |
| **SJH15-B-COMP Rep 3** | 0.73 | JX | 0.66 | 5.0 | ND | U | 0.95 | 5.0 | ND | U | 0.57 | 5.0 | ND | U | 0.55 | 5.0 | ND | U | 0.86 | 5.0 |
| **SJH15-B-COMP Rep 4** | ND | U | 0.66 | 5.0 | ND | U | 0.95 | 5.0 | ND | U | 0.57 | 5.0 | 1.8 | J | 0.55 | 5.0 | ND | U | 0.86 | 5.0 |
| **SJH15-B-COMP Rep 5** | 1.1 | J | 0.66 | 5.0 | ND | U | 0.95 | 5.0 | 0.67 | JX | 0.57 | 5.0 | 0.71 | J | 0.55 | 5.0 | ND | U | 0.86 | 5.0 |
| **SJH15-B-COMP Mean** | 0.77 | | | | 0.95 | | | | 0.59 | | | | **1.6** | | | | 0.86 | | | |
| **% of Reference Tissue** | 117 | | | | 100 | | | | 104 | | | | 289 | | | | 100 | | | |
| **SJH15-REF Rep 1** | ND | U | 0.66 | 5.0 | ND | U | 0.95 | 5.0 | ND | U | 0.57 | 5.0 | ND | U | 0.55 | 5.0 | ND | U | 0.86 | 5.0 |
| **SJH15-REF Rep 2** | ND | U | 0.66 | 5.0 | ND | U | 0.95 | 5.0 | ND | U | 0.57 | 5.0 | ND | U | 0.55 | 5.0 | ND | U | 0.86 | 5.0 |
| **SJH15-REF Rep 3** | ND | U | 0.66 | 5.0 | ND | U | 0.95 | 5.0 | ND | U | 0.57 | 5.0 | ND | U | 0.55 | 5.0 | ND | U | 0.86 | 5.0 |
| **SJH15-REF Rep 4** | ND | U | 0.66 | 5.0 | ND | U | 0.95 | 5.0 | ND | U | 0.57 | 5.0 | ND | U | 0.55 | 5.0 | ND | U | 0.86 | 5.0 |
| **SJH15-REF Rep 5** | ND | U | 0.66 | 5.0 | ND | U | 0.95 | 5.0 | ND | U | 0.57 | 5.0 | ND | U | 0.55 | 5.0 | ND | U | 0.86 | 5.0 |
| **SJH15-REF Mean** | 0.66 | | | | 0.95 | | | | 0.57 | | | | 0.55 | | | | 0.86 | | | |
| **Pre-exposure Rep 1** | 0.84 | J | 0.66 | 5.0 | ND | U | 0.95 | 5.0 | ND | U | 0.57 | 5.0 | 2.9 | J | 0.55 | 5.0 | ND | U | 0.86 | 5.0 |
| **Pre-exposure Rep 2** | 0.84 | J | 0.66 | 5.0 | ND | U | 0.95 | 5.0 | ND | U | 0.57 | 5.0 | 3.1 | J | 0.55 | 5.0 | ND | U | 0.86 | 5.0 |
| **Pre-exposure Rep 3** | 0.89 | J | 0.66 | 5.0 | ND | U | 0.95 | 5.0 | ND | U | 0.57 | 5.0 | 2.8 | J | 0.55 | 5.0 | ND | U | 0.86 | 5.0 |
| **Pre-exposure Mean** | 0.86 | | | | 0.95 | | | | 0.57 | | | | 2.9 | | | | 0.86 | | | |

ANAMAR Environmental Consulting, Inc.

**TABLE 28**
Analytical Results for Wet Weight PAHs in *Neanthes virens* Tissues

| **Analyte:** | **Fluoranthene** | | | | **Fluorene** | | | | **Indeno(1,2,3-*cd*)pyrene** | | | | **Naphthalene** | | | | **Phenanthrene** | | | | **Pyrene** | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Sample-Replicate #** | **Result µg/kg** | **Qualifier** | **MDL** | **MRL** | **Result µg/kg** | **Qualifier** | **MDL** | **MRL** | **Result µg/kg** | **Qualifier** | **MDL** | **MRL** | **Result µg/kg** | **Qualifier** | **MDL** | **MRL** | **Result µg/kg** | **Qualifier** | **MDL** | **MRL** | **Result µg/kg** | **Qualifier** | **MDL** | **MRL** |
| **SJH15-A-COMP Rep 1** | ND | U | 0.49 | 5.0 | ND | U | 0.52 | 5.0 | ND | U | 0.96 | 5.0 | ND | U | 1.5 | 5.0 | 0.88 | J | 0.66 | 5.0 | ND | U | 0.50 | 5.0 |
| **SJH15-A-COMP Rep 2** | 0.52 | J | 0.49 | 5.0 | 0.53 | J | 0.52 | 5.0 | ND | U | 0.96 | 5.0 | ND | U | 1.5 | 5.0 | 0.85 | J | 0.66 | 5.0 | ND | U | 0.50 | 5.0 |
| **SJH15-A-COMP Rep 3** | ND | U | 0.49 | 5.0 | 0.95 | JX | 0.52 | 5.0 | ND | U | 0.96 | 5.0 | ND | U | 1.5 | 5.0 | 1.4 | J | 0.66 | 5.0 | ND | U | 0.50 | 5.0 |
| **SJH15-A-COMP Rep 4** | ND | U | 0.49 | 5.0 | 0.80 | JX | 0.52 | 5.0 | ND | U | 0.96 | 5.0 | ND | U | 1.5 | 5.0 | 0.90 | J | 0.66 | 5.0 | ND | U | 0.50 | 5.0 |
| **SJH15-A-COMP Rep 5** | ND | U | 0.49 | 5.0 | 0.69 | JX | 0.52 | 5.0 | ND | U | 0.96 | 5.0 | ND | U | 1.5 | 5.0 | 0.95 | J | 0.66 | 5.0 | ND | U | 0.50 | 5.0 |
| **SJH15-A-COMP Mean** | 0.50 | | | | 0.70 | | | | 0.96 | | | | 1.5 | | | | 1.0 | | | | 0.50 | | | |
| **% of Reference Tissue** | 89 | | | | 97 | | | | 100 | | | | 100 | | | | 119 | | | | 100 | | | |
| **SJH15-B-COMP Rep 1** | 4.7 | J | 0.49 | 5.0 | 0.97 | J | 0.52 | 5.0 | ND | U | 0.96 | 5.0 | ND | U | 1.5 | 5.0 | 0.82 | J | 0.66 | 5.0 | 4.5 | J | 0.50 | 5.0 |
| **SJH15-B-COMP Rep 2** | 3.9 | J | 0.49 | 5.0 | 1.1 | J | 0.52 | 5.0 | ND | U | 0.96 | 5.0 | ND | U | 1.5 | 5.0 | ND | U | 0.66 | 5.0 | 3.8 | JX | 0.50 | 5.0 |
| **SJH15-B-COMP Rep 3** | 6.4 | -- | 0.49 | 5.0 | 1.7 | J | 0.52 | 5.0 | ND | U | 0.96 | 5.0 | ND | U | 1.5 | 5.0 | 2.9 | J | 0.66 | 5.0 | 6.0 | -- | 0.50 | 5.0 |
| **SJH15-B-COMP Rep 4** | 3.1 | J | 0.49 | 5.0 | 0.69 | J | 0.52 | 5.0 | ND | U | 0.96 | 5.0 | ND | U | 1.5 | 5.0 | 0.83 | J | 0.66 | 5.0 | 3.3 | JX | 0.50 | 5.0 |
| **SJH15-B-COMP Rep 5** | 4.9 | J | 0.49 | 5.0 | 1.1 | J | 0.52 | 5.0 | ND | U | 0.96 | 5.0 | ND | U | 1.5 | 5.0 | 0.95 | J | 0.66 | 5.0 | 4.8 | J | 0.50 | 5.0 |
| **SJH15-B-COMP Mean** | <u>**4.6**</u> | | | | **1.1** | | | | 0.96 | | | | 1.5 | | | | 1.2 | | | | <u>**4.5**</u> | | | |
| **% of Reference Tissue** | 821 | | | | 154 | | | | 100 | | | | 100 | | | | 148 | | | | 892 | | | |
| **SJH15-REF Rep 1** | 0.70 | JX | 0.49 | 5.0 | 0.61 | J | 0.52 | 5.0 | ND | U | 0.96 | 5.0 | ND | U | 1.5 | 5.0 | 0.86 | J | 0.66 | 5.0 | 0.51 | JX | 0.50 | 5.0 |
| **SJH15-REF Rep 2** | ND | U | 0.49 | 5.0 | 0.88 | JX | 0.52 | 5.0 | ND | U | 0.96 | 5.0 | ND | U | 1.5 | 5.0 | 0.86 | J | 0.66 | 5.0 | ND | U | 0.50 | 5.0 |
| **SJH15-REF Rep 3** | ND | U | 0.49 | 5.0 | ND | U | 0.52 | 5.0 | ND | U | 0.96 | 5.0 | ND | U | 1.5 | 5.0 | 0.71 | J | 0.66 | 5.0 | ND | U | 0.50 | 5.0 |
| **SJH15-REF Rep 4** | ND | U | 0.49 | 5.0 | 0.60 | J | 0.52 | 5.0 | ND | U | 0.96 | 5.0 | ND | U | 1.5 | 5.0 | 0.90 | J | 0.66 | 5.0 | ND | U | 0.50 | 5.0 |
| **SJH15-REF Rep 5** | 0.63 | JX | 0.49 | 5.0 | 1.0 | JX | 0.52 | 5.0 | ND | U | 0.96 | 5.0 | ND | U | 1.5 | 5.0 | 0.84 | J | 0.66 | 5.0 | ND | U | 0.50 | 5.0 |
| **SJH15-REF Mean** | 0.56 | | | | 0.72 | | | | 0.96 | | | | 1.5 | | | | 0.83 | | | | 0.50 | | | |
| **Pre-exposure Rep 1** | 6.8 | -- | 0.49 | 5.0 | 0.95 | J | 0.52 | 5.0 | ND | U | 0.96 | 5.0 | ND | U | 1.5 | 5.0 | 2.7 | J | 0.66 | 5.0 | 7.0 | -- | 0.50 | 5.0 |
| **Pre-exposure Rep 2** | 6.5 | -- | 0.49 | 5.0 | 0.64 | J | 0.52 | 5.0 | ND | U | 0.96 | 5.0 | ND | U | 1.5 | 5.0 | 1.7 | J | 0.66 | 5.0 | 6.7 | -- | 0.50 | 5.0 |
| **Pre-exposure Rep 3** | 5.8 | -- | 0.49 | 5.0 | 0.69 | J | 0.52 | 5.0 | ND | U | 0.96 | 5.0 | ND | U | 1.5 | 5.0 | 1.4 | J | 0.66 | 5.0 | 5.9 | -- | 0.50 | 5.0 |
| **Pre-exposure Mean** | 6.4 | | | | 0.76 | | | | 0.96 | | | | 1.5 | | | | 1.9 | | | | 6.5 | | | |

Data qualifiers and acronyms are defined at the front of the tables section.
**Results in bold** are statistically significantly greater than that of the reference tissue.
<u>**Underlined and bolded results**</u> are at least twice the concentration of, and statistically significantly exceed, that of the reference tissue. See Subsection 2.3.3 of the RGM (USEPA and USACE 1992) for more information.

Source: ALS Environmental
Compiled by: ANAMAR Environmental Consulting, Inc.



**TABLE 29**
Analytical Results for Wet Weight PCBs in *Macoma nasuta* Tissues

| Analyte: | Total EPA Region 2 PCBs | PCB 8 | | | | PCB 18 | | | | PCB 28 | | | | PCB 44 | | | | PCB 49 | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Sample-Replicate # | Result µg/kg | Result µg/kg | Qualifier | MDL | MRL | Result µg/kg | Qualifier | MDL | MRL | Result µg/kg | Qualifier | MDL | MRL | Result µg/kg | Qualifier | MDL | MRL | Result µg/kg | Qualifier | MDL | MRL |
| **SJH15-A-COMP Rep 1** | 9.3 | ND | U | 0.10 | 0.25 | ND | U | 0.098 | 0.25 | ND | U | 0.13 | 0.25 | ND | U | 0.35 | 0.35 | 0.57 | -- | 0.11 | 0.25 |
| **SJH15-A-COMP Rep 2** | 7.7 | ND | U | 0.10 | 0.25 | ND | U | 0.098 | 0.25 | ND | U | 0.13 | 0.25 | ND | U | 0.35 | 0.35 | 0.49 | -- | 0.11 | 0.25 |
| **SJH15-A-COMP Rep 3** | 9.0 | ND | U | 0.10 | 0.25 | ND | U | 0.098 | 0.25 | ND | U | 0.13 | 0.25 | ND | U | 0.35 | 0.35 | 0.66 | -- | 0.11 | 0.25 |
| **SJH15-A-COMP Rep 4** | 8.9 | ND | U | 0.10 | 0.25 | ND | U | 0.098 | 0.25 | ND | U | 0.13 | 0.25 | ND | U | 0.35 | 0.35 | 0.70 | -- | 0.11 | 0.25 |
| **SJH15-A-COMP Rep 5** | 10 | ND | U | 0.10 | 0.25 | ND | U | 0.098 | 0.25 | ND | U | 0.13 | 0.25 | ND | U | 0.35 | 0.35 | 0.77 | -- | 0.11 | 0.25 |
| **SJH15-A-COMP Mean** | **9.0** | 0.10 | | | | 0.10 | | | | 0.13 | | | | 0.35 | | | | **0.64** | | | |
| **% of Reference Tissue** | 177 | 100 | | | | 100 | | | | 100 | | | | 100 | | | | 580 | | | |
| **SJH15-B-COMP Rep 1** | 19 | ND | U | 0.10 | 0.25 | 0.18 | J | 0.098 | 0.25 | 0.32 | -- | 0.13 | 0.25 | ND | U | 0.35 | 0.35 | 1.5 | -- | 0.11 | 0.25 |
| **SJH15-B-COMP Rep 2** | 18 | ND | U | 0.10 | 0.25 | 0.16 | J | 0.098 | 0.25 | 0.29 | -- | 0.13 | 0.25 | ND | U | 0.35 | 0.35 | 1.4 | -- | 0.11 | 0.25 |
| **SJH15-B-COMP Rep 3** | 16 | ND | U | 0.10 | 0.25 | 0.16 | J | 0.098 | 0.25 | 0.23 | JP | 0.13 | 0.25 | ND | U | 0.35 | 0.35 | 1.2 | -- | 0.11 | 0.25 |
| **SJH15-B-COMP Rep 4** | 17 | ND | U | 0.10 | 0.25 | 0.17 | J | 0.098 | 0.25 | 0.25 | JP | 0.13 | 0.25 | ND | U | 0.35 | 0.35 | 1.2 | -- | 0.11 | 0.25 |
| **SJH15-B-COMP Rep 5** | 20 | ND | U | 0.10 | 0.25 | 0.20 | J | 0.098 | 0.25 | 0.33 | P | 0.13 | 0.25 | ND | U | 0.35 | 0.35 | 1.6 | -- | 0.11 | 0.25 |
| **SJH15-B-COMP Mean** | **18** | 0.10 | | | | **0.17** | | | | **0.28** | | | | 0.35 | | | | **1.4** | | | |
| **% of Reference Tissue** | 355 | 100 | | | | 178 | | | | 218 | | | | 100 | | | | 1255 | | | |
| **SJH15-REF Rep 1** | 4.9 | ND | U | 0.10 | 0.25 | ND | U | 0.098 | 0.25 | ND | U | 0.13 | 0.25 | ND | U | 0.35 | 0.35 | ND | U | 0.11 | 0.25 |
| **SJH15-REF Rep 2** | 4.9 | ND | U | 0.10 | 0.25 | ND | U | 0.098 | 0.25 | ND | U | 0.13 | 0.25 | ND | U | 0.35 | 0.35 | ND | U | 0.11 | 0.25 |
| **SJH15-REF Rep 3** | 4.9 | ND | U | 0.10 | 0.25 | ND | U | 0.098 | 0.25 | ND | U | 0.13 | 0.25 | ND | U | 0.35 | 0.35 | ND | U | 0.11 | 0.25 |
| **SJH15-REF Rep 4** | 5.1 | ND | U | 0.10 | 0.25 | ND | U | 0.098 | 0.25 | ND | U | 0.13 | 0.25 | ND | U | 0.35 | 0.35 | ND | U | 0.11 | 0.25 |
| **SJH15-REF Rep 5** | 5.4 | ND | U | 0.10 | 0.25 | ND | U | 0.098 | 0.25 | ND | U | 0.13 | 0.25 | ND | U | 0.35 | 0.35 | ND | U | 0.11 | 0.25 |
| **SJH15-REF Mean** | 5.1 | 0.10 | | | | 0.098 | | | | 0.13 | | | | 0.35 | | | | 0.11 | | | |
| **Pre-exposure Rep 1** | 4.8 | ND | U | 0.10 | 0.25 | ND | U | 0.098 | 0.25 | ND | U | 0.13 | 0.25 | ND | U | 0.35 | 0.35 | ND | U | 0.11 | 0.25 |
| **Pre-exposure Rep 2** | 4.8 | ND | U | 0.10 | 0.25 | ND | U | 0.098 | 0.25 | ND | U | 0.13 | 0.25 | ND | U | 0.35 | 0.35 | ND | U | 0.11 | 0.25 |
| **Pre-exposure Rep 3** | 4.8 | ND | U | 0.10 | 0.25 | ND | U | 0.098 | 0.25 | ND | U | 0.13 | 0.25 | ND | U | 0.35 | 0.35 | ND | U | 0.11 | 0.25 |
| **Pre-exposure Mean** | 4.8 | 0.10 | | | | 0.098 | | | | 0.13 | | | | 0.35 | | | | 0.11 | | | |
| **FDA Tolerance Level** | 2000 | x | | | | x | | | | x | | | | x | | | | x | | | |



**TABLE 29**
Analytical Results for Wet Weight PCBs in *Macoma nasuta* Tissues

| Analyte: | PCB 52 | | | | PCB 66 | | | | PCB 77 | | | | PCB 87 | | | | PCB 101 | | | | PCB 105 | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Sample-Replicate # | Result µg/kg | Qualifier | MDL | MRL | Result µg/kg | Qualifier | MDL | MRL | Result µg/kg | Qualifier | MDL | MRL | Result µg/kg | Qualifier | MDL | MRL | Result µg/kg | Qualifier | MDL | MRL | Result µg/kg | Qualifier | MDL | MRL |
| **SJH15-A-COMP Rep 1** | 0.48 | -- | 0.39 | 0.39 | ND | U | 0.59 | 0.59 | ND | Ui | 0.98 | 0.98 | ND | Ui | 0.32 | 0.32 | 0.99 | -- | 0.39 | 0.39 | ND | U | 0.10 | 0.25 |
| **SJH15-A-COMP Rep 2** | 0.47 | -- | 0.39 | 0.39 | ND | U | 0.59 | 0.59 | ND | U | 0.12 | 0.25 | ND | Ui | 0.19 | 0.25 | 0.88 | -- | 0.39 | 0.39 | ND | U | 0.10 | 0.25 |
| **SJH15-A-COMP Rep 3** | 0.62 | -- | 0.39 | 0.39 | ND | U | 0.59 | 0.59 | ND | U | 0.12 | 0.25 | ND | Ui | 0.26 | 0.26 | 1.1 | -- | 0.39 | 0.39 | ND | U | 0.10 | 0.25 |
| **SJH15-A-COMP Rep 4** | 0.59 | -- | 0.39 | 0.39 | ND | U | 0.59 | 0.59 | ND | U | 0.12 | 0.25 | ND | Ui | 0.22 | 0.25 | 1.1 | -- | 0.39 | 0.39 | ND | U | 0.10 | 0.25 |
| **SJH15-A-COMP Rep 5** | 0.70 | -- | 0.39 | 0.39 | ND | U | 0.59 | 0.59 | ND | U | 0.12 | 0.25 | ND | Ui | 0.31 | 0.31 | 1.2 | -- | 0.39 | 0.39 | ND | U | 0.10 | 0.25 |
| **SJH15-A-COMP Mean** | **0.57** | | | | 0.59 | | | | 0.29 | | | | **0.26** | | | | **1.1** | | | | 0.10 | | | |
| **% of Reference Tissue** | 147 | | | | 100 | | | | 243 | | | | 163 | | | | 270 | | | | 100 | | | |
| **SJH15-B-COMP Rep 1** | 1.5 | -- | 0.39 | 0.39 | ND | Ui | 0.59 | 0.59 | ND | Ui | 1.3 | 1.3 | ND | Ui | 0.36 | 0.36 | 2.2 | -- | 0.39 | 0.39 | ND | Ui | 0.16 | 0.25 |
| **SJH15-B-COMP Rep 2** | 1.4 | -- | 0.39 | 0.39 | ND | Ui | 0.59 | 0.59 | ND | Ui | 1.4 | 1.4 | ND | Ui | 0.31 | 0.31 | 2.0 | -- | 0.39 | 0.39 | ND | Ui | 0.13 | 0.25 |
| **SJH15-B-COMP Rep 3** | 1.3 | -- | 0.39 | 0.39 | ND | Ui | 0.59 | 0.59 | ND | U | 0.12 | 0.25 | ND | Ui | 0.31 | 0.31 | 1.9 | -- | 0.39 | 0.39 | ND | Ui | 0.12 | 0.25 |
| **SJH15-B-COMP Rep 4** | 1.2 | -- | 0.39 | 0.39 | ND | Ui | 0.59 | 0.59 | ND | Ui | 1.5 | 1.5 | ND | Ui | 0.29 | 0.29 | 1.9 | -- | 0.39 | 0.39 | ND | Ui | 0.13 | 0.25 |
| **SJH15-B-COMP Rep 5** | 1.6 | -- | 0.39 | 0.39 | ND | Ui | 0.59 | 0.59 | ND | Ui | 1.6 | 1.6 | ND | Ui | 0.37 | 0.37 | 2.3 | -- | 0.39 | 0.39 | ND | Ui | 0.14 | 0.25 |
| **SJH15-B-COMP Mean** | **1.4** | | | | 0.59 | | | | **1.2** | | | | **0.33** | | | | **2.1** | | | | **0.14** | | | |
| **% of Reference Tissue** | 359 | | | | 100 | | | | 987 | | | | 205 | | | | 528 | | | | 136 | | | |
| **SJH15-REF Rep 1** | ND | U | 0.39 | 0.39 | ND | U | 0.59 | 0.59 | ND | U | 0.12 | 0.25 | ND | U | 0.16 | 0.25 | ND | U | 0.39 | 0.39 | ND | U | 0.10 | 0.25 |
| **SJH15-REF Rep 2** | ND | U | 0.39 | 0.39 | ND | U | 0.59 | 0.59 | ND | U | 0.12 | 0.25 | ND | U | 0.16 | 0.25 | ND | U | 0.39 | 0.39 | ND | U | 0.10 | 0.25 |
| **SJH15-REF Rep 3** | ND | U | 0.39 | 0.39 | ND | U | 0.59 | 0.59 | ND | U | 0.12 | 0.25 | ND | U | 0.16 | 0.25 | ND | U | 0.39 | 0.39 | ND | U | 0.10 | 0.25 |
| **SJH15-REF Rep 4** | ND | U | 0.39 | 0.39 | ND | U | 0.59 | 0.59 | ND | U | 0.12 | 0.25 | ND | U | 0.16 | 0.25 | ND | U | 0.39 | 0.39 | ND | U | 0.10 | 0.25 |
| **SJH15-REF Rep 5** | ND | U | 0.39 | 0.39 | ND | U | 0.59 | 0.59 | ND | U | 0.12 | 0.25 | ND | U | 0.16 | 0.25 | ND | U | 0.39 | 0.39 | ND | U | 0.10 | 0.25 |
| **SJH15-REF Mean** | 0.39 | | | | 0.59 | | | | 0.12 | | | | 0.16 | | | | 0.39 | | | | 0.10 | | | |
| **Pre-exposure Rep 1** | ND | U | 0.39 | 0.39 | ND | U | 0.59 | 0.59 | ND | U | 0.12 | 0.25 | ND | U | 0.16 | 0.25 | ND | U | 0.39 | 0.39 | ND | U | 0.10 | 0.25 |
| **Pre-exposure Rep 2** | ND | U | 0.39 | 0.39 | ND | U | 0.59 | 0.59 | ND | U | 0.12 | 0.25 | ND | U | 0.16 | 0.25 | ND | U | 0.39 | 0.39 | ND | U | 0.10 | 0.25 |
| **Pre-exposure Rep 3** | ND | U | 0.39 | 0.39 | ND | U | 0.59 | 0.59 | ND | U | 0.12 | 0.25 | ND | U | 0.16 | 0.25 | ND | U | 0.39 | 0.39 | ND | U | 0.10 | 0.25 |
| **Pre-exposure Mean** | 0.39 | | | | 0.59 | | | | 0.12 | | | | 0.16 | | | | 0.39 | | | | 0.10 | | | |
| **FDA Tolerance Level** | x | | | | x | | | | x | | | | x | | | | x | | | | x | | | |



**TABLE 29**
Analytical Results for Wet Weight PCBs in *Macoma nasuta* Tissues

| Analyte: | PCB 118 | | | | PCB 128 | | | | PCB 138 | | | | PCB 153 | | | | PCB 170 | | | | PCB 180 | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Sample-Replicate #** | **Result µg/kg** | **Qualifier** | **MDL** | **MRL** | **Result µg/kg** | **Qualifier** | **MDL** | **MRL** | **Result µg/kg** | **Qualifier** | **MDL** | **MRL** | **Result µg/kg** | **Qualifier** | **MDL** | **MRL** | **Result µg/kg** | **Qualifier** | **MDL** | **MRL** | **Result µg/kg** | **Qualifier** | **MDL** | **MRL** |
| **SJH15-A-COMP Rep 1** | 0.24 | J | 0.11 | 0.25 | ND | Ui | 0.24 | 0.25 | 0.58 | -- | 0.091 | 0.25 | 1.4 | -- | 0.13 | 0.25 | ND | Ui | 0.49 | 0.49 | ND | U | 0.34 | 0.34 |
| **SJH15-A-COMP Rep 2** | 0.20 | J | 0.11 | 0.25 | ND | U | 0.16 | 0.25 | 0.54 | -- | 0.091 | 0.25 | 1.2 | -- | 0.13 | 0.25 | ND | Ui | 0.48 | 0.48 | ND | U | 0.34 | 0.34 |
| **SJH15-A-COMP Rep 3** | 0.24 | J | 0.11 | 0.25 | ND | Ui | 0.26 | 0.26 | 0.71 | -- | 0.091 | 0.25 | 1.5 | -- | 0.13 | 0.25 | ND | U | 0.38 | 0.38 | ND | Ui | 0.37 | 0.37 |
| **SJH15-A-COMP Rep 4** | 0.25 | -- | 0.11 | 0.25 | ND | Ui | 0.25 | 0.25 | 0.69 | -- | 0.091 | 0.25 | 1.3 | -- | 0.13 | 0.25 | ND | Ui | 0.54 | 0.54 | ND | Ui | 0.35 | 0.35 |
| **SJH15-A-COMP Rep 5** | 0.33 | -- | 0.11 | 0.25 | ND | Ui | 0.28 | 0.28 | 0.90 | -- | 0.091 | 0.25 | 1.6 | -- | 0.13 | 0.25 | ND | Ui | 0.56 | 0.56 | ND | Ui | 0.37 | 0.37 |
| **SJH15-A-COMP Mean** | **0.25** | | | | **0.24** | | | | **0.68** | | | | **1.4** | | | | 0.49 | | | | 0.35 | | | |
| **% of Reference Tissue** | 229 | | | | 132 | | | | 752 | | | | 1000 | | | | 103 | | | | 97 | | | |
| **SJH15-B-COMP Rep 1** | 0.61 | -- | 0.11 | 0.25 | 0.28 | -- | 0.16 | 0.25 | 2.3 | -- | 0.091 | 0.25 | 3.2 | -- | 0.13 | 0.25 | ND | Ui | 0.84 | 0.84 | ND | Ui | 1.0 | 1.0 |
| **SJH15-B-COMP Rep 2** | 0.54 | -- | 0.11 | 0.25 | 0.23 | J | 0.16 | 0.25 | 2.1 | -- | 0.091 | 0.25 | 2.8 | -- | 0.13 | 0.25 | ND | Ui | 0.70 | 0.70 | ND | Ui | 1.1 | 1.1 |
| **SJH15-B-COMP Rep 3** | 0.52 | -- | 0.11 | 0.25 | 0.20 | J | 0.16 | 0.25 | 1.9 | -- | 0.091 | 0.25 | 2.7 | -- | 0.13 | 0.25 | ND | Ui | 0.70 | 0.70 | ND | Ui | 0.94 | 0.94 |
| **SJH15-B-COMP Rep 4** | 0.53 | -- | 0.11 | 0.25 | 0.21 | J | 0.16 | 0.25 | 1.9 | -- | 0.091 | 0.25 | 2.7 | -- | 0.13 | 0.25 | ND | Ui | 0.72 | 0.72 | ND | Ui | 0.94 | 0.94 |
| **SJH15-B-COMP Rep 5** | 0.62 | -- | 0.11 | 0.25 | 0.27 | -- | 0.16 | 0.25 | 2.3 | -- | 0.091 | 0.25 | 3.1 | -- | 0.13 | 0.25 | ND | Ui | 0.80 | 0.80 | ND | Ui | 1.1 | 1.1 |
| **SJH15-B-COMP Mean** | **0.56** | | | | **0.24** | | | | **2.1** | | | | **2.9** | | | | **0.75** | | | | **1.0** | | | |
| **% of Reference Tissue** | 513 | | | | 132 | | | | 2308 | | | | 2071 | | | | 157 | | | | 278 | | | |
| **SJH15-REF Rep 1** | ND | U | 0.11 | 0.25 | ND | U | 0.16 | 0.25 | ND | U | 0.091 | 0.25 | ND | U | 0.13 | 0.25 | ND | Ui | 0.51 | 0.51 | ND | U | 0.34 | 0.34 |
| **SJH15-REF Rep 2** | ND | U | 0.11 | 0.25 | ND | U | 0.16 | 0.25 | ND | U | 0.091 | 0.25 | ND | U | 0.13 | 0.25 | ND | Ui | 0.40 | 0.40 | ND | Ui | 0.47 | 0.47 |
| **SJH15-REF Rep 3** | ND | U | 0.11 | 0.25 | ND | U | 0.16 | 0.25 | ND | U | 0.091 | 0.25 | 0.14 | J | 0.13 | 0.25 | ND | Ui | 0.46 | 0.46 | ND | U | 0.34 | 0.34 |
| **SJH15-REF Rep 4** | ND | U | 0.11 | 0.25 | ND | U | 0.16 | 0.25 | ND | U | 0.091 | 0.25 | 0.16 | J | 0.13 | 0.25 | ND | Ui | 0.50 | 0.50 | ND | U | 0.34 | 0.34 |
| **SJH15-REF Rep 5** | ND | U | 0.11 | 0.25 | ND | Ui | 0.26 | 0.26 | ND | U | 0.091 | 0.25 | 0.14 | J | 0.13 | 0.25 | ND | Ui | 0.52 | 0.52 | ND | U | 0.34 | 0.34 |
| **SJH15-REF Mean** | 0.11 | | | | 0.18 | | | | 0.091 | | | | 0.14 | | | | 0.48 | | | | 0.37 | | | |
| **Pre-exposure Rep 1** | ND | U | 0.11 | 0.25 | ND | U | 0.16 | 0.25 | ND | U | 0.091 | 0.25 | ND | U | 0.13 | 0.25 | ND | U | 0.38 | 0.38 | ND | U | 0.34 | 0.34 |
| **Pre-exposure Rep 2** | ND | U | 0.11 | 0.25 | ND | U | 0.16 | 0.25 | ND | U | 0.091 | 0.25 | ND | U | 0.13 | 0.25 | ND | U | 0.38 | 0.38 | ND | U | 0.34 | 0.34 |
| **Pre-exposure Rep 3** | ND | U | 0.11 | 0.25 | ND | U | 0.16 | 0.25 | ND | U | 0.091 | 0.25 | ND | U | 0.13 | 0.25 | ND | U | 0.38 | 0.38 | ND | U | 0.34 | 0.34 |
| **Pre-exposure Mean** | 0.11 | | | | 0.16 | | | | 0.091 | | | | 0.13 | | | | 0.38 | | | | 0.34 | | | |
| **FDA Tolerance Level** | x | | | | x | | | | x | | | | x | | | | x | | | | x | | | |



**TABLE 29**
Analytical Results for Wet Weight PCBs in *Macoma nasuta* Tissues

| Analyte: | PCB 183 | | | | PCB 184 | | | | PCB 187 | | | | PCB 195 | | | | PCB 206 | | | | PCB 209 | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Sample-Replicate #** | **Result µg/kg** | **Qualifier** | **MDL** | **MRL** | **Result µg/kg** | **Qualifier** | **MDL** | **MRL** | **Result µg/kg** | **Qualifier** | **MDL** | **MRL** | **Result µg/kg** | **Qualifier** | **MDL** | **MRL** | **Result µg/kg** | **Qualifier** | **MDL** | **MRL** | **Result µg/kg** | **Qualifier** | **MDL** | **MRL** |
| **SJH15-A-COMP Rep 1** | 0.17 | J | 0.15 | 0.25 | ND | U | 0.13 | 0.25 | 0.33 | -- | 0.083 | 0.25 | ND | U | 0.33 | 0.33 | ND | U | 0.20 | 0.25 | ND | U | 0.15 | 0.25 |
| **SJH15-A-COMP Rep 2** | ND | U | 0.15 | 0.25 | ND | Ui | 0.18 | 0.25 | 0.24 | J | 0.083 | 0.25 | ND | U | 0.33 | 0.33 | ND | U | 0.20 | 0.25 | ND | U | 0.15 | 0.25 |
| **SJH15-A-COMP Rep 3** | ND | U | 0.15 | 0.25 | ND | Ui | 0.23 | 0.25 | 0.31 | -- | 0.083 | 0.25 | ND | U | 0.33 | 0.33 | ND | U | 0.20 | 0.25 | ND | U | 0.15 | 0.25 |
| **SJH15-A-COMP Rep 4** | ND | U | 0.15 | 0.25 | ND | Ui | 0.22 | 0.25 | 0.33 | -- | 0.083 | 0.25 | ND | U | 0.33 | 0.33 | ND | U | 0.20 | 0.25 | ND | U | 0.15 | 0.25 |
| **SJH15-A-COMP Rep 5** | 0.16 | J | 0.15 | 0.25 | ND | Ui | 0.29 | 0.29 | 0.39 | -- | 0.083 | 0.25 | ND | U | 0.33 | 0.33 | ND | U | 0.20 | 0.25 | ND | U | 0.15 | 0.25 |
| **SJH15-A-COMP Mean** | 0.16 | | | | **0.21** | | | | **<u>0.32</u>** | | | | 0.33 | | | | 0.20 | | | | 0.15 | | | |
| **% of Reference Tissue** | 104 | | | | 162 | | | | 386 | | | | 100 | | | | 100 | | | | 57 | | | |
| **SJH15-B-COMP Rep 1** | 0.41 | -- | 0.15 | 0.25 | ND | Ui | 0.56 | 0.56 | 0.97 | -- | 0.083 | 0.25 | ND | Ui | 0.33 | 0.33 | ND | U | 0.20 | 0.25 | ND | U | 0.15 | 0.25 |
| **SJH15-B-COMP Rep 2** | 0.37 | -- | 0.15 | 0.25 | ND | Ui | 0.49 | 0.49 | 0.87 | -- | 0.083 | 0.25 | ND | Ui | 0.33 | 0.33 | ND | U | 0.20 | 0.25 | ND | U | 0.15 | 0.25 |
| **SJH15-B-COMP Rep 3** | 0.33 | -- | 0.15 | 0.25 | ND | Ui | 0.47 | 0.47 | 0.80 | -- | 0.083 | 0.25 | ND | Ui | 0.33 | 0.33 | ND | U | 0.20 | 0.25 | ND | U | 0.15 | 0.25 |
| **SJH15-B-COMP Rep 4** | 0.32 | -- | 0.15 | 0.25 | ND | Ui | 0.43 | 0.43 | 0.78 | -- | 0.083 | 0.25 | ND | U | 0.33 | 0.33 | ND | U | 0.20 | 0.25 | ND | U | 0.15 | 0.25 |
| **SJH15-B-COMP Rep 5** | 0.40 | -- | 0.15 | 0.25 | ND | Ui | 0.52 | 0.52 | 0.95 | -- | 0.083 | 0.25 | ND | U | 0.33 | 0.33 | ND | U | 0.20 | 0.25 | ND | U | 0.15 | 0.25 |
| **SJH15-B-COMP Mean** | **<u>0.37</u>** | | | | **<u>0.49</u>** | | | | **<u>0.87</u>** | | | | 0.33 | | | | 0.20 | | | | 0.15 | | | |
| **% of Reference Tissue** | 244 | | | | 380 | | | | 1053 | | | | 100 | | | | 100 | | | | 57 | | | |
| **SJH15-REF Rep 1** | ND | U | 0.15 | 0.25 | ND | U | 0.13 | 0.25 | ND | U | 0.083 | 0.25 | ND | U | 0.33 | 0.33 | ND | U | 0.20 | 0.25 | ND | U | 0.15 | 0.25 |
| **SJH15-REF Rep 2** | ND | U | 0.15 | 0.25 | ND | U | 0.13 | 0.25 | ND | U | 0.083 | 0.25 | ND | U | 0.33 | 0.33 | ND | U | 0.20 | 0.25 | ND | U | 0.15 | 0.25 |
| **SJH15-REF Rep 3** | ND | U | 0.15 | 0.25 | ND | U | 0.13 | 0.25 | ND | U | 0.083 | 0.25 | ND | U | 0.33 | 0.33 | ND | U | 0.20 | 0.25 | ND | U | 0.15 | 0.25 |
| **SJH15-REF Rep 4** | ND | U | 0.15 | 0.25 | ND | U | 0.13 | 0.25 | ND | U | 0.083 | 0.25 | ND | U | 0.33 | 0.33 | ND | U | 0.20 | 0.25 | ND | Ui | 0.35 | 0.35 |
| **SJH15-REF Rep 5** | ND | U | 0.15 | 0.25 | ND | U | 0.13 | 0.25 | ND | U | 0.083 | 0.25 | ND | U | 0.33 | 0.33 | ND | U | 0.20 | 0.25 | ND | Ui | 0.51 | 0.51 |
| **SJH15-REF Mean** | 0.15 | | | | 0.13 | | | | 0.083 | | | | 0.33 | | | | 0.20 | | | | 0.26 | | | |
| **Pre-exposure Rep 1** | ND | U | 0.15 | 0.25 | ND | U | 0.13 | 0.25 | ND | U | 0.083 | 0.25 | ND | U | 0.33 | 0.33 | ND | U | 0.20 | 0.25 | ND | U | 0.15 | 0.25 |
| **Pre-exposure Rep 2** | ND | U | 0.15 | 0.25 | ND | U | 0.13 | 0.25 | ND | U | 0.083 | 0.25 | ND | U | 0.33 | 0.33 | ND | U | 0.20 | 0.25 | ND | U | 0.15 | 0.25 |
| **Pre-exposure Rep 3** | ND | U | 0.15 | 0.25 | ND | U | 0.13 | 0.25 | ND | U | 0.083 | 0.25 | ND | U | 0.33 | 0.33 | ND | U | 0.20 | 0.25 | ND | U | 0.15 | 0.25 |
| **Pre-exposure Mean** | 0.15 | | | | 0.13 | | | | 0.083 | | | | 0.33 | | | | 0.20 | | | | 0.15 | | | |
| **FDA Tolerance Level** | x | | | | x | | | | x | | | | x | | | | x | | | | x | | | |

Data qualifiers and acronyms are defined at the front of the tables section.
**Results in bold** are statistically significantly greater than that of the reference tissue.
**<u>Underlined and bolded results</u>** are at least twice the concentration of, and statistically significantly exceed, that of the reference tissue. See Subsection 2.3.3 of the RGM (USEPA and USACE 1992) for more information.

Sources: Results from ALS Environmental; FDA action levels from FDA (2001, 2011)
Compiled by: ANAMAR Environmental Consulting, Inc.



**TABLE 30**
Analytical Results for Wet Weight PCBs in *Neanthes virens* Tissues

| Analyte: | Total EPA Region 2 PCBs | PCB 8 | | | | PCB 18 | | | | PCB 28 | | | | PCB 44 | | | | PCB 49 | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Sample-Replicate # | Result µg/kg | Result µg/kg | Qualifier | MDL | MRL | Result µg/kg | Qualifier | MDL | MRL | Result µg/kg | Qualifier | MDL | MRL | Result µg/kg | Qualifier | MDL | MRL | Result µg/kg | Qualifier | MDL | MRL |
| **SJH15-A-COMP Rep 1** | 8.8 | ND | U | 0.10 | 0.25 | ND | U | 0.098 | 0.25 | ND | U | 0.13 | 0.25 | ND | U | 0.35 | 0.35 | 0.17 | JP | 0.11 | 0.25 |
| **SJH15-A-COMP Rep 2** | 6.6 | ND | U | 0.10 | 0.32 | ND | U | 0.098 | 0.32 | ND | U | 0.13 | 0.32 | ND | U | 0.35 | 0.35 | ND | U | 0.11 | 0.32 |
| **SJH15-A-COMP Rep 3** | 12 | ND | U | 0.10 | 0.30 | 0.11 | JP | 0.098 | 0.30 | ND | Ui | 0.23 | 0.30 | ND | U | 0.35 | 0.35 | 0.25 | J | 0.11 | 0.30 |
| **SJH15-A-COMP Rep 4** | 11 | ND | U | 0.10 | 0.25 | 0.13 | J | 0.098 | 0.25 | ND | U | 0.13 | 0.25 | ND | U | 0.35 | 0.35 | 0.29 | P | 0.11 | 0.25 |
| **SJH15-A-COMP Rep 5** | 10 | ND | U | 0.10 | 0.25 | ND | U | 0.098 | 0.25 | ND | U | 0.13 | 0.25 | ND | U | 0.35 | 0.35 | 0.23 | J | 0.11 | 0.25 |
| **SJH15-A-COMP Mean** | 10 | 0.10 | | | | 0.11 | | | | 0.15 | | | | 0.35 | | | | **0.21** | | | |
| **% of Reference Tissue** | 113 | 100 | | | | 109 | | | | 115 | | | | 100 | | | | 191 | | | |
| **SJH15-B-COMP Rep 1** | 17 | ND | U | 0.10 | 0.25 | 0.29 | -- | 0.098 | 0.25 | 0.13 | JP | 0.13 | 0.25 | ND | U | 0.35 | 0.35 | 0.79 | -- | 0.11 | 0.25 |
| **SJH15-B-COMP Rep 2** | 18 | ND | U | 0.10 | 0.25 | 0.33 | -- | 0.098 | 0.25 | 0.17 | J | 0.13 | 0.25 | ND | U | 0.35 | 0.35 | 0.91 | -- | 0.11 | 0.25 |
| **SJH15-B-COMP Rep 3** | 18 | ND | U | 0.10 | 0.25 | 0.33 | -- | 0.098 | 0.25 | 0.23 | JP | 0.13 | 0.25 | ND | U | 0.35 | 0.35 | 0.89 | -- | 0.11 | 0.25 |
| **SJH15-B-COMP Rep 4** | 15 | ND | U | 0.10 | 0.25 | 0.27 | -- | 0.098 | 0.25 | ND | U | 0.13 | 0.25 | ND | U | 0.35 | 0.35 | 0.73 | -- | 0.11 | 0.25 |
| **SJH15-B-COMP Rep 5** | 16 | ND | U | 0.10 | 0.25 | 0.33 | -- | 0.098 | 0.25 | 0.25 | JP | 0.13 | 0.25 | ND | U | 0.35 | 0.35 | 0.88 | -- | 0.11 | 0.25 |
| **SJH15-B-COMP Mean** | **17** | 0.10 | | | | **0.31** | | | | 0.18 | | | | 0.35 | | | | **0.84** | | | |
| **% of Reference Tissue** | 198 | 100 | | | | 316 | | | | 140 | | | | 100 | | | | 764 | | | |
| **SJH15-REF Rep 1** | 10 | ND | U | 0.10 | 0.25 | ND | U | 0.098 | 0.25 | ND | U | 0.13 | 0.25 | ND | U | 0.35 | 0.35 | ND | U | 0.11 | 0.25 |
| **SJH15-REF Rep 2** | 8.4 | ND | U | 0.10 | 0.28 | ND | U | 0.098 | 0.28 | ND | U | 0.13 | 0.28 | ND | U | 0.35 | 0.35 | ND | U | 0.11 | 0.28 |
| **SJH15-REF Rep 3** | 8.2 | ND | U | 0.10 | 0.25 | ND | U | 0.098 | 0.25 | ND | U | 0.13 | 0.25 | ND | U | 0.35 | 0.35 | ND | U | 0.11 | 0.25 |
| **SJH15-REF Rep 4** | 7.7 | ND | U | 0.10 | 0.25 | ND | U | 0.098 | 0.25 | ND | U | 0.13 | 0.25 | ND | U | 0.35 | 0.35 | ND | U | 0.11 | 0.25 |
| **SJH15-REF Rep 5** | 8.1 | ND | U | 0.10 | 0.25 | ND | U | 0.098 | 0.25 | ND | U | 0.13 | 0.25 | ND | U | 0.35 | 0.35 | ND | U | 0.11 | 0.25 |
| **SJH15-REF Mean** | 8.5 | 0.10 | | | | 0.098 | | | | 0.13 | | | | 0.35 | | | | 0.11 | | | |
| **Pre-exposure Rep 1** | 8.1 | ND | U | 0.10 | 0.25 | ND | U | 0.098 | 0.25 | ND | U | 0.13 | 0.25 | ND | U | 0.35 | 0.35 | ND | U | 0.11 | 0.25 |
| **Pre-exposure Rep 2** | 7.7 | ND | U | 0.10 | 0.25 | ND | U | 0.098 | 0.25 | ND | U | 0.13 | 0.25 | ND | U | 0.35 | 0.35 | ND | U | 0.11 | 0.25 |
| **Pre-exposure Rep 3** | 8.0 | ND | U | 0.10 | 0.25 | ND | U | 0.098 | 0.25 | ND | U | 0.13 | 0.25 | ND | U | 0.35 | 0.35 | ND | U | 0.11 | 0.25 |
| **Pre-exposure Mean** | 7.9 | 0.10 | | | | 0.098 | | | | 0.13 | | | | 0.35 | | | | 0.11 | | | |
| **FDA Tolerance Level** | 2000 | x | | | | x | | | | x | | | | x | | | | x | | | |

ANAMAR Environmental Consulting, Inc.

**TABLE 30**
Analytical Results for Wet Weight PCBs in *Neanthes virens* Tissues

| Analyte: | PCB 52 | | | | PCB 66 | | | | PCB 77 | | | | PCB 87 | | | | PCB 101 | | | | PCB 105 | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Sample-Replicate # | Result µg/kg | Qualifier | MDL | MRL | Result µg/kg | Qualifier | MDL | MRL | Result µg/kg | Qualifier | MDL | MRL | Result µg/kg | Qualifier | MDL | MRL | Result µg/kg | Qualifier | MDL | MRL | Result µg/kg | Qualifier | MDL | MRL |
| **SJH15-A-COMP Rep 1** | 0.45 | P | 0.39 | 0.39 | ND | U | 0.59 | 0.59 | ND | Ui | 0.39 | 0.39 | ND | U | 0.16 | 0.25 | 0.40 | P | 0.39 | 0.39 | ND | U | 0.10 | 0.25 |
| **SJH15-A-COMP Rep 2** | ND | U | 0.39 | 0.39 | ND | U | 0.59 | 0.63 | ND | U | 0.12 | 0.32 | ND | U | 0.16 | 0.32 | ND | U | 0.39 | 0.39 | ND | U | 0.10 | 0.32 |
| **SJH15-A-COMP Rep 3** | 0.59 | P | 0.39 | 0.39 | ND | U | 0.59 | 0.59 | ND | Ui | 0.67 | 0.67 | ND | U | 0.16 | 0.30 | 0.58 | P | 0.39 | 0.39 | ND | Ui | 0.11 | 0.30 |
| **SJH15-A-COMP Rep 4** | 0.62 | P | 0.39 | 0.39 | ND | U | 0.59 | 0.59 | ND | U | 0.12 | 0.25 | ND | U | 0.16 | 0.25 | 0.61 | -- | 0.39 | 0.39 | ND | U | 0.10 | 0.25 |
| **SJH15-A-COMP Rep 5** | 0.48 | P | 0.39 | 0.39 | ND | U | 0.59 | 0.59 | ND | U | 0.12 | 0.25 | ND | U | 0.16 | 0.25 | 0.50 | -- | 0.39 | 0.39 | ND | U | 0.10 | 0.25 |
| **SJH15-A-COMP Mean** | **0.51** | | | | 0.59 | | | | 0.28 | | | | 0.16 | | | | **0.50** | | | | 0.10 | | | |
| **% of Reference Tissue** | 130 | | | | 100 | | | | 189 | | | | 100 | | | | 127 | | | | 93 | | | |
| **SJH15-B-COMP Rep 1** | 1.3 | -- | 0.39 | 0.39 | ND | U | 0.59 | 0.59 | ND | Ui | 0.80 | 0.80 | ND | U | 0.16 | 0.25 | 1.1 | -- | 0.39 | 0.39 | 0.14 | J | 0.10 | 0.25 |
| **SJH15-B-COMP Rep 2** | 1.4 | -- | 0.39 | 0.39 | ND | U | 0.59 | 0.59 | ND | Ui | 0.91 | 0.91 | ND | U | 0.16 | 0.25 | 1.3 | -- | 0.39 | 0.39 | ND | Ui | 0.15 | 0.25 |
| **SJH15-B-COMP Rep 3** | 1.4 | -- | 0.39 | 0.39 | ND | U | 0.59 | 0.59 | ND | Ui | 0.96 | 0.96 | ND | U | 0.16 | 0.25 | 1.3 | -- | 0.39 | 0.39 | 0.17 | J | 0.10 | 0.25 |
| **SJH15-B-COMP Rep 4** | 1.3 | -- | 0.39 | 0.39 | ND | U | 0.59 | 0.59 | ND | Ui | 0.77 | 0.77 | ND | U | 0.16 | 0.25 | 1.2 | -- | 0.39 | 0.39 | ND | U | 0.10 | 0.25 |
| **SJH15-B-COMP Rep 5** | 1.4 | -- | 0.39 | 0.39 | ND | U | 0.59 | 0.59 | ND | U | 0.12 | 0.25 | ND | U | 0.16 | 0.25 | 1.3 | -- | 0.39 | 0.39 | ND | Ui | 0.13 | 0.25 |
| **SJH15-B-COMP Mean** | **1.4** | | | | 0.59 | | | | **0.71** | | | | 0.16 | | | | **1.2** | | | | 0.14 | | | |
| **% of Reference Tissue** | 349 | | | | 100 | | | | 475 | | | | 100 | | | | 318 | | | | 125 | | | |
| **SJH15-REF Rep 1** | ND | U | 0.39 | 0.39 | ND | U | 0.59 | 0.59 | ND | U | 0.12 | 0.25 | ND | U | 0.16 | 0.25 | ND | U | 0.39 | 0.39 | ND | Ui | 0.15 | 0.25 |
| **SJH15-REF Rep 2** | ND | U | 0.39 | 0.39 | ND | U | 0.59 | 0.59 | 0.27 | J | 0.12 | 0.28 | ND | U | 0.16 | 0.28 | ND | U | 0.39 | 0.39 | ND | U | 0.10 | 0.28 |
| **SJH15-REF Rep 3** | ND | U | 0.39 | 0.39 | ND | U | 0.59 | 0.59 | ND | U | 0.12 | 0.25 | ND | U | 0.16 | 0.25 | ND | U | 0.39 | 0.39 | ND | U | 0.10 | 0.25 |
| **SJH15-REF Rep 4** | ND | U | 0.39 | 0.39 | ND | U | 0.59 | 0.59 | ND | U | 0.12 | 0.25 | ND | U | 0.16 | 0.25 | ND | U | 0.39 | 0.39 | ND | U | 0.10 | 0.25 |
| **SJH15-REF Rep 5** | ND | U | 0.39 | 0.39 | ND | U | 0.59 | 0.59 | ND | U | 0.12 | 0.25 | ND | U | 0.16 | 0.25 | ND | U | 0.39 | 0.39 | ND | U | 0.10 | 0.25 |
| **SJH15-REF Mean** | 0.39 | | | | 0.59 | | | | 0.15 | | | | 0.16 | | | | 0.39 | | | | 0.11 | | | |
| **Pre-exposure Rep 1** | ND | U | 0.39 | 0.39 | ND | U | 0.59 | 0.59 | ND | U | 0.12 | 0.25 | ND | U | 0.16 | 0.25 | 0.50 | -- | 0.39 | 0.39 | ND | U | 0.10 | 0.25 |
| **Pre-exposure Rep 2** | ND | U | 0.39 | 0.39 | ND | U | 0.59 | 0.59 | ND | U | 0.12 | 0.25 | ND | U | 0.16 | 0.25 | 0.41 | -- | 0.39 | 0.39 | ND | U | 0.10 | 0.25 |
| **Pre-exposure Rep 3** | ND | U | 0.39 | 0.39 | ND | U | 0.59 | 0.59 | ND | U | 0.12 | 0.25 | ND | U | 0.16 | 0.25 | ND | U | 0.39 | 0.39 | ND | U | 0.10 | 0.25 |
| **Pre-exposure Mean** | 0.39 | | | | 0.59 | | | | 0.12 | | | | 0.16 | | | | 0.40 | | | | 0.10 | | | |
| **FDA Tolerance Level** | x | | | | x | | | | x | | | | x | | | | x | | | | x | | | |



ANAMAR
Environmental Consulting, Inc.

**TABLE 30**
Analytical Results for Wet Weight PCBs in *Neanthes virens* Tissues

| Analyte: | PCB 118 | | | | PCB 128 | | | | PCB 138 | | | | PCB 153 | | | | PCB 170 | | | | PCB 180 | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Sample-Replicate # | Result µg/kg | Qualifier | MDL | MRL | Result µg/kg | Qualifier | MDL | MRL | Result µg/kg | Qualifier | MDL | MRL | Result µg/kg | Qualifier | MDL | MRL | Result µg/kg | Qualifier | MDL | MRL | Result µg/kg | Qualifier | MDL | MRL |
| **SJH15-A-COMP Rep 1** | 0.13 | J | 0.11 | 0.25 | ND | Ui | 0.23 | 0.25 | 1.0 | -- | 0.091 | 0.25 | 1.5 | -- | 0.13 | 0.25 | ND | U | 0.38 | 0.38 | ND | Ui | 0.70 | 0.70 |
| **SJH15-A-COMP Rep 2** | ND | U | 0.11 | 0.32 | ND | U | 0.16 | 0.32 | 0.53 | -- | 0.091 | 0.32 | 0.75 | -- | 0.13 | 0.32 | ND | U | 0.38 | 0.38 | ND | Ui | 0.82 | 0.82 |
| **SJH15-A-COMP Rep 3** | 0.15 | J | 0.11 | 0.30 | ND | Ui | 0.34 | 0.34 | 1.4 | -- | 0.091 | 0.30 | 2.1 | -- | 0.13 | 0.30 | ND | Ui | 0.57 | 0.57 | ND | Ui | 0.88 | 0.88 |
| **SJH15-A-COMP Rep 4** | 0.18 | JP | 0.11 | 0.25 | ND | Ui | 0.34 | 0.34 | 1.1 | -- | 0.091 | 0.25 | 1.8 | -- | 0.13 | 0.25 | ND | Ui | 0.48 | 0.48 | ND | Ui | 1.6 | 1.6 |
| **SJH15-A-COMP Rep 5** | 0.16 | J | 0.11 | 0.25 | 0.24 | JP | 0.16 | 0.25 | 0.91 | -- | 0.091 | 0.25 | 1.6 | -- | 0.13 | 0.25 | ND | U | 0.38 | 0.38 | ND | Ui | 1.7 | 1.7 |
| **SJH15-A-COMP Mean** | 0.15 | | | | 0.26 | | | | 0.99 | | | | 1.6 | | | | 0.44 | | | | 1.1 | | | |
| **% of Reference Tissue** | 124 | | | | 95 | | | | 117 | | | | 127 | | | | 96 | | | | 144 | | | |
| **SJH15-B-COMP Rep 1** | 0.29 | -- | 0.11 | 0.25 | ND | Ui | 0.41 | 0.41 | 1.8 | -- | 0.091 | 0.25 | 2.8 | -- | 0.13 | 0.25 | ND | Ui | 0.75 | 0.75 | ND | Ui | 2.0 | 2.0 |
| **SJH15-B-COMP Rep 2** | 0.35 | -- | 0.11 | 0.25 | ND | Ui | 0.37 | 0.37 | 1.8 | -- | 0.091 | 0.25 | 2.9 | -- | 0.13 | 0.25 | ND | Ui | 0.54 | 0.54 | ND | Ui | 2.0 | 2.0 |
| **SJH15-B-COMP Rep 3** | 0.36 | -- | 0.11 | 0.25 | ND | Ui | 0.33 | 0.33 | 1.9 | -- | 0.091 | 0.25 | 2.7 | -- | 0.13 | 0.25 | ND | Ui | 0.68 | 0.68 | ND | Ui | 2.1 | 2.1 |
| **SJH15-B-COMP Rep 4** | 0.25 | -- | 0.11 | 0.25 | ND | Ui | 0.27 | 0.27 | 1.3 | -- | 0.091 | 0.25 | 2.1 | -- | 0.13 | 0.25 | ND | Ui | 0.64 | 0.64 | ND | Ui | 1.9 | 1.9 |
| **SJH15-B-COMP Rep 5** | 0.32 | -- | 0.11 | 0.25 | ND | Ui | 0.34 | 0.34 | 1.7 | -- | 0.091 | 0.25 | 2.9 | -- | 0.13 | 0.25 | ND | Ui | 0.68 | 0.68 | ND | Ui | 2.0 | 2.0 |
| **SJH15-B-COMP Mean** | **0.31** | | | | **0.34** | | | | **1.7** | | | | **2.7** | | | | **0.66** | | | | **2.0** | | | |
| **% of Reference Tissue** | 266 | | | | 125 | | | | 201 | | | | 220 | | | | 144 | | | | 252 | | | |
| **SJH15-REF Rep 1** | ND | U | 0.11 | 0.25 | ND | Ui | 0.24 | 0.25 | 0.86 | -- | 0.091 | 0.25 | 1.2 | -- | 0.13 | 0.25 | ND | U | 0.38 | 0.38 | ND | Ui | 0.94 | 0.94 |
| **SJH15-REF Rep 2** | ND | U | 0.11 | 0.28 | ND | Ui | 0.28 | 0.28 | 1.0 | -- | 0.091 | 0.28 | 1.4 | -- | 0.13 | 0.28 | ND | U | 0.38 | 0.38 | ND | Ui | 0.65 | 0.65 |
| **SJH15-REF Rep 3** | ND | U | 0.11 | 0.25 | ND | Ui | 0.27 | 0.27 | 0.84 | -- | 0.091 | 0.25 | 1.1 | -- | 0.13 | 0.25 | ND | Ui | 0.48 | 0.48 | ND | Ui | 0.92 | 0.92 |
| **SJH15-REF Rep 4** | 0.13 | J | 0.11 | 0.25 | ND | Ui | 0.26 | 0.26 | 0.74 | -- | 0.091 | 0.25 | 1.1 | -- | 0.13 | 0.25 | ND | Ui | 0.48 | 0.48 | ND | Ui | 0.89 | 0.89 |
| **SJH15-REF Rep 5** | 0.13 | J | 0.11 | 0.25 | ND | Ui | 0.33 | 0.33 | 0.78 | -- | 0.091 | 0.25 | 1.3 | -- | 0.13 | 0.25 | ND | Ui | 0.56 | 0.56 | ND | Ui | 0.57 | 0.57 |
| **SJH15-REF Mean** | 0.12 | | | | 0.28 | | | | 0.84 | | | | 1.2 | | | | 0.46 | | | | 0.79 | | | |
| **Pre-exposure Rep 1** | 0.20 | J | 0.11 | 0.25 | ND | Ui | 0.29 | 0.29 | 0.76 | -- | 0.091 | 0.25 | 1.3 | -- | 0.13 | 0.25 | ND | Ui | 0.44 | 0.44 | ND | Ui | 0.47 | 0.47 |
| **Pre-exposure Rep 2** | 0.18 | J | 0.11 | 0.25 | ND | Ui | 0.29 | 0.29 | 0.64 | -- | 0.091 | 0.25 | 1.0 | -- | 0.13 | 0.25 | ND | Ui | 0.43 | 0.43 | ND | Ui | 0.88 | 0.88 |
| **Pre-exposure Rep 3** | 0.16 | J | 0.11 | 0.25 | ND | Ui | 0.20 | 0.25 | 0.65 | -- | 0.091 | 0.25 | 1.1 | -- | 0.13 | 0.25 | ND | U | 0.38 | 0.38 | ND | Ui | 1.1 | 1.1 |
| **Pre-exposure Mean** | 0.18 | | | | 0.26 | | | | 0.68 | | | | 1.1 | | | | 0.42 | | | | 0.82 | | | |
| **FDA Tolerance Level** | x | | | | x | | | | x | | | | x | | | | x | | | | x | | | |

ANAMAR Environmental Consulting, Inc.

**TABLE 30**
Analytical Results for Wet Weight PCBs in *Neanthes virens* Tissues

| Analyte: | PCB 183 | | | | PCB 184 | | | | PCB 187 | | | | PCB 195 | | | | PCB 206 | | | | PCB 209 | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Sample-Replicate # | Result µg/kg | Qualifier | MDL | MRL | Result µg/kg | Qualifier | MDL | MRL | Result µg/kg | Qualifier | MDL | MRL | Result µg/kg | Qualifier | MDL | MRL | Result µg/kg | Qualifier | MDL | MRL | Result µg/kg | Qualifier | MDL | MRL |
| **SJH15-A-COMP Rep 1** | ND | Ui | 0.22 | 0.25 | ND | Ui | 0.35 | 0.35 | 0.63 | -- | 0.083 | 0.25 | ND | U | 0.33 | 0.33 | ND | U | 0.20 | 0.25 | ND | U | 0.15 | 0.25 |
| **SJH15-A-COMP Rep 2** | ND | U | 0.15 | 0.32 | ND | Ui | 0.19 | 0.32 | 0.34 | -- | 0.083 | 0.32 | ND | U | 0.33 | 0.33 | ND | U | 0.20 | 0.32 | ND | U | 0.15 | 0.32 |
| **SJH15-A-COMP Rep 3** | 0.31 | P | 0.15 | 0.30 | ND | Ui | 0.48 | 0.48 | 0.93 | -- | 0.083 | 0.30 | ND | Ui | 0.39 | 0.39 | ND | U | 0.20 | 0.30 | ND | U | 0.15 | 0.30 |
| **SJH15-A-COMP Rep 4** | ND | Ui | 0.24 | 0.25 | ND | Ui | 0.38 | 0.38 | 0.64 | -- | 0.083 | 0.25 | ND | U | 0.33 | 0.33 | ND | U | 0.20 | 0.25 | ND | U | 0.15 | 0.25 |
| **SJH15-A-COMP Rep 5** | ND | Ui | 0.19 | 0.25 | ND | Ui | 0.33 | 0.33 | 0.52 | -- | 0.083 | 0.25 | ND | Ui | 0.57 | 0.57 | ND | U | 0.20 | 0.25 | ND | Ui | 0.84 | 0.84 |
| **SJH15-A-COMP Mean** | 0.22 | | | | 0.35 | | | | 0.61 | | | | 0.39 | | | | 0.20 | | | | 0.29 | | | |
| **% of Reference Tissue** | 85 | | | | 120 | | | | 105 | | | | 84 | | | | 100 | | | | 69 | | | |
| **SJH15-B-COMP Rep 1** | ND | Ui | 0.34 | 0.34 | ND | Ui | 0.59 | 0.59 | 0.88 | -- | 0.083 | 0.25 | ND | Ui | 0.55 | 0.55 | ND | U | 0.20 | 0.25 | ND | Ui | 0.79 | 0.79 |
| **SJH15-B-COMP Rep 2** | ND | Ui | 0.35 | 0.35 | ND | Ui | 0.58 | 0.58 | 0.89 | -- | 0.083 | 0.25 | ND | Ui | 0.55 | 0.55 | ND | U | 0.20 | 0.25 | ND | Ui | 1.5 | 1.5 |
| **SJH15-B-COMP Rep 3** | ND | Ui | 0.43 | 0.43 | ND | Ui | 0.57 | 0.57 | 0.98 | -- | 0.083 | 0.25 | ND | Ui | 0.48 | 0.48 | ND | U | 0.20 | 0.25 | ND | Ui | 0.51 | 0.51 |
| **SJH15-B-COMP Rep 4** | 0.27 | P | 0.15 | 0.25 | ND | Ui | 0.46 | 0.46 | 0.66 | -- | 0.083 | 0.25 | ND | U | 0.33 | 0.33 | ND | U | 0.20 | 0.25 | ND | Ui | 0.70 | 0.70 |
| **SJH15-B-COMP Rep 5** | 0.34 | P | 0.15 | 0.25 | ND | Ui | 0.55 | 0.55 | 0.85 | -- | 0.083 | 0.25 | ND | Ui | 0.46 | 0.46 | ND | U | 0.20 | 0.25 | ND | U | 0.15 | 0.25 |
| **SJH15-B-COMP Mean** | **0.35** | | | | **0.55** | | | | **0.85** | | | | 0.47 | | | | 0.20 | | | | **0.73** | | | |
| **% of Reference Tissue** | 132 | | | | 191 | | | | 146 | | | | 102 | | | | 100 | | | | 174 | | | |
| **SJH15-REF Rep 1** | ND | Ui | 0.56 | 0.56 | ND | Ui | 0.27 | 0.27 | 0.52 | -- | 0.083 | 0.25 | ND | Ui | 0.63 | 0.63 | ND | U | 0.20 | 0.25 | ND | Ui | 1.5 | 1.5 |
| **SJH15-REF Rep 2** | ND | Ui | 0.22 | 0.28 | ND | Ui | 0.36 | 0.36 | 0.67 | -- | 0.083 | 0.28 | ND | U | 0.33 | 0.33 | ND | U | 0.20 | 0.28 | ND | U | 0.15 | 0.28 |
| **SJH15-REF Rep 3** | 0.23 | J | 0.15 | 0.25 | ND | Ui | 0.23 | 0.25 | 0.55 | -- | 0.083 | 0.25 | ND | Ui | 0.60 | 0.60 | ND | U | 0.20 | 0.25 | ND | U | 0.15 | 0.25 |
| **SJH15-REF Rep 4** | ND | U | 0.15 | 0.25 | ND | Ui | 0.24 | 0.25 | 0.51 | -- | 0.083 | 0.25 | ND | U | 0.33 | 0.33 | ND | U | 0.20 | 0.25 | ND | U | 0.15 | 0.25 |
| **SJH15-REF Rep 5** | ND | U | 0.15 | 0.25 | ND | Ui | 0.34 | 0.34 | 0.66 | -- | 0.083 | 0.25 | ND | Ui | 0.43 | 0.43 | ND | U | 0.20 | 0.25 | ND | U | 0.15 | 0.25 |
| **SJH15-REF Mean** | 0.26 | | | | 0.29 | | | | 0.58 | | | | 0.46 | | | | 0.20 | | | | 0.42 | | | |
| **Pre-exposure Rep 1** | ND | U | 0.15 | 0.25 | ND | Ui | 0.35 | 0.35 | 0.83 | -- | 0.083 | 0.25 | ND | U | 0.33 | 0.33 | ND | U | 0.20 | 0.25 | ND | U | 0.15 | 0.25 |
| **Pre-exposure Rep 2** | ND | U | 0.15 | 0.25 | ND | Ui | 0.26 | 0.26 | 0.68 | -- | 0.083 | 0.25 | ND | U | 0.33 | 0.33 | ND | U | 0.20 | 0.25 | ND | U | 0.15 | 0.25 |
| **Pre-exposure Rep 3** | ND | U | 0.15 | 0.25 | ND | Ui | 0.28 | 0.28 | 0.64 | -- | 0.083 | 0.25 | ND | Ui | 0.43 | 0.43 | ND | U | 0.20 | 0.25 | ND | U | 0.15 | 0.25 |
| **Pre-exposure Mean** | 0.15 | | | | 0.30 | | | | 0.72 | | | | 0.36 | | | | 0.20 | | | | 0.15 | | | |
| **FDA Tolerance Level** | x | | | | x | | | | x | | | | x | | | | x | | | | x | | | |

Data qualifiers and acronyms are defined at the front of the tables section.
**Results in bold** are statistically significantly greater than that of the reference tissue.
**Underlined and bolded results** are at least twice the concentration of, and statistically significantly exceed, that of the reference tissue. See Subsection 2.3.3 of the RGM (USEPA and USACE 1992) for more information.

Sources: Results from ALS Environmental; FDA tolerance level from FDA (2011)
Compiled by: ANAMAR Environmental Consulting, Inc.

**NOTE**:

Appendices are provided in electronic format only and may be found on the accompanying disc.

APPENDICES

APPENDICES

USACE_006880

**From:** Dugger, Kenneth R SAJ
**To:** Powell, Richard B SAJ; Fountain, Ashleigh H SAJ; DeMarco, Paul M SAJ; Spinning, Jason J SAJ; Mora, Millan A SAJ; jose.a.rivera@noaa.gov; lisamarie.carrubba@noaa.gov; marelisa_rivera@fws.gov; Felix Lopez
**Subject:** Coordination Act Report, San Juan Harbor Feasibility (9:00 EST/10:00 PR Time)
**Date:** Friday, November 20, 2015 8:05:56 AM
**Attachments:** CharetteEnvCombinedMap.pdf
CharetteMapMarkupPilots.pdf

---

See attached map of Pilots' areas of concern and resources identified at Charette (11" X 17").

Thanks!
Kenneth
Phone 904 232-1686
Cell 904 401-2894
Fax 904 232-3442

NOAA Fisheries Protected Resources

Nesting Sea Turtles

NOAA HCD

FWS

NOAA Prot Res

# Miami Harbor Phase III
# Federal Channel Expansion Project
# Permit No. 0305721-001-BI

# Quantitative Post-Construction Analysis for Middle and Outer Reef Benthic Communities

November 19, 2015

**Prepared for:**
**Great Lakes Dredge and Dock LLC**
**2122 York Road**
**Oak Brook, IL 60523-01961**

**Prepared by:**
**Dial Cordy and Associates Inc.**
**46 NE 6th Street**
**Miami, FL 33132**

**EXECUTIVE SUMMARY**

The Miami Harbor Phase III Deepening Project was designed to widen and deepen the outer entrance channel to increase safe access to the Port of Miami by larger vessels, including post-Panamax class ships. To accommodate these larger vessels the outer entrance channel has been widened and deepened to 52 (±1) feet Mean Lower Low Water (MLLW) (15.6 ± 0.3 m). Avoidance and minimization of impacts to natural resources (hardbottom and seagrasses) was conducted by the U. S. Army Corps of Engineers (USACE) as the lead Federal agency through the NEPA process and a Record of Decision was signed on May 22, 2006. The project was permitted through the Florida Department of Protection (FDEP), under Permit No. 0305721-001-BI. Permit conditions provide a number of protective measures to ensure the preservation of natural resources, such as hardbottom, reef, and seagrass communities, including methods on environmental monitoring required before, during, and after dredging activities.

Great Lakes Dredge and Dock (GLDD) was responsible for implementing the required environmental monitoring program during the immediate pre-, during, and immediate post-construction time periods associated with the Miami Harbor Phase III project. Dial Cordy and Associates Inc. (DCA) was contracted by GLDD to conduct baseline, compliance and post-construction monitoring of hardbottom, reef, and seagrass habitats in the project area. Specifically, DCA was contracted to (1) conduct baseline, compliance, and post-construction surveys at hardbottom, middle and outer reef monitoring sites, and their control sites, (2) conduct baseline, compliance, and post-construction surveys at Fisherman's Channel seagrass sites, and (3) conduct baseline, compliance and post-construction surveys at Julia Tuttle Seagrass Mitigation Site (JTSMS).

This post-construction report characterizes the benthic communities within those channel-side areas of the outer reefs required to be monitored in compliance with the FDEP permit before, during and following completion of the project. The FDEP mandated monitoring study was designed to include control and channel-side sites and to compare pre- and post-construction results to detect natural variation in the resources to assist in determining the effects of the actual dredge operations on the resources surrounding the project area (SC32a). A number of parameters including benthic organism density, cover, and condition, as well as quantitative sedimentation rates were measured to test the null hypothesis ($H_o$):

> $H_o$: Benthic communities in the indirect effect (channel side) sites will remain unchanged between the pre and post-dredging surveys.

Baseline surveys established information on the population dynamics, condition and sedimentation environment of the benthic communities adjacent to the Federal Navigation Channel. These baseline results were used as a point of comparison for the post-construction survey period to document changes attributable to dredging while considering other environmental and/or anthropogenic factors that influence hardbottom resources in the area. Comparisons between baseline and post-construction benthic habitats documented changes in middle and outer reef benthic habitats. Changes in the benthic habitats were attributable to a number of factors, including natural environmental conditions and project related activities.

The most noticeable project related effects were due to sediment stress and accounted for total scleractinian colony mortality of 1.25% of all tagged colonies for all middle and outer reef monitoring sites (channel-side and control). Total scleractinian colony mortality due to sedimentation occurred at one middle reef channel-side site (R2N2-LR, 2 colonies; 8.3% of all tagged colonies at the site) and at one outer reef channel-side site (R3N1-LR, 3 colonies; 14.3% of all tagged colonies at the site). No total colony mortality associated with sedimentation occurred on the south side of the middle or outer reef sites nor at any of the north or south

control sites. In addition to total coral colony mortality, sedimentation caused partial mortality of coral colonies in areas where coral colonies could not effectively remove accumulated sediment. Partial mortality due to sedimentation (PM) was recorded on 34% of all scleractinian corals at middle and outer reef sites (137 out of 400) during the compliance and/or post-construction monitoring period. The majority of corals affected by sediment-related partial mortality were at channel-side sites, although partial mortality due to sedimentation was documented at the control sites.

In addition to total colony mortality related to the effects of sediment, partial mortality of tagged scleractinian coral colonies due to sediment was documented over time (compliance through post-construction period) for tagged corals at all middle and outer reef sites (channel-side and controls). Partial mortality due to sediment occurred across channel-side and control sites at the middle and outer reefs (34%). Across the middle reef sites, R2N1-RR recorded the highest percentage of corals affected by partial mortality (93%), R2N2-LR, R2S1-RR and R2S2-LR all exhibited the next highest percentage of corals with partial mortality due to sediment (63%). The two north control sites (R2NC1-LR and R2NC2-RR) had the lowest percentage of corals affected by partial mortality due to sediment (7%). The two south control sites had 30% (R2SC1-RR) and 8% (R2SC2-LR) of corals affected by partial mortality due to sediment. At the outer reef sites, more than 70% of all tagged corals at R3N1-LR exhibited partial mortality due to sediment, while R3NC1-LR had 29% of corals affected by partial mortality. The south side of the channel at the outer reef sites exhibited less sediment-related partial mortality when compared to the north channel-side outer reef site. R3S2-LR had the lowest percentage with only 4% of corals with partial mortality due to sediment, while R3S1-CP and R3S3-SG had percentages of 42% and 36% respectively. R3SC2-LR had the lowest percentage of partial mortality (0%) among the south controls while R3SC1-CP (17%) and R3SC3-SG (13%) exhibited higher percentages.

As a result of the FDEP mandated monitoring program natural and project related effects on benthic communities were possible to discern. In the summer of 2014, a significant regional bleaching event was detected at control and channel-side sites. Shortly after the bleaching event, a white-plague disease event began to affect coral colonies (September 2014), starting at southern control sites on the middle reef. The white-plague outbreak continued to affect control and channel-side sites through 2015. White-plague disease was widespread across all middle and outer reef compliance monitoring and control sites except for R3N1-LR. White-plague accounted for 84% of the total scleractinian mortality of marked corals at the channel-side sites and 86% at the control sites. The south channel-side and control sites of the middle reef exhibited the highest coral mortality count associated with white-plague. The species most dramatically impacted include *Dichocoenia stokesi* and *Meandrina meandrites*. R2S2-LR had the highest percentage of mortality where 46% of tagged corals succumbed to the disease. R2SC2-LR had the next highest percentage of 44%, while R2S1-RR and R2SC1-RR had coral mortality associated with white-plague of 26% and 27% respectively. R2N1-RR had the highest percentage of coral mortality at the north channel-side sites with 40%. When compared to R2N2-LR, R2NC1-LR and R2NC2-RR which had relatively low mortalities of 8%, 11% and 7% respectively.

On the outer reef, the south channel-side and control sites exhibited the highest percentage of mortality associated with white-plague disease. White-plague mortality at the south channel-side sites ranged from 12% (R3S2-LR) to 26% (R3S1-CP). The south controls had higher percentages of mortality ranging from 8% (R3SC1-CP) to 40% (R3SC2-LR). R3N1-LR did not have any coral mortality associated with white-plague; however, R3NC1-LR had 25% of tagged corals exhibit mortality due to white-plague.



United States Department of the Interior

NATIONAL PARK SERVICE
Southeast Regional Office
Atlanta Federal Center
1924 Building
100 Alabama St., SW.
Atlanta, Georgia 30303

IN REPLY REFER TO:
ER 15/0561

November 3, 2015

Paul DeMarco
U.S. Army Corps of Engineers
Planning Division, Environmental Branch
P.O. Box 4970
Jacksonville, FL 32232–0019

Dear Mr. DeMarco:

The National Park Service has reviewed the U.S. Army Corps of Engineers (USACE) Notice of Intent to Prepare a Draft Feasibility Study and Environmental Impact Statement (EIS) for Navigational Improvements to San Juan Harbor in San Juan, Puerto Rico, and offers comments for consideration in the EIS.

The USACE proposed navigational improvements to San Juan Harbor include deepening the main channels up to minus 50 feet and widening main channels up to an additional 50 feet. The USACE is the lead federal agency responsible for preparing the EIS along with the non-federal sponsor Puerto Rico Ports Authority.

The San Juan National Historic Site is a unit of the National Park Service as well as a World Heritage Site and includes forts San Cristobal, San Felipe del Morro, and San Juan de la Cruz (also known as El Canuelo), Paseo del Morro National Recreation Trail, plus bastions, powder houses, and three fourths of the city wall and Isla de Cabras. All these fortifications surround the old, colonial portion of San Juan, Puerto Rico. Fort San Juan de la Cruz is located at Isla de Cabras at the western end of the entrance to San Juan Bay.

The NPS recommends that the EIS include analysis of the potential for the proposed undertaking to adversely affect San Juan National Historic Site and affiliated areas. In particular we are concerned about potential impacts from increased wave energy and erosion from changed channel configurations and increased shipping traffic to the existing structural integrity and current riprap which protects the sites. The proposed undertaking could result in changes in shipping traffic due to the deeper channel, as well as sediment transport. The NPS is concerned that sediment transport changes will result in increased erosion and potential effects on the long-term structural integrity of NPS resources. The NPS requests that the USACE initiate modeling with NPS involvement in the development and review of model output as well as a monitoring plan and program to evaluate changes in the wave climate in San Juan Harbor before and after

the proposed undertaking.  The NPS also recommends that the modeling address the extent to which climate-change associated parameters (e.g., sea level rise, storm surge) impact NPS resources at San Juan National Historic Site in combination with the proposed deepening project. The EIS should also include potential effects to cruise ship traffic and visitation to Old San Juan from the undertaking.

We recommend coordinating with the Puerto Rico historic preservation office to have a qualified archeologist formally survey underwater archeological resources and to include a commitment to monitor during the dredging activities in the vicinity.

Thank you for the opportunity to provide comments concerning the recognition and protection of the San Juan National Historic Site in the development of the EIS.  For additional information or for clarification about our comments, please contact:  Anita Barnett, Environmental Protection Specialist, National Park Service Southeast Regional Office, 404-407-5706; Félix J. López, Chief of Cultural Resources, San Juan National Historic Site, 787-729-6777, ext. 267; Eric López, Park Historian, San Juan National Historic Site, 787-729-6777, ext. 243.

Sincerely,

Ben West
Chief, Planning and Compliance Division

cc:     Superintendent, San Juan National Historic Site

# PUERTO DE SAN JUAN, PUERTO RICO

# ESTUDIO DE NAVEGACIÓN

El Cuerpo de Ingenieros de los Estados Unidos (USACE, por sus siglas en inglés) ha comenzado un estudio de viabilidad/factibilidad y la declaración de impacto ambiental relacionados a posibles mejoras de navegación al Puerto de San Juan, Puerto Rico. El Cuerpo de Ingenieros estará trabajando en conjunto con la Autoridad de Puertos de Puerto Rico, a la cual el Puerto de San Juan pertenece. La Autoridad de Puertos también opera y maneja las facilidades de carga y cruceros del puerto.

El Puerto de San Juan está localizado en la costa norte de Puerto Rico, y es el puerto principal de la Isla. La mayor parte de la carga marítima y cruceros tienen como parada el Puerto de San Juan, el cual maneja más del 75 por ciento de la carga marítima no relacionada al petróleo de la Isla.

Para cumplir con las demandas en una economía global en desarrollo, la industria de barcos marítima continúa desarrollando buques y embarcaciones de mayor tamaño y eficiencia. Al finalizarse la expansión del Canal de Panamá en el 2016, se facilitará el uso de mega-embarcaciones. El nuevo Canal de Panamá podrá manejar embarcaciones con un largo máximo de 1,200 ft. (365.76 m), un ancho de 160 ft. (48.76 m) y un calado de 50 ft. (15.24 m).

El Cuerpo de Ingenieros se encarga de las mejoras a los sistemas de navegación, tales como la profundización y/o la ampliación de canales para facilitar el transporte de embarcaciones presentes y futuras, y resolver los problemas de restricción en la navegación. Los Ingenieros y Científicos de USACE usan la mejor tecnología disponible para hacer puertos más costo-efectivos.

En el presente, el Puerto de San Juan sufre de algunas ineficiencias en el transporte de embarcaciones debido a un ancho de canal limitado, y restricciones que impiden el tráfico de embarcaciones en dos direcciones. Algunas embarcaciones de carga no pueden salir del puerto usando el Dique de Carena por tener limitaciones de profundidad y ancho, lo que hace que estas embarcaciones tengan que transitar cerca del Muelle Army Terminal, lo cual, a su vez, crea atrasos con embarcaciones que utilizan este muelle. En adición, el Muelle de Cruceros ha alcanzado su capacidad máxima.

El estudio evaluará la viabilidad de hacer mejoras al Puerto, como profundizar y/o ampliar los canales del puerto. Estas mejoras podrían facilitar el movimiento de embarcaciones, resolver el problema de restricciones en la navegación y atraer oportunidades de desarrollo económico.

El Cuerpo de Ingenieros y la Autoridad de Puertos firmaron un acuerdo el 16 de septiembre de 2015 para el comienzo oficial de este estudio. El Cuerpo de Ingenieros ha comenzado la fase de viabilidad creando un plan de manejo del proyecto y un Acuerdo de Viabilidad de Costos Compartidos con la Autoridad de Puertos.

Una reunión pública de determinación de alcance fue pautada para el 5 de noviembre de 2015 en San Juan.

# PUERTO DE SAN JUAN ESTUDIO DE NAVEGACIÓN

## Determinación de alcance y detalles del estudio

El proceso de determinación de alcance comienza antes de la preparación de la declaración de impacto ambiental y su propósito es ayudar en la determinación del alcance del análisis y los problemas principales. El proceso también tiene el propósito de ayudar a identificar alternativas e información necesaria para evaluar las varias opciones.

El Puerto de San Juan tiene seis canales de navegación. La profundidad de los canales del puerto disminuyen a medida que se adentra a la Bahía de San Juan: el área más profunda se encuentra en la entrada, a -56 ft. (-17 m), y el área mas llana se encuentra en el Canal Muelle de Carena, a -36 ft (11 m). El canal de cruceros turísticos es mucho más llana, con un rango de profundidad de -30 ft. (9 m) a -36 ft. (11 m).

Una alternativa potencial es ampliar los canales principales 50 ft (15.24 m) y profundizarlos 50 ft. (15.24 m). El Cuerpo de Ingenieros también evaluará ampliaciones y profundizaciones más pequeñas. El Cuerpo de Ingenieros estima que el material dragado puede ser adecuado para ser colocado en el Sitio de Disposición de Materiales Marítimos Dragados localizado a unas millas de la entrada del Puerto de San Juan. Parte del material podría ser adecuado para cubrir hoyos de dragados anteriores u otros usos beneficiosos.

El Distrito de Jacksonville, USACE, desarrollará y evaluará una matriz de alternativas para desarrollar una recomendación para las mejoras al Puerto de San Juan. Este proceso incluirá el nivel apropiado de análisis de ingeniería, economía, y análisis ambientales para la identificación de los posibles beneficios e impactos asociados a las mejoras marítimas proyectadas.

El Cuerpo de Ingenieros acepta perspectivas, comentarios e información sobre recursos ambientales y culturales relacionados a los objetivos del estudio y las características importantes descritas en el área de estudio, al igual que mejoras sugeridas. Cartas con comentarios o preguntas deben ser enviadas al Cuerpo de Ingenieros: U.S. Army Corps of Engineers, Attention: Planning Division, Environmental Branch, P.O. Box 4970, Jacksonville, FL 32207-8175.

Para información adicional, o preguntas, por favor contactar a Paul DeMarco en su correo electrónico: paul.m.demarco@usace.army.mil o por teléfono, 904-232-1897. Información adicional también está disponible en la página del Distrito de Jacksonville, localizada en: http://www.saj.usace.army.mil/About/DivisionsOffices/Planning/EnvironmentalBranch/EnvironmentalDocuments.aspx#Puerto_Rico.



**Authority:** This notice is required by § 6001(c) of the Water Resources Reform and Development Act of 2014, Public Law 113–121, 128 STAT 1346–1347.

Dated: September 30, 2015.

**Jo-Ellen Darcy,**

*Assistant Secretary of the Army (Civil Works).*

[FR Doc. 2015–25586 Filed 10–6–15; 8:45 am]

**BILLING CODE 3720–58–P**

## DEPARTMENT OF DEFENSE

### Department of the Army, Corps of Engineers

### Intent To Prepare a Draft Feasibility Study and Environmental Impact Statement (EIS) for Navigational Improvements to San Juan Harbor in San Juan, Puerto Rico

**AGENCY:** U.S. Army Corps of Engineers, DOD.

**ACTION:** Notice of intent.

**SUMMARY:** The purpose of the feasibility study is to improve navigation in San Juan Harbor.

**ADDRESSES:** U.S. Army Corps of Engineers, Planning Division, Environmental Branch, P.O. Box 4970, Jacksonville, FL 32232–0019.

**FOR FURTHER INFORMATION CONTACT:** Mr. Paul DeMarco at (904) 232–1897 or email at *paul.m.demarco@usace.army.mil.*

**SUPPLEMENTARY INFORMATION:**

1. *Description of the Proposed Action.* Proposed navigational improvements to San Juan Harbor include deepening main channels up to minus 50 feet and widening main channels up to an additional 50 feet. Additional information is available on our Environmental Documents Web page at *http://www.saj.usace.army.mil/About/DivisionsOffices/Planning/EnvironmentalBranch/EnvironmentalDocuments.aspx#SJH.*

2. *Reasonable Alternatives.* Lesser increments of widening and deepening and other alternatives would also be evaluated. The dredged material is expected to be suitable for placement in the Ocean Dredged Material Disposal Site located a few miles from the harbor entrance. Some material may be suitable for placement in dredged holes and for other purposes. Other alternatives as identified during the scoping and plan formulation process will be considered.

3. *Scoping Process:*

a. Public and Agency Involvement. A scoping letter is being sent to agencies, commercial interests, and the public.

b. Issues to be Analyzed in Depth in the DEIS. Important issues expected include impacts to protected species,

sea grass, hardgrounds, socio-economic factors, and any other factors that might be determined during the scoping and plan formulation process.

c. Possible Assignments for Input into the EIS Among Lead and Potential Cooperating Agencies.

—U.S. Fish and Wildlife Service: Input concerning listed species, critical habitat, and other fish and wildlife resources.

—National Marine Fisheries Service: Input concerning listed species, critical habitat, and essential fish habitat.

—U.S. Environmental Protection Agency: Input concerning ocean disposal.

—The U.S. Army Corps of Engineers is the Lead agency and, together with the non-federal sponsor (Puerto Rico Ports Authority) will assume responsibility for all other aspects of the EIS.

d. Other Environmental Review and Consultation Requirements. The proposed action is subject to the requirements of the Endangered Species Act, Marine Mammal Protection Act, Essential Fish Habitat requirements, National Historic Preservation Act, numerous other laws and executive orders, and any other requirements that might be identified during the scoping and plan formulation process.

4. *Scoping Meeting.* A public scoping meeting will be held on November 5, 2015, at 9:00 a.m. in Room 101 of the Puerto Rico Convention Center, 100 Convention Boulevard, San Juan, Puerto Rico.

5. *Date the DEIS Made Available to the Public.* Depending on the issues, alternatives, investigations, and other requirements identified during the scoping and plan formulation process; the Draft EIS should be available by September 30, 2017.

Dated: September 29, 2015.

**Eric P. Summa,**

*Chief, Environmental Branch.*

[FR Doc. 2015–25574 Filed 10–6–15; 8:45 am]

**BILLING CODE 3720–58–P**

## DEPARTMENT OF EDUCATION

### Announcement of Requirements and Registration for the Reach Higher Career App Challenge

**AGENCY:** Office of Career, Technical, and Adult Education, Department of Education.

**ACTION:** Notice; public challenge.

**SUMMARY:** The U.S. Department of Education (the Department) is

announcing the Reach Higher Career App Challenge (RHCAC or Challenge), a prize competition funded by the Carl D. Perkins Career and Technical Education Act of 2006 (Perkins IV or Act). RHCAC calls upon potential entrants, who may include eligible educators, mobile application (app) developers, and other interested individuals to submit information concerning concepts for mobile apps, which may include a prototype, to improve access to information about career and technical education (CTE), help students, including students with disabilities and English Learners, navigate education and career paths, and increase the capacity of career counselors to serve students. The Challenge seeks solutions that: (1) Are focused on middle and high school students, (2) include integrated tools to assess user skills and interests, and (3) offer users accessible information on occupations, education options, credentials, and career-seeking skills through an individualized user experience.

**DATES:** We must receive your Challenge submission on or before December 7, 2015.

The timeframes for judging the submissions and selecting the finalists will be determined by the Department.

The Department will conduct at least one online information session during the open submission phase of the challenge. The date of the session will be determined and announced by the Department, posted on the Luminary Lightbox™ platform at *www.reachhigherchallenge.com* (Challenge Web page), and sent to entrants by email. The dates for finalist activities including the Virtual Accelerator phase, finalist mentorship, Innovator's Boot Camp, and Demonstration Day (all of these activities are described elsewhere in this notice) will be determined and announced by the Department.

The date for the final judging will be determined and announced by the Department following Demonstration Day.

The winner(s) will be announced on a date determined and announced by the Department.

**ADDRESSES:** Submit entries for the prize at *www.reachhigherchallenge.com/.*

**FOR FURTHER INFORMATION CONTACT:** Albert Palacios, U.S. Department of Education, 550 12th Street SW., Room 11086, Washington, DC 20202 or by email: *albert.palacios@ed.gov.* If you use a telecommunications device for the deaf (TDD) or a text telephone (TTY), call the FRS, toll free, at 1–800–877–8339.



**DEPARTMENT OF THE ARMY**
JACKSONVILLE DISTRICT CORPS OF ENGINEERS
701 San Marco Boulevard
JACKSONVILLE, FLORIDA 32207-8175

REPLY TO
ATTENTION OF

Planning Division
Environmental Branch

OCT 0 1 2015

To Whom it May Concern:

This office is starting a Feasibility Study and Environmental Impact Statement concerning navigational improvements to San Juan Harbor in San Juan, Puerto Rico. One alternative is to widen the main channels by 50 feet and deepen them up to 50 feet. Lesser increments of widening and deepening would also be evaluated (see enclosed figure). The dredged material is expected to be suitable for placement in the Ocean Dredged Material Disposal Site located a few miles from the harbor entrance. Some material may be suitable for placement in dredged holes and for other purposes.

This letter initiates the scoping process for the Environmental Impact Statement. The scoping process starts prior to preparation of the Environmental Impact Statement and is intended to aid in determining the scope of the analysis and significant issues. This process is also intended to help identify alternatives and information needed to evaluate alternatives.

We welcome your views, comments and information about environmental and cultural resources, study objectives and important features within the described study area, as well as any suggested improvements. Letters of comment or inquiry should be addressed to the letterhead address to the attention of the Planning Division, Environmental Branch and received by this office within 30 days of the date of this letter.

Prior to a public scoping meeting, a Planning Charette with the sponsor and the resource agencies will be held on November 4, 2015, in the Puerto Rico Convention Center, 100 Convention Boulevard, San Juan, Puerto Rico at 9:00 am in Salón Las Olas.

A public scoping meeting will be held on November 5, 2015, in the Puerto Rico Convention Center, 100 Convention Boulevard, San Juan, Puerto Rico at 9:00 am in Room 101. Additional information is available on our Environmental Documents Web Page at <http://www.saj.usace.army.mil/About/DivisionsOffices/Planning/EnvironmentalBranch/EnvironmentalDocuments.aspx#SJH>.

If you have any questions, contact Mr. Paul DeMarco at 904 232-1897 or at paul.m.demarco@usace.army.mil.

Sincerely,

Eric P. Summa
Chief, Environmental Branch

Enclosure



SIEMENS

# Puerto Rico Electric Power Authority Integrated Resource Plan 2016 - 2035

## San Juan August 21, 2015

Restricted © Siemens Industry, Inc. 2014 All rights reserved.

Answers for Energy Delivery.

USACE_007585

# Four Futures
## Sensitivities

SIEMENS

- Reduced and delayed RPS milestones were selected for all Futures:
  - 10 percent renewable generation of energy sales by 2020,
  - 12 percent by 2025, and
  - 15 percent by 2035.
- A sensitivity *to 20% by 2035* was included as well as one for ***renewable freeze*** for the selected portfolio and all Futures.
- AES Contract renewed after 2027 was assumed for all Futures and Portfolios, but a sensitivity of no-renewal was carried out for the selected portfolio and all Futures.

USACE_007600



Galway Energy Advisors LLC

*Delivering Global Energy Transactions*

# LNG and Natural Gas Import and Delivery Options Evaluation for PREPA's Northern Power Plants – Feasibility Study & Fatal Flaw Evaluation

**Submitted**

**to**

**Puerto Rico Public-Private Partnership Authority**

**And**

**Puerto Rico Electric Power Authority**

**1st June 2015**

3050 Post Oak Blvd #1300 , Houston, TX, USA 77056 www.galwaygroup.com #22-04, Suntec Tower 3, Singapore, 038988



originally contemplated for Via Verde. An alternative could include a buried underwater pipeline from the San Juan Power Plant to Palo Seco Power Plant (refer to Appendix 1 Attachment 5 in the TRC report for a conceptual route for this underwater pipeline).

- Army Dock or Warehouse Site: an onshore pipeline from San Juan Power Plant to Palo Seco Power Plant following the routing originally contemplated for Via Verde. An alternative could include a buried underwater pipeline from the San Juan Power Plant to Palo Seco Power Plant (refer to Appendix 1 Attachment 5 in the TRC report for a conceptual route for this underwater pipeline).
- North Offshore: a subsea pipeline from FSRU to western tip of Ensenada de Boca Vieja, AND a subsea pipeline horizontally drilled to Palo Seco, AND an onshore pipeline from Palo Seco Power Plant to the San Juan Power Plant following the routing originally contemplated for Via Verde.

## ENVIRONMENTAL ASSESSMENT

TRC prepared a map of the environmentally sensitive zones in the study area that identified coral reefs, mangroves, sea grass beds, wetlands, critical wildlife areas, river and streams, karst areas, and aquifers. TRC determined that the environmental issues that are most likely to result in a high consequence impacts are those impacting coral reefs and mangroves. The regulatory requirements of dredge spoil management also represent a critical issue that could affect schedule. Impacts on the other environmentally sensitive areas can presumably be mitigated.

TRC then developed a classification scheme to quantify the severity of potential impacts from the infrastructure solutions identified above. This classification scheme includes the following a:

- High: impacts that are most assuredly going to result in significant project delays (more than 1 year) and/or cost a material amount of money to mitigate.
- Potentially High: impacts that could result in significant project delays (more than 1 year) and/or cost a material amount of money to mitigate.
- Moderate: impacts that have to be addressed, however, according to TRC experts, are impacts that can be mitigate with moderate project delays (less than 1 year) and/or mitigated at reasonable costs.
- Minor: impacts that are easily mitigated.
- Potential Issue – Need More Information: impacts where, based on TRC's experiences, could be considered "Moderate" to "High" but where further technical definition is required to properly assess the impact (e.g. choice of vaporization technology).
- None: no impacts are anticipated.

TRC's performed its assessment by leveraging its experts' experience and knowledge about siting and permitting LNG facilities in the US, and incorporated feedback from Galway about specific issues such as pipeline routing. TRC's report should be considered an initial screen of potential fatal flaws that is based on a desktop study. Further and more detailed and targeted assessments would be required to confirm the anticipated environmental impacts. The TRC report is included as Appendix I.

## TECHNICAL ASSESSMENT

CH-IV completed a Feasibility and Options Study that focused on a) identifying and examining a full range of LNG and CNG delivery options, b) considering potential sites, c) quantifying various terminal configurations, site attributes and key differentiators within the context of each option's specific engineering challenges, solutions, and, very importantly, regulatory environment. CH-IV leveraged its extensive experience with LNG projects developed and built in the US as well as input from WH on regulatory matters and Galway on techno-commercial and commercial considerations.

One of the key components' of CH-IV assessment focused on the regulatory requirements that would impact the siting, design and operations of the potential options. Specifically, because of the requirement to be able to source LNG from the global market as well as potential from the continental US, the facility would need to be permitted as an Import LNG Terminal and therefore would be under the jurisdiction of the FERC. The Team viewed this requirement as a net positive because the FERC permitting process has a long history, is well established and predictable and is attended by relatively little uncertainty. Any permitting strategy that would require a new or one-off process would, in the Team's opinion, introduce significant permitting process, schedule and outcome uncertainty, which could be viewed as a fatal flaw in light of PREPA's obligations to meet MATS requirements.

There are a couple of important considerations with regards to the permitting approach that would impact this type of jurisdictional facility.

1) CFR 49 Part 193 applicability and considerations on the determination of the facility's impact on public safety and required mitigation measures.

   According to Part 193, the safety standards and mitigation measures defined in the rules would not apply to LNG facilities that are used by the ultimate consumer of LNG or natural gas. Therefore, it is possible that any LNG or natural gas facilities serving PREPA would qualify for a different set of safety standards and mitigation measures that may be less stringent than those imposed under Part 193. However, one of the FERC's duties is to ensure public safety from the potential impact of jurisdictional facilities. Consequently, based on the Team's experience with FERC staff on other projects, it is anticipated that FERC staff would, as they are empowered to do, require that any facilities build to serve PREPA demonstrate that it meets the siting requirements of Part 193 irrespective of any exemptions that may be offered by regulations. Consequently, CH-IV has analyzed siting related issues according to the standards required under Part 193.

2) Application of public impact and siting requirements for floating LNG terminal infrastructure.

There is significant uncertainty about the applicable methodology to determine impacts on the public of vapor dispersion and thermal radiation for LNG terminal that include floating LNG infrastructure. The "traditional[1]" method used (which is being used by Excelerate Energy in the permitting process for the Aguirre Offshore GasPort in Puerto Rico) is based on the USGC regulations that define Zones of Concern that delineate particular areas of specific risks and have been advisory in nature and have not constituted a proscriptive siting constraint. However, there have been recent developments that suggest that the application of proscriptive project-specific Zones of Concern may be required for LNG terminals that include any floating infrastructure (such as FSU or FSRU). Consequently, the Team feels that going forward, it is very likely that projects that include floating LNG infrastructure will be required to calculate and describe Zones of Concern for the floating infrastructure. The Team believes that FERC will then use those Zones of Concern to determine the potential impacts to the public in a similar manner as FERC currently applies for onshore LNG infrastructure. It is possible that alternatives to the "traditional" method to evaluate the impact of those Zones of Concern could be developed with FERC. However, the Team felt that this approach would introduce significant uncertainty about the permitting process, schedule and outcomes and should therefore be considered a fatal flaw in light of PREPA's MATS obligations. Therefore, CH-IV applied the "traditional" methodology to analyze siting related issues for floating LNG infrastructure.

For CNG, there are currently no CNG projects within the US. Therefore, no CNG project has been presented to FERC or USGC as part of a formal permitting process. Therefore, no specific rules, guidelines or precedent have been developed to provide a basis for the calculation of hazard zones for marine based CNG project within US jurisdiction. In the Team's opinion, this in itself presents significant uncertainty about the permitting process, schedule and outcomes for a CNG project and should therefore be considered a fatal flaw in light of PREPA's MATS obligations. However, for demonstration purposes, CH-IV did calculate hazard zones for the two CNG options based on analytical concepts used for LNG scenarios.

CH-IV calculated Zones of Concern for vapor dispersion and thermal radiation. These Zones of Concerns are shown in appendices A through L in CH-IV's Feasibility and Options Study report and are numbered in the map legends. The regulatory requirements for describing these Zones of Control are described in section 6.2 of CH-IV's Feasibility and Options Study report. Specifically, these include:

[1] Methods currently used to describe Zones of Concerns by FERC for jurisdictional onshore LNG facilities

## Colonial Nesting Seabird Guild

**Black Skimmer** *Rynchops nigra*
**Brown Pelican** *Pelecanus occidentalis*
**Common Tern** *Sterna hirundo*
**Forster's Tern** *Sterna forsteri*
**Gull-billed Tern** *Gelochelidon nilotica*
**Least Tern** *Sterna albifrons*
**Royal Tern** *Thalasseus maximus*
**Sandwich Tern** *Thalasseus sandvicensis*

Black Skimmer photo by NPS

Contributors (2005): Thomas M. Murphy, Sally R. Murphy, and DuBose Griffin [SCDNR]
Reviewed and Edited (2012): Felicia Sanders (SCDNR)

DESCRIPTION

### Taxonomy and Basic Description

Royal Terns photo by Felicia Sanders

This guild ranges from the diminutive Least Tern (wing span of 50.8 cm or 20 in.) to the sizeable Brown Pelican (wing span of 228.6 cm or 90 in.). Members represent 4 families, but are grouped into a guild because they nest on small coastal islands in mixed colonies. The 3 families are: Pelecanidae (pelicans), Rynchopidae (skimmers), and Laridae (gulls and terns).

Smallest of the North American terns, the Least Tern measures 21 to 23 cm (8.3 to 9.1 in.). This tern has a black cap with a white forehead. Least Terns are grey above and white below with two black outer primaries. The bill is yellow or orange with a dark tip (Thompson et al. 1997).

The Sandwich Tern is intermediate in size between the Royal and Common Tern but with a much different body shape than either. Sandwich Terns are sized 34 to 45 cm (13.4 to 17.7 in.) and weigh between 180 and 300 g (6.3 to 10.6 oz.). This tern is the only crested tern with a black bill, the tip of which is yellow. They are uniformly gray above, darker on their outer primaries, and have a white rump and tail. Underneath, Sandwich Terns are white with dark grayish edges under the primaries. The cap is entirely black with a spiky crest (Shealer 1999).

The Gull-billed Tern is another medium-sized tern measuring 33 to 38 cm (13 to 15 in.) (Parnell et al. 1995). The Gull-billed Tern has a black bill and is similar in size to the sandwich but has a stockier, gull-like build, longer legs, and a thicker, shorter bill. The upper wing of the gull-billed tern is uniform with a black line on the edge of the primaries, a gray rump, and a similar tail. Gull-billed terns have black ear patches (Shealer 1999).

especially during nesting; soft tick infestation; loss of suitable roof nesting sites; oil spills; and loss of prey base.


Soft tick infestation of a pelican nest. Photo by SCDNR

Seabirds nest at sites that are prone to sudden and dramatic changes. Storms and hurricanes can alter or destroy nesting islands at any time. Loss of a single colony site can result in major, lasting impacts to statewide populations. Many of the islands currently in use by seabird colonies are owned by state or federal government agencies.

With ever increasing coastal development and associated boat use, protection of seabird colonies has become increasingly difficult. During the nesting season, several thousand nests can be negatively impacted by a single disturbance event such as a person entering a nesting colony during the heat of the day. Egg temperatures are significantly altered when the brooding parent is forced from the nest. Dogs that often accompany their owners are a particular problem as they run through the colonies destroying eggs, killing or injuring chicks, and causing parent birds to leave chicks unattended and therefore vulnerable to aerial predators.

Predation by avian and mammalian predators significantly lowers nest success and can cause complete colony abandonment. Mammalian predators such as American mink and raccoon are frequently found on barrier islands, and trapping of these predators may be necessary to decrease loss of seabird, shorebird, and sea turtle nests. Great Horned Owls can cause colony abandonment and will prey on seabird adults and chicks. Nest abandonment associated with tick infestations has frequently affected Pelican rookeries in the state. These ticks (*Ornithodoros* spp.) feed mostly at night and complete a blood meal in a matter of hours; therefore, they are infrequently seen on the birds. Close examination of nests and chicks is required to detect the presence of ticks except when they are present in high densities. Infestations can involve thousands of ticks per nest and result in nest abandonment.

Least Terns have been able to maintain their nesting population by utilizing roofs with a pea-gravel substrate for nesting. A large proportion of the current population was hatched and has nested exclusively on roofs. During Hurricane Hugo (1989), the fact that the pea-gravel can become ballistic in high winds was discovered and is now only rarely used on roofs; this resulted in fewer suitable roofs available for tern nesting. Further, although roof nesting sites can be productive, they frequently flood during thunderstorms, lack perimeter barriers to prevent chicks from falling, and may receive excessive disturbance.

In addition, Least Terns have begun using Charleston County's Ravenel Bridge over the Cooper River as an additional nesting site. Gulls have used the concrete supports beneath the bridge to open clams, leaving the shells behind. The terns have used this material as a substrate for their nests. Protection of the chicks from falling off of these supports is needed. SCDNR is in discussions with SCDOT about providing these.

**DEPARTMENT OF COMMERCE**

**National Oceanic and Atmospheric Administration**

**50 CFR Part 223**

**[Docket No. 0911231415–4826–04]**

**RIN 0648–XT12**

# Endangered and Threatened Wildlife and Plants: Final Listing Determinations on Proposal To List 66 Reef-Building Coral Species and To Reclassify Elkhorn and Staghorn Corals

**AGENCY:** National Marine Fisheries Service (NMFS), National Oceanic and Atmospheric Administration (NOAA), Commerce.

**ACTION:** Final rule.

**SUMMARY:** We, the National Marine Fisheries Service (NMFS), are publishing this final rule to implement our final determination to list the following 20 species as threatened: five in the Caribbean (*Dendrogyra cylindrus, Orbicella annularis, Orbicella faveolata, Orbicella franksi,* and *Mycetophyllia ferox*); and 15 in the Indo-Pacific (*Acropora globiceps, Acropora jacquelineae, Acropora lokani, Acropora pharaonis, Acropora retusa, Acropora rudis, Acropora speciosa, Acropora tenella, Anacropora spinosa, Euphyllia paradivisa, Isopora crateriformis, Montipora australiensis, Pavona diffluens, Porites napopora,* and *Seriatopora aculeata*) under the Endangered Species Act (ESA) of 1973, as amended. The two species currently listed as threatened (*Acropora cervicornis* and *Acropora palmata*) in the Caribbean still warrant listing as threatened. We also determined that a total of 43 proposed species do not warrant listing as endangered or threatened species, and three proposed species are not determinable under the ESA. We have reviewed the status of the species and efforts being made to protect the species, and public comments received on the proposed rule, and we have made our determinations based on the best scientific and commercial data available. We also solicit information that may be relevant to the designation of critical habitat for the 20 species newly listed under this final rule.

**DATES:** The effective date of this final rule is October 10, 2014. Responses to the request for information regarding a subsequent ESA section 4(d) Rule and critical habitat designation must be received by November 10, 2014.

**ADDRESSES:** Submit responses to the request for information regarding a subsequent ESA section 4(d) Rule and critical habitat designation to National Marine Fisheries Service, Pacific Islands Regional Office, NOAA Inouye Regional Center, 1845 Wasp Blvd., Building 176, Honolulu, HI 96818; or National Marine Fisheries Service, Southeast Regional Office, 263 13th Avenue South, Saint Petersburg, FL 33701.

**FOR FURTHER INFORMATION CONTACT:** Lance Smith, NMFS, Pacific Island Regional Office, 808–725–5131; Jennifer Moore, NMFS, Southeast Regional Office, 727–824–5312; or Marta Nammack, NMFS, Office of Protected Resources, 301–427–8469. A list of the literature cited in this rule is available at *http://coral.sero.nmfs.noaa.gov* and *http://www.fpir.noaa.gov/PRD/prd_coral.html.*

**SUPPLEMENTARY INFORMATION:**

## Background

On October 20, 2009, the Center for Biological Diversity (CBD) petitioned us to list 83 reef-building corals as threatened or endangered under the Endangered Species Act (ESA) and designate critical habitat. The 83 species included in the petition were: *Acanthastrea brevis, Acanthastrea hemprichii, Acanthastrea ishigakiensis, Acanthastrea regularis, Acropora aculeus, Acropora acuminata, Acropora aspera, Acropora dendrum, Acropora donei, Acropora globiceps, Acropora horrida, Acropora jacquelineae, Acropora listeri, Acropora lokani, Acropora microclados, Acropora palmerae, Acropora paniculata, Acropora pharaonis, Acropora polystoma, Acropora retusa, Acropora rudis, Acropora speciosa, Acropora striata, Acropora tenella, Acropora vaughani, Acropora verweyi, Agaricia lamarcki, Alveopora allingi, Alveopora fenestrata, Alveopora verrilliana, Anacropora puertogalerae, Anacropora spinosa, Astreopora cucullata, Barabattoia laddi, Caulastrea echinulata, Cyphastrea agassizi, Cyphastrea ocellina, Dendrogyra cylindrus, Dichocoenia stokesii, Euphyllia cristata, Euphyllia paraancora, Euphyllia paradivisa, Galaxea astreata, Heliopora coerulea, Isopora crateriformis, Isopora cuneata, Leptoseris incrustans, Leptoseris yabei, Millepora foveolata, Millepora tuberosa, Montastraea annularis, Montastraea faveolata, Montastraea franksi, Montipora angulata, Montipora australiensis, Montipora calcarea, Montipora caliculata, Montipora dilatata, Montipora flabellata, Montipora lobulata, Montipora patula, Mycetophyllia ferox, Oculina varicosa, Pachyseris rugosa, Pavona bipartita, Pavona cactus, Pavona decussata, Pavona diffluens, Pavona venosa, Pectinia alcicornis, Physogyra lichtensteini, Pocillopora danae, Pocillopora elegans, Porites horizontalata, Porites napopora, Porites nigrescens, Porites pukoensis, Psammocora stellata, Seriatopora aculeata, Turbinaria mesenterina, Turbinaria peltata, Turbinaria reniformis,* and *Turbinaria stellulata.* Eight of the petitioned species occur in the Caribbean, and 75 of the petitioned species occur in the Indo-Pacific region. Most of the 83 species can be found in the United States, its territories (Puerto Rico, U.S. Virgin Islands, Navassa, Northern Mariana Islands, Guam, American Samoa, Pacific Remote Island Areas), or its freely associated states (Republic of the Marshall Islands, Federated States of Micronesia, and Republic of Palau), though many occur more frequently in other countries.

On February 10, 2010, we published a 90-day finding (75 FR 6616) that CBD had presented substantial information indicating the petitioned actions may be warranted for all of the petitioned species except for the Caribbean species *Oculina varicosa.* We also announced the initiation of a formal status review of the remaining 82 petitioned species, and we solicited input from the public on six categories of information: (1) Historical and current distribution and abundance of these species throughout their ranges (U.S. and foreign waters); (2) historical and current condition of these species and their habitat; (3) population density and trends; (4) the effects of climate change on the distribution and condition of these coral species and other organisms in coral reef ecosystems over the short and long term; (5) the effects of all other threats including dredging, coastal development, coastal point source pollution, agricultural and land use practices, disease, predation, reef fishing, aquarium trade, physical damage from boats and anchors, marine debris, and aquatic invasive species on the distribution and abundance of these coral species over the short- and long-term; and (6) management programs for conservation of these species, including mitigation measures related to any of the threats listed under No. 5 above.

The ESA requires us to make determinations on whether species are threatened or endangered ‘‘solely on the basis of the best scientific and commercial data available * * * after conducting a review of the status of the species * * * ’’ (16 U.S.C. 1533). Further, our implementing regulations

*nigrescens, Acanthastrea brevis, Acanthastrea hemprichii, Acanthastrea ishigakiensis, Acanthastrea regularis, Pachyseris rugosa, Pectinia alcicornis, Barabattoia laddi, Pavona diffluens, Caulastrea echinulata, Euphyllia cristata, Euphyllia paraancora,* and *Physogyra lichtensteini).* Finally, we determined that two species in the Caribbean currently listed as threatened (*Acropora palmata* and *Acropora cervicornis*) warranted reclassification as endangered.

In this final rule we have determined that no species warrants listing as endangered. We have determined the following 20 species warrant listing as threatened: five in the Caribbean (*Dendrogyra cylindrus, Orbicella annularis, Orbicella faveolata, Orbicella franksi,* and *Mycetophyllia ferox*); and 15 in the Indo-Pacific (*Acropora globiceps, Acropora jacquelineae, Acropora lokani, Acropora pharaonis, Acropora retusa, Acropora rudis, Acropora speciosa, Acropora tenella, Anacropora spinosa, Euphyllia paradivisa, Isopora crateriformis, Montipora australiensis, Pavona diffluens, Porites napopora,* and *Seriatopora aculeata*). For the two species in the Caribbean currently listed as threatened *(Acropora cervicornis* and *Acropora palmata*), through this final rule we have conducted an updated status review and threats assessment, and determined they still warrant listing as threatened. We also determined that 43 proposed species do not warrant listing as endangered or threatened: two in the Caribbean (*Agaricia lamarcki, Dichocoenia stokesii*); and 41 in the Indo-Pacific (*Acanthastrea brevis, Acanthastrea hemprichii, Acanthastrea ishigakiensis, Acanthastrea regularis, Acropora aculeus, Acropora acuminata, Acropora aspera, Acropora dendrum, Acropora donei, Acropora horrida, Acropora listeri, Acropora microclados, Acropora palmerae, Acropora paniculata, Acropora polystoma, Acropora striata, Acropora vaughani, Acropora verweyi, Alveopora allingi, Alveopora fenestrata, Alveopora verrilliana, Anacropora puertogalerae, Astreopora cucullata, Barabattoia laddi, Caulastrea echinulata, Euphyllia cristata, Euphyllia paraancora, Isopora cuneata, Millepora foveolata, Millepora tuberosa, Montipora angulata, Montipora calcarea, Montipora caliculata, Montipora dilatata/flabellata/turgescens, Montipora lobulata, Montipora patula/verrilli, Pachyseris rugosa, Pectinia alcicornis, Physogyra lichtensteini, Porites horizontalata,* and *Porites nigrescens*). Three coral species were not determinable due to taxonomic uncertainty (*Pocillopora danae, Pocillopora elegans* (eastern Pacific), *Pocillopora elegans* (Indo-Pacific)).

As described previously in the Risk Analyses section, in this final rule we took a more holistic approach in response to public comments and reconsidered these coral species' demographic and distribution traits that buffer or moderate exposure to threats, and the resulting capacity to respond to changing conditions into the foreseeable future. This approach led to changes in listing status from the proposed rule for 58 of the 68 species while determinations for 10 species remained the same. While in some cases, a warranted species possesses one particularly compelling characteristic that increases its vulnerability to extinction (*e.g.,* a small effective population size, a depth restriction to shallow waters, or a highly constrained geographic range), no one factor in isolation led to a species being warranted for listing and the final determinations are all based on the suite of demographic, spatial, and susceptibility components that influence the species' vulnerability to extinction in the face of continuing threats over the foreseeable future.

Similarly, many of the not warranted species either lack one compelling characteristic that increases vulnerability to extinction or possess one or more compelling characteristics that reduce vulnerability to extinction (*e.g.,* a vast geographic distribution, low susceptibility to high importance threats, a depth range extending into deeper waters, or a large absolute abundance estimate), but no one factor in isolation led to a species being not warranted for listing and the final determinations are all based on the suite of demographic, spatial, and susceptibility components that influence the species' vulnerability to extinction, in the face of continuing threats over the foreseeable future.

**Effects of Listing**

Conservation measures provided for species listed as endangered or threatened under the ESA may include recovery plans (16 U.S.C. 1553(f)), critical habitat designations, Federal agency consultation requirements (16 U.S.C. 1536), and prohibitions on taking (16 U.S.C. 1538). Recognition of the species' plight through listing promotes conservation actions by Federal and state agencies, private groups, and individuals, as well as the international community. For listed species, a recovery program could be implemented, and critical habitat will be designated to the maximum extent prudent and determinable, for species that occur in U.S. jurisdiction. Protective regulations for threatened corals may be developed for the conservation of the species. Federal, state and private sector cooperation and participation will be necessary to effectively and efficiently conserve the listed coral species and the ecosystems upon which they depend.

**Identifying Section 7 Consultation Requirements**

Section 7(a)(2) of the ESA and NMFS/FWS regulations require Federal agencies to consult with us on any actions they authorize, fund, or carry out if those actions may affect the listed species or designated critical habitat. Based on currently available information, examples of Federal actions that may affect the 22 coral species listed as threatened include, but are not limited to: Energy projects, discharge of pollution from point sources, non-point source pollution, dredging, pile-driving, setting of water quality standards, vessel traffic, aquaculture facilities, military activities, and fisheries management practices.

**Critical Habitat**

Critical habitat is defined in section 3 of the ESA as: ''(i) the specific areas within the geographical area occupied by the species, at the time it is listed in accordance with the provisions of section 1533 of this title, on which are found those physical or biological features (I) essential to the conservation of the species and (II) which may require special management considerations or protection; and (ii) specific areas outside the geographical area occupied by the species at the time it is listed in accordance with the provisions of 1533 of this title, upon a determination by the Secretary that such areas are essential for the conservation of the species'' (16 U.S.C. 1532(5)(A)). ''Conservation'' means the use of all methods and procedures needed to bring the species to the point at which listing under the ESA is no longer necessary (16 U.S.C. 1532(3)). Section 4(a)(3)(A) of the ESA requires that, to the maximum extent prudent and determinable, critical habitat be designated concurrently with the final listing of a species (16 U.S.C. 1533(a)(3)(A)(i)). Further, ESA implementing regulations at 50 CFR 424.12(h) specify that critical habitat shall not be designated within foreign countries or in other areas outside of U.S. jurisdiction.

The existing designated critical habitat for *Acropora palmata* and *A.*



December 2013
Biological Assessment
for the Impacts Associated
with the Isla Grande
Terminal Improvements
San Juan, Puerto Rico
Prepared by:
Ports Authority
Government of Puerto Rico
In Collaboration With:
Crowley
Atkins
Prepared for:
U.S. Fish & Wildlife Service
Department of the Interior



### 5.3. Corals – T

Two species of coral are listed as Threatened under the Federal Endangered Species Act: *Acropora palmata* (Elkhorn Coral) and *Acropora cervicornis* (Staghorn Coral). The Puerto Rico Regulation 6766 for the Threatened and Endangered Species of the Commonwealth of Puerto Rico (created under the Puerto Rico Wildlife Law, Law No. 241 of August 15, 1999) does not list any of these two species (DNER, 2005).

#### 5.3.1. Affected Environment

(see **Section 4.0**)

#### 5.3.2. Description of Species Biology:

- **Elkhorn Coral** (*Acropora palmata*): A large, branching coral with thick and sturdy antler-like branches that may grow over six feet, the species highly contributes to reef growth, providing essential fish habitat. Colonies are fast growing, with branches increasing in length tow to four inches per year, with maximum size being reached at around 12 years in age. Formerly the dominant species in coastal waters 3-16 feet deep throughout the Caribbean in areas of heavy surf, since 1980s, populations have collapsed greatly (90–95% reduction in abundance), due in part to the effects of diseases, climate change and human related factors. The once characteristic "*Acropora palmata* zones" have been mostly transformed into reef rubble fields with few living colonies left (NOAA).

Elkhorn Coral (*Acropora palmata*)

Marine Pollution Bulletin 64 (2012) 1737–1765

Contents lists available at SciVerse ScienceDirect

Marine Pollution Bulletin

journal homepage: www.elsevier.com/locate/marpolbul

Review

# Environmental impacts of dredging and other sediment disturbances on corals: A review

Paul L.A. Erftemeijer [a,b,*], Bernhard Riegl [c], Bert W. Hoeksema [d], Peter A. Todd [e]

[a] Sinclair Knight Merz (SKM), P.O. Box H615, Perth, WA 6001, Australia
[b] Deltares (formerly Delft Hydraulics), P.O. Box 177, 2600 MH Delft, The Netherlands
[c] National Coral Reef Institute, Oceanographic Center, Nova Southeastern University, 8000 N. Ocean Drive, Dania, FL 33004, USA
[d] Department of Marine Zoology, Netherlands Centre for Biodiversity Naturalis, P.O. Box 9517, 2300 RA Leiden, The Netherlands
[e] Experimental Marine Ecology Laboratory, Department of Biological Sciences, National University of Singapore, 14 Science Drive 4, Blk S2 #02-02, Singapore 117557, Singapore

ARTICLE INFO

*Keywords:*
Corals
Critical thresholds
Dredging impacts
Mitigation
Sedimentation
Turbidity

ABSTRACT

A review of published literature on the sensitivity of corals to turbidity and sedimentation is presented, with an emphasis on the effects of dredging. The risks and severity of impact from dredging (and other sediment disturbances) on corals are primarily related to the intensity, duration and frequency of exposure to increased turbidity and sedimentation. The sensitivity of a coral reef to dredging impacts and its ability to recover depend on the antecedent ecological conditions of the reef, its resilience and the ambient conditions normally experienced. Effects of sediment stress have so far been investigated in 89 coral species (∼10% of all known reef-building corals). Results of these investigations have provided a generic understanding of tolerance levels, response mechanisms, adaptations and threshold levels of corals to the effects of natural and anthropogenic sediment disturbances. Coral polyps undergo stress from high suspended-sediment concentrations and the subsequent effects on light attenuation which affect their algal symbionts. Minimum light requirements of corals range from <1% to as much as 60% of surface irradiance. Reported tolerance limits of coral reef systems for chronic suspended-sediment concentrations range from <10 mg $L^{-1}$ in pristine offshore reef areas to >100 mg $L^{-1}$ in marginal nearshore reefs. Some individual coral species can tolerate short-term exposure (days) to suspended-sediment concentrations as high as 1000 mg $L^{-1}$ while others show mortality after exposure (weeks) to concentrations as low as 30 mg $L^{-1}$. The duration that corals can survive high turbidities ranges from several days (sensitive species) to at least 5–6 weeks (tolerant species). Increased sedimentation can cause smothering and burial of coral polyps, shading, tissue necrosis and population explosions of bacteria in coral mucus. Fine sediments tend to have greater effects on corals than coarse sediments. Turbidity and sedimentation also reduce the recruitment, survival and settlement of coral larvae. Maximum sedimentation rates that can be tolerated by different corals range from <10 mg $cm^{-2}$ $d^{-1}$ to >400 mg $cm^{-2}$ $d^{-1}$. The durations that corals can survive high sedimentation rates range from <24 h for sensitive species to a few weeks (>4 weeks of high sedimentation or >14 days complete burial) for very tolerant species. Hypotheses to explain substantial differences in sensitivity between different coral species include the growth form of coral colonies and the size of the coral polyp or calyx. The validity of these hypotheses was tested on the basis of 77 published studies on the effects of turbidity and sedimentation on 89 coral species. The results of this analysis reveal a significant relationship of coral sensitivity to turbidity and sedimentation with growth form, but not with calyx size. Some of the variation in sensitivities reported in the literature may have been caused by differences in the type and particle size of sediments applied in experiments. The ability of many corals (in varying degrees) to actively reject sediment through polyp inflation, mucus production, ciliary and tentacular action (at considerable energetic cost), as well as intraspecific morphological variation and the mobility of free-living mushroom corals, further contribute to the observed differences. Given the wide range of sensitivity levels among coral species and in baseline water quality conditions among reefs, meaningful criteria to limit the extent and turbidity of dredging plumes and their effects on corals will always require site-specific evaluations, taking into account the species assemblage present at the site and the natural variability of local background turbidity and sedimentation.

© 2012 Elsevier Ltd. Open access under CC BY-NC-ND license.

* Corresponding author at: Sinclair Knight Merz (SKM), P.O. Box H615, Perth, WA 6001, Australia. Tel.: +31 467777322.
*E-mail address:* perftemeijer@globalskm.com (P.L.A. Erftemeijer).

0025-326X © 2012 Elsevier Ltd. Open access under CC BY-NC-ND license.
http://dx.doi.org/10.1016/j.marpolbul.2012.05.008