## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

EL PUENTE, et al.,

       *Plaintiffs*,

     v.

U.S. ARMY CORPS OF ENGINEERS, et al.,

       *Defendants*.

Case No.: 1:22-cv-02430-CJN

### JOINT APPENDIX IN SUPPORT OF PARTIES'
### MOTIONS AND CROSS-MOTIONS FOR SUMMARY JUDGMENT

### VOLUME 6

Dated:  May 5, 2023

Respectfully submitted,

 s/ *Catherine Kilduff*

Catherine Kilduff, DC Bar No. 1026160
Julie Teel Simmonds, DC Bar No. CO0091
Miyoko Sakashita, DC Bar No. CA00061
CENTER FOR BIOLOGICAL DIVERSITY
1212 Broadway, Suite 800
Oakland, CA 94612
(510) 844 - 7100
ckilduff@biologicaldiversity.org
jteelsimmonds@biologicaldiversity.org
miyoko@biologicaldiversity.org

*Attorneys for Plaintiffs El Puente,*
*CORALations, and Center for*
*Biological Diversity*

**INDEX**
**JOINT APPENDIX**

| VOLUME 1 | | |
|---|---|---|
| **Page Span of Original in AR** | **Page(s) in Appendix** | **Document Description** |
| FWS_00026–FWS_00030 | FWS_00026–FWS_00030 | USFWS response re: supplemental EA and section 7 consultation |
| FWS_00047–FWS_00051 | FWS_00047–FWS_00051 | USFWS concurrence letter to USACE re: Biological Assessment |
| FWS_00052–FWS_00080 | FWS_00052–FWS_00080 | USFWS letter and Final Fish and Wildlife Coordination Act Report |
| FWS_00081–FWS_00085 | FWS_00081–FWS_00085 | Email exchange between USFWS and USACE, with attachment |
| FWS_01345–FWS_01348 | FWS_01345 | Internal FWS email re: Biological Assessment |
| FWS_01349–FWS_01368 | FWS_01349–FWS_01368 | USACE ESA Biological Assessment |
| FWS_01390–FWS_01418 | FWS_01390–FWS_01393 | USFWS letter responding to USACE's Notice of Intent |
| NMFS_00001–NMFS_00003 | NMFS_00001–NMFS_00003 | NMFS memo re: SJH evaluation of new information from Cunning 2019 |
| NMFS_00004–NMFS_00154 | NMFS_00004–NMFS_00154 | ESA Section 7 Biological Opinion |
| NMFS_00157–NMFS_00160 | NMFS_00157–NMFS_00160 | USACE email re: NMFS's request for information re: monitoring and management plan and dredge disposal site |
| NMFS_00169–NMFS_00176 | NMFS_00169–NMFS_00176 | NMFS letter requesting additional information for Biological Opinion |

| VOLUME 2 | | |
| --- | --- | --- |
| **Page Span of Original in AR** | **Page(s) in Appendix** | **Document Description** |
| NMFS_00177–NMFS_00292 | NMFS_00177–NMFS_00292 | USACE letter requesting formal consultation from NMFS and attached biological assessment |
| NMFS_00678–NMFS_00692 | NMFS_00678–NMFS_00692 | Cunning et al. 2019. Extensive coral mortality and critical habitat loss following dredging |
| NMFS_00693–NMFS_00700 | NMFS_00693–NMFS_00700 | Fourney & Figueiredo 2017. Additive negative effects of anthropogenic sedimentation and warming on the survival of coral recruits |
| NMFS_00701-NMFS_00768 | NMFS_00701–NMFS_00768 | Water & Air 2017. Miami Harbor Phase III Dredging Project |
| NMFS_00770-NMFS_00788 | NMFS_00770–NMFS_00788 | Miller et al. 2016. Detecting sedimentation impacts to coral reefs resulting from dredging Port of Miami, Florida USA |
| NMFS_00789–NMFS_00847 | NMFS_00789–NMFS_00847 | NMFS letter and report re: Examination of Sedimentation Impacts to Coral Reef Along the Port of Miami Entrance Channel |
| NMFS_00881-NMFS_00927 | NMFS_00881–NMFS_00927 | Hernandez-Delgado & Rivera. Prelim. Determination of Acroporid Critical Habitats |
| NMFS_00928-NMFS_00967 | NMFS_00928, NMFS_00934–35 | Fourney 2015. Natural vs. Anthropogenic Sedimentation: Does Reducing a Local Stressor Increase Coral Resilience to Climate Change? |
| NMFS_00968-NMFS_00988 | NMFS_00968, NMFS_00969, NMFS_00982 | Jones et al. 2015. Effects of sediments on the reproductive cycle of corals |

| VOLUME 3 | | |
|---|---|---|
| **Page Span of Original in AR** | **Page(s) in Appendix** | **Document Description** |
| USACE_000001–USACE_000003 | USACE_000001–USACE_000003 | Finding of No Significant Impact |
| USACE_000004–USACE_000008 | USACE_000004–USACE_000008 | Chief of Engineer's Report on Feasibility Study |
| USACE_000023–USACE_000024 | USACE_000023–USACE_000024 | EPA letter to USACE re: response to integrated feasibility report and EA |
| USACE_000028–USACE_000217 | USACE_000028–USACE_000217 | Integrated Feasibility Report and EA |
| USACE_000761–USACE_000787 | USACE_000761–USACE_000787 | Feasibility Report and EA - Appendix B - Dredged Material Management Plan |
| USACE_000788–USACE_000883 | USACE_000788–90, USACE_000796–97, USACE_000803–05, USACE_000827, USACE_000867 | Feasibility Report and EA - Appendix C - Economics |
| USACE_000916–USACE_001070 | USACE_000916, USACE_000924–25, USACE_001025–67 | Feasibility Report and EA - Appendix F - NMFS EFH ESA Consultation |

| VOLUME 4 | | |
|---|---|---|
| **Page Span of Original in AR** | **Page(s) in Appendix** | **Document Description** |
| USACE_001110–USACE_001124 | USACE_001110–USACE_001124 | Feasibility Report and EA Appendix I – 404(b)(1) Evaluation |
| USACE_001125–USACE_001283 | USACE_001125–83, USACE_001205–06, USACE_001250–52, USACE_001257, USACE_001280–81 | Feasibility Report and EA Appendix J – Pertinent Correspondence |
| USACE_001284–USACE_001290 | USACE_001284–USACE_001290 | Feasibility Report and EA Appendix K – Condado Lagoon WQC |
| USACE_001337–USACE_001370 | USACE_001337, USACE_001347, USACE_001355–56 | USFS letter to USACE re: Coordination Act Report |
| USACE_001536–USACE_001545 | USACE_001537–38 | DNER letter and chart – Status of Pending Civil Works Projects |
| USACE_001548–USACE_001573 | USACE_001551, USACE_001554, USACE_001558, USACE_001560 | Powerpoint – Feasibility Study and EA Agency Decision Milestone Meeting |
| USACE_001574–USACE_001630 | USACE_001606, USACE_001624 | Report Summary for Integrated Feasibility Report and EA |
| USACE_001646–USACE_001646 | USACE_001646 | Letter to USACE re: finding of no historic properties |
| USACE_001647–USACE_001702 | USACE_001647–49 | Email exchange with USACE & NMFS re: additional information |
| USACE_001703–USACE_001720 | USACE_001703–USACE_001720 | Email and meeting minutes from Nov. 8, 2017 |
| USACE_001721–USACE_001725 | USACE_001721–USACE_001725 | Internal USACE email and revised document draft responses to PREPA |
| USACE_001937–USACE_001967 | USACE_001938–41 | Transcript – Puerto Rico Public Meeting, Aug. 22, 2017 |
| USACE_001968–USACE_001969 | USACE_001968–69 | PR Power Authority letter to USACE re: LNG Receiving, Storage & Gasification Facilities |
| USACE_001970–USACE_002293 | USACE_001970, USACE_002033 | SJH Submerged Cultural Resources Survey, Final Report |
| USACE_002302–USACE_002302 | USACE_002302 | Sierra Club email to USACE re: Q on deadline for public comment |

| Page Span of Original in AR | Page(s) in Appendix | Document Description |
|---|---|---|
| USACE_002303– USACE_002303 | USACE_002303 | Letter to USACE re: review of submerged cultural resources survey |
| USACE_002304– USACE_002305 | USACE_002304–05 | PR Power Authority letter re: request for information |
| USACE_002306– USACE_002318 | USACE_002306, USACE_002310, USACE_002313–16 | CBD email and comments re: EA and FONSI |
| USACE_002319– USACE_002323 | USACE_002319– USACE_002323 | USACE News Release |
| USACE_002324– USACE_002457 | USACE_002324–25, USACE_002397, USACE_002409–11, USACE_002455 | Santiago email and informational documents re: LNG deliveries to Puerto Rico |
| USACE_002458– USACE_002508 | USACE_002458– USACE_002508 | Transcript – Puerto Rico Public Meeting, Aug. 22, 2017 |
| USACE_002514– USACE_002521 | USACE_002514–18 | USACE email to Santiago re: requested letters |
| USACE_002530– USACE_002535 | USACE_002530–31 | USACE letter to public re: draft Feasibility Study and EA public comment opportunity |
| USACE_002538– USACE_002558 | USACE_002538– USACE_002558 | USACE email to USFW sending ESA Biological Assessment |
| USACE_002559– USACE_002789 | USACE_002559, USACE_002636, USACE_002643, USACE_002661, USACE_002672 | SJH Draft Feasibility Study and EA |
| USACE_003450– USACE_003465 | USACE_003450, USACE_003456, USACE_003469–70 | USACE letter to NMFS requesting consultation, with attachment (Draft Report and EA – Appendix F) |
| USACE_003566– USACE_003597 | USACE_003566, USACE_003597 | Draft Fish and Wildlife Coordination Act Report |
| USACE_003822– USACE_003835 | USACE_003822, USACE_003832 | 404(b)(1) Evaluation (Draft Report and EA – Appendix J) |
| USACE_003836– USACE_003844 | USACE_003836– USACE_003844 | Memo for Record re: NEPA determination (Draft Report and EA – Appendix K) |
| USACE_003845– USACE_003942 | USACE_003907 | USACE letter to Coast Guard requesting review of drawing and transmission of LNG regulations |
| USACE_003845– USACE_003942 | USACE_003910 | Email from Coast Guard re: review of drawing and LNG regulations |
| USACE_004017– USACE_004075 | USACE_004036, USACE_004044–54 | Powerpoint – Tentatively Selected Plan Milestone Presentation |

| VOLUME 5 | | |
|---|---|---|
| **Page Span of Original in AR** | **Page(s) in Appendix** | **Document Description** |
| USACE_004076– USACE_004192 | USACE_004076–78, USACE_004084, USACE_004096, USACE_004106–20, USACE_004128, USACE_004132–33, USACE_004138–39 | Email to NOAA re: ESA Consultation, with Biological Assessment and Cover Letter |
| USACE_004220– USACE_004304 | USACE_004220, USACE_004240 | Report Summary for Feasibility Report and EA (revised 6-16-17) |
| USACE_004220– USACE_004304 | USACE_004264, USACE_004272 | Powerpoint – Tentatively Selected Plan Milestone Presentation |
| USACE_005669– USACE_005672 | USACE_005669– USACE_005672 | Public Notice – Cataño Oil Dock, Application No. SAJ-2010-03574 |
| USACE_005673– USACE_005683 | USACE_005673, USACE_005677 | Final Meeting Minutes – Team Update on Preliminary Quantities/Costs Results |
| USACE_005753– USACE_005761 | USACE_005753, USACE_005759 | USACE Memo for the Record re: Determination of NEPA Documentation |
| USACE_005762– USACE_005765 | USACE_005762– USACE_005765 | Public Notice – San Antonio Channel, Application No. SAJ-2002-07089 |
| USACE_005766– USACE_005769 | USACE_005766– USACE_005769 | Public Notice – Pier 3 Old San Juan, Application No. SAJ-1997-06893 |
| USACE_005770– USACE_005773 | USACE_005770– USACE_005773 | Public Notice – Pier 4 Old San Juan, Application No. SAJ-2001-06025 |
| USACE_005811– USACE_005822 | USACE_005811, USACE_005815 | Final Meeting Minutes – Team Update on Environmental Resource Surveys |
| USACE_006225– USACE_006228 | USACE_006225 | USACE email re: Feasibility Study Design Vessels for Ship Simulation |
| USACE_006234– USACE_006265 | USACE_006235–39 | 81 Fed. Reg. 51,694 (Aug. 4, 2016), Guidance for Assessing Effects of Anthropogenic Sound |
| USACE_006501– USACE_006501 | USACE_006501 | EPA letter to USACE re: ocean dredged material disposal site |
| USACE_006511– USACE_006520 | USACE_006511–18 | Final Meeting Minutes (PREPA – LNG Terminal) |
| USACE_006717– USACE_006717 | USACE_006717 | USACE letter to EPA re: MPRSA Section 103 Sediment Testing and Analysis |

| Page Span of Original in AR | Page(s) in Appendix | Document Description |
|---|---|---|
| USACE_006722– USACE_006880 | USACE_006722– USACE_006880 | Final Report – SJH MPRSA Section 103 Sediment Testing and Analysis |
| USACE_007012– USACE_007014 | USACE_007012–13 | Email to agencies re: pilots' areas of concerns, with attached map |
| USACE_007018– USACE_007172 | USACE_007018, USACE_007035–36 | Miami Harbor Phase III Quantitative Post-Construction Analysis |
| USACE_007241– USACE_007242 | USACE_007241– USACE_007242 | Park Service letter to USACE re: comments on notice to prepare EIS |
| USACE_007243– USACE_007244 | USACE_007243– USACE_007244 | Project Fact Sheet in Spanish for Public Scoping Meeting |
| USACE_007577– USACE_007577 | USACE_007577 | 80 Fed. Reg. 60,657 (Oct. 7, 2015), Notice of Intent to Prepare EIS |
| USACE_007578– USACE_007581 | USACE_007579–80 | USACE letter initiating scoping process for EIS |
| USACE_007585– USACE_007653 | USACE_007585, USACE_007600 | Powerpoint – PR Electric Power Authority Integrated Resource Plan |
| USACE_008031– USACE_008062 | USACE_008031, USACE_008041–43 | Galway Energy Advisors – LNG and Natural Gas Delivery Options Evaluation |
| USACE_009002– USACE_009012 | USACE_009002, USACE_009008 | Species of Special Conservation Concern: Colonial Nesting Seabirds Guild |
| USACE_009293– USACE_009565 | USACE_009294, USACE_009562 | 79 Fed. Reg. 53,852 (Sept. 10, 2014), Final Listing Determinations |
| USACE_010316– USACE_010356 | USACE_010316, USACE_010336 | Biological Assessment for Impacts Associated with the Isla Grande Terminal Improvements |
| USACE_012229– USACE_012257 | USACE_012229 | Erftemeijer et al. 2012. Environmental Impacts of Dredging & Other Sediment Disturbances |

| VOLUME 6 | | |
|---|---|---|
| **Page Span of Original in AR** | **Page(s) in Appendix** | **Document Description** |
| USACE_013098–USACE_013148 | USACE_013098–USACE_013148 | EPA Letter and Site Management and Monitoring Plan |
| USACE_013195–USACE_013204 | USACE_013195–98 | NOAA letter re: Site Monitoring and Management Plan |
| USACE_013664–USACE_013988 | USACE_013664, USACE_013740 | Recovery Plan for NW Atlantic Population of Loggerhead Sea Turtle |
| USACE_013989–USACE_014019 | USACE_013989 | 73 Fed. Reg. 72,210 (Nov. 26, 2008), Critical Habitat for Elkhorn and Staghorn Corals |
| USACE_014399–USACE_014484 | USACE_014399, USACE_014436, USACE_014440 | West Indian Manatee 5-Year Review |
| USACE_014507–USACE_014718 | USACE_014507–631 | USACE Hydraulic Design of Deep-Draft Navigation Projects |
| USACE_015048–USACE_015249 | USACE_015048, USACE_015089 | Atlantic *Acropora* Status Review |
| USACE_017459–USACE_017473 | USACE_017459, USACE_017470 | Kleypas 1996. Coral reef development under naturally turbid conditions |
| USACE_019129–USACE_019205 | USACE_019129, USACE_019173–93 | Framework for Assessing Need for Seasonal Restrictions on Dredging & Disposal Operations |

| VOLUME 7 | | |
|---|---|---|
| **Page Span of Original in AR** | **Page(s) in Appendix** | **Document Description** |
| USACE_019590–USACE_019693 | USACE_019590–693 | Final EIS for Designation of Ocean Dredged Material Disposal Sites |
| USACE_021462–USACE_021500 | USACE_021462, USACE_021474 | Powerpoint – Update on Dredging Impacts on Sea Turtles in SE USA |
| USACE_021539–USACE_021540 | USACE_021539–40 | LNG World News. New Fortress Energy breaks ground for SJ micro fuel-handling facility |
| USACE_021667–USACE_021713 | USACE_021667, USACE_21684, USACE_021697–700 | Draft Supplemental EA – Seagrass Mitigation, Additional Sand Source |
| USACE_022631–USACE_022726 | USACE_022631, USACE_22646–48, USACE_022696–97, USACE_022715–16 | Final Feasibility Report and EA – Appendix C – Economics |
| USACE_022968–USACE_023126 | USACE_023121–24 | Power Authority letter re: LNG receiving, storage, & gasification facilities |
| USACE_024430–USACE_024433 | USACE_024430–33 | Finding of No Significant Impact – Seagrass Mitigation, Additional Sand Source |
| USACE_024434–USACE_024693 | USACE_024434, USACE_024439–49, USACE_024467, USACE_024470–76, USACE_024477, USACE_024518, USACE_024636, USACE_024688–93 | Final Supplemental EA – Seagrass Mitigation, Additional Sand Source (Jan. 2023) |
| USACE_024694–USACE_024695 | USACE_024694–95 | USACE Letter to PR Point Sources Permit Division Re: Water Quality Certification |
| USACE_024709–USACE_024717 | USACE_024709, USACE_024715 | NMFS Letter to EPA Re: Consultation on Site Management and Monitoring Plan |
| USACE_024893–USACE_024894 | USACE_024893–94 | DNER Letter to USACE Re: Water Quality Certification |
| USACE_025892–USACE_025927 | USACE_025892–927 | EPA Letter Re: Ocean Dredged Material Disposal and Memo Re: Review of Compliance |
| USACE_025928–USACE_025971 | USACE_025928, USACE_025946 | Powerpoint – SJH Construction Dredging 44-Foot & 36-Foot Project, Condado Lagoon |
| USACE_026782–USACE_026790 | USACE_026783, USACE_026789 | San Juan Bay Nat'l Estuary Program Email to Planning Board Re: Consistency Certification |

| Page Span of Original in AR | Page(s) in Appendix | Document Description |
|---|---|---|
| USACE_026791–USACE_026799 | USACE_026794–96 | Response Enclosure |
| USACE_026800–USACE_027394 | USACE_026917, USACE_026919 | Gerstein & Blue 2016. Underwater noise and zones of masking with respect to hopper dredging and manatees |
| USACE_026800–USACE_027394 | USACE_026938, USACE_026941–44 | Hieb et al. 2021. In-Water Bridge Construction Effects on Manatees |
| USACE_026800–USACE_027394 | USACE_027142 | Toscano & Murena 2019. Atmospheric ship emissions in ports |
| USACE_028572–USACE_028579 | USACE_028572–79 | DNER Letter to USACE Re: Water Quality Certificate |
| USACE_028611–USACE_028626 | USACE_028611, USACE_28616, USACE_28620 | Santiago email to USACE with comments from El Puente et al. on Draft Supplemental EA |
| USACE_028640–USACE_028651 | USACE_028641, USACE_028648–49 | Environmental Law Clinic of Univ. of PR – comments on Draft Supplemental EA |
| USACE_028748–USACE_028839 | USACE_028783, USACE_028793 | Site Management and Monitoring Plan (Draft) |

| VOLUME 8 | | |
|---|---|---|
| **Page Span of Original in AR** | **Page(s) in Appendix** | **Document Description** |
| USACE_029564–USACE_029695 | USACE_029564–695 | Draft Supplemental EA and Proposed Finding of No Significant Impact |
| USACE_029806–USACE_029806 | USACE_029806 | USACE letter to EPA requesting concurrence for ocean disposal |
| USACE_029807–USACE_029948 | USACE_029807–948 | Final MPRSA Section 103 Sediment Characterization Testing and Analysis |
| USACE_030374–USACE_030374 | USACE_030374 | OMB letter to Army re: submission to Congress |



REGION 2

FEB - 1 2011

To All Interested Parties:

Section 506 of the Water Resources and Development Act (WRDA) of 1992, which amended the Marine Protection, Research, and Sanctuaries Act of 1972 (MPRSA), requires the U.S. Environmental Protection Agency (EPA) and the U.S. Army Corps of Engineers (USACE) to prepare a Site Management and Monitoring Plan (SMMP) for all Ocean Disposal Sites.

Section 102 of MPRSA describes requirements for designated dredged material disposal sites, including the requirement of a schedule for review and revision of the SMMP ("which shall not be reviewed and revised less frequently than 10 years after adoption of the plan and every 10 years thereafter"). The SMMP for the San Juan Harbor, Puerto Rico Ocean Dredged Material Disposal Site (SJS) was finalized on January 5, 2000. On May 12, 2010, EPA Region 2 and USACE Jacksonville District issued a public notice for a 30-day public review of the draft revised SMMP. Comments were received from several Commonwealth of Puerto Rico and Federal agencies.

Based on the comments received on the draft SMMP, EPA Region 2 has prepared a Response to Comments, and has revised the SMMP accordingly. The SJS SMMP is hereby approved by the Region 2 Administrator, and will be in effect until the next required SMMP revision.

If you have any questions concerning the SJS SMMP or require a copy, please contact Mr. Mark Reiss (EPA Region 2) at (212) 637-3799/ Email: Reiss.Mark@epa.gov, or Mr. Ivan Acosta (USACE-Jacksonville District) at 904-232-1693/ Email: Ivan.Acosta@usace.army.mil

Judith A. Enck, Regional Administrator
U.S. Environmental Protection Agency
Region 2
290 Broadway
New York, New York 10007-1866

Enclosures



**US Army Corps
of Engineers
Jacksonville
District**



REGION 2

Site Management and Monitoring Plan for the San Juan Harbor
Puerto Rico Dredged Material Disposal Site

January 6, 2011

U.S. Army Corps of Engineers
Jacksonville District
P.O. Box 4970
Jacksonville, Florida 32232

U.S. Environmental Protection Agency
Region 2
290 Broadway
New York, New York 10007-1866

USACE_013099

[This page intentionally left blank]

USACE_013100

# Table of Contents

Page

List of Acronyms..................................................................................................4

1. Background.....................................................................................................6
    1.1 History of the San Juan Harbor, Puerto Rico Dredged Material Disposal Site(SJS)
    1.2 SJS Boundaries
    1.3 Enforcement Activities at the SJS
    1.4 Transportation and Disposal Methods Used at the SJS

2. Regulatory/Statutory Responsibilities Under MPRSA.....................................8
    2.1 Section 102 of the MPRSA
    2.2 Section 103 of the MPRSA

3. Dredged Material Testing Requirements.........................................................8

4. Past and Anticipated SJS Use and Quantity of Material Disposed....................9

5. Inter-Agency Coordination...........................................................................10
    5.1 Transfer of Information
    5.2 Funding of SMMP Tasks and Activities
    5.3 Project-Specific Coordination

6. Objectives of the SMMP...............................................................................11

7. Site Description/Assessment of Baseline Conditions at the SJS......................12
    7.1 Physical, Meteorological and Oceanographic Features of the SJS
    7.2 Sediment Composition/Chemistry and Benthos at the SJS
    7.3 Usage of SJS by Fish, Marine Mammals, and Endangered Species
    7.4 Shelf Edge Reef Resources

8. SJS Monitoring Program..............................................................................15
    8.1 Goals of the SJS Monitoring Program
    8.2 Questions/Null Hypotheses ($H_0$) to be Addressed by SJS MP

9. Monitoring Activities/Techniques.................................................................17
    9.1 Work/Quality Assurance Project Plan
    9.2 Physical Monitoring
    9.3 Biological Monitoring
    9.4 Chemical Monitoring
    9.5 Frequency of Monitoring/Need for Higher Tier Investigations

USACE_013101

9.6  Monitoring Data Management: Processing, Evaluation, and Interpretation

10.   SJS Disposal Permit Conditions/Enforcement.................................................................24
      10.1  Regulatory Framework: Permit Conditions
      10.2  Federal Authorization
      10.3  Violation/Enforcement Cases
      10.4  Site Inspection/Surveillance

11.   Disposal Reporting Requirements and Data Management..............................................27
      11.1  USCG Reporting Requirements
      11.2  Record Keeping/Documentation/Data Reporting
      11.3  Federal SJS Data Management and Reporting

12.   SJS SMMP Review and Revision.................................................................................28

13.   References....................................................................................................................29

Appendix A – USACE Transportation and Discharge Log...…………………………….30

Appendix B – Discharge Guidelines for an SJS Disposal Project……..…………………. 31

Appendix C – Inspector Checklist……………………………………………………….36

Appendix D – Vessel Strike Avoidance Measures and Reporting for Mariners  ………….. 41

USACE_013102

List of Acronyms

COTP – Captain of the Port

DA – Department of the Army

DMI – Dredged Material Inspector, in this case approved by USACE-SAJ

EPA- U.S. Environmental Protection Agency

EPA-R2 – U.S. Environmental Protection Agency – Region 2

IA – Interagency Agreement

GPS – Global Positioning System

MP – Monitoring Plan

MPRSA – Marine Protection, Research, & Sanctuaries Act of 1972

NMFS – National Marine Fisheries Service

NOAA – National Oceanic and Atmospheric Administration

NODC – National Ocean Data Center

PCBs – Polychlorinated biphenyls

ODMDS – Ocean Dredged Material Disposal Site

SJH – San Juan Harbor

SJS – San Juan, Puerto Rico Ocean Dredged Material Disposal Site

SMMP – Site Management and Monitoring Plan

SPI – Sediment Profile Imaging

TOC – Total organic carbon

USACE – U.S. Army Corps of Engineers

USACE_013103

USACE-SAJ – U.S. Army Corps of Engineers – South Atlantic Jacksonville

USCG – United States Coast Guard

USFWS – United States Fish & Wildlife Service

W/QAPP – Work/Quality Assurance Project Plan

WRDA – Water Resources and Development Act

5

USACE_013104

## 1. Background

Section 506 of the Water Resources and Development Act (WRDA) of 1992, which amended the Marine Protection, Research, and Sanctuaries Act of 1972 (MPRSA), requires the U.S. Environmental Protection Agency (EPA) and the U.S. Army Corps of Engineers (USACE) to prepare a Site Management and Monitoring Plan (SMMP) for each ocean dredged material disposal site (ODMDS). For sites designated prior to January 1, 1995, such as the San Juan Harbor, Puerto Rico Dredged Material Disposal Site (SJS), WRDA provides that SMMPs shall be developed by January 1, 1997. Further permitting or authorization of projects for disposal at ocean sites not having SMMPs after that date were prohibited until an SMMP was prepared. The final SMMP for the SJS was adopted on January 5, 2000. MPRSA 102 (c)(3)(F) requires that the SMMP be reviewed and revised no less frequently than 10 years after adoption of the plan, and every 10 years thereafter.

This document revises the WRDA-required SMMP for the final-designated (40 CFR 228.15 (d) (11)) San Juan Harbor, Puerto Rico Dredged Material Site (SJS); prepared by EPA Region 2 (EPA-R2) and USACE Jacksonville District (USACE-SAJ). This SMMP identifies a number of actions, provisions, and practices to manage operational aspects of dredging and disposal activities and to perform site monitoring at the SJS.

### *1.1 History of the San Juan Harbor, Puerto Rico Dredged Material Disposal Site*

Prior to 1974, all dredged material (except for Bar Channel material) taken from San Juan Harbor and its vicinity was placed in upland disposal areas. In 1974, these areas were exhausted and no new upland site could be obtained for dredged material disposal. Since 1975, all dredged material from San Juan Harbor has been disposed offshore.

The SJS was designated as an Interim Ocean Dredged Material Disposal Site in 1977 under MPRSA. In March 1988, the SJS was designated as a Final Ocean Dredged Material Disposal Site to receive materials from the San Juan Harbor area.

### *1.2 SJS Boundaries*

The SJS is an approximately 1 square nautical mile area located approximately 2.2 nautical miles north-northwest of the entrance to San Juan Harbor positioned in a rectangle bounded by the following coordinates:

| Degrees, Minutes, Seconds | Degrees, Minutes (decimal) |
|---|---|
| 18° 30' 10" N 66° 09' 31" W | 18° 30.17' N 66° 09.52' W |
| 18° 30' 10" N 66° 08' 29" W | 18° 30.17' N 66° 08.48' W |
| 18° 31' 10" N 66° 08' 29" W | 18° 31.17' N 66° 08.48' W |
| 18° 31' 10" N 66° 09' 31" W | 18° 31.17' N 66° 09.52' W |

USACE_013105



*Figure 1. Location of San Juan Harbor, Puerto Rico Dredged Material Disposal Site.*

### 1.3 Enforcement Activities at the SJS

Since the SJS was designated, no significant violations and/or enforcement actions have been taken (i.e. actions resulting in fines and/or criminal proceedings). However, both EPA-R2 and the USACE-SAJ have taken corrective actions to bring specific disposal projects into compliance with permit conditions.

EPA-R2 and the USACE-SAJ have used the experiences of these instances to modify the existing guidelines for disposal of dredged material at the SJS and to ensure that future dredged material disposal takes place in accordance/compliance with applicable permit or contract conditions.

7

USACE_013106

*1.4  Transportation and Disposal Methods Used at the SJS*

Dredged material disposed at the SJS may be removed from project areas using hopper, clamshell, or other types of dredges.  Dredged material has been placed at Puerto Rico ODMDS (San Juan and Ponce) primarily utilizing split-hull barges.  Specific instructions/requirements are contained in the Department of the Army (DA) permits issued by the USACE-SAJ, listed as contract specifications in Federal dredging contracts, and provided to contractors in placement guidelines associated with each dredging project (see Section 10 of this SMMP).

## 2.  Regulatory/Statutory Responsibilities Under MPRSA

USACE and EPA have been assigned various duties pertaining to ocean disposal site management under MPRSA.  EPA and USACE share responsibility for MPRSA permitting and ocean disposal site designation and management, as briefly summarized below.

*2.1  Section 102 of the MPRSA*

Under Section 102, EPA designates recommended times and locations for material disposed at ocean sites (including dredged material) and develops the environmental criteria used in reviewing permit applications.

*2.2  Section 103 of the MPRSA*

Under Section 103, USACE is assigned regulatory responsibility for transportation and disposal of dredged material, subject to EPA review and concurrence that the material meets applicable ocean disposal criteria.

## 3.  Dredged Material Testing Requirements

As part of the permitting process, applicants are required to test/characterize all dredged material proposed for disposal at SJS to determine if it meets the ocean disposal criteria (i.e., is suitable for ocean disposal).  Dredged material testing procedures/requirements (including quality assurance requirements) are contained in the following documents:

-Ocean Dumping Regulations (40 CFR Part 227, "Criteria for the Evaluation of Permit Applications for Ocean Dumping of Materials")

-EPA/USACE 1991. "Evaluation of Dredged Material Proposed for Ocean Disposal, Testing Manual" as amended (otherwise known as the 'Green Book').

-EPA Region 2/USACE-NYD 1992 (or most recent revision). "Guidance for Performing Tests on Dredged Material proposed for Ocean Disposal" (otherwise known as the Regional Testing Manual).

EPA-R2 and USACE-SAJ will prepare a regional implementation manual that provides guidance specific to ocean disposal of dredged material at the SJS and other ocean sites in the Caribbean region. Until this guidance manual is prepared and approved, however, the EPA-R2 /USACE-NYD (1992) manual (or its most recent) revision will be used to evaluate the suitability of dredged material proposed for disposal at the SJS.

8

USACE_013107

The suitability of dredged material for ocean disposal must be determined by the USACE-SAJ and concurred with by EPA-R2 in writing prior to each authorization. The determination of suitability will be valid for three years from the time of testing, unless it is determined that conditions at the dredging site may have changed significantly since that time (e.g., chemical spills). EPA-R2 may extend the authorization for an additional period without further testing if: 1) conditions at the dredging site are deemed to not have changed significantly since the time of testing (reduced levels of testing effort may, in fact, be required to confirm this); and 2) no unacceptable impacts have occurred or are expected at the dredging and disposal sites.

## 4. Past and Anticipated SJS Use and Quantity of Material Disposed

MPRSA 102 (c)(3)(D and E) requires that the SMMP include consideration of the quantity of material to be disposed of at the site, and the presence, nature, and bioavailability of contaminants in the material, as well as the anticipated use of the site over the long-term.

The following table reports volumes deposited by the USACE-SAJ for dredging and disposal at the SJS in FY00-FY10.

| Completion Date | Type of Action | Volume (c.y.) | Composition |
|---|---|---|---|
| FY94 | SJH Widening/Deepening | 1,053,000 | silty sand, fines |
| FY98 | SJH Widening/Deepening | 3,913,663 | silty sand, fines |
| FY99 | SJH Widening/Deepening | 3,802,346 | silty sand, fines |
| FY99-01 | Rio Puerto Nuevo Flood Control Project Construction | 1,500,000 | sands, clays, fines |
| FY01 | SJH Berthing Areas Maintenance | 160,000 | silt |
| FY06 | SJH Maintenance | 446,565 | silty sand, fines |

The following table reports volumes that are anticipated by the USACE-SAJ for dredging and disposal at the SJS in FY10-FY20.

| Completion Date | Type of Action | Volume (c.y.) | Composition |
|---|---|---|---|
| FY10 | Rio Puerto Nuevo Flood Control Project Construction | 2,600,000 | silty sand, fines |
| FY11 | SJH Maintenance | 420,000 | silty sand, fines |
| FY11 | SJH Berthing Maintenance | 30,000 | silt |
| FY15 | SJH Maintenance | 350,000 | silty sand, fines |
| FY19 | SJH Maintenance | 350,000 | silty sand, fines |

9

USACE_013108

The only source of material that is expected to be placed at the site during the projected period is dredged material resulting from maintenance of navigable depths in San Juan Harbor and dredged material resulting from construction and maintenance of the Rio Puerto Nuevo Flood Control Project. Materials will consist of variable percentages of silt, clay, and sand. There are no proposed limitations on the quantity of material that may be placed at the site.

## 5. Inter-Agency Coordination

### 5.1 Transfer of Information

EPA-R2 and the USACE-SAJ jointly manage the San Juan Harbor dredged material disposal program and the SJS. EPA-R2 and the USACE-SAJ will continue to coordinate the exchange of information, management and monitoring resources, and the documentation of site management decisions at SJS. EPA-R2 and USACE-SAJ will continue to provide each other with all pertinent data and information as it becomes available. Specifically, upon discovery/notification, any information concerning disposal/dredging violations will be shared between EPA-R2 and the USACE-SAJ.

This SMMP constitutes an official agreement between EPA-R2 and USACE-SAJ to continue to cooperatively manage and monitor the SJS and to coordinate the collection and transfer of information pertinent to the management and monitoring of the SJS as set forth herein.

### 5.2 Funding of SMMP Tasks and Activities

The costs of site management and monitoring will be shared between EPA-R2 and the USACE-SAJ to the extent allowed by funding levels in any given fiscal year (i.e., cost-sharing will be subject to appropriations).

Consistent with Section 102(c)(3) of the MPRSA, the SMMP developed by EPA-R2 in conjunction with the USACE-SAJ shall include a program for monitoring the site that includes the responsible agency(ies) for each monitoring activity. The SMMP and, as applicable, permit conditions will also specify when site users will be required to undertake monitoring activities associated with their projects in accordance with 40 CFR § 228.9. Each Agency will bear its own costs for activities it undertakes in furtherance of the responsibilities established in the SMMP except as provided for in duly executed Interagency Agreements (IAs) pursuant to the Economy Act or the cooperative authority of Section 203 of the MPRSA.

The USACE-SAJ will support the monitoring and management of Caribbean Ocean Dredged Material Disposal Sites. IAs between EPA-R2 and the USACE-SAJ are encouraged in order to pool resources to implement SMMP activities. When appropriate, the USACE-SAJ may provide funds to EPA-R2 via an IA for studies of prevailing current conditions, transport pathways, mapping of coral reef resources and assessments of baseline sediment conditions at or near Caribbean Ocean Dredge Material Disposal Sites, aboard the OSV BOLD (EPA's ocean monitoring vessel) or through contractual mechanisms. EPA-R2 has the highly specialized expertise and resources to conduct advanced technical work at the Caribbean Ocean Dredged Material Disposal Sites and to complement USACE-SAJ capabilities by providing support in

10

specific areas of expertise in oceanography, marine ecology, and marine instrumentation that are required for work at the Caribbean Ocean Dredged Material Disposal Sites.

These IAs allow the Government to conduct work in the most reasonable and cost effective manner and to realize significant cost savings by using the OSV BOLD (EPA's ocean monitoring vessel) to support the lengthy surveys required for mapping resources and conducting sampling. EPA-R2 can also provide such specialized support as side scan SONAR and underwater videography via remote operating vehicle at no additional cost. EPA-R2 staff is uniquely capable to oversee the technical merits or limitations of any work products arising from any contractor providing individual site monitoring and management information services through contractual mechanisms.

### 5.3  Project specific coordination
Prior to issue of new permits for private dredging projects, Antilles Regulatory Section and EPA-R2 will discuss special conditions of the permit.  As monitoring requirements and placement conditions change, the special conditions may also be changed to help ensure permit holders conduct dredged material disposal operations at the SJS as safely and efficiently as possible. Likewise, prior to Federal dredging projects, contract specifications are reviewed and updated as necessary to reflect changes in monitoring requirements and placement conditions.

## 6. Objectives of the SMMP
The objectives of this SMMP are to collect sufficient information to:

a. provide that no unacceptable environmental impacts occur from the disposal of dredged material at the SJS;

b. recognize and correct any potential unacceptable conditions before they cause any unacceptable impacts to the marine environment or present a navigational hazard to commercial waterborne vessel traffic;

c. determine/enforce compliance with MPRSA permit conditions;

d. provide a baseline assessment of conditions at the SJS;

e. outline a program for monitoring the SJS;

f. describe special management conditions/practices to be implemented at the SJS;

g. estimate the quantity of material to be disposed at the SJS, considering the presence, nature, and bioavailability of the contaminants in the dredged material;

h. specify the intended use and possible closure date, if necessary, of the SJS;

i. provide a schedule for review and revision of the SJS SMMP.

11

## 7. Site Description/Assessment of Baseline Conditions at SJS

MPRSA 102 (c)(3)(A) requires that the SMMP include a baseline assessment of conditions at the site. Baseline conditions measured by IE Corporation in 1980 were summarized in the Environmental Impact Statement prepared to support designation of the SJS (EPA, 1982). Additional baseline biological, geological and geochemical data was collected from the SJS in 1984 by JRB Associates (under contract to EPA). In November/December 1996 EPA-R2 collected sidescan sonar, sediment chemistry, and benthic community structure data in and around the SJS to augment the baseline assessment of conditions at the SJS. The data from the 1996 survey will be incorporated into the baseline assessment as it becomes available. Further efforts will be made to enhance our knowledge of baseline conditions during monitoring operations at the SJS.

### 7.1 Physical, Meteorological and Oceanographic Features of the SJS:

a. Water depths at the SJS average 292 m (965 ft). Bottom depths at the southern boundary are approximately 213 m (700 ft) and slope moderately to approximately 400 m (1,300 ft) at the northern boundary (EPA, 1982).

b. Easterly trade winds predominate at the SJS throughout the entire year, primarily from the ENE direction. Wind speeds in the area are moderate. The mean annual wind speed is 14.2 km/hr, but shows considerable daily and monthly variation. Maximum wind speeds occur in July (mean monthly velocity = 16.1 km/hr) and minimum wind speeds generally occur in October (11.3 km/hr). Infrequent tropical storms and hurricanes are sometimes severe, occur any time from August to October, and generally produce considerable rainfall (EPA, 1982).

c. Currents at the SJS are greatly influenced by the direction and strength of the trade winds. The trades blow primarily from the northeast, which in conjunction with the east-west alignment of the coastline results in a westerly, alongshore current. Surface currents show general westward drift (mean speed 0.6 knots) with a significant tidal component. Subsurface currents are not well defined, but appear to be weak. This fact is also evidenced by the relatively undisturbed depositional environment within the SJS and surrounding area.

d. Water column structure at the SJS is more or less uniform throughout the year. Salinity and temperature data reveal the existence of a well-mixed layer of surface water. The depth of this surface layer varies with season from less than 30 m (April - December) to deeper than 100 m (varies from 100 to 330 ft). The average annual temperature and salinity of this surface water range between 26-28 °C and 35.5 - 36.2 ppt. Below this surface layer, a permanent density gradient (pycnocline) extends to approximately 240 m.

e. Measurements of baseline dissolved oxygen, total suspended solids, and turbidity levels in the water column at the SJS were generally within ranges typically associated with unpolluted tropical conditions. Surface to bottom dissolved oxygen concentrations range from 5.4 to 7.3 mg/l, decreasing with depth below the pycnocline. Total suspended solids concentrations

12

measured at the SJS ranged from below detection limits to approximately 1.8 mg/l. Turbidity at the SJS ranged from 0.15 - 0.59 NTU. Suspended solids and turbidity tend to be high in surface waters due to phytoplankton production, increase to a localized maximum near the pycnocline and decrease significantly at depth.

### 7.2 Sediment Composition/Chemistry and Benthos at the SJS

*a. Sedimentary Composition*: Bottom sediments at the SJS are predominantly fine-grained (i.e. silts and clays) with localized sand and gravel areas. Samples of bottom sediments taken from the site the SJS average 48% silt and 45% clay. Side-scan sonar imaging conducted in 1996 revealed debris and active venting of biogenic gases over limited portions of the site.

*b. Sediment Chemistry*: As described above, sediments at the SJS are predominately fine-grained. The total organic carbon content (TOC) of SJS sediments ranges from 0.5% to 2.3%. Sediment samples collected in 1984 from within and outside the boundaries of the SJS were analyzed for concentrations of trace metals, hydrocarbons and chlorinated organic contaminants (i.e. PCBs and selected pesticides). Analysis of sediment samples for hydrocarbons and chlorinated organics, from a station at the center of the SJS, indicated the presence of variable levels of well-weathered petroleum and biogenic hydrocarbons. Low levels of PCBs were also detected. Pesticides were not detected in the samples. All sediment samples were analyzed for trace metal levels; the results are reported in Table 1. Concentrations of certain metals (chromium, copper, iron, nickel, and zinc) were found to be somewhat elevated at 2 stations within the SJS. However, trace metal concentrations at the remaining survey stations were not particularly high and within expected ranges for areas receiving some degree of anthropogenic input. Metals levels did not differ significantly between stations taken inside and outside of SJS boundaries.

**Table 1. Concentrations of selected contaminants in sediment sampled at SJS (JRB, 1984).**

| Parameter (# of stations, observations) | Unit | Concentration, dry wt. |
|---|---|---|
| **Total PCBs** | ng/g (ppb) | <87-1580 (Aroclor 1260) |
| **Arsenic** (18 stns; 38 obs.) | µg/g (ppm) | ND - 84.7 |
| **Cadmium** (18 stns; 38 obs.) | µg/g (ppm) | 0.04 - 1.32 |
| **Chromium** (18 stns; 38 obs.) | µg/g (ppm) | 5.6 - 95.8 |
| **Copper** (18 stns; 38 obs.) | µg/g (ppm) | 2.3 - 122 |
| **Mercury** (18 stns; 38 obs.) | µg/g (ppm) | 0.008 - 1.34 |
| **Nickel** (18 stns; 38 obs.) | µg/g (ppm) | 2.1 - 48.1 |
| **Lead** (18 stns; 38 obs.) | µg/g (ppm) | 0.4 - 129.6 |
| Zinc (18 stns; 38 obs.) | µg/g (ppm) | 3.0 - 331 |

USACE_013112

*c. Benthic Biota:* Benthic samples taken from the vicinity of the SJS yield low but highly variable numbers of taxa and individuals. The benthic community is characteristic of fine-grained bottoms, i.e. the community was dominated by deposit-feeding organisms. Numerically dominant taxa in the study area include polychaetes (197 taxa), crustaceans (97 taxa) and molluscs (60 taxa, primarily gastropods (snails) and pelecypods (bivalves)), echinoderms (19 taxa), and 25 minor taxa (primarily sipunculids, but also including phoronids, pogonophorans and cephalochordates). Significant differences in community composition between areas within and outside the SJS have not been detected and the diversity and abundance of organisms are positively correlated with increasing heterogeneity of the bottom sediment.

### 7.3 Usage of SJS by Fish, Marine Mammals and Endangered Species

*a. Marine mammals and sensitive species:* The SJS does not encompass any known breeding, feeding, or nursery areas of marine mammals, sea turtles or birds. Waters off San Juan are regularly visited during the winter months (January-mid-March) by migrating Humpback whales (*Megaptera novaeangliae*). Humpbacks do not feed while in tropical waters, but are often seen spy hopping and engaging in other social display behaviors. Newborn calves may accompany female whales, since both Silver Bank (off N. coast of Hispaniola) and Mona Island (W. of Puerto Rico) are known calving grounds for this species. Whales can pass within less than 1 mile of shore, but are also observed further offshore. Dolphins are common residents and may be present in waters of the SJS at any time. West Indian manatees have been sighted in shallower coastal waters of Puerto Rico.

Four species of sea turtles are also known to inhabit Puerto Rican waters. Juvenile green and hawksbill turtles may be found off the northern shore of Puerto Rico, associated with rafts of *Sargassum*. Waters of the SJS are too deep to provide foraging habitat for adults of green, hawksbill or loggerhead turtles. Leatherback marine turtles approach the north shore of Puerto Rico during their nesting season (March-June) and may be present in offshore waters during this time, but basically spend the rest of their adult lives in the temperate zone. The endangered brown pelican is resident to Puerto Rico, but is primarily present inshore.

*b. Fish:* Open waters of SJS may be feeding grounds for pelagic fish (e.g. tuna, jacks, mackerel) and deeper site waters may be feeding areas for various snappers and other species, but the SJS is not a critical area in this regard. Deep waters of the site may be inhabited by various species having wide depth ranges (e.g. elasmobranchs, conger eels, batfishes) as well as slope species (e.g. grenadiers).

A modest, but significant, commercial pot fishery operates out of San Juan. This fishery, however, is restricted to shallower, inshore shelf waters. Mackerel, sardine, snook and snappers constitute the bulk of landings in this fishery. A hand line fishery targeting snappers also operates out of San Juan; this fishery operates primarily in shallower water but extends to depths of approximately 600 ft. In addition, there are numerous private recreational and deep sea charter

14

fishing operations centered at San Juan. Effort is generally directed at billfish, tuna, and other pelagics in this fishery.

*c. Endangered and threatened corals:* There are two species of corals in Puerto Rican waters listed by NOAA-NMFS under the Endangered Species Act (ESA) as threatened (*Acropora palmata* and *A. cervicornis*). Acropora spp.are important reef building corals, typically occurring in high energy, shallow water areas. NOAA identified critical habitat for Acropora spp. as areas having consolidated hardbottom substrates devoid of macroalgae and sediment cover in depths between the Mean High Water line and 30 meters. The SJS is located in waters substantially deeper and far removed from areas meeting this depth criterion. Critical habitat areas may however be located along the transport routes typically used by barges to travel to and from the SJS.

NOAA also identifies a species of deep water coral (Oculina spp.) as a species of concern in Puerto Rico. The presence of this species however has not been confirmed on the northern coast of Puerto Rico in the vicinity of the SJS. In addition, NOAA-NMFS is proposing to list additional species of coral as threatened under the ESA. Many of these species occur as part of coastal or shelf edge reef habitats (i.e., depths <61 m). The SJS is located in waters substantially deeper and far removed from areas meeting this depth criterion. (see Shelf Edge Reef Resources (section 7.4)

*7.4. Shelf Edge Reef Resources*
Reef resources on the Puerto Rican shelf and along the shelf edge have been identified by the National Oceanic and Atmospheric Administration (NOAA) as essential fish habitat. NOAA has indicated that these areas are generally restricted to areas shallower than 200 feet (61 m). Side scan SONAR and remotely operated video mapping showed that coral growth is limited along the coastline east of San Juan Harbor within this depth range. Sidescan SONAR and video mapping of areas that are potentially affected by transport and disposal of dredged material at SJS will be implemented as early monitoring efforts in implementation of this revised SMMP, before determining any further monitoring or management requirements at the site for protecting shelf edge reef resources.

**8. SJS Monitoring Program**
MPRSA 102 (c)(3)(B) requires that the SMMP for a given dredged material ocean disposal site include a program for monitoring the site.

EPA-R2/USACE-SAJ have developed a tiered monitoring approach to investigate the physical, biological, and chemical impacts of ocean disposal of dredged material at sites in the Caribbean. EPA-R2/USACE-SAJ's Ocean Disposal Site Monitoring Program (MP) addresses both regulatory and technical issues associated with the disposal of dredged material at the SJS. The

15

tiered approach described herein is comprised of levels of increasing investigative intensity designed to generate the technical information necessary to properly manage the disposal site in an environmentally sound and cost-effective manner.

Monitoring effort under the SJS MP is dependent upon volume and frequency of disposal. In general, if no disposal occurs, then no monitoring will be required. Inversely, in a period during which there is disposal activity, monitoring would be conducted proportionate to volume of disposal, as necessary. Specific monitoring activities may also be required for individual projects.

### 8.1  Goals of the SJS MP

The SJS MP will focus on the overall impacts of dredged material on the entire SJS and surrounding area. In addition to addressing the Null Hypotheses ($H_o$) (see Section 8.2), the overall goals of the SJS SMMP are to:

a. verify that dredged material disposed at the SJS does not cause any unacceptable impacts.

b. assess and monitor (trends) conditions at the SJS as defined in 40 CFR Section 228.10, and compare them to baseline data.

### 8.2  Questions/Null Hypotheses ($H_o$) to be addressed by the SJS MP:

The SJS MP will focus specifically on verifying the following four null hypotheses ($H_o$) for individual projects and/or disposal locations:

$H_o1$: Dredged material disposal operations are consistent with the requirements of the ocean dumping permits.

Actions:
-Use the USACE-approved disposal inspector (ship rider) reports and information submitted by permittees to determine compliance.
-Require GPS-based automated disposal surveillance systems on all disposal scows at the SJS.
-Conduct independent surveillance of disposal operations

$H_o2$: Dredged material disposal operations are not causing unacceptable impacts (physical, chemical, and biological) at the SJS and surrounding area.

Actions:
-Conduct sediment profile imagery surveys (Tier 2) at the SJS and surrounding area.
-Conduct benthic community structure, sediment chemistry and body burden analyses within the SJS when deemed necessary based on results of Tier 2 physical and biological efforts

USACE_013115

$H_o3$: Dredged material disposal has no significant impact on endangered species.

Actions:
-Review USACE-approved disposal inspector (ship rider) reports to ensure that no dredged material disposal occurs in the presence of any marine mammals/endangered turtles.
- Monitor marine mammals/sea turtle sightings, landings (bycatch), and strandings in the San Juan vicinity.

$H_o4$: Dredged material disposal does not significantly alter the benthic community structure of the area of the SJS.

Actions:
- Use sediment profile imaging (SPI) photography to assess sediment and benthos distribution.
-Conduct Tier 3 benthic community structure monitoring in and around the site

## 9. Monitoring Activities/Techniques

### 9.1 Work/Quality Assurance Project Plan

The SJS MP consists of a three-tiered approach to monitor the physical, chemical and biological effects of dredged material disposed at the SJS, the components of these tiers are outlined below in Sections 9.2 to 9.4. Information from these monitoring activities will be extremely important for determining the potential for unacceptable impacts to occur due to disposal of dredged material at the SJS. For this reason, the data obtained in these surveys must be of high quality. All monitoring work conducted in accordance with this SMMP must conform to a work/quality assurance project plan (W/QAPP) that has been reviewed and approved by USACE-SAJ and EPA-R2.

Monitoring and sampling will occur using a design that allows quantitative analysis of results; the sampling area may include all or part of the SJS, the surroundings and a reference area geographically removed from the effect of dredged material disposal at the SJS. W/QAPPs must reflect the design selected by the Agencies for the monitoring tasks.

### 9.2 Physical Monitoring

Physical monitoring is designed to determine the physical nature and distribution of dredged material during and after disposal at the SJS and environs. Measurements of the physical nature of the material proposed for disposal at the SJS will allow first order tracking of physical impacts at the site and support modeling of initial mixing and seafloor deposition following disposal. Sediment profile imaging (SPI) will be used to confirm the fate of the material following disposal. SPI technology consists of a frame-mounted apparatus that enables a camera to take a picture of the sediment-water interface. Useful information can be obtained from the pictures to produce fine scale description of the spread of material on the bottom and its effect on the environment. Under certain circumstances, the collection and analysis of sediment samples may

17

be required to fully assess the final disposition of dredged material discharged at the SJS.

*a. Tier 1: Dredged Material Testing/Modeling of Disposal Events/Disposal Inspection*
Grain size distribution, percent moisture, Atterberg limits, and total organic content of proposed materials will be measured for all dredged materials proposed for disposal at the site. This data is acquired in support of the evaluation of dredged material proposed for ocean disposal, as required by the 1991 Green Book and the regional implementation manual governing disposal at the SJS.

Disposals will be modeled using available computer models (e.g., STFATE) to estimate the footprint and plume anticipated from a proposed project prior to commencement of disposal at the site. Results will be used to determine disposal locations at the SJS.

GPS-based automated disposal surveillance technology will be used to ascertain that loading and disposal of dredged material is occurring at authorized locations, that material is not being lost en route to the site, and that material has been discharged within the site boundaries. This technology simultaneously records the draft and position of the vessel to which it is attached. USACE-approved disposal inspectors (ship riders) will accompany all scows and hopper dredges disposing at the SJS.

Frequency: Testing and modeling conducted prior to each initial MPRSA concurrence. GPS-based automated disposal surveillance to be conducted with each scow load of material transported for disposal at SJS.

*b. Tier 2: Sediment profile imagery (SPI)*
Sediment profile imagery (SPI) cameras will be deployed at an array of stations extending radially outward from the center of the SJS to define the footprint of dredged material within and around the site. Sampling locations will be determined jointly by EPA-R2 and USACE-SAJ prior to the surveys. Because SPI has not yet been conducted at the site, the optimal length and spacing of radial transects will be determined from the first survey. From these images, grain size, sediment color and roughness can be determined and used to identify and map dredged material on the bottom. (Images obtained using SPI will also be used in Tier 2 biological evaluation of the site.)

Frequency: SPI records will be collected approximately every 5 years when the site has been active. USACE-SAJ and EPA-R2 will generally conduct these investigations, however the agencies may require surveys to be conducted by permittees (or by the USACE-SAJ), following disposal of large volume projects.

***Note: The results of SPI will be used to adjust the Tier 1 model and/or disposal operations, as necessary***

18

USACE_013117

*c. Tier 3: Sediment sampling and analysis*

In cases where additional information is required to refine the final disposition of discharged dredged materials, it may be required to actually collect sediment samples from within the SJS and its vicinity for analysis. Box core sediment samples will be collected from areas of interest inside and/or outside the site. Grain size distribution, percent moisture and total organic content of sediment samples will be analyzed. Tier 3 physical monitoring may be conducted alone or in conjunction with Tier 2/3 chemical (bulk sediment chemistry/body burden analyses) or Tier 3 biological efforts (benthic community analyses). Samples of the sediment will be collected using appropriate methods to allow for Tier 2 chemical analysis (bulk sediment chemistry). Organisms screened from the sediment will be preserved and archived in a manner that allows Tier 3 biological (benthic community analysis) and/or chemical analyses (body burden analysis).

Frequency: The need for and the areal extent of Tier 3 physical monitoring efforts will be determined by Tier 2 physical and biological evaluations (i.e., SPI). In addition, Tier 2 monitoring may require confirmation/validation using box core samples.

***Note: Sediment samples can also be used to assist in the interpretation of SPI imagery through examination of features present in the sample***

*d. Special Studies (Physical)*

In the event that high resolution of site bathymetry is required, a survey using mid-water multibeam sounding equipment would be conducted at the site. This type of technology is required for obtaining bathymetry at the SJS because of the great depth of the water. However, owing to the high cost of this type of surveying and the expectation that accretion of deposited sediments will not result in seafloor features (this expectation is based on the results of monitoring of a deepwater dredged material ocean disposal site off San Francisco, CA) it is envisioned that bathymetric surveys of the SJS will not be conducted on a regular basis.

In the event that areas that warrant additional concern are identified in the vicinity of the site, arrays of sediment traps may be deployed along the margins of the site and in the direction of dredged material transport. Sediment traps can determine if significant quantities of dredged material are being transported off the site in the direction of the resource of concern. (The traps would have to be deployed for approximately six months of active disposal and would be compared to sedimentation rates at a reference site, i.e. an area that is within the area of influence of hydrographic regimes affecting the SJS but that is unaffected by dredged material disposal). It is not envisioned that sediment traps will need to be deployed on a regular basis.

Additional studies and technologies may be used as required to address specific data needs but are not intended for application on a routine basis. Examples include sub-bottom profiling and side-scan sonar technologies.

Frequency: As needed

19

*9.3  Biological Monitoring*

The review of 96-h exposures of sensitive marine organisms to the suspended and liquid phases, and 10-d exposures to the solid phase of dredged material, prior to approval for disposal at SJS, provides assurances that no acute toxicity is expected to result from disposal of dredged materials at the SJS.  Determination of long term trends in the benthic community, however will require SPI photography or collection and analysis of benthic samples.  SPI photography provides useful information on the abundances, taxa, and successional stage of communities present at a given location without the expense of sampling.  Under certain circumstances, actual sampling and analysis of benthic communities in and around the SJS may be required.

*Tier 1: Review of Testing Results/Monitoring for Sensitive and Fisheries Species Impacts*
*a.*  Toxicity of all project material proposed for ocean disposal will be assessed using sensitive marine organisms and the procedures outlined in the 1991 Green Book and the regional implementation manual governing disposal at the SJS.  The results of toxicity tests will be used in conjunction with the STFATE mixing model to ensure that disposal of the project material does not result in violations of the initial mixing requirements following disposal at the SJS. By prohibiting materials that show acute toxicity in 10-d tests from disposal at the SJS, the first level of assurance that adverse impacts to the benthos or to other marine organisms are not occurring due to the disposal of dredged material is gained.  The results of bulk sediment and bioaccumulation tests will be used by USACE-SAJ and EPA-R2 to identify and track impacted zones and direct biological sampling efforts at the higher monitoring tiers.  Impacts to sensitive species (e.g. marine mammals, sea turtles, brown pelicans) will be avoided or minimized through the use of on board observers; disposal will not be allowed to occur in the presence of identified sensitive species.  Fisheries issues are re-evaluated for the SJS during each permit/authorization process. (Impacts to fisheries due to disposal operations are <u>not</u> anticipated, however in the event that issues regarding fisheries are raised to the USACE-SAJ and/or EPA-R2, the agencies will consult with resource authorities at NMFS, USFWS and the Commonwealth of Puerto Rico to review the issues in the context of dredged material disposal at the SJS.)

<u>Frequency</u>:  Testing and Essential Fish Habitat consultations will be conducted prior to each initial project 103 concurrence.  On board disposal inspectors will accompany each load of material transported for disposal at SJS.

*b. Tier 2: Sediment profile imagery (SPI)*
SPI cameras will be used to identify and describe colonization and succession status of communities inside and outside site (SPI also serves as Tier 2 physical monitoring).  If, based on comparisons with a reference site, areas outside the site appear to be biologically impacted by disposal activities then the areal extent of impact will be considered in the decision to pursue higher tier testing involving box core sampling (Tier 2 Chemical, Tier 3 Physical/ Chemical/ Biological) and may result in conditions placed on permits or contract specifications.

<u>Frequency</u>:  SPI records will be collected approximately every 5 years when the site has been active or if modeling predicts exceedance of site boundary.  USACE-SAJ and EPA-R2 will

20

USACE_013119

generally conduct these investigations, however the agencies may require surveys to be conducted by permittees (or by the USACE-SAJ), following disposal of large volume projects.

*c. Tier 3: Benthic sampling and analysis*
Tier 3 biological monitoring entails counting and identifying benthic organisms collected with box cores to define the status and health of the benthic community (e.g. species identification, diversity, biomass, trophic status, successional stage). Identification of organisms will be to lowest practicable taxonomic unit. Sampling of benthos will occur in a stratified, random design to allow quantitative analysis of results; the sampling area may include all or part of the SJS the surroundings and a reference area geographically removed from the effect of dredged material disposal at SJS.

Frequency: Impacts within the site are expected due to the disturbances caused by disposal events. Impacts outside the site, or an absence of progress in the succession or in colonization of the site for extended periods of time after cessation of disposal, may be cause for concern and therefore prompt more definitive study in higher tiers of investigation (i.e. Tier 3 biological, Tiers 2/3 chemical). These indications would be detected using SPI in Tier 2.

***Note: Tier 3 biological monitoring results will also be used to assist in the future interpretation of features present in SPI imagery***

*d. Special Studies (Biological)*
In the event that concerns regarding local populations of fish or other species (e.g. crustacean macrofauna or sensitive species) are identified, standardized quantitative surveys and/or body burden surveys may be required. These surveys would use appropriate gear for capturing the target species (e.g. benthic sleds or trawls) and again use a reference area for comparisons.

Frequency: As needed

*9.4 Chemical Monitoring*
Chemical analyses of sediments and tissues of organisms exposed to the material proposed for ocean disposal enables USACE-SAJ and EPA-R2 to assess the presence, nature and bioavailability of contaminants in dredged material prior to authorizing disposal at the SJS. Periodic collection and analysis of sediment and resident organism tissue samples from the SJS and its environs will provide USACE-SAJ and EPA-R2 with information necessary to confirm that no unacceptable effects are occurring and to identify long term trends in and around the SJS.

*a. Tier 1: Review of ocean disposal testing results*
Bulk sediment chemistry (and a measure of its bioavailability through biological tests) of proposed dredged material will be determined using the procedures outlined in the 1991 Green Book and the regional implementation manual governing disposal at the SJS prior to commencement of any disposal of the material at the site.

21

GPS-based technology will be used to ascertain that loading and disposal of dredged material is occurring at the authorized locations and that material is not being lost en route to the site. Visual inspectors will also be deployed.

Frequency:  Conducted with every project.

*b. Tier 2: Bulk sediment chemical analysis*
Bulk sediment chemistry will be conducted on surface samples collected from the SJS and its environs. This data will be used to help determine the areal extent and distribution of dredged material and specific contaminants. Depending on site management data needs, the list of contaminants for a given effort may include all contaminants of concern or a few contaminants selected for their usefulness as tracers of dredged material or for their ecological significance. All sediment samples collected for bulk chemistry analysis will also be analyzed for grain size and total organic carbon content (Tier 3 Physical Monitoring). Modeling of the theoretical bioaccumulation potential of non-polar organic contaminants will be used to estimate bioavailability and to determine whether there is a potential for bioaccumulation of these contaminants to unacceptable levels and need for body burden analyses.

Frequency:  The need for Tier 2 chemical monitoring will be determined from the results of SPI conducted under Tier 2 biological and physical monitoring. Possible triggers include observations that dredged material appears to have spread significantly outside the site or if SPI imagery suggests that colonization/succession is not occurring at rates comparable to reference sites. It is anticipated that these analyses will be conducted on the order of every 10 years.

*c. Tier 3: Analysis of body burdens of contaminants in benthic organisms*
Conduct tissue chemical analysis of organisms from box core samples collected during Tier 3 Physical/Biological Monitoring. The species selected for body burden analyses will reflect their abundances in collected samples. The substrate in which collected organisms were residing will also be sampled and analyzed [Tier 2 chemical analyses (bulk sediment chemistry) and Tier 3 physical analyses (grain size/TOC/percent moisture)] and tissue lipid levels will be analyzed, to the maximum extent practicable. Ideally, Tier 3 chemical monitoring will also be conducted synoptically with an evaluation of the health of the benthic community (Tier 3, biological monitoring).

Frequency:  Tier 3 chemical evaluation will be conducted if TBP modeling using Tier 2 (bulk sediment) chemistry results suggests that there is the potential for unacceptable bioaccumulation of contaminants from the dredged material or if sediment levels exceed reference concentrations by an order of magnitude.

***Note: The results of Tier 3 analysis will be used (in conjunction with Tier 2 chemical (bulk sediment chemistry) and Tier 3 physical results (TOC)) to refine the inputs used in future TBP modeling***

USACE_013121

## 9.5 Frequency of Monitoring/Need for Higher Tier Investigations

Monitoring at Tier 1 will be conducted prior to disposal of each authorized project. An anticipated schedule for monitoring is listed in Table 2, however if results indicate the need for further investigations, any required monitoring (Tiers 2 and 3) would be initiated. Specific circumstances that "trigger" advancing to higher tiers of monitoring will be decided by EPA-R2 and the USACE-SAJ, in consultation with the Commonwealth of Puerto Rico and other stakeholders. Existing monitoring data, anticipated or proposed disposals (including the type and quantity of anticipated material), and other relevant factors will be considered to determine appropriate monitoring and management preferences. The actual frequencies and schedules for all jointly funded monitoring will be by mutual agreement of USACE-SAJ and EPA-R2.

## 9.6 Monitoring Data Management: Processing, Evaluation and Interpretation

a. Data collected from SJS surveys are to be processed and analyzed by (or as specified by) the USACE-SAJ and EPA-R2 (or their respective contractors). These data are used to make management decisions regarding dredged material disposal operations and permit decisions and must therefore be of reliable quality and in a consistent format.

b. EPA-R2 requires data to be in the National Ocean Data Center (NODC) format, where appropriate. Survey data will be summarized in a report generated by the action agency. The report will indicate how the survey related to the SMMP and to previous SJS surveys. Reports should be provided within 90 days after completion. Exception to the time limit will be possible if outside contracts stipulate a longer period of time. The report will provide data interpretations, conclusions, and recommendations relative to needs and goals of the SMMP.

Data collected will be made available to Federal and Commonwealth agencies and other stakeholders, as appropriate. Reports summarizing data will also be made available.

**Table 2:** SJS Monitoring Activities and Frequencies

**Tier 1** monitoring activities will be conducted with each authorized project, as noted in text

| Tier 2 - Monitoring Activity | Anticipated Frequency[a] | Triggered by... | Responsible Entity |
|---|---|---|---|
| Physical- SPI photography | 5 Yrs | Usage | USACE-SAJ/EPA-R2, or permittee |
| Biological- SPI photography | 5 Yrs | Usage | USACE-SAJ/EPA-R2 |
| Chemical- SJS Sediments | 10 Yrs | Tier 2 Physical and Biological | USACE-SAJ/EPA-R2 |

23

| Tier 3 - Monitoring Activity | Anticipated Frequency[a] | Triggered by... | Responsible Entity |
|---|---|---|---|
| Physical-Sediment Analyses | 10 Yrs | Volume, Usage | USACE-SAJ/EPA-R2 |
| Chemical- Benthic Tissue | as needed | Tier 2 Chemical and Biological | USACE-SAJ/EPA-R2 |
| Biological- Community Analysis | as needed | Tier 2 Chemical and Biological | USACE-SAJ/EPA-R2 |

**Special Studies** will be performed when deemed necessary to confirm that unacceptable effects are not occurring or to address any identified deficiencies in comprehension of baseline.

[a] Listed years are presented as targets for the anticipated frequency of conducting this monitoring tier. Targets are not intended to be binding and are dependent on site use history.

## 10. SJS Disposal Permit Conditions/Enforcement

MPRSA 102 (c)(3)(C) requires that the SMMP include special management conditions or practices to be implemented at the site that are necessary for the protection of the environment.

Within approximately ten days prior to the start of dredging of SJS-suitable material, a pre-construction meeting is held with dredging contractor representatives, permittees, and, members of the USACE-SAJ Regulatory Branch personnel for projects, or with USACE dredging contractor and Construction/Operations Division personnel for Federal construction and/or maintenance dredging projects. Permit requirements and placement conditions are discussed to ensure that everyone is familiar with SMMP requirements prior to the start of SJS-material dredging.

### 10.1 Regulatory Framework: Permit Conditions

Department of the Army (DA) permits will be issued for SJS disposal activities involving non-Corps projects, and typically are valid for a period of three years. Copies of the issued permits or the letters modifying these permits are maintained and made available upon request by the USACE-SAJ, which issues the documents. Placement of dredged material cannot occur at the SJS without a permit (or MPRSA Section 103 (e) equivalent, e.g. Federal projects authorized by Congress).

a) *General Conditions*: General permit restrictions reflecting standard maritime industry and U.S. Coast Guard requirements so that a waterborne/sea-going activity can be carried out within the minimum or basic guidelines set, primarily for safety reasons, by the regulating authority. In most, if not all, cases the U.S. Coast Guard is that authority.

24

*b) Special/Specific Conditions:*  Special and/or specific permit restrictions will be listed in the text of the permit and will include, but not necessarily be limited to:

> *1. Seasonal restrictions or special conditions regarding dredging and disposal (assigned on a case by case basis).* At present, no disposal restrictions related to seasonal variations in ocean current or biotic activity have been determined to be necessary for SJS disposal.  Should any such restrictions appear necessary as monitoring results are compiled, they will be incorporated into future ocean disposal authorizations.  Additionally, if new information indicates that endangered, or threatened, species are being adversely impacted, restrictions will be implemented.

> *2. Requirements for the submission of transportation and placement logs.*  USACE-SAJ approved Dredged Material Inspectors (DMIs) are required to document each placement trip on the **Transportation and Placement Log Form** (Appendix A) and notify the USACE-SAJ.  The permittee shall hire a DMI independent of the dredge contractor.

> *3.  Reporting requirements for un-anticipated events and discrepancies.*

> *4. Guidance pertaining to aspects of the disposal activity; including boundary coordinates, release/discharge procedures, and requirements to discharge within specific areas.*  The guidance within the permit is also supplemented by the Guidelines provided in Appendix B of this document

## 10.2  Federal Authorization

In cases where permits are not issued, as is the case with Federal Navigation Projects, the above permit conditions will be incorporated into dredging contract specifications (see MPRSA Section 103 (e)).  When USACE vessels, or their contractors, conduct the dredging, they will comply with the same requirements, monitoring, and safeguards that are included in permits issued to third party contractors.  Permit-like instructions specifying all requirements are to be contained within the work specifications/orders for the project.  These conditions are equivalent to permit conditions and will be enforceable on the contractor under applicable law.

## 10.3  Violation/Enforcement Cases

a. Disposal at the SJS is to occur only with prior USACE-SAJ approval and EPA-R2 concurrence.  Projects not in compliance with the DA permit will be subject to enforcement action.

b. A USACE-SAJ approved Dredged Material Inspector (DMI) must accompany all trips for placement of dredged material at the SJS and be present during all dredged material discharge events in order to certify compliance with the USACE-SAJ permit conditions.  The DMI must report independently to the applicant (not to the dredging contractor).  The DMI is required to

USACE_013124

complete, sign, submit and maintain within the official record a Transportation and Placement Log Form (Appendix A) for each event.

c. The DMI must also complete, sign and submit an Inspector Checklist of requirements associated with each placement trip (Appendix C). The three sections of the Inspector Checklist are completed by the DMI during three phases of transportation and discharge. Many checklist items relate to the dredging site. Ensuring that all required equipment and procedures are followed prior to departure from the dredging site helps ensure safe and accurate discharge of dredged material at the SJS. Any item on the checklist that receives a "NO" answer, meaning that a required procedure has not been followed, or required equipment is not present or operable, requires an immediate telephone call to USACE-SAJ for follow-up action.

d. If any action takes place which does not conform to authorized activities described in any permit (Contract Specification and/or Work Order for Federal Projects), reauthorization, response letter, or other communicated requirements/restrictions, the USACE-SAJ should be notified immediately by the DMI. In cases where activities beyond the scope of those authorized occur, appropriate action will be determined by consultation between EPA-R2 and the USACE-SAJ.

### 10.4  Site Inspection/Surveillance
a. To ensure compliance with the DA permit conditions and Federal authorization, routine observations of dredging activities in the San Juan Harbor area are performed by the USACE-SAJ.

b. USACE-SAJ and EPA-R2 (and/or their designated representatives), reserve all rights under applicable law to free and unlimited access to and/or inspection of:

> -the dredging project site (including the dredge plant, towing vessel and scow) at any time during the project;
>
> -any equipment used for towing, surveying, monitoring or navigation;
>
> -any and all records pertaining to specific (Federal or non-Federal) dredging and disposal projects including logs, reports, memoranda, notes, etc.

c. For all disposal activities, the dredging contractor will be required to prepare and operate under an approved electronic verification plan for all disposal operations. As part of this plan, the contractor will provide an automated system that is operated by an independent (3rd party) contractor to continuously track the horizontal location and draft condition (vertical) of the disposal vessel from the point of dredging to the disposal area, and return to the point of dredging.

USACE_013125

**11. Disposal Reporting Requirements and Data Management**

*11.1. USCG Reporting Requirements*:
The dredging/towing contractor must notify the Captain of the Port (COTP) of San Juan/USCG for a reference number before each vessel departs the dredging site for the SJS. Every trip made under the permit authorization is required to be recorded and endorsed by the master of the tow or the person acting in such a capacity.

*11.2  Record Keeping/Documentation/Data Reporting*:
a. Navigation logs will be maintained for each vessel (tugboat/barge) used for ocean disposal of dredged material. These logs should include accuracy, calibration methods, and any problems and actions taken associated with navigation. EPA-R2 and the USACE-SAJ require that each tugboat/barge used for the ocean disposal of dredged material use D-GPS for navigation purposes.

b. An electronic Transportation and Discharge Log form must be completed by the DMI to provide a record of each voyage involving an actual disposal event at the SJS. An example of the log form is included in Appendix A. The log forms must be emailed to USACE-SAJ and EPA-R2 within 2 hours of any discharge at the SJS. An electronic copy of each log form is to be saved with a filename that includes trip number and retained within a dedicated project folder to allow for auditing of information. These notification systems ensure that the USACE-SAJ and EPA-R2 are completely informed of daily dredging and disposal activities undertaken within the Port of San Juan.

c. The DMI must also complete, sign and submit an **Inspector Checklist** of requirements associated with each placement trip (Appendix C). An electronic copy of the checklist for each trip must be retained with the corresponding TDL form in the dedicated project folder to allow for auditing of information. The three sections of the Inspector Checklist are completed by the DMI during three phases of transportation and discharge. Many checklist items relate to the dredging site. Ensuring that all required equipment and procedures are followed prior to departure from the dredging site helps ensure safe and accurate discharge of dredged material at the SJS.

d. GPS-based automated disposal surveillance (i.e., vessel draft and position) data must be maintained for each vessel used to transport and dispose of dredged material at the SJS. Surveillance data is to be submitted to the Agencies on a weekly basis in electronic format. Reports should include views of loaded and unloaded paths taken by vessels used for transportation and disposal of dredged material at SJS and the discharge location at SJS. This information must be superimposed on a figure that includes the dredging area, adjacent shorelines, and SJS boundaries). In addition, a graphical depiction of draft versus time must be provided with the above information.

Discharge locations must be made available for EPA and USACE inspection via a website within

USACE_013126

12 hours of discharge. The website must allow several view sizes to observe the location of discharge. Vessel draft readings must be clearly discernible; superimposed on a figure that includes the dredging area, adjacent shorelines, and SJS boundaries.

### 11.3 Federal SJS Data Management and Reporting

A spreadsheet file containing contractor-reported scow volumes information is maintained by the USACE-SAJ. All disposal records and submitted monthly disposal volumes for each project are proofread, verified and any discrepancies are corrected before entry of data into this spreadsheet. On a yearly basis, USACE-SAJ will compile all dredging, disposal and testing data and submit them to USACE Headquarters.

All dredged material disposal data submitted to USACE-SAJ will be compiled, analyzed and evaluated in a final end-of-the-year report that will be provided to EPA-R2 during the first quarter of each calendar year and/or upon request. An annual report will not be necessary if there has been no disposal activity during the previous calendar year.

The data file maintained by USACE-SAJ contains information pertaining to the following:

-Permit/Federal Project number

-Permittee or Federal Project name

-Waterway/Reach/Channel

-Was the project maintenance or improvement?

- Disposal area/buoy at which the material was released/discharged

- Coordinates at which the material was released/discharged

-Disposal activity commencement and completion dates

-Volume of material disposed

-The year-to-date volumes of private (non-federal) and federal navigation projects disposed at the SJS, noted separately and collectively

### 12. SJS SMMP Review and Revision

MPRSA 102 (c)(3)(F) requires that the SMMP include a schedule for review and revision of the SMMP which shall not be reviewed and revised less frequently than 10 years after adoption of the plan, and every 10 years thereafter.

USACE_013127

A need for modification of the use of the SJS because of unacceptable impacts is not anticipated due to the management and monitoring outlined in this SMMP. However, should the results of monitoring surveys indicate that continuing use of the SJS will lead to unacceptable impacts; the SJS SMMP will incorporate further restrictions/revisions to alleviate the impacts. The SMMP will be reviewed annually, in conjunction with monitoring data, by the interagency SMMP team to identify necessary revisions for management of the SJS.

EPA-R2 and the USACE-SAJ will convene a Scientific Review Panel, consisting predominantly of professionals from the fields of engineering, oceanography, and representatives of governmental resource agencies, as necessary, to review the SJS SMMP and relevant monitoring data. Membership will include qualified representatives from academia, federal agencies, state agencies, public interest groups, port representatives, and consultants. Attendance at meetings will be by invitation only.

## 13. References

EPA. 1982. Environmental Impact Statement (EIS) for the San Juan Harbor, Puerto Rico Dredged Material Disposal Site Designation. Prepared by EPA, HQ. December 1982.

EPA-USACE. 2000. Site Management and Monitoring Plan for the San Juan Harbor, Puerto Rico Dredged Material Disposal Site. Final. January 5, 2000.

JRB Associates. 1984. Studies and Sample Analyses For San Juan, Puerto Rico Dredged Material Disposal Site. Report prepared under contract to U.S. Environmental Protection Agency, HQ. Contract No. 68-0106388, Work Assignment #63. September 1984.

Battelle Ocean Sciences. 1997. Survey Report for Oceanographic Survey of the Five Puerto Rico Dredged Material Ocean Disposal Sites. Report prepared under Contract to U.S. Environmental Protection Agency, HQ and Region 2. Contract No.68-C2-0134, Work Assignment #4-353. May 1997.

USACE_013128

## APPENDIX A- <u>USACE TRANSPORTATION AND DISCHARGE LOG</u>

Date:_____ Dredging Contractor:_____

**Project Information**
Name and Reach: _____
Permit No. (If applicable):_____
Trip Number: _____

**Tug Scow and Dredge Information**
Tug Name:_____
Scow_____ Dredge_____
Tug Capt._____ Scowman_____
Inspector Name:_____

**Loading/Pre-Transit Information**
Time of Loading Completion (hh:mm:ss):_____
Volume (cubic yards): _____ Percent Rock: _____
Descript.: (e.g., color, water content, type):_____
Scow Draft: Fore (ft): _____ Aft (ft): _____
Scow Condition:_____

**Discharge Site Conditions**
Wind: Direction_____ Speed _____
Sea State: _____ Wave Height: _____
Visibility_____

**Transit/Placement Information**
Time of Departure:_____
Marine Mammals/Sea Turtles Sighted (Yes / No)

**START** - Time (DOORS OPEN):_____
Speed (kts)_____Bearing _____Draft (ft., immed. before opening)_____
Latitude (dec. deg.)_____Longitude (dec. deg.)_____

**END** -- Time (DOORS CLOSED):_____
Speed (kts)_____ Bearing _____ Draft (immed. after closing)_____
Latitude (dec. deg.)_____Longitude (dec. deg.)_____

**NOTES:**___ _Periodic Draft/Time/Position observations to be recorded here; conclusion as to whether there is evidence of potential leakage recorded here, statement as to which, if any items on Inspector Checklist required reporting/follow up; other observations as necessary_

30

USACE_013129

## APPENDIX B - DISCHARGE GUIDELINES FOR AN SJS DISPOSAL PROJECT

1. Vessel speeds **must** not exceed 3 knots during discharge, weather and sea conditions permitting.

2. To help ensure proper discharge within the SJS, and reduce the need for loaded scows to return to the dredging site, the following discharge protocol **must** be followed:

a) Prior to leaving the dredging site, scows **must** be inspected to ensure correct operation of mechanical features. Scows **must** also be inspected for the presence of any conditions that may cause navigation problems. The scow radio-control system (if used on the project) and scow monitoring systems **must** be inspected for correct operation If any problems with the scow, radio-control system, or scow monitoring systems are encountered, corrections **must** be made before offshore transport of the scow may proceed. However, when the primary scow monitoring systems (PSMS) are malfunctioning, dredged material may be transported from the dredging site if scow monitoring contractor personnel are onboard, or are communicating with the USACE-SAJ approved DMI to fix/service the equipment. Alternatively, the backup scow monitoring system (BSMS) may be used while problems with the PSMS are being corrected. However, the BSMS is considered to be emergency backup equipment and may only be used on two consecutive trips offshore. The BSMS is not to be used as a long-term backup to the PSMS.

b) Scows **must** be monitored for possible leaks. After leaving the dredging site, the DMI should check the PSMS scow draft count values on a periodic basis and record the draft/time/position observations in the notes section of the transportation and discharge log form (in the notes section) along with a conclusion as to whether there is any evidence of possible leakage. If the counts begin to significantly change during transport, either leakage of dredge material from the scow may be occurring (counts decreasing), or the scow's hull may be taking on water (counts increasing). However, depending on the specific location of a leak, the opposite trend may occur, according to the direction of a list caused by a leak. Scows suspected of leaking **must** be inspected before using the scow again. If any leaks are found, they **must** be repaired prior to using the scow again.

c) Scows **must** be brought to the SJS using the DGPS (Differential Global Positioning System) navigation systems of the tugboat and scow. Scow position will be monitored by the PSMS onboard the tugboat. Discharge in SJS boundaries will be documented by the DMI using the PSMS while the scow position and draft information are monitored automatically by the PSMS.

d) If the PSMS does not show reliable DGPS coordinates in the vicinity of the SJS, the tugboat DGPS and BSMS **must** be used to estimate the scow position during discharge. Length of towlines **must** be estimated and the bearing to the

31

scow from the towing vessel course **must** also be noted at the time of discharge. Tow lengths **must** be less than 200 feet unless ocean/weather conditions require longer lines for safe navigation. The DMI **must** record the following information if this option is used:

> 1) coordinates of the tug at the start and end of discharge
>
> 2) estimated length and bearing of tow line (distance from tug stern to scow bow)
>
> 3) estimate of lateral displacement of scow from target longitude

e) Discharge **must** only occur at the SJS when reliable GPS coordinates are displayed by navigation systems onboard the towing vessels or scows being used at the SJS.

f) If the PSMS fails after leaving the dredging site, the scow **must** not be used again until a fully operational PSMS is installed. If scow monitoring contractor personnel are onboard, or communicating by telephone with the DMI, to correct problems, or the BSMS is functional, offshore transport may occur. However, the BSMS is considered to be emergency backup to the PSMS, is not to be routinely used for offshore discharge, and may only be used on two consecutive offshore discharge trips.

g) If the PSMS is not functioning properly, discharge **must** occur within the SJS only if the scow and towing vessel are both within the SJS at the time scow doors are opened.

h) If a situation arises that requires emergency dumping of dredged material outside of the SJS, all reasonable efforts to dump outside of navigation channels and into areas deeper than 200 feet **must** be made.

i) If radio communication with the scow is lost, preventing operation of radio-controlled scows, a person **must** board the scow to either fix the problem or operate the scow. Persons must only ride aboard scows certified for passengers by the U.S. Coast Guard. Extreme care must be taken when boarding a scow at sea. Anyone on a scow **must** have at least two working radios. Voice contact, through radio or direct communication, **must** be maintained with the scowman while riding aboard the scow. Scow opening **must** only occur when a direct, voice command has been given to the scowman, or radio communication with radio-controlled scows is maintained. If the radio control system can not be fixed, the scow **must** be towed to the designated discharge location and manually discharged following steps (d) through (f). If the scow's engine can not be operated by the radio-control system, and the scow is boarded to attempt to fix the engine, the scow must be located at the designated discharge position if the scow's engine is started. Past use of radio-controlled scows revealed that

32

manually starting a scow's engine after a failed radio-controlled engine start could cause the "scow open" command to be completed, causing the scow to dump at the location of engine startup. Any problems with a radio control system **must** be fixed prior to subsequent use of the scow.

3. Voice contact, through radio or direct communication, **must** be maintained with the scowman (if used) for the duration of trips. Scow opening **must** only occur when a direct, voice command has been given to the scowman, or, in the case of radio-controlled scows, direct radio communication with the scow is maintained. A backup radio **must** be onboard all manned scows. Hand signals **must never** be used to direct the scowman regarding scow opening/closing. Radio checks with the scowman **must** be performed prior to departing the dredge site and enroute in the vicinity of the harbor mouth. Manned scows **must not** be transported to the discharge location without at least two working modes of radio communication. Radios **must** have adequate power sources and extra sets of batteries **must** be kept with any battery operated radios. DMIs will note in their logs the status of radio checks made prior to site departure and enroute to the discharge location, in the comments section of the log form.

4. Scows containing dredged material **must not** be towed from the dredging site for ocean discharge unless all of the following items are present and fully operational aboard the towing vessel:

- Legible copy of the permit or contract specifications, as related to scow loading, transport, and dredged material discharge;
- A legible copy of the Discharge Guidelines and SJS boundary coordinates received at the pre-construction meeting, or any additional instructions or guidelines as related to scow loading, transport, and dredged material discharge
- PSMS and BSMS*, including bin level sensor on scow
- DGPS navigation system aboard tug
- Radio-control system for scow operation (if scowman is not used)
- Radio and backup radio system aboard scow (if scowman is used)
- Fathometer aboard tug
- a fully operational fax machine must be onboard the towing vessel for use by the SAJ Inspector within 2 hours of each discharge event at the SJS
- an 8" – 12" wide protractor with degrees printed or embossed on the curved surface
- 4" – 8" long dividers for scaling distances off of maps and charts
- scow loading tables for each scow used to transport dredged material
- access to the towing vessel DGPS, fathometer, and radar
- fully operable personal cellphones in possession of each DMI at all times with active phone numbers unique to each phone available for placing and receiving calls at all times

33

- suitable location for completing paperwork associated with DMI duties
- Full compliance with any other contract or regulatory requirements related to dredged material discharge

\* If the PSMS is not functioning properly at the time a scow is ready to be transported from dredging site, the BSMS may be used while the PSMS problems are being corrected.

5. Scows containing dredged material **must not** be towed from the dredging site for ocean discharge unless ocean/weather conditions are forecast to allow safe and accurate discharge of dredged material within the SJS.

6. Dredged material **must** never be discharged anywhere outside of the SJS boundary except in cases of emergency. Any discharges at outside the boundaries will be investigated for potential enforcement actions.

7. Scow monitoring equipment, discharge guidelines, and other aspects of dredged material discharge at the SJS may be changed. Notice of any changes will be provided to the dredging contractor for implementation as soon as practicable.

8. Transportation and discharge log (TDL) forms will be completed electronically or by hand within 30 minutes of discharge at the SJS. An electronic copy of the TDL form is to be emailed to EPA-R2 and USACE-SAJ within two hours of scow's return from SJS. Printed copies of TDL forms **must** be signed by the DMI after completion of each trip and placed in a file/folder for submission to USACE-SAJ after project completion or when the DMI permanently or temporarily discontinues working on the project.

9. Disposal Inspectors who have been approved by USACE-SAJ (DMIs), but have not previously worked on a New York District or USACE-SAJ (i.e., EPA-R2) dredging project, must be accompanied by scow monitoring contractor personnel, or by a DMI who has been working on the project, during the first two trips the DMI works on the project. DMIs who have previously worked on at least one New York District or USACE-SAJ (i.e., EPA-R2) dredging project, but who have not worked on this project, must be accompanied by scow monitoring contractor personnel during their first trip serving as a DMI on this project.

10. Possible changes in the discharge guidelines may be provided after dredging begins.

11. To help ensure that dredged material is transported and placed at the SJS in accordance with the guidelines described above, the attached checklist has been prepared. Items in the checklist **must** be reviewed by the DMI at the dredging site, while underway, and at the SJS. Each item that is pertinent to the trip **must** be answered with a "YES" or "NO" answer, along with other information specific to a checklist item. Any item on the checklist that receives a "NO" answer **must** be reported immediately to the USACE-SAJ at <u>NAME OF CONTACT</u>, and a dredging

USACE_013133

contractor representative not onboard the towing vessel. If the "NO" answer is related to the scow monitoring systems, the scow monitoring contractor **must** also be notified immediately at NAME OF CONTACT. Each discharge trip **must** use a checklist, to be completed by the DMI working aboard the towing vessel. Checklists **must** be signed and dated by the DMI and placed in a file. All original, signed checklists associated with this project **must** be submitted to the USACE-SAJ on a weekly basis for the duration of the project. Checklists **must** be hand delivered or mailed to:
USACE ADDRESS HERE

12. Original copies of TDL forms for each trip to the SJS, signed and dated by the DMI on duty during each trip, **must** be submitted to NAME OF CONTACT at the above address at the completion of the project.

13. Switching of tugs once an ocean discharge trip has begun **must not** occur. Towing of any scow loaded with dredged material must be monitored by the scow monitoring equipment/software and documented by a DMI riding aboard the towing vessel.

14. While underway, dredging contractor must adhere to all measures required in Appendix D of this SMMP (i.e., NMFS, Southeast Region Vessel Strike Avoidance Measures and Reporting for Mariners)

15. Upon arrival at the ODMDS, the DMI (dredging inspector) must maintain a watch at all times for marine mammals and sea turtles. Discharge of dredged material may not occur when there is a turtle or mammal present at the site; discharge must not occur until the sighted animal has left the disposal area. Animals may not be harassed in any manner to make them leave the area.

16. Failure to adhere to the specifications discussed in these discharge guidelines may result in revocation of the dredging permit and/or a monetary fine.

17. If there are any questions pertaining to the guidance given in this document, or additional clarification of procedures is needed, please contact Mr. Mark Reiss of the EPA at (212) 637-3799.

USACE_013134

Appendix C - Inspector Checklist

DREDGING PROJECT/REACH: _____

TUG NAME: _____   SCOW _____

TRIP NUMBER: _____ DATE _____

INSPECTOR NAME: _____

INSPECTOR SIGNATURE: _____

Answer YES or NO to the following questions.   Circle other choices and/or fill in blanks as appropriate. Any item on the checklist that receives a "NO" answer **must** be reported immediately to USACE-SAJ at: POINT OF CONTACT and a dredging contractor representative not onboard the towing vessel. If the "NO" answer is related to the scow monitoring systems, the scow monitoring contractor **must** also be notified immediately at POINT OF CONTACT. Items receiving "NO" answers **must** be indicated on the TDL form using the letter-number code next to each item description and described on the TDL form comments section. A supplemental report **must** be prepared and emailed to USACE-SAJ at POINT OF CONTACT to explain any discrepancies/deviations from the Inspector checklist.

## PART A.  DREDGING SITE

A1____   A legible copy of the contract specifications, as related to scow loading, transport, and dredged material discharge, is in possession of the DMI.

A2____   A legible copy of the Discharge Guidelines and ODMDS boundary coordinates received at the pre-construction meeting, or any additional instructions or guidelines as related to scow loading, transport, and dredged material discharge, is in possession of the DMI.

A3____   The scow being used to transport the dredged material is mechanically sound, does not leak, and has no visible damage that may cause leaking.

A4____   A regularly used scow was used, no backup scow was used.

A5____   A scow loading table for the scow being towed is aboard the towing vessel and available for the DMI to use.

A6____   The material being dredged has been observed by the DMI for general characteristics (grain size, color, consistency). Majority of material is dry/thick/watery, color:_____, mud/sand/gravel/rock.

A7____   For scows loaded with any rock (rock is defined as any stones greater than 2.5 inches in diameter), the estimated rock percent has been recorded on the TDL form.

36

A8 ___ An estimate of the volume of material in the scow has been calculated by the DMI using the scow loading table and recorded on the TDL form.

A9 ___ Scow contains less volume of dredged material than the maximum volume allowed for discharge during a single trip.

If a scow contains a volume of dredged material greater than the maximum volume allowed for discharge during a single trip, the volume **must** be decreased below the maximum volume before the dredged material can be transported away from the dredge site.

A10 ___ The scow monitoring systems (PSMS and BSMS) are fully operational and are functioning. Any scow monitoring system malfunctions **must** be reported **immediately** to the scow monitoring contractor <u>POINT OF CONTACT</u>. Transportation vessels are not allowed to leave the dredging site with any dredged material if a PSMS is not fully operational. However, if scow monitoring system contractor personnel are onboard the transporting vessel to service the equipment, or in communication with the DMI via cellphone or radio, the vessel may depart from the dredging site while malfunctions are being repaired/corrected. Alternatively, if the BSMS is functional, the scow may be transported from the dredging site. If the PSMS is not functional, the BSMS may only be used on two consecutive offshore discharge trips.

A11 ___ The scow draft pressure value, as displayed by the PSMS system, has been recorded on the TDL form.

A12 ___ A fathometer is fully operational, functioning, and installed on the transporting vessel.

A13 ___ A radio onboard the transporting vessel is operable and can receive NOAA marine weather forecasts and ocean conditions.

A14 ___ Current and forecasted marine weather and ocean conditions at the designated discharge location have been monitored on the radio and will allow safe and accurate discharge of dredged material. Winds at a reporting station closest to the discharge location are presently blowing _____ from the ____, with _____ ft seas. Winds forecast for the discharge location are _____ from the ___, with _____ seas.

A15 ___ DGPS navigation system is fully operational, functioning, and installed aboard the transporting vessel.

A16 ___ A radar system is fully operational, functioning, and installed aboard the transporting vessel.

A17 ___ Radio-control system for scow operation (if scowman is not used) is fully operational and

37

functioning.

A18 __ Radio and backup radio system, for communication between scows and towing vessels, are aboard scow (if scowman is used), are fully operational and functioning.

A19 __ A fully operable cell phone that can send and receive calls is in the possession of the DMI onboard the towing vessel.

A20 __ A protractor is available for use by the DMI aboard the towing vessel.

A21 __ A compass, for map/chart distance scaling, is available for use by the DMI aboard the towing vessel.

A22 __ An up-to-date nautical chart that includes the discharge area is available for use by the DMI.

A23 __ DMI is provided full access to fathometer, radar, vessel DGPS, and any other equipment/information necessary to conduct DMI duties.

A24 __ Radio and backup radio checks with the scowman's radios have been performed with no problems detected, if a scowman is used.

A25 __ Full compliance with any other contract or regulatory requirements related to dredged material discharge has been met.

A26 __ Time of departure from dredging site has been recorded on the TDL form.

A27 __ All other information relative to the dredging site has been entered into the TDL form.


## PART B .  ENROUTE TO THE DISCHARGE LOCATION

B1 ___ In the vicinity of the Harbor mouth, radio and backup radios aboard the scow have been checked to ensure they are both functioning, if a scowman is used.

B2 ___ Scow draft is being monitored with PSMS.

B3 ___ If the DMI is also a NMFS-approved marine mammal/endangered species observer, observation and appropriate reporting is conducted.

B4 ___ Scow draft pressue varies less than 20 points, or 1.5 feet of draft, from the value at the dredge site.

B5 ___ A gradual increase or decrease in scow draft pressure values (or actual scow draft) is not

38

USACE_013137

observed.

B6___ If visible, scow does not appear to be listing.

B7___ Water behind scow has been observed, if possible, to ensure that no turbid water plumes are present.

B8___ Towing vessel DGPS and scow DGPS positions agree using a fixed reference position (channel marker, buoy, etc.)

B9___ Marine weather and sea conditions present and forecast to be present at the discharge location are periodically monitored. An updated marine forecast does not predict conditions that requirereturning to the dredging site to await safer conditions.


## PART C. IN THE VICINITY OF THE DESIGNATED DISCHARGE LOCATION

For discharge at the SJS:

C1___ Scow radio control equipment operates without any problems.

C2___ Discharge occurred in ODMDS boundaries and was coordinated with towing vessel crew.

C3___ Scow draft information immediately prior to scow door opening has been recorded on the TDL form.

C4___ TDL form was completed using the scow monitoring system, or by hand if the scow monitoring system malfunctions, within 30 minutes of scow door opening.

C5___ Scow monitoring equipment, transportation vessel navigation equipment, and all other equipment related to discharge of dredged material worked without any problems.

C6___ All activities associated with discharge of dredged materials appeared to be conducted in a safe manner.

C7___ Nothing occurred that may have resulted in incorrect discharge of dredged material.

C8___ TDL form and any supplemental reports e-mailed to POINT OF CONTACT within 2 hours of scow door, or hopper bin, opening.

39

C9___ A copy of the TDL form has been electronically signed by the DMl and saved to a file/folder to become part of the permanent record of the trip. A disc containing all the folder and all TDL forms, checklists and supplemental reports and information **must** be submitted to USACE-SAJ when offshore transport of dredged material associated with the project ends, or when the DMI finishes working on the project.

USACE_013139

**APPENDIX D - Vessel Strike Avoidance Measures and Reporting for Mariners**
**NOAA Fisheries Service, Southeast Region (Revised September 2008)**

**Background**
The National Marine Fisheries Service (NMFS) has determined that collisions with vessels can injure or kill protected species (e.g., endangered and threatened species, and marine mammals). The following standard measures should be implemented to reduce the risk associated with vessel strikes or disturbance of these protected species to discountable levels. NMFS should be contacted to identify any additional conservation and recovery issues of concern, and to assist in the development of measures that may be necessary.

**Protected Species Identification Training**
Vessel crews should use an Atlantic and Gulf of Mexico reference guide that helps identify protected species that might be encountered in U.S. waters of the Atlantic Ocean, including the Caribbean Sea, and Gulf of Mexico. Additional training should be provided regarding information and resources available regarding federal laws and regulations for protected species, ship strike information, critical habitat, migratory routes and seasonal abundance, and recent sightings of protected species.

**Vessel Strike Avoidance**
In order to avoid causing injury or death to marine mammals and sea turtles the following measures should be taken when consistent with safe navigation:

1. Vessel operators and crews should maintain a vigilant watch for marine mammals and sea turtles to avoid striking sighted protected species.

2. When whales are sighted, maintain a distance of 100 yards or greater between the whale and the vessel.

3. When sea turtles or small cetaceans are sighted, attempt to maintain a distance of 50 yards or greater between the animal and the vessel whenever possible.

4. When small cetaceans are sighted while a vessel is underway (e.g., bow-riding), attempt to remain parallel to the animal's course. Avoid excessive speed or abrupt changes in direction until the cetacean has left the area.

5. Reduce vessel speed to 10 knots or less when mother/calf pairs, groups, or large assemblages of cetaceans are observed near an underway vessel, when safety permits. A single cetacean at the surface may indicate the presence of submerged animals in the vicinity; therefore, prudent precautionary measures should always be exercised. The vessel should attempt to route around the animals, maintaining a minimum distance of 100 yards whenever possible.

USACE_013140

6. Whales may surface in unpredictable locations or approach slowly moving vessels. When an animal is sighted in the vessel's path or in close proximity to a moving vessel and when safety permits, reduce speed and shift the engine to neutral. Do not engage the engines until the animals are clear of the area.

**Additional Requirements for the North Atlantic Right Whale**

1. If a sighted whale is believed to be a North Atlantic right whale, federal regulation requires a minimum distance of 500 yards be maintained from the animal (50 CFR 224.103 (c)).

2. Vessels entering North Atlantic right whale critical habitat are required to report into the Mandatory Ship Reporting System.

3. Mariners should check with various communication media for general information regarding avoiding ship strikes and specific information regarding North Atlantic right whale sighting locations. These include NOAA weather radio, U.S. Coast Guard NAVTEX broadcasts, and Notices to Mariners. Commercial mariners calling on United States ports should view the most recent version of the NOAA/USCG produced training CD entitled "A Prudent Mariner's Guide to Right Whale Protection" (contact the NMFS Southeast Region, Protected Resources Division for more information regarding the CD).

4. Injured, dead, or entangled right whales should be immediately reported to the U.S. Coast Guard via VHF Channel 16.

**Injured or Dead Protected Species Reporting**
Vessel crews should report sightings of any injured or dead protected species immediately, regardless of whether the injury or death is caused by your vessel.

Report marine mammals to the Southeast U.S. Stranding Hotline: 877-433-8299
Report sea turtles to the NMFS Southeast Regional Office: 727-824-5312

If the injury or death of a marine mammal was caused by a collision with your vessel, responsible parties should remain available to assist the respective salvage and stranding network as needed. NMFS' Southeast Regional Office should be immediately notified of the strike by email (takereport.nmfsser@noaa.gov) using the attached vessel strike reporting form.

**For additional information, please contact the Protected Resources Division at:**
NOAA Fisheries Service
Southeast Regional Office
263 13th Avenue South
St. Petersburg, FL 33701
Tel: (727) 824-5312
Visit us on the web at http://sero.nmfs.noaa.gov

42

USACE_013141

USACE_013142



REGION 2

Response to Comments on the 5/12/2010 Draft Site Management and Monitoring Plan for the San Juan Harbor, PR Ocean Dredged Material Disposal Site

January 5, 2011

U.S. Environmental Protection Agency, Region 2
290 Broadway
New York, New York 10007

USACE_013143

## 1.0 Introduction

Section 102 of the Marine Protection, Research, and Sanctuaries Act (MPRSA) describes requirements for designated dredged material disposal sites including that each designated site have a site management plan. Among the requirements is that a schedule for review and revision of the plan (which shall not be reviewed and revised less frequently than 10 years after adoption of the plan and every 10 years thereafter).

On January 5, 2000, the Site Management and Monitoring Plan (SMMP) for the San Juan Harbor, PR Ocean Dredged Material Disposal Site (SJS) was finalized. In Summer 2009, EPA and Jacksonville District began internal deliberations on review and revision of the SMMP. On June 11, 2010, a public notice was issued for a 30-day public review of the draft revised SMMP. Comments were received from various Federal and Commonwealth Agencies. The SMMP has been revised and finalized in consideration of those comments. This responsiveness summary documents the comments and responses.

USACE_013144

**2.0 Letters of Support/No Comment**

Letters were submitted on July 9, 2010 by the Puerto Rico State Historic Preservation Office and the U.S. Department of Agriculture Natural Resources Conservation Service indicating that the two agencies had no reservations regarding the proposed SJS SMMP.

**3.0 Technical Comments from Department of Natural and Environmental Resources (letter from Jose Basora-Fagundo, dated July 14, 2010)**

**Comment DNER-1:** The Office of Specialized Services and Coastal Zone Management Program indicated that monitoring study results must be made available to local agencies.

**Response:** Section 12 of the SMMP envisions the establishment of a Scientific Review Panel comprised of local agency representatives, academia, and other stakeholders: Monitoring data will be freely shared with this group and will also be made publically available through the USACE website or upon request. No changes to the SMMP are required.

**Comment DNER-2:** The Office of Specialized Services suggested that "dredging projects must include contamination and sediment control components for incoming bay waters…"

**Response:** The comment is not relevant to the management and monitoring of the ocean disposal site but rather reflects the office's recommendations regarding management actions in the watersheds of areas where dredging is to take place. As such, it is outside the scope of the draft document and no changes to the SMMP are required.

**Comment DNER-3:** The Water Resources and Minerals Area indicated that the plan is adequate but must address any impacts associated with the additional 4 million cubic yards anticipated to be disposed at SJS during the ten year window life of this revised SMMP.

**Response:** To date there have been no impacts associated with disposal of approximately 10 million cubic yards of materials dredged from San Juan Harbor navigation and flood control projects and there are no capacity issues at the site. Therefore, no impacts are anticipated to result from any additional volume anticipated to be placed during the life of the SMMP. All material approved for disposal at the SJS will have been evaluated to confirm that any contaminants present at greater than trace amounts as per the Regulations implementing MPRSA (40 CFR 227) and the SMMP includes various actions to ensure that any leaks or losses of material are avoided or detected and remedied immediately. No changes to the SMMP are required.

USACE_013145

**Comment DNER-4:** Citing MPRSA, the Coastal Zone Management Program indicated that "only material free of contaminants can be deposited".

**Response:** As stated in response to Comment DNER-3, all material approved for disposal at the SJS will have been evaluated for the presence of contaminants at greater than trace amounts as per the Regulations implementing MPRSA (40 CFR 227). No dredged material containing contaminants at greater than trace levels will be approved for disposal at the SJS.

**Comment DNER-5:** The Fish and Wildlife Bureau indicated that monitoring activities should be conducted on a two year frequency to confirm that the modeling used to make disposal decisions is correct or to allow for corrective actions.

**Response:** The SMMP suggests a monitoring frequency of approximately 5 years for conducting Tier 2 physical and biological monitoring (i.e., use of a sediment profile camera). EPA and USACE believe that due to research vessel availability, the expense of conducting offshore surveys of this sort, and the limited ecological concerns present at the site it is impractical to require a specific or shorter frequency for this monitoring. In addition the data produced by this monitoring cannot be used to directly assess the performance of models employed in the decision process. The frequency of monitoring operations and interpretation of the results will be a subject for discussion by the Scientific Review Panel.

**4.0 Technical Comments from National Marine Fisheries Service (email from Lisamarie Carrubba, dated July 26, 2010; A letter communicating the responses listed below was sent to NMFS on Sep 30, 2010 and NMFS indicated their acceptance of the modifications to the SMMP in a letter dated December 6, 2010)**

**Comment NMFS-1:** SMMP does not address listed corals and their designated critical habitat.

**Response:** Page 14 of the SMMP was revised to specifically address listed corals and their designated critical habitat. To address this concern, the following language was added to this section:

*"c. Endangered and threatened corals*
There are two species of corals in Puerto Rican waters listed by NOAA-NMFS under the Endangered Species Act (ESA) as threatened (*Acropora palmata* and *A. cervicornis*). Acropora spp.are important reef building corals, typically occurring in high energy, shallow water areas. NOAA identified critical habitat for Acropora spp. as areas having consolidated hardbottom substrates devoid of macroalgae and sediment cover in depths between the Mean High Water line and 30 meters. The SJS is located in waters substantially deeper and far removed from areas meeting this depth criterion. Critical habitat areas may however be located along the transport routes typically used by barges to travel to and from the SJS.

3

NOAA also identifies a species of deep water coral (Oculina spp) as a species of concern in Puerto Rico. The presence of this species however has not been confirmed on the northern coast of Puerto Rico in the vicinity of the SJS. In addition, NOAA-NMFS is proposing to list additional species of coral as threatened under the ESA. Many of these species occur as part of coastal or shelf edge reef habitats (i.e., depths <61 m). The SJS is located in waters substantially deeper and far removed from areas meeting this depth criterion. (see Shelf Edge Reef Resources (section 7.4)"

While the language of the SMMP is not emphatic about protection of the listed corals and shelf edge reef habitat, the SMMP mandates stringent provisions that allow EPA and USACE to rapidly detect any changes in barge draft that might suggest leakage or loss of material due to equipment malfunctions or operational problems (e.g., overloading). These provisions will allow the agencies to quickly halt or modify operational procedures to avoid detrimental impacts to coralline resources and habitats.

**Comment NMFS-2:** The SMMP does not contain information regarding conditions required as part of the authorization of disposal operations to protect sea turtles and marine mammals.

**Response:** In addition to provisions related to ensuring there are no leaks of dredged material, the draft SMMP also includes requirements to post an observer on board each scow to ensure that no disposal occurs when a marine mammal or turtle is present at the site. To strengthen this provision and to provide further protection to sensitive species, the following conditions have been added to the Discharge Guidelines listed in Appendix B of the SMMP:

14. While underway, dredging contractor must adhere to all measures required in Appendix D of this SMMP (i.e., NMFS, Southeast Region Vessel Strike Avoidance Measures and Reporting for Mariners)
15. Upon arrival at the ODMDS, the DMI (dredging inspector) must maintain a watch at all times for marine mammals and sea turtles. Discharge of dredged material may not occur when there is a turtle or mammal present at the site; discharge must not occur until the sighted animal has left the disposal area. Animals may not be harassed in any manner to make them leave the area.

**Comment NMFS-3:** NMFS is conducting a status review for seven species of corals, including several species that occur in deeper waters. Reinitiating the Endangered Species Act consultation will be required if new species are listed and benthic surveys may be required to establish to determine whether they are present in the area of the SJS.

**Response:** We are aware that NMFS is conducting a status review for additional species of corals, including deepwater species. We will reinitiate consultation if NMFS chooses to list any additional species. We anticipate that this will be particularly important if deeper water species are listed. In November 2010, EPA conducted a side scan SONAR survey to identify any hard bottom features present along anticipated routes used by dredging scows to transit between San

Juan Harbor and the San Juan ODMDS. The data from this survey will be provided to NMFS when it is processed later this year to identify areas that might be appropriate targets of any future benthic surveys. No changes to the SMMP are required at this time.

## 5.0  Comments from National Marine Fisheries Service regarding Essential Fish Habitat Impacts (email from Miles Croom, dated July 26, 2010)

**Comment NMFS-4:** NMFS indicated that due to resource limitations, they were unable to review plan and that if U.S. Army Corps of Engineers and EPA felt that implementation of the SMMP would adversely impact essential fish or endangered species habitat that further consultation should be sought.

**Response:** USACE and EPA believe that implementation of the SMMP would not adversely impact essential fish or endangered species habitat. See response to Comment NMFS-1 regarding protection of corals and shelf edge reef habitat.

## 6.0  Technical Comments from United States Fish and Wildlife Service (letter from Edwin E. Muniz, dated July 7, 2010 – This letter concurred with our determination that impacts were unlikely)

**Comment FWS-1:** "We do not agree with Section 7.3 of the SMMP which specifies that the SJS does not encompass any known breeding, feeding, or nursery areas of marine mammal...San Juan Bay harbors suitable habitat for the endangered Antillean manatee..." Citing a recent incident where several manatees within the bay were struck by a vessel, the Service recommended idle speeds and/or the posting of an observer during transit while in the San Juan Bay

**Response:** Marine mammal observers are required as part of every dredging authorization. A watch must be maintained during dredging operations and while the scow is underway. Operations will be halted until mammals have left the vicinity; no harassment of the mammals is allowed to make them leave the area.

**Comment FWS-2:** Dredging should not be allowed in the presence of sensitive species

**Response:** This recommendation does not pertain to the SMMP which governs the transport and discharge of dredged materials at the SJS. These comments should be made to the Corps during the consultation performed prior to each individual dredging project.

USACE_013148



**UNITED STATES DEPARTMENT OF COMMERCE**
**National Oceanic and Atmospheric Administration**
NATIONAL MARINE FISHERIES SERVICE
Southeast Regional Office
263 13th Avenue South
St. Petersburg, FL 33701-5505
(727) 824-5312, FAX (727) 824-5309
http://sero.nmfs.noaa.gov

F/SER31:LC

DEC 0 6 2010

Mr. Mark Reiss
Division of Environmental Planning and Protection
U.S. Environmental Protection Agency
Region 2
290 Broadway
New York, NY 10007-1866

Mr. Eric P. Summa
Chief, Environmental Branch
Planning Division
Jacksonville District Corps of Engineers
P.O. Box 4970
Jacksonville, FL 32232-0019

RE: Site Monitoring and Management Plan (SMMP) for the San Juan Harbor Ocean Dredged
Material Disposal Site (ODMDS)

Dear Messrs. Reiss and Summa:

This responds to your September 30, 2010, letter indicating that the referenced SMMP language
has been modified to address our concerns related to potential impacts to listed whales, sea
turtles, and corals that may occur along transit routes to the ODMDS. The U.S. Environmental
Protection Agency (EPA) and the U.S. Army Corps of Engineers (COE) are responsible for the
regulation and management of the ocean disposal of dredged materials. The EPA submitted
details of the modifications to the language in the SMMP for the San Juan Harbor, Puerto Rico,
ODMDS in response to concerns of the National Marine Fisheries Service (NMFS) pursuant to
section 7 of the Endangered Species Act (ESA).

NMFS received a letter dated June 9, 2010, from the COE requesting our concurrence with the
COE's determination that the implementation of the SMMP, including the management and
monitoring of dredged material disposal activities between the San Juan Harbor and the
ODMDS, may affect, but is not likely to adversely affect, listed whales, sea turtles, corals, and
ESA-designated coral critical habitat. By e-mail dated July 26, 2010, NMFS requested that the
SMMP include conditions to protect listed species of marine mammals and sea turtles from the
impacts of vessel transit between dredging sites in the San Juan Harbor and the ODMDS.
During a call on September 29, 2010, EPA clarified the changes to the language in the SMMP
regarding protection of listed whales and sea turtles, as well as the measures related to
monitoring of barges that enable the rapid detection of leakage or loss of material in order to
correct the situation and ensure that material is not deposited in areas containing listed corals or

their ESA-designated critical habitat. EPA also noted that the transit routes to the site are being mapped in order to determine whether areas of colonized hardbottoms exist between the harbor and the ODMDS. If colonized hardbottom areas are found, the SMMP will be modified to reflect the transit routes to be followed between the San Juan Harbor and the ODMDS in order to minimize the potential that equipment malfunctions or operational problems that result in the loss of dredged material from barges in transit result in damage to listed corals or their habitat. Based on the information provided by the EPA, including the information in your September 30, 2010, letter; the modifications to the language of the SMMP; and the stringent provisions in the SMMP regarding the reporting and detection of barge draft which enables a determination of whether and where vessels have lost material, the SMMP and the implementation of the plan include measures to avoid and minimize potential impacts to listed species. Thus, the EPA and the COE have determined that the proposed dock construction may affect, but is not likely to adversely affect, listed species under NMFS' jurisdiction. You are reminded that any changes to the proposed action may negate the findings of the present consultation and may require reinitiation of consultation with NMFS.

The ODMDS for the San Juan harbor is an approximately one square nautical mile (nm) area located approximately 2.2 nm north-northwest of the entrance to the San Juan Harbor, San Juan, Puerto Rico (approximate bounding coordinates 18.50278°N, 66.15861°W; 18.50278°N, 66.14139°W; 18.5194°N, 66.14139°W; 18.5194°N, 66.15861°W). The site was designated for disposal of dredged material from San Juan Bay, including the area of Puerto Nuevo. The COE and the EPA are responsible for the preparation of a SMMP for each ODMDS pursuant to the requirements of Section 506 of the Water Resources and Development Act. COE and EPA have drafted a SMMP for the San Juan Harbor ODMDS. According to the information included in your letter, the language of the SMMP has been modified to include measures to address NMFS' concerns related to potential adverse effects to listed species (detailed below) due to the operation of the ODMDS.

Listed species under the purview of NMFS that occur in the area include humpback (*Megaptera novaeangliae*), blue (*Balaenoptera musculus*), finback (*Balaenoptera physalus*), sei (*Balaenoptera borealis*), and sperm whales (*Physeter macrocephalus*); hawksbill (*Eretmochelys imbricata*), leatherback (*Dermochelys coriacea*), loggerhead (*Caretta caretta*), and green sea turtles (*Chelonia mydas*); elkhorn (*Acropora palmata*) and staghorn (*A. cervicornis*) corals; and ESA-designated critical habitat for listed corals. Listed whales transit through the project area during their winter migrations and listed sea turtles transit through the project area, as nesting beaches occur to the east and west of the San Juan Harbor along the coasts of Isla Verde and Toa Baja. Listed coral colonies are reported along the coast east of the harbor entrance from in front of El Morro fort toward Condado Lagoon. Areas meeting the designated coral critical habitat definition are located along portions of the north coast in the project area as well, but no areas meeting the coral critical habitat definition are within the footprint of the ODMDS. The essential feature of critical habitat for listed corals is substrate of suitable quality and availability, in water depths from the mean high water line to 30 m, to support successful larval settlement, recruitment, and reattachment of fragments. Substrate of suitable quality and availability means consolidated hardbottom or dead coral skeletons free from fleshy macroalgae and sediment cover.

2

NMFS has analyzed the routes of potential effects to listed whales, sea turtles, and listed corals and ESA-designated coral critical habitat from the proposed action. Based on our analysis and project review, we have determined that these potential effects include the following: impacts to listed whales and sea turtles due to collisions with vessels transiting from dredge sites in the San Juan Harbor to the ODMDS; impacts to listed whales and sea turtles resulting from exposure to contaminated material during disposal of dredge spoil in the ODMDS; impacts to sea turtle refuge and foraging habitat, listed corals, and designated coral critical habitat associated with spills of dredged materials from barges in transit to the ODMDS; and impacts to sea turtle refuge and foraging habitat, listed corals, and designated coral critical habitat associated with the accidental grounding of barges in transit to and from the ODMDS.

NMFS believes that the proposed action may affect but is not likely to adversely affect listed whales and sea turtles. Listed whales and sea turtles in the water could be affected by vessel transit to and from the ODMDS. However, EPA and COE have included NMFS Southeast Region Vessel Strike Avoidance Measures and Reporting for Mariners as a requirement for barges transiting to and from the ODMDS. EPA and COE have also included a requirement that, upon arrival at the ODMDS, the dredging inspector maintain a watch for listed marine mammals and sea turtles to ensure that no disposal activities take place while animals are present. Further, based on information from a consultation with the U.S. Coast Guard for their Marine Events Program in the U.S. Caribbean, and information from the U.S. Fish and Wildlife Service, the only reported collisions with marine mammals in this area occurred inside the San Juan Bay in the Puerto Nuevo area when a vessel collided with five manatees. We have no records of collisions with marine mammals or sea turtles associated with the operation of the ODMDS site. Therefore, NMFS believes that impacts to listed whales and sea turtles due to collisions with vessels during transit to and from the ODMDS will be discountable.

NMFS believes that the proposed action may affect but is not likely to adversely affect listed whales and sea turtles. Listed whales and sea turtles could be affected during the deposition of dredge spoil in the ODMDS if they are swimming through the area or due to the release of contaminated material in the water column. However, EPA evaluates materials to be dredged to determine whether the concentrations of contaminants in the material would pose a risk to the environment and, if so, requires that materials be disposed of in a landfill or other approved terrestrial disposal site rather than in the ODMDS. The SMMP also contains requirements for monitoring of benthic organisms to ensure that the disposal of materials does not result in a shift in the benthic community to pollutant-tolerant organisms. The EPA and COE will also require that vessels follow NMFS' vessel strike guidelines as noted above, so deposition of material would not be allowed while whales or sea turtles are transiting through the area. Monitoring data indicate that levels of cadmium, chromium, mercury, nickel, and lead from samples taken in the ODMDS do not exceed the maximum concentrations for acute toxicity to aquatic organisms, but that the high end of the range of concentrations for arsenic, copper, and zinc do sometimes exceed these concentrations. However, arsenic occurs naturally in the volcanic soils of Puerto Rico and copper was used as an anti-fouling agent for vessels for many years and the dredge materials are from an active port. Further, 10,875,574 cubic yards of material has been disposed of in the ODMDS to date and no monitoring undertaken as part of the SMMP or reports from

3

completed disposal activities indicate that the benthic habitat or water or sediment quality have been significantly altered in the area of the ODMDS, or that sea turtles or whales were present during disposal activities. Therefore, NMFS believes that impacts to listed whales and sea turtles related to exposure to contaminants in the dredge spoil during disposal in the ODMDS will be discountable.

Listed sea turtles could be affected by the loss of refuge and foraging habitat as a result of the leakage or loss of dredged materials from barges transiting to the ODMDS. Likewise, listed corals and their designated critical habitat could be impacted by the leakage or loss of dredged materials from barges transiting to the ODMDS. However, as noted in your letter, the ODMDS is located in waters that are an average of 965 feet deep. EPA found loose sediments covering the bottom in the area of the entrance to the San Juan Harbor and the navigation channel, which is used by barges exiting the harbor in transit to the ODMDS, during past surveys using side-scan sonar and a remotely operated vehicle with a camera in the area of the navigation channel. In addition, EPA requires that vessels follow a strict discharge protocol that includes a monitoring system and reporting to EPA to ensure that no material leaks from vessels while in transit and that materials are deposited only in the ODMDS. EPA is also planning more detailed mapping of potential transit routes between the San Juan Harbor and the ODMDS in November 2010. Should any hardbottom features be identified along transit routes that may provide habitat for listed corals or contain the essential features for coral designated critical habitat, EPA will modify the SMMP to include required transit routes that avoid these areas to the maximum extent practicable so that, should leakage occur, materials will settle on uncolonized bottom rather than hard bottom areas. Therefore, NMFS believes that impacts to sea turtle refuge and foraging habitat, listed corals, and ESA-designated coral critical habitat from leakage of dredged materials from vessels in transit to the ODMDS will be discountable.

Listed sea turtles could be affected by the loss of refuge and foraging habitat as a result of the accidental grounding of vessels transiting to and from the ODMDS. Likewise, listed corals and their designated critical habitat could be impacted by the accidental grounding of vessels transiting to and from the ODMDS. However, the ODMDS is located in waters that are an average of 965 feet deep and there is a well-marked navigation channel at the entrance to the San Juan Harbor. EPA is planning more detailed mapping of potential transit routes between the San Juan Harbor and the ODMDS in November 2010 and will modify the SMMP to contain required transit routes should any hardbottom features be identified that may provide habitat for listed corals or contain the essential features for coral designated critical habitat. In addition, the ODMDS is located 2.2 nm offshore where there are no shallow-water features containing sea turtle or listed coral habitat. While there have been accidental groundings at the entrance to the San Juan Harbor, none of these groundings were barges associated with harbor dredging operations in transit to the ODMDS. Therefore, NMFS believes that impacts to sea turtle refuge and foraging habitat, listed corals, and ESA-designated coral critical habitat from the accidental grounding of vessels in transit to and from the ODMDS will be discountable.

This concludes the COE and EPA's consultation responsibilities under section 7 of the ESA for the San Juan Harbor ODMDS SMMP. Be advised that a new consultation must be initiated if a take occurs or new information reveals effects of the action not previously considered, or the

USACE_013198

# Recovery Plan for the Northwest Atlantic Population of the
# Loggerhead Sea Turtle
### (*Caretta caretta*)

**Second Revision**







U.S. Department of Commerce
National Oceanic and Atmospheric Administration
NATIONAL MARINE FISHERIES SERVICE

U.S. Department of the Interior

U.S. FISH AND WILDLIFE SERVICE

USACE_013664

**Marine Debris Ingestion**

Sea turtles have been found to ingest a wide variety of debris items, such as plastic bags, raw plastic pellets, plastic and styrofoam pieces, tar balls, and balloons.  In a review of available information on debris ingestion, Balazs (1985) reported that tar balls were the second most prevalent type of debris ingested by sea turtles.  Effects of debris ingestion can include direct obstruction of the gut, absorption of toxic byproducts, and reduced absorption of nutrients across the gut wall (Balazs 1985).  Studies conducted by Lutz (1990) revealed that both loggerhead and green turtles actively ingested small pieces of latex and plastic sheeting.  Physiological data indicated a possible interference in energy metabolism or gut function, even at low levels of ingestion.  Persistence of the material in the gut lasted from a few days to 4 months (Lutz 1990).  Sublethal effects of debris ingestion have an unknown, but potentially great, negative effect on the demography of sea turtles (Bjorndal *et al*. 1994).

Convergence lines, including *Sargassum* rafts, constitute an important habitat for neonate and juvenile loggerheads (Witherington 2002).  Convergence at these habitats sweeps together neonate sea turtles with the floating substrates they forage among, but these same forces also concentrate buoyant petroleum, plastics, and other anthropogenic debris.  Neonate loggerheads ingest this debris at a high frequency and incur mortality from its effects.  Witherington and Hirama (2006) reported that of 83 post-hatchling loggerheads stranded in east Florida, 83.1% had ingested plastics and 33.7% had ingested tar.

**Oil Pollution**

The deleterious effects of oil pollution on sea turtles have been well documented (Lutcavage *et al*. 1997).  Exposure to petroleum products can be fatal to all lifestages of loggerheads (Vargo *et al*. 1986).  Vargo *et al*. (1986) reported that sea turtles would be at substantial risk if they encountered an oil spill or large amounts of tar in the environment.  Turtles in oil slicks experience prolonged physical contact with floating oil.  This contact can cause significant changes in respiration, diving patterns, energy metabolism, and blood chemistry.  For example, physiological observations have shown that sea turtles exposed to petroleum products may suffer esophageal impactions and lesions, inflammatory dermatitis, ventilatory disturbance, salt gland dysfunction or failure, red blood cell disturbances, immune response, and digestive disorders (Vargo *et al*. 1986, Lutz and Lutcavage 1989, Lutcavage *et al*. 1995, Orós *et al*. 2004).  The turtle salt glands appear particularly sensitive to oil pollution.  Prolonged salt gland failure interferes with water balance and ion regulation and may be fatal (Lutcavage *et al*. 1997).  Annually about 1% of all sea turtle strandings along the U.S. east coast have been associated with oil, but higher rates of 3 to 6% have been observed in South Florida and Texas (Teas 1994, Rabalais and Rabalais 1980, Plotkin and Amos 1990).

**Chemical Pollution**

Pollution sources other than oil that may affect sea turtles include persistent chlorinated hydrocarbons and heavy metals.  Long-lived carnivorous species, such as loggerheads, would tend to bioaccumulate these compounds (Rybitski *et al*. 1995, Lutcavage *et al*. 1997).  However,

USACE_013740

# DEPARTMENT OF COMMERCE

## National Oceanic and Atmospheric Administration

### 50 CFR Parts 223 and 226

[Docket No. 070801431–81370–02]

RIN 0648–AV35

## Endangered and Threatened Species; Critical Habitat for Threatened Elkhorn and Staghorn Corals

**AGENCY:** National Marine Fisheries Service (NMFS), National Oceanic and Atmospheric Administration (NOAA), Commerce.

**ACTION:** Final rule.

**SUMMARY:** We, the National Marine Fisheries Service (NMFS), issue a final rule designating critical habitat for elkhorn (*Acropora palmata*) and staghorn (*A. cervicornis*) corals, which we listed as threatened under the Endangered Species Act of 1973, as amended (ESA), on May 9, 2006. Four specific areas are designated: the Florida area, which comprises approximately 1,329 square miles (3,442 sq km) of marine habitat; the Puerto Rico area, which comprises approximately 1,383 square miles (3,582 sq km) of marine habitat; the St. John/St. Thomas area, which comprises approximately 121 square miles (313 sq km) of marine habitat; and the St. Croix area, which comprises approximately 126 square miles (326 sq km) of marine habitat. We are excluding one military site, comprising approximately 5.5 square miles (14.3 sq km), because of national security impacts.

**DATES:** This rule becomes effective December 26, 2008.

**ADDRESSES:** The final rule, maps, Final Regulatory Flexibility Analysis, and 4(b)(2) Report used in preparation of this final rule, as well as comments and information received, are available on the NMFS Southeast Regional website at *http://www.sero.noaa.gov/*.

**FOR FURTHER INFORMATION CONTACT:** Jennifer Moore or Sarah Heberling, NMFS, at the address above or at 727–824–5312; or Marta Nammack, NMFS, at 301–713–1401.

**SUPPLEMENTARY INFORMATION:**

## Background

On May 9, 2006, we listed elkhorn and staghorn corals as threatened under the ESA (71 FR 26852; May 9, 2006). At the time of listing, we also announced our intention to propose critical habitat for elkhorn and staghorn corals. Critical habitat for both elkhorn and staghorn corals was proposed on February 6,

2008 (73 FR 6895); a correction notice regarding one of the maps was published on March 6, 2008 (73 FR 12068). We solicited comments from the public on all aspects of the proposed rule. An initial regulatory flexibility analysis (IRFA) and a draft impacts report prepared pursuant to section 4(b)(2) of the ESA were available for public review and comment along with the proposed rule. These documents have been finalized in support of the final critical habitat designation.

The proposed rule identified the key conservation objective for the corals as facilitating increased incidence of successful sexual and asexual reproduction. We determined the feature essential to the conservation of the species (also known as essential feature), which supports the identified conservation objective, was substrate of suitable quality and availability, in water depths from the mean high water (MHW) line to 30 m, to support successful larval settlement, recruitment, and reattachment of fragments. For purposes of this definition, "substrate of suitable quality and availability" meant consolidated hardbottom or dead coral skeleton that is free from fleshy macroalgae cover and sediment cover. We proposed to designate four specific areas that contain the essential feature: (1) the Florida area, which comprised approximately 3,301 square miles (8,550 sq km) of marine habitat; the Puerto Rico area, which comprised approximately 1,383 square miles (3,582 sq km) of marine habitat; the St. John/St. Thomas area, which comprised approximately 121 square miles (313 sq km) of marine habitat; and the St. Croix area, which comprised approximately 126 square miles (326 sq km) of marine habitat. We also proposed to exclude one military site, comprising approximately 47 square miles (123 sq km), because of national security impacts.

## Elkhorn and Staghorn Coral Natural History

The following discussion of the life history and reproductive biology of threatened corals is based on the best scientific data available, including the Atlantic *Acropora* Status Review Report (*Acropora* Biological Review Team, 2005), and additional information, particularly concerning the genetics of these corals.

*Acropora* spp. are widely distributed throughout the Caribbean (U.S. - Florida, Puerto Rico, U.S. Virgin Islands (U.S.V.I.), Navassa; and Antigua and Barbuda, Aruba, Bahamas, Barbados, Belize, British Virgin Islands, Colombia,

Costa Rica, Cuba, Dominica, Dominican Republic, Grenada, Guadeloupe, Haiti, Honduras, Jamaica, Martinique, Mexico, Netherlands Antilles, Nicaragua, Panama, St. Kitts and Nevis, St. Lucia, St. Vincent and the Grenadines, Trinidad and Tobago, and Venezuela). In general, elkhorn and staghorn corals have the same geographic distribution, with a few exceptions. The maximum northern extent (Palm Beach County, Florida) of staghorn coral occurrence is farther north than that of elkhorn coral (Broward County, Florida). Staghorn coral commonly grows in more protected, deeper water ranging from 5 to 20 m in depth and has been found in rare instances to 60 m. Elkhorn coral commonly grows in turbulent shallow water on the seaward face of reefs in water ranging from 1 to 5 m in depth but has been found to 30 m depth.

Elkhorn and staghorn corals were once the most abundant and most important species on Caribbean coral reefs in terms of accretion of reef structure. Relative to other corals, elkhorn and staghorn corals have high growth rates that have allowed reef growth to keep pace with past changes in sea level. Both species exhibit branching morphologies that provide important habitat for other reef organisms. Environmental influences (e.g., wave action, currents) result in morphological variation (e.g., length and shape of branches) in both species.

Staghorn coral is characterized by staghorn antler-like colonies with cylindrical, straight, or slightly curved branches. The diameter of staghorn coral branches ranges from 1 to 4 cm, and tissue color ranges from golden yellow to medium brown. The growing tips of staghorn coral tend to be lighter or lack color. The linear growth rate for staghorn coral has been reported to range from 3 to 11.5 cm/year. Today, staghorn coral colonies typically exist as isolated branches and small thickets, 0.5 to 1 m across in size, unlike the vast fields (thickets) of staghorn found commonly during the 1970s.

Elkhorn coral is the larger species of *Acropora* found in the Atlantic. Colonies are flattened to near round with frond-like branches. Branches are up to 50 cm across and range in thickness from 2 to 10 cm, tapering towards the branch terminal. Like staghorn coral, branches are white near the growing tip, and brown to tan away from the growing area. The linear growth rate for elkhorn coral is reported to range from 4 to 11 cm/year. Individual colonies can grow to at least 2 m in height and 4 m in diameter.

Elkhorn and staghorn corals require relatively clear, well-circulated water

**West Indian Manatee**
**(*Trichechus manatus*)**

**5-Year Review:**
**Summary and Evaluation**



**U.S. Fish and Wildlife Service**
**Southeast Region**

**Jacksonville Ecological Services Office**
**Jacksonville, Florida**

**Caribbean Field Office**
**Boquerón, Puerto Rico**

USACE_014399

The most notable threat in Puerto Rico is collisions with watercraft.  However, the number of deaths over the years has been relatively small, generally ranging from one to three deaths per year (Mignucci-Giannoni et al. 2000). In 2006, however, five adult manatees were killed in a single watercraft accident in San Juan Bay, when a vessel struck a mating herd (Mignucci-Giannoni 2006a). This high profile event was the catalyst for a public conference, attended by Puerto Rico's First Lady and local heads of the U.S. Coast Guard, the Department of Transportation, DNER, CSN, and the Service where the importance of manatee protection and manatee conservation strategies in Puerto Rico were discussed. DNER's Secretary proposed working with the Service to designate manatee protection areas, starting in San Juan Bay; the Secretary also agreed to participate in activities that would improve the new DNER Marine Mammal Program's response to stranding events, and promote education and awareness activities. This included the development of a training program with NOAA and the Service to further enhance the stranding response program.

Manatees living in coastal island habitats are exposed to extreme environmental conditions.  These saline environments are constantly influenced by tide and wave action, island currents, coastal winds, and other phenomena.  These stressful living conditions may contribute to the high percentage of dependent calf deaths and to the large number of calves rescued in Puerto Rico. These conditions are further compounded by tropical storms. In 1996, a manatee calf death was correlated with heavy surf produced by Hurricane Hortense (Bonde *et al. in preparation*). In 1998, Hurricane Georges was identified as the cause of a manatee cow and calf separation event, when the calf needed to be rescued.

Live strandings in Puerto Rico have been addressed through the CSN's manatee rescue, rehabilitation, and release program.  (The program was recently expanded to include assistance from the new DNER Marine Mammal Program.)  Between 1990 and 2006, CSN rescued 26 manatees, including 22 calves. Although not all of the rescues have been successful, this program has significantly contributed to an improved public awareness of manatee conservation activities in Puerto Rico.

In summary, we feel that the continued scientific monitoring of manatee mortality in Puerto Rico is critical to our continued understanding of the threats to this population. Proactive measures are recommended to actively manage the threat of watercraft collisions.

**D. Synthesis**

The population of Antillean manatees in Puerto Rico is at least stable, if not slightly increasing. The most notable threat to this small population of manatees is collisions with watercraft, where the loss of a single individual may be locally significant. Protections put in place over the past 40 years have been effective, as demonstrated by reductions in poaching activity and accidental drowning of manatees in nets.

Increased government involvement, boater licensing courses, increases in press coverage and increased NGO participation in conservation activities have increased public awareness and promoted a positive outlook for conservation of this species.

**III.    RESULTS**

We have considered a tremendous amount of information and new analyses for this status review.  We have also taken into account the recent increase in management actions and implementation of new research initiatives, and the extensive amount of interagency coordination and stakeholder

USACE_014436

**Antillean Manatee in Puerto Rico and the U.S. Virgin Islands**
The following measures would further enhance the long term protection of manatees and their habitat in Puerto Rico and the U.S. Virgin Islands:

**Factor A - Present or threatened destruction, modification or curtailment of its habitat or range:**

1.  In Puerto Rico, further discussions about State safe havens (manatee refuges and sanctuaries) and/or Federal manatee protection areas (including speed restricted and exclusion areas, as defined in 50 CFR 17 Subpart J) should be should be held between the Service and the Puerto Rico Department of Environment and Natural Resources regarding the following municipalities:  Fajardo, Ceiba, Naguabo, Vieques, Arroyo, Patillas, Guayama, Lajas, and Cabo Rojo.  More specifically, refuges should be established in Jobos Bay in Guayama; in Pelican Cove, Ensenada Honda and the Cape Hart Sewage Plant in the RRNS area; in that area west of Mosquito Pier to Punta Arenas in Vieques; in La Parguera and Bahía Montalva in Lajas; and in Laguna Rincón, Bahía Boquerón and Puerto Real in Cabo Rojo. Other areas may be included as information on distribution and use is further refined.  The loss of habitat, including the loss of freshwater sources and seagrasses due to a variety of causes, should be monitored and prevented.

**Factors D - Inadequacy of existing regulatory mechanisms**
**and E - Other natural or manmade factors affecting its continued existence:**

1.  If established, manatee protection areas should be adequately enforced to minimize unauthorized watercraft-related "takings."
2.  An outreach program should be developed to reach younger generations who take "boat" training courses.
3.  Manatee conservation efforts should be properly marketed to target boating communities, developers, and non-users with the message of "losing one manatee is one too many."
4.  Marina and other boating access development projects should be reviewed to address potential increases in the likelihood of manatee-boat collisions resulting from these projects.
5.  Construction of marinas and other boat access should be assessed to identify, quantify, avoid, and minimize threats to manatees.
6. Guidelines should be drafted to further reduce or remove threats of injury or mortality from fishery entanglements.

**Section 4(b)(1)(A) ESA Compliance**
1.  Update the Recovery Plan and develop delisting criteria.
2.  Continue to monitor the status of manatees in Puerto Rico through improved (statistically-sound) survey methodology and genetics research.
3.  Continue to monitor and report on sources of manatee mortality through the carcass salvage effort, and statistically evaluate the fractions of mortality due to the various causes.
4.  Initiate demographic studies to better understand adult survival, juvenile recruitment and population growth.
5.  Initiate new research to investigate the importance of freshwater resources in Puerto Rico to the manatee population.
6. Assess whether manatees in Puerto Rico can be considered as a DPS following advancements in genetics research.

USACE_014440



EM 1110-2-1613
31 May 2006



**US Army Corps
of Engineers®**

**ENGINEERING AND DESIGN**

# Hydraulic Design of Deep-Draft Navigation Projects

**ENGINEER MANUAL**

USACE_014507

**AVAILABILITY**

Electronic copies of this and other U.S. Army Corps of Engineers (USACE) publications are available on the Internet at *http://www.usace.army.mil/inet/usace-docs/*. This site is the only repository for all official USACE engineer regulations, circulars, manuals, and other documents originating from HQUSACE. Publications are provided in portable document format (PDF).

USACE_014508

DEPARTMENT OF THE ARMY                   EM 1110-2-1613
U.S. Army Corps of Engineers
CECW-CE                     Washington, DC 20314-1000

Manual
No. 1110-2-1613                                          31 May 2006

Engineering and Design
HYDRAULIC DESIGN OF DEEP DRAFT NAVIGATION PROJECTS

1.  Purpose. This manual provides design guidance for improving deep-draft navigation projects.
The design goal applicable to project development is to provide a safe, efficient, environmentally
sound, and cost-effective waterway for ships and other vessels. An economic objective is to pro-
vide for these goals while minimizing and balancing the initial construction costs and future
maintenance costs. The general guidance presented in this manual is based on *average* navigation
conditions and situations. The design engineer will adapt these guidelines to the local, site-specific
conditions of the project. Usually, the final project design will be developed by application of a
ship navigation study, incorporating real-time ship simulation tests with local professional pilots.
Deviations from this guidance are acceptable if properly substantiated and approved by Headquar-
ters, U.S. Army Corps of Engineers.

2.  Applicability. This manual applies to all USACE commands having civil works responsibili-
ties. The manual will be used in project planning, design, construction, operation, and maintenance
as applicable.

3.  Distribution Statement. This publication is approved for public release; distribution is
unlimited.

FOR THE COMMANDER:

5 Appendices
Appendix A – References                           JOHN R. McMAHON
Appendix B – Conversion Factors and Constants     Colonel, Corps of Engineers
Appendix C – Ship Simulator Applications to       Chief of Staff
    Waterways Design—Lessons Learned
Appendix D – Ship Simulator Scope of Work
Appendix E – Sample Wave-Induced Ship Motion
    Calculation for Tankers Using the Kimon Method (1982)
Glossary

---

This manual supersedes EM 1110-2-1613, 8 April 1983.

DEPARTMENT OF THE ARMY
U.S. Army Corps of Engineers
Washington, DC  20314-1000

EM 1110-2-1613

CECW-CE

Manual
No. 1110-2-1613

31 May 2006

Engineering and Design
HYDRAULIC DESIGN OF DEEP DRAFT NAVIGATION PROJECTS

TABLE OF CONTENTS

| | Paragraph | Page |
|---|---|---|
| Chapter 1. Introduction | | |
| Purpose | 1-1 | 1-1 |
| Applicability | 1-2 | 1-1 |
| Distribution | 1-3 | 1-1 |
| References | 1-4 | 1-1 |
| Scope | 1-5 | 1-1 |
| Background | 1-6 | 1-1 |
| Manual Development | 1-7 | 1-1 |
| Training | 1-8 | 1-2 |
| Appendices | 1-9 | 1-2 |
| Chapter 2. Project Study Formulation | | |
| Project Design | 2-1 | 2-1 |
| Typical Project Elements | 2-2 | 2-1 |
| Planning Procedure | 2-3 | 2-3 |
| Design Considerations | 2-4 | 2-3 |
| Project Safety | 2-5 | 2-4 |
| U.S. Coast Guard | 2-6 | 2-4 |
| Physical Data | 2-7 | 2-4 |
| Typical Engineering Studies | 2-8 | 2-8 |
| Chapter 3. Deep-Draft Ships | | |
| Introduction | 3-1 | 3-1 |
| Ship Characteristics | 3-2 | 3-1 |
| Ship Dimensions | 3-3 | 3-2 |
| Cargo Capacity | 3-4 | 3-3 |
| Form Coefficients | 3-5 | 3-4 |
| Restrictions | 3-6 | 3-5 |
| Ship Speed | 3-7 | 3-6 |

i

EM 1110-2-1613
31 May 06

|  | Paragraph | Page |
|---|---|---|

Conventions .......................................................................3-8    3-8
Maneuverability ................................................................3-9    3-8
Environmental Factors ....................................................3-10    3-9
Design Ship.......................................................................3-11    3-10
Design Transit Conditions ...............................................3-12    3-11

Chapter 4. Ship Operations

Introduction......................................................................4-1    4-1
Navigation System ...........................................................4-2    4-1
Typical Operations ...........................................................4-3    4-2
Ship Resistance .................................................................4-4    4-4
Shallow Water ..................................................................4-5    4-7
Restricted Channels ..........................................................4-6    4-8

Chapter 5. Design Factors and Studies

Tides and Currents ...........................................................5-1    5-1
Wind and Waves ..............................................................5-2    5-2
Sedimentation ...................................................................5-3    5-3
Water Quality Impacts ......................................................5-4    5-6
Local Coordination ...........................................................5-5    5-7
Accident Records ..............................................................5-6    5-7

Chapter 6. Channel Depth

Depth Design ....................................................................6-1    6-1
Economic Analysis ...........................................................6-2    6-1
Ship Squat ........................................................................6-3    6-3
Ship Motion in Waves ......................................................6-4    6-9
Depth Allowances .............................................................6-5    6-28

Chapter 7. Channel Dredging and Disposal

Channel Dredging ............................................................7-1    7-1
Disposal Sites ...................................................................7-2    7-1
Use of Dredged Material...................................................7-3    7-1
Environmental Effects ......................................................7-4    7-2

Chapter 8. Channel Width

Design Criteria..................................................................8-1    8-1
Channel Alignment ...........................................................8-2    8-2

USACE_014511

EM 1110-2-1613
31 May 06

|  | Paragraph | Page |
|---|---|---|
| Channel Cross Section | 8-3 | 8-2 |
| Interior Channels | 8-4 | 8-3 |
| Entrance Channels | 8-5 | 8-6 |
| Channel Turns and Bends | 8-6 | 8-7 |

Chapter 9. Integral Features

| Navigation Features | 9-1 | 9-1 |
|---|---|---|
| Turning Basins | 9-2 | 9-1 |
| Anchorages | 9-3 | 9-3 |
| Jetties and Breakwaters | 9-4 | 9-4 |
| Ship Locks and Salinity Barriers | 9-5 | 9-6 |
| Diversion Works | 9-6 | 9-7 |
| Bridge Clearance | 9-7 | 9-7 |
| Training Dikes and Revetments | 9-8 | 9-8 |
| Hurricane Barriers | 9-9 | 9-9 |
| Sediment Traps | 9-10 | 9-9 |

Chapter 10. Aids to Navigation

| General | 10-1 | 10-1 |
|---|---|---|
| Lateral Aid System | 10-2 | 10-2 |
| Seacoast Aids | 10-3 | 10-4 |
| Aid Design | 10-4 | 10-4 |
| Accuracy | 10-5 | 10-5 |
| Aid Arrangement | 10-6 | 10-5 |
| Regulations | 10-7 | 10-6 |
| New Technologies | 10-8 | 10-7 |

Chapter 11. Effects of Ice on Design

| General | 11-1 | 11-1 |
|---|---|---|
| Design of Channels with Ice | 11-2 | 11-1 |
| Locks | 11-3 | 11-1 |
| Erosion and Sediment Movement | 11-4 | 11-2 |
| Vibration | 11-5 | 11-2 |
| Mitigation of Ice Problems | 11-6 | 11-2 |

Chapter 12. Operation and Maintenance

| Operation and Maintenance Plan | 12-1 | 12-1 |
|---|---|---|

USACE_014512

EM 1110-2-1613
31 May 06

|  | Paragraph | Page |
| --- | --- | --- |

Chapter 13. Navigation Model Studies

General ................................................................................13-1    13-1
Physical Models .................................................................13-2    13-2
Numerical Models ..............................................................13-3    13-2
Ship Simulations ................................................................13-4    13-11
Field Data Collection ..........................................................13-5    13-12

Appendices

Appendix A – References    A-1

Appendix B – Conversion Factors and Constants    B-1

Appendix C – Ship Simulator Applications to Waterways Design —
    Lessons Learned    C-1

Appendix D – Ship Simulator Scope of Work    D-1

Appendix E – Sample Wave-Induced Ship Motion Calculation
    for Tankers Using the Kimon Method (1982)    E-1

Glossary    Glossary-1

USACE_014513

# CHAPTER 1

## Introduction

1-1.  Purpose. This manual provides design guidance for improving deep-draft navigation projects. The design goal applicable to project development is to provide a safe, efficient, environmentally sound, and cost-effective waterway for ships and other vessels. An economic objective is to provide for these goals while minimizing and balancing the initial construction costs and future maintenance costs. The general guidance presented in this manual is based on *average* navigation conditions and situations. The design engineer will adapt these guidelines to the local, site-specific conditions of the project. Usually, the final project design will be developed by application of a ship navigation study, incorporating real-time ship simulation tests with local professional pilots. Deviations from this guidance are acceptable if properly substantiated and approved by Headquarters, U.S. Army Corps of Engineers (HQUSACE).

1-2.  Applicability. This manual applies to all USACE commands having civil works responsibilities. The manual will be used in project planning, design, construction, operation, and maintenance as applicable.

1-3.  Distribution. This publication is approved for public release; distribution is unlimited.

1-4.  References. See Appendix A for the complete list of references.

1-5.  Scope. Deep-draft navigation projects involve development or improvement of channel systems to provide access to the Nation's ports and harbors. Deep-draft navigation refers to channel depths greater than 15 feet (ft) (4.57 meters (m)) and applies to commercial seagoing vessels and Great Lakes freighters. Generally, the project involves larger, more heavily laden ship traffic that takes advantage of the project improvements. The projects also include, where appropriate, ship turning basins, maneuvering areas, anchorage areas, and other ancillary facilities such as dikes and jetties to improve navigation conditions.

1-6.  Background. The navigation mission of the U.S. Army Corps of Engineers (USACE) is one of the oldest activities authorized by the Congress. Waterway and harbor maintenance and improvement to provide ship access to ports has been a major Federal development activity all over the country. Deep-draft navigation projects involve practically all commercial coastal ports, the lower portions of the Mississippi and Columbia Rivers, and a majority of harbors in the Great Lakes and St. Lawrence River system. There is increased emphasis on expanding the capacity of these projects by deepening to accommodate increased draft and larger capacity ships.

1-7.  Manual Development. This manual summarizes the results of research, development, and project studies conducted at the U.S. Army Engineer Research and Development Center (ERDC)/(U.S. Army Engineer Waterways Experiment Station (WES)), Vicksburg, MS. The ERDC/WES Ship Simulator, as well as other simulator study results throughout the world, played a significant role in guidance upgrading. The experience of many Corps personnel involved in deep-draft navigation studies and projects is also reflected in the manual.

USACE_014514

EM 1110-2-1613
31 May 06

1-8. <u>Training.</u> The U.S. Army Engineer Division, Huntsville, offers a 1-week training course entitled "Planning, Design, and Maintenance of Deep Draft Navigation Channels," which is held at ERDC/WES. The course covers the latest planning and engineering design considerations for the development and improvement of Corps navigation projects. The course notes offer major updating of design concerns and expand the information presented in this manual. If interested, Corps employees should check with their Training Officer for details. Non-Corps personnel may request participation in this training course by contacting CECW-EH. Course information may be obtained from the Corps web site.

1-9. <u>Appendices.</u> Required and related publications cited in this manual are listed alphabetically in Appendix A. Appendix B provides frequently needed units and conversion factors between systems of units. A summary report on recent ERDC/WES Ship Simulator research results is presented in Appendix C. Appendix D provides an example study and a checklist that may be used during study development. Symbols used in this manual are listed in the Notation section of the Glossary. An explanation of terminology frequently encountered by navigation project users of this manual is also provided in the Glossary.

USACE_014515

CHAPTER 2

Project Study Formulation

2-1. <u>Project Design.</u> Design of a navigation project requires an understanding of the port and waterway needs, assembly and evaluation of all pertinent information, and development of a rational improvement plan. The planner/design engineer is responsible for developing and formulating several project design alternatives. This will allow the economically optimum plan to be clearly evident and readily substantiated. Project safety and efficiency should receive primary consideration before the cost-effectiveness of the project is determined. Planning for the project will require the anticipation of any possible development and operational problems and evaluation of alternative solutions. The cost of each proposed project must be considered in the development or improvement of the alternative deep-draft channel designs. A navigation project study plan should also be developed that will provide guidance during project formulation at all stages of project planning and design.

2-2. <u>Typical Project Elements.</u> Figure 2-1 presents an example generic harbor defining many of the typical project elements discussed below. The following project features are normally the responsibility of the Corps:

   *a.   Entrance channel.* A navigable channel connecting the ocean or lake to an enclosed water body such as a bay, estuary, river, or mouth of a navigable stream.

   *b.   Jetties.* Structural features that provide obstructions to littoral drift, control entrance currents, prevent or reduce shoaling in the entrance channel, maintain channel alignment, and provide protection from waves for navigation.

   *c.   Breakwaters.* Structures designed to provide shelter from waves and improve navigation conditions. Such structures may be combined with jetties where required (EM 1110-2-2904).

   *d.   Interior channel.* The access channel system inside a water body that connects the entrance channel (inlet or bar) to a port or harbor with appropriate ship facilities. Interior channels are usually located to provide some protection from waves and weather and are located in bays, estuaries, or rivers.

   *e.   Turning basin.* An area that provides for the turning of a ship (bow to stern). Turning basins are usually located at or near the upper end of the interior channel and possibly at one or more intermediate points along long channels.

   *f.   Anchorage area.* An area inside a water body providing the ships some protection from the weather while lying at anchor to stand by, load or unload cargo, await repairs, etc.

USACE_014516

EM 1110-2-1613
31 May 06



Figure 2-1. Generic harbor with typical project

USACE_014517

*g.*  *Special features.* Specifically designed structural elements that provide for special project design requirements, such as salinity control barriers, ship locks, ice control booms, bridge pier protection (fendering systems), hurricane barriers, sediment traps, and other similar control works.

2-3.  <u>Planning Procedure.</u> The following checklist should be used during preliminary project planning:

*a.*  Review appropriate HQUSACE Engineer Regulations (ER's), Engineer Manuals (EM's), and Engineer Technical Letters (ETL's).

*b.*  Consult with local port authority, pilot associations, and harbor terminal users.

*c.*  Collect and analyze pertinent physical and environmental data.

*d.*  Review appropriate local pilot or captain ship maneuvering strategy and evaluate existing project navigation conditions.

*e.*  Determine volume and type of ship traffic and largest ships to be accommodated.

*f.*  Determine volume and type of commodity that will be moved.

*g.*  Determine amount, type, and frequency of hazardous cargo (liquified natural gas (LNG), ammunition, oil, radioactive, etc.) movement and evaluate special requirements.

*h.*  Select and list the required project design operational conditions.

*i.*  Select channel layout and alternative dimensions to be considered and determine advantages and disadvantages with annual costs.

*j.*  Assess any adverse environmental and other impacts.

*k.*  Define environmental mitigation needs and enhancement opportunities, especially beneficial uses for dredged material.

2-4.  <u>Design Considerations.</u> The amount and type of ship traffic that will use the navigation channel are very important in project planning and design. The project economic considerations will require information on commodities moved by the ship traffic. The designer will use information on the type of traffic to select the design ship, which is usually the largest ship of the major commodity movers expected to use the project improvements on a frequent and continuing basis. The amount of ship traffic and the length of access channel will determine the mode of navigation traffic to be provided, whether one-way or two-way. Consideration should also be given to providing one-way traffic for large ships and two-way traffic for smaller vessels, and providing channel segments with passing lanes. The designer should consider a stepped channel with different depths for loaded ballasted ships. Project layouts should be prepared using various channel alignments and dimensions and each alternative evaluated on the basis of economic efficiency involving commodity tonnage moved, ship transit time, safety, environmental and social impacts, and construction and maintenance costs.

USACE_014518

EM 1110-2-1613
31 May 06

2-5.  Project Safety. The designer must consider and include aspects of project safety, efficiency of ship operations, and reliability of the proposed project. Safety of the project will depend on the size and maneuverability of the ships using the waterway, size and type of channel, aids to navigation provided, magnitude and direction of currents in the waterway, wind and wave effects, and experience and judgment of the local pilots. Since human factors (pilot skill and diligence) are involved in navigation channel safety and are difficult to evaluate, potentially hazardous conditions should be eliminated in the project design insofar as practicable. Therefore, optimum design of a specific waterway will require an evaluation of the physical environmental conditions, especially the currents and weather conditions and judgment of safety factors based on local pilot information.

2-6.  U.S. Coast Guard. Consultations should be conducted with the local Coast Guard office in both the preliminary and final design processes. Their views on navigation channel and bridge safety, ship maneuverability, navigation traffic management, navigation operational restrictions, and optimum placement of aids to navigation should be incorporated into the design and presented in appropriate reports and design memoranda.

2-7.  Physical Data. The design of a navigation project will require the collection, analysis, and evaluation of information on many aspects that impact project design. The following data are required:[1]

   a.   Design ship.

   (1)  Type, size, and dimensions (length, beam, draft).

   (2)  Maneuverability and normal operational speed.

   (3)  Engine type and power rating.

   (4)  Bow and/or stern thrusters—power and thrust.

   (5)  Number and frequency of transits.

   (6)  Type of cargo handled.

   (7)  Cargo load condition (trim and draft).

   (8)  Number and size of screws and rudders.

   (9)  Definitive maneuvering trial or computed data.

   (10) Ballasted operation condition (trim and draft).

   b.   Waterway traffic.

   (1)  Ship size variation for present and future channel.

---

[1] Many of the design factors may be seasonal, including the ship traffic volume and size mix. Seasonal variations in traffic mix and other parameters, e.g., wind, waves, fresh water inflows, etc., should be identified in the data gathered.

USACE_014519

(2)  Smaller vessel use and congestion.

(3)  Navigation cross-traffic condition.

(4)  Ship meeting, passing, and overtaking.

(5)  High number of small craft (sailing ships, fishing vessels).

*c.*   *Weather.*

(1)  Visibility, day or night transits.

(2)  Frequency of fog, smog, snow, storms.

(3)  Ice conditions (thickness, duration, extent).

(4)  Rainfall and temperature.

*d.*   *Currents.*

(1)  Speed, direction, and duration--flood and ebb.

(2)  Astronomical tide and/or river flow.

(3)  Tide height/current relation.

(4)  Wind tide--induced currents.

(5)  Current variation with depth.

*e.*   *Wind and waves.*

(1)  Wind force, direction, and duration.

(2)  Wind generated waves--heights, period, length, direction, duration, and frequency.

(3)  Wind variability or gustiness.

(4)  Swell waves--heights, period, length, direction, duration, and frequency.

(5)  Waves from passing vessels.

(6)  Surges and seiching in berthing areas, particularly where containerships are loaded and unloaded.

*f.*   *Navigation constraints.*

(1)  Obstructions--sunken vessels, abandoned structures.

(2)  Overhead bridges and power line crossings--location, type, and clearances.

EM 1110-2-1613
31 May 06

(3)  Dredging operations--location and frequency.

(4)  Visible obstructions--high banks, headlands.

(5)  Turns and curves with crosscurrents.

(6)  Strong changes in banks and currents--ends of jetties, side channels, and anchorages.

(7)  Shipyards, terminals, and other moored ships.

(8)  Small-craft harbors and marinas.

(9)  Underground pipelines and cables--location, type, and clearances.

g.    *Water level*.

(1)  Tidal variation--range, type of tide (diurnal, semidiurnal, or mixed).

(2)  Tide datum plane--average high and low water.

(3)  Upland river inflow--frequency and duration of effect.

(4)  Abnormal high and low hurricane, storm surge, and wind tide.

h.    *Channel data*.

(1)  Channel and overbank hydrography.

(2)  Channel cross section (canal, trench, shallow water).

(3)  Alignment and configuration--turns and curves.

(4)  Channel depth, width, and side slopes.

(5)  Navigation traffic pattern (one-way, two-way).

(6)  Dock and pier configuration--open (piles) or closed (solid, filled construction), finger piers, parallel to channel berthing.

(7)  Length of channel.

(8)  Intersecting lanes, one-way sections in two-way channels, passing areas in one-way channels.

(9)  Approach fairways

i.    *Operational factors*.

(1)  Limits for ship transit operations--wind, daylight/night, tide height, current window.

USACE_014521

(2)  Limits for ship sizes.

(3)  Bar closure--waves, fog, and wind.

(4)  Required underkeel ship clearance.

(5)  Ship traffic daily variation.

(6)  Speed reduction to increase safety.

(7)  Tidal advantage--riding high tide for larger draft.

(8)  Ship lightering--offloading to smaller ships, boats, barges.

(9)  Required spacing between ships in tandem.

*j.    Geotechnical.*

(1)  Stability of side slopes.

(2)  Dredging conditions--hazardous, toxic, and radioactive waste (HTRW), and other polluted material.

(3)  Subsurface bedrock.

(4)  Soil properties--bed and bank material (soft, fluid "mud," or hard).

*k.    Sedimentation.*

(1)  Rate of and tendency for siltation.

(2)  Sediment sizes and distribution.

(3)  Movement--scour and shoal areas.

(4)  Source of sediments--upland or littoral.

(5)  Sediment management facilities and techniques.

*l.    Water quality.*

(1)  Salinity distribution and variability.

(2)  Dredge disposal areas.

(3)  Biological population--type, density, and distribution.

(4)  Environmentally sensitive areas.

EM 1110-2-1613
31 May 06

*m.   Special concerns.*

(1)   Large change in channel alignment.

(2)   Substantial increase in ship size or load or change in type.

(3)   Major increase in port or terminal ship traffic.

(4)   New port with new pilots.

(5)   Effectiveness of proposed plans to deliver benefits.

(6)   Known safety problems.

*n.   Design opportunities.*

(1)   Channel curves--changing to straight segments.

(2)   Channel width--review for possible reduction or need, for local wideners.

(3)   Duplicate channels--ensure absolute requirement.

(4)   Multiple turning basins--possible reduction of number.

(5)   Anchorage areas--determine usage and possibly abandon some.

*o.   Support services.*

(1)   Licensed pilotage.

(2)   Tug availability--power, number, and bollard pull.

(3)   Aids to navigation--buoys, channel markers, and range markers.

(4)   Vessel traffic service--advisory or control.

(5)   Information availability (hydrological and hydrometeorological data).

(6)   Dredging and charting services--frequency, accuracy.

2-8.   <u>Typical Engineering Studies.</u> The following list gives some examples of topics that require detailed coverage in normal navigation project design. More information on some of these topics is presented in subsequent portions of this manual.

*a.   Design ship.*

*b.   Water level.*

*c.   Currents.*

USACE_014523

*d.    Waves.*

*e.    Sedimentation.*

*f.    Channel depth.*

*g.    Channel width.*

*h.    Channel alignment.*

*i.    Dredging and disposal.*

*j.    Turning basins.*

*k.    Entrance channel.*

*l.    Jetties and breakwaters.*

*m.    Environmental impacts.*

*n.    Accident record.*

*o.    Pilot interviews.*

*p.    Aids to navigation.*

*q.    Model testing.*

(1)  Hydraulic/tidal.

(2)  Sedimenation.

(3)  Salinity.

(4)  Water quality.

(5)  Ice.

*r.    Ship simulation study.*

*s.    Operation and maintenance plan.*

EM 1110-2-1613
31 May 06

CHAPTER 3

Deep-Draft Ships

3-1.   Introduction. Merchant ships used in worldwide and domestic commerce vary in size, hull design, and maneuverability, depending on commodities handled, ocean trading region, ports being served, and channels and waterways used. Investments by shipowners to build new and larger ships are heavily influenced by anticipated profit margins from future shipping revenues. Several worldwide economic factors have a direct bearing on ship investment decisions, including:

a.   *Anticipated increase in shipping demand.*

b.   *Competition among the various nations in world trade.*

c.   *Potential for increased efficiency.*

d.   *Need to replace obsolete ships.*

e.   *Outlook for world oil production.*

Considerable effort is expended by shipowners and their naval architect designers in optimizing ship characteristics to account for economic parameters, port limitations, and operating costs that will provide adequate revenue from anticipated freight rates. Ships are designed for open- water, deep-sea conditions at full sea speed; this type of normal operation determines ship profit-making capabilities. Thus, ship maneuverability at slow, harbor speeds is a secondary attribute.

3-2.   Ship Characteristics.

a.   The general trend toward increased economic advantage of larger ship sizes continues and is especially important for bulk cargo ships and containerships. Many tankers in the world petroleum fleet cannot be accommodated in U.S. ports, which in most cases have controlling depths of 12.2 m (40 ft). Other bulk carriers with coal, ore, or grain cargoes include many ships with design drafts greater than 12.2 m. Containerships up to 14.3 m (47 ft) design draft are in service. Most general cargo ships, on the other hand, are usually designed for maximum draft of 12.2 m (40 ft), and do not normally play an important role in the design depths of many navigation projects. Bulk carriers and containerships have been the usual project design ship for increased navigation channel depths. Most studies concerned with development or improvement of deep-draft channels involve the economic analysis of larger ships or greater loads in ships using the existing project.

b.   The largest ships in service are Ultra Large Crude Carrier (ULCC) tankers up to about 550,000 deadweight tons (dwt); this size ship is usually used in dedicated trade routes, such as from the Persian Gulf, around the Cape of Good Hope, and to offshore ports to serve Europe. Ships of this size have drafts approaching 30.5 m (100 ft) and can enter none of the major world ports. Indications are that maximum bulk carrier ship sizes will get no larger, but the average ship capacity will gradually increase as older ships are retired from service. Bulk carriers and tankers up to about 55,000 dwt can call at ports with 12.2-m (40-ft) channel depths; deepening to 15.2 m

3-1

EM 1110-2-1613
31 May 06

(50 ft) will provide access to 105,000-dwt ships. Lightering operations and light-loaded tankers of this size do use existing 12.2-m (40-ft) channels.

3-3.   Ship Dimensions.

   *a.*   Ships are complex three-dimensional (3-D) bodies whose sizes are described by several geometric parameters that are important to channel design and port operations. The navigation designer should be aware of the main ship geometry parameters and the important dimensions normally used, especially as they relate to commodity loading capacity and design ship parameters. The three principal ship dimensions are length, beam, and draft. The definitions of the various ship lengths used are presented in Figure 3-1; a similar drawing describing ship beam and draft appears in Figure 3-2. The ship depth and freeboard are two additional dimensions important in design and cargo capacity. Definitions of the more important geometric parameters are given in the Glossary.



Figure 3-1. Ship length definitions

   *b.*   The most important length is the length between perpendiculars (Figure 3-1) since this governs ship cargo capacity and hydrodynamics. The length overall is the distance from the extremity of the bow structure to the stern structure. Another length on the ship design waterline may also be listed. The ship molded beam is the maximum ship width to the outer edges of the ship hull structural members at the maximum ship cross section, which is usually at the ship waterline, amidships. The maximum ship hull width is equal to the molded beam plus the hull plating thickness on each side of the ship. The beam at the design waterline may also be less than the maximum (Figure 3-2).

USACE_014526



Figure 3-2. Midship-section molded-form definitions

  *c.*     The ship draft is the molded design or service ship draft and is the vertical height from
the waterline to the inside edge of the hull structural members. The design waterline draft adds the
keel thickness to the molded draft; usually, this is equal to the summer load line assignment draft
certified by international convention and as authorized by the local rating society. The markings on
the ship sides conform to the load line assignment. Ships in service are often loaded to less than the
maximum draft, referred to as partially laden draft. A ship in ballast is loaded to ballasted draft. The
forward draft and after draft are the ship drafts at the bow and stern, respectively; the average is the
mean draft. Another ship dimension often provided in ship data lists is given as the ship depth; care
must taken that this dimension not be confused with the ship draft. The freeboard is the difference
between the ship depth and the draft and is usually an amount mandated by the load line assigning
authority.

3-4.   Cargo Capacity.  The cargo-carrying capacity of a ship by weight is the dwt. However, this
value also includes the weight of fuel, oil, fresh water, stores, crew, and baggage. The dwt is a
reliable commodity capacity measure for tankers and most bulk carriers. Containerships are rated
by Total Equivalent Units (TEU's), which are based on the number of 6.1-m (20-ft) boxes the ship
can carry. The standard size box is 6.1 m long and 2.4 m (8 ft) wide by 8 ft deep. Containership box

USACE_014527

EM 1110-2-1613
31 May 06

lengths may also include dimensions of 3.0, 6.1, 9.1 or 12.2 m (10, 20, 30, or 40 ft). Some bulk carriers with light cargo at high stowage factors (termed high cubic by the trade), such as grain or wood chips, may be more appropriately rated in volume. The standard naval architect's seawater specific or unit volume (reciprocal weight density) of 0.000976 m³/kg @ 20 °C (35 ft³/long ton) may be used to convert from weight to volume capacity. The capacity of LNG ships is also given in volume: cubic meters. Some ships may carry cargo with material density less than water's (e.g., wood chips), resulting in full volume loads with drafts less than design draft. The latter circumstances would impact channel design if the economic justification of channel depth were based on the design draft.

   *a.*   The loaded weight displacement of a ship is the total weight of the floating ship at its greatest allowable (fully loaded or design) draft. The difference in weight displacement between the loaded and unloaded ship condition is the dead weight; thus, the dead weight is equal to the loaded displacement minus the light displacement. The density of water can be used to convert weight displacement, $\Delta$, to volume displacement, $\nabla$. In this conversion, care must be given to the proper density value with respect to fluid salinity and temperature.

   *b.*   Ship so-called tonnage characteristics may sometimes be encountered during navigation channel planning and design. These are often given as gross and net tonnage and are only poorly related to ship cargo-carrying capacity. The tonnage of these ship characteristics is not really in tons at all, but the units are in 3.121 cu m per ton (100 cu ft per "ton") and to be used strictly for the purpose of setting canal tolls and port fees.

3-5.  <u>Form Coefficients.</u>

   *a.*   A multitude of ratios and dimensionless coefficients are used by naval architects to describe ship hull form proportions and often used in ship design. The following discussion focuses on the two most useful form coefficients that the navigation analyst may need. One of the most commonly used is the block coefficient ($C_B$) which is used to describe the ship "fullness" or "fineness." It is the ratio of the volume of displacement to the volume of the rectangular block having the appropriate main ship dimensions, as shown in Figure 3-3.

$$C_B = \frac{\nabla}{LBT} \tag{3-1}$$

where

   $\nabla$ = volume of displacement at molded draft $T$ in cubic meters (cubic feet)

   $L$ = ship length between perpendiculars in meters (feet)

   $B$ = ship molded beam at the maximum section area in meters (feet)

   $T$ = ship full load molded draft in meters (feet)

The block coefficient for commercial ships varies from about 0.50 for fine form ships such as cargo liners and containerships up to about 0.90 for very full tankers and bulk carriers.

USACE_014528



Block coefficient definition

Block coefficient ($C_B$) = Ratio of the volume of displacement to the volume of a rectangular block having a length, beam, and draft equal to that of the ship.

$$C_B = \frac{\nabla}{LBT}$$

L = Length between perpendiculars
T = Draft to the designed waterline, or molded ship draft
B = Beam amidships at the designed waterline, or molded beam
$\nabla$ = Volume of displacement of molded ship form at draft T

Figure 3-3. Block coefficient definition

*b.* Another coefficient used to describe ship performance is called the slenderness ratio. The one-third power is used to keep the ratio dimensionless.

$$C_s = \frac{L}{\nabla^{1/3}} \tag{3-2}$$

Values of this ratio vary from about 4.0 to 10.0 with increasing ship fineness. Figure 3-4 graphically indicates the empirical relationship between the block coefficient and the ship length Froude number for typical commercial vessels. A fitted curve is shown through the data points. This figure shows that ships with higher speeds tend to be "fine lined" or less "blocky," i.e., have a lower block coefficient.

*c.* Ship dimension ratios are also very important in describing ship behavior, such as maneuverability. The length-to-beam, length-to-draft, length-to-depth, and beam-to-draft ratios are the most commonly used. Common values for these ratios for various ships and smaller vessels are shown in Table 3-1, which summarizes typical data.

3-6. <u>Restrictions.</u> Canal and lock sizes have an important effect on ship design, and the navigation analyst should be aware of those limitations. The Panama Canal has the following size limits because of the locks, which define Panamax ships allowed to transit the canal

*a.* Draft of 12.0 m (39.5 ft) fresh water, less in the dry season.

USACE_014529

EM 1110-2-1613
31 May 06

    *b.*    Beam of 32.2 m (105.75 ft).

    *c.*    Length of 289.6 m (950.0 ft).



Figure 3-4. Ship design recommendations

The Suez Canal has no locks, but ships are limited to 16.2 m (53.0 ft) in draft and 64.0 m (210 ft) in beam; there are no limits on ship length. Large bulk carriers use the canal in ballast.

3-7.  <u>Ship Speed.</u> The speed at which the design ship will be operated in the proposed channel should be selected carefully. The engine setting is changed from sea speed to maneuvering speed when a ship approaches a harbor area. This usually limits the maximum engine revolutions per minute (rpm) to less than the service speed available in the open ocean. Operational considerations also limit ship speeds because of the need to reduce ship squat (Chapter 6, paragraphs 6-6 to 6-13), increased ship resistance (Chapter 4, paragraph 4-4), and vessel wake and wave effects on waterways (Chapter 4, paragraphs 4-5 and 4-6). Ship speeds are also governed by ship control needs where wind, currents, and waves would tend to reduce the control margins. There is no doubt that there is also some economic incentive to keep vessel speeds at the highest prudent level, especially for projects with long transit distances or where tidal advantage is being exploited. An important consideration is the minimum ship speed necessary to maintain adequate ship steerage; this is normally 4 or more knots above the water current. Transit speeds from 5 to 10 knots are the most common ship speed in typical harbor channels as observed on a number of projects.

USACE_014530

Table 3-1
General Typical Ship Hull Form Coefficients

| Type | $C_B$ | L/B | B/T | Speed V, knots, ft/sec | Length Froude No.[1] $F_l = \dfrac{V}{\sqrt{gL}}$ | Number of Propellers/ Rudders | Rudder Area Ratio[2] |
|---|---|---|---|---|---|---|---|
| Harbor tug | 0.50 | 3.3 | 2.1 | 10 (16.8) | 0.25 | 1/1 | 0.025 |
| Tuna seiner | 0.50 | 5.5 | 2.4 | 16 (26.9) | 0.31 | 1/1 | 0.025 |
| Car ferry | 0.55 | 5.1 | 4.5 | 20 (33.6) | 0.34 | 2/2 | 0.020 |
| Container high speed | 0.55 | 8.3 | 3.0 | 28.5 (47.9) | 0.53 | 2/2 | 0.015 |
|  |  |  |  |  |  | 2/1 | 0.025 |
| Cargo liners | 0.58 | 6.9 | 2.4 | 21 (35.3) | 0.29 | 1/1 | 0.015 |
| RO/RO[3] | 0.59 | 6.9 | 3.0 | 22 (37.0) | 0.26 | 1/1 | 0.015 |
| Barge carrier | 0.64 | 7.5 | 2.9 | 19 (31.9) | 0.20 | 1/1 | 0.015 |
| Container med. speed | 0.70 | 7.1 | 2.8 | 22 (37.0) | 0.25 | 1/1 | 0.015 |
| Offshore supply | 0.71 | 4.7 | 2.75 | 13 (21.8) | 0.28 | 2/2 | 0.016 |
| General cargo low speed | 0.73 | 6.7 | 2.4 | 15 (25.2) | 0.20 | 1/1 | 0.015 |
| Lumber low speed | 0.77 | 6.7 | 2.6 | 15 (25.2) | 0.20 | 1/1 | 0.025 |
| LNG (125,000 m$^3$) | 0.78 | 6.8 | 3.7 | 20 (33.6) | 0.20 | 1/1 | 0.015 |
| OBO[4] (Panamax) | 0.82 | 7.5 | 2.4 | 16 (26.9) | 0.17 | 1/1 | 0.01 |
| OBO (150,000 dwt) | 0.85 | 6.4 | 2.4 | 15 (25.2) | 0.15 | 1/1 | 0.017 |
| OBO (300,000 dwt) | 0.84 | 6.0 | 2.5 | 15 (25.2) | 0.14 | 1/1 | 0.015 |
| Tanker (Panamax) | 0.83 | 7.1 | 2.4 | 15 (25.2) | 0.16 | 1/1 | 0.015 |
| Tanker (100,000 to 350,000 dwt) | 0.84 | 6.2 | 2.4 | 16 (26.9) | 0.15 | 1/1 | 0.015 |
| Tanker (350,000 dwt) | 0.86 | 5.7 | 2.8 | 16 (26.9) | 0.13 | 1/1 | 0.015 |
| U.S. river towboat | 0.65 | 3.5 | 4.5 | 10 (16.8) | 0.25 | 2/2 | ... |

[1] $\dfrac{V}{\sqrt{gL}}$ where $V$ = ship speed, ft/sec ; $g$ = acceleration due to gravity, ft/sec$^2$; and $L$ = ship length, ft. To convert feet to meters, multiply by 0.3048.
[2] RUDDER AREA/SHIP LENGTH * DRAFT
[3] Roll-on, roll-off type ships
[4] Oil-, Bulk-, Ore-type ships

EM 1110-2-1613
31 May 06

3-8.  <u>Conventions.</u> A number of international rules have been developed by the seafaring nations to govern ship design in the interest of safety. Toll and service charges in ports and through canals also have an impact on ship design. Insurance companies are very influential by their rate-setting formulas. All ships are required by the U.S. Coast Guard to obtain load line certificates, which satisfy minimum static stability standards and attest to the seaworthiness of the ship. The main effect of the conventions and rules is in devising minimum freeboard allowances for ships in various trade route services. This has a direct impact on cargo loading limitations by the ship owners. The load line markings on the sides of the ship are an embodiment of the ship loading limitation and provide a visual guide on allowable ship drafts. These are called the Plimsoll markings, as shown in Figure 3-5, and depict different ship operational conditions, including freshwater draft, summer seawater draft, etc.

3-9.  <u>Maneuverability.</u>

    *a.*    The maneuverability of ships depends on many factors, some of which are controllable by the naval architect in the ship design process. Usually, however, the economics of ship operational costs in the open ocean dominate the design, which often results in poor-handling ships. The navigation channel designer should understand the main ship characteristics that determine maneuverability for proper assessment of required channel dimensions.

    *b.*    Ships underway with normal self-powered operations in harbors are controlled by propellers and rudders located at or near the ship stern. The engine size that turns the propeller(s) and rudder area are the two most important parameters determining maneuverability. Handling characteristics of ships with twin propellers and a single rudder not located in the propeller slipstreams are usually poor compared with twin propellers and twin rudders located in the slipstreams. Single-propeller, single-rudder designs with adequate size rudders in the slipstream can provide adequate maneuverability. The availability of bow and stern thrusters increases the maneuverability of ships, especially at low speeds. Generally, maneuvering ships through navigation channels tends to be more difficult as the size of ship increases. The design of tankers and bulk carriers often makes the vessel directionally unstable, inhibiting the turning ability and causing difficulties in halting the turning of the vessel (called yaw checking). Pilots frequently use bursts of power and rudder action to start a ship in a turning maneuver; thus, the kick-turn ability of a ship is an important factor in ship control. Care must be taken to control this operation so that the ship does not gain too much speed.

    *c.*    Control of a ship becomes especially crucial when speed is being reduced while stopping or approaching a position to attach tugs for maneuvering assistance. Most ships tend to lose rudder control when the ship speed approaches 4 knots. Because of engine design, some ships are very difficult to steer at 6 knots or less and thus are difficult to control. Prudent mariners usually reduce engine speed when approaching a channel turn or other anticipated situations requiring major maneuvers. Reversing ship engines will frequently cause reduction or possibly loss of ship control.

USACE_014532



Figure 3-5. Load line markings on a ship

3-10. Environmental Factors.

  *a.*  The maneuverability of ships in a given navigation situation is influenced to a great degree by the environmental forces and resulting movements caused by the speed and direction of river and tidal currents, wind, waves, and channel banks. Studies have shown that ice at the surface and "fluff" on the channel bottom can also result in modified ship maneuverability. General rules to account for environmental factors are very difficult and usually are strongly site-specific.

  *b.*  Current and wind effects for normal operational levels are often not crucial, provided adequate ship speed can be maintained. Conversely, wave effects and bank suction forces will increase in severity with increasing ship speed. Bank suction is the term used to denote the forces and moments as a result of unequal pressure on a ship's hull. The force on the hull is created when a ship transits off the channel centerline or when the banks are not symmetrical, thereby changing the flow pattern area between the hull and the submerged bank, accelerating the water and decreasing the dynamic pressure. Bank suction normally rotates the ship away from the bank because of the unsymmetrical pressure forces along the longitudinal axis of the hull. Current effects are much more important than wind effects, especially when currents have significant components perpendicular to navigation channels. In general, constant winds and currents pose less difficulty than time-varying or space-changing effects, which induce transient ship forces. Wind effects on ships are much more important for ballasted rather than loaded tankers because of the high above-water "sail area." Car carriers and containerships with loaded boxes have substantial wind effects in many operations, especially at reduced speeds.

USACE_014533

EM 1110-2-1613
31 May 06

3-11. Design Ship.

*a.* The design ship or ships are selected on the basis of economic studies of the types and sizes of the ship fleet expected to use the proposed navigation channel over the project life. For project improvement studies, a thorough review and analysis of ships presently using the project should be included as a part of the study. Projections of ship fleet data, usually needed, account for expected ship construction trends. An example tabulation of merchant ships segregated into different categories by ship draft and cargo capacity in deadweight tons is presented in Table 3-2. This table shows that tankers and bulk carriers comprise the main ship types above Panamax draft of about 12.2 m (40 ft).

Table 3-2
Liquid Bulk Merchant Fleet of the World Categorized According to Draft Class
(To convert feet to meters, multiply by 0.3048)

| Draft Class (ft) | Total Count | Total dwt | Total DWT Cumulative Percentage | Tankers Count | Tankers Avg dwt | Product Tankers Count | Product Tankers Avg dwt | LPG[1] Carriers Count | LPG[1] Carriers Avg dwt | LNG[2] Carriers Count | LNG[2] Carriers Avg dwt | Crude Oil Tankers Count | Crude Oil Tankers Avg dwt | Chemical/Oil Tankers Count | Chemical/Oil Tankers Avg dwt | Chemical Tankers Count | Chemical Tankers Avg dwt |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| <10 | 295 | 1,612,207 | 0.5 | 166 | 3410 | 43 | 16,253 | 30 | 3902 | | | | | 13 | 6224 | 43 | 3472 |
| 10 | 140 | 319,473 | 0.6 | 58 | 1484 | 46 | 3649 | 8 | 1338 | | | | | 5 | 1212 | 23 | 2121 |
| 11 | 116 | 306,738 | 0.7 | 62 | 2678 | 28 | 3719 | 11 | 1038 | 1 | 463 | | | 3 | 1725 | 11 | 1774 |
| 12 | 147 | 286,470 | 0.8 | 93 | 2321 | 17 | 1995 | 19 | 720 | | | | | 6 | 1053 | 12 | 1392 |
| 13 | 279 | 419,481 | 0.9 | 134 | 1696 | 23 | 2415 | 69 | 971 | 3 | 992 | | | 9 | 1320 | 41 | 1337 |
| 14 | 333 | 542,653 | 1.1 | 170 | 1900 | 29 | 1545 | 66 | 1257 | | | | | 6 | 1571 | 62 | 1330 |
| 15 | 345 | 747,974 | 1.4 | 221 | 2247 | 27 | 2481 | 53 | 1839 | | | | | 11 | 2317 | 33 | 1862 |
| 16 | 303 | 727,593 | 1.6 | 190 | 2345 | 35 | 2896 | 38 | 2295 | 1 | 2000 | | | 7 | 2631 | 32 | 2283 |
| 17 | 312 | 910,151 | 1.9 | 159 | 2891 | 37 | 3064 | 62 | 3122 | | | | | 6 | 3165 | 48 | 2595 |
| 18 | 306 | 1,117,165 | 2.2 | 138 | 3582 | 31 | 4774 | 40 | 3452 | | | | | 16 | 3193 | 81 | 3527 |
| 19 | 268 | 1,009,730 | 2.6 | 154 | 3572 | 38 | 4012 | 46 | 4274 | 1 | 3395 | | | 9 | 3703 | 20 | 3693 |
| 20 | 231 | 1,048,847 | 2.9 | 95 | 4492 | 29 | 5408 | 24 | 5481 | 21 | 2692 | 1 | 4999 | 10 | 4270 | 51 | 4500 |
| 21 | 270 | 1,407,631 | 3.4 | 115 | 5092 | 38 | 5454 | 29 | 4954 | 1 | 9090 | 1 | 4999 | 27 | 4944 | 59 | 5484 |
| 22 | 277 | 1,639,346 | 3.9 | 112 | 5691 | 56 | 6446 | 29 | 4807 | | | 1 | 4986 | 22 | 6506 | 57 | 6201 |
| 23 | 250 | 1,982,690 | 4.5 | 67 | 6353 | 44 | 12,972 | 14 | 5881 | 2 | 10,979 | 2 | 17,500 | 21 | 6999 | 100 | 7000 |
| 24 | 137 | 1,095,598 | 4.9 | 39 | 7524 | 29 | 9897 | 17 | 5994 | | | 1 | 12,615 | 13 | 8100 | 38 | 7772 |
| 25 | 123 | 1,128,899 | 5.2 | 15 | 9998 | 21 | 10,825 | 21 | 6586 | 2 | 12,839 | | | 27 | 9096 | 37 | 9244 |
| 26 | 130 | 1,387,620 | 5.7 | 21 | 9900 | 40 | 13,387 | 8 | 7115 | | | | | 19 | 10,084 | 42 | 9422 |
| 27 | 87 | 990,191 | 6.0 | 11 | 11,542 | 13 | 12,198 | 20 | 11,062 | 1 | 21,301 | | | 16 | 11,740 | 26 | 10,549 |
| 28 | 101 | 1,507,759 | 6.5 | 17 | 16,629 | 23 | 16,390 | 19 | 8448 | 3 | 41,131 | | | 14 | 14,894 | 25 | 14,227 |
| 29 | 134 | 2,095,506 | 7.2 | 17 | 15,402 | 19 | 18,116 | 6 | 11,560 | | | 30 | 18,946 | 24 | 13,360 | 38 | 13,976 |
| 30 | 125 | 2,303,890 | 7.9 | 19 | 16,559 | 48 | 21,020 | 16 | 13,748 | 3 | 28,412 | | | 16 | 17,482 | 23 | 17,191 |
| 31 | 123 | 2,894,830 | 8.8 | 24 | 21,948 | 56 | 22,421 | 11 | 15,218 | 12 | 41,738 | 1 | 59,543 | 4 | 16,875 | 15 | 21,147 |
| 32 | 84 | 1,965,446 | 9.5 | 6 | 23,702 | 30 | 27,829 | 25 | 17,472 | | | | | 9 | 21,710 | 14 | 25,441 |
| 33 | 98 | 2,813,581 | 10.4 | 2 | 23,979 | 46 | 31,084 | 7 | 24,588 | 2 | 34,887 | 1 | 35,679 | 10 | 24,399 | 30 | 27,140 |
| 34 | 92 | 2,839,038 | 11.3 | 22 | 30,044 | 50 | 31,803 | 7 | 24,483 | 1 | 27,235 | | | 4 | 31,026 | 8 | 33,150 |
| 35 | 153 | 5,188,065 | 13.0 | 18 | 33,300 | 80 | 32,190 | 12 | 31,773 | 3 | 61,632 | 7 | 40,156 | 10 | 36,288 | 23 | 34,927 |
| 36 | 321 | 11,921,363 | 16.8 | 26 | 35,755 | 188 | 33,922 | 40 | 43,367 | 16 | 65,018 | 14 | 44,991 | 9 | 40,931 | 28 | 29,542 |
| 37 | 215 | 8,625,276 | 19.6 | 6 | 44,531 | 146 | 36,210 | 41 | 41,550 | 20 | 69,953 | 3 | 70,726 | 8 | 32,378 | 23 | 35,966 |
| 38 | 98 | 4,818,287 | 21.1 | 11 | 38,933 | 35 | 39,548 | 11 | 35,114 | 25 | 71,158 | 8 | 63,891 | 4 | 41,869 | 4 | 40,509 |
| 39 | 139 | 7,172,298 | 23.4 | 10 | 47,201 | 58 | 47,928 | 18 | 45,957 | 13 | 71,161 | 25 | 61,834 | 11 | 41,521 | 4 | 41,391 |
| 40 | 219 | 12,682,801 | 27.5 | 27 | 50,604 | 99 | 52,276 | 56 | 50,786 | 4 | 73,145 | 56 | 77,375 | 27 | 45,783 | 4 | 44,469 |
| 41 | 104 | 5,899,624 | 29.4 | 3 | 58,941 | 56 | 53,405 | 23 | 49,821 | 1 | 80,239 | 19 | 75,819 | 2 | 32,719 | | |
| 42 | 126 | 8,520,599 | 32.1 | 10 | 76,452 | 49 | 56,472 | 6 | 50,191 | | | 58 | 78,395 | 3 | 46,965 | | |
| 43 | 97 | 7,383,320 | 34.5 | 3 | 94,995 | 26 | 62,172 | 12 | 50,091 | | | 55 | 87,858 | | | 1 | 48,581 |
| 44 | 90 | 7,224,193 | 36.8 | 11 | 94,506 | 21 | 63,828 | 5 | 57,533 | 1 | 83,020 | 49 | 88,587 | 2 | 44,983 | 1 | 42,825 |
| 45 | 94 | 7,946,303 | 39.4 | 18 | 75,507 | 12 | 82,965 | 5 | 57,110 | | | 59 | 89,933 | | | | |
| 46 | 60 | 5,529,881 | 41.2 | 8 | 87,285 | 7 | 77,664 | 1 | 43,386 | | | 43 | 97,152 | 1 | 67,031 | | |
| 47 | 55 | 5,234,185 | 42.9 | 5 | 98,373 | 5 | 84,851 | | | | | 45 | 95,957 | | | | |
| 48 | 51 | 5,422,759 | 44.6 | 3 | 95,193 | 5 | 106,634 | | | | | 43 | 107,070 | | | | |
| 49 | 61 | 6,508,458 | 46.7 | 3 | 117,460 | 2 | 105,251 | | | | | 56 | 106,171 | | | | |
| 50 | 35 | 4,301,177 | 48.1 | 1 | 141,861 | 3 | 99,515 | | | | | 31 | 124,541 | | | | |
| 51 | 41 | 5,119,042 | 49.7 | 5 | 131,648 | 3 | 117,148 | | | | | 33 | 124,526 | | | | |
| 52 | 5 | 562,011 | 49.9 | 2 | 156,522 | 2 | 82,658 | | | | | | | | | 1 | 83,651 |

*(Continued)*

3-10

EM 1110-2-1613
31 May 06

Table 3-2 (Concluded)

| Draft Class (ft) | Total Count | Total dwt | Total DWT Cumulative Percentage | Tankers | | Product Tankers | | LPG[1] Carriers | | LNG[2] Carriers | | Crude Oil Tankers | | Chemical/Oil Tankers | Chemical Tankers | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Count | Avg dwt | Count | Avg dwt | Count | Avg dwt | Count | | Count | Avg dwt | Count | Avg dwt | Count |
| 53 | 43 | 5,437,336 | 51.7 | 2 | 132,578 | 12 | 83,885 | | | | | 29 | 143,640 | | | |
| 54 | 20 | 2,832,840 | 52.6 | | | | | | | | | 20 | 141,642 | | | |
| 55 | 79 | 10,810,995 | 56.0 | 3 | 140,193 | | | | | | | 76 | 136,716 | | | |
| 56 | 50 | 7,407,504 | 58.4 | 1 | 159,718 | | | | | | | 49 | 147,914 | | | |
| 57 | 21 | 3,125,661 | 59.4 | | | | | | | | | 21 | 148,841 | | | |
| 58 | 1 | 127,002 | 59.5 | | | | | | | | | 1 | 127,002 | | | |
| 59 | 6 | 824,153 | 59.7 | | | | | | | 1 | 70,593 | 5 | 150,712 | | | |
| 60 | 1 | 238,898 | 59.8 | | | | | | | | | 1 | 238,898 | | | |
| 61 | 5 | 735,225 | 60.0 | | | | | | | | | 5 | 147,045 | | | |
| 62 | 21 | 5,154,030 | 61.7 | | | | | | | | | 21 | 245,430 | | | |
| 63 | 27 | 6,932,061 | 63.9 | | | | | | | | | 27 | 256,743 | | | |
| 64 | 36 | 9,187,452 | 66.9 | | | | | | | | | 36 | 255,207 | | | |
| 65 | 28 | 6,935,824 | 69.1 | | | | | | | | | 28 | 247,708 | | | |
| 66 | 12 | 3,093,732 | 70.1 | | | | | | | | | 12 | 257,811 | | | |
| 67 | 34 | 9,535,606 | 73.2 | | | | | | | | | 34 | 280,459 | | | |
| 68 | 40 | 10,953,284 | 76.7 | | | 2 | 294,772 | | | | | 38 | 272,730 | | | |
| 69 | 38 | 10,665,992 | 80.1 | | | | | | | | | 38 | 280,684 | | | |
| 70 | 15 | 4,198,560 | 81.5 | | | | | | | | | 15 | 279,904 | | | |
| 71 | 25 | 7,200,575 | 83.8 | | | | | | | | | 25 | 288,023 | | | |
| 72 | 45 | 13,522,320 | 88.1 | | | | | | | | | 45 | 300,496 | | | |
| 73 | 52 | 16,894,280 | 93.6 | | | | | | | | | 52 | 324,890 | | | |
| 74 | 22 | 7,067,312 | 95.9 | 1 | 392,798 | | | | | | | 21 | 317,834 | | | |
| 75 | 17 | 6,261,321 | 97.9 | | | | | | | | | 17 | 368,313 | | | |
| 76 | 3 | 1,124,334 | 98.2 | | | | | | | | | 3 | 374,778 | | | |
| 77 | 1 | 409,400 | 98.4 | | | | | | | | | 1 | 409,400 | | | |
| 78 | 1 | 132,960 | 98.4 | | | | | | | | | 1 | 132,960 | | | |
| 79 | 1 | 491,120 | 98.6 | | | | | | | | | 1 | 491,120 | | | |
| 81 | 1 | 564,650 | 98.6 | | | | | | | | | 1 | 564,650 | | | |
| 82 | 4 | 1,830,252 | 99.3 | | | | | | | | | 4 | 457,563 | | | |
| 83 | 2 | 1,033,318 | 99.7 | | | | | | | | | 2 | 516,659 | | | |
| 93 | 1 | 484,276 | 99.8 | | | | | | | | | 1 | 484,276 | | | |
| 94 | 1 | 555,051 | 100.0 | | | | | | | | | 1 | 555,051 | | | |
| TOTAL | 7723 | 310,927,473 | | 2304 | | 1707 | | 839 | | 136 | | 1275 | | 404 | | 1058 |

[1] Liquid petroleum gas.
[2] Liquid natural gas.

*b.* Additional information on tankers is presented in Figure 3-6. Tankers up to about 200,000 dwt at design drafts of about 18.3 m (60 ft) are being brought into the deeper 15.2-m (50-ft) U.S. harbors at partial load in some cases.

*c.* The design ship is chosen as the maximum or near-maximum-size ship in the range of ship sizes from the vessel fleet. The design dimensions of the channel will be determined to accommodate the design ship(s) representative of the project forecasted user fleet. The channel width and depth need not be constant throughout the project but may vary as necessary so that the design ship will be able to make a safe, efficient, and cost-effective transit of the channel under the set of operational conditions chosen. Upon project authorization, the design dimensions are considered, nominally, to be the authorized dimensions. This should not preclude minor adjustments in width and depth during continued design, construction, and operation as circumstances warrant and delegated authorities permit.

3-12. Design Transit Conditions. The selection of the operational design conditions for the project is of major importance. The design ship should be able to make a safe transit while sailing through the proposed navigation channel under these design conditions. Extremes of weather, rare tidal or discharge events, and other limiting (though seldom encountered)

USACE_014535

EM 1110-2-1613
31 May 06

conditions are not normally part of the design conditions. Some of the operational factors that have to be specified are:

*a.* Suitable current conditions.

*b.* Specified wind and wave conditions.

*c.* Visibility (day, night, fog, and haze).

*d.* Use of tidal advantage for additional water depth.

*e.* Traffic conditions (one- or two-way, pushtows, cross traffic).

*f.* Speed restrictions.

*g.* Tugboat assistance.

*h.* Underkeel clearance.

The use of tidal advantage may establish ship transit periods during the tidal cycle, thus controlling tidal currents encountered by the ship. Normally, the design transit conditions should not consider extreme events that would limit or halt navigation traffic, such as hurricane winds or severe high tidal or flow currents. The inclusion of possible emergency events, such as engine failures, etc., should also be avoided, unless the channel is specifically to be designed to accommodate such operational circumstances. Normal operational conditions are strongly influenced by individual, local pilot, and pilot association rules and practices. Pilots will not usually move a ship through access channels to a terminal or dock for berthing if conditions and circumstances will not allow adequate tug assistance. There may be operational wind, wave, or current limitations on the ability to safely moor a ship at a terminal or berth, thus requiring a delay in ship transit. Turning operations and maneuvering into a side finger slip may set limitations on certain tidal height or current conditions. An important parameter is the wave height at a harbor entrance, which could prohibit a pilot boat from safely transferring the pilot onboard the ship.

USACE_014536

## Typical VLCC (Very Large Crude Carrier) Tanker

| | |
|---|---|
| Length Overall | 362.0 m (1187.5 ft) |
| Length Between Perpendiculars | 348.4 m (1143.0 ft) |
| Length On Design Waterline | 356.9 m (1171.0 ft) |
| Beam, Maximum Molded | 69.5 m (228.0 ft) |
| Depth To Upper Deck At Side Molded | 29.0 m (95.0 ft) |
| Draft, Full Load Molded (Approx) | 22.6 m (74.0 ft) |
| Displacement At Full Load Draft | 450,910 Tons |
| Lightship | 60,140 Tons |
| Total Deadweight | 390,770 Tons |
| Shaft Horsepower | 45,000 |
| Sea Speed, Knots | 15.9 |
| Propeller 6 Blades, diam | 9.6 m (31.5 ft) |

### Ship Particulars For Example Tankers

| | Amanda Miller | Sea Spirit | Jade | Nisseke Maru | Esso Atlantic |
|---|---|---|---|---|---|
| Length B.P., m (ft) | 228.0 (748.0) | 251.0 (843.2) | 329.2 (1080.0) | 330.0 (1082.7) | 406.6 (1334.0) |
| Beam, m (ft) | 32.2 (105.7) | 40.8 (134.0) | 51.8 (170.0) | 54.5 (178.8) | 71.0 (232.9) |
| Depth, m (ft) | 17.5 (57.5) | 21.3 (70.0) | 25.6 (84.0) | 35.0 (114.8) | 31.2 (102.4) |
| Draft, m (ft) | 13.2 (43.2) | 16.0 (52.4) | 20.1 (65.8) | 27.0 (88.7) | 25.0 (82.0) |
| VS, Knots | 15.0 | 16.95 | 15.70 | 15.0 | 16.0 |
| CB | 0.828 | 0.803 | 0.836 | 0.862 | – |
| Froude Number | 0.163 | 0.174 | 0.142 | 0.136 | 0.130 |
| SHP | 20,000 | 28,000 | 32,000 (M) | 40,000 | 45,000 |
| Propulsion | Diesel | steam | Steam | Steam | Steam |
| Light Ship, tons | 15,060 | 19,700 | 33,150 | 52,150 | – |
| Deadweight, tons | 65,740 | 116,250 | 255,374 | 370,812 | 508,731 |
| Displacement, tons | 80,800 | 135,950 | 288,524 | 422,962 | – |
| Length/Depth | 13.009 | 12.046 | 12.858 | 9.428 | 13.032 |
| Length/Beam | 7.079 | 6.293 | 6.352 | 6.055 | 5.727 |

TANKER PARTICULARS

Figure 3-6. Tanker particulars (To convert tons to metric tons, multiply by 0.9072)

EM 1110-2-1613
31 May 06

CHAPTER 4

Ship Operations

4-1.   Introduction. Deep-draft navigation projects are built or improved to enhance the safety, efficiency, and productivity of waterborne commerce in U.S. ports and harbors. To properly assess navigation traffic in the waterway channels, the planner and designer must understand ship behavior in ports and harbors and the main operational factors having an impact on navigation. This chapter presents the necessary ship operation information required by the analyst and highlights important impacts on channel design.

4-2.   Navigation System. The proper design of navigation channels requires an understanding of port and harbor operations viewed as a system. Generally, at least three components or viewpoints are relevant as listed below with a brief outline of each:

    *a.*   *Waterway engineering subsystem.*

    (1)   Navigation channels design and maintenance.

    (2)   Environmental factors wind, waves, tides, and currents.

    (3)   Dredging and mapping services.

    (4)   Shore docking facilities.

    *b.*   *Marine traffic subsystem.*

    (1)   Operational rules and regulations.

    (2)   Aids to navigation.

    (3)   Pilot and tug service.

    (4)   Information and data sources.

    (5)   Communications and vessel traffic services (VTS).

    *c.*   *Vessel hydrodynamic subsystem.*

    (1)   Ship design.

    (2)   Maneuverability and controllability.

    (3)   Human factors.

    (4)   Navigation equipment.

The important point is that each of the three subsystems cannot be considered without information from the other two subsystems. Therefore, the channel designer is required to analyze the total

USACE_014538

EM 1110-2-1613
31 May 06

system in an integrated fashion, taking into account the ship factors and the traffic factors to produce an adequate design. It should also be clear that tradeoffs between investments for the three subsystems are not only possible but are normal procedure. Thus, the channel dimensions often dictate ship design and placement of aids to navigation; the converse of this is also true, i.e., that the channel design is heavily influenced by the ship sizes and the available accuracy of aids to navigation.

4-3.  Typical Operations.

   *a.*      The methods used during typical ship transits into and out of ports are of major concern to the navigation designer since they guide the design process. Ships at sea will give notice to the local port authority and pilot group several days out upon approaching the port entrance. A local shipping agent or firm is usually also involved as the commercial chartering entity acting in the business transaction between the cargo shipping entity, the ship owners offering transportation services, and the destination company ordering or requesting the commodity. Upon arrival at the entrance, the ship will be met while underway or at anchor by one or more locally licensed pilots who provide the navigation service guiding the ship safely to the proper berth or terminal. The boat meeting and pilot transfer to the ship take place at a designated anchorage area located near the ocean end of the entrance channel marked by a sea buoy. Local tug services are also usually contacted and plans finalized for the ship transit. Many tug companies also provide a tug pilot who will also board the ship to help guide the ship during the final phase of the transit and the actual docking and mooring at the ship berth. At some ports, the local pilot also acts as the tug docking pilot.

   *b.*      Upon reaching the ship bridge, the pilot confers with the ship master or watch officer on the ship particulars: namely, engine power, rudder, navigation equipment, and loading condition (draft and trim). Legally, the pilot is only an advisor, so that the ship captain still has responsibility for the ship. In practice, the pilot takes control of the ship, issuing rudder and engine commands as well as course orders.

   *c.*      The process of steering and controlling the ship in a channel is typical of a feedback control system as depicted in Figure 4-1. The transit into a port follows a series of straight segments of the navigation channel centerline by a process of course keeping where the pilot gives course settings, and the steersman monitors and changes the rudder setting to maintain the ship heading. If currents or wind effects are important, the pilot will carefully keep an eye on the course, changing the heading to correct for any set by those forces. The engine rpm may be constant or may be changed during the straight legs but often is reduced to "slow" or "dead slow" for speed reduction. Ships are usually maintained at high maneuvering speeds, if possible, which are less than sea speeds. For most ships, transit speeds in the straight channel segments may be up to 12 knots (6.1 m/sec (20.2 ft /sec)) if traffic is light and without any particular hazards.

USACE_014539



Figure 4-1. Ship control system

  *d.*    Specific rudder commands are issued to the steersman upon approaching a channel turn, such as "right--20 degrees," etc. The engine rpm setting is often briefly changed to "full ahead" to provide the kick to start the ship turning. The channel turns or way points are locations

USACE_014540

EM 1110-2-1613
31 May 06

where special caution is required as a result of rapid changes in ship position with respect to channel banks and current effects. A small-turn angle is usually easy; the larger angular turns (say 30 or more degrees) are often much more difficult. Pilots familiar with the channels know when to issue the proper commands and how to monitor the ship response and will not hesitate to give "full right rudder" if it seems necessary. In some ports, specially difficult circumstances along the transit may occur, such as at very narrow overhead bridges or meeting or overtaking situations. The port entrance channel is often particularly troublesome because of complex crosscurrents, waves, frequent shoaling problems, and wind effects. Difficult control situations will demand special diligence and specific rudder and engine commands by the pilot.

   *e.*      The ship is slowed down well before approaching the berth or terminal, usually with the assistance of tugs when ship control is lost at speeds below 3 to 4 knots (1.5 to 2.0 m/sec (5.0 to 6.7 ft/sec)). The upper end of most port channel systems usually includes many docks, terminals, small craft harbors, and other forms of congestion, which call for very slow speeds to prevent waves and moored ship hawser breakage. The final phase of the ship transit is with the tugs pushing the ship to the dock face and mooring lines made fast to the ship and the dock.

   *f.*      The outbound ship transit from the berth back to the open sea where control is transferred from the local pilot to the master is much the same as the inbound transit, except in reverse sequence.

   *g.*      The normal ship transit sequence of events outlined above should not obscure the fact that ships can always be brought into a port by operational modifications, provided the channel depth and width are adequate. If need be, the timing of the transit can be changed to avoid wind, currents, or other difficult environmental factors. Alternatively, use of adequate tugs to handle the ship as a tow is possible. Such operations, however, would not usually provide an economically viable solution. Navigation channels are thus designed to allow normal ship handling under ship self-powered operation at sufficient speeds over a wide operational window to provide an adequate port throughput for economic viability.

4-4.   <u>Ship Resistance.</u>

   *a.*      Overall ship resistance is an important parameter that has been thoroughly studied by naval architects since this determines the power required to propel a ship. A ship-like body moving through a fluid is a fundamental concept in understanding resistance. An example of such a moving body submerged in deep water is depicted in Figure 4-2. Ideal potential flow fluid theory shows that positive pressure is produced on each end of the body with negative pressures along the ship middle body. Because of viscous effects from real fluids on the body surface, a boundary layer is generated along the body causing body frictional resistance. Flow separation will occur at the ship stern, causing increased resistance from eddy drag. The sum total viscous and eddy resistance of the ship is called the wetted surface drag and can be readily calculated or obtained from tabulated towing tank data.

USACE_014541



Figure 4-2. Submerged shiplike body

b.   The ideal pressure distribution on the moving ship in deep water causes a system of
waves on the free surface moving with the ship. The fact that a ship sailing over the deep ocean at
constant speed generates a wave system is well known by any sailor or casual observer. As shown
in Figure 4-3, these waves are composed of both divergent and transverse waves and are generated

4-5

EM 1110-2-1613
31 May 06

at the bow and the stern of the ship as well as at various positions along the ship length. The waves at the free surface waterline are generated by the pressure distribution around the ship and cause significant resistance to the ship. More important to the navigation planner and designer is that the ship also sinks and trims with respect to the static ship. Thus, the ship will sink in the water and trim because of the wave train caused by the ship. While this occurs in deep water, the waves and ship sinkage become much more prominent in shallow water. The wave making by the ship, therefore, has an important impact on the design of the channel.



Figure 4-3. Schematic of ship wave system

*c.* At very low speeds, most of the ship's resistance is the result of wetted surface drag; as the speed is increased, wave-making drag grows higher. The ship length Froude number ($F_l$) has been an important parameter in determining wave effects. This may be given as the ratio of ship's speed to the square root of the acceleration because of gravity and the ship's length:

$$F_l = \frac{V}{\sqrt{gL}} \tag{4-1}$$

where

$F_l$ = ship's length Froude number

$V$ = ship's speed in meters (feet) per sec

$g$ = acceleration as a result of gravity in meters (feet) per sec$^2$

USACE_014543

$L$ = ship's length in meters (feet)

The normal value of this dimensionless parameter is usually very small for commercial ships — perhaps varying from near 0.04 for tankers at slow ship speeds near 5 knots (2.6 m/sec (8.4 ft/sec)) to near 0.40 for fine-line containerships at 25 knots (12.8 m/sec (42.0 ft/sec)). Navy warships, which may operate at much higher speeds, would sail at higher design Froude numbers. Wave drag becomes increasingly important at Froude numbers of about 0.2 or higher and can become two or three times the ship's surface resistance at Froude numbers of 0.4.

 *d.*  The total drag on a ship determines the selection of the ship thrust and power required to sail the ship at the design speed. The engine power is crucially important in the maneuverability of the ship, especially at the typical moderate harbor speeds, when engine acceleration effects are used to provide kick away. The ratio of installed engine shaft horsepower to the ship deadweight tonnage may be called specific power and used to relate the relative ship powered maneuverability. Values of the ship specific power vary from about 0.05 to 50 for displacement ships of various types, both naval warships and maritime commerce. The values for warships are listed in Table 4-1.

Table 4-1
Ship Specific Power

| Ship | Specific Power | Maximum Speed, knots |
|---|---|---|
| Battleship | 3.7 | 35 |
| Cruiser | 6.5 | 35 |
| Destroyer | 19.0 | 35 |

The evolution of tankers from the small 13,000-dwt size with typical specific power ratio of about 0.5 has grown progressively smaller to under 0.1 at the highest 500,000-dwt size. While these power levels are adequate to move the ships at the design speed, their ability to accelerate and decelerate is significantly impaired.

 4-5. *Shallow Water.* The resistance of a ship increases appreciably in shallow water because of speed increases around the ship's hull and changes of the wave pattern. The effects of shallow water can be characterized by the simple ratio of water depth ($h$) to ship draft, ($T$). The increased frictional resistance and wave patterns in shallow water both modify the sinkage and running trim and the squat of a ship and required underkeel clearance. For most merchant ships, which travel at 25 knots (12.8 m/sec (42.0 ft/sec)) or less, this effect becomes important when water depth-to-ship draft ratios ($h/T$) are less than 4.0. Since most ship navigation channels operate at very small depth to draft ratios (typically $h/T$ less than 1.5), shallow-water effects have major impacts on ship navigation. The important parameter that governs ship waves in shallow water is the depth Froude number:

$$F_h = \frac{V}{\sqrt{gh}}$$

(4-2)

where

EM 1110-2-1613
31 May 06

$F_h$ = depth Froude number

$V$ = ship speed in meters/sec (feet/sec)

$h$ = water depth in meters (feet)

As the ship speed increases, the shallow-water effects will increase up to the value of depth Froude number equal to unity, where critical open channel flow would occur. In practice, wave effects, squat and running trim, and ship resistance become very high at $F_h$ values well below $F_h$ = 1.0, so that normally a self-propelled merchant ship would not exceed $F_h$ of about 0.6.

4-6.   Restricted Channels.

   *a.*   A further increase of wave effects, squat, and ship resistance occurs when ships sail in navigation channels. The ratio of midship cross-sectional area (normally, $A_s$ is ship beam times draft or $B$ T), and the channel cross section ($A_c$) is used to characterize the relative channel restriction (see Figure 4-4 for a definition sketch). The inverse of the above value of ship area ($A_s$) to channel area ($A_c$) is often described as the channel blockage ratio ($B_R$). Typical channel blockage ratios may vary from 2 to 3 for very restricted narrow canals and channels up to situations with open channels at ratios of 20 or more. The critical depth Froude number will change accordingly from $F_h$ = 0.2 at $B_R$ = 2 to $F_h$ = 0.7 at $B_R$ = 20 as shown in Figure 4-4. The Schijf limiting velocity, to be further discussed in Chapter 6, imposes an upper limit on the ship speed for self-propelled ships sailing in restricted channels, especially canals. For the normal channel blockage ratio from about 3 to 10, this can be an important limitation. For example, at $B_R$ = 3 in 12.2-m (40-ft) water depth, the maximum ship speed is about 6.4 knots (3.3 m/sec (10.8 ft/sec)). Even at a $B_R$ = 10 in 15.2 m (50 ft) of water, the maximum ship speed is 14.3 knots (7.3 m/sec (24.0 ft/sec)).

   *b.*   These considerations assume the ship engine has the power and thrust to overcome the ship resistance. The restricted channel, the increased return currents, and wave effects cause a substantial ship resistance above deep-water, oceangoing conditions. Figure 4-5 presents the flow pattern and drawdown accompanying a ship sailing in a canal. Extensive towing tank testing in Sweden (Norrbin 1986) has resulted in the development of relationships that describe the ship power and speed loss as a function of depth of water and channel blockage. This diagram is presented in Figure 4-6. Ship propeller rpm and delivered power to drive the ship are reduced in shallow water and canal blockage. The diagram shows that for a ship in shallow water typical of many channels at depth-to-ship draft ratio of about 1.1, only 70 percent of the ship design sea speed could be sustained. A typical tanker designed to achieve 15 to 16 knots (7.7 to 8.2 m/sec (25.2 to 26.9 ft/sec)) in the open ocean would thus sail at about 11 knots (5.6 m/sec (18.5 ft/sec)) in shallow water.

USACE_014545



Figure 4-4. Ship limiting speed in a canal

USACE_014546

EM 1110-2-1613
31 May 06



Figure 4-5. Ship wave and flow pattern in a canal

USACE_014547



Figure 4-6. Ship speed relation in restricted waters for typical tankers

USACE_014548

CHAPTER 5

Design Factors and Studies

5-1.  Tides and Currents.

   *a.    Currents.* In most navigation project design studies, tidal or river currents are usually the most important environmental conditions and dominate environmental ship forces. Measurements and predictions of currents are needed to determine the effects on ship motions and controllability for analysis of project navigation. The current patterns are also used to estimate the rates of sediment erosion and deposition, to determine the extent and characteristics of salinity intrusion, and to define the possible environmental impacts, such as changes in flushing characteristics. Currents may be caused by tidal forces, tributary stream inflow, or upland river discharge. Wind stress effects on open-water bodies will also generate currents, such as in coastal regions and large lakes or bays. Project current patterns (speed and direction) should be available for a variety of discharges and/or tide ranges for typical navigation situations, including the existing and proposed project design conditions. Tidal currents in some coastal harbor channels are predicted and available from the National Oceanographic and Atmospheric Agency (NOAA). River discharge data are measured and published by the U.S. Geological Survey (USGS). These data sources can be used as starting points for initial studies but should be supplemented by field data and physical or mathematical model studies during continued design studies.

   *b.    Current Forces.* Current effects on ship navigation are dependent on the direction and pattern of currents with respect to the direction of the navigation channel. Currents aligned with a straight channel centerline coincident with the ship sailing direction will cause a simple addition or subtraction to the ship speed, depending on whether the current is adverse or fair. Sailing with a fair tide can make control of a ship difficult due to the reduced propeller speed and rudder forces, while the ship moves with increased ground speed. A ship sailing in a channel will require a constant yaw angle if a crosscurrent is present in the channel causing a transverse ship force. Strong current forces can adversely affect navigation while the ship is maneuvering through the harbor channels and turning basins, especially when ships are being decelerated before turning around or berthing. The project planner/designer must consider current forces and their navigational impact on the channel and turning basin dimensions. Crosscurrents and spatially nonuniform flow are particularly hazardous to ships where the bow and stern are affected by different magnitudes and/or direction of currents, thus inducing a turning moment about the ship. Locally increased channel width may be required where currents are strong to compensate for the increased difficulty. Current effects on ship navigation are also important in channel turns, even when currents are aligned with the channel, due to the change in ship attitude with respect to the current direction.

   *c.    Current Modeling.* In most cases, navigation project design studies will require the development of a mathematical current model for use in predicting tidal or river currents with various project flow conditions. Early in the project formulation phase during the initial study, such an investigation should be planned by the navigation project study manager. For ship simulator studies, current patterns along and across the navigation channel are required. A two-dimensional (2-D) finite element model that gives depth-averaged current calculations has been most advantageous. The same hydrodynamic model can often be used to drive salinity, water quality, and

EM 1110-2-1613
31 May 06

sedimentation studies if the project study requires these considerations. Examples of applications of this model and additional guidance are available in EM 1110-2-1607 and Thomas and McAnally (1985).

*d.   Water Levels.* Both maximum and minimum water surface level frequencies and durations as well as amplitudes of water level fluctuations are needed for design. Water levels can be affected by ocean tides, storm surges, harbor seiches, lake fluctuations, and river discharges. High-water levels are used to determine wave penetration and height of jetties, training structures, and overhead obstructions. Low-water levels are used to determine available and needed depths for various size ships and other vessels.

*e.   Tide Predictions.* NOAA calculates and publishes tide height predictions and tide ranges for all major coastal ports and harbors in the United States. Published tide predictions are suitable for initial studies; other sources of published data should be inventoried and used in design where suitable and available. Tide level and current modeling for existing and proposed navigation project conditions is usually required at later design stages.

*f.   Tidal Datums.* Channel depths for navigation projects are usually authorized and referred to some long-term average low-water datum plane based on measured field water level data. These measurements are usually conducted by NOAA and are used in their chart and tidal prediction tables and in establishing appropriate tidal datums. All project design features should be developed in a consistent manner, using the appropriate low-water datum plane. It is especially important to reconcile different datums presented in a variety of maps, charts, hydrographic data, etc., which can lead to confusion and possible mistakes. The relationship of the low-water datum to the National Geodetic Vertical Datum (NGVD) will also be needed for vertical control of design and construction. The low-water datum for the Atlantic and Gulf Coasts is being converted to mean lower low water (mllw) to be consistent with the Pacific Coast. The appropriate low-water datums for various localities are listed:

(1)   Tidal ocean coastlines: mllw.

(2)   Great Lakes: International Great Lakes Datum (IGLD).

(3)   Nontidal rivers: Mean 15-day lowest navigation season water level referred to as the Low-Water Datum Plane.

5-2.   Wind and Waves.

*a.   Effects on Ships.* Wind effects on a project include the direct forces on ships sailing through the navigation channels and the indirect development of wind waves in the harbor or coastal ocean region. Waves generated in the harbor or bay area are usually small in height and normally have minor effects on typical design ships. However, wind waves generated by local storms near the port entrance channel (seas) may have an impact on ships. Estimates of wind are needed for project design, mainly because of the effect on ship motions and controllability. Historical wind data are usually available from the National Weather Service. Local topography may modify the wind data, usually available only at the local airport, and change the wind patterns at the navigation channel. Wind studies should include prevailing wind directions and speed, both averages and variability. Seasonal variations of the mean and extreme wind conditions with

USACE_014550

EM 1110-2-1613
31 May 06

appropriate statistics (return period, frequency of occurrence, duration, etc.) are to be included in the wind study.

   b.   *Wind Forces.* Direct forces on ships from the wind are of primary importance for certain types of ships, especially when ship speeds are restricted or are reduced during normal operations. The forces are in direct proportion to the ship area exposed above water (projecting areas, also called the wind or sail area), which varies due to superstructure design and ship loading condition. The following situations are especially important and require careful consideration:

   (1)   Tankers in ballast (light ship) condition.

   (2)   Bulk carriers in ballast (light ship) condition.

   (3)   Automobile or car carriers.

   (4)   Containerships with containers on deck.

   (5)   Ferry boats.

   (6)   LNG and liquified petroleum gas (LPG) ships.

5-3.   <u>Sedimentation.</u> The following aspects of sedimentation must be considered for deep-draft navigation projects: characteristics of the native soils or materials to be removed within the project channel; characteristics of sediments introduced into the upper reaches of the navigation project by riverine or other upland discharges; characteristics of sediments introduced into the lower reaches of the project by littoral processes, including wave action, resulting in beach erosion, and salinity intrusion; hydrodynamic and water chemistry conditions in the project region; and limitations or restrictions on dredging ,dredged material disposal techniques and beach erosion control using sand bypassing methods. More detailed discussion on beach erosion and sand bypassing is available in EM's 1110-2-1502, 1110-2-1616, and 1110-2-2904.

   a.   *Native soils*. Native soils must be considered first from the standpoint of channel construction. Problem soils encountered in channel construction may consist of consolidated clays, cemented sands, or outcroppings of bedrock. These materials may require special dredging equipment, techniques, and disposal and will thus have an impact on construction costs. Channel location and alignment may be determined by the existence of hard-to-remove materials along alternate channel routes. Native soils must also be considered from the standpoint of maintenance dredging following project construction. The existence of fine sands, silts, or easily erodible clays along the route of the project may indicate large dredging requirements to maintain the project channel in future years. For example, wind or ship waves in shallow areas adjacent to the navigation channel may resuspend significant quantities of unconsolidated fine sediments that might eventually be transported toward and deposited in the navigation channel. Surficial sediment sampling should be conducted throughout the project area, and core borings and/or subsurface acoustic measurements should be made along the most attractive channel routes to fully assess the composition and characteristics of native soils or the presence of rock. Methods will be discussed later to predict the fate of sediment particles located near the navigation channel.

USACE_014551

EM 1110-2-1613
31 May 06

   b.   *Riverine sediments*. Sediments transported to the project by riverine flows in estuaries or embayments usually consist of coarse to medium sands carried primarily as bed load, medium to fine sands carried as bed and/or suspended load, and silts and clays carried as suspended load. When the project channel includes the zone where rivers enter embayments, the coarse and medium sands and even some of the fine sands and silts may deposit as flow velocities are reduced below that necessary to maintain motion of the sediment particles. These deposits of sand and silt are often in the form of delta-shaped shoals that recur annually and require maintenance dredging for control. The finer sands and silts will usually be deposited in the lower reaches of the navigation project, but the deposition will usually be distributed over a fairly long reach of the channel. High stage-discharge events may alter the pattern of deposition from time to time and distribute the coarser particles over a longer reach of the channel than usual. Deposition of clay particles is dependent on the hydrodynamics and water characteristics of the lower reaches of the navigation project. If the project is in an estuarine setting where salty water from the ocean can mix with the sediment-carrying riverine waters, such as Savannah Harbor for example, a phenomenon known as flocculation occurs, whereby the clay particles aggregate into larger and heavier flocs that are likely to deposit. In some instances, very heavy concentrations of the flocs remain in suspension in a layer near the bottom, referred to as fluff or fluid mud. Prior to permanent deposition of clay sediments, which is a time-dependent process, the tidal hydrodynamics of an estuarine system tend to concentrate the location of the flocs. If the estuarine system is of the stratified type, i.e., there is a well-defined saltwater layer underlying the freshwater layer, the bulk of the clay-particle shoals will be concentrated in a zone mapping the upstream intrusion of the saltwater layer. If the saltwater-freshwater interface is less well defined, the clay-particle shoals will be distributed more widely through the middle and lower reaches of the project. In nonsaltwater settings, such as the Great Lakes, the clay particles may remain in suspension and be introduced into the lake region as suspended load. Maintenance dredging is almost always required to maintain channel depths and widths through the areas of clay particle deposition. Methods for predicting the locations and magnitudes of the sand- and clay-particle deposits in the navigation project will be discussed later.

   c.   *River reaches*. In cases where the deep-draft project extends well upriver (above the zone of flow reversal), such as the Columbia River or the lower Mississippi River, deposition of medium to coarse sands occurs in the river crossings, with most of the fine sand and silt moved downstream to estuarine or coastal zones. Not all river crossings along a navigation project require maintenance dredging. In many cases, the minimum crossing depth that occurs naturally over a water year is greater than the project depth. For example, of the several river crossings that exist on the lower Mississippi River from Baton Rouge, LA, downstream to the Head of Passes, a distance of about 225 river miles, only about 7 of the 225 miles require annual maintenance dredging. Of course, if the project were deepened, the number of crossings requiring maintenance dredging would most likely increase.

   d.   *Littoral sediments*. Sediments are introduced into the navigation project from the littoral systems that exist in all lakes and oceans. Nearshore currents driven by waves, wind, tides, or water-mass movement cause sediment particles, usually medium to fine sands but occasionally clays and silts, to be moved along the shore. As the sand-size sediments reach the deeper waters of the navigation project, deposition occurs in and near the entrance channel. Clays entering from the lower end may be transported upstream by estuarine circulation. Structures such as jetties are used to trap the sands and keep shoals from forming in the navigation project. A sand-bypassing arrangement may be necessary to maintain the trapping capability of the jetty structures and to

USACE_014552

minimize damage to adjacent beaches that interruption of the littoral process usually causes. The planner/designer is required to study and develop predictions of erosion and accretion for a distance of 10 miles on either side of an entrance channel improvement project.

*e. Predictive techniques.* Four basic approaches are available to study sedimentation processes in deep-draft navigation channel projects: field studies, physical hydraulic model studies, numerical model studies, and combinations of these study techniques. Field studies include collection of prototype data in such a manner that future behavior can be extrapolated or developed into general design principles, and also trial-and-error remedial measures in which proposed remedial schemes are constructed without the benefit of corroborating studies. The collection of prototype data is always recommended for deep-draft navigation projects; trial-and-error remedial schemes must be highly justified prior to installation because of the high risk of failure involved. Physical models have been used for many years to study sedimentation problems associated with deep-draft navigation projects, but it is not possible to accurately predict deposition volumes. Numerical modeling of sedimentation phenomena is becoming a relatively well-developed technique that employs special computational methods such as finite difference or finite element approximations to solve mathematical expressions that do not have closed-form solutions. In some situations, numerical models can provide a reasonable prediction of deposition volumes. Physical and numerical models are discussed in more detail in EM 1110-2-1607. It should be stressed that both physical and numerical models rely heavily on prototype observations; therefore, if model studies are anticipated, the lead time and resources must be provided to collect the quality and quantity of data necessary to support these studies. In some cases, combinations of the various techniques may be used that involve the application of physical and numerical models as well as prototype data and analytical procedures to take advantage of the strong points of each technique.

*f. Channel shoaling.* Sediment budget and shoaling studies are needed for before- and after-construction conditions. These studies provide the basis for estimating maintenance dredging requirements, disposal area locations, training structures, and entrance sand-bypass assessment. Shoaling rates are needed for river expansions caused by port facilities and turning basins. Information on sediment budget is contained in the *Shore Protection Manual* (1984).

*g. Beach erosion.* Many navigation channels connect the ocean to an estuary or bay through sandy beaches. When jetties are built to prevent littoral drift from entering the channel, the volume of sand reaching the downdrift beach is reduced. This reduced littoral drift usually results in erosion of the downdrift beach. If the erosion is unacceptable from an economic or environmental standpoint, mitigation measures will be required. Traditional methods of erosion control are shoreline protection with revetments, breakwaters, groins, and nourishment by bypassing sand from one side of the inlet to the other. Some bypassing methods involve the use of weirs with sand traps, detached breakwaters, and various methods of dredging and sand pumping, including jet pumps.

*h. Bank protection.* To reduce bank erosion, bank protection is sometimes provided. Guidance on the design of riprap protection on navigable waterways is provided by Maynord (1984). A computer program, NAVEFF, is available to assist in determining the drawdown and return flow velocities generated by a ship moving through a restricted waterway (Maynord 1996, 1999). Information on the design of flexible revetments is also available, (Permanent International Association of Navigation Compresses (PIANC) 1987). This reference also provides guidance on

USACE_014553

EM 1110-2-1613
31 May 06

the computation of ship wake waves. Use of reinforced vegetative bank protection using geotextiles may also be useful (PIANC 1996).

5-4.   Water Quality Impacts.

   a.   *Physical Changes.* The development of a navigation channel that is larger than previously existed in an estuary or bay could cause physical, biological, and water quality changes affecting the ecosystem. The following physical changes require evaluation:

   (1)   Salinity.

   (2)   Tide heights (water levels).

   (3)   Current velocities and duration.

   (4)   Water circulation pattern.

   (5)   Shoaling and erosion in the vicinity of the channel.

   (6)   Possible effects on adjacent shoreline resulting from changes in wave patterns.

   (7)   Tidal flushing rate.

   (8)   Pollution dispersion rate.

These changes could be negligible when the channel improvement is small compared with the natural ecosystem cross-sectional area. When the physical changes are estimated, a biological assessment of project effects on estuary aquatic life is needed to determine if design changes and mitigation measures are justified. Numerical models are presently the most reliable method of predicting post project conditions and determining the most effective remedial measures that might be required.

   b.   *Ecological Considerations.* An interdependence exists between the physical, chemical, and biological components of a system. Modification or manipulation of any component will have some effect on the others. Tides, currents, and salinity characteristics determine tidal circulation patterns and thus have a profound influence on the movement and distribution of aquatic plants and animals. The means and extremes of salinity and temperature influence the types and distribution of aquatic life. The effects of navigation projects, including the dredging operations and disposal facilities, upon the environment or ecological relationships are the results of both the direct physical alterations associated with construction activities and the physical or chemical changes that develop after construction. These activities influence water movement, water quality, sediment movement and quality, substrate physical and chemical properties, etc. and will always cause some environmental change in the project area. The effect need not be adverse, and engineering modifications in a tidal ecosystem may be used to enhance ecological conditions by remedying adverse conditions in an estuary caused by previous impacts from urbanization and industrialization. Engineering modifications can also be used to stabilize large variations in natural conditions thereby increasing biological diversity or improving

USACE_014554

conditions for an individual or group of species. Some of these modifications may provide desirable habitat where that habitat is not presently available.

5-5.   Local Coordination.

  *a.   Pilot Interviews.* Navigation project planners/designers should develop strong coordination with the local pilot groups throughout the project development. Pilot interviews can be used to determine the user's opinion on existing channel navigation safety and wind and wave conditions to be used for design analysis, and the feasibility and safety of proposed channel design alternatives.

  *b.   U.S. Coast Guard.* The local U.S. Coast Guard (USCG) office should also be contacted early in the project development to solicit views and coordination on channel dimensions and alignment relative to safe navigation. The USCG can also provide guidance on aid to navigation placement and waterway analysis study results.

5-6.   Accident Records. Accident Records. Marine accident records are available from the U.S. Coast Guard annual compilation of casualty statistics in an automated system called Coast Guard Automated Main Casualty Data Base (CASMAIN). Accident data on existing navigation channel projects proposed for enlargement or improvement should be studied to determine the number, cause, and location for analysis. In some accidents, the Coast Guard will conduct an inquiry, which may also be valuable in determining navigation problems. The National Transportation Safety Board also reviews specific accidents and develops reports and recommendations on site-specific safety issues. Information from the local pilots and, at some ports, data from vessel traffic services (VTS), if available, can provide valuable information in designing proposed channel improvements. The local Coast Guard District Office and Captain of the Port should be consulted for any available data and investigation summaries.

USACE_014555

CHAPTER 6

Channel Depth

6-1. <u>Depth Design.</u> The depth of the project design channel should be adequate to safely accommodate ships with the deepest drafts expected to use the waterway and call at the project port on a frequent and continuing basis. Normally, the project depth is based on the development of one or more design ships with an appropriately loaded or ballasted draft. Selection of the design ship and project design depth is determined jointly by an economic analysis of the expected project benefits compared with project costs. Once the design ship and channel depth are determined, the safety and adequacy of the channel depth for operational design ship transits will be determined using the analysis presented later in this chapter. The channel depth economic analysis is described in ER 1105-2-100. Paragraph 6-2 summarizes the procedure with an emphasis on applications to deep-draft navigation channels.

The design depth of the channel need not be constant throughout the project but may vary as necessary so that the design ship will be able to make a safe, efficient, and cost-effective transit of the channel under normal operational conditions. Upon project authorization, the design depths are considered, nominally, to be the authorized depths. This should not preclude minor adjustments in depth during continued design, construction, and operation as circumstances warrant and delegated authorities permit.

6-2. <u>Economic Analysis.</u>

    *a.*   *Optimization.* The optimum design of a deep-draft navigation project requires studies of estimated costs and benefits of various plans and alternative designs considering safety, efficiency, and environmental impacts. These studies are used to determine the most economical and functional channel alignment and design depth considering costs for various alternative designs. Generally, several alternative channel depth design levels are developed, since depth is often one of the major cost-determining parameters. The adaptability of each design to future improvements for increased navigational capability should also be considered. Economic optimization analysis should consider various elements involved in development and maintenance of the project, including dredging, disposal, and structures such as jetties, breakwaters, and aids to navigation. The optimum economic channel is selected from a comparison of annual benefits and annual costs for each channel plan.

    *b.*   *Project Cost.* The economic optimization of a channel requires selection of several design alignments and dimensions (width and depth) that are acceptable for safe and efficient navigation. Costs are developed for the alternative plan alignments and dimensions. These should include:

    (1)   Initial construction including fixed facilities cost.

    (2)   Replacement cost.

    (3)   Operation and maintenance cost.

USACE_014556

EM 1110-2-1613
31 May 06

   *c.   Project Benefits.* Benefits are determined by transportation savings considering ship trip time and cargo capacity and delays for tides, weather conditions, and transit interference from reduced depths in channels that have rapid shoaling tendencies. Deeper channels will permit the use of larger ships, which are more economical to operate. Some ships could use the channel with a deeper draft and greater cargo loading and may eliminate or reduce the need for offloading (lighterage) some of the cargo before proceeding to the port. Benefits are evaluated by determining the transportation costs per ton of commodity for each increment of channel depth. This evaluation has to consider the trends in shipbuilding to determine the most likely future ship sizes and an estimate of the future ship fleet that will be using the channel. Transportation costs are based on ship annual operating cost for each type of ship, including fixed cost and annual operating expenses. The HQUSACE Water Resources Support Center periodically releases ship operating cost data for evaluating deep-draft channel and harbor improvement projects.

   *d.   Evaluation Procedure.* The basic economic benefits from navigation projects are the reduction of costs required to transport commodities and the increase in the value of output for goods and services. Benefits are usually derived based on costs reduced or not incurred with the proposed project improvements. Project benefits may also be "lost opportunity" costs because of unimproved or undeveloped navigation channels. Specific transportation savings may result from the following:

   (1)   More efficient use of larger ships.

   (2)   More efficient use of present ships.

   (3)   Reductions in transit or delay times.

   (4)   Reduction of cargo handling costs.

   (5)   Reduction of tug assistance costs.

   (6)   Reduction of insurance, interest, and storage costs.

   (7)   Use of water rather than land transport mode.

   (8)   Reduction of accident rate and cost of damage.

The evaluation procedure to estimate navigation benefits includes nine individual steps shown on the flowchart (Figure 6-1). The key step in the procedure is the accurate projection of commodity movements over the proposed alternative project designs, steps 3 and 7. Details of the procedure are given in ER 1105-2-100.

USACE_014557



Figure 6-1. Navigation benefit evaluation procedure

6-3.  <u>Ship Squat</u>

*a.    Introduction.* A ship in motion will be lowered (ship sinkage) vertically below the still water surface because of the increased velocity past the ship causing the pressure on the ship hull to be decreased. This phenomenon occurs in deep, open-water situations, such as out at sea as well as in shallow water. However, the effect is greatly increased in shallow, restricted water, such as a canal- or trench-type open navigation channel. The running trim of a ship is also modified by the pressure on the ship hull: blunt-bowed ships tend to be lowered by the bow (i.e., at the bow), while fine-lined ships are trimmed by the stern. Ship squat is a well-known phenomenon by seamen, and efforts to estimate the effect have been used by pilots for many years. However, many of these techniques are often based on crude approximations or are site-specific, and usually couched in general rules for use by pilots. The following presents a general calculation procedure for use in channel design in shallow water, in canals, and in trench channels with channel banks.

*b.    Shallow-Water Squat.* Total ship vertical response in shallow water from speed ahead in a laterally unrestricted waterway was derived by Tuck and Taylor (1970) using ship slender body theory and put into practical use by Huuska (1976). The ship sinkage and running trim equations are given by the following:

USACE_014558

USACE_014559

EM 1110-2-1613
31 May 06

$$\frac{z}{L} = C_z \frac{F_h^2}{\sqrt{1-F_h^2}} \frac{\Delta}{L^3}$$
(6-1)

$$\Theta = C_\Theta \frac{F_h^2}{\sqrt{1-F_h^2}} \frac{\Delta}{L^3}$$
(6-2)

where

$z$   = sinkage or vertical drop of ship center of gravity in meters (feet)

$L$   = ship length in meters (feet)

$C_z$   = sinkage coefficient characteristic of hull form .1.5

$\Delta$   = volume displacement of the ship in cubic meters (cubic feet) (Figure 3-3)

$\Theta$   = trim angle of ship in radians, positive is bow up

$C_\Theta$   = trim coefficient characteristic of hull form .1.0

$F_h$   = channel depth Froude number (Equation 4-2)

Typical values of the two coefficients, which have been determined by experiments and calculations, are 1.5 and 1.0. For channel design purposes, the maximum vertical ship motion below the vessel's static position may be found from the combination of Equations 6-1 and 6-2 to give the ship squat as follows (Northin 1986, Rekonen 1980):

$$\frac{z_{max}}{T} = 2.4 \frac{C_B}{L/B} \frac{F_h^2}{\sqrt{1-F_h^2}}$$
(6-3)

where

$z_{max}$   = ship squat (sinkage and trim) at bow or stern in meters (feet)

$T$   = ship full load molded draft in meters (feet)

$$C_B = \frac{\Delta}{LBT}$$

$B$   = ship molded beam at the maximum section area in meters (feet)

c.   *Simplified Equation.* The combined ship vertical movement resulting from sinkage and trim (the squat) may be calculated by the following simple relation presented by Northin (1986), to be used when Froude numbers are less than 0.4:

$$z_{max} = \frac{C_B BTV^2}{15Lh}$$

where $z_{max}$ is in meters and $V$ is in knots. Adjusting this relation for $z_{max}$ in meters (feet) yields

$$z_{max} = \frac{C_B BTV^2}{4.573Lh} \qquad (6\text{-}4)$$

This equation shows that the amount of squat depends on several factors, including the square of the ship speed, depth of the channel, and geometric characteristics of the ship.

 *d.   Example.* As an example application, for tankers the following values are typical: $C_B = 0.85$, and $L/B = 6.5$. A channel depth-to-ship draft ratio ($h/T$) of 1.1 is also typical for harbor channels. With these values, the following equation is thus obtained:

$$z_{max} = 0.026V^2 \qquad (6\text{-}5)$$

For a ship speed of 5 knots (2.6 m/sec (8.4 ft/sec)), this gives $z_{max} = 0.2$ m (0.63 ft); and for a ship speed of 10 knots (5.1 m/sec (16.8 ft/sec)), $z_{max} = 0.8$ m (2.6 ft). These results suggest that an increase in channel depth of about 0.3 m (1 ft) may be needed for ship maneuvering in wide channels with deep overbank areas where ship speeds are 6 knots or less. For harbor fairway or entrance channels without channel banks, where ship speeds are typically high, i.e., near 10 knots, channel underkeel clearance of 0.8 m (2.6 ft) or more would normally be required.

 *e.   Restricted Channel Squat.* A ship sailing in a canal or trench navigation channel will cause the water surface elevation to be lowered because of the increased velocity past the ship due to the Bernoulli effect. A one-dimensional (1-D) approximation (sometimes called the canal theory), which has been reviewed in many publications (Blaauw and van der Knaap 1983), can be used to develop graphical or computer-based computational methods to calculate the resulting water level depression or drawdown. The lowering of the water level is equal to the mean ship sinkage and therefore the squat. Ship squat in a restricted channel depends especially on the ship speed, varying as the square of the speed. Other factors are also important, including the channel cross-sectional characteristics and the ship geometry. The simple canal theory used to calculate squat depends on certain flow assumptions as presented in Figure 6-2. The assumption of a rectangular channel cross section is especially limiting since real channels are generally trapezoidal and often become irregularly shaped over time. Many channels are of the trench type with overbank depths on each side of the channel, which further complicate the computations and would tend to reduce the squat. Nevertheless, this simple model provides useful design guidance showing the main parameters and their functional relationships. An outlined derivation of the numerical method is shown in Figure 6-3. The reader should refer to Figure 6-2 for explanation of parameters in the derivation.

USACE_014560

EM 1110-2-1613
31 May 06



Figure 6-2. Squat analysis definition

*f. Limiting Conditions.* An important parameter for characterizing the ship's interaction with the water flow generated by the ship in the navigation channel is the ship speed. In particular, as previously discussed in Chapter 4, the ship speed in a given channel is limited by a parameter called the Schijf limiting speed. Self-propelled ships cannot exceed this limit; indeed, for economic reasons, maximum ship speeds are well below this speed (about 80 percent). The value of the Schijf limiting Froude number can be calculated using the following explicit formula (Huval 1980b, Balanin et al. 1977, Zernov 1970):

USACE_014561

Bernoulli=s: $h + \dfrac{V^2}{2g} = h - z + \dfrac{(V+U)^2}{2g}$ (1)

Continuity: $WhV = (Wh - A_S - Wz)(V+U)$ (2)

Simplify Equation (1): $\dfrac{V^2}{2g} = \dfrac{(V+U)^2}{2g} - z$ (3)

Multiply by 2 and divide by h:

$$\dfrac{V^2}{gh} = \dfrac{(V+U)^2}{gh} - 2\dfrac{z}{h}$$ (4)

Rearrange Equation (2):

$$V + U = \dfrac{V}{\left(1 - \dfrac{A_S}{Wh} - \dfrac{z}{h}\right)}$$ (5)

Substitute Eqn (5) into (4), and calling $\dfrac{V^2}{gh} = F_h^2$:

$$F_h^2 = \dfrac{F_h^2}{\left(1 - \dfrac{A_S}{Wh} - \dfrac{Z}{h}\right)^2} - 2\dfrac{z}{h}$$ (6)

Divide by $F_h^2$ and rearrange:

$$\dfrac{2z}{F_h^2 h} = \dfrac{1}{\left(1 - \dfrac{A_S}{Wh} - \dfrac{z}{h}\right)^2} - 1$$ (7)

Simplify:

$$F_h = \sqrt{\dfrac{2\dfrac{z}{h}\left(1 - \dfrac{A_S}{Wh} - \dfrac{z}{h}\right)^2}{1 - \left(1 - \dfrac{A_S}{Wh} - \dfrac{z}{h}\right)^2}}$$ (8)

Figure 6-3. Squat analysis definition

$$F_{hL} = \sqrt{8\cos^3\left(\dfrac{\pi}{3} + \dfrac{\arccos}{3}\left(1 - \dfrac{1}{B_R}\right)\right)}$$

Furthermore, (6-6)

$$F_{hL} = \dfrac{V_L}{\sqrt{gh}}$$

USACE_014562

where

$F_{h_l}$ = depth Froude number at limiting ship speed

$V_l$ = Schijf limiting ship speed

$B_R$ = blockage ratio (cross-sectional area of the channel divided by the cross-sectional area of the ship)

The ship limiting speed can readily be obtained from the Froude number for a given channel water depth.

g.   *Limiting Squat.* It is also possible to relate the maximum ship squat at the Schijf limiting Froude number by the equation

$$z_l = \frac{F_{h_l}^2}{2}\left(F_{h_l}^{1/3} - 1\right)h$$ (6-7)

In a similar fashion, the return velocity Froude number is

$$F_{h_l} = F_{h_l}^{1/3} - \frac{U_l}{\sqrt{gh}}$$ (6-8)

where

$U_l$ = limiting return velocity

$z_l$ = squat at limiting ship speed.

h.   *Computer Model.* The solution to the general equations for squat and return velocity may be obtained by an approximation method involving iteration which can be programmed on a calculator or computer (Huval 1993). An approximate analysis for nonrectangular channel cross sections can be made by replacing the channel depth $h$ by the cross-sectioned mean depth, which is equal to the channel area divided by the top width, $d = A_c/W$. A more complete analysis for trapezoidal channels has also been presented.

i.   *Computational Procedure.* Most navigation channels are dredged over a wide waterway with variable overbank depths on each side of the channel, called trench channels. Figure 6-4 gives example navigation channel cross sections. A first approximation to the ship squat for trench channels may be made by calculating the weighted average (based on overbank depth) of squat in shallow water and in canal-type channel without the overbanks. This type of trench channel has been tested for ship squat by Guliev (1971) and has been implemented in a calculation procedure developed by Huuska (1976) and adopted for this manual. This more complete squat calculation model applicable for shallow water, canals, and trench-type channels has been developed as a software program on a computer and is available from Huval (1993). The results of computations using this model are presented in Figure 6-5.



Figure 6-4. Channel cross sections

6-4.  Ship Motion in Waves.

*a.  Ship Response.* Ship response from waves is a factor that must be considered in the design of navigation channel depths and widths. The movement of the ship bottom below the static water surface caused by waves will affect the design of channel depth. Usually, wave effects are more pronounced and important in the design of the entrance channel or harbor fairway, which is open to ocean waves leading from the ocean into a bay or river with a port. Wave effects on commercial ships transiting entrance channels tend to increase as the wave heights increase and decrease with longer ship lengths. Maximum ship response occurs with wavelengths equal to or nearly equal to the ship length. Normal commercial deep-draft design ships will respond very weakly to wave periods less than 6 sec, mainly a result of the fact that natural ship periods are much greater.

USACE_014564

EM 1110-2-1613
31 May 06



Figure 6-5. Example squat calculations

*b.   Roll, Pitch, and Heave.* Ships will respond to waves by the vertical motions of roll, pitch, and heave from local seas and swell in harbor entrance channels. Figure 6-6 presents a definition sketch of the six possible modes of ship response to wave action. The vertical ship motion should be used in setting the vertical depth in the entrance channel above the depth in the interior harbor channels. The magnitude of the vertical motion of a ship transiting a harbor fairway is a function of many factors, some of which include:

(1)   Sea or swell conditions.

(2)   Wave height, period, and duration.

(3)   Direction and celerity of wave propagation.

(4)   Ship transit direction.

USACE_014565



Figure 6-6. Ship wave motion definition

USACE_014566

EM 1110-2-1613
31 May 06

(5)   Ship speed.

(6)   Natural period of ship roll, pitch, and heave.

(7)   Channel depth, ship draft, and underkeel clearance.

(8)   Ebb or flood tide current condition.

(9)   Channel overbank depth.

(10)  Wave length and ship length and beam.

(11)  Pilot strategy and response to waves.

(12)  Wind speed and direction.

*c.   Waves.*

(1)   Waves are important to ship response in harbor fairways or entrance channels. Ocean waves are usually divided into two classes, depending on the period and origin of the waves. Seas are waves produced by local storms, while swell waves are propagated into the area of interest from distant storm systems. Ocean swell waves usually have longer periods than local seas, while wave heights of local seas may frequently exceed the heights of swell waves, particularly swell waves that have propagated over long distances. Observed wave heights are the combined heights of sea and swell, if both are present.

(2)   Data on wave height, period, and direction are essential. These data and other offshore wave statistics are available for the U.S. coasts of the Atlantic and Pacific Oceans, the Gulf of Mexico, and the Great Lakes from the USACE Wave Information Study (WIS). These wave statistics are based on hindcasting waves from historical meteorological data as reported by Jensen (1983). The WIS data are contained in a series of published reports by McAneny (1995) and in a computer database maintained at the ERDC/WES. Wave data are available from the National Data Buoy Center (NDBC) for 3- and 12-m (10- and 40-ft) buoys as reported by Gilhouser (1983) and from the ERDC/WES Coastal and Hydraulics Laboratory (CHL) for nearshore pressure gage and small buoy data. When planning to collect local wave data as part of a project study, guidance is provided in EM 1110-2-1004, "Coastal Project Monitoring." Advice and assistance in selecting equipment and siting equipment can be obtained from CHL.

(3)   Deep-water wave data can be used to determine general trends in wave characteristics for the project area, but complexities in local bathymetry and shore orientation will produce a local wave climate that is different from the offshore data. The effects of the direction of water currents, ebb and flood tidal currents, on the waves must also be taken into account in determining the characteristics of the waves being encountered by the ship in an entrance channel. It is important that wave characteristics represent the waves that the ship will encounter since the motions of the ship (Figure 6-6) are the result of the ship's response to the waves. The response of the ship is a function of the relative speed of the wave, the relative direction of the ship to the wave direction, the length of the wave to the ship's length, the mass of the ship, and the ship type or hull form.

USACE_014567

(4)    Ignoring tidal current effects and irregular bathymetry, the local wave length for any depth of water can be approximated by Echart's (1952) equation for wave length:

$$\lambda = \frac{gT_w^2}{2\pi} \sqrt{\tanh \frac{4\pi^2 h}{T_w^2 g}}$$

(6-9)

where

$\lambda$ = wave length

$T_w$ = wave period

$h$ = water depth

$g$ = acceleration of gravity

Table 6-1 may be used to quickly approximate the wave length ($\lambda_2$) and maximum nonbreaking wave height ($H_2$) that is translated from deep water ($\lambda_2$ and $H_o$) into shallow water at an entrance, assuming idealized conditions of normal wave approach and straight and parallel depth contours with a nearshore slope of 1/100. Wave refraction is not included. Breaking wave heights ($H_b$) are controlled by wave steepness and water depth ($h_b$).

(5)    More precise estimates of the nearshore wave climate can be obtained by using wave transformation procedures or math models with local bathymetry and offshore wave data. Some of these models are discussed in EM 1110-2-1414, "Water Levels and Wave Heights for Coastal Design," (paragraph 5-8a(8), Figure 5-54, and Table 5-5).

   *d.    Wave-Induced Ship Motion.* The vertical excursion of the ship bottom as a result of wave action is composed primarily of motions in the three response modes of heave, pitch, and roll (Figure 6-6). Because of response phase differences, the three vertical motion response modes may not necessarily be added together linearly. Pitch and heave are important when ships are transiting entrance channels with incident waves propagating along or near the channel axis. The ship will then respond to a head or following sea, with the wave crests being perpendicular to the predominant wave direction coming toward the ship bow or stern, respectively. Ship roll becomes important when waves are propagating in a direction perpendicular to the channel axis; this is called a beam wave.

   *e.    Ship Response to Waves.* Predicting ship response in harbor fairway for channel depth design is a major problem without easy solution. The seakeeping models used by naval architects are very difficult to apply and require a high level of specialized knowledge for useful interpretation and application. Physical models can be used to predict ship response from monochromatic waves, if model ships are properly scaled, constructed, balanced, instrumented, and tested. Spectral wave generators have been used (for example, at ERDC/WES to model statistically meaningful wave situations) to gain accurate ship response information for entrance channel design. Relatively few data have been collected for the variables of interest in determining ship response in waves, particularly for ship motions in relatively shallow-water conditions. This lack of data results in difficulty in verifying proposed models to predict the

EM 1110-2-1613
31 May 06

motion of a ship induced by waves and the extra depth required in entrance channels to
compensate for this motion.

| Table 6-1 | | | | | | |
| --- | --- | --- | --- | --- | --- | --- |
| Shallow Water Waves at Entrances (To convert feet to meters, multiply by 0.3048) | | | | | | |
| Period, sec | $\lambda_o$, feet | $H_o$, feet | $\lambda_2$, feet | $H_2$, feet | $H_b$, feet | $h_b$, feet |
| Depth at Entrance – 30 ft | | | | | | |
| 8 | 328 | 21 | 225 | 19.7 | 21 | 27 |
| 10 | 512 | 21 | 292 | 20.9 | 23.6 | 29.4 |
| 15 | 1152 | 17 | 453 | 19.7 | 24.7 | 29.7 |
| 20 | 2048 | 16.9 | 612 | 18 | 24.4 | 29 |
| Depth at Entrance – 35 ft | | | | | | |
| 8 | 328 | 21 | 238 | 19.5 | 21 | 27 |
| 10 | 512 | 26 | 311 | 25.3 | 27.6 | 34.8 |
| 15 | 1152 | 20 | 487 | 22.5 | 27.9 | 33.7 |
| 20 | 2048 | 16.9 | 659 | 21.4 | 28.5 | 33.9 |
| Depth at Entrance – 40 ft | | | | | | |
| 8 | 328 | 21 | 250 | 19.3 | 21 | 27 |
| 10 | 512 | 30 | 329 | 28.7 | 30.7 | 39.2 |
| 15 | 1152 | 24 | 518 | 26.2 | 32 | 38.8 |
| 20 | 2048 | 20.1 | 702 | 24.7 | 32.4 | 38.7 |
| Depth at Entrance – 45 ft | | | | | | |
| 8 | 328 | 21 | 261 | 19.2 | 21 | 27 |
| 10 | 512 | 33 | 345 | 31.2 | 33 | 42.3 |
| 15 | 1152 | 29 | 547 | 31 | 36.8 | 45 |
| 20 | 2048 | 24.3 | 743 | 29.1 | 37.4 | 44.7 |
| Depth at Entrance – 50 ft | | | | | | |
| 8 | 328 | 21 | 270 | 19.2 | 21 | 27 |
| 10 | 512 | 33 | 360 | 30.8 | 33 | 42.3 |
| 15 | 1152 | 33 | 574 | 34.6 | 40.6 | 49.8 |
| 20 | 2048 | 27.5 | 782 | 32.3 | 40.9 | 49.1 |
| Depth at Entrance – 55 ft | | | | | | |
| 8 | 328 | 21 | 278 | 19.2 | 21 | 27 |
| 10 | 512 | 33 | 373 | 30.6 | 33 | 42.3 |
| 15 | 1152 | 37 | 599 | 38.1 | 44.2 | 54.7 |
| 20 | 2048 | 31.7 | 818 | 36.5 | 45.5 | 54.9 |

   *f.   Preliminary Design Guidance for Entrance Channel Depths.* For the purpose of
preliminary design of entrance channel depths exposed to waves, several recommendations have
been made. These are provided as follows:

   (1)   The Permanent International Association of Navigation Congresses (PIANC)
sponsored an International Commission for the Reception of Large Ships (ICORELS) in 1974.
Working Group IV reported these recommendations for determining the depth of channels
(Netherlands Ship Model Basin 1980):

USACE_014569

(a)    Open Sea Area. When exposed to strong and long stern or quarter swells where speed may be high, the gross underkeel clearance should be about 20 percent of the maximum draft of the large ships being received.

(b)    Waiting Area. When exposed to strong or long swells, the gross underkeel clearance should be about 15 percent of the draft.

(c)    Channel. When sections are exposed to long swells, the gross underkeel clearance should be about 15 percent of the draft.

The gross underkeel clearance is by definition the minimum margin remaining between the keel of the ship and the nominal channel bed level when the ship moving at planned speed under the influence of the design wind and wave conditions.

(2)    The International Association of Ports and Harbors (IAPH) also assembled a Committee on Large Ships (COLS), now the Committee on Port Safety, Environment, and Construction, which made these recommendations (Marine Board 1981). In the initial planning stages, the following generalizations may be valuable:

(a)    Sections exposed to strong and long swell, gross underkeel clearance to be about 15 percent of the maximum drought.

(b)    Sections less exposed to swell, gross underkeel clearance to be about 10 percent of the maximum drought.

(3)    A more recent report by a joint PIANC-IAPH Working Group II-30 (PIANC) 1995) prepared in cooperation with the International Maritime Pilots Association (IMPA) and the International Association of Lighthouse Authorities (IALA) gives a more generous allowance for preliminary guidance for setting entrance channel depths. It suggests that values of 1.3 times the maximum ship draft or more may be used for preliminary design purposes.

g.    *Empirically Based Method for Estimating Vertical Ship Excursions in Waves.* Exxon International Company published a report entitles "Underkeel Clearance in Ports" in 1982. Included in that report is a procedure to estimate the allowance required for a tanker due to wave-induced motions. Based on the model tests conducted at the Netherlands Ship Model Basin (NSMB) (Koele and Hooft 1969) and reported by PIANC (1975), the responses of a loaded, untrimmed 200K dwt tanker in shallow-water waves were estimated. The majority of the tests were conducted with ship speeds of 7 knots. Based on SOREAH model tests (1973a-c) and some theoretical predictions for a 21K dwt tanker performed by NSMB (1980), Kimon (1982) extrapolated the 200K dwt tanker responses and other vessel sizes. Vessel root mean squared (RMS) responses to 0.305-m (1-ft) waves are presented for a 200K dwt tanker in Figures 6-7 through 6-11 for relative wave headings of 0, 45, 90, 135, and 180 deg. Figures 6-12 and 6-13 provide information to adjust ship responses for different displacements, while Figures 6-14 and 6-15 provide allowances for wave encounters and periods. In general, the vertical motion is largest for the bow and beam waves. For a given direction, the response increases with wave period going from wind driven to swell type seas. Only relatively long waves, with periods greater than about 10 sec, have a significant effect on underkeel clearance. The response decreases with decreasing H/T ratio, i.e., shallower water, as the proximity of the bottom has a large damping

EM 1110-2-1613
31 May 06

effect as reported by Van Oortmerssen (1976). The effect of vessel speed is largely the result of its effect upon period of wave encounter. In head seas, the encounter period decreases with increased speed, whereas in following seas, the encounter period increases. Because of the shorter apparent wave period in head seas, the vertical motion response decreases. Conversely, in following seas, there is a longer apparent wave period and, thus, increased response. In beam seas, there is no appreciable variation with ship speed. Tanker size is most significant for quartering, head, and following seas, since the response in these seas is sensitive to ship length. In quartering seas, pitch has a much greater effect on vertical motions of smaller-size vessels.

An example of the computation of the underkeel clearance allowance for waves is provided. Assume a 270K dwt tanker that is loaded to a 21-m (68-ft) draft having a 52-m (170-ft) beam, a roll period of 10 sec and a pitch period of 10 sec operating at 5 knots in charted water depths of 17 meters (55 feet) and a tide level of 7 meters (22.9 ft). The channel length is 2 nm, and the sea state has an average wave height of 3 m (10 ft), a period of 15 sec, and a relative wave heading of 180 deg to the ship's motion. From Figure 6-11, the RMS response for a 200K dwt tanker in 0.3048-m (1-ft) seas is 0.296. The RMS response for a 200K dwt tanker at the given wave height is 0.296 times the significant wave height of 0.40 m (2.96 ft). The displacement response ratio from Figure 6-12 is 0.86, and the RMS response for the given ship is 2.96 times 0.86 or 0.77 m (2.55 ft). The period of encounter from Figure 6-15 is 17 sec. The number of wave encounters is estimated by the distance/speed over ground (2nm/5knts) times 3600/17 sec or 85. The wave encounter multiplier from Figure 6-14 is 4.25, and the wave allowance is 4.25 times (0.77 m (2.55 ft) or 3.3 m (10.85 ft).

USACE_014571



Figure 6-7. Head sea response, $V_k$ = 0-9 knots

USACE_014572

EM 1110-2-1613
31 May 06



Figure 6-8. Bow sea response, $V_k$ = 0-9 knots

USACE_014573



Figure 6-9. Beam sea response, $V_k$ = any speed

USACE_014574

EM 1110-2-1613
31 May 06



Figure 6-10. Quartering sea response, $V_k$ = 0-9 knots

USACE_014575



Figure 6-11. Following sea response, $V_k$ = 0-9 knots

USACE_014576

EM 1110-2-1613
31 May 06



Figure 6-12. Displacement response ratios, θ = 0°, 90°, 180°

USACE_014577



Figure 6-13. Displacement response ratios, θ = 45°, 135°

USACE_014578

EM 1110-2-1613
31 May 06



Figure 6-14. Wave encounter multiplier

USACE_014579



Figure 6-15. Wave encounter period

USACE_014580

EM 1110-2-1613
31 May 06

    h.    *Columbia River Entrance Study.* Ship response data were collected over a 2-year
period at the mouth of the Columbia River, Washington/ Oregon (WA/OR), by the U.S. Army
Engineer District, Portland (Wang et al. 1980). Because of the open nature of the entrance
geometry, ship squat was considered negligible.

    (1)    Noble (1983) provides the summary of ship motions shown in Table 6-2. Myers
(1969) indicates that the ship's natural period of roll is generally two or three times that of pitch.
Table 6-2 indicates this is generally true of the degrees of roll and pitch as well.

Table 6-2
Summary of Heave, Roll, and Pitch Motions (after Noble 1983)

| $\Sigma$% Freq Occ | Heav in ft Avg | Heav in ft Max | Roll Deg Avg | Roll Deg Max | Pitch Deg Avg | Pitch Deg Max |
|---|---|---|---|---|---|---|
| 75 | 0.8 | 2.0 | 0.8 | 2.3 | 0.4 | 0.9 |
| 50 | 1.3 | 3.6 | 1.3 | 3.8 | 0.5 | 1.3 |
| 25 | 2.2 | 6.0 | 2.2 | 5.7 | 0.7 | 2.1 |
| 10 | 2.8 | 8.4 | 3.1 | 13.0 | 1.7 | 4.9 |
| 5 | 3.1 | 9.7 | 5.1 | 13.4 | 1.7 | 4.9 |
| Max | 4.1 | 12.4 | 5.5 | 17.5 | 2.2 | 6.0 |

Critical motions of a ship occur at the bow and stern and are most dependent on the wave height
and encounter period. While wave height has the most influence on ship motion, the Columbia
River study showed that the outbound voyages generally exhibited greater motions than inbound
voyages. This demonstrates that shorter encounter periods cause greater bow/stern motions than
longer periods. A relationship was derived using the independent variables wave height, natural
pitch period, and encounter period of the ships to give the dependent variable of average bow or
stern ship motion in waves for each voyage.

$$P_{avg} = 0.57 + 0.99 \left( \frac{H_s T_\phi}{T_e} \right) \tag{6-10}$$

where

    $P_{avg}$ = average bow or stern ship motion in waves (meters (feet))

    $H_s$ = significant wave height (meters (feet))

    $T_\phi$ = natural ship pitch period (seconds)

    $T_e$ = encounter period (seconds)

The relationship and the values used to develop it are found in Noble (1983). The 95 percent
confidence limits are shown, and the relationship is reported to have a 0.86 correlation
coefficient.

USACE_014581

(2)    The distribution of ship motions on an individual voyage follows the Rayleigh distribution. This distribution can be stated as:

$$P_{(p)} = 1.13 P_{avg} [-1n(1-p)]^{1/2} \tag{6-11}$$

where

$P_{(p)} =$  bow or stern ship motion with a probability of 1-p of not being exceeded (meters (feet))

$P_{avg} =$  average bow or stern ship motion during a transit (meters (feet))

$p =$  probability of exceedence (percent)

If we assume that the critical ship motion for a particular transit should be $P_{(95)}$, then Equation 6-11 becomes:

$$P_{(95)} = 1.96 P_{avg} \tag{6-12}$$

By considering the frequency of occurrence of each wave condition, a distribution of the critical ship motion (critical ship motion being the $P_{(95)}$ or other selected $P_{(p)}$ of a transit under a particular set of conditions) is obtained for a particular ship (Figure 4, Noble 1983).

(3)    Designers are most interested in extreme events. The ship response in wave data was reviewed, and the maximum ship motion for each of the outbound transits was plotted against the incident wave wave height. A linear regression was fitted through the maximum ship motion data and the 95 percent (two standard deviations) confidence limit added. The data and curves normalized by the wave height are shown in Figure 6-16. It is noted that use of Equations 6-10 and 6-11 result in nearly the same answers a the regression curve for the maximum ship motion. However, if it is desired to ensure that none of the ships will strike the bottom, then the recommended design curve should be used. Consultation with the bar pilots at the entrance will indicate the local practice.

   *i.    Analysis Methods.* For more accurate determination in final design, it is possible to investigate ship wave response in entrance channels using the following alternatives:

(1)    Analytically, using strip theory or other theoretical calculation methods as developed by naval architects.

(2)    Experimentally, using radio-controlled, free running, scaled ship models with wave response measurements.

(3)    Direct, onboard ship measurements while transiting through the entrance channels.

Methods to conduct these types of investigations have been developed and are being used in entrance channel design on an experimental or research basis at present. However, further development of such techniques for entrance channel design is still being pursued, especially the analytical techniques.

USACE_014582

EM 1110-2-1613
31 May 06



Figure 6-16. Maximum ship motion response, mouth of Columbia River - Outbound

*j.    Alternative Approaches.* Some theories (Lewis 1989) are available and appear to be good for deep-water conditions. Naval architects use these computational methods for structural ship design for practical applications. However, use in shallow water for a typical entrance channel has not been demonstrated. A major factor affecting design includes operational considerations, e.g., when are ships brought into harbor and under what adverse conditions. Pilot strategy and response to wave conditions are also important, e.g., reducing speed generally will reduce ship response. Course changes can also modify the ship response; however, this is not usually possible in a dredged entrance channel. Ships will also sway or yaw in wave conditions, which can affect control of the ship, thus, all ship motions need to be calculated considering proper pilot control.

*k.    Future Research.* Recently, ERDC/WES has been working with a research naval architecture company to develop and provide a ship motion response model to use on the ERDC/WES ship simulator. To date, results are encouraging; however, this effort is still considered a research tool and needs further verification.

Statistical approaches based on measured ship response functions to wave conditions have been developed and are being used by the U.S. Navy and the Ministry of Transport, The Netherlands. Research to develop a similar approach for U.S. ports is being proposed.

6-5.  Depth Allowances

*a.    Design Basis.* The designer must take care that the design channel depths developed from the economic analysis are at least equal to the loaded draft (summer, salt water) of the design ship, plus an allowance for the following factors:

(1)    Ship squat.

(2)    Ship lowering in fresh water.

USACE_014583

(3)   Vertical ship motion due to wave action.

(4)   Safety clearance.

A diagram depicting these allowances and its relation to the channel bottom is shown in Figure 6-17.



Figure 6-17. Channel depth allowances

   *b.   Effect of Fresh Water.* When ships call at ports with fresh or brackish water, the ship draft will increase because of a decrease in density of the water. The difference in unit weight between salt and fresh water is from 1025.84 kg/m$^3$ (64.043 lb/cu ft) to 998.98 kg/m$^3$ (62.366 lb/cu ft) or 26.86 kg/m$^3$ (1.68 lb/cu ft). Therefore, the ship draft will increase by 2.619 percent going from sea water to fresh water; brackish water at half the salinity would be 1.3095 percent. A ship with a 10.7-m (35-ft) draft would be increased in fresh water to 10.95 m (35.9165 ft) or about a 0.25-m (1-ft) increase. A maximum allowance of 0.25 m (1 ft) is appropriate in cases where the port is located in freshwater; 0.15 m (0.5 ft) is recommended when the port area is brackish.

   *c.   Trim.* In normal operations, most ships have capabilities to change the load and ballast conditions to provide desirable trim position. A ship in ballast (without any cargo) is loaded by pumping seawater into ballast tanks to provide sufficient draft to submerge the ship propeller and rudder. A small trim by the stern is usually beneficial for improved maneuverability and usually required by local pilots. Ships in motion will tend to change static trim conditions; tankers tend to trim down by the bow and containerships (and other fine-formed

USACE_014584

EM 1110-2-1613
31 May 06

ships) trim down by the stern. The provision of a channel depth allowance for ship trim conditions is usually not necessary, since this is an operational decision to be determined by the local pilots as reflected by local port needs and requirements.

*d.    Shallow-Water Effects.* Channel design bottom clearance should consider safety and efficiency of ship traffic in project operation. Small underkeel clearance will affect ship squat, maneuverability, and resistance compared to normal deep-water ocean operations. Pilots report that ships become more difficult to handle at small underkeel clearances, requiring large rudder angles to steer and turn ships in curves. Ships sailing in shallow water call for increased engine speed and power, which has an impact on fuel consumption. The potential for bank failure, bottom material movement, and scour increases considerably as power is augmented to the propeller to maintain desired ship speed.

*e.    Safety Clearance.* In the interest of safety, a clearance of at least 2 ft (0.6 m) is normally provided between the bottom of a ship and the design channel bottom to avoid damage to ship hull, propellers, and rudders from bottom irregularities and debris. When the bottom of the channel is hard, consisting of rock, consolidated sand, or clay, the clearance should be increased to at least 0.9 m (3 ft).

*f.    Advance Maintenance.* Advance maintenance consists of dredging deeper than the channel design depth to provide for the accumulation and storage of sediment. Justification for advance maintenance is based on depth reliability and economy of less frequent dredging. Economic consideration should also be given to providing a sediment trap near a project entrance channel as an alternative to advance maintenance. Deeper channels will tend to be more efficient sediment traps and can shoal at faster rates (Trawle 1981). However, a deeper channel might tend to localize shoaling and could reduce the length of channel to be dredged and cost of maintenance dredging. Estimates are needed on several depth increments of advance maintenance and expected effect on shoaling rates to determine the optimum depth. Conditions will vary with each project, and the design depth and overdredging that might be applicable for advance maintenance should be based on an evaluation of local conditions at each project. Generally, depth increments of 0.6 or 0.9 m (2 or 3 ft) are normal advance maintenance allowances.

*g.    Dredging Tolerance.* In addition to advance maintenance dredging, an additional 0.3 to 0.9 m (1 to 3 ft) below the selected dredging depth is generally provided as a dredging pay item because of the inability to dredge at a uniform depth with fluctuating water surface. This additional dredging allowance is referred to as dredging tolerance. Depth allowances for advance maintenance and dredging tolerance are provided in addition to the design (authorized) depth.

*h.    Total Depth.* The design (authorized) depth will include the various allowances as shown in Figure 6-17. Advance maintenance and dredging tolerance are provided in addition to the design depth.

USACE_014585

CHAPTER 7

Channel Dredging and Disposal

7-1.   Channel Dredging.

    *a.*    Channel dredging involves initial construction to provide the navigation channel design depth with allowances for advance maintenance dredging and dredging tolerance, and for the periodic removal of sediment deposited on the channel bed, which is referred to as channel maintenance after construction. The type of material that must be excavated and the location of dredged material disposal areas are important factors that enter into the channel cost estimate. Estimates of both construction and maintenance dredging for various channel alignments and dimensions have to be included in the project optimization analysis. Deep-draft channels are usually dredged by hopper dredges in entrance channels or where the dredge may be exposed to wave action, during dredging or during the material disposal operation. This is usually the case when offshore disposal is proposed. Pipeline dredges usually are more economical than hopper dredges with greater production but are restricted to protected or semiprotected areas. The Dredged Material Research Program (DMRP) resulted in excellent evaluation of current dredging methods, disposal techniques, and environmental impacts. DMRP results, published in a series of ERDC/WES technical reports, provide useful information for dredging and disposal plans. Most of the information is available in EM 1110-2-1202 and EM 1110-2-5025.

    *b.*    An ongoing research and development program, the Dredging Research Program (DRP), is implementing new technology for dredging operations, equipment, control, and measurements. Study results are being published in a series of ERDC/WES technical reports, bulletins, DRP technical notes, newsletters, etc. The planner/designer should consult these publications for recent research results and availability of products.

7-2.   Disposal Sites. Disposal sites can be ocean-continental shelf or deep-water, estuary, intertidal, streams, bay, lake, or upland. Ocean disposal remote from the channel has the advantage of assuring that the material will not reenter the channel; however, costs are usually the highest. Disposal in estuaries should be in areas where tidal currents will not move the material back into the channel being developed or adversely affect the environment. Intertidal disposal (between low-tide and high-tide levels) might be feasible where the creation of marshes for fish and wildlife habitat or beach restoration is desired. Upland disposal will usually require dikes and weirs to control the solids content of carrier water returning to the waterway, and temporary restraining structures might be required for marsh creation. The effect of disposal in streams on channel maintenance and development and the environment must be considered. Predictive models are available to estimate the location and extent of dredged material movement after disposal (Johnson 1990).

7-3.   Use of Dredged Material. A study of beneficial uses of the dredged material might indicate an increase to project benefits. Some beneficial uses of dredged material would be:

    *a.*    Landfill for industrial development.

    *b.*    Construction materials.

    *c.*    Topsoil.

USACE_014586

EM 1110-2-1613
31 May 06

    *d.*   Marsh creation.

    *e.*   Beach restoration.

7-4.  <u>Environmental Effects.</u> Studies must consider all positive and negative environmental effects of the alternative dredging and material disposal plans considered. Some of the environmental effects may be changes in water levels, erosion, water circulation, flushing rates, saltwater intrusion, shoaling pattern, or distribution of wave energy along the shoreline. Any plan recommended must have an environmental assessment. The assessment will indicate whether a Statement of Findings or an Environmental Impact Statement will be required, including a comprehensive mitigation plan with cost for any adverse effects. In the development or improvement of deep-draft navigation projects, the effects of dredging disposal on fish and wildlife resources and possible productive use of dredged material must be considered. Special consideration will be required for both dredging method and disposal when dealing with contaminated materials. Public Law 409, Section 5, requires the study and prediction of erosion and accretion for a distance of not less than 16 kilometers (10 miles) on either side of an improvement of the entrance at the mouth of a river or inlet. Project limits should be extended beyond the project features to allow future mitigation work, if needed. Mathematical and physical model studies are currently the best method to predict project-caused changes in salinity, shoaling patterns, current velocities, tidal flushing, and dispersion rates. Prototype verification data for model studies are essential and should cover a wide range of conditions. Quantitative biological assessment of project impact to the aquatic life is needed to plan mitigation measures.

USACE_014587

CHAPTER 8

Channel Width

8-1.  Design Criteria.

   *a.    Design Factors.* The design width of the channel will be determined to accommodate the design ship(s) representative of the project forecasted user fleet. This width need not be constant throughout the project but may vary as necessary so that the design ship can make a safe, efficient, and cost-effective transit of the channel under the set of operational conditions chosen. The channel width required will depend on the following main factors:

   (1)    Design ship beam, length, and draft.

   (2)    Local piloted ship control.

   (3)    Channel cross section and alignment.

   (4)    River and tidal currents.

   (5)    Navigation traffic pattern (one- or two-way).

   (6)    Vessel traffic intensity and congestion.

   (7)    Wind and wave effects.

   (8)    Visibility.

   (9)    Quality and spacing of navigation aids.

   (10)   Composition of channel bed and banks.

   (11)   Variability of channel and currents.

   (12)   Speed of design ship.

   *b.    Other Considerations.* The design channel width is defined as the width measured at the bottom of the side slopes on each side of the channel at the design depth. Upon project authorization, the design widths are considered, nominally, to be the authorized widths. This should not preclude minor adjustments in width during continued design, construction, and operation as circumstances warrant and delegated authorities permit. The specified width provides for local increases at entrances, bends, turns, sidings, and maneuvering and turning basins as required to allow normal ship operations in a safe and efficient manner. Physical models and ship simulator techniques can be used to assess the safety and efficiency of alternative channel design widths. Paragraph 8-2 discusses preliminary channel design, especially at the initial stage of navigation projects.

EM 1110-2-1613
31 May 06

8-2.   Channel Alignment.

   *a.   Design.*

   (1)   To minimize initial and maintenance dredging, the alignment of a navigation channel is usually designed to follow the course of the deeper channel in a river or estuary. The channel lay-out should also consider the effects of speed and direction of currents as well as predominant wind conditions on ship navigation. In general, currents aligned with the channel are desirable to reduce the adverse navigation effects from crosscurrents. In tidal flow situations, there are often separate flood and ebb natural channels, which may not be the same. In meandering river waterways, navigation channel crossings from one outside bend channel to the next will also require dredging through natural shoal areas. Circular bends in alignment should not be necessary, except in large angular deflection channel turns. An alignment consisting of straight reaches with small turns between channel segments permits pairs of range markers to be located on the channel centerline. This provides for better channel location and ship pilot control than other possible channel aids to navigation. The straight segments between turns should be at least five times the length of the design ship. Most channel turns should be designed with cutoffs on the inside of the turn as described later in this chapter. Training structures, such as dikes, jetties, breakwaters, revetments, and wave absorbers, might be required to maintain acceptable channel alignment and dimensions and reduce wave conditions. The location and placement of these structures will have an impact on the channel navigability in addition to sediment movement and require careful design. Channel alignment that cuts across sandbars and mud banks should be avoided, if possible; training structures to control the movement and deposition of sediment will usually be required. As a general rule, entrance channels should be aligned parallel to the propagating direction of predominant waves. With this alignment, wave-generated crosscurrents and ship wave response are avoided and result in advantageous effects on both sedimentation control and ship handling.

   (2)   Channel alignment option studies should consist of selecting several alternate routes and developing construction and maintenance costs for each. Project benefits for each alignment will involve improvements associated with relative ship transit times. A comparison of annual project costs and benefits will determine the optimum channel alignment.

8-3.   Channel Cross Section.

   *a.   Channel Variability.* The cross section of navigation channels varies substantially, depending on local project conditions, as well as along the length of the channel in the same waterway. Figure 8-1 presents example cross sections for three of the main types. It is possible to classify the channel geometry into four types of cross sections to develop channel-width criteria in a rational way, taking into account parameters that govern ship navigation. The usual "at sea" unconfined ship operating water environment is modified considerably in the normal restricted channel or waterway cross sections, which are defined and explained below:

   (1)   *Shallow water*. Wide, unrestricted waterways without channel banks, near the ocean end of entrance channels, usually provided with range markers and channel edge buoys. Substantial bottom effects but negligible bank forces and thus no noticeable vessel reaction to the proximity of the channel edge. Strong ship yawing forces from crosscurrent effects and wave action.

USACE_014589



Figure 8-1. Channel cross sections

(2)  *Canal*. Narrow, fully restricted channels with clear and visible banks often with only minimal aids to navigation. Negligible yawing forces occur, since currents are aligned with the channel, except at turns. Strong bank effects with off-center-line ship position and good bank cues.

(3)  *Trench*. Dredged- or open-type restricted channels, intermediate between canals and shallow water, with submerged banks on each side, usually provided with range markers and channel edge buoys or beacons. Some ship yawing forces from crosscurrent and wave effects on ship navigation are often present with variable bank effects. Bank cues can be important in piloting. Magnitude of yawing forces dependent on overbank depth on each side of the sailing ship and crosscurrents, waves, and winds.

(4)  *Asymmetric*. Different depths or bank conditions on each side of a channel centerline (stepped channels) or other combinations of asymmetry about the center or sailing line. In addition to range markers and beacons, channel edge steps are sometimes marked by special buoys. Possible strong bank force effects can be experienced with some ship yawing. There is a tendency for a ship to drift away from channel centerline.

8-4.  Interior Channels.

*a.  Design Methodology*. Harbor access channels leading from the bar or entrance channel to the port area are referred to as interior channels. For straight channels without any turns, the required channel widths to accommodate a given design ship should be determined based on the following factors in the order of importance:

(1)  Traffic pattern (one-way or two-way).

USACE_014590

EM 1110-2-1613
31 May 06

    (2)    Design ship beam and length.

    (3)    Channel cross section shape.

    (4)    Current speed and direction.

    (5)    Quality and accuracy of aids to navigation.

    (6)    Variability of channel and currents.

Design widths have, in the past, been based on dividing the total required width into a maneuvering lane and a bank clearance lane. The criterion was developed by assigning three levels of ship controllability and judgment as the main factors to consider in channel width design. Methods to deal with these factors have not been developed. Evaluation of many navigation project studies on the ERDC/WES Ship Simulator has shown that professional pilots do not think in a manner or control ships in a way that makes such channel width division logical. In fact, pilots routinely use the bank effects as a cue in determining ship position by deliberately moving the ship off the channel centerline toward the bank. Since there is no particular advantage in assigning a value to a maneuvering and a bank clearance lane, an alternative method has been developed. The following procedure refers to total channel width and incorporates the six factors listed above as the most important in deciding the design channel width. Figure 8-2 presents two examples of channel width definition.

    *b.*    *Width Criteria.* Numerous studies have been made reviewing generally accepted design practice in dimensioning channel widths for ship navigation. For one-way ship traffic, values vary from 2.0 to 6.0 or even 7.0 times the design ship beam. A range of 2.8 to 5.0 had been developed based on McAleer, Wicker, and Johnston (1965) and used for design criteria. Simulator studies have consistently showed that it is possible to control ships sailing in quite narrow channels and that the available Corps and international design criteria are overly conservative. In particular, simulator tests on the Sacramento River and the Brazos Island Harbor both indicate that uniform, straight canals with very small currents resulted in recommended channel widths near 2.0 times the design ship beam. Table 8-1 summarizes these test results.

| Table 8-1 Channel Design Width Tests | | |
|---|---|---|
| Simulation Study | Design Ship Beam, m (ft) | Recommended Channel Width, m (ft) | Width/Beam, m (ft) |
| Brazos Island Harbor | 32 (106) | 76 (250) | 0.7 (2.4) |
| Sacramento River | 28 (93) | 61 (200) | 0.3 (2.2) |

Based on these test results, a value of 2.5 times the design ship beam for canals with negligible currents should be conservative. Using this value and other available data, Table 8-2 is proposed for interim use in one-way channels:

USACE_014591



Figure 8-2. Channel design width

USACE_014592

EM 1110-2-1613
31 May 06

Table 8-2
One-Way Ship Traffic Channel Width Design Criteria

| Channel Cross Section | Design Ship Beam Multipliers for Maximum Current, Knots | | |
|---|---|---|---|
| | 0.0 to 0.5 | 0.5 to 1.5 | 1.5 to 3.0 |
| Constant Cross Section, Best Aids to Navigation | | | |
| Shallow | 3.0 | 4.0 | 5.0 |
| Canal | 2.5 | 3.0 | 3.5 |
| Trench | 2.75 | 3.25 | 4.0 |
| Variable Cross Section, Average Aids to Navigation | | | |
| Shallow | 3.5 | 4.5 | 5.5 |
| Canal | 3.0 | 3.5 | 4.0 |
| Trench | 3.5 | 4.0 | 5.0 |

Developing a similar table for two-way ship traffic is difficult because of lack of simulator data. An analysis of published criteria shows a similar highly conservative basis for design. Recent testing on the Houston Ship Channel resulted in data that were also used to develop Table 8-3.

Table 8-3
Two-Way Ship Traffic Channel Width Design Criteria

| Uniform Channel Cross Section | Design Ship Beam Multipliers for Maximum Current, Knots (ft/sec) | | |
|---|---|---|---|
| | 0.0 to 0.5 (0.0 to 0.8) | 0.5 to 1.5 (0.8 to 2.5) | 1.5 to 3.0 (2.5 to 5.0) |
| Best Aids to Navigation | | | |
| Shallow | 5.0 | 6.0 | 8.0 |
| Canal | 4.0 | 4.5 | 5.5 |
| Trench | 4.5 | 5.5 | 6.5 |

The design channel width for navigation projects with maximum currents greater than 3.0 knots should be developed with the assistance of a ship simulator design study. Furthermore, bank suction can significantly affect ship maneuvering in narrow channels; however, there is no simple analytical relationship between these effects and channel width design criteria. Bank effects should be considered during channel design and can be handled most efficiently through the use of numerical modeling techniques such as those used in a ship simulator.

8-5.  Entrance Channels.

    a.    Entrance Channel Navigation.

USACE_014593

(1)     Navigation in entrance channels is often affected adversely by strong and variable (in space and time) tidal currents, rough seas and swell, breaking waves, and wind. In some places, frequent fog, snow, and rain will also cause visibility problems. At some level of ship control difficulty, the navigation traffic may be stopped through the port entrance channel or bar by the U.S. Coast Guard, local pilots, or other entity, i.e., the bar is "closed." It is important that the project planner/designer develop operational information on bar closure conditions to be able to design an optimum entrance channel width without compromising safety. Depending on local conditions, safe navigation will usually require a wider and deeper entrance channel than the port interior channels. The magnitude of this is difficult to estimate but should be based primarily on horizontal ship motion from wave effects. It may be necessary in some cases to design the entrance channel for two-way traffic because of the intensity of port navigation, which would increase channel width even more.

(2)     Bar channels and entrances protected by jetties and training structures will require special studies of tidal currents, wave conditions, littoral drift, and shoaling tendencies to determine the optimum channel width and structure arrangement. Other design parameters such as channel alignment, required cross section, and degree of harbor wave action can also be developed during such a study. Each project will require substantial information on local conditions for the design analysis and evaluation studies needed for judicious overall project design.

    *b.    Entrance Channel Width.* The width allowance in excess of the interior channel width to account for wave effects on horizontal ship motion is difficult to estimate. A recent project for Barbers Point Harbor using a physical model study at the Coastal and Hydraulics Laboratory (CHL) at ERDC/WES (Briggs et al. 1994) included extensive measurements of ship model motion and piloting to help design the entrance channel. Another project on the San Juan Harbor involved a mathematical model of ship response and piloting on the WES ship simulator (Webb 1993) to develop a safe and adequate entrance channel. These two references should be reviewed and the individuals at ERDC/WES consulted to gain the most recent information. Field data measurements of ship horizontal motion were also conducted at the Mouth of the Columbia River project and should also be reviewed (Wang et al. 1980).

8-6.   Channel Turns and Bends.

    *a.    Ship Turning Maneuver.* The swept path of a ship making a turn is wider than its swept path in a straight channel simply because of the geometry of the turning ship. Experience has shown that controllability of a ship while turning is degraded compared to maneuvering in a straight channel, thus causing a wider swept path. The width of the swept path is dependent on the following:

(1)     Ship yaw angle while turning.

(2)     Length and beam of the ship.

(3)     Ship rudder angle.

(4)     Possible use or nonuse of kick turning by the pilot.

(5)     Location and spacing of aids to navigation in the turn.

EM 1110-2-1613
31 May 06

(6)   Local current and other environmental conditions.

If the turning is in a given channel configuration, the channel turn radius, the deflection angle of
turn, and the channel width and variability will also have an impact. Generally, channels with turns
and bends are more difficult to navigate compared with straight reaches because of reduction in
sight distance, reduced effectiveness of aids to navigation, changing channel cross-sectional area,
and greater effect from varying current and bank suction forces.

   *b.   Channel Width in Turns.* Since the swept path of a ship making a turn is wider than the
path in a straight channel reach, a greater channel width is required in turns and bends. The swept
path of a turning ship is dependent mainly on the channel turn radius and the ship length.
Figure 8-3 presents a definition sketch of the relevant variables and a plot giving required channel
width increase in turns. The deflection angle of the channel turn may also be a factor resulting from
the piloting and ship control difficulty while maneuvering a ship around a channel turn. Since pilots
often use the bank effects to assist in a turn, the bank conditions are also very important to the
design of the turn. However, the recommended turn design does not include bank effects. The
graph shown in Figure 8-3 can be used to relate the required channel width increase in a turn for
design purposes. Channel turns should not be designed for turn radius-to-ship length ratios less
than 3, because ships cannot hydrodynamically maneuver around a sharper turn. Table 8-4
summarizes the recommendations on channel turn configurations including channel width
increases in the turn. The table includes recommended turn radius-to-ship length ratios as a
function of the turn deflection angles. Figure 8-4 gives a definition and geometric relations for each
recommended turn type.

   *c.   Turn Design.* The channel turn width increase indicated in Table 8-4 can be designed
in several ways. Recommendations for specific turn types varying from a straightforward
(unwidened) angle to connecting circular arcs are also presented in the table as a function of the
turn deflection angle (Figure 8-4). In general, the greater the deflection angle, the longer the
channel turn or curve for a given turn radius. A common method to provide the additional
channel width is the apex or cutoff method, which provides the turn width increase on the inside
of the turn using a single straight line. Alternatively, multiple straight lines can be used to
replace the single line on the inside of the turn. In some cases, the outer point can also be cut off,
since ships would not use the outer turn apex. The apex turn may produce adverse current
patterns, especially in canals or high current situations, which would be detrimental to ship
navigation. An alternative turn may be designed using circular arcs with parallel or nonparallel
banks. The width increase is provided through the turn with transitions to the straight channel
segments on each end of the turn. Transitions assist pilots in maintaining control as the ship is
steered out of the turn.

USACE_014595

EM 1110-2-1613
31 May 06

Table 8-4
Recommended Channel Turn Configurations

| Deflection Angle, Deg | Ratio of Turn Radius/ Ship Length | Turn Width Increase Factor (* Ship Beam) | Turn Type |
|---|---|---|---|
| 0 - 10 | 0 | 0 | Angle |
| 10 - 25 | 3 - 5 | 2.0 - 1.0 | Cutoff |
| 25 - 35 | 5 - 7 | 1.0 - 0.7 | Apex |
| 35 - 50 | 7 - 10 | 0.7 - 0.5 | Curved |
| >50 | >10 | 0.5 | Circle |



Figure 8-3. Channel width increase in turns

USACE_014596

EM 1110-2-1613
31 May 06



Figure 8-4. Channel turn configurations

USACE_014597

*d.    Width Increase.* Increasing the width of channels in turns could affect the current pattern alignment, which may tend to cause ship steering problems. Channel shoaling tendencies could also be affected and rates and location of shoaling areas changed. The local effects of currents, wind, waves, and visibility on ship piloting must be evaluated for each project. Physical ship models and appropriate testing facilities are available at ERDC/WES to conduct design studies when required. Numerical models of currents and sediment movement in conjunction with the ERDC/WES ship simulator can provide comprehensive study capabilities when warranted by the project.

*e.    Successive Turns.* Successive turns or double bends can be reverse turns (S-bends) or consecutive (U-type) turns. An important variable is the length of straight segment between turns that should be provided to allow the ship pilot to regain control prior to starting the maneuvers for the second turn. Swedish research by Norrbin (1986) indicates that at least five times the design ship length of straight segment should be allowed between successive turns. In some cases, the physical constraints will dictate tighter turns, perhaps with little, if any, straight segments between turns. Design of such special circumstances should be done by using ship simulation testing to develop appropriate channel alignments and dimensions.

USACE_014598

CHAPTER 9

Integral Project Features

9-1.  <u>Navigation Features.</u> The following is a list of navigation features normally considered as a part of the overall improvement project:

    *a.*    Turning basins.

    *b.*    Anchorage areas.

    *c.*    Jetties and breakwaters.

    *d.*    Dikes and other channel training or control structures.

    *e.*    Salinity barriers.

    *f.*    Diversion works.

    *g.*    Aids to navigation.

    *h.*    Ice barriers.

    *i.*    Maneuvering areas.

    *j.*    Ship locks.

    *k.*    Channel wideners at turns or bends (local width increases).

These individual features when pertinent are usually integral to and necessary for the day-to-day operation of the port and allow the design ship to sail through the proposed channel improvement project in a safe and efficient manner.

9-2.  <u>Turning Basins.</u>

    *a.*    *Ship Turning.* In normal operations, turning basins are used by the pilots in conjunction with two or more tugs to bring the ship about. Full advantage is also taken of the prevailing currents and wind conditions to help maneuver the ship. The pilot strategy may be different on flood or ebb tide current and may change with wind direction. If the ship is equipped with thrusters (bow or stern, sometimes both), then these will be used to the fullest. The ship engine and rudder are usually manipulated, which will provide additional control. Care is usually taken to keep the ship stern away from shoals, rocks, banks, and docks to minimize possible damage to propellers and rudders. Pilot strategy may change, however, depending on the location of the ship bridge on the ship. When the bridge is located at or near the stern of the ship, turning will be accomplished using the stern with another visible reference to control and monitor ship position.

USACE_014599

EM 1110-2-1613
31 May 06

    *b.  Location.* Navigation channel project improvements will provide for a turning basin to enable the ships to be turned about to reverse ship direction and allow an outbound sailing transit. The basin is usually located at the head of navigation near the upstream end of the channel project, upstream of a group of terminals and docks on a long channel, or at the entrance to a side channel with berthing facilities. The turning basin will be designed to provide sufficient area to allow the design ship to turn around using ship bow and stern thrusters (if available) and with local port tug assistance. Preference in turning basin location should be given to a site with the lowest current effects, since this has a major impact on the turning ship and therefore the size of the turning basin. Figure 9-1 gives recommended shape and size of turning basins in low and high current situations.

    *c.  Size.*

    (1)  The size of the turning basin should provide a minimum turning diameter of at least 1.2 times the length of the design ship where prevailing currents are 0.5 knot or less. Recent ERDC/WES simulator studies have shown that turning basins should provide minimum turning diameters of 1.5 times the length of the design setup where tidal currents are less than 1.5 knots. The turning basin should be elongated along the prevailing current direction when currents are greater than 1.5 knots and designed according to tests conducted on a ship simulator (Figure 9-1). Turning operations with tankers in ballast condition or other ships with high sail areas and design wind speeds of greater than 25 knots will require a special design study using a ship simulator.

    (2)  Where traffic conditions permit, the turning basin should use the navigation channel as part of the basin area. The shape of the basin is usually trapezoidal or elongated trapezoidal with the long side coincident with the prevailing current direction and the channel edge. The short side will be at least equal to the design multiple (1.2 or 1.5, depending on the current) times the ship length. The ends will make angles of 45 deg or less with the adjacent edge of the channel, depending on local shoaling tendencies. Modifications of this shape are acceptable to permit better sediment flushing characteristics or accommodate local operational considerations.

    *d.  Depth.* Normally, the depth of a turning basin should be equal to the channel depth leading or adjacent to the basin proper. This is done to prevent any possibility of confusion by the channel project users that could cause grounding accidents. The normal dredging tolerance and advance maintenance allowance are included in the depth of the turning basin. In some operational circumstances where design ships will always turn in ballast, the turning basin could be designed to a smaller ballasted ship draft, which could provide substantial cost savings.

    *e.  Shoaling.* A turning basin will tend to increase shoaling rates above normal channel rates because of the increase of the channel cross-sectional area, which modifies current patterns. Increased shoaling in the basin could cause modifications in shoaling patterns farther downstream or upstream.

USACE_014600



Figure 9-1. Turning basin alternative designs

9-3.   Anchorages. Anchorages are provided near the entrance to some ports for vessels awaiting berthing space, undergoing repairs, receiving supplies and crews, awaiting inspection, and lightering off cargo. In cases with long navigation channels to get to the port area and heavy traffic, additional anchorages may also be provided along the channel. As shown in Figure 9-2, design of the required anchorage area depends on the method of ship mooring, the size and number of the ships in the anchorage, and the environmental forces (wind, currents, and waves) acting on the anchored ships. Normally, anchorage areas provide space to allow for free-swinging bow anchoring, since some ships are not equipped with stern anchors. Free-swinging moorings require a circular area having a radius equal to the length of the ship plus the length of the anchor chain (scope of the anchor). The U.S. Navy (1981) has calculated a set of tables giving these required dimensions from which the following approximation can be

EM 1110-2-1613
31 May 06

developed for average 15-m (50-ft-) depth conditions and design ship lengths from 213 to 305 m (700 to 1,000 ft):

$$D/L = 3.0 \tag{9-1}$$

where

$D$ = diameter of anchor swing in feet

$L$ = ship length in feet

This formula assumes that the length of the anchor chain swing circle is six times the depth and that 2.7 m (90 ft) of anchor drag occurs. Large free-swinging anchorages can be expensive to construct and maintain, since sedimentation frequently becomes a problem. Consideration should be given by the designer for the use of fixed mooring dolphins, which can substantially reduce the dredging area costs. Figure 9-2 presents two design anchorage configurations for two ships with free-swinging and fixed mooring situations.

9-4.   Jetties and Breakwaters.

   a.   Layout. Entrance channel jetties are usually designed to maintain a stable channel location and depth, control sediment from littoral drift, and reduce wave action in the entrance navigation channel. Some entrances at coasts with high wave action may also include breakwaters in addition to or separate from the entrance channel jetties. The entrance channel alignment should be oriented to reduce channel waves and control sediment movement, keeping in mind the ship maneuvering and control required through waves and crosscurrents. In most cases, two jetties, one on each side, will be needed to keep littoral drift from entering the channel. Jetties are normally aligned parallel with the channel alignment. However, curved jetties may act like a river training system and will help establish a stable deep channel on the outside of the bend. Converging alignments (arrowhead type) often produce unsatisfactory layout solutions because of greater length, no improvement in wave action, and entrance channel meandering. Some general entrance channel layout guidelines follow:

   (1)   Natural entrance channels in noncohesive (sandy) material are usually unstable.

   (2)   Parallel aligned twin jetties are preferred.

   (3)   Curved alignment should be considered if there is significant tidal flow or river discharge.

   (4)   Straight jetty alignments require closer spacing than a curved alignment to maintain channel depths.

   (5)   Unequal jetty lengths can cause asymmetric current patterns, making navigation difficult.

Further discussion on entrance channel layout and alternative structures is available in EM 1110-2-2904 and the Coastal Engineering Manual (CEM), Part V, Chapter 5.

USACE_014602



Figure 9-2. Alternative anchorage designs

USACE_014603

EM 1110-2-1613
31 May 06

   *b.   Spacing.* Determination of the width of the entrance channel should consider
navigation difficulties that are frequently encountered in entrance channels from wave action, wind,
crosscurrents, and poor visibility. The distance between the toes of the jetties is designed to provide
space beyond the channel edges for jetty stability. Consideration of the penetration of wave energy
into the harbor should be balanced with the necessary entrance channel width required for safe ship
passage. As is the case for proper channel width design, the quality and spacing of the aids to
navigation are important considerations also. Harbor entrance channels normally require larger
widths than the interior channels as a result of more adverse navigation conditions. Entrance widths
in the vicinity of the proposed project improvement should be compared and used in the initial
design phase. In most cases, entrance widths equal to the ship length have been found to be
satisfactory. Since the ship length-to-beam ratio for most commercial ships is about 1:7, a width
of 7*B* may be used for preliminary project design. Spacing in tidal entrances may be governed by
tidal flow considerations.

   *c.   Orientation.* One design criterium to be considered in the layout of jetties and
breakwaters is adequate navigation depths in the area to be protected from waves, especially the
entrance channel and the harbor interior. To minimize adverse ship motions and wave-generated
crosscurrents, the entrance channel should be oriented in the direction of the more severe waves.
Bar channels and entrances protected by jetties and breakwaters will require special studies of
ship navigation, tidal currents, waves, littoral transport, and shoaling tendencies to determine the
optimal design of channel width, cross section, alignment, orientation, and ship response to wave
action. Waves aligned with the entrance channel will be reduced in height as they travel between
jetties (Melo and Guza 1991a, 1991b). This reduction can be estimated by treating the jetty
entrance as a breakwater gap. The inter-jetty propagation distance corresponds to the normal
interior distance from the gap, and wave height change can be estimated from standard wave
diffraction diagrams. As a general rule, jetties should be long enough to extend beyond the
littoral zone so that sedimentation and breaking waves do not impact entrance channel
navigation. Additional design details on channel and jetty alignment can be obtained from
EM 1110-2-1607. Design procedures on jetty length and type are covered in EM 1110-2-2904.
Consideration of hydraulic physical, ship simulator, and mathematical model tests is highly
recommended for jetty and breakwater layout to optimize the design.

9-5.   Ship Locks and Salinity Barriers.

   *a.   Ship Locks.* Salinity barriers may be required to control and mitigate the effect of
salinity intrusion. A navigation lock is often used as an effective barrier against ocean salinity
propagating into freshwater portions of estuaries and canals. General guidelines for salinity
barrier design are presented in EM 1110-2-1607. The navigation conditions for ship locks
require careful design, especially the lock approach conditions, which should provide adequate
distance without waves, turns, and crosscurrents. An additional concern is the density-driven salt
water admitted into the lock chamber and thence the upper pool during the lockage of vessels for
navigation. Several devices and strategies have been developed to deal with this phenomenon,
such as submerged gates on the lock floor, pneumatic barriers, and special design of lock filling
and emptying systems. EM 1110-2-1611 and EM 1110-2-1604 discuss navigation and lock
design considerations, respectively.

USACE_014604

*b.    Submerged Barriers.* Barriers can be located in the deeper portions of the navigation channel to reduce salinity intrusion by stopping the deeper, denser saline water's movement upstream. Permanent sills have been considered for installation in the San Francisco Bay to reduce possible saltwater migration into the San Joaquin Delta. A temporary, erodible sill was investigated and implemented in the Lower Mississippi River during the 1988 drought to help protect the freshwater supply for New Orleans (Johnson, Boyd, and Keulegan 1987). The effectiveness of submerged sills and salinity barriers should be investigated and designed with the help of appropriate physical and mathematical models.

9-6.   Diversion Works. Diversion works are constructed to separate navigation channels from upland streams and to divert upstream flows. The purpose of the diversion might be to prevent sediment in the stream from shoaling the navigation channel, to limit salinity intrusion into the natural stream channel, or to return upstream flows back to estuarine areas for environmental purposes. Diversion works consist of a dam to close off normal discharges and a canal to convey diverted waters to a neighboring stream, bay, or sea. The environmental and navigational consequences of proposed flow diversion schemes will require intensive study as a result of potentially major changes in water quality and degradation of navigation conditions from crosscurrents and current increases.

9-7.   Bridge Clearance.

*a.    General.* The clear horizontal and vertical spacing available for navigation at overhead bridges should be sufficient to permit the safe transit of the design ship expected to use the navigation channel under normal operational conditions. The 1972 Waterways Safety Act placed responsibility for establishing bridge clearances with the U.S. Coast Guard. Therefore, initial project design planning of navigation projects involving new or existing bridge crossings should be coordinated with the local Coast Guard District Office, and final design will require Coast Guard approval. The following general guidance applies also to hurricane barriers, power line towers, or other structures that may be a potential obstruction to navigation in a waterway.

*b.    Horizontal Clearance.* In general, it is desirable that the horizontal clearance between bridge piers, including bridge fenders, should be equal to or greater than the local channel width. The design should provide for location of bridge piers to cause ship grounding rather than collision with piers or obstructions, which could cause loss of life. Some projects with older bridges built when ships were much smaller than today may have very difficult navigation conditions, sometimes with very small ship clearances. The project planner/designer should study the possibility of upgrading such bridges or other structures to reduce possible navigation hazards. In some cases, smaller distances between bridge piers than desirable may be necessary, depending on local conditions. Each design should consider the following factors:

(1)   Navigation traffic density and pattern (one- or two-way).

(2)   Alignment and speed of water current.

(3)   Risk of collision.

(4)   Potential damage from collision, loss of life, hazardous cargo spillage, bridge and ship damage, and interruption to waterway and bridge traffic.

EM 1110-2-1613
31 May 06

(5)   Cost of bridge pier fendering to protect bridge and vessels.

(6)   Possible addition of islands around bridge piers.

(7)   Navigation span alignment and clearance of other waterway bridges.

*c.   Vertical Clearance.* Ship superstructure including radar and radio masts may well be a limiting factor in ship navigation under railroad and highway bridges or other overhead obstructions above waterways and channels. The vertical clearance under bridges is the vertical height between the water level during normal ship transits and the lowest member of the bridge structure over the channel width. In tidal waterways, the water level specified is the mean higher high spring tide elevation. In rivers, some small percent occurrence of water level has been used to specify the water level. A study of the variation of water surface about the higher elevations should be undertaken for important waterway projects to establish vertical clearance (also called air draft).

*d.   Bridge Approaches.* The navigation approach to overhead bridges should preferably be straight and normal or nearly normal to the bridge alignment. Crosscurrent alignment and magnitude have a significant effect on navigation conditions and may require an increase in channel width as well as possible channel or bridge realignment. The length of the straight reach of the approach channel on each side of the bridge should be five times the design ship length.

9-8.   Training Dikes and Revetments.

*a.   Dikes.* In rivers and waterways with high sediment transport subject to shoaling, training structures are frequently required to help maintain deep-draft navigable channel depths during low-water season. Several different types of training dikes have been developed to control navigation channel alignments and maintain adequate channel depths, including spur dikes, vane dikes, longitudinal dikes, and L-head dikes. Training structures are usually designed to constrict the flow at low-water seasons to increase water currents and the natural scouring tendency in the navigation channel. Longitudinal dikes extending along the waterway are often used to help guide or direct currents to reduce shoaling and improve navigation conditions. Dikes are usually constructed of timber pile clusters, stone, or piling with stone fill. Refer to EM 1110-2-1611, *Layout and Design of Shallow-Draft Waterways,* Chapter 7, Section V, for a more thorough discussion of this topic.

*b.   Revetments.*

(1)   Bank erosion caused by currents or wave wash from navigation is frequently a problem in natural streams and waterways with erodible banks. Protection from bank erosion by revetments should be considered, if required, during project design. Rock riprap and articulated concrete mattress have both been used as revetments to control bank erosion.

(2)   The clearance between training structures and navigation channels must be adequate to assure safe navigation. Pilots and captains in charge of ships transiting along channels have a strong aversion to dikes and rock riprap and will keep their ships well away from such structures. It is desirable to locate dikes and revetments to avoid possible damage to ships striking these structures. Careful design and location are especially important in channel curves or turns where ships

USACE_014606

are required to maneuver. Design procedures for river and waterway training structures are detailed in EM 1110-2-1611. The principles for the design of bank revetments are explained in EM 1110-2-1601. The location, layout, and orientation of dikes and revetments and the flow, deposition and scour, and impacts on the waterway can be determined best by use of a physical or numerical hydraulic model.

9-9.   Hurricane Barriers. Storm and hurricane surges have historically caused major floods and damage in Europe, and the United States' structural barriers located near and across the entrance to rivers, bays, and coastal regions have been proposed, designed, and in some cases built in a number of developed areas. The details of surge analysis are treated in EM 1110-2-1412, which should be consulted for barrier design. The following discussion presents important navigational impacts that should be considered in barrier planning and design.

   *a.*   Hurricane and storm surge barriers are normally located as close to the ocean as possible to increase the area of protection inside the river or bay. In most cases, a navigation lock or gap will be required as a part of the barrier. The approaches to the navigation gap or lock should allow for a straight sailing course for a distance equal to five times the design ship length. It is desirable that the design reduces or prevents crosscurrents and wave action in the gap approach to maintain safe navigation. The width and depth of the navigation gap should be designed to allow adequate clearance by normal size ships with due regard for safety of ship transits inside the barrier. To reduce upstream surge transmission, the gap width and depth should be kept as small as possible; thus, there is a need in planning and design to optimize and balance project benefits from flooding reduction with the requirements of navigation.

   *b.*   Because current velocities though the navigation gap will be greater than the normal or preproject currents in the waterway, the design should consider whether the user ships can navigate safely through the hurricane barrier. A satisfactory design of the navigation gap and adjacent control gates usually will require the development and use of the appropriate numerical and physical models as well as a ship simulator study. From these studies, an optimum arrangement and barrier location can be developed that will provide for adequate surge protection and safe ship navigation conditions. Model studies can also provide assistance during project construction to reduce any adverse navigation conditions.

9-10.   Sediment Traps. Sediment traps or deposition basins are areas in the waterway that are excavated in or near the navigation channel to reduce shoaling in the project navigation channel and manage the sedimentation processes so that the project maintenance dredging is conducted in the most cost-effective manner. Sediment traps have been provided in navigation projects in both estuarine and littoral environments. The effects on navigation from the sediment trap should be considered in the design and trap location for the range of conditions and proposed dredging operations at the sediment trap. For example, the location of a sediment trap on the outside edge of a turn may eliminate the bank cushion effect normally used by pilots to assist in turning the ship. The investigation procedures of sediment traps using physical and numerical models are outlined in EM 1110-2-1607 for estuarine areas. The design procedures to be used in the littoral zone are covered in the *Shore Protection Manual* (1984).

USACE_014607

EM 1110-2-1613
31 May 06

CHAPTER 10

Aids to Navigation

10-1.   <u>General.</u> Aids to navigation are used by mariners to determine ship positions and to plan a safe course through a waterway. The proper use of aids requires accurate and up-to-date information on their position relative to the navigation channel, usually involving location on the appropriate nautical charts. Different aids are used to assist in marking harbor entrances, straight channel edges, shoal areas, wrecks and other navigation obstructions, channel centerlines, alternative two-way lanes, and channel turns. Aids include buoys, fixed beacons, lights, sound signals, and electronic systems such as radio beacons, RAdar beaCONS (RACONS), loran, etc. The U.S. Coast Guard is responsible for the design, establishment, and maintenance of all aids to navigation in Federal Interstate waters. The general information provided below is presented to the navigation channel designer to give a brief overview; more details may be obtained in U.S. Coast Guard (1981, 1988a,b) or by contacting the Coast Guard. Figure 10-1 gives two examples of typical ranges and buoys used to mark navigation channels by the Coast Guard.



Figure 10-1. Examples of aids to navigation

*a.*   Buoys are floating devices in the water anchored to the bottom with a chain connected to a concrete block. They are located to mark channel boundaries, hazards (such as navigation obstructions, wrecks, or rocks), and channel curves or turns. Some buoys are simple cans and nuns; others are enhanced with lights, sound, radar reflectors, and electronic signals. A unique system of shapes, colors, and numbering or lettering gives the mariner location information and provides

USACE_014608

EM 1110-2-1613
31 May 06

enhanced radar reflectivity. Specially designed buoys are used in ice-prone harbors in the Great
Lakes and Alaska.

   *b.*   Beacons are fixed structures, generally on pilings in shallow water up to about 4.6 m
(15 ft). Beacons may be simple visual day beacons with colored, numbered signboards used to
mark channels similar to buoys. Other beacons are enhanced and include flashing lights and radio
transmitters; the unique marking system for buoys is also used for beacons. In contrast to buoys,
which are limited in height above the water surface, beacons can be built to various heights, thus
providing greater visibility at a distance.

   *c.*   Ranges are pairs of fixed structures usually located beyond and on the channel
centerline at one or both ends of straight channel reaches. Some harbor channels include additional
range pairs to mark the center of multiple traffic lanes (quarter ranges). Mariners use the front and
rear range markers to provide information on lateral ship position in the channel and thus provide a
line for the ship to follow. Ranges are usually on shore or in very shallow waters, with the two
markers fixed at different heights, the rear marker always higher than the front. Most important
ranges include high-intensity lights for visibility during night transits. Sequentially flashing lights,
some in color, are used to distinguish ranges.

   *d.*   Lights may be located in conjunction with buoys, beacons, or ranges but are also used
as additional fixed aids in certain locations. Each light has a unique color and flashing sequence to
help in identification during nighttime navigation. Some lights are designed to provide individual-
ized sector coloring over certain portions of their viewing angles for special warnings. Directional
lights are used to aid in channel navigation by providing a narrow beam of contrast color along the
channel centerline.

10-2.   Lateral Aid System. The system of unique aid identifiers used in U.S. Federal waters is
nearly uniformly used and is consistent with the International Association of Lighthouse
Authorities (IALA). This buoyage system employs an arrangement of laterally located navigation
aid colors, shapes, numbers/letters, and light characteristics on each side of navigation channels to
provide location information to the mariner. This lateral aid system as implemented in the United
States is depicted in Figure 10-2. The system aid sequence is based on the convention of inbound
transits from the sea along the navigation channels toward the head of navigation. Generally, this
convention conforms to the flood current direction of buoyage.

   *a.*   *Colors.* Red is used to denote the right or starboard side of the channel when entering
from the sea. Green marks the port or left side of the channel. Red and white vertically striped
marker boards denote midchannel or safe water and are used for ranges.

   *b.*   *Shapes.* A cone-shaped nun buoy is painted red and marks the right channel side. A
cylindrical can buoy is painted green and is positioned on the left side. Ranges are rectangular with
the long side vertical.

   *c.*   *Numbers.* Aids are numbered from the sea. Even numbers are red and located on the
right side of the channel. Green markers are placed on the left side. Ranges are usually given
identification letters.

USACE_014609



Figure 10-2. Lateral designation system of aids to navigation

USACE_014610

EM 1110-2-1613
31 May 06

   *d.   Beacons*. The lateral system also applies to fixed beacons with red triangular markers on the right side of the channels. Green square markers are used on beacons located on the left.

   *e.   Lights*. Red lights are also consistent with the system, being used to mark the right side of the navigation channels; green lights signify the left side.

10-3.   Seacoast Aids. In addition to harbor channel aids described in paragraph 10-2, the Coast Guard operates an elaborate coastal aid system to help mariners in navigating along the U.S. coastline and in making landfalls from the open ocean. The following two types of aids are used by ship traffic as incoming beacons and departure points by pilots for port calls.

   *a.   Major lights*. Each major seacoast port is equipped with one or more primary lights located near the port entrance; this system has replaced most of the lighthouses and lightships. Major lights are high-intensity lights with high reliability located on a fixed structure or tower at heights sufficient to be visible over a long distance. Many of these lights are at heights up to 61 m (200 ft) above the water and are visible up to 40 kilometers (25 miles) away. The structures are often used to collocate other aids to enhance the structure's usefulness with additional electronic devices such as RACONS or radio beacons. Many of these lights are rotating white beacons, although other patterns and colors are also used.

   *b.   Sea buoys*. The ocean end of harbor entrance channels is usually marked by one or more special aids called large navigational buoys. These are used as clear designators to help mariners in identifying landfall location from the open ocean. Ships will usually anchor or stand by near entrance sea buoys while awaiting local pilot assistance in navigating from the ocean, across the channel bar, and into a berth in the harbor. Sea buoys provide several additional signals to assist the navigator, generally with a high-intensity light, electronic aids, and a sound signal, such as foghorns, bells, or whistles. Most large navigational buoys are about 12 m (40 ft) in diameter and 9 m (30 ft) or more in height above the water. They are usually located on the centerline of the channel some distance 1.6 to 3.2 kilometers (1 to 2 miles) beyond the end of the channel in deep water with white colors and lights.

10-4.   Aid Design.

   *a.*   The aids to navigation that are ultimately put in place on a particular navigation channel project are selected after consideration of many factors. The dimensions, alignment, and layout of the project design are affected to an important degree by the aids to navigation. For example, by providing the navigator with better information through more aids to navigation or those with improved accuracy, a new or improved channel could be reduced in width while maintaining an adequate level of safety. It should be possible, therefore, to properly balance the cost and benefits of the aids with the incremental width construction cost. Early consultations with the local Coast Guard district should be undertaken during the channel design process to provide input for the design of the aids.

   *b.*   Port regulations and local operational policies can also have important effects on project design. Some of these include navigation traffic controls, vessel speed regulations, limiting some channel reaches to one-way traffic, requiring tug assistance or special steering or propulsion devices, and restricting vessel transits under certain environmental conditions. Regulations requir-

USACE_014611

ing certain on-board vessel devices to improve the information available to the navigator also impact channel design. Some of these include radar, depth finders, speed logs, gyrocompass, rate of turn indicators, etc. The availability of a local port VTS may also influence navigation safety and channel dimensions.

10-5.  Accuracy.

   *a.*   Buoys are subject to deviation about their anchor point, depending upon the depth of water, tidal fluctuations, currents, and winds. Some discrepancy also exists because of uncertainty in precise placement of the buoy. The buoy "watch circle" as shown by a dot or circle on navigational charts is a rough guide to the possible swing of the buoy around the anchor. The reliability of buoys may also be a source of difficulty to mariners because of possible sinking, displacement, or drifting from ramming or dragging by vessels, ice effects, vandalism, and high flooding conditions or waves. Location errors up to two times the water depth are possible.

   *b.*   Ranges are probably the best visual aid, being fixed in position, thus providing the high accuracy necessary in ship position alignment. Figure 10-3 shows how ranges are used by mariners to locate their ship position relative to the channel centerline. Location accuracy is dependent on several factors, including length of straight channel reach, width of channel, distance between front and rear range markers, marker height difference, and ship position in the channel reach. Detection distance of range markers is limited due to curvature of the earth and practical height of markers. Visibility in coastal areas can be limited in daytime by fog and haze and at night by background interference from lights and city light glare or glow. This causes a practical maximum length limit on straight channel segments of about 9 to 10 kilometers (5 or 6 miles). Most straight channel reaches are from 3.2 to 4.8 kilometers (2 to 3 miles) in length.

10-6.  Aid Arrangement.

   *a.*   The spacing and pattern of lateral channel markers (buoys and beacons) have an important impact on the channel design. As a general rule, at least two channel markers should always be visible to the mariner on either side of the channel through a straight channel reach. Because of the normally hazy conditions that prevail at most channels, visibility is often limited to less than 1.5 nautical miles. These two circumstances result in maximum marker spacings of 1.25 nautical miles.; minimum spacing is usually 0.5 nautical miles. Markers can be located along a straight navigation channel in a single-sided, staggered, or gated manner. Simulator research by the Coast Guard has shown the clear superiority of gated markers in straight channel reaches.

   *b.*   The minimum requirement is that the inside of all channel turns should be marked. Channel turns can be marked in a variety of schemes, depending on the type of turn, whether cutoff or not cutoff. A cutoff turn would require a minimum of two markers, corresponding to the two changes of inside turn edge. Channel curves can also be marked using various ways. The benefits of providing three markers per turn were also demonstrated using simulation tests by the Coast Guard.

USACE_014612

EM 1110-2-1613
31 May 06



Figure 10-3. Use of ranges for channel position

*c.* Range markers may be located on both ends of channel straight reaches, or may be located on one end only, relying on a rear view for position location past a turn. Two pairs of range markers are normally used for important channels with strong crosscurrents or wind effects. The accuracy of long channel reaches greater than about 9 kilometers (5 miles) is degraded to a significant degree. The addition of side channel markers (buoys or beacons) to long channel reaches is usually necessary. Redundancy of aids is another important consideration; thus both range markers and side channel markers are used to provide a high degree of reliability.

10-7. Regulations.

*a.* Navigation in the coastal seas and U.S. waters is controlled by a number of rules and regulations of which the designer should be aware to develop sound engineering designs. The International Rules of the Road (often referred to as the COLREGS) (U.S. Coast Guard 1959) have been agreed to by the seafaring nations under the auspices of the International Maritime Organization (IMO), which is part of the United Nations. These rules have been implemented and agreed to by treaty of the U.S. Government and are part of the Code of Federal Regulations (CFR). Special adaptations have also been made part of U.S. law as pertains to Inland Rules, Great Lakes Rules, etc. Most of the rules apply to specific standards of vessel operation and required equipment. Specific requirements are provided for such activities as designated anchorage areas, lightering zones, regulation of VTS, regulated navigation areas, safety zones, etc. These are explained in detail in the several volumes of the Coast Pilot published by NOAA.

USACE_014613

*b.* Operational rules at particular ports can be used in some instances to improve navigation safety and should be considered as an alternative to channel improvements in some cases. The promulgation of traffic separation schemes to guide inbound and outbound navigation traffic flow is one example of this. These are usually used to mark the approaches to a restricted channel in the ocean port approaches or in the wider, deeper reaches of a waterway or bay. The requirement for local pilotage service is another example of local regulations. States usually have primary jurisdiction in pilot matters; in some localities, the local port authority may exercise responsibility. Some rules are self-imposed by the pilots and may involve maximum ship size limits or tide height and current requirements for ship transiting.

*c.* The demarcation of port bulkhead lines and pier head lines along a navigation channel is an important function during channel design. The space between the channel limits and the pier head lines is normally used for ships at berth and dredged and maintained by local port authorities. Encroachment into Federal channels by docked ships, sometimes abandoned vessels, is often a problem in some ports. The Corps' review of permit requests should take potential navigation problems and possible channel encroachment into consideration in determining and enforcing permits.

*d.* Enforcement of applicable rules and regulations is the responsibility of the Coast Guard and is usually delegated to the local Captain of the Port.

10-8.  <u>New Technologies.</u>

*a.* Several new techniques for marking channels and improving navigation safety to replace the more traditional aids to navigation are being studied by the Coast Guard. One of these systems includes the use of satellite-based Differential Global Positioning Systems (DGPS) for accurate (up to 2- to 3-m accuracy) ship location and navigation. The use of electronic navigation charts is another technology thrust area that is also being pursued on the international navigation level. Improved real-time data information systems, especially tides and current data, have been identified by pilots as an important need. Important advances will undoubtedly be made in this area, spurred by the environmental concerns from oil pollution incidents and accidents. These advances will undoubtedly affect operations and channel size requirements.

*b.* During recent years, two important navigation studies were undertaken in Europe to provide adequate channel access for supertankers to the largest class (up to the 500,000-dwt or Ultra Large Crude Carrier (ULCC) size). These studies were done for the Rotterdam Europort and at the port of Antifer/ Le Havre in France. Accurate ship position data by use of radio electronic navigation aid systems were crucial for keeping channel width to a minimum while maintaining adequate safety. A DECCA navigation chain with a pilot-furnished "brown box" receiver was developed and implemented for Rotterdam. In France, the system was called SAREA and employs an onboard transponder and receiver for use by the pilots. In both cases, strong tidal crosscurrents, wind, wave, and visibility conditions meant a requirement for high-accuracy positioning information. The results proved the safety of the channels and provided an economically viable project that would not have been possible with the required channel widths using standard criteria.

USACE_014614

CHAPTER 11

Effects of Ice on Design

11-1.   <u>General.</u> In regions where ice formation can be expected, the problems to ship navigation from ice should be considered in project design. Generally, deep-draft ice-prone areas in the United States include the Great Lakes, St. Lawrence Seaway, and Alaska. Ice cover affects the maneuverability of ships, power required to sail, the operation of navigation locks, and the stability of structures. Obviously, navigation ice effects increase with the thickness and extent of coverage of the ice. Some of the problems encountered with ice include larger ship turning radius; greater ship required power, which can increase movement of bottom sediment; ice accumulation on ship bottom increasing effective ship draft; higher loads on structures from moving ice; ice accumulation on lock walls, gates, and operating mechanism; and in some cases, increased vibration in homes and structures near the navigation channel. Ice effects are treated in some detail in EM 1110-2-1612, and by Tuthill (1985) and Tuthill and Carey (1986).

11-2.   <u>Design of Channels with Ice.</u> All vessels, but particularly long cargo ships with vertical sides and a blunt bow, have difficulty turning in ice. Since very few prototype tests have been made to determine turning radii in ice, no specific recommendations can be made for channel widths in bends or turning basins when subjected to ice cover. Local conditions of ice thickness and extent of coverage will be necessary to develop adequate channel designs. It is important that turning basins be kept clear of ice to allow ship maneuvers and prevent damage to hulls by ice. It should be noted that conventional commercial ships not specifically designed for ice operation are usually unable to leave the navigation channel through an ice cover once it has been created. Furthermore, repeated transits through the channel may lead to accumulation of brash ice and the formation of underwater ice ridges along the edges of the channel.

Line bubblers have been used with some success in the Great Lakes to mitigate channel ice growth problems. Additional depth might be required for the installation of a bubbler system unless the channel is sufficiently wide to permit the placement of the bubbler line outside of the ship channel. Bubbler systems do not provide ice clearing but do create a line of weakness along which ice breaking is made easier. Channels should be aligned so that navigation can rely on range lights and markers rather than floating navigation aids, which can be covered by ice or displaced by ice movements.

In addition to the navigation impact of ice formation on the surface of the water, under certain conditions ice can accumulate on the bottom of vessel hulls. As a vessel progresses at slow speed through brash ice, pieces become submerged and can be entrained underneath the hull. When these conditions occur, the relative water speed is insufficient to flush the ice. This process is enhanced when the vessel's bow is sloped or raked, as for a barge on inland waters or when an ocean-going ship is empty. Under extremely cold conditions, the brash ice can become adhered to the hull of an empty or near-empty vessel because of heat loss as the result of air contact through the sparsely loaded hold. In the event that ice forms on the bottom of a vessel, the result would be increased draft and resistance causing maneuvering difficulties.

11-3.   <u>Locks.</u> Lock operation during icing conditions can be difficult and time-consuming. Ice buildup on lock walls may reduce the width of the lock chamber to such an extent that it would

EM 1110-2-1613
31 May 06

be too narrow for the ship. Coatings to reduce ice adhesion to lock walls and methods of ice control and removal are covered in EM 1110-2-1612. Consideration should be given to the use of heating devices in or ice-preventive coating on lock walls in the design of new structures or rehabilitation of existing locks. Ice can be prevented from collecting in the miter gate recesses by large-volume air bubblers. Ice in the approach to the lock can be minimized by the placement of an air screen at the upper end of the guide or guard wall. Ice accumulating on the bottom of ships increases their draft, which can present problems in clearing the lock gate sills. Consideration should be given to increasing the depths over the sill and along loading docks in ice-prone areas. When it is not possible to prevent large amounts of ice from entering the lock in front of the ship, it may be necessary to provide a skimmer or water flushing system to remove the ice from the lock before the ship can enter.

11-4.   Erosion and Sediment Movement. Studies on sediment movement under ice cover in rivers and restricted channels and studies on the Great Lakes have not been sufficient to indicate any change in the rate of shore erosion resulting from ice. Ice formed on a shore or riverbank could isolate and protect the shore. However, ice formation may cause damage to training and stabilization structures or shore by gouging, removing protective vegetation, or entraining sediment within the ice. Ice cover tends to damp ship-induced bow and stern waves which have relatively short periods. However, ice cover has little effect on relatively long-period water-level fluctuations such as those resulting from drawdown, which can be significant, particularly in restricted channels. Greater power will be required to move a ship through ice, and occasionally a ship will get stuck with its screws turning with maximum power without moving. High power and propeller rotation will tend to increase scour and bottom sediment movement and should be considered, particularly over underwater cable and pipeline crossings.

11-5.   Vibration. Reliable reports indicate that there is an increase in the vibration of shore structures near ship channels in winter. The reason for this increase is not known. Preliminary investigations indicate that the energy causing the vibration is primarily from the propellers and not from ice breaking or from pieces of ice hitting each other. Based on some verbal reports that conditions are worse during light snow years, it is probable that the vibrations are transferred through frozen soil structure. Until more observations and measurements are made, no definite recommendations can be made to minimize this problem.

11-6.   Mitigation of Ice Problems. Maintenance of navigation in ice-covered channels requires ice breaking, which is the responsibility of the U.S. Coast Guard. Usually this is done with dedicated, specially designed icebreakers. In thin ice (up to 6 in.), normal ships break ice as they move through the channel; however, most commercial ships do not have the hull strength and power to break ice with thickness greater than 15 centimeters (cm) (6 in.). The maritime insurance companies have specifications by which they will underwrite certain ships to operate in varying ice conditions. Small harbor tugs specifically built for ice breaking are required for ice-prone ports. These should have the capability of breaking ice that is at least half the maximum anticipated thickness during a normal winter season. These tugs are expected to operate throughout the season, keeping ice broken up in the channel and turning basin and along docks and assisting ships in the channel and turning basin. The effects of ice can be reduced by using waste heat from power plants and sewage disposal facilities and prohibiting municipalities from disposing of snow in the channel or tributaries. In tidal zones, air screens or ice booms should be considered for intermittent use to prevent ice from entering the channel during rising tide. The drawdown and the amplitude of the

USACE_014616

EM 1110-2-1613
31 May 06

bow wave generated by a vessel is a function of ship size, channel blockage, and speed. A surrounding ice sheet will dampen the wave, but the ice may be broken by large drawdown. Broken ice floes could then drift into the navigation channel causing additional difficulties, especially to smaller ships. The broken ice can refreeze into thicker ice, depending on temperature, thus creating more severe channel blockage. If ice breakage extends to the shores, movements of ice floes by wave action and induced currents resulting from subsequent vessel transits may lead to damage of unprotected banks or environmentally sensitive areas. Since the drawdown and bow wave amplitudes decrease rapidly with decreasing ship speed, a minor reduction in vessel speed could avoid or minimize ice breakup and resulting potential ice damages.

USACE_014617

## CHAPTER 12

## Operation and Maintenance

12-1.  <u>Operation and Maintenance Plan.</u> A comprehensive plan of how the project will be operated and maintained after construction will be required in support of operation and maintenance (O&M) costs. The following elements are normally included in the O&M plan:

   *a.   Changes and costs*. The predicted physical changes with time after construction and the anticipated O&M costs.

   *b.   Surveillance plan.* The maintenance plan covers minimum monitoring of the project performance to verify safety and efficiency. Included are type and frequency of hydrographic survey, data collection, and periodic inspection schedule. Hydrographic surveys, beach profiles, tide and wave records, and jetty stability data collection costs are used for O&M budgetary purposes.

   *c.   Project performance assessment*. An assessment of the project performance is required based on results of inspections and analysis of comparative surveys to verify design information such as rates of erosion, shoaling, and jetty deterioration and to project changes predicted during the design effort. A comparison of actual O&M costs with predicted cost is required. Coordination with the local pilots, port authority, and other marine interests should be conducted. Plans for a review to determine after-project navigation improvement conditions should be included in the project plans.

USACE_014618

CHAPTER 13

Navigation Model Studies

13-1. <u>General.</u> Development of deep-draft navigation projects affected by tides, river currents, and wave effects will in most cases require the use of models and ship simulator studies. Designers and planners should not miss the opportunity for meaningful dredging and cost savings by significant changes in dimensions or layout of navigation channels. Changes in ship type, draft, or size, and modifications to navigation traffic patterns should also be assessed using appropriate models and ship simulator studies. As a part of project feasibility and design, it may be necessary also to provide for some field data gathering of ship maneuvering and wave motion, if warranted. Navigation model studies are used to determine the adequacy of a proposed project improvement plan and to develop possible design modifications to ensure project safety and efficiency and minimize environmental impacts. Figure 13-1 presents a classification diagram of the various study techniques used in navigation project investigations. Physical and numerical models can be used to analyze some of the factors influencing project design and operation.



Figure 13-1. Navigation investigation techniques

Because of the complexity of tidal and river currents and effects of wind, waves, sediment movement, etc. on ship navigation, combinations of physical scale models, numerical models, and computer-based ship simulation models are often necessary to resolve proposed project issues. Sediment problems and salinity intrusion in estuarine areas often require extensive field data gathering and modeling efforts to obtain accurate evaluation of the conditions that can be expected with each plan and modification considered. EM 1110-2-1607 gives extensive coverage of needed comprehensive model studies in estuarine areas.

USACE_014619

EM 1110-2-1613
31 May 06

13-2. <u>Physical Models.</u> Physical scale models are used principally to investigate flow patterns where complicated three-dimensional (3-D) effects are important in the study areas of concern. Recent dramatic advances in computer hardware and software have led to a preference to use numerical models to replace and supplement physical model studies. The following types of navigation investigations can be conducted with physical models:

  *a.*   Shoaling and erosion characteristics.

  *b.*   Salinity intrusion.

  *c.*   Wave penetration and harbor response.

  *d.*   Jetty design and armor stability.

  *e.*   Ship response to waves.

  *f.*   Channel width in critical navigation reaches.

  *g.*   Tide heights and current patterns.

  *h.*   Navigation conditions.

13-3. <u>Numerical Models.</u>

  *a.   Introduction.*

  (1)   Numerical modeling is a rapidly developing discipline that can be attributed to the general availability of fast, large-memory computers. A numerical model basically consists of a numerical algorithm developed from the differential equations governing the physical phenomena. All numerical models require the study area to be discretized by a grid or mesh. Furthermore, testing the numerical results against a prototype data set (verification) is highly recommended.

  (2)   Numerical models may be used to replace or supplement physical models. A study of the following types of investigations with numerical models can:

  (a)   Provide general circulation patterns for deep- or shallow-draft ship simulator studies.

  (b)   Determine shoaling and erosion characteristics.

  (c)   Address dredged material disposal issues and other water quality measures.

  (d)   Investigate salinity intrusion.

  (e)   Study wave penetration and harbor response.

  (f)   Evaluate training structure designs.

USACE_014620

(3)     Numerous numerical models are available within the scientific community. These models differ in several ways: formulation, governing equations, and user friendliness, to name a few. Some numerical models have the ability to solve hydrodynamics and transport equations simultaneously while others are uncoupled.

(4)     The two basic numerical model formulations are finite difference and finite element. Finite difference is the easiest to conceptualize. A finite difference model approximates the calculus differential operators by differences over finite distances. This gives an approximation of the governing equations at discrete points. The finite element model approximates the mathematical form of the solution and inserts it into the exact form of the governing equations. After boundary conditions are imposed, a set of solvable simultaneous equations is created. The finite element solution is continuous over the area of interest.

(5)     The governing equations describe the physical processes that are being solved in the model. The dimensionality of the problem is dictated within these equations. These equations describe the physics of the problem. For a hydrodynamic model, these would include items such as friction, density, gravity, rotation of the earth, wind, rain, inflows, and outflows.

(6)     The term user friendly is an all-encompassing issue dealing with ease and efficiency of use. It addresses the process of creating a mesh, specifying the parameters within the computational domain, analyzing the solutions, generating presentation and report quality graphics, on-line documentation, and consultation support.

(7)     Several models are available within the USACE that have met the test of time. One such model is the TABS-MD numerical modeling system. The multidimensional aspects of TABS-MD have expanded the capabilities of the system such that it has had hundreds of applications within the USACE. TABS-MD has been utilized by a multitude of private consulting firms and universities as well. It has a good reputation and a state-of-the-art graphical user interface that makes it one of the most user-friendly and efficient ways to conduct a numerical model study. Numerous technical reports and papers have been published on TABS-MD applications, the most recent of which are listed in Appendix A.

   *b.    TABS-MD Numerical Modeling System.*

(1)     The TABS-MD is a collection of several generalized finite element models and pre- and post-processing utility programs integrated into a multidimensional numerical modeling system. TABS-MD is suitable for use in solving hydraulics behavior, sedimentation, and transport problems of rivers, reservoirs, wetlands, estuaries, and bays. Examples of past use include predicting flow patterns and erosion in a river reach constricted by a cofferdam, evaluating sedimentation rates in a deepened navigation channel (both riverine and estuarine), determining the impact of flood control structures on salinity intrusion, developing recommendations for a safe and cost-effective navigation channel design, and defining flow and sedimentation impacts to wetlands.

(2)     The system is designed for use by engineers and scientists who are knowledgeable of the physical processes that control behavior of waterways, but who may not be computer experts.

USACE_014621

EM 1110-2-1613
31 May 06

TABS-MD offers a complete range of model study functions, including map digitization, mesh generation, modeling, and graphical display of numerical model results.

(3)    TABS-MD is currently operational on a wide variety of computer platforms, ranging from super computers to personal computers (PC). The numerical models and the utility programs are written in FORTRAN-90. Plans are underway to modify the models to take advantage of parallel processor environments.

(4)    The system is maintained by the ERDC/WES and includes two hydrodynamic models: RMA2-WES and RMA10-WES. In this context, the term hydrodynamic modeling is a general term intended to denote a body of water with a free surface such as a river. The first fundamental decision, prior to conducting a numerical model study, is to classify the study area in order to choose the appropriate numerical model. RMA2-WES is an appropriate choice for a far-field problem whose study area may be modeled with a two-dimensional (2-D) depth-averaged approximation. Otherwise, the modeling effort must employ RMA10-WES to incorporate the 3-D aspects. TABS-MD permits an efficient numerical approach by incorporating multiple dimension concepts within a given mesh domain. For instance, an RMA2-WES application may use economical one-dimensional (1-D) calculations in some areas and 2-D calculations within the primary area of interest. An RMA10-WES application may use any combination of 1-, 2-, and 3-D calculations with or without the transport options. The modeling effort can reach a high degree of complexity and computational burden with 3-D computations.

(5)    Two sediment transport options are available with the TABS-MD system. SED2D is a 2-D finite element model that solves the convection-diffusion equation with bed source-sink terms. These terms are structured for sand or cohesive sediments. Cohesive deposited material forms layers, and bookkeeping allows layers of separate material types, deposit thickness, and age. SED2D uses the hydrodynamic solution generated by the RMA2-WES model. RMA2-WES and SED2D are uncoupled; therefore, a new geometry must be cycled back to RMA2-WES when the bed deposition and erosion patterns begin to significantly affect hydrodynamics. Work is ongoing to upgrade SED2D to accommodate all features of RMA2-WES, such as 1-D and marsh/wetland calculations. The other sediment transport option is to couple the sediment transport with the hydrodynamic calculation by using RMA10-WES. RMA10-WES includes a single-class fine-sediment transport with an associated layered bed with distinct densities and erodibilities for each layer. Changes in bed elevation are made during computations and are accounted for in the continuity equation.

(6)    There are two water quality transport options within TABS-MD as well. RMA4-WES is a 1-D and 2-D finite element model with a form of the convective diffusion equation with general source-sink terms. The model may transport and route up to six constituent substances, with or without decay. The model accommodates a mixing zone outside the model boundaries for estimation of reentrainment. RMA4-WES uses the hydrodynamic solution generated by the RMA2-WES model. RMA10-WES has the option to couple temperature, salinity, and/or sediment transport with the hydrodynamic calculations.

(7)    A recent research effort was conducted at ERDC/WES to provide guidelines and help field offices conduct hydrodynamic numerical models to address both deep-draft and shallow-draft issues. The work emphasized RMA2-WES hydrodynamic applications since all

USACE_014622

navigation studies involve that aspect and most of the field offices have access to personal computers or workstations capable of running 2-D simulations. Furthermore, the ERDC/WES ship simulator typically uses the RMA2-WES solution as input to define the currents for the simulator (Figure 13-2).

    *c.    Example Navigation Applications Using RMA2-WES Solutions.*

    (1)    *Charleston, SC, Estuary*. The study was undertaken to evaluate and optimize proposed improvements including deepening the navigation channel from 12 to 14 m (40-45 ft), realigning and/or widening several fairways along a 8-kilometer (5-mile) stretch of the estuary, and locating a proposed seven-berth container terminal. The RMA2-WES simulation was conducted to provide currents to the ERDC/WES ship simulator for several time-steps on both the ebb and flood portions of a spring tidal cycle. Figure 13-2 shows the ERDC/WES ship simulator response track plot corresponding with one set of velocity vectors computed by RMA2-WES for the Drum Island reach of the study area. The study was an iterative process between the RMA2-WES hydrodynamic model, the ship simulator model, and the SED2D sediment transport model, as indicated by the flowchart in Figure 13-3.

    (2)    *Redeye Crossing near Baton Rouge, LA, along the Lower Mississippi River*. The study was undertaken to evaluate the effect of river training structures on vessels (both ships and tows) transiting the Redeye Crossing Reach. Studies included a TABS-MD RMA2-WES hydrodynamic model, the ship/tow simulator model, and a SED2D sediment transport model. Figure 13-4a and b show the ERDC/WES tow simulator response track plot corresponding to one set of velocity vectors computed by RMA2-WES using the secondary flow corrector. Figure 13-4c shows the computational mesh used by the TABS-MD models. The study was an iterative process between the RMA2-WES hydrodynamic model, the s hip simulator model, and the SED2D sediment transport model, as indicated by the flowchart in Figure 13-3.



    a. WES ship simulator track plot      b. RMA2-WES hydrodynamic solution
Figure 13-2. The Cooper River, Charleston, SC channel realignment study

USACE_014623

EM 1110-2-1613
31 May 06



Figure 13-3. Typical events and feedback loops involved in
ERDC/WES ship simulator study



Figure 13-4. Redeye Crossing of the Lower Mississippi River

USACE_014624

   d.   *RMA2-WES Hydrodynamic Model.* RMA2-WES is a finite element solution of the Reynolds form of the Navier-Stokes equations for turbulent flows. Friction is calculated with Manning's equation, and eddy viscosity coefficients are used to define the turbulent exchanges.[1] A velocity form of the basic equation is used with side boundaries treated as either slip or static. The model has a marsh porosity option as well as the ability to automatically perform wetting and drying. Boundary conditions may be water-surface elevations, velocities, discharges, or tidal radiation. Both steady and unsteady free-surface calculations for subcritical flow problems can be analyzed.

   (1)   *RMA2-WES governing equations.*

   (a)   The generalized computer program RMA2-WES solves the depth-integrated equations of fluid mass and momentum conservation in two horizontal directions. The forms of the solved equations are:

$$
\begin{aligned}
& h\frac{\partial u}{\partial t} + hu\frac{\partial u}{\partial x} + hv\frac{\partial u}{\partial y} \\
& -\frac{h}{\rho}\left( E_{xx}\frac{\partial^2 u}{\partial x^2} + E_{xy}\frac{\partial^2 u}{\partial y^2} \right) \\
& +gh\left( \frac{\partial a}{\partial x} + \frac{\partial h}{\partial x} \right) \\
& +\frac{gun^2}{\left(1.486 h^{1/6}\right)^2}\left(u^2+v^2\right)^{1/2} \\
& -\varsigma\, V_a^2 \cos\Psi - 2h\omega v \sin\Phi = 0
\end{aligned}
$$

(13-1)

$$
\begin{aligned}
& h\frac{\partial v}{\partial t} + hu\frac{\partial v}{\partial x} + hv\frac{\partial v}{\partial y} \\
& -\frac{h}{\rho}\left( E_{yx}\frac{\partial^2 v}{\partial x^2} + E_{yy}\frac{\partial^2 v}{\partial y^2} \right) \\
& +gh\left( \frac{\partial a}{\partial y} + \frac{\partial h}{\partial y} \right) \\
& +\frac{gvn^2}{\left(1.486 h^{1/6}\right)^2}\left(u^2+v^2\right)^{1/2} \\
& -\varsigma\, V_a^2 \sin\Psi + 2\omega hu \sin\Phi = 0
\end{aligned}
$$

(13-2)

---

[1] Recent improvements to the hydrodynamic model allow the user to employ automatic parameter assignments for roughness and turbulent coefficients as the velocity field changes during a time varying simulation.

USACE_014625

EM 1110-2-1613
31 May 06

$$\frac{\partial h}{\partial t} + h\left(\frac{\partial u}{\partial x} + \frac{\partial v}{\partial y}\right) + u\frac{\partial h}{\partial x} + v\frac{\partial h}{\partial y} = 0 \qquad (13\text{-}3)$$

where

$h$ = depth (meters (feet))

$u,v$ = velocities in the Cartesian directions (meters/second or feet/second)

$x,y,t$ = Cartesian coordinates and time (meters/second or feet/second)

$\rho$ = mass density of fluid (mass/unit volume) (kilograms/meter$^3$ or slugs/feet$^3$)

$E$ = Eddy viscosity coefficient,
for $xx$ = normal direction on $x$ axis surface,
for $yy$ = normal direction on $y$ axis surface,
for $xy$ and $yx$ = shear direction on each surface

$g$ = acceleration because of gravity (meters/second$^2$ (feet/sec$^2$))

$a$ = elevation of bottom (meters or feet)

$n$ = Manning's roughness n-value $\left(\dfrac{\sec}{m^{1/3}} \text{ or } \dfrac{\sec}{ft^{1/3}}\right)$

1.486 = conversion from SI (metric) to non-SI units

$\zeta$ = empirical wind shear coefficient

$V_a$ = wind speed (meters/second or feet/second)$^2$

$\psi$ = wind direction (radians)[1]

$\omega$ = rate of earth's angular rotation (1/sec)[1]

$\varphi$ = local latitude, Coriolis (radians)[1]

Equations 13-1, 13-2, and 13-3 are solved by the finite element method using the Galerkin Method of weighted residuals. The elements may be 1-D lines, or 2-D quadrilaterals or triangles, and may have curved (parabolic) sides. The shape functions are quadratic for velocity and linear for depth.

(b)    Integration in space is performed by Gaussian integration. Derivatives in time are replaced by a nonlinear finite difference approximation. Variables are assumed to vary over each time interval in the form.

---

[2] At this point in the equation, there are the units for consistency. User input units may vary.

USACE_014626

$$f(t) = f(0) + at + bt^c \quad t_0 \leq t \leq t_0 + \Delta t \tag{13-4}$$

This is differentiated with respect to time and cast in finite difference form. Letters *a, b,* and *c* are constants. Experiment has shown that the best value for *c* is 1.5 (Norton and King 1977).

(c)    The solution is fully implicit and the set of simultaneous equations is solved by Newton-Raphson non-linear iteration. The computer code executes the solution by means of a front-type solver, which assembles a portion of the matrix and solves it before assembling the next portion of the matrix.

(d)    RMA2-WES is based on the earlier versions (Norton and King 1977) but differs in several ways. It is formulated in terms of velocity (v) instead of unit discharge (vh), which improves some aspects of the code's behavior. Other differences from the earlier versions include the following:

- Employs new numerical solution algorithms.

- Permits wetting and drying of areas within the mesh.

- Permits wetlands to be simulated as either totally wet/dry or as gradually changing wet/dry states.

- Permits specification of turbulent coefficients in directions other than along the x- and z-axes.

- Accommodates the specifications of hydraulic control structures in the network.

- Permits the use of automatic assignment of friction and turbulent coefficients.

- Permits input in either non-SI or SI units.

(e)    Additionally, a numerical corrector for secondary ("bendway") flow has been incorporated into the RMA2-WES model as a result of deep- and shallow-draft research and applications.

- Incorporated a secondary flow ("bendway") corrector.

- Improved the RMA2-WES documentation and provided resolution guidelines.

- Provided an on-line point-and-click documentation capability on the PC.

- Incorporated a documentation icon within the graphical user interface on the PC.

(2)    The principle of bendway correction.

(a)    The secondary flow (or "bendway") corrector was added to the RMA2-WES model. The modified program, designated as version 4.35, solves a transport equation for streamwise vorticity and converts it to accelerations due to secondary currents. These additional accelerations result in improved predictions of the traditional depth-averaged velocity

USACE_014627

EM 1110-2-1613
31 May 06

calculations. Their effect is to reduce velocities on the inside of river bends and increase them on the outside of bends. The modeler may activate or deactivate the secondary flow corrector as required for its application. This enhancement permits RMA2-WES to be successfully used for some study areas that otherwise would have required the 3-D model.

(b)    The theoretical basis of bendway correction was developed for the depth-averaged finite difference numerical model, STREMR (Bernard and Schneider 1992).

(c)    The bendway correction is accomplished by first solving an additional equation for the transport of streamwise vorticity. Vorticity is a measure of rotation of flow. Streamwise vorticity at a point is equal to the velocity of the fluid about the axis in the streamwise direction of flow. Streamwise vorticity is in the vertical plane perpendicular to the direction of flow and is related to the radial accelerations that cause the helical flow pattern.

(d)    The transport equation for streamwise vorticity is

$$
\frac{\partial \Omega}{\partial t} + u \frac{\partial \Omega}{\partial x} + v \frac{\partial \Omega}{\partial y} = \frac{A_s \sqrt{C_f |\vec{u}|^2}}{Rh\left(1 + 9h^2 / R^2\right)}
$$
$$
- D_s \sqrt{C_f \Omega \frac{|\vec{u}|}{h}} + \frac{1}{h} \nabla\left(vh\nabla\Omega\right)
$$

(13-5)

where

$\Omega$ = streamwise vorticity

$A_s$ = 5.0

$C$ = friction coefficient

$h$ = water depth

$|\vec{u}|$ = magnitude of the velocity vector

$R$ = local radius of curvature

$D_s$ = 0.5

Units of vorticity are sec$^{-1}$.

(e)    The additional shear stress caused by the secondary, helical flow is calculated from streamwise vorticity at each node. The components of this shear stress are added to the other terms (friction, slope, Coriolis) in the governing equations.

*e.    RMA2-WES Documentation.* With the technological advancements of the computer industry and the evolution of computational algorithms, it was evident that published documentation could be quickly outdated. To address the evolution of the "art" of numerical

USACE_014628

modeling, a living approach to documentation was selected. The RMA2-WES "*DOC-TO-HELP*" hypertext documentation is regularly updated and available for download from the World Wide Web (WWW). After downloading it to your PC, you may view the on-line documentation on any PC running windows. The WWW address for the documentation:

*http://chl.wes.army.mil/software/tabs/docs.htp*

   *f.    Graphical User Interface.* All USACE and ERDC/WES employees performing surface water analyses for the USACE may obtain a copy of SMS, the Surface Water Modeling System graphical user interface, developed by Brigham Young University (BYU). This graphical user interface was first made available in 1989 and has evolved to its present release. SMS is fully compatible with the TABS-MD suite of models and with many other surface water models. To obtain a copy of the SMS interface, download the proper executable for your computer and complete the request form available from the WWW at this address:

*http://chl.wes.army.mil/software/sms*

13-4.   <u>Ship Simulations.</u>

   *a.*    Increasingly, navigation studies of deep-draft channels are being tested for design with ship simulators. A block diagram of the ERDC/WES ship simulator is presented in Figure 13-5. Shiphandling simulators have the distinct advantage over scale models in allowing for testing using human piloting in real-time rather than reduced Froudian time scaling. The inclusion of the local professional pilot in the channel project design process has proved distinctly advantageous in developing a safe and optimum channel. Simulators may be viewed as a special case of numerical models, using one or more dedicated computers and appropriate display equipment and providing real-time interactive input and output during testing. As depicted schematically in Figure 13-6, an appropriate ship simulator includes models of a ship, the navigation channel, the currents, the wind, the visual scene, the radar image, tugs and thrusters, the ship bridge controls, and typical bridge instruments. The simulator can be used with human piloted control in real-time or an autopilot, which follows a track-keeping function for fast-time tests. The ship model must be complete and realistic with appropriate ship hull dynamics; engine thrust; control surface hydrodynamics; cross-term interactions; bank, shallow water, currents, wind, and wave effects; and tug, bow, and stern-thruster forces.

   *b.*    The visual and radar models depict the changing scene in enough detail to enable the pilot to determine his location and the rate of motion. The pilot has full access to visual cues and instrumentation information and controls normally available to him as is available onboard the real ship. The visual scene and radar scene include the details of the navigation aids and realistic cultural features often used to pilot ships. The channel model produces the effects on the ship that will cause the ship to respond to the channel similar to the way it does in real life using detailed description of the currents, channel banks, and underkeel clearance throughout the channel test scenarios. For passing situations, accurate modeling of ship force and moment inter-action effects must be reproduced. The environmental factors such as wind, currents, and waves cause perturbations on the ship, which are crucial to realistic channel design studies.

   *c.*    A block diagram showing the method of operation in real-time simulation is given in Figure 13-7. A more complete description of the ERDC/WES ship simulator and details of study techniques with several project channel design applications are presented in Appendix C.

USACE_014629

EM 1110-2-1613
31 May 06

13-5.   <u>Field Data Collection.</u> In some situations, navigation problems can be most expeditiously investigated using onboard instrumentation to measure ship data. An example of this was the extensive 2-year effort to collect ship motion data at the Mouth of the Columbia River to develop data for channel design in very high-wave environment (Wang et al. 1980). The introduction of satellite-based DGPS provides the accuracy required to give ship position data accurate enough to give useful ship navigation channel design guidance. In conjunction with the Houston Ship Channel simulator study, DGPS field data on ship meeting and passing in the 400-ft-wide channel were collected that proved very valuable in channel design.



Figure 13-5. WES ship simulator system

USACE_014630



Figure 13-6. Ship simulator forces and effects



Figure 13-7. Real-time simulation

USACE_014631

Atlantic *Acropora* Status Review

March 3, 2005



**Biological Review Team**

Rafe Boulon, Mark Chiappone, Robert Halley, Walt Jaap, Brian Keller,
Bill Kruczynski, Margaret Miller, and Caroline Rogers

often dead and detached from the substrate.  Colonies of this species can be found growing in dense "thickets" with interlocking branches.

The reported growth rate for *A. prolifera* ranges from 3.7 cm (Vaughan 1915) to 8.2 cm per year (Gladfelter et al. 1978).  This rate is approximately the same as for *A. cervicornis* (Table 1) and *A. palmata* (Table 2).  The growth form is most like *A. cervicornis*; however, there is often a fan-like appearance on the terminal branches and a fusing of branches.  *Acropora prolifera* also undergoes fragmentation and subsequent growth.

### *General Environmental Requirements*

All Atlantic *Acropora* spp. are considered to be environmentally sensitive, requiring relatively clear, well-circulated water (Jaap et al. 1989).  Atlantic *Acropora* spp. are almost entirely dependent upon sunlight for nourishment compared to massive, boulder-shaped species in the region (Porter 1976, Lewis 1977), with these latter types of corals more dependent on zooplankton.  Thus, Atlantic *Acropora* spp. are much more susceptible to increases in water turbidity than some other coral species.  Dredging or pollution activities that reduce long-term water clarity can also reduce the coral photosynthetic to respiration ratio (P/R ratio) below unity.  Therefore, *Acropora* spp. may not be able to compensate with an alternate food source, such as zooplankton and suspended particulate matter, like other corals.

Optimal water temperatures for *A. palmata* range from 25 to 29°C, although colonies in the U.S.V.I. have been known to tolerate short-term temperatures around 30°C without obvious bleaching (loss of zooxanthellae).  Jaap (1979) and Roberts et al. (1982) note an upper temperature tolerance of 35.8°C for *A. palmata*.  All Atlantic acroporids are susceptible to bleaching due to adverse environmental conditions (Ghiold and Smith 1990, Williams and Bunkley-Williams 1990).  Major mortality of *A. palmata* and *A. cervicornis* occurred in the Dry Tortugas, Florida, in 1977 due to a winter cold front that depressed surface water temperatures to 14 to 16°C.  Some reduction in growth rates of *A. cervicornis* was reported in Florida when temperatures dropped to less than 26°C (Shinn 1966).  All *Acropora* spp. require near oceanic salinities (34 to 37 ppt).

## 4.2   Reproduction/Recruitment

The distribution and abundance of Atlantic *Acropora* spp., like other coral species, reflects patterns of larval recruitment, asexual reproduction via fragmentation, mortality, regenerative capabilities, and aggressive interactions (Richmond and Hunter 1990).  Inter-specific differences in the mechanisms of recruitment, dispersal, and mortality are likely important in determining the species composition of reef corals in different environments; such differences reflect the differential allocation of energy to the basic life history functions of growth (rate and rigidity of the skeleton), reproduction (fecundity, mode of larval dispersal, recruitment success), and colony maintenance (intra- and interspecific interactions, competitive ability, regeneration) (Connell 1973, Lang 1973, Bak and Engel 1979, Szmant 1986).  Populations of Atlantic *Acropora* spp. are dependent upon sexual recruits for recovery after catastrophic disturbance, but can locally dominate hard-bottom and coral-reef habitats when colonies fragment and propagate across the bottom.

USACE_015089

Coral Reefs (1996) 15:153–167



© Springer-Verlag 1996

## Reports

# Coral reef development under naturally turbid conditions: fringing reefs near Broad Sound, Australia

**J. A. Kleypas***

Sir George Fisher Centre for Tropical Marine Studies, James Cook University of North Queensland, Townsville, Queensland 4811, Australia

Accepted: 17 July 1995

**Abstract.** Reef coring and NOAA/AVHRR imagery were used to examine differences in reef colonisation and accumulation across a gradient of increasing tidal range and turbidity. AVHRR channel-1 reflectance, which was strongly correlated with suspended sediment concentration (SSC), demonstrated that SSC is due to tidal resuspension of sediments, and increases with increasing tidal range. Underwater surveys and reef coring revealed that reef development diminishes with increasing SSC toward Broad Sound. Few reefs near Broad Sound have formed reef flats; those that have are thinner and accumulated more slowly during the Holocene. The many submerged reefs in this area represent a mixture of reef "turn-ons" and "turn-offs". Some are probably incipient reefs in the early stages of reef growth. Others appear to be coral communities growing as thin veneers on exposed rock surfaces, rather than coral reef communities with capacity for reef-building. Still others developed reef flats earlier in the Holocene, and have since turned-off.

## Introduction

Turbidity is a major factor governing coral reef "turn-ons" and "turn-offs" on tropical continental shelves (Buddemeier and Hopley 1988). In the geologic record, increased turbidity has been implicated as a major factor in the demise (turn-off) of several coral reefs in the western Atlantic (Adey et al. 1977; Lighty et al. 1978; Macintyre 1988). Most studies of the effects of turbidity on coral reefs have concentrated on anthropogenic increases in sedimentation and turbidity on coral reefs, such as that due to deforestation, dredging, and nutrient input (see Rogers 1990 for review). Few, if any, studies have looked at the thresholds of modern coral reef development under naturally high turbidity conditions.

The present study addresses the cumulative effects of turbidity on reef growth, as expressed in the various degrees of reef development along a gradient of naturally high turbidity in the southern Great Barrier Reef (GBR). Fringing reef development is markedly reduced south of approximately 21° S in the GBR (Hopley 1982; Hopley et al. 1989). This is demonstrated in Table 1 by the count of fringing versus incipient reefs per island. Although there is little change in the total number of reefs per island between 20 and 23° S, the number of fringing reefs decreases exponentially, while the number of incipient reefs increases.

Fringing reefs are those attached to islands, with a well-defined emergent reef flat, and represent turn-on events. "Incipient" implies an early stage of reef development. In Hopley et al. (1989) the term "incipient" was applied to all submerged reefs that have not formed a defined reef flat; thus, the term encompasses a variety of reefal stages or conditions. For instance, these reefs may represent turn-ons that have not had sufficient time to accumulate to present sea level. Alternatively, some may be reefs which began growth early and were later turned off by some environmental change (such as being outpaced by sea level rise, in which case they would be "drowned" reefs). Finally, some of these may not be coral reefs, but rather coral communities. Buddemeier and Hopley (1988) distinguished a coral community from a coral reef community as one which "for either structural or functional reasons could not produce a coral reef."

**Table 1.** Numbers of fringing and incipient reefs south of 20° S latitude in the GBR. Numbers in parentheses indicate number of reefs per island

| S Latitude | Islands[a] | Fringing[b] | Incipient[b] | Total |
|---|---|---|---|---|
| 20–21° | 148 | 206 (1.39) | 19 (0.13) | 225 (1.52) |
| 21–22° | 78 | 52 (0.67) | 80 (1.03) | 132 (1.69) |
| 22–23° | 59 | 2 (0.34) | 76 (1.29) | 78 (1.32) |

[a] From Qld. Gov. Rep., Interdepartmental Committee of Leasing and Development of Queensland Islands, May, 1966
[b] From Hopley et al. 1989

*Present address: National Center for Atmospheric Research, P.O. Box 3000, Boulder, CO 80307-3000, USA

USACE_017459

164

**Table 6.** NOAA AVHRR scenes used in the analysis of Broad Sound turbidity. Tidal depth, range and stage are adjusted for Flock Pigeon Island. Tidal stage values are calculated to represent relative current strength within the particular tidal cycle, as $\sin(180 \times (T_{sat} - T_{s1})/(T_{s2} - T_{s1}))$, where $T_{sat}$, time of satellite overpass, $T_{s1}$, time of preceding slack tide, and $T_{s2}$, time of succeeding slack tide

| Scene | Date (D/M/Y) | Time (GMT) | Tidal depth (m) | Tidal range (m) | Tidal stage |
|---|---|---|---|---|---|
| n9/12523 | 19/05/87 | 0542 | 5.6 | 3.5 | 0.68 |
| n9/13595 | 03/08/87 | 0527 | 5.3 | 3.7 | 0.93 |
| n9/13609 | 04/08/87 | 0516 | 4.1 | 4.6 | 0.94 |
| n9/14145 | 11/09/87 | 0508 | 7.0 | 5.9 | 0.73 |
| n9/14484 | 05/10/87 | 0551 | 1.0 | 7.4 | 0.03 |
| n9/15020 | 12/11/87 | 0543 | 6.6 | 2.9 | 0.15 |
| n9/19309 | 11/09/88 | 0606 | 2.2 | 6.4 | 0.68 |
| n9/19408 | 18/09/88 | 0630 | 6.0 | 2.2 | 0.22 |
| n9/19422 | 19/09/88 | 0619 | 5.8 | 2.5 | 0.84 |
| n9/19436 | 20/09/88 | 0609 | 5.1 | 3.5 | 1.00 |
| n11/10518 | 10/10/90 | 0437 | 6.8 | 4.5 | 0.59 |
| n11/10532 | 11/10/90 | 0427 | 5.4 | 4.4 | 0.99 |

**Table 7.** Correlation coefficients for NOAA AVHRR channel-1 reflectance versus tidal range and tidal stage, for each station along the 11 October 1990 transect, using the NOAA-9 scenes listed in Table 6

| Station | $R^2$ correlation | |
|---|---|---|
| | Tidal range | Tidal stage |
| 22 | 0.8903 | 0.0068 |
| 24 | 0.9468 | 0.0245 |
| 26 | 0.9376 | 0.0179 |
| 28 | 0.8618 | 0.0284 |
| 30 | 0.9542 | 0.0037 |
| 32 | 0.9575 | 0.0089 |
| 34 | 0.9560 | 0.0015 |
| 36 | 0.8942 | 0.0049 |
| 38 | 0.9648 | 0.0160 |
| 40 | 0.9288 | 0.0060 |
| 42 | 0.9414 | 0.0100 |
| 44 | 0.9555 | 0.0120 |
| 46 | 0.9528 | 0.0160 |
| 48 | 0.9594 | 0.0160 |
| 50 | 0.9611 | 0.0239 |
| 52 | 0.8384 | 0.0539 |
| 54 | 0.8085 | 0.0580 |

**Discussion and conclusions**

Using the correlation between AVHRR channel-1 reflectance and measured SSC, the pattern in reef development about Broad Sound can be compared to AVHRR reflectance patterns to deduce effects of tidally resuspended sediment on coral reef development. AVHRR-derived SSC patterns in the southern GBR correspond remarkably well with the pattern of decreased fringing reef development; i.e., the higher the reflectance values (and therefore SSC) surrounding an island, the poorer the fringing reef development is about that island. However, this pattern of fringing reef development also coincides strongly with tidal range alone. Comparison with Fig. 2 demonstrates how reef flat development is limited to the region where maximum tidal range is less than 6–7 m.

It is possible that normal reef flat development can be thwarted by large tidal ranges. Corals composing a reef flat

in a high tidal range must be hardy enough to withstand not only a certain degree of exposure during low tide, but also rapid and wide fluctuations in water depth. Moreover, some subtidal corals may have difficulty adjusting to the rapid changes in light intensity associated with the changes in water level, despite their photoadaptivity (McCloskey et al. 1978). Such tidally induced variations occur twice daily in the southern GBR, where the tide is predominantly semi-diurnal. However, it is difficult to distinguish the effects of tidal range from those of turbidity on reef development in the southern GBR, since the two variables are positively correlated.

*Turbidity effects*

Tolerance of corals to elevated suspended sediment varies from reef to reef, and depends on background turbidity conditions and hydrodynamic setting. In the Atlantic, tolerable levels for shallow water corals were estimated at 5–10 ppm, and concentrations of 100 ppm had severe effects on coral growth (Pastorak and Bilyard 1985). In the GBR, Hopley and Choat (1990) and Hopley et al. (1991) suggested that fringing reefs at Cape Tribulation have become acclimatised to higher sediment loads, noting that sediment concentrations in excess of $100\,mg\,l^{-1}$ are common near the mainland.

However, the hydrodynamic environment determines how much stress is due to sedimentation and how much is due to turbidity. In regions of low hydrodynamic energy, settling of suspended sediment on corals is a greater problem to reef growth than light attenuation. In regions of high hydrodynamic energy where sediments tend to remain in suspension, the reverse is true.

Effects of elevated turbidity within the Broad Sound area were obvious not only in fringing reef development but also in community structure. Van Woesik (1992) found the following changes in benthic community structure with increasing proximity to Broad Sound: (1) an overall decrease in colony size of hard corals; (2) a decrease in both hard and soft coral diversity; (3) a shift in some coral morphologies toward encrusting and plate-like forms; and (4) a lack of major framework builders.

USACE_017470



**US Army Corps of Engineers**









DREDGING OPERATIONS TECHNICAL
SUPPORT PROGRAM

TECHNICAL REPORT D-91-1

# A FRAMEWORK FOR ASSESSING THE NEED FOR SEASONAL RESTRICTIONS ON DREDGING AND DISPOSAL OPERATIONS

by

Mark W. LaSalle, Douglas G. Clarke

Environmental Laboratory

DEPARTMENT OF THE ARMY
Waterways Experiment Station, Corps of Engineers
3909 Halls Ferry Road, Vicksburg, Mississippi   39180-6199

Jurij Homziak

Mississippi Cooperative Extension Service/Sea Grant
2710 Beach Boulevard, Biloxi, Mississippi   39531

John D. Lunz

Science Applications International Corporation
18706 North Creek Parkway, Bothell, Washington   98011

Thomas J. Fredette

US Army Engineer Division, New England
424 Trapelo Road, Waltham, Massachusetts   02254-9149



July 1991

Final Report

Approved For Public Release; Distribution Unlimited

Prepared for  DEPARTMENT OF THE ARMY
US Army Corps of Engineers
Washington, DC   20314-1000

USACE_019129

## PART V:  REVIEWS OF AVAILABLE LITERATURE REGARDING ENVIRONMENTAL IMPACTS TO BIOLOGICAL RESOURCES

91.  This section provides summaries of the available technical literature concerning impacts to biological resources from physical and chemical environmental alterations associated with dredging and disposal activities.  Major classes of alterations include suspended sediments, sedimentation, chemical release, dissolved oxygen reduction, channel blockage, and entrainment.  Major categories of biological resources include fishes, shrimps and crabs, shellfishes (e.g., oysters and clams), benthic assemblages, a miscellaneous group that includes threatened or endangered species (e.g., marine mammals, sea turtles), and colonial-nesting birds.  To a large extent, these categories include those resources which the seasonal restrictions are designed to protect.

92.  Of the alterations listed above, the bulk of available information comes from studies of effects of suspended sediments, sedimentation, and to some degree, entrainment.  For this reason, information on these classes of alterations is presented under each of the major categories of resources, except endangered species, for which there is a unique set of alterations.  Each section on a given class of alteration includes a brief summary that includes general conclusions and recommendations, when appropriate.  For the remaining classes of alterations, discussions are based largely on the potential effects of these alterations and available information on the degree of each.  It should be noted that these discussions are presented not as exhaustive reviews of all available information but for the purpose of providing pertinent information relative to important issues.  Morton (1977), Allen and Hardy (1980), Profiles Research and Consulting Groups, Inc. (1980), and Kantor (1984) provide similar reviews on these topics.  More extensive information on a given topic can be found in review papers which, when available, are indicated as such in the text.

93.  An attempt has been made to separate discussions of various effects by life history stage, when possible.  The reason for this approach is the realization that the early life history stages of most organisms are generally more sensitive or susceptible to environmental alterations than are adult stages.  Therefore, it is important to consider effects on each life stage when reviewing a project.

### Effects of Environmental Alterations on Fishes

#### Fish - general comments

94.  The ultimate survival and strength of a given year class of fishes are largely determined by events that occur during egg and larval developmental stages.  The relative success or failure of transitions through  critical phases, such as at the time of first extrogenous feeding (i.e. deriving nutrition from planktonic prey rather than yolk reserves) or during metamorphosis from larval to juvenile form, can be influenced by extant environmental conditions.  In comparison with juvenile and adult fishes, egg and larval stages seem generally more sensitive to stress of whatever origin (Rosenthal and Alderdice 1976).  Also, because of their dependence on local hydrodynamic conditions for transport into and out of project areas and limited or nonexistent escape capabilities, egg and larval stages have been asserted to be more susceptible to the effects of unfavorable environmental conditions than motile juvenile and adult life history stages (Auld and Schubel 1978).  As a result, resource agency concerns over detrimental effects of dredging and disposal operations have focused on how environmental alterations affect egg and larval stages of marine and estuarine species.  In addition, concerns regarding anadromous fishes involve (a) the supposition that turbidity fields constitute a barrier to migration of adult and juvenile fishes and (b) a concern about entrainment of eggs, larvae, and juveniles by hydraulic dredges.

95.  Two basic reproductive patterns occur among fishes, which are important considerations in relation to dredging operations.  Many coastal or estuarine-dependent species produce pelagic eggs (free-floating, unattached or in gelatinous masses) which, depending on their specific gravities,

USACE_019173

may occur at various levels in the water column from surface to bottom. Potential impacts on pelagic eggs may therefore be related to both spatial distributions of suspended sediments and duration of exposure to specific concentrations. In the case of most estuarine-dependent species, however, this life stage occurs in offshore water away from most dredging and disposal operations. Other fish species, including anadromous species, produce demersal, nonbuoyant eggs that may either adhere to substrates at the spawning site, and therefore remain in place for short to extended periods prior to larval hatching and release, or are carried downstream in bottom currents. In addition to the problem of exposure duration, demersal eggs may be subject to burial by accumulated deposited sediments and/or entrainment by suction dredges.

## Fish - suspended sediments

96. *Discussion.* The causal factors by which suspended sediments affect eggs and larval fishes are complex. Cairns (1968) provided a detailed summary of these factors, which include direct mechanical abrasion of egg and larval surficial membranes, reduction of available light in the water column, and sorption of contaminants carried by the sediments. Indirect effects of elevated suspended sediments may also be of consequence. Examples include interference with feeding behavior of visually oriented larvae or delayed development resulting in asynchronous occurrences of larvae and their prey. Very little is known of the importance of synergistic effects resulting from combinations of causal factors, or how physical features of the suspended particles such as size or angularity contribute to the effects observed. Stresses caused by chemical, physical, or biological conditions may be manifested in chronic rather than acute biological responses (Sherk 1972), further complicating the determination of detrimental effects.

97. Given the above complexities, it is difficult to draw clear conclusions from published studies on effects of suspended sediments on fish eggs and larvae. Because they do not produce accurate quantitative mortality estimates, information critical to assessing project impacts (Dovel 1970), field studies have yielded largely inconclusive results (e.g., Flemer et al. 1967). The dual constraints of logistics and the inability of field designs to isolate effects of experimental factors have relegated meaningful studies to the laboratory.

98. A meaningful summary of laboratory results is hindered by the lack of standardization in experimental protocol (e.g., selection of test concentrations, exposure durations, or suspensions of natural versus processed sediments) and equipment used to maintain sediments in suspension. A review of studies evaluating suspended sediment effects on fish eggs and larvae is provided by Schubel, Williams, and Wise (1977). A number of pertinent references on this issue are products of investigations in the upper Chesapeake Bay system, particularly in connection with striped bass spawning grounds in the vicinity of the Chesapeake and Delaware Canal (Schubel and Wang 1973; Auld and Schubel 1978; Priest 1981; Morgan, Rasin, and Noe 1983). Table 8, although not a comprehensive compilation, represents a sample of the results of relevant investigations.

99. Laboratory studies have focused on three aspects of responses of fish eggs and larvae to elevated suspended concentrations. Effects have been demonstrated at various levels of suspended sediment concentrations in terms of (a) percent successful hatch of eggs, (b) time elapsed between fertilization and hatching, and (c) percent survival of larvae after known durations of exposure. For example, Schubel, Williams, and Wise (1977) concluded that striped bass eggs (semibuoyant) can tolerate very high suspended sediment levels ($\geq$1,000 mg/L) for periods of many hours. Similarly, Kiorboe et al. (1981) reported that embryonic development and hatching of herring (*Clupea harengus*) were unaffected by either long-term exposure (10 days) to low to moderate concentrations (5 to 300 mg/L) of suspended silt or short-term exposure (2 hr) to higher concentrations (500 mg/L) of silt.

100. There is some indication that larval stages may be more sensitive to elevated suspended sediment concentrations than are eggs of the same species. For example, Auld and Schubel (1978)

USACE_019174

Table 8

Results of Experimental Determinations of Effects of Suspended Sediments on Various Life History Stages of Fishes (Modified from Priest 1981)

| Species | Stage | Suspended Sediment Concentration, mg/L | Exposure Duration | Type of Sediment | Degree of Effect | Reference |
|---|---|---|---|---|---|---|
| Yellow perch White perch Striped bass Alewife | Eggs | 500 | Not stated | Natural | No significant effect on hatching success; some delay in time to hatching noted in samples at ~100 mg/L (for all species) | Schubel and Wang (1973) |
| White perch | | 50-5,250 | | Natural (fine) | No significant effect on hatching success; definite delay in development at $\geq$1,500 mg/L | Morgan, Rasin, and Noe (1983) |
| Striped bass | | 20-2,300 | | Natural (fine) | No significant effect on hatching success definite delay in development at $\geq$1,300 mg/L | |
| Atlantic herring | | 5-300 500 | 10 days 2 hr | Natural Natural | No significant effect on development or hatching success | Kiorboe et al. (1981) |
| Blueback herring | | 50-5,000 | Not stated | Natural (fine) | No significant effect on hatching success at all test concentrations | Auld and Schubel (1978) |
| Alewife American shad Yellow perch White perch | | 1,626-5,380 | 24-48 hr | | Significant effect on hatching success at 1,000 mg/L, but not at lower concentrations Significant effect on hatching success at 1,000 mg/L, but not at lower concentrations | |
| Striped bass | | | | | | |
| White perch | Larvae | 1,626-5,380 | 24-48 hr | | 15-49% mortality | Morgan, Rasin, and Noe (1983) |
| Striped bass Yellow perch | | 1,557-5,210 50-1,000 | 24-48 hr 4 days | Natural | 20-57% mortality Survival significantly reduced at $\geq$500 mg/L | Auld and Schubel (1978) |
| Striped bass | | 50-1,000 | 2-3 days | | Survival significantly reduced at $\geq$500 mg/L | |
| Alewife | | 50-1,000 | 4 days | | Survival significantly reduced at $\geq$100 mg/L | |
| Spot Striped killifish Mummichog Atlantic silverside | Adult | 13,090 68,750 23,770 97,200 24,470 580 | 24 hr | Artificial Natural Artificial Natural Artificial Artificial | $LC_{50}$ | Sherk, O'Connor, and Neumann (1975) |

(Continued)

USACE_019175

44

Table 8 (Concluded)

| Species | Stage | Suspended Sediment Concentration, mg/L | Exposure Duration | Type of Sediment | Degree of Effect | Reference |
|---|---|---|---|---|---|---|
| Bay anchovy | Adult | 2,300 | 24 hr | Artificial | $LC_{10}$ | Sherk, O'Connor, and Neumann (1975) |
| White perch | ↓ | 9,970 | ↓ | Natural | | |
| | | 3,050 | | Artificial | | |
| Striped bass | Subadult | 4,000 | 21 days | Natural | ↓ | Peddicord and McFarland (1978) |
| Cunner | Adult | 133,000 | 12 hr | Natural (silt) | Median tolerance limit | Rogers (1969) |
| | | 100,000 | 24 hr | | | |
| | | 72,000 | 48 hr | | ↓ | |
| Mummichog | | 300,000 | 24 hr | | No mortality | |
| Sheepshead minnow | | 300,000 | | | <30 percent mortality | |
| Cunner | | 100,000 | | | Median tolerance limit | |
| Stickleback | ↓ | 52,000 | ↓ | ↓ | Median tolerance limit | |

45

USACE_019176

reported that striped bass, yellow perch, and American shad larvae were less tolerant than eggs of these respective species at equivalent experimental suspended sediment concentrations. This trend may be attributable to loss of protection provided by the chorion (outer egg membrane) upon hatching of the larvae (Boehlert 1984). Additionally, many fish larvae are highly dependent on the epidermis as a respiratory surface. Adhesion of sediment particles to the epidermis may exert a smothering effect, although adhesion was noted by Boehlert (1984) only at concentrations above 1,000 mg/L, which is well above that found in dredging operations. Priest (1981) critically reviewed the literature pertaining to effects of total suspended solids on fish eggs. He concluded that for the four species considered, the only effect caused by the highest levels of suspended solids expected at a dredging operation was a slight delay in time to hatching. Lethal concentrations sufficient to produce a 50-percent mortality in laboratory experiments of larvae of the studied species were far in excess of levels characteristic of dredging operations.

101. Mechanical abrasion has been identified by Cairns (1968) as an important suspended sediment effect, yet little attention has been given to differential effects of sediments of different particle characteristics. The premise here is that delicate surficial membranes such as gills or the epidermis of larval fishes are particularly susceptible to abrasive damage. Several lines of evidence support this view. Rogers (1969) reported that processed sediments (highly angular incinerator residues) were much more toxic to experimental fishes than naturally weathered estuarine sediments. Coarse sediments were also shown to exert greater detrimental effects on fish survival rates than fine sediments of equal concentration. Boehlert (1984) compared the effects of natural, weathered estuarine sediments to those of sharp, angular Mount St. Helens volcanic ash on yolk sac larvae of Pacific herring (*Clupea harengus pallasi*). Severe abrasion and puncture damage of larval epidermal membranes were observed via light and electron microscopy at volcanic ash concentrations of 1,000 mg/L, whereas comparable effects were evident for natural sediments only at concentrations at or above 4,000 mg/L (all larvae exposed to experimental concentrations for 24 hr). Although larvae did not show significant mortality at any experimental concentration (up to 8,000 mg/L), observed effects could represent sublethal stress that may contribute to later mortality.

102. Although juvenile forms might be suspected to be somewhat less tolerant of elevated suspended sediment concentrations than adults, the literature is sparse and incomplete on the direct physical effects of elevated suspended sediment concentrations on juvenile stages. Wallen (1951) exposed both adults and juveniles of a number of freshwater fish species to a wide range of silt-clay suspensions, all of which were well above concentrations found under typical dredging conditions. While results for juveniles were not presented separately, he concluded that direct effects of turbidity due to montmorillonite (hydrous aluminum silicate) type silt-clay is not a lethal condition and seldom produced observable symptoms in juvenile or adult fishes. Sherk, O'Connor, and Neumann (1975), working with juvenile Atlantic menhaden (*Brevoortia tyrannus*), determined that a lethal concentration producing 10-percent mortality ($LC_{10}$ value) of 1,540 mg/L was obtained after a 24-hr exposure to Fuller's earth (a combination of clay and siliceous material). Jeane and Pine (1975) compared the effects of elevated turbidities at dredging sites characterized by suspension of fine versus coarse sediments through in situ bioassays using juvenile chinook salmon. No significant mortality was observed among juveniles exposed to fine sediment suspensions. Exposure to coarse sediments led to mortalities, but these were greater at stations away from the actual dredging site. This led the authors to suggest that toxic contaminants or some other artifact confounded the results.

103. Determination of direct physical effects of elevated suspended sediment concentrations on adult fishes lends itself to both field and laboratory examination. As a result, a considerable body of relevant literature exists (Table 8). Interpretation of this literature, however, is limited by the lack of standardization among experiments and differing experimental protocols. The most widely used approach employs basic bioassays in which fishes are exposed to incremental concentrations

USACE_019177

of suspended sediments until some lethal concentration is determined, generally that which produces a 10- or 50-percent mortality ($LC_{10}$ or $LC_{50}$) after a specified period (e.g., Sherk, O'Connor, and Neumann 1975; O'Connor, Neumann, and Sherk 1976; Peddicord and McFarland 1978). Another common approach is to measure threshold concentrations of suspended sediments above which a given species is adversely affected.

104. A widely referenced study on 16 species of freshwater fishes (Wallen 1951) found lethal turbidity thresholds to be equal to or greater than 16,500 mg/L following exposure durations ranging from 3.5 to 17 days. Behavioral signs of stress for most species were not apparent at suspended sediment concentrations under 20,000 mg/L. Peddicord and McFarland (1978) determined that rainbow trout showed no significant mortality after 22 days at concentrations below 2,000 mg/L, and 95-percent survival occurred at concentrations approaching 4,300 mg/L. Although under less controlled conditions, other studies have exposed caged specimens to in situ levels of suspended and deposited sediments at actual dredging sites (Ingle 1952, Ritchie 1970), reporting little or no detrimental effect.

105. Several workers have employed histological preparations of gill tissues to demonstrate effects of elevated suspended sediments. Ritchie (1970) found no evidence of gill pathology in specimens of 11 estuarine fish species prior to and after exposure to dredging conditions. Sherk, O'Connor, and Neumann (1975), however, found disrupted gill tissue and increased mucus production in white perch exposed to sublethal suspended sediment concentrations (650 mg/L).

106. *Summary.* Based on studies conducted to date (Table 8), all life stages of estuarine-dependent and anadromous fish species appear to be fairly tolerant of elevated suspended sediment concentrations. In all probability, fishes that use naturally turbid habitats as spawning and nursery grounds are adapted to and highly tolerant of elevated suspended sediment concentrations and, in some cases (e.g., striped bass), correspond to periods of greatest ambient suspended sediment levels. Such conditions would not be expected to prevail at a dredge site for sufficient lengths of time to merit special concern; however, disposal operations may be of such duration to cause concern. These investigators suggested that a conservative safe level at which no impact would be anticipated would be 500 mg/L. A strong case can be presented that a 1,000 mg/L-limit would also be acceptable.

## Fish - sedimentation

107. *Discussion.* A number of fish species deposit demersal (often adhesive) eggs that generally remain in place on the bottom until larval hatching. There is a concern that heightened sedimentation rates in project areas may lead to smothering of these eggs. Morgan, Rasin, and Noe (1983) studied effects of sediment deposition on white perch (*Morone americana*) eggs and showed that hatching was not significantly affected by sediment layers 0.45 mm thick or less (egg diameter approximated 0.9 mm). Sediment layers 0.5 to 1.0 mm thick resulted in over 50-percent mortality, and a deposited sediment layer 2.0 mm thick caused nearly 100-percent mortality.

108. Naqvi and Pullen (1982) reviewed the impacts of beach nourishment projects on fishes, suggesting that these operations may have significant effects on deposited eggs of spawning species. Parr, Diener, and Lacy (1978), however, observed that beach nourishment apparently did not affect subsequent spawning activity of grunion (*Leuresthes tenuis*). Juveniles and adults of practically all fishes are sufficiently mobile to avoid burial due to increased sedimentation rates or prolonged exposures to suspended sediments at a dredging site. Fishes generally return shortly after the disturbance ceases (Courtenay et al. 1972; Parr, Diener, and Lacy 1978; Reilly and Bellis 1978, 1983; Courtenay, Hartig, and Loisel 1980; Holland, Chambers, and Blackman 1980). The major impact on these stages is the potential loss of benthic food resources (see paragraphs 140-146).

USACE_019178

109. **Summary.** Given the potential deleterious effects of sedimentation on demersal eggs of fishes, precautions should be considered (including the option for seasonal restrictions) if the path of dredging activities lies within an identified fish spawning area. This is especially important in water characterized by slack-water or low-flow conditions where high sedimentation rates will occur following suspension of sediments by dredging or disposal activities. Under certain conditions (e.g., when coarse sand is involved), effects of sedimentation may be confined to a much smaller area.

## Fish - entrainment

110. **Discussion.** Both demersal and pelagic fish eggs and larvae are susceptible to entrainment by suction dredges due to their inability to escape the suction field around the intake pipe (see McNair and Banks 1986). Demersal eggs and larvae may be picked up directly with the sediment, while pelagic forms may be drawn in from the surrounding water column. Of particular concern is the potential entrainment of fishes exemplified by migrating salmon fry. Depending on the species, fry may be present at various times of the year and throughout the water column or restricted to different portions of it (usually the upper portions), thereby affecting the potential for entrainment.

111. Arseneault (1981) reported rates of entrainment for chum and pink salmon fry by hydraulic dredges to be within the range of 0.04 to 0.00004 percent of the total migration in the Fraser River, Canada, in 1981. While these estimates appear very low, the operation of the dredges involved was modified to avoid migrating fry by restricting operations to water depths in excess of 10 to 15 ft (3 to 4.6 m) and by restricting the activation of suction pumps to within 5 ft (1.5 m) from the bottom. Mortality of entrained fry was, for all practical purposes, 100 percent, since the majority of fry were buried by sediment in the disposed material, while the remainder suffered abrasion of external and gill surfaces. Boyd (1975) reported 98.8-percent mortality for fry entering a pipeline dredge and observed that eggs entrained by both pipeline and hopper dredges were killed by the action of the dredge.

112. Entrainment rates for several species of fishes were reported by Armstrong, Stevens, and Hoeman (1982) for Grays Harbor, Washington, and by Larson and Moehl (1990) for the mouth of the Columbia River, Oregon and Washington (Table 9). Armstrong, Stevens, and Hoeman (1982) reported species-specific rates ranging from 0.001 to 0.135 fish/cubic yard, which included several commercially important species. Both large (up to 234 mm) and small fishes were entrained; however, comparisons with trawl data indicated that many species were apparently capable of avoiding the dredge. Larson and Moehl (1990) reported average rates of entrainment, ranging from 0.001 to 0.38 fish/cubic yard of material dredged. The only species consistently entrained at moderate levels (range 0 to 18.89 fish/cubic yard) was the bottom dwelling sand lance (*Thaleichthys pacificus*). Entrainment of commercially important salmonids was reported only for a single species (chum salmon) at low levels in Grays Harbor (Table 9).

113. **Summary.** Although reported entrainment rates for fishes (in the northwest) are low, the potential for entrainment may increase if operations occur during migration periods and work is in heavily used narrow-channel habitats. For example, Arseneault (1981) recommended that, for riverine habitats in the Canadian Pacific Northwest, suction dredging should be permitted only in water that is at least 15 ft (4.6 m) deep during the migratory period of salmonid fry and that the cutterhead be at least 5 ft (1.5 m) from the bottom before the pump is activated. Both suggestions would minimize entrainment of fry in the upper water column. Restrictions would also be recommended when dredging in known spawning grounds, to avoid entrainment of eggs. Partial restrictions may be appropriate in bodies of water of larger dimensions (>300 m wide) in which spawning grounds are present.

USACE_019179

**Table 9**
**Entrainment Rates (Organisms/Cubic Yard Dredged) of Fishes Reported for Dredges in Grays Harbor, Washington, and the Columbia River, Oregon and Washington**

| Species | Pipeline* | Hopper* | Hopper** |
|---|---|---|---|
| Staghorn sculpin *Leptocottus armatus* | 0.001 | 0.016-0.092 | >0.01 |
| Pacific sanddab *Citharicthys sordidus* | | 0.003-0.076 | |
| Pacific tomcod *Microgadus proximus* | | 0.008 | >0.001 |
| Snake prickleback *Lumpenus sagitta* | | 0.008-0.135 | |
| Prickly sculpin *Cottus asper* | 0.004 | 0.020 | |
| Saddleback gunnel *Pholis ornata* | 0.023 | 0.005 | |
| Three-spined stickleback *Gasterosteus aculeatus* | 0.004 | | |
| English sole *Parophrys vetulus* | 0.001 | 0.035 | |
| Northern anchovy *Engraulis mordax* | | 0.018 | |
| Sand sole *Psettichthys melanostictus* | | 0.003 | |
| Speckled sanddab *Citharichthys stigmaeus* | | 0.003 | |
| Lingcod *Ophiodon elongatus* | | 0.002 | |
| Pacific sandfish *Trichodon trichodon* | | 0.002 | >0.001 |
| Chum salmon *Oncorhynchus keta* | 0.008 | | |
| Sand lance *Ammodytes hexapterus* | | | 0.38 |
| Showy snailfish *Liparis pulchellus* | | | >0.01 |
| Eulachon *Thaleichthys pacificus* | | | >0.01 |
| Cabezon *Scorpaenichthys marmoratus* | | | >0.01 |
| Spiny dogfish *Squalus acanthias* | | | >0.001 |
| Big skate *Raja binoculata* | | | >0.001 |
| Poacher (Agonidae) | | | 0.01 |
| Perch (Embiotocidae) | | | >0.001 |
| Gunnel (Pholididae) | | | >0.001 |
| Juvenile flatfish | | | 0.01 |
| Herring and anchovy | | | 0.01 |

Sources:

  \* Armstrong, Stevens, and Hoeman (1982).

  \*\* Larson and Moehl (1990).

49

USACE_019180

## Effects of Environmental Alterations on Shellfishes

### Shellfish - general comments

114. The term shellfish, as used here, denotes a catch-all group of largely commercially important invertebrates including mobile crustaceans (e.g., shrimps and crabs) and sessile molluscs (e.g., oysters and clams). Marine and estuarine invertebrates display a tremendous diversity of reproductive strategies; nevertheless, analogies can be drawn between potential impacts on invertebrates and those described for fish eggs and larvae in the previous section. The fundamental demersal/pelagic dichotomy among most coastal fish egg and larval stages is somewhat more elaborate among invertebrates. For example, all commercially important crustaceans (e.g., shrimps, crabs, lobsters) maintain their developing eggs attached to abdominal appendages until hatching, lessening the risk of acute impacts due to dredging operations. However, eggs retained prior to hatching by some forms of sessile invertebrates are subject to the same potential impacts as demersal eggs of fishes. Local hydrodynamic conditions and, in some cases, active movement may contribute to the dispersal and distribution patterns of pelagic invertebrate larvae.

115. Additional concern is warranted with regard to sessile forms of estuarine and coastal invertebrates (e.g., oysters and clams). Sessile forms, having very limited powers of locomotion, can be assumed to be susceptible to long-term exposures of elevated suspended concentrations in the immediate vicinity of dredging and disposal operations. Most shellfishes, adapted to naturally turbid estuarine conditions, have adequate mechanisms (e.g., valve closure or reduced pumping activity of oysters) to compensate for short-term exposures. Dredging jobs of long duration (months), however, may exceed these defensive mechanisms.

### Shellfish - suspended sediments

116. *Discussion.* The literature relevant to this issue has been reviewed by Stern and Stickle (1978) and Priest (1981). Because of their economic importance, crustaceans and bivalve molluscs have received the most attention. Table 10 summarizes the results of these studies.

117. Shellfish species, particularly benthic forms inhabiting turbid estuaries, are undoubtedly very tolerant of naturally elevated suspended sediment concentrations (e.g., concentrations generated during storm events and seasonal flooding conditions or even local wind and tide events) for reasonable durations. Most of the detrimental effects noted in Table 10 were responses to suspended sediment levels several to many times higher than those occurring at typical dredging operations (see Tables 3-6) and for periods of time ranging from 5 to 21 days. Reduced respiratory pumping rates observed by Loosanoff and Tommers (1948) for oysters held at suspended sediment concentrations between 100 and 4,000 mg/L are an example of a compensatory mechanism that enables these sessile bivalves to effectively limit their exposure over at least short-term durations. Davis and Hidu (1969) reported substantial (22 percent) incidences of abnormal development in American oyster eggs exposed to suspended sediment concentrations within the range expected during dredging operations, although exposure durations were not stated. In contrast, developing oyster and hard clam larvae showed enhanced growth rates at suspended sediment concentrations up to 500 mg/L (Davis 1960, Davis and Hidu 1969). Higher concentrations did hinder growth and result in increased mortality. Bricelj, Malouf, and de Quillfeldt (1984), however, reported a decreased growth rate of juvenile hard clams at concentrations above 25 mg/L.

118. Carriker (1986) provides an excellent review of the literature dealing with suspended sediment effects on oyster larvae. In general, concentrations below about 180 mg/L for embryos (in the egg membrane) and below 500 mg/L for veligers can be beneficial, while higher concentrations become increasingly harmful. Suspended sediment apparently has little effect on feeding or movement of larvae through the water column; however, toxic compounds may affect larvae of all stages, and sediment films may affect attachment of larvae to suitable

50

**Table 10**
**Results of Experimental Determinations of Effects of Suspended Sediments on Various Life History Stages of Shellfishes (Modified from Priest 1981)**

| Species | Stage | Suspended Sediment Concentration, mg/L | Exposure Duration | Type of Sediment | Degree of Effect | Reference |
|---|---|---|---|---|---|---|
| American oyster | Eggs | 188 | Not stated | Artificial | 22 percent abnormal development | Davis and Hidu (1969) |
| | | 250 | | Artificial | 27 percent abnormal development | |
| | | 375 | | Natural (silt) | 34 percent abnormal development | |
| | | 1,000 | | Artificial | No significant effect | |
| | | 2,000 | | Artificial | No significant effect | |
| | Larvae | 750 | 12 days | Natural (silt) | 31 percent mortality | |
| | | 2,000 | 12 days | Artificial | 20 percent mortality | |
| | | 500 | Not stated | Artificial | 78 percent mortality | |
| Hard clam | Eggs | 750 | | Natural (silt) | 8 percent abnormal development | Davis (1960) |
| | | 1,000 | | | 21 percent abnormal development | |
| | | 1,500 | | | 35 percent abnormal development | |
| | | 125 | | Artificial | 18 percent abnormal development | |
| | | 125 | | | 25 percent abnormal development | |
| | | 4,000 | | | 31 percent abnormal development | Davis and Hidu (1969) |
| | Larvae | 1,000 | | Natural (silt) | No significant effect | Davis (1960) |
| | Larvae | 500 | 12 days | Artificial | 50 percent mortality | |
| Spot-tailed sand shrimp | Adult | 50,000 | 200 hr | Artificial | $LC_{50}$ | Peddicord et al. (1975) |
| Black-tailed sand shrimp | Subadult | 21,500 | 21 days | Natural (contaminated) | 20 percent mortality | Peddicord and McFarland (1978) |
| Dungeness crab | Adult | 3,500 | 21 days | Natural (contaminated) | $LC_{10}$ | |
| | Juvenile | 2,000-20,000 | 25 days | Natural | No mortality at <4,300 mg/L; 38-percent mortality at 9,200 mg/L; abnormalities between 1,800 and 4,300 mg/L | Peddicord and McFarland (1978) |
| American lobster | Adult | 50,000 | Not stated | Artificial | No mortality | Saila, Polgar, Rogers (1968) |
| American oyster | | 4,000-32,000 | Extended | Not stated | Detrimental | Wilson (1950) |
| | | 100-700 | Not stated | Mud | No effect | Mackin (1961) |
| | | 100-4,000 | Not stated | Silt | Reduced pumping | Loosanoff and Tommers (1948) |
| Blue mussel | Subadult | 100,000 | 5 days | Artificial | 10 percent mortality | Peddicord et al. (1975) |
| | Adult | 100,000 | 11 days | | 10 percent mortality | |
| | Adult | 96,000 | 200 hr | | $LC_{50}$ | |

51

USACE_019182

substrates. Peddicord and McFarland (1978) reported that juvenile American lobsters experienced no mortality after 25-day exposures to suspended sediment (contaminated) concentrations approaching 20,000 mg/L.

119. Long-term effects have received less attention than acute impacts. Nimmo et al. (1982) examined the long-term effects of suspended particulates on survival and reproduction of a mysid shrimp, *Mysidopsis bahia*. Average suspended sediment concentrations were maintained at three levels (45, 230, and 1,000 mg/L) for durations up to 28 days, sufficient time for the mysids to complete an entire life-cycle. No significant effects were observed on adults within 4 days. After 28 days, however, test mysid populations were reduced to 75 percent of controls. Nimmo et al. (1982) observed reduced numbers of juveniles produced and increased mortality of the original adult mysids with time, and speculated that suspended sediments interfered with feeding and mating behavior, clogged gill surfaces, and led to disorientation in water currents. The authors concluded that continuous long-term production of suspended particulates in excess of 1,000 mg/L could reduce populations of either planktonic or nektonic organisms in estuaries.

120. *Summary.* Shellfish species inhabiting turbid estuaries and coastal waters can be expected to be adapted to and highly tolerant of naturally elevated suspended sediment concentrations for reasonable durations of time. Long-term operations (months), however, may present problems in spawning and/or nursery habitats. Otherwise, there is little reason to suspect that shellfishes cannot tolerate the suspended sediment levels typical of most dredging or disposal operations.

## Shellfish - sedimentation

121. *Discussion.* Although various coastal invertebrates exemplify a wide range of reproductive strategies, a large number of representative species produce planktonic egg and larval stages. Relatively few commercially important shellfish species (e.g., certain gastropods such as welks that employ egg cases) deposit eggs on or attach eggs to bottom sediments or hard substrates. Therefore, a concern for potential smothering effects resulting from increased sedimentation rates is less prevalent for shellfish eggs in contrast with demersal fish eggs. Certain egg and larval stages, in particular those of neutral or negative buoyancy which are subject to passive dispersal by water currents, may settle to the bottom and be smothered in project areas characterized by slack- or slow-water flows. Hence, sedimentation effects could become a factor for some species under certain site-specific circumstances.

122. Juveniles of shellfishes that assume sessile (e.g., oyster spat) or burrowing (e.g., surf clam) modes of existence may be particularly vulnerable to increased sedimentation rates in the vicinity of dredging operations. Rose (1973) and Saila, Pratt, and Polgar (1972) reported significant mortality of oysters and mussels around dredging and disposal operations, respectively, when deposited material remained in place for some time. Wilson (1950) and Ingle (1952), however, reported little apparent detrimental impact on oysters around dredging operations in situations where settled material was dissipated by currents. Ability to maintain depth position within the sediments and to remove accumulated sediments from burrows varies among species. Sedimentation rates induced by dredging operations, however, are generally no higher than those resulting from storm events and may be subsequently removed by currents. Sedimentation rates induced by disposal operations, on the other hand, may be such that burial is a concern.

123. Relative organism size will influence whether burial will occur. Although meiofaunal organisms such as nematodes and harpacticoid copepods are relatively mobile, they may be more affected by sedimentation than larger less mobile macrofauna simply based on scale.

124. In addition to smothering effects, increased sedimentation could manifest itself in other ways. Frequent repositioning to maintain a relative distance to the sediment-water interface requires that a shellfish shift its energetic allotments away from other functions such as growth or reproduction. Trueman and Foster-Smith (1976) have suggested that the energetic costs of

52

USACE_019183

burrowing can be quite large. In a similar vein, shellfishes such as infaunal shrimps that maintain extensive burrow systems, often with multiple surface openings, will need to increase maintenance operations to prevent infilling.

125. The ability of certain benthic organisms to burrow through varying amounts of overburden has been well documented (Glude 1954, Maurer 1967, Shulenberger 1970, Westley et al. 1973, Diaz and Boesch 1977, Chang and Levings 1978, Stanley and DeWitt 1983, Maurer et al. 1986). In most of these cases the organisms studied were capable of moving up through as much as 10 to 30 cm of material without significant mortality. Factors such as particle size and the rate of sediment deposition must, however, be considered. The long-term effects of rapid sedimentation episodes are not well understood. As noted by Diaz and Boesch (1977), low-density fluid muds produced from fine-grained material can present severe problems for benthic organisms. This type of material is highly unstable, provides little physical support, and has a low oxygen concentration, which hinders respiration and feeding.

126. An additional concern involves the possible hindrance of settling by oyster larvae on hard surfaces covered by silt. Galtsoff (1964) suggested that as little as 1 to 2 mm of silt may be sufficient to prevent settling on shell cultch. As pointed out by Carriker (1986), however, the fact that larvae can attach to surfaces fouled by mucoid films, microbes, and detritus suggests that oyster larvae are indeed capable of dealing with relatively unclean surfaces.

127. *Summary.* Sessile or sedentary species will be most vulnerable to adverse impacts, the most obvious of which are burial and smothering of organisms. This is especially important in waters characterized by slack-water or low-flow conditions where high sedimentation rates will occur following suspension of sediments by dredging/disposal activities. Organisms that are sessile will simply be buried in situ at high sedimentation rates, but mobile and active burrowing organisms may also be affected when sedimentation rates are sufficiently high to result in burial, as may occur during disposal operations. Concern may also be warranted when low-density fluid muds are involved.

## Shellfish - entrainment

128. *Discussion.* Both demersal and pelagic eggs, larvae, and juveniles of shellfishes are susceptible to entrainment by suction dredges due to their inability to escape the suction field around the intake pipe. Demersal forms may be picked up directly with the sediment, while pelagic forms may be drawn in from the surrounding water column. With regard to the dungeness crabs (*Cancer magister*), which should be considered mobile, Tegelberg and Arthur (1977) reported no apparent avoidance of a dredge by crabs resting, partially buried, in the bottom sediments. Direct study of entrainment of shellfishes is limited to the dungeness crab (Tegelberg and Arthur 1977; Stevens 1981; Armstrong, Stevens, and Hoeman 1982) and the sand shrimp, *Crangon* spp. (Armstrong, Stevens, and Hoeman 1982), both of which were studied in Grays Harbor, Washington. The only other consideration of entrainment involved a workshop on the potential for entrainment of larval oysters (American Malacological Union 1986), discussed at the end of this section.

129. Entrainment rates for dungeness crabs and sand shrimp by clamshell, hopper, and pipeline dredges are summarized in Table 11. Rates of entrainment of dungeness crab ranged from 0.035 to 0.502 crab/cubic yard and were lowest for clamshell dredges followed by pipeline and hopper dredges. Overall mortality of those organisms entrained was highest for pipeline dredges (100 percent) versus hopper dredges (56 to 73 percent) (Stevens 1981; Armstrong, Stevens, and Hoeman 1982), given differences in delayed mortality. In the case of clamshell dredges, mortality is restricted to potential burial and abrasion during transport or deposition of dredged material, while suction dredges may impart additional damage from the suction mechanisms and, in the case of hopper dredges, the splash plates used to disperse material within the hopper. The 100-percent mortality rate reported for crabs entrained by pipeline dredges reflects the entrainment of crabs

53

USACE_019184

within diked disposal areas, from which crabs that survive passage through the dredge itself cannot escape.

### Table 11
### Entrainment Rates Reported for Three Dredge Types in Grays Harbor, Washington

| Dredge Type | Rate* | Reference |
|---|---|---|
| | *Cancer magister* | |
| Clamshell | 0.012 | Stevens (1981) |
| Hopper | 0.131-0.327<br>0.182-0.231<br>0.055-0.518 | Tegelberg and Arthur (1977)<br>Stevens (1981)<br>Armstrong, Stevens, and Hoeman (1982) |
| Pipeline | 0.0017-0.241<br>0.015-0.200 | Stevens (1981)<br>Armstrong, Stevens, and Hoeman (1982) |
| | *Crangon* spp. | |
| Hopper | 0.063-3.375 | Armstrong, Stevens, and Hoeman (1982) |
| Pipeline | 0.001-3.404 | Armstrong, Stevens, and Hoeman (1982) |

\* Number of organisms per cubic yard dredged.

130. Both Stevens (1981) and Armstrong, Stevens, and Hoeman (1982) observed lower overall mortality (45.9 percent versus 85.6 percent) for small crabs (<50-mm carapace width) compared to large crabs (50-mm carapace width). Small crabs are apparently less susceptible to physical damage due to their size. Stevens (1981) estimated a potential overall mortality rate of 0.1 crab/ cubic yard for a typical dredging year in Grays Harbor, or about 100,000 crabs per year. Armstrong, Stevens, and Hoeman (1982) estimated a year-round figure for Grays Harbor of 2.6 to 3.5 million crabs and a restricted winter-only dredging figure of 2 million crabs (a reduction of 44 percent). In both cases entrainment was correlated with crab abundance. Both studies also suggested that restrictions be imposed on dredging during the summer months (March-August), when crabs were most numerous. Entrainment rates of sand shrimp were up to six times greater than the highest rates reported for dungeness crab (Table 11); however, these rates were observed during the summer months (May-August) when shrimp were most abundant. Ghost shrimp, *Callianassa californiensis*, were also reported to be entrained at a rate of 0.727 shrimp/cubic yard, but for only one area of Grays Harbor. While these rates seem insignificant taken alone, they become more meaningful when used to predict the total impact on a given population in a particular area, as was done for dungeness crab in Grays Harbor.

131. In addition to direct entrainment, Armstrong, Stevens, and Hoeman (1982) also speculated on the indirect impacts of dredging on crabs as well as other organisms. These impacts include direct removal of food sources for crabs, shrimps, and fishes; alteration of intraspecific competition; burial of crabs; and toxicant release from suspended sediments.

132. The potential for entrainment of larval oysters by hydraulic cutterhead dredges was addressed by a workshop sponsored and conducted by the US Army Engineer District, Baltimore, and the US Army Engineer Waterways Experiment Station (WES) (American Malacological Union 1986). Participants in this workshop reported on state-of-the-art knowledge about oyster distribution and biology and the physicochemical effects of hydraulic dredging operations that could potentially affect oyster larvae. The goal of the workshop was to determine if this information could be used to help predict whether entrainment of larval oysters would be problematic. From this exercise, a model of entrainment was proposed which predicted dredge-induced mortality at

USACE_019185

rates between 0.005 and 0.3 percent of late-stage larvae (Carriker et al. 1986); thus, minimal impact would be expected. However, concern over entrainment would be justified under certain site-specific conditions, such as dredging within a narrow channel or other restrictive water body. A contrasting view of the extent of entrainment of oyster larvae was presented by Carter (1986), who predicted that larval survival (all stages) would be reduced by 12 to 51 percent through dredge-induced mortality. Both models are based on a somewhat different set of assumptions about larval biology, and both remain untested.

133. *Summary.* Although reported entrainment rates for shellfishes are low, the potential for entrainment of a larger percentage may be significant during certain periods of the year or under certain site-specific conditions. Both Stevens (1981) and Armstrong, Stevens, and Hoeman (1982) suggested that seasonal restrictions on dredging in Grays Harbor, Washington, would be one way to reduce mortality of dungeness crabs. This type of restriction seems justified if the resource in question is known to be highly concentrated in a given area on a seasonal basis. Additionally, the potential for entrainment is increased in restricted bodies of water, such as narrow channels, where mobile organisms may not be able to avoid the dredge or where more passive organisms may be concentrated. The importance of site-specific conditions in project areas is readily apparent and should be the foremost consideration in planning and scheduling dredging/disposal operations.

### Effects of Environmental Alterations on Benthic Assemblages

#### Benthos - general comments

134. Benthic communities, as discussed here, comprise a general category including both hard- and soft-bottom assemblages (e.g., mollusc beds, grass beds, coral reefs, etc.). Kendall (1983) provides an excellent review of the role of physical-chemical factors in structuring subtidal marine and estuarine benthos. Effects on fish and shellfish spawning grounds have been discussed in previous sections. In addition to direct disturbance through removal, sedimentation, and chemical contamination, concerns have also been raised about recovery of the given assemblage after disturbance and the relative resource value of the resulting assemblage as compared to what previously existed. The difficulties encountered in seeking answers to these questions reflect our limited understanding of how organisms in these habitats are adapted to often highly variable environmental conditions.

135. A number of studies (Loucks 1970, Holling 1973, Orians 1974, Oliver et al. 1977, Sutherland 1981) point to a positive relationship between community resilience (rate of recovery from disturbance) and environmental and community variability (e.g., higher variability, faster rate of recovery). To a larger degree this relationship reflects the life history characteristics of the organisms inhabiting a given area and, to a lesser degree, chance. Both factors are themselves related. Consideration should also be given to the dredging/disposal-induced physical changes to the habitat (e.g., alteration of grain size, slope, compaction, etc.) and how these parameters can affect the nature of the resultant community. This is a particularly important concern relative to beach nourishment projects (Naqvi and Pullen 1982, Nelson and Pullen 1985). Timing of disturbance is also quite important since many benthic species have distinct peak periods of reproduction and recruitment. Recovery of a community disturbed after peak recruitment, therefore, will be slower than of one disturbed prior to peak recruitment. A general consensus among researchers reporting on effects of dredged material disposal (Boone, Granat, and Farrell 1978; Tatem and Johnson 1978; Wright, Mathis, and Brannon 1978) is that impacts on benthic communities are primarily physical (e.g., burial) and not chemical (e.g., bioaccumulation).

USACE_019186

**Benthos - suspended
sediment/sedimentation**

136. *Discussion.* The effect of burial of benthic organisms largely depends on the ability of organisms to migrate upward through the overlying deposits (see paragraphs 121-127). In the case of sedentary species (e.g., oysters, coral reef organisms), relatively small quantities of silt may be enough to cause high rates of mortality, especially in coral reef organisms that are highly intolerant of silt. Saila, Pratt, and Polgar (1972) and Rose (1973) reported mortality of oysters and mussels from direct burial associated with disposal and dredging operations, respectively. Wilson (1950) and Ingle (1952), however, reported no apparent impact to oysters around dredging operations in situations where settled material was dissipated by currents. In addition to quantity of material, the physical properties or quality of the material may also be an important consideration. As noted by Diaz and Boesch (1977), low-density fluid muds produced from disposal of fine-grained materials present immediate problems for benthic organisms; however, recovery did occur within a few months. This type of material is characterized by instability and low oxygen concentration, which provides little physical support for organisms, hinders respiration, and inhibits feeding. In the case of beach nourishment projects, the type of material deposited (sand, silt, clay) and its physical characteristics can have important consequences to the organisms being covered and controls the assemblage that will subsequently develop there (Naqvi and Pullen 1982, Reilly and Bellis 1983, Nelson and Pullen 1985).

137. In addition to direct smothering and/or burial, suspended sediments and/or a blanket of silt can affect organisms by hindering their settlement on hard substrates and by screening out incoming light. In the case of oyster larvae, a layer of silt only 1 to 2 mm thick can physically hinder the attachment of settling larvae (Galtsoff 1964). In addition, sediment particles may act to hinder or block attractive chemical cues on hard substrates or waterborne pheromones (Crisp 1967, Hidu 1969), thereby preventing attachment. It is likely that silt may affect a number of organisms in this way. Carriker (1986) points out, however, that the fact that oyster larvae can attach to surfaces covered by mucoid materials, microbes, and detritus suggests that oyster larvae are indeed capable of dealing with relatively unclean surfaces.

138. Light attenuation may be either detrimental or beneficial depending on the organism. In the case of submersed plants, high turbidity or a deposit of silt on leaf blades has the potential to substantially reduce photosynthetic activity, although quantitative estimates have not been determined (Zieman 1982; Thayer, Kenworthy, and Fonseca 1984). Similarly reduced light levels over coral reefs can affect growth of symbiotic algae (zooxanthellae) (Courtenay et al. 1972, Bak 1978). However, in the case of oyster larvae, reduced light levels may act to simulate the shaded conditions on the underside of shell material, the preferred settling site (Ritchie and Menzel 1969). These authors point out that the effect would be increased settling of the late-stage larvae. Another possible effect of a turbidity screen would be the protection of gametes and larvae from the detrimental effects of ultraviolet radiation near the surface (Wilber 1971). As pointed out by Carriker (1986), however, these and other effects of suspended sediment and silt, although interesting possibilities, remain unstudied.

139. *Summary.* A high rate of sedimentation, particularly for disposal operations, is an obvious concern because of the potential for burial of benthic communities. Sedentary organisms (reef-forming molluscs, submersed plants, coral reefs, etc.) are particularly vulnerable to burial. Less severe but potentially damaging films of silt or suspended sediment plumes may affect feeding, respiration, or photosynthetic activity.

USACE_019187

## Benthos - bottom
## disturbance/recolonization

140. *Discussion.* Whether a benthic assemblage is destroyed by a dredging operation or is buried by sediment, concerns have been raised about the significance of the loss as it relates to organisms that depend on this resource for food. Benthic organisms are important food sources for a host of demersal fishes and shellfishes of all stages (juvenile-adult). At present, however, little is known about how much production a given benthic community can support and even less is known about the relative importance of different types of assemblages (vegetated versus nonvegetated, early- versus late-successional stage, etc.) to production. Major points of contention in this debate are questions about rates of recovery of benthic assemblages after impact and the relative importance of early- versus late-successional stages of the postimpact community as forage for fishery resources.

141. Recovery rates of macrobenthic assemblages following both dredging and disposal operations generally range from only a few weeks or months to as much as a few years, depending upon the type of project (dredging, disposal), the nature of the bottom, physical characteristics of the environment, and the timing of disturbance. Most disposal operations result in initial smothering of organisms, followed by rapid recovery within weeks or months (Pfitzenmeyer 1970; Saila, Pratt, and Polgar 1972; Leathem et al. 1973; Maurer et al. 1974; Oliver et al. 1977; Bingham 1978; Boone, Granat, and Farrell 1978; Tatem and Johnson 1978; Wright, Mathis, and Brannon 1978; Bokuniewicz and Gordon 1980). Other studies have reported minimal or no impact on macrofaunal assemblages under conditions of high current flows that acted to dissipate suspended materials (Van Dolah et al. 1979; Van Dolah, Calder, and Knott 1984; LaSalle and Sims 1989). Similar short-term recovery rates, following natural defaunation events (e.g., storms anoxia), have also been reported (Saloman and Naughton 1977, Simon and Dauer 1977). Meiobenthic assemblages, on the other hand, have been reported to have very low rates (years) of recovery (Rogers and Darnell 1973, Pequegnat 1975, Rogers 1976). For reviews of impacts from beach nourishment, see Naqvi and Pullen (1982) and Nelson and Pullen (1985).

142. In the case of maintenance dredging operations, minor impacts have been reported (Stickney and Perlmutter 1975; McCauley, Parr, and Hancock 1977), while for shell dredging, initial reduction in benthic abundance was followed by rapid recovery (Harper 1973). Dredging of new channels, however, may result in drastic and long-term (years) changes in nearby macrofaunal assemblages (Taylor and Saloman 1968; Kaplan, Welker, and Kraus 1974), in part due to changes in the hydrologic regime and potential alteration in salinity patterns.

143. A number of studies (Loucks 1970, Holling 1973, Orians 1974, Oliver et al. 1977, Sutherland 1981) point to a positive relationship between community resilience (rate of recovery) and environmental variability—communities inhabiting highly variable habitats have higher rates of recovery. To a large degree this relationship is related to the life history characteristics of the organisms comprising the assemblage and the timing of the disturbance (Rhoads, McCall, and Yingst 1978; Rhoads and Boyer 1982). High reproduction and turnover rates and high dispersal ability allow opportunistic species to colonize newly exposed material very rapidly, and in fact, these abilities allow these species to inhabit highly variable environments. Timing of disturbance is also quite important since many benthic species have distinct peak periods of reproduction and recruitment.

144. The nature of the assemblage in terms of species composition will also vary depending on both the availability of species in adjacent areas and, to some degree, chance events. Pearson (1975) describes two stable benthic assemblages that develop after an oxygen depletion event (induced by organic enrichment) defaunates the bottom. Initial colonization of either assemblage is largely a chance event. Each assemblage is composed of two or three dominant species. Once such an assemblage colonizes the bottom, it is capable of blocking establishment of the second. A

USACE_019188

general pattern of marine succession, as proposed by Rhoads, McCall, and Yingst (1978), entails a deterministic progression of colonizers governed by facilitation (each assemblage in the succession enhances the development of the next). Homziak (1985), however, describes estuarine succession as a stochastic process governed more by the availability and composition of colonists, which are to a large degree chance events. Brenchley (1981) points to the importance of certain species' ability to affect colonization by other species. She suggests that physical events, such as bioturbation of the sediment (e.g., burrowing activity), act to control community structure and may be more important than the previously implied importance of key species (e.g., keystone predators) in certain trophic levels.

145. Predicting a rate of recovery and the nature (composition) of the resultant assemblage is not always possible. In general, however, comparisons of the nature of early- versus late-stage species comprising assemblages can be made and related to their value as a food resource for other species (Rhoads, McCall, and Yingst 1978). Early colonists tend to be opportunistic species characterized by small size, rapid growth, short life span, and high rates of turnover and reproduction. These species are readily attracted to newly available sources of organic carbon, which usually characterize newly disturbed sediments. These organisms inhabit the surface layers of the bottom and are readily available to epibenthic and demersal predators. By comparison, later arriving species are characterized by larger size, slower growth, longer life span, and slower rates of turnover and reproduction. These species live at greater depths in the sediment and are, therefore, less readily available to predators (for details, see Rhoads, McCall, and Yingst 1978 and Rhoads and Boyer 1982). From this comparison it can be predicted that, from a fisheries standpoint, early-stage assemblages may be of higher value by virtue of high production and availability.

146. To evaluate the relative value of such bottom assemblages to fisheries production, the Benthic Resources Assessment Technique was developed by the Environmental Laboratory, WES (Clarke and Lunz 1985). Application of the technique by Lunz (1986) has shown that early successional assemblages, established on dredged material disposal sites, have higher fisheries value in terms of available biomass and higher potential usage by benthic feeding fishes (particularly juveniles) than nearby reference areas. In effect, disturbance by dredged material disposal (burial of the preexisting assemblage) serves to reset the progression of the assemblage along a successional gradient, as would naturally occur following storm events. These observations should not be misinterpreted as suggesting that early-successional assemblages are "better" and/or of higher "value" in terms of all functional parameters than late-stage assemblages. For example, late-successional stages do serve other equally important functions in sediment processes, such as organic matter turnover and aeration.

147. *Summary.* Given the highly variable nature of most estuarine and marine benthic assemblages, disturbances by dredging/disposal activities usually represent relatively minor and short-lived impacts, similar to those induced by storm events, oxygen depletion events (natural or industrially induced), and other disturbances. Some concern, however, may be warranted in cases when the areal extent of impacted bottom represents a large proportion of the parent body of water. In that event, some consideration should be given to the characteristics of the habitat itself (e.g., highly variable versus relatively stable) and the relative condition of the unimpacted area, given its potential value to the overall ecosystem. When possible, consideration should also be given to scheduling activities before peak periods of recruitment by the benthic fauna. This would help decrease the recovery time for the assemblage.

USACE_019189

## Effects of Environmental Alterations on Endangered Species, Sea Turtles, Marine Mammals, and Colonial-Nesting Birds

### Endangered species - general comments

148. Issues involving endangered species are based largely on concerns about disturbances to critical physical habitat and/or noise interruptions of nesting/breeding activities. In the case of the latter, seasonal restrictions applied to dredging/disposal operations are common (Table 1), and in many cases, criteria concerning a buffer zone around a site are designated. Operations are permitted outside this zone. Similarly, issues involving sea turtles, marine mammals, and colonial-nesting birds largely concern disturbance of nesting areas, either directly through physical alteration or indirectly through noise disturbance in proximity to a nesting/breeding site. A particular concern about turtle nesting areas is the potential effect of beach nourishment operations on nesting. In the case of colonial-nesting bird sites, particularly those on dredged material disposal sites, concerns include either periodic placement of new dredged material on the island or noise disturbance by dredging/disposal operations in the immediate vicinity of a colony. Issues involving direct effects will be discussed under the heading of habitat disturbance, while indirect effects will be discussed under the heading of noise disturbance. In addition to these habitat-related issues, the issue of interference with movement (e.g., channel blockage) of marine mammals in restricted areas and the potential entrainment of sea turtles in channel areas have also been raised.

### Endangered species - habitat disturbance

149. *Discussion.* Habitat disturbance, as discussed here, involves any direct physical alterations to sites used by the resource in question. Direct disturbance of "critical habitat" of an endangered species is generally not permissible and, therefore, is not a concern relative to seasonal restrictions. However, in the case of sea turtles (many of which are endangered or threatened), loss or alteration of suitable beach nesting sites may represent a significant negative impact to a population. In the case of colonial-nesting birds, particularly those using dredged material islands, activities associated with periodic deposition of additional dredged material may also represent a significant negative impact.

150. Impacts to sea turtle nesting sites include burial of existing nests, alteration of substrate composition, and compaction of sediments (Nelson and Pullen 1985). Burial of nests can be avoided through timing of activities; however, changes in substrate characteristics and composition can be critical. The ability of an adult turtle to excavate a nest or a newly hatched nestling to dig out of a nest is directly affected by substrate type and composition. With this in mind, care should be exercised in choosing borrowed material for beach nourishment, as well as in avoiding compaction of the newly placed material by equipment. Nelson and Pullen (1985) discuss a number of additional potential problems and precautions aimed at minimizing impacts during beach nourishment.

151. A large number of colonial-nesting birds use dredged material islands as nesting sites, which are periodically renourished by addition of newly dredged material. A considerable amount of research effort has gone into design, development, and management plans for such islands to maintain them as suitable nesting sites for a wide variety of birds. Landin (1986) provides a good overview of the history of development and usage of these islands as bird habitat, and outlines considerations to be followed during habitat manipulation.

152. *Summary.* Impacts to turtle nesting sites from beach nourishment operations may have considerable consequences to nest-building adults and/or hatchlings emerging from a nest. Similarly, placement of dredged materials onto dredged material islands may affect reproductive success of colonial-nesting birds using these islands. In both cases, operations should be restricted to non-nesting periods to minimize impacts. For turtles, this includes both adult nest-building and hatchling emergence periods.

USACE_019190

### Endangered species - noise disturbance

153. *Discussion.* Human activities near the nesting sites of any animal have the potential to disrupt behavior, which may lead to lowered hatching success or nest abandonment. In the case of some colonial-nesting birds, noise disturbances may lead to adult birds leaving the nest, which may affect the eggs or young chicks in a number of ways. Nervous adult birds may accidentally crush or knock eggs or young out of nests. Prolonged absence of an incubating adult bird may effectively increase incubation time and may increase exposure of both eggs or young chicks to the environment and predators. Additionally, activities in the vicinity of colonies or feeding grounds may affect the birds' ability to gather food for themselves and their chicks.

154. *Summary.* It has been suggested that dredging/disposal activities on or in the vicinity of dredged material islands, as well as other colonial-nesting bird colonies, be restricted to nonbreeding seasons to avoid disturbances to the birds (Landin 1986). Activities may be allowable outside a buffer zone (about 100 m) around the nesting site.

## Effects of Chemical Release on Organisms

### Discussion

155. Concern is always warranted when dealing with sediments known to be contaminated with heavy metals, hydrocarbons, or other potentially toxic compounds. The possibility exists that contaminants, released by sediment suspension, may adversely affect organisms in a number of ways. Contaminants may become adsorbed onto eggs and ingested or absorbed by larval, juvenile, or adult forms (Cairns 1968). Organisms may bioaccumulate contaminants through feeding (Chen et al. 1976; Nathans and Bechtel 1977; Burks and Engler 1978; Neff, Foster, and Slowey 1978; Kay 1984; Rubinstein, Gilliam, and Gregory 1984). It appears, however, that soluble fractions of most compounds have greater effects than sediment-sorbed fractions. Evidence also suggests that many contaminants may lower the threshold concentration of suspended sediments at which detrimental effects on survival and development of eggs and larvae are produced. These effects may take the form of altered morphology, physiology, behavior, and/or pathology in fish (Sindermann et al. 1982) and shellfish (Tagatz 1976; Farr 1977, 1978). For example, the exposure of the grass shrimp *Palaemontes vulgaris* to sublethal concentrations of mirex (Tagatz 1976) and *Palaemontes pugio* to sublethal concentrations of parathion and methyl parathion (Farr 1977, 1978) impaired both species' antipredatory behavior to predatory fishes, resulting in increased mortality in controlled experiments.

156. In general, water-soluble fractions of compounds have a greater effect on organisms than sediment-sorbed fractions. In addition, toxicity is more pronounced under conditions of low salinity and high temperature. The enormous diversity of chemical compounds and possible synergistic effects further complicate the issue. Good general reviews of the literature on the availability and bioaccumulation of heavy metals, petroleum hydrocarbons, synthetic organic compounds, and radionuclides contained in sediments are provided by Kay (1984) and Olsen (1984). More specific information on the toxicity, sublethal effects, and bioaccumulation of selected chemical compounds on various organisms is given by Eisler (1985a,b,c,d; 1986a,b,c,d; 1987a,b; 1988a,b,c) and Eisler and Jacknow (1985).

### Summary

157. In light of the concerns outlined above, existing regulatory guidelines for the management of contaminated sediments (USEPA/Corps of Engineers 1977) should be consulted whenever dredging activities involve such sediments. Seasonal restrictions on dredging/disposal operations in these areas may be justified during periods of high biological activity.

60

USACE_019191

## Effects of Dissolved Oxygen Reduction on Organisms

### Discussion

158. The reduction of dissolved oxygen (to levels below 1 to 2 ppm) has the potential to affect nonmobile organisms or life history stages (e.g., demersal eggs) in the vicinity of a dredging and/or disposal operation. Morrison (1971) reported that the eggs of the hard clam, *Mercenaria mercenaria*, were tolerant of oxygen concentrations as low as 0.5 ppm, with death occurring only at 0.2 ppm. Available information (see Part IV) suggests that, in typical dredging/disposal operations, reductions in dissolved oxygen are restricted to the bottom waters (in fluid mud) and are short-term phenomena (on the order of hours). Sediments having a high organic content and those affected by organic loading (e.g., sewage sludge) may, however, cause significant reductions in dissolved oxygen (Brown and Clark 1968) for longer periods of time. As with sedimentation, mobile juvenile and adult organisms are capable of avoiding localized areas of low oxygen content.

### Summary

159. The apparent relationship between suspended sediment concentration and levels of dissolved oxygen leads to recommendations similar to those presented earlier for suspended sediments. Given the levels of suspended sediment and associated short-term reductions in dissolved oxygen around typical dredging/disposal operations, impacts should be minimal. Detrimental effects on demersal eggs and larvae would not be expected, except in cases of long-term disposal operations when dissolved oxygen levels are kept low for extended periods.

## Effects of Channel Blockage on Organisms

### Discussion

160. Channel blockage, by the physical presence of the dredging/disposal equipment or by the suspended sediment plume, is suspected to have an effect on the distribution and movement of juvenile and adult organisms, particularly anadromous fishes, turtles, and some marine mammals. In the case of fishes and shellfishes, the only available information on the subject consists of a few observations of the attraction of fishes and shellfishes to dredging operations (Ingle 1952, Viosca 1958, Maragos et al. 1977) and a report of trawl data taken in a dredge disposal plume versus "clear" ambient water (Harper 1973).

161. In the case of fishes, the average number collected in clear water was quite similar in summer and winter; the average number of individuals in turbid plume waters was much larger in winter (Harper 1973). Only one species (bay anchovy, *Anchoa mitchelli*) showed a pronounced tendency to avoid the plume during the summer, while another (Gulf menhaden, *Brevoortia patronus*) showed a preference for clear water in summer and winter. Additional comparisons of fish abundances in naturally turbid versus clear water showed that the average number of individuals and fish biomass values were higher in the turbid water during the winter but were similar during the summer. *Brevoortia patronus*, previously shown to avoid the dredge plume, was collected only in turbid waters and at high densities, suggesting that some factor other than sediment suspension may have been a factor.

162. In the case of shellfishes, the blue crab, *Callinectes sapidus*, was collected in equal numbers in both clear and turbid waters during the summer, but was collected in much larger numbers in turbid waters during the winter (Harper 1973). Brown shrimp, *Penaeus aztecus*, and grass shrimp, *Palaemontes pugio*, showed preference for turbid water, but were common components of the samples in only one season. White shrimp, *Penaeus setiferus*, seemed to have no preference for either clear or turbid water.

USACE_019192

163. Little information is available on vertical movements of fishes or shellfishes in response to turbidity/light availability. Dadswell, Melvin, and Williams (1983) observed a direct relationship between turbidity in the water column and density of American shad (*Alosa sapidissima*) in an off-shore open-water situation. In this case the fish may have been responding to ambient light levels and not directly to turbidity.

164. In the case of sea turtles and marine mammals, concerns under this topic are based on the potential for dredging/disposal equipment to directly interfere with these organisms in narrow or confined channel areas. Sea turtles are suspected of hibernating in some deep navigational channels (Cape Canaveral, Florida) during the winter (Carr, Ogren, and Moven 1980) where they may be entrained by dredges operating in these channels. Dredges operating in borrow areas in the vicinity of beach nourishment operations may also entrain young nestlings (sea turtles) coming from nearby beaches. In the case of manatees, the potential exists for dredges, barges, or support craft to directly collide with individuals or block the movement of individuals in narrow channel areas.

## Summary

165. Consideration of project area morphology should be made relative to potential inhibition of movement of juvenile and adult fishes and shellfishes. Restrictions may be justified in cases where the turbidity plume generated by an operation extends across the entire waterway or channel. Given the supposition that sea turtles hibernate in some deep channel areas (Carr, Ogren, and Moven 1980) during winter, concern about potential entrainment seems justified and should be considered. Careful planning and caution during dredging operations can also minimize any impacts to turtles or mammals in channel areas.

USACE_019193