**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| EL PUENTE, et al., | |
| *Plaintiffs*, | |
| v. | Civil Action No. 1:22-cv-02430 (CJN) |
| U.S. ARMY CORPS OF ENGINEERS, et al., | |
| *Defendants*. | |

## ORDER

This matter is before the Court on Plaintiffs' Motion for Summary Judgment, ECF No. 20, and Defendants' Cross-Motion for Summary Judgment, ECF No. 22.

For the reasons stated in the accompanying Memorandum Opinion, it is

**ORDERED** that Plaintiffs' Motion, ECF No. 20, is **DENIED**; it is further

**ORDERED** that Defendants' Motion, ECF No. 22, is **GRANTED**; and it is further

**ORDERED** that summary judgment be entered in favor of Defendants as to Counts 1, 2, 4, 5, 6, 7, and 8 in the Complaint.

DATE:  July 24, 2023

_____
CARL J. NICHOLS
United States District Judge

1