IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| EL PUENTE, et al.,<br><br>    *Plaintiffs*,<br><br>v.<br><br>U.S. ARMY CORPS OF ENGINEERS, et al.,<br><br>    *Defendants*. | Case No: 1:22-cv-02430-CJN |

**NOTICE OF APPEAL**

Notice is hereby given that Plaintiffs El Puente, CORALations, and Center for Biological Diversity appeal to the U.S. Court of Appeals for the District of Columbia Circuit from the Order and accompanying Memorandum Opinion of this Court entered July 24, 2023 (ECF Nos. 33, 34), in favor of Defendants and against Plaintiffs as to Counts 1, 2, 4, 5, 6, 7, and 8 of Plaintiffs' Complaint. The parties stipulated to voluntary dismissal of Counts 3 and 9 on August 8, 2023 (ECF No. 35).

Dated:  August 21, 2023.                    Respectfully submitted,

                             s/ *Catherine Kilduff*
                            Catherine Kilduff, DC Bar No. 1026160
                            Julie Teel Simmonds, DC Bar No. CO0091
                            Miyoko Sakashita, DC Bar No. CA00061
                            CENTER FOR BIOLOGICAL DIVERSITY
                            1212 Broadway, Suite 800
                            Oakland, CA 94612
                            (510) 844-7100
                            ckilduff@biologicaldiversity.org
                            jteelsimmonds@biologicaldiversity.org
                            miyoko@biologicaldiversity.org

                            *Attorneys for Plaintiffs*