# UNITED STATES DISTRICT COURT
# DISTRICT OF COLUMBIA

| | |
|---|---|
| EL PUENTE, et al.,<br><br>*Plaintiffs,*<br><br>v.<br><br>U.S. ARMY CORPS OF ENGINEERS, et al.,<br><br>*Federal Defendants.* | Civ. No. 1:22-cv-02430-CJN<br><br>**CORRECTED STIPULATION FOR VOLUNTARY DISMISSAL**<br><br>**(Fed. R. Civ. P. 41(a)(1)(A)(ii))** |

Per the Court's Order dated July 24, 2023, that entered Summary Judgment on seven of the nine counts in the complaint (ECF No. 33) and the Minute Order dated July 27, 2023, asking for a proposal for how to proceed as to the remaining two counts, Plaintiffs and Federal Defendants have conferred and agree to stipulate to the voluntary dismissal with prejudice of the remaining two counts.

Per Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiffs and Federal Defendants hereby stipulate to the dismissal with prejudice of Plaintiffs' Third and Ninth Claims for Relief.

Dated:  January 18, 2024

Respectfully Submitted,

/s/ *Catherine Kilduff*
Catherine Kilduff, DC Bar No. 1026160
Miyoko Sakashita, DC Bar No. CA00061
CENTER FOR BIOLOGICAL DIVERSITY
1212 Broadway, Suite 800
Oakland, CA 94612
(510) 844-7100
ckilduff@biologicaldiversity.org
miyoko@biologicaldiversity.org

*Attorneys for Plaintiffs*

1

United States Department of Justice
Environment & Natural Resources Division
TODD KIM, Assistant Attorney General
S. JAY GOVINDAN, Chief
BRIDGET KENNEDY McNEIL, Assistant Chief

*/s/ Michelle M. Spatz*
Michelle M. Spatz, Trial Attorney
D.C. Bar No. 1044400
Wildlife & Marine Resources Section
P.O. Box 7611
Washington, D.C. 20044-7611
Telephone: (202) 598-9741
Email: michelle.spatz@usdoj.gov

*Attorneys for Federal Defendants*

# **CERTIFICATE OF SERVICE**

I hereby certify that on January 18, 2024, I electronically filed and served the foregoing Stipulation for Voluntary Dismissal on all counsel of record via the CM/ECF system.

/s/ *Catherine Kilduff*
Catherine Kilduff, DC Bar No. 1026160
CENTER FOR BIOLOGICAL DIVERSITY
1212 Broadway, Suite 800
Oakland, CA 94612
(510) 844-7100
ckilduff@biologicaldiversity.org

*Attorney for Plaintiffs*