UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| EL PUENTE, et al., <br><br> *Plaintiffs*, <br><br> v. <br><br> U.S. ARMY CORPS OF ENGINEERS, et al., <br><br> *Defendants*. | Civil Action No. 1:22-cv-02430 (CJN) |

# ORDER

This matter is before the Court on the Parties' Joint Motion for Entry of Final Judgment, ECF No. 39, the Parties' Supplemental Brief in Support of their Motion, ECF No. 41, and Plaintiffs' Motion for Leave to File an Amended Complaint, ECF No. 42. Based on those submissions and the entire record of this matter, and as discussed during the February 5 conference, the Court concludes:

1. Because Plaintiffs' pending appeal is directed at the Court's July 24 Order entering summary judgment in favor of Defendants as to Counts 1, 2, 4, 5, 6, 7, and 8 in the Complaint, ECF No. 33, and because that Order did not address Counts 3 and 9, Plaintiffs' appeal did not divest the Court of jurisdiction over those two counts—the only ones remaining in this case.

2. The plain text of Federal Rule of Civil Procedure 41(a)(1) indicates that it applies only to the dismissal of an entire "action," not individual claims or counts within that action. *Compare* Fed. R. Civ. P. 41(a) (permitting voluntary dismissal of "an action"), *with id*. 41(b) (permitting involuntary dismissal of "the action or any claim"). Accordingly, while the parties twice filed stipulations of dismissal of Counts 3 and 9 pursuant to Federal Rule of Civil

1

Procedure 41(a)(ii)—both before and after Plaintiffs noticed their appeal, *see* ECF Nos. 35, 38—those stipulations were ineffective because they did not seek dismissal of the entire action.

3.      As reflected in the Parties' prior filings, Plaintiffs abandoned or forfeited Counts 3 and 9 by failing to include them in their motion for summary judgment, and as a result the Parties "request that the Court issue an order entering summary judgment in favor of Defendants as to Counts 3 and 9." ECF No. 41 at 7–8. The Court agrees and, construing the Parties' Supplemental Brief as a Joint Motion for Partial Summary Judgment, it is hereby

**ORDERED** that the Parties' Joint Motion for Partial Summary Judgment, *see* ECF No. 41 at 7–8, is **GRANTED**; and it is further

**ORDERED** that summary judgment is entered in favor of Defendants as to Counts 3 and 9 in the Complaint.

The Court intends for this Order and the Order of July 24, 2024, ECF No. 33, to resolve all claims (reflected in Counts 1–9 of the Complaint) that Plaintiffs have brought in this matter.

DATE:  February 5, 2024

_____
CARL J. NICHOLS
United States District Judge